5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

PAM POE, by and through her parents and next friends, Penny and Peter Poe; PENNY POE; PETER POE; JANE DOE, by and through her parents and next friends, Joan and John Doe; JOAN DOE; JOHN DOE.

v.

RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; JAN M. BENNETTS, in her official capacity as County Prosecuting Attorney for Ada, Idaho; and the INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, in their official capacities.

Case No. 1:23-cv-269

APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, **Ariella C. Barel**, hereby applies for admission pro hac vice to appear and participate in this case on behalf of **all Plaintiffs (PAM, PENNY, and PETER POE, and JANE, JOAN, and JOHN DOE)**.

The applicant hereby attests as follows:

1. Applicant resides in **New York**, and practices at the following address and phone number **Groombridge, Wu, Baughman and Stone LLP 565 Fifth Avenue, Suite 2900 New York, NY 10017, +1.332.269.0028**

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| The State of New York | 4/12/2021 |
| Southern District of New York | 5/4/2021 |
| Eastern District of New York | 5/10/2021 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. **Ritchie Eppink**, a member in good standing of the bar of this court, of the firm of **W/REST Collective**, practices at the following office address and phone number: **812 West Franklin Street Boise, Idaho 83702**
**(208) 371-9752**

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this **31** day of **May**, **2023**.

/s/ Ariella C. Barel                         /s/ Ritchie Eppink
Applicant                                        Designee

Signed under penalty of perjury.