5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

PAM POE, by and through her parents and next friends, Penny and Peter Poe; PENNY POE; PETER POE; JANE DOE, by and through her parents and next friends, Joan and John Doe; JOAN DOE; JOHN DOE.

v.

RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; JAN M. BENNETTS, in her official capacity as County Prosecuting Attorney for Ada Idaho; and the INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, in their official capacities.

Case No. 1:23-cv-269

APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Alexia D. Korberg, hereby applies for admission pro hac vice to appear and participate in this case on behalf of all Plaintiffs (PAM, PENNY, and PETER POE, and JANE, JOAN, and JOHN DOE).

The applicant hereby attests as follows:

1. Applicant resides in New York, and practices at the following address and phone number Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 6th Avenue, New York, NY 10019 (212) 373-3000

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:
See attached page with additional bar memberships.

Dates:

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Richard Eppink (Bar No. 7503), a member in good standing of the bar of this court, of the firm of W/REST Collective, practices at the following office address and phone number:
812 West Franklin Street, Boise, ID 83702
(208) 371-9752

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 31st day of May, 2023.

/s/ Alexia D. Korberg
Applicant

/s/ Richard Eppink
Designee

Signed under penalty of perjury.

## ALEXIA D. KORBERG BAR ADMISSION

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status with Bar or Court |
|---|---|---|---|
| New York, 1st Department | 5094222 | February 25, 2013 | Active |
| U.S. District Court, Southern District of New York | AK1984 | March 19, 2013 | Active |
| U.S. District Court, Eastern District of New York | AK1984 | April 18, 2013 | Active |
| U.S. Court of Appeals, 5th Circuit | | September 25, 2019 | Active |
| U.S. Supreme Court | 314315 | March 29, 2021 | Active |
| U.S. Court of Appeals, 9th Circuit | | March 15, 2022 | Active |
| U.S. Court of Appeals, 10th Circuit | | June 14, 2022 | Active |
| U.S. Court of Appeals, 4th Circuit | | October 20, 2022 | Active |
| U.S. Court of Appeals, 2nd Circuit | | October 26, 2022 | Active |
| U.S. Court of Appeals, 3rd Circuit | | November 7, 2022 | Active |
| U.S. Court of Appeals, 7th Circuit | | February 17, 2023 | Active |