5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

PAM POE, by and through her parents and next friends, Penny and Peter Poe; PENNY POE; PETER POE; JANE DOE, by and through her parents and next friends, Joan and John Doe; JOAN DOE; JOHN DOE.

v.

RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; JAN M. BENNETTS, in her official capacity as County Prosecuting Attorney for Ada, Idaho; and the INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, in their official capacities.

Case No. 1:23-cv-269

APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Eric Alan Stone, hereby applies for admission pro hac vice to appear and participate in this case on behalf of all Plaintiffs (PAM, PENNY, and PETER POE, and JANE, JOAN, and JOHN DOE).

The applicant hereby attests as follows:

1. Applicant resides in New York, and practices at the following address and phone number Groombridge, Wu, Baughman and Stone LLP 565 Fifth Avenue, Suite 2900 New York, NY 10017, +1.332.269.0034.

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| The State of New York | 1999 |
| The State of New Jersey | 1998 |
| The Supreme Court of the United States | 2016 |
| The Second, Eighth, and Federal Circuits | 2011, 2022, 2015 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Ritchie Eppink, a member in good standing of the bar of this court, of the firm of W/REST Collective, practices at the following office address and phone number: 812 West Franklin Street Boise, Idaho 83702
(208) 371-9752

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 31 day of May, 2023.

/s/ Eric Alan Stone                                      /s/ Ritchie Eppink
Applicant                                                Designee

Signed under penalty of perjury.