5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

PAM POE, by and through her parents and next friends, Penny and Peter Poe; PENNY POE; PETER POE; JANE DOE, by and through her parents and next friends, Joan and John Doe; JOAN DOE; JOHN DOE,
Plaintiffs,

v.

RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; JAN M. BENNETTS, in her official capacity as County Prosecuting Attorney for Ada, Idaho; and the INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, in their official capacities,
Defendants.

Case No. 1:23-cv-269

APPLICATION FOR ADMISSION
PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, __Leslie Jill Cooper__, hereby applies for admission pro hac vice to appear and participate in this case on behalf of __Pam Poe, by and through her parents and next friends, Penny and Peter Poe; Penny Poe; Peter Poe; Jane Doe, by and through her parents and next friends, Joan and John Doe; Joan Doe; John Doe__.

The applicant hereby attests as follows:

1. Applicant resides in __New Jersey__, and practices at the following address and phone number __American Civil Liberties Union Foundation, 125 Broad Street, 18th Floor, New York, NY 10004; (212) 549-2584__

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| See attached page with additional bar memberships. | |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. __Richard Eppink (Bar No. 7503)__, a member in good standing of the bar of this court, of the firm of __W/REST Collective__, practices at the following office address and phone number: __812 West Franklin Street, Boise, Idaho 83702__
__(208) 371-9752__

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this __31__ day of __May__, __2023__.

/s/ Leslie Cooper
Applicant

/s/ Richard Eppink
Designee

Signed under penalty of perjury.

## LESLIE COOPER BAR ADMISSIONS

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status with Bar or Court |
|---|---|---|---|
| State of New York, 1st Division | 2759835 | 6/17/1996 | Active |
| State of New Jersey | 36861995 | 6/17/1995 | Active |
| Southern District of New York | LC2781 | 2/11/1997 | Active |
| Eastern District of New York | LC2781 | 2/25/1997 | Active |
| Eastern and Western Districts of Arkansas | 2759835 | 5/27/2003 | Active |
| Court of Appeals for the 3rd Circuit | n/a | 8/13/2012 | Active |
| Court of Appeals for the 4th Circuit | n/a | 10/29/2015 | Active |
| Court of Appeals for the 6th Circuit | n/a | 6/20/2001 | Active |
| Court of Appeals for the 8th Circuit | n/a | 4/10/2015 | Active |
| Court of Appeals for the 11th Circuit | 44450848 | 1/23/2002 | Active |
| Supreme Court of the United States | n/a | 6/25/2003 | Active |
| Western District of Michigan | n/a | 6/1/2019 | Active |
| Eastern District of Michigan | n/a | 12/2/2013 | Active |
| Northern District of Florida | n/a | 4/23/2014 | Active |
| U.S. District Court for the District of New Jersey | n/a | 12/20/1995 | Active |