5/06
Form: Pro Hac Vice

# IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
# FOR THE DISTRICT OF IDAHO

PAM POE, by and through her parents and next friends, Penny and Peter Poe; PENNY POE; PETER POE; JANE DOE, by and through her parents and next friends, Joan and John Doe; JOAN DOE; JOHN DOE,
Plaintiffs,

v.

RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; JAN M. BENNETTS, in her official capacity as County Prosecuting Attorney for Ada, Idaho; and the INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, in their official capacities,
Defendants.

Case No. 1:23-cv-269

APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Li Nowlin-Sohl, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Pam Poe, by and through her parents and next friends, Penny and Peter Poe; Penny Poe; Peter Poe; Jane Doe, by and through her parents and next friends, Joan and John Doe; Joan Doe; John Doe.

The applicant hereby attests as follows:

1. Applicant resides in Washington, and practices at the following address and phone number American Civil Liberties Union Foundation 125 Broad Street, 18th Floor, New York, NY 10004; (206) 348-3163

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts: See attached page with additional bar memberships.

Dates:

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Richard Eppink (Bar No. 7503), a member in good standing of the bar of this court, of the firm of W/REST Collective, practices at the following office address and phone number: 812 West Franklin Street, Boise, Idaho 83702
(208) 371-9752

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 31 day of May, 2023.

_____                              _____
Applicant                                            Designee

Signed under penalty of perjury.

**LI NOWLIN-SOHL BAR ADMISSIONS**

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status with Bar or Court |
|---|---|---|---|
| Washington State Bar | 51512 | 11/3/2016 | Active |
| California State Bar | 278964 | 12/2/2011 | Inactive |
| Western District of Washington | 51512 | 11/9/2016 | Active |
| Eastern District of Washington | 51512 | 7/19/2019 | Active |
| District Court for the District of Columbia | 1010372 | 7/15/2015 | Inactive/Provisional |
| Court of Appeals for the 9th Circuit | n/a | 1/8/2018 | Active |