5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

PAM POE, by and through her parents and next friends, Penny and Peter Poe; PENNY POE; PETER POE; JANE DOE, by and through her parents and next friends, Joan and John Doe; JOAN DOE; JOHN DOE. ✚

v.

RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; JAN M. BENNETTS, in her official capacity as County Prosecuting Attorney for Ada Idaho; and the INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, in their official capacitie ✚

)
)
)
)
)
)
)
)
)
)
)
)

Case No.  1:23-cv-269

APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho,

Dana L. Kennedy _____, hereby applies for admission pro hac vice to appear and participate

in this case on behalf of  all Plaintiffs (PAM, PENNY, and PETER POE, and JANE, JOAN, and JOHN DOE) _____.

The applicant hereby attests as follows:

1. Applicant resides in  New York _____, and practices at the following

address and phone number  Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 6th Avenue, New York, NY 10019

(212) 373-3000

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:
First Judicial Department of New York

Dates:
October 4, 2021

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Richard Eppink (Bar No. 7503) _____, a member in good standing of the bar of this court, of the firm of

W/REST Collective _____, practices at the following office address and phone number:

812 West Franklin Street, Boise, ID 83702

(208) 371-9752

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes.  Said designee hereby consents

to this designation by signing this application.

Dated this  31st  day of  May _____, 2023 .

/s/ Dana L. Kennedy _____

Applicant

/s/ Richard Eppink _____

Designee

Signed under penalty of perjury.