5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

PAM POE, by and through her parents and next friends, Penny and Peter Poe; PENNY POE; PETER POE; JANE DOE, by and through her parents and next friends, Joan and John Doe; JOAN DOE; JOHN DOE.

v.

RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; JAN M. BENNETTS, in her official capacity as County Prosecuting Attorney for Ada Idaho; and the INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, in their official capacities

Case No. 1:23-cv-269

APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Jordan E. Orosz, hereby applies for admission pro hac vice to appear and participate in this case on behalf of all Plaintiffs (PAM, PENNY, and PETER POE, and JANE, JOAN, and JOHN DOE).

The applicant hereby attests as follows:

1. Applicant resides in Washington DC, and practices at the following address and phone number Paul, Weiss, Rifkind, Wharton & Garrison LLP, 2001 K St. NW, Washington DC, 20006 (202) 223-7300

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:
Second Circuit Court of Appeals
Ninth Circuit Court of Appeals

Dates:
June 26, 2019
April 11, 2023

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Richard Eppink (Bar No. 7503), a member in good standing of the bar of this court, of the firm of W/REST Collective, practices at the following office address and phone number:
812 West Franklin Street, Boise, ID 83702
(208) 371-9752

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 31st day of May, 2023.

/s/ Jordan E. Orosz
Applicant

/s/ Richard Eppink
Designee

Signed under penalty of perjury.