| | |
|---|---|
| Li Nowlin-Sohl* | Alexia D. Korberg* |
| (admitted only in Washington) | Jackson Yates* |
| Leslie Cooper* | Dana L. Kennedy* |
| Taylor Brown* | Jordan Orosz* |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 125 Broad St. | 1285 6th Avenue |
| New York, NY 10004 | New York, NY 10019 |
| Tel: (212) 549-2584 | Tel: (212) 373-3000 |
| lnowlin-sohl@aclu.org | akorberg@paulweiss.com |
| lcooper@aclu.org | jyates@paulweiss.com |
| tbrown@aclu.org | dkennedy@paulweiss.com |
| | jorosz@paulweiss.com |
| Richard Eppink (ISB no. 7503) | Eric Alan Stone |
| Casey Parsons (ISB no. 11323) | Ariella C. Barel |
| WREST COLLECTIVE | GROOMBRIDGE, WU, BAUGHMAN AND STONE LLP |
| 812 W. Franklin St. | 565 5th Avenue, Suite 2900 |
| Boise, ID 83702 | New York, NY 10017 |
| (208) 742-6789 | (332) 269-0030 |
| ritchie@wrest.coop | eric.stone@groombridgewu.com |
| casey@wrest.coop | ariella.barel@groombridgewu.com |

*Attorneys for Plaintiffs*          *Pro hac vice* application pending

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION**

| | |
|---|---|
| **PAM POE**, by and through her parents and next friends, Penny and Peter Poe; **PENNY POE**; **PETER POE**; **JANE DOE**, by and through her parents and next friends, Joan and John Doe; **JOAN DOE**; **JOHN DOE**,<br><br>                Plaintiffs,<br><br>              v.<br><br>**RAÚL LABRADOR**, in his official capacity as Attorney General of the State of Idaho; **JAN M. BENNETTS**, in her official capacity as County Prosecuting Attorney for Ada, Idaho, and the **INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION**, in their official capacities,<br><br>                Defendants. | Case No.  1:23-cv-00269<br><br>**PLAINTIFFS' BRIEF IN SUPPORT OF MOTION TO PROCEED UNDER PSEUDONYMS** |

Plaintiffs Jane Doe and Pam Poe, by and through their next friends and parents, Joan Doe and John Doe and Penny Poe and Peter Poe, respectively, (together "Plaintiffs"), by their attorneys, hereby move for permission for each Plaintiff to proceed under pseudonyms. The grounds for this Motion are set forth in a supporting brief..

| | |
|---|---|
| Dated: May 31, 2023 | Respectfully submitted, |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| /s/ Li Nowlin-Sohl<br>Li Nowlin-Sohl | /s/ Alexia D. Korberg<br>Alexia D. Korberg |
| /s/ Leslie Cooper<br>Leslie Cooper | /s/ Jackson Yates<br>Jackson Yates |
| /s/ Taylor Brown<br>Taylor Brown | /s/ Dana L. Kennedy<br>Dana L. Kennedy |
| | /s/ Jordan Orosz<br>Jordan Orosz |
| WREST COLLECTIVE | GROOMBRIDGE, WU, BAUGHMAN AND STONE LLP |
| /s/ Richard Eppink<br>Richard Eppink | |
| /s/ Casey Parsons<br>Casey Parsons | /s/ Eric Alan Stone<br>Eric Alan Stone |
| | /s/ Ariella C. Barel<br>Ariella C. Barel |