Li Nowlin-Sohl*
(admitted only in Washington)
Leslie Cooper*
Taylor Brown*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
lnowlin-sohl@aclu.org
lcooper@aclu.org
tbrown@aclu.org

Alexia D. Korberg*
Jackson Yates*
Dana L. Kennedy*
Jordan Orosz*
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 6th Avenue
New York, NY 10019
Tel: (212) 373-3000
akorberg@paulweiss.com
jyates@paulweiss.com
dkennedy@paulweiss.com
jorosz@paulweiss.com

Richard Eppink (ISB no. 7503)
Casey Parsons (ISB no. 11323)
WREST COLLECTIVE
812 W. Franklin St.
Boise, ID 83702
(208) 742-6789
ritchie@wrest.coop
casey@wrest.coop

Eric Alan Stone*
Ariella C. Barel*
GROOMBRIDGE, WU, BAUGHMAN AND
STONE LLP
565 5th Avenue, Suite 2900
New York, NY 10017
(332) 269-0030
eric.stone@groombridgewu.com
ariella.barel@groombridgewu.com

*Attorneys for Plaintiffs*                    *Pro hac vice* application pending

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION

| | |
|---|---|
| **PAM POE**, by and through her parents and next friends, Penny and Peter Poe; **PENNY POE; PETER POE**; **JANE DOE**, by and through her parents and next friends, Joan and John Doe; **JOAN DOE**; **JOHN DOE**, <br><br> Plaintiffs, <br><br> v. <br><br> **RAÚL LABRADOR**, in his official capacity as Attorney General of the State of Idaho; **JAN M. BENNETTS**, in her official capacity as County Prosecuting Attorney for Ada, Idaho, and the **INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION**, in their official capacities, <br><br> Defendants. | Case No. 1:23-cv-00269 <br><br> **DECLARATION OF JOAN DOE ISO MOTION TO PROCEED UNDER PSEUDONYMS** |

I, Joan Doe, make the following declaration and say as follows.

1.      I am over the age of eighteen and have personal knowledge of the facts herein.

2.      My daughter, Jane Doe is transgender and receives gender-affirming medical care.

3.      My daughter is a minor.

4.      My daughter has benefited tremendously from her gender-affirming medical care and wants transgender youth in Idaho, including herself, to retain their access to medical care.

5.      I support my daughter in standing against H.B. 71, but I want her to be safe and protected in doing so.

6.      I want my daughter, my family, and myself to be safe, and I am concerned that people may say or do things to harm us.  People in Idaho have shown anger and hostility toward transgender people and those who support them.

7.      My family and I know that not everyone is supportive of transgender rights, and that some people are vehemently against transgender rights .

8.      I am concerned for my daughter and my family's safety, and I ask that my daughter, husband, and I may remain anonymous, so that my daughter can be protected, particularly because we share the same last name.  Because this lawsuit has information about our daughter and our family, I fear that if the lawsuit refers to us by our initials rather than a pseudonym, we will not be able to remain anonymous.

I certify under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.


Executed this 31 day of May, 2023.

Joan Doe