Li Nowlin-Sohl*
(admitted only in Washington)
Leslie Cooper*
Taylor Brown*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
lnowlin-sohl@aclu.org
lcooper@aclu.org
tbrown@aclu.org

Richard Eppink (ISB no. 7503)
Casey Parsons (ISB no. 11323)
WREST COLLECTIVE
812 W. Franklin St.
Boise, ID 83702
Tel:  (208) 742-6789
ritchie@wrest.coop
casey@wrest.coop

Dina M. Flores-Brewer
(ISB no. 6141)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF IDAHO
P.O. Box 1897
Boise, ID  83701
Tel:  (208) 344-9750
dfloresbrewer@acluidaho.org

Alexia D. Korberg*
Jackson Yates*
Dana L. Kennedy*
Jordan Orosz*
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 6th Avenue
New York, NY 10019
Tel: (212) 373-3000
akorberg@paulweiss.com
jyates@paulweiss.com
dkennedy@paulweiss.com
jorosz@paulweiss.com

Eric Alan Stone*
Ariella C. Barel*
GROOMBRIDGE, WU, BAUGHMAN AND
STONE LLP
565 5th Avenue, Suite 2900
New York, NY 10017
Tel:  (332) 269-0030
eric.stone@groombridgewu.com
ariella.barel@groombridgewu.com

**Attorneys for Plaintiffs**                        *Admitted *Pro hac vice*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION

| | |
|---|---|
| **PAM POE**, by and through her parents and next friends, Penny and Peter Poe; **PENNY POE**; **PETER POE**; **JANE DOE**, by and through her parents and next friends, Joan and John Doe; **JOAN DOE**; **JOHN DOE**,<br><br>Plaintiffs,<br><br>v.<br><br>**RAÚL LABRADOR**, in his official capacity as Attorney General of the State of Idaho; **JAN M. BENNETTS**, in her official capacity as County Prosecuting Attorney for Ada, Idaho; and the **INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION**, in their official capacities,<br><br>Defendants. | Case No. 1:12-cv-00269-CWD<br><br>**NOTICE OF APPEARANCE** |

TAKE NOTICE that Dina M. Flores-Brewer, with the American Civil Liberties Union Foundation of Idaho, does hereby appear as an attorney of record on behalf of Plaintiffs.

Dated this 16th day of June, 2023.

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF IDAHO

/s/ Dina M. Flores-Brewer
Dina M. Flores-Brewer

2