5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAM POE, by and through her parents and next friends, Penny and Peter Poe; PENNY POE; PETER POE; JANE DOE, by and through her parents and next friends, Joan and John Doe; JOAN DOE; JOHN DOE. <br><br> v. <br><br> RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; JAN M. BENNETTS, in her official capacity as County Prosecuting Attorney for Ada Idaho; and the INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, in their official capacities. | Case No. 1:23-cv-269 <br><br> APPLICATION FOR ADMISSION PRO HAC VICE <br><br> Fee: $250.00 |

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Philip S. May, hereby applies for admission pro hac vice to appear and participate in this case on behalf of all Plaintiffs (PAM, PENNY, and PETER POE, and JANE, JOAN, and JOHN DOE).

The applicant hereby attests as follows:

1. Applicant resides in the District of Columbia, and practices at the following address and phone number Groombridge, Wu, Baughman & Stone LLP, 801 17th St NW, Suite 1050, Washington, DC 20006, (202) 505-5830

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:                                              Dates:
See attached page with full listing of bar memberships.

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Richard Eppink (Bar No. 7503), a member in good standing of the bar of this court, of the firm of W/REST Collective, practices at the following office address and phone number:
812 West Franklin Street, Boise, ID 83702
(208) 371-9752

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 20th day of June, 2023.

/s/ Philip S. May                                    /s/ Richard Eppink
Applicant                                            Designee

Signed under penalty of perjury.

## PHILIP S. MAY BAR ADMISSIONS

| Name of State or Federal Bar or Court | Date Admitted |
|---|---|
| New Jersey | November 3, 2014 |
| New York | January 21, 2015 |
| District of Columbia | October 2, 2017 |
| U.S. District Court, District of New Jersey | January 30, 2015 |
| U.S. District Court, Southern District of New York | May 26, 2015 |
| U.S. District Court, Eastern District of New York | May 26, 2015 |
| U.S. District Court, District of Columbia | August 1, 2022 |
| U.S. Court of Appeals, Federal Circuit | June 17, 2015 |
| U.S. Court of Appeals, Fourth Circuit | May 10, 2017 |
| U.S. Court of Appeals, Eleventh Circuit | October 27, 2017 |
| U.S. Court of Appeals, Third Circuit | March 6, 2020 |