Li Nowlin-Sohl*
(admitted only in Washington)
Leslie Cooper*
Taylor Brown*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
lnowlin-sohl@aclu.org
lcooper@aclu.org
tbrown@aclu.org

Richard Eppink (ISB no. 7503)
Casey Parsons (ISB no. 11323)
David A. DeRoin (ISB no. 10404)
WREST COLLECTIVE
812 W. Franklin St.
Boise, ID 83702
(208) 742-6789
ritchie@wrest.coop
casey@wrest.coop

Dina Flores-Brewer (ISB no. 6141)
ACLU OF IDAHO FOUNDATION
P.O. Box 1897
Boise, ID  83701
(208) 344-9750
dfloresbrewer@acluidaho.org

Alexia D. Korberg*
Jackson Yates*
Dana L. Kennedy*
Jordan Orosz*
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 6th Avenue
New York, NY 10019
Tel: (212) 373-3000
akorberg@paulweiss.com
jyates@paulweiss.com
dkennedy@paulweiss.com
jorosz@paulweiss.com

Eric Alan Stone*
Ariella C. Barel*
Kyle N. Bersani*
Philip S. May*
GROOMBRIDGE, WU, BAUGHMAN AND
STONE LLP
565 5th Avenue, Suite 2900
New York, NY 10017
(332) 269-0030
eric.stone@groombridgewu.com
ariella.barel@groombridgewu.com
kyle.bersani@groombridgewu.com
philip.may@groombridgewu.com

*Attorneys for Plaintiffs*                    * Admitted *pro hac vice*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **PAM POE**, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>**RAÚL LABRADOR**, et al.,<br><br>            Defendants. | Case No.  1:23-cv-00269<br><br>**PLAINTIFFS' STATUS REPORT** |

Plaintiffs submit the following status report regarding service of the summons and complaint pursuant to the Court's June 5, 2023 order (Dkt. 13).

On June 27, 2023 Plaintiffs' counsel contacted the attorneys expected to be designated as opposing counsel in this matter and requested a waiver of service.  On June 28, 2023, Defendant Bennetts waived service (Dkt. 18). Today, June 30, 2023, Plaintiffs' counsel met with counsel for Defendant Labrador, who also anticipates to be counsel for the remaining (Idaho Code Commission) defendants, and who agreed that at least Defendant Labrador would waive service, effective on the date Plaintiffs file their motion for preliminary injunction. Plaintiffs expect to file a motion for a preliminary injunction, enjoining the enforcement of Idaho HB 71 until decision on the merits of Plaintiffs' claims in the complaint, within the next two weeks.

Dated: June 30, 2023

By:     /s/ Richard Eppink
Richard Eppink
Casey Parsons
David A. DeRoin
WREST COLLECTIVE

Alexia Korberg (admitted *pro hac vice*)
Jackson Yates (admitted *pro hac vice*)
Dana L. Kennedy (admitted *pro hac vice*)
Jordan Orosz (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

Li Nowlin-Sohl (admitted *pro hac vice*)
Leslie Cooper (admitted *pro hac vice*)
Taylor Brown (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION

Eric Alan Stone (admitted *pro hac vice*)
Ariella C. Barel (admitted *pro hac vice*)
Kyle N. Bersani (admitted *pro hac vice*)
Philip S. May (admitted *pro hac vice*)

GROOMBRIDGE, WU, BAUGHMAN AND STONE LLP

Dina Flores-Brewer
ACLU OF IDAHO FOUNDATION

*Attorneys for Plaintiffs*