RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil Litigation and Constitutional Defense

JOSHUA N. TURNER, ISB #12193
Deputy Solicitor General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
josh.turner@ag.idaho.gov

*Attorneys for Defendants Labrador and
the Individual Members of the Idaho Code Commission*

### UNITED STATE DISTRICT COURT
### DISTRICT OF IDAHO

| | |
|---|---|
| PAM POE, by and through her parents and next friends, Penny and Peter Poe; PENNY POE; PETER POE; JANE DOE, by and through her parents and next friends, Joan and John Doe; JOAN DOE; JOHN DOE,<br><br>        Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; JAN M. BENNETTS, in her official capacity as County Prosecuting Attorney for Ada, Idaho; and the INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, in their official capacities,<br><br>        Defendants. | Case No. 1:23-cv-00269-CWD<br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE – 1

NOTICE IS HEREBY GIVEN that Joshua N. Turner, Deputy Solicitor General, hereby appears as an attorney of record for Defendants Raúl Labrador and the Individual Members of the Idaho Code Commission. All future pleadings, submissions and correspondence should be addressed to Joshua N. Turner as counsel for Defendants Raúl Labrador and the Individual Members of the Idaho Code Commission.

DATED:  July 12, 2023.

                STATE OF IDAHO
                OFFICE OF THE ATTORNEY GENERAL


By:   /s/ *Joshua N. Turner*
        JOSHUA N. TURNER
        Deputy Solicitor General

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 12, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Li Nowlin-Sohl<br>lowlin-sohl@aclu.org | Dana L. Kennedy<br>dkennedy@paulweiss.com |
| Leslie Cooper<br>lcooper@aclu.org | Jordan Orosz<br>jorosz@paulweiss.com |
| Taylor Brown<br>tbrown@aclu.org | Richard Eppink<br>ritchie@wrest.coop |
| Alexia D Korberg<br>akorberg@paulweiss.com | Dina M. Flores-Brewer<br>dfloresbrewer@acluidaho.org |
| Jackson Yates<br>jyates@paulweiss.com | Casey Parsons<br>casey@wrest.coop |
| Ariella C. Barel<br>ariella.barel@groombridgewu.com | Eric Alan Stone<br>eric.stone@groombridgeuw.com |
| Kyle N. Bersani<br>kyle.bersani@groombridgewu.com | Phillip S. May<br>philip.may@groombridgewu.com |

   /s/ *Joshua N. Turner*
JOSHUA N. TURNER
Deputy Solicitor General