5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

PAM POE, by and through her parents and next friends, Penny and Peter Poe; PENNY POE; PETER POE; JANE DOE, by and through her parents and next friends, Joan and John Doe; JOAN DOE; JOHN DOE,

v.

RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; JAN M. BENNETTS, in her official capacity as County Prosecuting Attorney for Ada, Idaho; and the INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, in their official capacities,

Case No. 1:23-cv-00269-CWD

APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, __Brad S. Karp__, hereby applies for admission pro hac vice to appear and participate in this case on behalf of __all Plaintiffs (PAM, PENNY, and PETER POE, and JANE, JOAN, and JOHN DOE)__.

The applicant hereby attests as follows:

1. Applicant resides in __New York__, and practices at the following address and phone number __Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 6th Avenue, New York, NY 10019 (212) 373-3000__

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:
See attached page with additional bar memberships.

Dates:

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. __Richard Eppink (Bar No. 7503)__, a member in good standing of the bar of this court, of the firm of __W/REST Collective__, practices at the following office address and phone number: __812 West Franklin Street, Boise, ID 83702 (208) 371-9752__

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this __14th__ day of __July__ 2023

/s/ Brad S. Karp
Applicant

/s/ Richard Eppink
Designee

Signed under penalty of perjury.

**BRAD S. KARP BAR ADMISSION**

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status with Bar or Court |
|---|---|---|---|
| New York, 1st Department | 2064509 | May 5, 1986 | Active |
| U.S. District Court, Southern District of New York | BK3702 | March 24, 1987 | Active |
| U.S. District Court, Eastern District of New York | BK3702 | March 24, 1987 | Active |
| U.S. Court of Appeals, Federal Circuit | | November 23, 1987 | Active |
| U.S. Court of Appeals, 2nd Circuit | | October 8, 1991 | Active |
| U.S. Court of Appeals, 3rd Circuit | | October 6, 1997 | Active |
| U.S. District Court, Northern District of New York | | November 22, 1999 | Inactive |
| U.S. District Court, Southern District of Illinois | | March 4, 2007 | Inactive |
| U.S. Court of Appeals, 7th Circuit | | April 13, 2007 | Active |
| U.S. Court of Appeals, 9th Circuit | | October 20, 2015 | Active |
| U.S. Court of Appeals, 11th Circuit | | April 9, 2019 | Active |