| | |
|---|---|
| Li Nowlin-Sohl* | Alexia D. Korberg* |
| (admitted only in Washington) | Jackson Yates* |
| Taylor Brown* | Dana L. Kennedy* |
| Leslie Cooper* | Jordan Orosz* |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 125 Broad St. | 1285 6th Avenue |
| New York, NY 10004 | New York, NY 10019 |
| Tel: (212) 549-2584 | Tel: (212) 373-3000 |
| lnowlin-sohl@aclu.org | akorberg@paulweiss.com |
| lcooper@aclu.org | jyates@paulweiss.com |
| tbrown@aclu.org | dkennedy@paulweiss.com |
| | jorosz@paulweiss.com |
| Richard Eppink (ISB no. 7503) | Eric Alan Stone* |
| Casey Parsons (ISB no. 11323) | Ariella C. Barel* |
| David A. DeRoin (ISB no. 10404) | Kyle N. Bersani* |
| WREST COLLECTIVE | Philip S. May* |
| 812 W. Franklin St. | GROOMBRIDGE, WU, BAUGHMAN AND STONE LLP |
| Boise, ID 83702 | 565 5th Avenue, Suite 2900 |
| (208) 742-6789 | New York, NY 10017 |
| ritchie@wrest.coop | (332) 269-0030 |
| casey@wrest.coop | eric.stone@groombridgewu.com |
| david@wrest.coop | ariella.barel@groombridgewu.com |
| | kyle.bersani@groombridgewu.com |
| Dina Flores-Brewer (ISB no. 6141) | philip.may@groombridgewu.com |
| ACLU OF IDAHO FOUNDATION | |
| P.O. Box 1897 | |
| Boise, ID 83701 | |
| (208) 344-9750 | |
| dfloresbrewer@acluidaho.org | |

*Attorneys for Plaintiffs*                    * Admitted *pro hac vice*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **PAM POE**, et al.**,** | Case No. 1:23-cv-00269-CWD |
| *Plaintiffs*, | |
| v. | **STIPULATION RE: BRIEFING SCHEDULE AND PAGE LIMIT ON MOTIONS** |
| **RAÚL LABRADOR**, et al., | |
| *Defendants*. | |

The parties, by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiffs plan to file a motion for a preliminary injunction imminently. Plaintiffs' motion will seek an order prohibiting Defendants from enforcing a newly enacted law, House Bill 71. Plaintiffs seek to have the motion decided before the law goes into effect on January 1, 2024.

2. Defendants plan to file responses opposing the motion for a preliminary injunction.

3. Due to the importance of the issues raised and anticipated reliance on multiple expert declarations, the Parties request leave of the Court to file overlength briefs and propose that: Plaintiffs be allowed up to 30 pages for a brief in support of their motion for a preliminary injunction; Defendants have at least 30 pages for their responses; and Plaintiffs be allowed at least 15 pages for their replies in support of their motion. The Parties reserve their rights to request additional pages for responsive briefing at the appropriate time.

4. Furthermore, in order to ensure that the Parties have adequate time to address the issues in their responses, the Parties request additional time beyond the standard time provided in Local Civil Rule 7.1 to respond and propose a briefing schedule as follows:

    a. Defendants shall have 45 days to respond to the Plaintiff's motion for a preliminary injunction.

    b. Plaintiffs shall have 30 days to file their replies in support of their motion.

5. Pursuant to Local Civil Rules 6.1 and 7.1, the parties request that the Court approve this request for additional pages and stipulated briefing schedule.

DATED: July 18, 2023

AMERICAN CIVIL LIBERTIES UNION FOUNDATION

By: __/s/ Li Nowlin-Sohl_____
    LI NOWLIN-SOHL
    Counsel for Plaintiffs

DATED: July 18, 2023

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

By: __/s/ Lincoln Wilson_____
    LINCOLN WILSON
    Chief of Civil Litigation and Constitutional Defense
    Counsel for Defendants Raúl Labrador and the Individual Members of the Idaho Code Commission

DATED: July 14, 2023

JAN M. BENNETTS
Ada County Prosecuting Attorney

By: ___/s/ Dayton Reed_____
    DAYTON REED
    Deputy Prosecuting Attorney, Civil Division
    Ada County Prosecuting Attorney's Office
    Counsel for Defendant Jan Bennetts

STIPULATION RE: ADDITIONAL PAGES AND BRIEFING SCHEDULE ON MOTIONS - 3