UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAM POE, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>RAÚL LABRADOR, et al.,<br><br>    *Defendants*. | Case No. 1:23-cv-00269-CWD<br><br>**ORDER** |

This Court has before it a stipulation for overlength briefs and for an extended briefing schedule (Dkt. 27) in relation to Plaintiffs' forthcoming motion for a preliminary injunction. The Court has reviewed the stipulation and the complaint in this case and finds good cause for approving the same.

Now therefore, **IT IS HEREBY ORDERED** that:

a) Plaintiffs shall have up to 30 pages for an opening brief in support of their motion for a preliminary injunction.

b) Defendants shall file their responses to Plaintiffs' motion for a preliminary injunction within 45 days of the filing of the motion. Defendants shall have up to 30 pages for their responses.

c) Plaintiffs shall file their replies in support of their motion for a preliminary injunction within 30 days of the filing of Defendants' responses. Plaintiffs shall have up to 15 pages each for their replies.

Dated: **July 19, 2023**

Candy W. Dale
United States Magistrate Judge

**ORDER - 1**