| | |
|---|---|
| Li Nowlin-Sohl* | Brad S. Karp* |
| (admitted only in Washington) | Alexia D. Korberg* |
| Leslie Cooper* | Jackson Yates* |
| Taylor Brown* | Dana L. Kennedy* |
| AMERICAN CIVIL LIBERTIES UNION | PAUL, WEISS, RIFKIND, WHARTON |
| FOUNDATION | & GARRISON LLP |
| 125 Broad St. | 1285 Avenue of the Americas |
| New York, NY 10004 | New York, NY 10019 |
| Tel: (212) 549-2584 | Tel: (212) 373-3000 |
| lnowlin-sohl@aclu.org | bkarp@paulweiss.com |
| lcooper@aclu.org | akorberg@paulweiss.com |
| tbrown@aclu.org | jyates@paulweiss.com |
| | dkennedy@paulweiss.com |

Richard Eppink (ISB no. 7503)
Casey Parsons (ISB no. 11323)
David A. DeRoin (ISB no. 10404)
WREST COLLECTIVE
812 W. Franklin St.
Boise, ID 83702
Tel: (208) 742-6789
ritchie@wrest.coop
casey@wrest.coop
david@wrest.coop

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

*Additional counsel for Plaintiffs identified on the following page*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **PAM POE**, et al.**,** | |
| *Plaintiffs*, | Case No. 1:23-cv-00269-CWD |
| v. | **MOTION FOR A PRELIMINARY INJUNCTION** |
| **RAÚL LABRADOR**, et al., | |
| *Defendants*. | |

Eric Alan Stone*
Ariella C. Barel*
Kyle Bersani*
GROOMBRIDGE, WU, BAUGHMAN AND STONE LLP
565 5th Avenue, Suite 2900
New York, NY 10017
Tel: (332) 269-0030
eric.stone@groombridgewu.com
ariella.barel@groombridgewu.com
kyle.bersani@groombridgewu.com

Philip S. May*
GROOMBRIDGE, WU, BAUGHMAN AND STONE LLP
801 17th St. NW, Suite 1050
Washington, DC 20006
Tel: (202) 505-5830
philip.may@groombridgewu.com

*Admitted *pro hac vice*

Jordan Orosz*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Tel: (202) 223-7300
jorosz@paulweiss.com

Dina Flores-Brewer (ISB no. 6141)
ACLU OF IDAHO FOUNDATION
P.O. Box 1897
Boise, ID 83701
(208) 344-9750
Tel: dfloresbrewer@acluidaho.org

*Attorneys for Plaintiffs*

The Plaintiffs move this Court, under Federal Rule of Civil Procedure 65, for a preliminary injunction prohibiting the Defendants, as well as their officers, agents, employees, attorneys, and any person who is in active concert or participation with them, from enforcing any of the provisions of House Bill 71, as passed by the Sixty-seventh Idaho Legislature in its Regular Session and enacted on March 30, 2023. The bill is to be codified at Idaho Code §§ 18-1506C and 19-5307 and will also be published at 2023 Idaho Session Laws ch. 292. A copy of the bill is attached to the Complaint for Declaratory and Injunctive Relief (Dkt. 1) and to the memorandum of law supporting this motion. The Plaintiffs also move this Court for an order waiving the requirement for bond or security from them.

This motion is based on the memorandum of law in its support and the declarations filed with it, as well as the Complaint (Dkt. 1). Plaintiffs make this motion on the grounds that the provisions of House Bill 71 are unconstitutional, as set out in the accompanying memorandum of law.

Date:   July 21, 2023                                    Respectfully submitted,

                                                         /s/ *Alexia D. Korberg*
                                                         Alexia D. Korberg

Li Nowlin-Sohl                                Brad S. Karp
Leslie Cooper                                 Alexia D. Korberg
Taylor Brown                                  Jackson Yates
AMERICAN CIVIL LIBERTIES UNION                Dana L. Kennedy
FOUNDATION                                    Jordan Orosz
                                              PAUL, WEISS, RIFKIND, WHARTON
Dina Flores-Brewer                            & GARRISON LLP
ACLU OF IDAHO FOUNDATION
                                              Richard Eppink
Eric Alan Stone                               Casey Parsons
Ariella C. Barel                              David A. DeRoin
Kyle Bersani                                  WREST COLLECTIVE
Philip S. May
GROOMBRIDGE, WU, BAUGHMAN AND
STONE LLP                                     *Attorneys for Plaintiffs*