5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

PAM POE, et al.                     )
                                    )   Case No.  1:23-cv-00269-CWD
                                    )
v.                                  )
        RAÚL LABRADOR, et al.       )   APPLICATION FOR ADMISSION
                                    )   PRO HAC VICE
                                    )
                                    )
                                    )   Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, William R. Isasi, hereby applies for admission pro hac vice to appear and participate in this case on behalf of [See attached list of amici].

The applicant hereby attests as follows:

1. Applicant resides in Washington, DC, and practices at the following address and phone number OneCity Center, 850 Tenth St., NW Washington, DC 20001 (202) 662-5102

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:
[See attached list of admissions]

Dates:

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Colleen Smith (ISB No. 10023), a member in good standing of the bar of this court, of the firm of Stris & Maher LLP, practices at the following office address and phone number:
1717 K Street NW, Suite 900, Washington, DC 20006; (202) 800-5749

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 25 day of July, 2023.

Applicant                                    Designee

Signed under penalty of perjury.

## List of Amici

American Academy of Pediatrics, the Academic Pediatric Association, the American Academy of Child & Adolescent Psychiatry, the American Academy of Family Physicians, the American Academy of Nursing, the American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ+ Equality, the American College of Obstetricians and Gynecologists, the American College of Osteopathic Pediatricians, the American College of Physicians, the American Medical Association, the American Pediatric Society, the Association of American Medical Colleges, Association of Medical School Pediatric Department Chairs, Inc., the Endocrine Society, the Idaho Chapter of the American Academy of Pediatrics, the National Association of Pediatric Nurse Practitioners, the Pediatric Endocrine Society, the Societies for Pediatric Urology, the Society for Adolescent Health and Medicine, the Society for Pediatric Research, the Society of Pediatric Nurses, and the World Professional Association for Transgender Health.

## List of Court Admissions for William R. Isasi

| Court Name | Admission Date |
|---|---|
| U.S. District Court for the Eastern District of Arkansas | July 6, 2021 |
| U.S. Court of International Trade | February 1, 2005 |
| U.S. Court of Appeals for the Eleventh Circuit | June 5, 2023 |
| U.S. Court of Appeals for the Federal Circuit (inactive) | February 7, 2005 |
| U.S. Supreme Court (inactive) | March 2003 |