**JAN M. BENNETTS**
ADA COUNTY PROSECUTING ATTORNEY

**HEATHER M. McCARTHY**
**DAYTON P. REED**
Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, ID  83702
Telephone (208) 287-7700
Facsimile (208) 287-7719
Idaho State Bar Nos. 6404 & 10775
Email:  civilpafiles@adacounty.id.gov

*Attorneys for Ada County Prosecuting Attorney Jan M. Bennetts*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAM POE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, et al.,<br><br>Defendants. | Case No. 1:23-cv-00269-CWD<br><br>**NOTICE OF NON-OPPOSITION TO PLAINTIFFS' BRIEF IN SUPPORT OF MOTION TO PROCEED UNDER PSEUDONYMS** |

Defendant Jan M. Bennetts gives notice of non-opposition to *Plaintiffs' Brief in Support of Motion to Proceed Under Pseudonyms* (dkt. 11).

**DATED** this 26th day of July, 2023.

> **JAN M. BENNETTS**
> Ada County Prosecuting Attorney
>
> By:   /s/ Dayton P. Reed
>           Dayton P. Reed
>           Deputy Prosecuting Attorney

NOTICE OF NON-OPPOSITION TO PLAINTIFFS' BRIEF IN SUPPORT OF MOTION TO PROCEED UNDER PSEUDONYMS – PAGE 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of July, 2023 I filed the foregoing NOTICE OF NON-OPPOSITION TO PLAINTIFFS' BRIEF IN SUPPORT OF MOTION TO PROCEED UNDER PSEUDONYMS electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Alexia D. Korberg
Brad S. Karp
Dana Kennedy
Jackson Cory Yates
Jordan E. Orosz
Paul, Weiss, Rifkind, Wharton & Garrision
akorberg@paulweiss.com
bkarp@paulweiss.com
dkennedy@paulweiss.com
jyates@paulweiss.com
jorosz@paulweiss.com

Ariella C. Barel
Eric Alan Stone
Kyle N. Bersani
Philip S. May
Groombridge, Wu, Baughman & Stone
ariella.barel@groombridgewu.com
eric.stone@groombridgewu.com
kyle.bersani@groombridgewu.com
philip.may@groombridgewu.com

Casey Parsons
Richard Alan Eppink
Wrest Collective
casey@wrest.coop
ritchie@wrest.coop

Dina M. Flores-Brewer
ACLU of Idaho
dfloresbrewer@acluidaho.org

Leslie Jill Cooper
Li Nowlin-Sohl
Meredith Taylor Brown
American Civil Liberties Union Foundation
lcooper@aclu.org
lnowlin-sohl@aclu.org
tbrown@aclu.org

Joshua N. Turner
Lincoln Davis Wilson
Idaho Attorney General's Office
josh.turner@ag.idaho.gov
lincoln.wilson@ag.idaho.gov

Colleen Rosannah Smith
Stris & Maher
csmith@stris.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated as follows:

N/A

By:   /s/ Chyvonne Tiedemann
       Legal Assistant

NOTICE OF NON-OPPOSITION TO PLAINTIFFS' BRIEF IN SUPPORT OF MOTION TO PROCEED UNDER PSEUDONYMS – PAGE 2