RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil Litigation and Constitutional Defense

JOSHUA N. TURNER, ISB #12193
ANDREA H. NIELSEN, ISB #7763
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
josh.turner@ag.idaho.gov
andrea.nielsen@ag.idaho.gov

*Attorneys for Defendants*

## UNITED STATE DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| PAM POE, by and through her parents and next friends, Penny and Peter Poe; PENNY POE; PETER POE; JANE DOE, by and through her parents and next friends, Joan and John Doe; JOAN DOE; JOHN DOE,<br><br>   Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; JAN M. BENNETTS, in her official capacity as County Prosecuting Attorney for Ada, Idaho; and the INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, in their official capacities,<br><br>   Defendants. | Case No. 1:23-cv-00269-CWD<br><br>**NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS** |

Defendants Raúl Labrador and the Individual Members of the Idaho Code Commission give notice of non-opposition to *Plaintiffs' Brief in Support of Motion to Proceed Under Pseudonyms* (Dkt. 11).

DATED: July 28, 2023.

                                        STATE OF IDAHO
                                        OFFICE OF THE ATTORNEY GENERAL

                        By:   /s/ *Lincoln Davis Wilson*
                                        LINCOLN DAVIS WILSON
                                        Chief of Civil Litigation and
                                        Constitutional Defense

## **CERTIFICATE OF SERVICE**

I Hereby Certify that on July 28, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Alexia D Korberg
akorberg@paulweiss.com

Ariella C. Barel
ariella.barel@groombridgewu.com

Brad Karp
bkarp@paulweiss.com

Casey Parsons
casey@wrest.coop

Colleen Rosannah Smit
csmith@stris.com

Richard Eppink
ritchie@wrest.coop

D. Jean Veta
jveta@cov.com

Dana L. Kennedy
dkennedy@paulweiss.com

Dina Flores-Brewer
dfloresbrewer@acluidaho.org

Eric Alan Stone
eric.stone@groombridgeuw.com

Jackson Yates
jyates@paulweiss.com

Jordan Orosz
jorosz@paulweiss.com

Kyle Bersani
kyle.bersni@groombridgewu.com

Leslie Cooper
lcooper@aclu.org

Li Nowlin-Sohl
lowlin-sohl@aclu.org

Meredith Taylor Brown
tbrown@aclu.org

Philip May
philip.may@groombridgewu.com

William Isasi
wisasi@cov.com

*Counsel for Plaintiffs*

By: /s/ *Lincoln Davis Wilson*
   Lincoln Davis Wilson
   Chief of Civil Litigation and
   Constitutional Defense