UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAM POE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, et al.,<br><br>    Defendants. | Case No. 1:23-cv-00269-CWD<br><br>**ORDER** |

    This matter is before the Court upon the Motion of American Academy of Pediatrics and Additional National and State Medical and Mental Health Organizations ("*Amici Curiae*") for Leave to File an *Amici Curiae* Brief in Support of Plaintiffs' Motion for Preliminary Injunction. (Dkt. 33.) Via informal communications with Court staff, the parties have informed the Court that they do not oppose the motion, and Defendants Raúl Labrador and Individual Members of the Idaho Code Commission ("State Defendants") have requested an additional five pages for their response brief to respond to the arguments of *Amici Curiae*. Plaintiffs and Defendant Jan Bennetts have indicated they do not oppose the State Defendants' request for an additional five pages.

    Accordingly, upon consideration of the unopposed motion, the Court hereby orders that the motion (Dkt. 33) is **GRANTED**. The proposed brief at Docket No. 33 shall stand as the brief

**ORDER - 1**

of *Amicus Curiae* American Academy of Pediatrics and Additional National and State Medical and Mental Health Organizations.

It is further **ORDERED** that the State Defendants may have up to 35 pages for their response to the Plaintiffs' motion for a preliminary injunction.

DATED: August 1, 2023

Honorable Candy W. Dale
United States Magistrate Judge