# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **PAM POE**, et al., *Plaintiffs*, v. **RAÚL LABRADOR**, et al., *Defendants*. | Case No. 1:23-cv-269-BLW (hs)<br><br>**Plaintiffs' Notice Of Errata Regarding Declarations of Dr. Christine Brady and Dr. Kara Connelly [Dkts. 32-6, 32-7]** |

PLEASE TAKE NOTICE that Plaintiffs respectfully submit this errata to correct the inadvertent omission of Exhibit A to the Declaration of Dr. Christine Brady (Dkt. 32-6) and Exhibit A to the Declaration of Dr. Kara Connelly (Dkt. 32-7) submitted in support of Plaintiff's Motion for a Preliminary Injunction. Plaintiffs respectfully submit the attached corrected versions of the Declarations of Dr. Brady and Dr. Connelly, which include the omitted exhibits. The omitted exhibits are the Declarants' Curricula Vitae. The Declarations have not been altered in any other manner.

Date:   August 16, 2023                                     Respectfully submitted,

                                                                               /s/ *Alexia D. Korberg*
                                                                               Alexia D. Korberg

| | |
|---|---|
| Li Nowlin-Sohl* <br>(admitted only in Washington) <br>Leslie Cooper* <br>Taylor Brown* <br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION <br>125 Broad St. <br>New York, NY 10004 <br>Tel: (212) 549-2584 <br>lnowlin-sohl@aclu.org <br>lcooper@aclu.org <br>tbrown@aclu.org | Brad S. Karp* <br>Alexia D. Korberg* <br>Jackson Yates* <br>Dana L. Kennedy* <br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br>1285 Avenue of the Americas <br>New York, NY 10019 <br>Tel: (212) 373-3000 <br>bkarp@paulweiss.com <br>akorberg@paulweiss.com <br>jyates@paulweiss.com <br>dkennedy@paulweiss.com |

Eric Alan Stone*
Ariella C. Barel*
Kyle Bersani*
GROOMBRIDGE, WU, BAUGHMAN AND STONE LLP
565 5th Avenue, Suite 2900
New York, NY 10017
Tel: (332) 269-0030
eric.stone@groombridgewu.com
ariella.barel@groombridgewu.com
kyle.bersani@groombridgewu.com

Philip S. May*
GROOMBRIDGE, WU, BAUGHMAN AND STONE LLP
801 17th St. NW, Suite 1050
Washington, DC 20006
Tel: (202) 505-5830
philip.may@groombridgewu.com

Dina Flores-Brewer (ISB no. 6141)
ACLU OF IDAHO FOUNDATION
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
dfloresbrewer@acluidaho.org

Richard Eppink (ISB no. 7503)
Casey Parsons (ISB no. 11323)
David A. DeRoin (ISB no. 10404)
WREST COLLECTIVE
812 W. Franklin St.
Boise, ID 83702
Tel: (208) 742-6789
ritchie@wrest.coop
casey@wrest.coop
david@wrest.coop

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed via the Court's electronic filing system on this 16th day of August 2023, to be served by operation of the electronic filing system on all ECF-registered counsel of record.

/s/ *Alexia D. Korberg*
Alexia D. Korberg