Li Nowlin-Sohl*
(admitted only in Washington)
Leslie Cooper*
Taylor Brown*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
lnowlin-sohl@aclu.org
lcooper@aclu.org
tbrown@aclu.org

Richard Eppink (ISB no. 7503)
Casey Parsons (ISB no. 11323)
David A. DeRoin (ISB no. 10404)
WREST COLLECTIVE
812 W. Franklin St.
Boise, ID 83702
Tel: (208) 742-6789
ritchie@wrest.coop
casey@wrest.coop
david@wrest.coop

Brad S. Karp*
Alexia D. Korberg*
Jackson Yates*
Dana L. Kennedy*
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
bkarp@paulweiss.com
akorberg@paulweiss.com
jyates@paulweiss.com
dkennedy@paulweiss.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

*Additional counsel for Plaintiffs identified on the following page*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **PAM POE**, by and through her parents and next friends, Penny and Peter Poe; **PENNY POE**; **PETER POE**; **JANE DOE**, by and through her parents and next friends, Joan and John Doe; **JOAN DOE**; **JOHN DOE**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **RAÚL LABRADOR**, in his official capacity as Attorney General of the State of Idaho; **JAN M. BENNETTS**, in her official capacity as County Prosecuting Attorney for Ada, Idaho; and the **INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION**, in their official capacities, <br><br> *Defendants*. | Case No. 1:23-cv-00269-CWD |

## EXPERT DECLARATION OF CHRISTINE BRADY, PhD

Eric Alan Stone*
Ariella C. Barel*
Kyle Bersani*
GROOMBRIDGE, WU, BAUGHMAN AND
STONE LLP
565 5th Avenue, Suite 2900
New York, NY 10017
Tel: (332) 269-0030
eric.stone@groombridgewu.com
ariella.barel@groombridgewu.com
kyle.bersani@groombridgewu.com

Jordan Orosz*
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Tel: (202) 223-7300
jorosz@paulweiss.com

Philip S. May*
GROOMBRIDGE, WU, BAUGHMAN AND
STONE LLP
801 17th St. NW, Suite 1050
Washington, DC 20006
Tel: (202) 505-5830
philip.may@groombridgewu.com

Dina Flores-Brewer (ISB no. 6141)
ACLU OF IDAHO FOUNDATION
P.O. Box 1897
Boise, ID 83701
(208) 344-9750
Tel: dfloresbrewer@acluidaho.org

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

I, Christine Brady, PhD, hereby declare and state as follows:

1.      I am over 18 years of age and competent to testify.

2.      I have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation.  The opinions expressed herein are my own and do not necessarily express the views or opinions of my employer.

3.      I have actual knowledge of the matters stated herein.  If called to testify in this matter, I would testify truthfully and based on my expert opinions.

4.      In preparing this declaration, I reviewed Idaho State Legislature House Bill 71 (hereafter "Ban").  My opinions contained in this declaration are based on my training as a psychologist; my clinical experience as a pediatric psychologist, including my experience treating youth and young adults up to age 23 with gender dysphoria; my knowledge of peer reviewed research relevant to the treatment of gender dysphoria; my knowledge of the clinical best practice guidelines set forth by professional organizations for the treatment of gender dysphoria including the World Professional Association for Transgender Health ("WPATH") Standards of Care for the Health of Transgender and Gender Diverse People Version 8 ("SOC 8"), Endocrine Society's the Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline ("Endocrine Society Guideline"), and the American Psychological Association ("APA") Guidelines for Psychological Practice With Transgender and Gender Nonconforming People.

## BACKGROUND AND QUALIFICATIONS

5.      I am a Clinical Assistant Professor in the Department of Pediatric Endocrinology and Diabetes, and (by courtesy) Psychiatry and Behavioral Sciences at Stanford University School of Medicine.  I am the full-time psychologist at the Pediatric and Adolescent Gender

Clinic at Stanford Medicine Children's Health.  I provide direct therapeutic service to patients (average of 350 families per year), clinical supervision/training to the psychology graduate program and psychiatry fellowship program, and lectures on gender affirming care to psychology students, residents, and fellows and psychiatry fellows.  I also conduct research on cultural considerations related to Asian American Native Hawaii Pacific Islander (AANHPI) gender diverse youth.

6.      I received my Bachelor of Science and Master of Arts in Psychology from James Madison University, Harrisonburg, VA.  I completed my Ph.D. in Clinical Psychology at Ohio University, Athens, OH in 2014.  I completed a year-long Pre-Doctoral Internship at the University of Washington/Seattle Children's Hospital as well as a year-long Post-Doctoral Fellowship at the University of Louisville/Norton Children's Hospital.

7.      In 2015, I co-founded and was Co-Director of the Gender Clinic at Hennepin Healthcare in Minneapolis, MN.  After a year in Minnesota, I became Co-Director of the Pediatric Gender Clinic at the University of Louisville and was there for three years before coming to Stanford, where I have been working for almost three years.  In the eight years I have been working with individuals with gender dysphoria, I have treated over 1,000 youth and families.  Currently, 100 percent of my clinical practice are transgender youth.  In previous positions, I provided therapy to a wide range of presenting problems including ADHD, depression, anxiety, trauma, and coping with medical illness such as cancer. Thus, I have extensive experience and strong therapeutic skills in working with patients with gender dysphoria as well as other common diagnoses in adolescents and young adults.

8.      I am a licensed psychologist in the state of California.

9.      I have been a member of WPATH since 2017.

2

10.     Further information about my professional background and experience is outlined in my curriculum vitae, a true and accurate copy of which is attached as **Exhibit A** to this report.

11.     I am being compensated at an hourly rate of $250 per hour for preparation of expert declarations and reports, and $400 per hour for time spent preparing for or giving deposition or trial testimony.  My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I provide.

## EXPERT OPINIONS

### A.  Gender Identity

12.     A person's sex is typically assigned at birth based upon the external genitalia observed.  A person's assigned or designated sex may or may not align with their gender identity. Transgender or gender diverse individuals have a gender identity that does not align with their assigned sex.  Cisgender individuals have a gender identity that does align with their assigned sex.

13.     Gender identity is a person's core, internal sense of gender, such as male or female.  Every person has a gender identity.

14.     Gender identity is not a choice.  It is an essential part of one's identity and being. Moreover, gender identity is not something that can be voluntarily changed.

15.     Efforts to try to change a person's gender identity through therapy have been shown to be ineffective and harmful.  For example, in a survey of transgender adults, those who reported receiving talk therapy aimed at changing their gender identity to match their sex assigned at birth (sometimes referred to as conversion therapy) indicated a lack of effectiveness

of that treatment, higher psychological distress, and increased odds of suicide attempts.[1]  The survey found that conversion efforts in children under the age of 10 correlated with a 4-fold increase in attempted suicides.[2]  Major U.S. professional medical organizations have therefore published statements warning against the dangers of conversion therapy and their recommendations that it should not be used with transgender individuals (e.g., American Psychological Association, American Medical Association, and American Academy of Child and Adolescent Psychiatry).[3]

### B.  Diagnosing Gender Dysphoria

16.    Gender dysphoria is a clinical diagnosis given to an individual who is experiencing significant symptoms and impairment of function due to the incongruence between their assigned sex and their gender identity.  Gender dysphoria (and past iterations of gender dysphoria) was added to the Diagnostic and Statistical Manual of Mental Disorders (DSM) in the 1980s (version 3).  The diagnosis and its criteria have changed over time to reflect the most current research regarding the presentation of this diagnosis.

17.    The current version of the DSM (DSM-5 published in 2013 and DSM-5-TR published in 2022) define gender dysphoria as a "marked difference between the individual's

---

[1] Jack L. Turban et al., *Association Between Recalled Exposure to Gender Identity Conversion Efforts and Psychological Distress and Suicide Attempts Among Transgender Adults*, 77 JAMA PSYCHIATRY 68, 69 (2019).
[2] *Id*. at 68.
[3] AMERICAN PSYCHOLOGICAL ASSOCIATION, APA RESOLUTION ON GENDER IDENTITY CHANGE EFFORTS 1-2 (2021), https://www.apa.org/about/policy/resolution-gender-identity-change-efforts.pdf; AMERICAN MEDICAL ASSOCIATION & GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ EQUALITY, SEXUAL ORIENTATION AND GENDER IDENTITY CHANGE EFFORTS (SO-CALLED "CONVERSION THERAPY") 4 (2022), https://www.ama-assn.org/system/files/conversion-therapy-issue-brief.pdf; American Academy of Child & Adolescent Psychiatry, *Conversion Therapy Policy Statement* (Feb. 2018), https://www.aacap.org/AACAP/Policy_Statements/2018/Conversion_Therapy.aspx.

expressed/experienced gender and the gender others would assign him or her." Symptoms must be present for at least six months, be verbalized externally, and be causing significant impairment in various domains of functioning such as peer relationships, school, or home life. There are different diagnostic criteria for children than there are for adolescents and adults.

18.    For pre-pubertal children, DSM-5 diagnostic criteria are as follows:

A.  A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months duration, as manifested by at least six of the following (one of which must be Criterion A1):

1.  A strong desire to be of the other gender or insistence that one is the other gender (or some alternative gender different from one's assigned gender).

2.  In boys (assigned gender), a strong preference for cross-dressing or simulating female attire, or in girls (assigned gender), a strong preference for wearing only typical masculine clothing and a strong resistance to the wearing of typical feminine clothing.

3.  A strong preference for cross-gender roles in make-believe play or fantasy play.

4.  A strong preference for the toys, games, or activities stereotypically used or engaged in by the other gender.

5.  A strong preference for playmates of the other gender.

6.  In boys (assigned gender), a strong rejection of typically masculine toys, games, and activities and a strong avoidance of rough-and-tumble play; or in girls (assigned gender), a strong rejection of typically feminine toys, game and activities.

7.  A strong dislike of one's sexual anatomy.

8.  A strong desire for the primary and/or secondary sex characteristics that match one's experienced gender.

B. The condition is associated with clinically significant distress or impairment in social circles, school, or other important areas of functioning.

19.     For adolescents and adults, DSM-5 diagnostic criteria are as follows:

A.  A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months duration, as manifested by at least two of the following:

1.  A marked incongruence between one's experienced/expressed gender and primary or secondary sex characteristics (or in young adolescents, the anticipated secondary sex characteristics).

2.  A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender (or in young adolescents, a desire to prevent the development of the anticipated secondary sex characteristics).

3.  A strong desire for the primary and/or secondary sex characteristics of the other gender.

4.  A strong desire to be of the other gender (or some alternative gender different from one's assigned gender).

5.  A strong desire to be treated as the other gender (or some alternative gender different from one's assigned gender).

6.  A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender).

B.  The condition is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning.

20.     For adolescents and adults whose gender identity differs from their sex assigned at birth, it is very unlikely that they will later come to identify with their birth-assigned sex.  In my experience with over 900 transgender adolescent patients who met the criteria for gender dysphoria, only 6 have later come to identify with their sex assigned at birth (4 had not engaged in medical interventions; 2 had received puberty delaying medications, stopped those medications, and their endogenous puberty resumed; none expressed regret around their gender exploration or care).

6

21.    There is some research on pre-pubertal children that has been described as showing high rates of "desistance" of transgender identity among pre-pubertal children.[4] Because that research included gender-non-conforming children who did not necessarily identify as a sex different than their birth-assigned sex, it can be misleading when used to talk about desistance of transgender identity.  In other words, many of these youth did not identify as transgender, would not meet the criteria of gender dysphoria under the current DSM 5 standards, and would not be included in studies of transgender youth today.  A more recent study of pre-pubertal transgender children who had socially transitioned (mean age of 8-years-old) reports 2.5% of participants identified with their designated sex at birth five years later (mean age of 13-years-old at follow-up).[5] Moreover, there is no evidence that transgender adolescents are likely to "desist" at high rates. One study found that only 3.5% of adolescents stopped taking puberty blockers because they no longer wished to have gender affirming treatment.[6]

22.    Some patients with gender dysphoria may discontinue gender-affirming medical interventions for a variety of reasons, including having achieved their transition goals (e.g., voice deepening, facial hair growth), barriers to accessing care such as lack of insurance, or family or social pressure.  Discontinuing care should not be interpreted to mean that the patient has "detransitioned" in the sense of coming to identify with one's birth-assigned sex[7] and there are

---

[4] *See, e.g.*, Madeleine S.C. Wallien & Peggy T. Cohen-Kettenis, *Psychosexual Outcome of Gender-Dysphoric Children*, 47 J. AM. ACAD. CHILD & ADOLESCENT PSYCHIATRY 1413, 1413-23 (2008) (investigating which childhood measures of gender behavior related to "desistance").
[5] Kristina R. Olson et. al., *Gender Identity 5 Years After Social Transition*, 150 PEDIATRICS 1, 3 (2022).
[6] Tessa Brik et al., *Trajectories of Adolescents Treated with Gonadotropin-Releasing Hormone Analogues for Gender Dysphoria*, 49 ARCHIVES SEXUAL BEHAV. 2611, 2615 (2020).
[7] Jack L. Turban et al., *Factors Leading to "Detransition" Among Transgender and Gender Diverse People in the United States: A Mixed-Methods Analysis*, 8 LGBT HEALTH 273, 273-80 (2021).

no studies that have found that such an experience is common among those who receive gender affirming medical care.

## C. The Treatment of Gender Dysphoria

23.     Being transgender or gender diverse alone is not pathological; a person's gender identity is not a medical condition or the target of treatment.  DSM-5 states that treatments for the diagnosis of gender dysphoria should be focused on alleviating the distress/impairment of function stemming from the incongruence between the patient's gender identity and birth-assigned sex, not trying to change the patient's gender identity.

24.     Gender dysphoria can be debilitating and cause significant impairment in function.  It is well recognized that transgender adolescents and young adults are a vulnerable population at higher risk for depression/anxiety, suicidal ideation and suicide attempts.  The Youth Risk and Behavior Survey (YRBS) is an ongoing study conducted by the Center for Disease Control that obtains data on variables relevant to adolescents in the United States.  Data from states that ask about and can analyze variables related to gender identity found that adolescents who are gender diverse, when compared to cisgender peers, had higher rates of consideration of suicide (45% vs 10-20%) and attempted suicide (35% vs. less than 10%).[8]

25.     Without treatment, adolescents and young adults with gender dysphoria can experience symptoms that make very basic tasks feel impossible such as showering, eating, attending school, or socializing.  Clinically, many of my patients report not participating in class due to discomfort with their voice, avoiding the use of bathrooms throughout the school day,

---

[8] Michelle M. Johns et al., *Transgender Identity and Experiences of Violence Victimization, Substance Use, Suicide Risk, and Sexual Risk Behaviors Among High School Students–19 States and Large Urban School Districts, 2017*, MORBIDITY & MORTALITY WKLY. REP., Jan. 25, 2019, at 67, 69.

avoiding physical activity due to body discomfort, as well as discomfort leaving the house in general.  Delays in treatment can exacerbate symptoms, creating more impairment and psychological distress.  A recent study of adults showed that longer wait times to establish care at a gender clinic resulted in low mood, worsening suicidal ideation and poorer quality of life.[9]

26.     The World Professional Association for Transgender Health (WPATH) Standards of Care for the Health of Transgender and Gender Diverse People are the most widely adopted clinical practice guidelines for the treatment of transgender and gender diverse individuals.  The Standards of Care (SOC) were first published in 1979 and the most recent iteration (SOC 8) was published in 2022.[10]  Per the methodology described by WPATH "SOC-8 is based on the best available science and expert professional consensus in transgender health. International professionals and stakeholders were selected to serve on the SOC-8 committee. Recommendation statements were developed based on data derived from independent systematic literature reviews, where available, background reviews and expert opinions."[11]  SOC 8 provides detailed guidance for evaluation of gender dysphoria and criteria for medical intervention, as well as procedures for hormone treatment and surgery when indicated.[12]

27.     The Endocrine Society has also published a widely adopted clinical practice guideline for the treatment of gender dysphoria (Endocrine Society Guideline) to help guide

---

[9] N. Henderson et al., *The Impact of Gender Identity Clinic Waiting Times on the Mental Health of Transitioning Individuals*, 65 EUR. PSYCHIATRY S851 (2022)

[10] E. Coleman et al., *Standards of Care for the Health of Transgender and Gender Diverse People, Version 8*, 23 INT'L J. TRANSGENDER HEALTH S1 (2022).

[11] *Id.* at S3.

[12] *Id.*

providers working with gender diverse adolescents and adults.[13]  The SOC 8 and Endocrine

Society Guideline have a high degree of overlap and consensus regarding best practices.

28.     The American Psychological Association (APA) also released guidelines specific

to the provision of mental health care to gender diverse individuals.[14] The APA defines gender

affirming care to be "care that is respectful, aware, and supportive of the identities and life

experiences of [transgender and gender non-conforming] people."[15] Gender affirming care is

creating a safe, therapeutic space where individuals can grow, evolve and understand themselves

more completely, wherever their path may lead.

29.     As stated above, these guidelines are widely accepted in the professional

community.  They have analyzed all available scientific research, and are widely referenced and

endorsed by all major U.S. medical and mental health associations.

30.     The SOC 8 and Endocrine Society Guideline described above emphasize the

importance of mental health assessments and evaluations in the treatment of gender diverse

adolescents.  Beyond assessing eligibility criteria for medical interventions (puberty-delay,

hormones, or surgery), which will be discussed below, mental health providers can facilitate

exploration and deepen understanding of an individual's gender, help manage anxiety/depression

or other mental health diagnoses related to gender dysphoria, provide support related to social

transition (e.g. dressing and using names and pronouns that accord with one's gender identity),

provide education to caregivers to increase support and positive communication, and enhance

---

[13] Wylie C. Hembree et al., *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline*, 102 J. CLINICAL ENDOCRINOLOGY & METABOLISM 3869 (2017).

[14] American Psychological Association, *Guidelines for Psychological Practice with Transgender and Gender Nonconforming People*, AM. PSYCH. 832 (2015).

[15] *Id.* at 832-33.

10

coping skills to manage discrimination/minority stress.  For some, non-medical interventions such as social transition, creating gender congruent expression, and getting social support of their identity is sufficient to manage gender dysphoria.  For many others, medical intervention is clinically indicated.

31.    Under the WPATH SOC 8 and the Endocrine Society Guideline, no medical interventions are recommended or indicated for the treatment of gender dysphoria prior to the onset of puberty (otherwise referred to as Tanner Stage 2).  Prior to Tanner Stage 2, the recommended care is to help youth in their gender exploration, and provide support to youth and families as described above.

32.    Once puberty begins, many adolescents with gender dysphoria will experience great distress related to the changes in their bodies that do not match their gender identity.  For some of these youth, medical interventions may be deemed necessary.  They may include puberty blockers (GnRH agonists) to pause puberty, hormone therapy in accordance with one's gender identity (e.g. testosterone for transgender boys and estrogen and anti-androgens for transgender girls), and sometimes surgery. Pausing puberty with blockers can help prevent the distress associated with physical changes inconsistent with an adolescent's gender identity and also provide the adolescent more time to understand their gender identity before considering less reversible treatments. Hormone therapy and surgery can alleviate the distress of gender dysphoria by helping align the adolescent's body with their gender identity.

33.    The WPATH SOC and the Endocrine Society Guideline outline criteria for eligibility for medical interventions for adolescents with gender dysphoria including a) significant duration of gender incongruity, b) the diagnostic criteria for gender dysphoria are met, c) the adolescent has the emotional and cognitive capacity to provide informed consent

regarding the treatment they are seeking; d) any other mental health conditions do not interfere with diagnostic clarity or ability to consent and e) the patient and their family is fully informed of potential risks and fertility preservation options.

34.     To determine if the eligibility criteria are met and if medical interventions are appropriate for an adolescent patient, the SOC 8 and Endocrine Society Guideline recommend a comprehensive psychosocial assessment.  Assessment procedures can vary based on the practice setting, discipline of the provider conducting the assessment, presence of neurodiversity, or other individual patient considerations/needs.

35.     During the assessment, a thorough history and diagnosis of gender dysphoria (evolution of identity, onset of symptoms, types of symptoms experienced, disclosure of identity, impairment experienced) is obtained.  It is important to understand fully how identity has developed over time and how their gender dysphoria manifests. Some patients who are evaluated do not meet the criteria for gender dysphoria (either due to symptom length or lack of symptoms), in which case a treatment plan may include non-medical support and intervention to address symptoms/distress.

36.     Evaluation of co-occurring mental health disorders is also obtained.  If other conditions are present, it is important to understand how/if other diagnoses are related to gender dysphoria and ensure that other mental health needs are getting adequate support and are addressed.  Further assessment or testing may be needed to fully understand more complex presentations (e.g., challenging psychopathology, co-occurring neurodiversity) prior to initiating medical intervention.  The presence of co-occurring disorders does not preclude eligibility for medical intervention.  Gender dysphoria can contribute to symptoms of depression, anxiety, eating disorder, etc., thus we often cannot expect symptoms to improve or be in remission until

12

the gender dysphoria is treated.  Any co-occurring mental health issue should be managed enough so that it is not interfering in the diagnostic picture or impairing one's judgment or ability to make informed decisions.  In some cases, further testing or therapy may be needed to address this criterion prior to recommending medical intervention.

37.     The assessment should also include an evaluation of an adolescent's ability to understand the potential risks, benefits, and long-term consequences of treatment.  Treatment options should be discussed thoroughly, including changes (both reversible and permanent), timeline for when changes occur, realistic expectations of physical changes, medical risks and side effects, and potential implications for fertility and fertility preservation options.  As with all medicine, information should be presented in a developmentally appropriate manner to both the adolescent and caregivers.  Information should be presented using the current evidence available.  Once an adolescent has been provided all the information necessary to make an informed choice, if they want to proceed with the treatment, they must provide assent and their parent or guardian must provide consent.

**D.  Efficacy of Medical Treatment for Gender Dysphoria**

38.     In the years that I have been seeing patients with gender dysphoria, I have clinically seen the life-changing—and sometimes life-saving—benefits of gender-affirming medical interventions.  Not only do I see improvements in depression, anxiety, and suicidal ideation, but I have seen significant improvements in overall daily functioning in adolescents after receiving gender-affirming medical care.  Adolescents who were previously too anxious to attend school in person are now going to school and thriving academically.  They are now able to make friends, date, and work, and do so with confidence.  Caregivers have often commented on

13

the weight that has been lifted from their child or how happy they are to see their child thriving again.

39.     Research conducted in this area echoes what I have seen clinically.  A substantial body of evidence shows the efficacy of gender affirming medical care.  Studies have demonstrated improvements in mental health following gender-affirming medical interventions.[16]  Many of these studies demonstrate improvement in depression and anxiety symptoms, quality of life indicators, as well as reductions in suicidal ideation and attempts.

40.     Moreover, as I have seen in my experience as a clinician the use of hormone blockers and cross-sex hormone therapy during adolescence can prevent the need for future medical treatments (such as surgeries to remove or alter secondary sex characteristics) and allow for more favorable future outcomes.  This, in turn, reduces the gender dysphoria associated with one's body failing to align with one's gender identity.

41.     There are no scientific studies demonstrating that non-medical treatments alone (such as therapy only) are effective in the treatment of gender dysphoria.

---

[16] *See e.g.*, Diane Chen et al., *Psychological Functioning in Transgender Youth After 2 Years of Hormones*, 388 NEW ENG. J. MED. 240, 245-247 (2023) (demonstrating increased mental health benefits from gender affirming care for transgender people); Amy E. Green et al., *Association of Gender-Affirming Hormone Therapy with Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth*, 70 J. ADOLESCENT HEALTH 643, 647-48 (2022) (same); Jack L. Turban et al., *Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation*, 145 PEDIATRICS 1, 3 (2020) (same); Annelou L.C. de Vries et al., *Puberty Suppression in Adolescents with Gender Identity Disorder: A Prospective Follow-Up Study*, 8 J. SEXUAL MED. 2276, 2281-90 (2011) (same); Rosalia Costa et al., *Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria*, 12 J. SEXUAL MED. 2206, 2212-13 (2015) (same); Annelou L.C. de Vries et al., *Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment*, 134 PEDIATRICS 696, 701-03 (2014) (same).

**E.  Harm to Transgender Youth if Care is Restricted**

42.     Withholding or discontinuing widely accepted, effective medical care from adolescents with gender dysphoria will cause serious harm.  Having seen the significant distress and limitations on function experienced by adolescent patients with gender dysphoria, and the transformative effects of gender affirming medical treatments, the thought of withholding this care from those who need it is deeply concerning.  Doing so will predictably result in adolescents unnecessarily suffering distress, withdrawing from life activities and, for some, hurting themselves.  It will deny many adolescents with gender dysphoria the opportunity to be healthy and thrive.  In a large survey of transgender adolescents and young adults, those who had access to medical interventions reported lower depression and suicidal ideation compared to adolescents and young adults who sought medical interventions but were not receiving them.[17]  Restricting access will increase depression and suicidal ideation within an already vulnerable population.

43.     For youth entering puberty, access to puberty blockers prior to the onset of irreversible secondary sex characteristics (e.g., deep voice, chest development) bypasses much of the dysphoria, distress and psychological harm that going through misaligned puberty can cause, as well as prevent more invasive and costly procedures in adolescence and adulthood such as surgery.

44.     Clinically, I have had cases where patients are not able to receive gender affirming medical care for various reasons and are forced to wait until they turn 18.  While waiting, there is often increased psychological distress impairing their daily life and functioning.  For example, individuals may become so dysphoric with their bodies that they are not able to

---

[17] Amy E. Green et al., *Association of Gender-Affirming Hormone Therapy With Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth*, 70 J. ADOLESCENT HEALTH 643, 647-48 (2022).

leave the house to attend school, participate in extra-curricular activities, or continue working or obtain employment. Those who are forced to wait can decompensate. I have had several cases where depression related to gender dysphoria increased to such a degree that inpatient hospitalization was needed for stabilization following significant self-harm, suicidal ideation or a suicide attempt. In some cases, adolescent patients become desperate and have explored or obtained hormones online or from other countries. Doing so without appropriate dosing and monitoring places them at risk for physical harm.

45.     Our clinic has recently had around ten families come to us from other states where bans on gender-affirming medical care for minors have been enacted. With some families, they come to us every 3-6 months for follow-up. This places significant financial strain on families as well as disrupts daily life every 3-6 months. Some families have made the difficult decision to move to California, leaving a state that they loved and leaving their support systems behind in order to care for their child.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7/19/2023

Christine Brady, PhD

16

# Exhibit A

Curriculum Vitae
**Christine Erin Lam Brady, PhD**
bradyce@stanford.edu
California License # PSY31431
Updated 01/19/2023

## A. IDENTIFYING DATA

| | |
|---|---|
| **Name** | **Christine Erin Lam Brady, PhD** |
| **Current Position** | **Clinical Assistant Professor** |
| | **Psychologist Gender Clinic** |
| **Current Affiliation** | **Stanford University** |

## II.  EDUCATIONAL BACKGROUND

**Colleges and Universities Attended**

2009 - 2014     Ph.D.
Child Clinical Psychology, Ohio University, Athens, OH
Dissertation: *Adolescent Social Functioning: Theory, Measure Development and Preliminary Validation.*
Advisor:  Dr. Steven W. Evans

2007- 2009     M.A.
Psychological Sciences, Clinical, James Madison University, Harrisonburg, VA
Thesis: *Psychometric properties of the Alabama Parenting Questionnaire Using an Adolescent Sample*

2001- 2005     B.S.
Psychology, minor in English, James Madison University, Harrisonburg, VA
Previously attended Mary Washington College August 2001-May 2002

**Residency and Fellowship Training**

2014 – 2015     Post-Doctoral Fellowship Pediatric Psychology, Consultation Liaison
University of Louisville, Norton     Children's Hospital

2013 – 2014     Pre-Doctoral Internship, Child Track
University of Washington School of Medicine,     Seattle Children's Hospital

**Board Certifications**

2019 - present  California Board of Psychology – Licensed Psychologist (# 31431)

Previously licensed in Minnesota and Kentucky (expired)

## III. EMPLOYMENT

**Academic Appointments:**

2020 – present   Clinical Assistant Professor, Stanford University, Palo Alto, CA
                 Psychologist, Pediatric and Adolescent Gender Clinic


2016 – 2019      Assistant Professor, University of Louisville School of Medicine, Louisville, KY
                 Pediatric Psychologist, Bingham Clinic
                 Director Pediatric Consultation Liaison Service, Norton Children's Hospital
                 Co-Director, Pediatric Gender Clinic

**Other Appointments:**

2019 – 2020      Gender Specialist, Gender Case Manager, and Child Psychologist
                 Kaiser Permanente Santa Clara, CA

2015 – 2016      Senior Clinical Pediatric Psychologist
                 Hennepin County Medical Center, Minneapolis, MN

## IV. HONORS AND AWARDS

2020      1st Place Poster Award Diversity Special Interest Group APA Division 54
2017      Building Block Award for Psychology, Excellence in Teaching

## V. BIBLIOGRAPHY

**Peer-Reviewed Original Research (6 total)**

1. Carter, B., Kronenberger, W., Cruce, S., Mizell, D., Threlkeld, B., **Brady, C. E.*,** & Jones, L. (2015).  Factors associated with dropout versus completion of a manualized treatment for pediatric chronic pain.  *Clinical Practice in Pediatric Psychology*, 3, 327-339.

2. Zoromski, A. K., Owens, J. S., Evans, S. W., **Brady, C. E***. (2015). Identifying ADHD symptoms that best predict disorder-related impairment in early, middle, and late childhood. *Journal of Abnormal Child Psychology*, 43, 1243-1255.

3. Evans, S.W., **Brady, C.E.*,** Harrison, J.R., Bunford, N., State, T., Kern, L., & Andrews, C. (2013). Measuring ADHD Symptoms and Impairment Based on High School Teachers' Ratings.  *Journal of Clinical Child and Adolescent Psychology,* 42, 197-207.

4. Evans, S.W., Koch, R., **Brady, C.E.\***, Meszaros, P., & Sadler, J.M. (2013). Community and school mental health professionals' knowledge and use of evidence based substance use prevention programs. *Administration and Policy in Mental Health and Mental Health Service Research*, 40, 319-330.

5. **Brady, C.E.**, Evans, S.W., Berlin, K.S., Bunford, N., & Kern, L. (2012). Evaluating School Impairment with Adolescents: A Psychometric Evaluation of the Classroom Performance Survey. *School Psychology Review.* 41, 429-446.

6. Evans, S. W., Schultz, B., White, C. L., **Brady, C. E.\***, Sibley, M. H., & Van Eck, K. (2009). A school-based organization intervention for young adolescents with ADHD: Patterns of responding. *School Mental Health,* 1, 78-88.

## Invited Commentaries (1 total)

1. Turban, J., **Brady, C. E.**, & Olson-Kennedy, J. (2022). Understanding and supporting patients with dynamic desires for gender-affirming medical interventions. *Journal of the American Medical Association Network Open.* doi:10.1001/jamanetworkopen.2022.24722

## Book Chapters (4 total)

1. Carter, B., Tsang, K., & **Brady, C. E.** (2020). Models of Consultation-Liaison. In B. Carter and K. Kullgren (Eds.), *Clinician Handbook of Pediatric Psychological Consultation in Medical Settings*, 11-24.

2. **Brady, C. E.** & Ernst, M. M. (2020). Gender identity: Disorders/differences of sex development/intersex and transgender concerns. In B. Carter and K. Kullgren (Eds.), *Clinician Handbook of Pediatric Psychological Consultation in Medical Settings*, 439-450.

3. Carter, B., Kronenberger, W., Scott, E., Kullgren, K., Piazza-Waggoner, C., & **Brady, C. E.** (2017). Inpatient pediatric consultation-liaison. In M. Roberts and R. Steele (Eds.), *Handbook of pediatric psychology (5th Ed.),* 105-118.

4. Evans, S.W., Sadler, J.M., & **Brady, C.E.** (2009). *Treating Children and Adolescents with ADHD in the Schools.* In A. Roberts (Ed.), Social Workers Desk Reference 2nd Edition. New York, NY: Oxford University Press.

## Books (1 total)

1. Carter, B., Kronenberger, W., Scott, E., & **Brady, C. E.** (2020). *Children's Health and Illness Recovery Program: Clinician's Handbook.* Oxford, England: Oxford University Press, Programs that Work Series.

## Abstracts (39 total)

1. Aye, T., **Brady, C. E.,** & Orr, A. (July 2022).  Multidisciplinary Lessons Learned from the Care of Transgender and Gender Expansive AAPI Youth and Adolescents.  Symposium presented at Gender Spectrum 2022 Professional Symposium (virtual conference).

2. Aye, T., **Brady, C. E.,** & Orr, A. (Nov 2021).  Multidisciplinary Lessons Learned from the Care of Transgender and Gender Expansive AAPI Youth and Adolescents.  Mini Symposium presented at the US Professional Association for Transgender Health (virtual conference).

3. **Brady, C.E.,** & Aye, T. (July 2021).  Supporting Gender Diverse Youth with Medical Conditions.  Workshop presented at the Gender Spectrum Professional Symposium (virtual conference).

4. Bazier, A., Anastasiadis, W., Gilbert, E., **Brady, C.,** Schwartzkopf, K., & Naramore, S. (April 2021).  Optimizing Equity of Healthcare for Transgender Youth within a Pediatric Gastroenterology Subspecialty Clinic.  Poster presented at the 51st annual Society of Pediatric Psychology Conference (virtual conference).

5. **Brady, C. E.,** Gilbert, E., & Kellison, J. (April, 2019).  *Health Disparities in Pediatric Populations: Recommendations for Sensitive and Inclusive Care.*  Professional development workshop given at the 50th annual Society for Pediatric Psychology Annual in New Orleans, LA.

6. Carter, B. D. & **Brady, C. E.** (July, 2015).  *Innovations in the Treatment of Children and Adolescents with Chronic Pain and Medically Unexplained Conditions.*  Talk given at the annual meeting of the Indiana Psychological Association, Evansville, IN.

7. **Brady, C. E.,** Evans, S. W., Bunford, N., & Weist, M. (February, 2013).  *Measuring school impairment in secondary schools.*  Paper presentation given at the annual meeting of the National Association of School Psychologists, Seattle, WA.

8. Zoromski, A. K., Evans, S. W., Owens, J. S., & **Brady, C. E.** (February 2013).  *Relationship between ADHD symptoms and impairment across three age ranges.* Paper presented at the National Association of School Psychologists 2013 Annual Convention, Seattle, Washington.

9. Zoromski, A. K., **Brady, C. E**., & Evans, S. W. (November, 2012).  Poster presented at the 46th annual meeting of the Association for Behavioral and Cognitive Therapies, National Harbor, MD.

10. Evans, S. W., **Brady, C. E.,** Harrison, J.R., Bunford, N., State, T., & Kern, L. (November, 2011).  *Measuring ADHD symptoms and impairment in adolescence.* Paper presented at the 45th annual meeting of the Association for Behavioral and Cognitive Therapies, Toronto, Canada.

11. Zoromski, A. K., **Brady, C. E.,** & Evans, S.W. (November, 2011). *ADHD Symptoms in Adolescence: Which are most predictive of impairment?* Poster presented at the 45th annual meeting of the Association for Behavioral and Cognitive Therapies, Toronto, Canada.

12. Sadler, J.M., **Brady, C. E.,** & Evans, S. W. (September, 2011). *Interpersonal Skills Group: A social functioning intervention for adolescents with ADHD.* Talk presented at the annual meeting of the Center for School Mental Health, Charleston, SC.

13. Davis, H. I., **Brady, C. E.,** & Evans, S. W. (August 2011). *Rates of Assignment Completion in High School Students Meeting Symptom Criteria for a Disruptive Behavior Disorder.* Poster presented at the 119th American Psychological Association Conference, Washington, D.C.

14. **Brady, C. E** & Evans, S. W. (February, 2011). Measuring parenting practices: Implications for school mental health. In J. S. Owens (Chair), *Impact of family factors on school-based assessment and treatment.* Symposium presented at the annual meeting of the National Association of School Psychologists, San Francisco, CA.

15. Evans, S. W., Schultz, B. K., Sadler, J. M., **Brady, C. E.,** & Demars, C. (November, 2010). *Psychosocial and educational school based interventions for high school students with ADHD.* In S. W. Evans (Chair), *Providing evidence-based interventions in secondary schools.* Symposium presented at the 44th annual meeting of the Association for Behavioral and Cognitive Therapies, San Francisco, CA.

16. Zoromski, A. K., Sadler, J. M., **Brady, C. E.,** Schultz, B. K., & Evans, S. W. (November, 2010). *An organization intervention for high school students with Attention Deficit Hyperactivity Disorder.* Poster presented at the 44th annual meeting of the Association for Behavioral and Cognitive Therapies, San Francisco, CA.

17. Evans, S. W., Owens, J. S., Sadler, J. M., **Brady, C. E.,** Storer, J., Zoromski, A. (October, 2010). *Evidence-based Interventions for Helping Children & Adolescents with ADHD.* Intensive Training Session presented at the 15th annual conference on Advancing School Mental Health, Albuquerque, NM.

18. **Brady, C. E**., Sadler, J. M., Zoromski, A. K., & Evans, S.W. (October, 2010). *Youth with ADHD and Sports Participation: A Preliminary Investigation.* Poster presented at the 15th annual conference on Advancing School Mental Health, Albuquerque, NM.

19. Evans, S. W., Cloth, A., **Brady, C. E**., & Sadler, J. M. (August, 2010). *Overcoming Obstacles to Implementing Evidence Based Mental Health Practices in Secondary Schools.* In C. Paternite (Chair), *Development of Effective Interventions for Adolescents with ED.* Symposium presented at the 118th annual conference of the American Psychological Association, San Diego, CA.

20. Evans, S. W., **Brady, C. E.,** Kern, L., Andrews, C. & CARS Research Team. (June 2010). Measurement development and inclusion criteria: Developing meaningful standards. In J. Buckley (Chair), *It's Time to Stem the Tide of Failure: Building Interventions to Support High School Students with Emotional and Behavioral Disorders*. Symposium presented at 5th Annual IES Research Conference, Washington D.C.

21. Evans, S. W., **Brady, C. E.,** Sadler, J. & Schultz, B. (November, 2009). The relationship between improvement in symptoms and functioning for young adolescents with ADHD. In J.S. Owens (Chair), *Symptoms and Beyond: The Importance of Assessing Treatment-Related Changes in Functioning in Youth and Parents with ADHD*. Symposium presented at the 43rd annual meeting of the Association for Behavioral and Cognitive Therapies, New York, New York.

22. Koch, R. J., Meszaros, P. S., Evans, S. W., Meyer, B. L., **Brady, C. E**.,  Duncan Lane, C. L, Mays, S.A., & Sadler, J. M. (November 2009).  *An evidence-based substance abuse preventive intervention for youth with psychiatric disorders: Initial results.*  Presentation given at the American Public Health Association Meeting and Expo, Philadelphia, PA.

23. **Brady, C. E.,** Sadler, J., Sibley, M., Zoromski, A., & Evans, S. (November 2009). *Peer characteristics preferred by youth with and without ADHD.*  Poster presented at the 43rd annual meeting of the Association for Behavioral and Cognitive Therapies, New York, NY.

24. Sadler, J., **Brady, C. E.,** Zoromski, A., Light, C., Schultz, B., & Evans, S. (October 2009).  *Treatment of high school students with ADHD: Adolescent, parent, and teacher satisfaction.* Poster presented at the 14th annual conference on Advancing School Mental Health, Minneapolis, MN.

25. Sadler, J., **Brady, C. E.,** Zoromski, A., & Evans, S. (October 2009).  *Does mastery of goal effect outcomes in a psychosocial intervention?* Poster presented at the 14th annual conference on Advancing School Mental Health, Minneapolis, MN.

26. Eid, R. K., Hawkins, M. E., Davis, H. I., Redford, E. S., Ross, J. M., Sadler, J. M., **Brady, C. E**., & Evans, S. W. (August 2009). *Parental Perspective on ADHD: Household Issues that Predict Strain & Conflict.*  Poster presented at the American Psychological Association Conference, Toronto, ON Canada.

27. **Brady, C. E.,** Sadler, J. M., Evans, S. W., Koch, J. R., Lane, C., Mays, S., Meszaros, P., & Meyer, B. (April 2009). *The Effectiveness of SFP for Youth with Psychiatric Disorders*. Poster presented at the Virginia Forum on Youth Tobacco Use: Translating Research into Policy and Practice Conference, Richmond, VA.

28. Serpell, Z. N., Evans, S. W., & **Brady, C. E.** (November 2008). *Preventing Youth Tobacco Use by Treating the Risk-Factor of ADHD: A Follow-up Study of Adolescents*

*with ADHD.* Symposium presented at the Virginia Youth Tobacco Project Research Coalition Meeting, Richmond, VA.

29. Sadler, J.M., Christensen, O.A., **Brady, C.E**., Sax, K., Rainear, C., & Evans, S.W. (November 2008). *The Effect of Pacing on Academic Interventions in a Six-Week Summer Treatment Program.* Poster presented at the Association for Behavioral and Cognitive Therapy Conference, Orlando, FL.

30. Sadler, J.M., **Brady, C.E.,** Neugroschel, R.A., Moore, S., Evans, S.W., Koch, J.R., & Meszaros, P.S. (September 2008). *Current Practices and Best Practices for Substance Use Prevention in Schools: Implications for Training.* Poster presented at the 13th Annual Conference on Advancing School Mental Health, Phoenix, AZ.

31. Christensen, O.A., Sadler, J.M., **Brady, C.E.,** Schultz, B.K., & Evans, S.W. (August 2008). *Teacher Satisfaction with a School-Based Treatment for Adolescents with ADHD.* Poster presented at the 116th annual American Psychological Association Conference, Boston, MA.

32. Davis, H., Sax, K., & **Brady, C.E.** (March 2008). *Parental Strain in Relation to the Characteristics of Children with ADHD.* Poster presented at the 7th annual Raising the Bar Conference, Harrisonburg, Va. and the 2008 Psychology Student Symposium, Harrisonburg, VA.

33. Chen, C., Christensen, O., Hawkins, M., **Brady, C.E.**, Schultz, B., & Evans, S.W. (March 2008). *Interactive Media Games: A Fun New Treatment for ADHD?* Poster presented at the 7th annual Raising the Bar Conference, Harrisonburg, VA.

34. Neugroschel, R., Sadler, J.M., & **Brady, C.E.** (March 2008). *Factors Associated with the Implementation of Evidence Based Practices for Substance Use Prevention.* Poster presented at the 7th annual Raising the Bar Conference, Harrisonburg, VA.

35. Evans, S. W., Serpell, Z. N., Sibley, M. H., Van Eck, K., **Brady, C. E.,** Sadler, J. M., & Schultz, B. (November, 2007). Developing interventions targeting social skills for youth with ADHD. In J. Langberg (Chair), *Innovations in the Assessment and Measurement of Children and Adolescents With ADHD: Implications for Developing Effective Interventions.* Symposium conducted at the annual Association for Behavioral Cognitive Therapy Conference, Philadelphia, PA.

36. **Brady, C. E.**, Sadler, J. M., Van Eck, K., & Evans, S. W. (November, 2007). *New directions in social skills interventions for youth with ADHD: Results of a pilot study.* Poster presented at the Association for Behavioral Cognitive Therapy Conference, Philadelphia, PA.

37. Van Eck, K., Christenson, O. A., **Brady, C. E.,** Sadler, J. M., Evans, S. W. (October, 2007). *Helping children with ADHD get a JumpStart on the school year.* Poster presented at the 12th Annual Conference on Advancing School Mental Health, Orlando, FL.

38. Blom, D., **Brady, C. E.,** Kremer, M. & Potts, H. (April 2005) *Virtual Pavlov 2000: Assessing Effectiveness of Computer Simulators.* Paper presented at Virginia Psychological Association, Williamsburg, VA.

39. **Brady, C. E.,** Donaghy, J. M., Tucker, K. D., Yuen, N. C., & Kerr, N. A. (April 2005) *The importance of performance feedback on self-efficacy and intrinsic motivation.* Poster presented at the Virginia Psychological Association, Williamsburg, VA.

## VI. GRANT FUNDING

None

## VII. CLINICAL TRIALS

None

## VIII. PATENTS

None

## IX.  EDITORAL SERVICE

**Ad Hoc Reviewer**
2022 – present   *Journal of the American Medical Association*
2022 – present   *Perspectives on Psychological Science*
2011– 2014      *School Mental Health: A Multidisciplinary Research and Practice Journal*
2014– 2015    *Journal of Pediatric Psychology*
2014           *Pain Letter*

## X.  SERVICE AS GRANT REVIEWER

None

## XI.  UNIVERSITY ADMINISTRATIVE SERVICE

**CARE (Center for Asian Health Research and Education) Scholar Mentor, Stanford University** (Provide research mentorship to three scholars and one implementation science fellow on the Cultural Characteristics of Families Seeking Gender Care study)

**Supervisor Parent Mentor Program Gender Clinic, Stanford Children's Health** (The Parent Mentor program is a Family-Centered Care service. It matches parents of children who are being cared for at Lucile Packard Children's Hospital with trained, veteran

parents.  In my role, I trained and now supervise the mentorship activities of two parent mentors) (2022 – present)

**eQuality Steering Committee** (a University of Louisville School of Medicine project aimed at improving medical school education by infusing 200+ hours of LGBTQ+ content into the curriculum, I served as a representative from pediatrics/psychiatry) (2018 - 2019)

**Co-Director, Pediatric Gender Clinic University of Louisville** (2017 - 2019)

**Director Pediatric Consultation Liaison Service University of Louisville** (2019)

## XII.  SERVICE TO PROFESSIONAL ORGANIZATIONS

Co-chair APA Division 54 Special Interest Group Consultation-Liaison (2018-2020)

American Psychological Association (APA) – Division 54 Pediatric Psychology (member) (2014 – present)

World Professional Association for Transgender Health (WPATH) (member) (2015 – present)

## XIII.  INVITED PRESENTATIONS

**Ground Rounds:**

1. Brady, C. E. (August 2022). "Working with Caregivers of Gender Diverse Youth" Behavioral Health ECHO.

2. **Brady, C. E.** (December 2021). "Gender Diverse Youth" Grand Rounds El Camino Hopsital Mountain View, CA.

3. **Brady, C. E.,** & Aye, T. (August 2021). "Supporting LGBTQ+ Youth." Webinar Stanford Corporate Partners Palo Alto, CA.

4. **Brady, C. E.** (July 2021). "Gender 101: A crash course on terminology, current research and affirmative care." Grand Rounds Dominican Hospital, Santa Cruz, CA.

5. **Brady, C. E.** (April 2021). "Gender 101: A crash course on terminology, current research and affirmative care." Invited Educational Seminar Bayside Medical Group, Berkley, CA.

6. **Brady, C. E.** (November, 2017).  "Mental health issues and the LGBT community across the lifespan."  Psychiatry Grand Rounds of the University of Louisville School of Medicine, Louisville, KY.

**National and Regional Meetings:**

1. **Brady, C. E.** (April, 2022).  *Fireside Chat: Personal Gender Journeys.*  Moderated panel given as part of the Diversity, Equity and Inclusion Panel for the Stanford University Department of Pathology.  Stanford, CA.

2. **Brady, C. E.** (June, 2019).  *Ethical Dilemmas in Pediatric LGBTQI Care.*  Ethics workshop given as part of the Kentucky Psychological Association continuing education series. Louisville, KY.

3. **Brady, C. E.** (November, 2018). *Transgender and Gender Nonconforming Youth: Current Research and Best Practices.*  Presentation given at the 7th annual Pediatric Behavioral and Mental Health Symposium in Louisville, KY.

4. **Brady, C. E.,** & Kingery, S. E. (November 2018).  *Complex Cases: Ethics, Diversity and Legal Issues in Transgender Care.*  Presentation given at the 7th annual Pediatric Behavioral and Mental Health Symposium in Louisville, KY.

5. **Brady, C. E.** (February, 2018). *Transgender and Gender Creative Youth: Mental Health and Evidence-Based Treatments.*  Invited talk given at the LGBT Healthcare Summit sponsored by Humana, Louisville, KY.

**Lectures:**

Psychology internship seminar, CAP2 lectures, psychology fellow seminar, San Mateo Psychiatry Residency Program lecture series,

## IX. TRAINEES

**Psychiatry Fellows:**

**Janet Baek, MD,** 2022 – present, Child and Adolescent Psychiatry Fellow
**Jack Turban III, MD,** 2021-2022, Child and Adolescent Psychiatry Fellow

**Psychology Practicum Students:**

**Agatha Barnowski, MS,** 2022, Stanford University Psychology Graduate Program
**Samantha Sims, MS,** 2022, Stanford University Psychology Graduate Program
**Yoonhee Kim, MS,** 2021, Stanford University Psychology Graduate Program