RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil and Constitutional Defense
JOSHUA N. TURNER, ISB #12193
Deputy Solicitor General
James E. M. Craig, ISB #6365
Deputy Division Chief
RAFAEL J. DROZ, ISB #9934
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
josh.turner@ag.idaho.gov
rafael.droz@ag.idaho.gov
james.craig@ag.idaho.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| PAM POE, by and through her parents and next friends, Penny and Peter Poe; PENNY POE; PETER POE; JANE DOE, by and through her parents and next friends, Joan and John Doe; JOAN DOE; JOHN DOE,<br><br>    Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; JAN M. BENNETTS, in her official capacity as County Prosecuting Attorney for Ada, Idaho; and the INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, in their official capacities,<br><br>    Defendants. | Case No. 1:23-cv-00269-CWD<br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE - 1

NOTICE IS HEREBY GIVEN that James E. M. Craig, Deputy Division Chief, hereby appears as an attorney of record for Defendants Raúl Labrador and the Individual Members of the Idaho Code Commission. All future pleadings, submissions and correspondence should be addressed to James E. M. Craig as counsel for Defendants Raúl Labrador and the Individual members of the Idaho Code Commission.

DATED: August 23, 2023.

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

By:  /s/ *James E. M. Craig*
        JAMES E. M. CRAIG
        Deputy Division Chief,
        Civil Litigation and
        Constitutional Defense

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 23, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Alexia D. Korberg
akorber@paulweiss.com
mao_fednational@paulweiss.com

Ariella C. Barel
ariella.barel@groombridgewu.com

Brad S. Karp
bkarp@paulweiss.com

Casey Parsons
casey@wrest.coop

Colleen Rosannah Smith
csmith@stris.com
6969944420@filings.docketbird.com

Cortlin H. Lannin
clannin@cov.com
docketing@cov.com

D Jean Veta
jveta@cov.com

Dana Kennedy
dkennedy@paulweiss.com

Heather M. McGarthy
hmccarthy@adacounty.id.gov
telemons@adacounty.id.gov

Jackson Cory Yates
jyates@paulweiss.com

Jordan E. Orosz
jorosz@paulweiss.com

Kyle N. Bersani
kyle.bersani@groombridgewu.com

Richard Alan Eppink
ritchie@wrest.coop

Li Nowlin-Sohl
lnowlin-sohl@aclu.org

Meredith Taylor Brown
tbrown@aclu.org

Philip S. May
philip.may@groombridgewu.com

| | |
|---|---|
| Leslie Jill Cooper<br>lcooper@aclu.org<br>ccaicedo@aclu.org<br>sgarcia@aclu.org | Dayton Patrick Reed<br>dreed@adacounty.id.gov<br>civilpafiles@adacounty.id.gov<br>citedemann@adacounty.id.gov |
| Dina M. Flores-Brewer<br>dfloresbrewer@alcu.org | William Isasi<br>wisasi@cov.com |

By: /s/ *James E. M. Craig*
JAMES E. M. CRAIG
Deputy Division Chief,
Civil Litigation and
Constitutional Defense