5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

Poe, et al.  )
 )  Case No. 1:23-cv-00269-CWD
 )
v.  )
Raul Labrador, et al.  )  APPLICATION FOR ADMISSION
 )  PRO HAC VICE
 )
 )  Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, John D. Ramer, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Defendants Raul Labrador and the Individual Members of the Idaho Code Commission.

The applicant hereby attests as follows:

1. Applicant resides in Virginia, and practices at the following address and phone number Cooper & Kirk, PLLC, 1523 New Hampshire Avenue, NW, Washington, DC 20036 Phone: (202) 220-9600

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| See attached addendum | |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Lincoln Davis Wilson, a member in good standing of the bar of this court, of the firm of the Idaho Attorney General's Office, practices at the following office address and phone number: 514 W. Jefferson Street, Room 306, Boise, ID 83720-0010, (208) 334-2400

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 25th day of August, 2023.

/s/John D. Ramer                          /s/ Lincoln Davis Wilson
Applicant                                 Designee

Signed under penalty of perjury.

## ADDENDUM – JOHN D. RAMER BAR ADMISSIONS

| | | |
|---|---|---|
| **STATE COURTS:** | | |
| | Michigan | 07/17/2018 |
| | District of Columbia | 07/26/2022 |
| **U.S. DISTRICT COURT:** | | |
| | Eastern District of Michigan | 07/15/2019 |
| **U.S. COURTS OF APPEALS:** | | |
| | Sixth Circuit | 10/03/2018 |
| | Eighth Circuit | 01/20/2023 |
| | Ninth Circuit | 09/04/2019 |
| | Eleventh Circuit | 03/18/2020 |