5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

Poe, et al.  )
  )  Case No. 1:23-cv-00269-CWD
  )
v.  )
Raul Labrador, et al.  )  APPLICATION FOR ADMISSION
  )  PRO HAC VICE
  )
  )
  )  Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Brian W. Barnes, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Defendants Raul Labrador and the Individual Members of the Idaho Code Commission.

The applicant hereby attests as follows:

1. Applicant resides in Colorado, and practices at the following address and phone number Cooper & Kirk, PLLC, 1523 New Hampshire Avenue, NW, Washington, DC 20036
Phone: (202) 220-9600

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:  
See attached addendum

Dates:

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Lincoln Davis Wilson, a member in good standing of the bar of this court, of the firm of the Idaho Attorney General's Office, practices at the following office address and phone number: 514 W. Jefferson Street, Room 306, Boise, ID 83702; (208) 334-2400

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 25th day of August, 2023.

/s/Brian W. Barnes                                     /s/ Lincoln Davis Wilson
Applicant                                                       Designee

Signed under penalty of perjury.

## ADDENDUM – BRIAN W. BARNES BAR ADMISSIONS

| | | |
|---|---|---|
| **STATE COURTS:** | | |
| | Colorado | 03/23/2011 |
| | District of Columbia | 02/03/2014 |
| **U.S. DISTRICT COURTS:** | | |
| | Colorado | 11/13/2013 |
| | Western District of Michigan | 08/10/2023 |
| **U.S. COURTS OF APPEALS:** | | |
| | First Circuit | 10/17/2019 |
| | Second Circuit | 11/16/2018 |
| | Third Circuit | 10/28/2019 |
| | Fifth Circuit | 05/31/2017 |
| | Sixth Circuit | 11/29/2016 |
| | Seventh Circuit | 04/27/2017 |
| | Eighth Circuit | 03/29/2017 |
| | Ninth Circuit | 08/28/2017 |
| | Tenth Circuit | 02/29/2016 |
| | Eleventh Circuit | 07/03/2018 |
| | D.C. Circuit | 06/04/2014 |
| | Federal Circuit | 08/04/2016 |
| **OTHER FEDERAL COURTS:** | | |
| | U.S. Court of Federal Claims | 07/25/2014 |
| | U.S. Supreme Court | 11/21/2022 |