```
1                UNITED STATES DISTRICT COURT
2                    DISTRICT OF IDAHO
3
4      PAM POE, by and through her  )  Case No.
       parents and next friends,    )  1:23-cv-00269-CWD
5      Penny and Peter Poe; PENNY    )
       POE; PETER POE; JANE DOE, by  )
6      and through her parents and   )
       next friends, Joan and John   )
7      Doe; JOAN DOE; JOHN DOE,      )
                                     )
8                        Plaintiffs, )
                                     )
9      v.                            )
                                     )
10     RAÚL LABRADOR, in his         )
       official capacity as the      )
11     Attorney General of the State )
       of Idaho; JAN M. BENNETTS, in )
12     her official capacity as      )
       County Prosecuting Attorney   )
13     for Ada, Idaho; and the       )
       INDIVIDUAL MEMBERS OF THE     )
14     IDAHO CODE COMMISSION, in     )
       their official capacities,    )
15                                   )
                         Defendants. )
16     _____)
17
18
19       REMOTE VIDEOTAPED DEPOSITION OF KARA CONNELLY, M.D.
20                  MONDAY, AUGUST 28, 2023
21
22                                    EXHIBIT
23                                       A
24
25     Reported By: Amy E. Simmons, CSR, RDR, CRR, CRC
```

Page 1

```
 1      REMOTE VIDEOTAPED DEPOSITION OF KARA CONNELLY, M.D.

 2

 3         BE IT REMEMBERED that the remote videotaped

 4   deposition of KARA CONNELLY, M.D., was taken via Zoom

 5   videoconference by the attorney for the Defendants before

 6   Associated Reporting & Video, a Veritext company, Amy E.

 7   Simmons, Idaho CSR No. 685, California CSR No. 14553,

 8   Washington CSR No. 22012915, Oregon CSR No. 22-009, and

 9   Notary Public in and for the County of Ada, State of

10   Idaho, on Monday, the 28th day of August, 2023,

11   commencing at the hour of 10:08 a.m. Mountain time in the

12   above-entitled matter.

13

14

15   APPEARANCES (remotely):

16   For the Plaintiffs:    AMERICAN CIVIL LIBERTIES UNION
                            By:  Li Nowlin-Sohl, Esq.
17                                Leslie Cooper, Esq.
                            125 Broad Street
18                          New York, NY 10004
                            Telephone:  212.549.2584
19                          lnowlin-sohl@aclu.org
                            lcooper@aclu.org
20

21                          GROOMBRIDGE WU BAUGHMAN & STONE
                            By:  Philip S. May, Esq.
22                          801 17th Street, Suite 1050
                            Washington, D.C. 20006
23                          Telephone:  202.539.6620
                            philip.may@groombridgewu.com
24

25
```

Page 2

Dr. Kara Connelly August 28, 2023

```
 1    APPEARANCES (remotely, continued):
 2
      For the Plaintiffs:    PAUL WEISS RIFKIND,
 3                           WHARTON & GARRISON LLP
                             By:  Dana L. Kennedy, Esq.
 4                           1285 Avenue of the Americas
                             New York, NY 10019
 5                           Telephone:  212.373.3000
                             dkennedy@paulweiss.com
 6
                             WREST COOPERATIVE
 7                           By:  Casey Parsons, Esq.
                             812 West Franklin Street
 8                           Boise, ID 83702
                             Telephone:  208.742.6789
 9                           casey@wrest.coop
10
      For the Defendants, Labrador and the Individual Members
11    of the Idaho Code Commission:
12                           COOPER & KIRK PLLC
                             By:  John Ramer, Esq.
13                           1523 New Hampshire Ave NW
                             Washington, D.C. 20036
14                           Telephone: 202.220.9621
                             jramer@cooperkirk.com
15
                             OFFICE OF THE ATTORNEY GENERAL
16                           By:  Lincoln D. Wilson, Esq.
                                  Rafael J. Droz, Esq.
17                                Aaron Green, Esq.
                             Post Office Box 83720
18                           Boise, ID  83720
                             Telephone:  208.334.2400
19                           Facsimile:  208.854.8073
                             lincoln.wilson@ag.idaho.gov
20                           rafael.droz@ag.idaho.gov
21
22
23
24
25

                                             Page  3
```

Dr. Kara Connelly August 28, 2023

```
 1    APPEARANCES (remotely, continued):

 2

      For the Defendant, Jan M. Bennetts:

 3

                             ADA COUNTY PROSECUTOR'S OFFICE
 4                           By:  Dayton P. Reed, Esq.
                             200 West Front Street, Room 3191
 5                           Boise, ID 83702
                             Telephone:  208.287.7700
 6                           dreed@adacounty.id.org

 7

      Also Present:         Chris Ennis, Videographer
 8                          Jocelyn Larsson,
                            Court Reporting Intern

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page  4

Dr. Kara Connelly August 28, 2023

```
1                    I N D E X
2              E X A M I N A T I O N
3
4    KARA CONNELLY, M.D.                              PAGE
5
      By:  Mr. Ramer......................................9
6
           Ms. Nowlin-Sohl.............................287
7
8
9                  E X H I B I T S
10   NO.                                             PAGE
11    Exhibit 1.    Curriculum Vitae, Kara Jean        14
                    Connelly, MD, MCR (15 pages)
12
      Exhibit 2.    Expert Declaration of Kara         17
13                  Connelly, MD (24 pages)
14    Exhibit 3.    "A New Virtual Reality: Benefits   41
                    and Barriers to Providing Pediatric
15                  Gender-Affirming Health Care
                    Through Telehealth," Hedrick
16                  (6 pages)
17    Exhibit 4.    Users' Guides to the Medical      120
                    Literature, Guyatt (545 pages)
18
      Exhibit 5.    "Grade Guidelines: 3. Rating the  130
19                  Quality of Evidence," Balshem
                    (6 pages)
20
      Exhibit 6.    "Grade Guidelines: 4. Rating the  134
21                  Quality of Evidence -- Study
                    Limitations (Risk of Bias)," Guyatt
22                  (9 pages)
23    Exhibit 7.    "Endocrine Treatment of           139
                    Gender-Dysphoric/Gender-Incongruent
24                  Persons: An Endocrine Society
                    Clinical Practice Guideline,"
25                  Hembree (35 pages)
```

Page 5

```
 1                   E X H I B I T S (continued)
 2    NO.                                                 PAGE
 3    Exhibit 8.     "Hormone Therapy, Mental Health,      149
                     and Quality of Life Among
 4                   Transgender People: A Systematic
                     Review," WPATH (16 pages)
 5
      Exhibit 9.     "Potential Suppression for            155
 6                   Transgender Youth and Risk of
                     Suicidal Ideation," Turban
 7                   (15 pages)
 8    Exhibit 10.    "Access to Gender-Affirming           155
                     Hormones During Adolescence and
 9                   Mental Health Outcomes Among
                     Transgender Adults," Turban
10                   (15 pages)
11    Exhibit 11.    The Report of the U.S. Transgender    156
                     Survey, 2015 (302 pages)
12
      Exhibit 12.    Pediatric Endocrine Society           164
13                   Position Statement (2 pages)
14    Exhibit 13.    "Changes in Anxiety and Depression    180
                     from Intake to First Follow-Up
15                   Among Transgender Youth in a
                     Pediatric Endocrinology Clinic,"
16                   Cantu (5 pages)
17    Exhibit 14.    Endocrine Society Webpage Printout    168
                     (2 pages)
18
      Exhibit 15.    "Growing Evidence and Remaining       204
19                   Questions in Adolescent Transgender
                     Care," de Vries (3 pages)
20
      Exhibit 16.    Consensus Parameter: Research         208
21                   Methodologies to Evaluate
                     Neurodevelopment Effects of
22                   Pubertal Suppression in Transgender
                     Youth," Chen (12 pages)
23
      Exhibit 17.    Sweden Summary, "Care of Children     224
24                   and Adolescents with Gender
                     Dysphoria" (6 pages)
25
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

```
 1                    E X H I B I T S (continued)
 2   NO.                                                 PAGE
 3    Exhibit 18.   Sweden Appendix 2 (2 pages)          230
 4    Exhibit 19.   "Independent Review of Gender        236
                    Identity Services for Children and
 5                  Young People: Interim Report," The
                    Cass Review, Dated February 2022
 6                  (112 pages)
 7    Exhibit 20.   "Evidence Review: Gonadotrophin      241
                    Releasing Hormone Analogues for
 8                  Children and Adolescents with
                    Gender Dysphoria," NICE (131 pages)
 9
      Exhibit 21.   "Evidence Review: Gender-Affirming   262
10                  Hormones for Children and
                    Adolescents with Gender Dysphoria,"
11                  NICE (156 pages)
12    Exhibit 22.   "Regret After Gender-Affirming       275
                    Surgery: A Multidisciplinary
13                  Approach to a Multifaceted Patient
                    Experience," Jedrzejewski (9 pages)
14
      Exhibit 23.   OpenPaymentsData.CMS.gov Printout
15                  (3 pages)
16
17
18
19
20
21
22
23
24
25
                                                  Page  7
```

Dr. Kara Connelly  August 28, 2023

```
 1              P R O C E E D I N G S

 2

 3              THE VIDEOGRAPHER:  All right.  We are on

 4     the record and we are recording.  Today's date is

 5     August 28, 2023.  The time is 10:08 a.m. Mountain

 6     time.

 7              For the record, this is the videotaped

 8     deposition of Dr. Kara Connelly.  It's taken by

 9     the Defendants in the matter of Poe, et al., vs.

10     Labrador, et al.  It's Case No. 1:23-cv-00269-CWD.

11     It is in the United States District Court for the

12     District of Idaho.

13              The videotaped deposition is being held

14     remotely via Zoom videoconference.  The videotaped

15     deposition is being recorded by Chris Ennis and

16     reported by Amy E. Simmons of Associated Reporting

17     & Video, a Veritext Company.

18              And if counsel will please state their

19     appearances and any stipulations for the record.

20              MR. RAMER:  John Ramer on behalf of the

21     Idaho Attorney General's Office.

22              MS. NOWLIN-SOHL:  Li Nowlin-Sohl on

23     behalf of Plaintiffs.

24              MS. COOPER:  Leslie Cooper, Plaintiffs.

25              MR. MAY:  Philip May from the law firm of
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

```
 1   Groombridge Wu Baughman & Stone on behalf of the
 2   Plaintiffs.
 3              MR. WILSON:  Lincoln Wilson for the Idaho
 4   Attorney General's Office.
 5              MR. DROZ:  Rafael Droz, Idaho Attorney
 6   General's Office.
 7              MR. REED:  Dayton Reed, Ada County
 8   Prosecutor's Office.
 9              MX. PARSONS:  Casey Parsons from the
10   Wrest Collective for the Plaintiffs.
11              THE REPORTER:  I think we still need
12   Mr. Green and Ms. Kennedy.
13              MS. KENNEDY:  Dana Kennedy for Plaintiffs
14   from Paul Weiss.
15              MR. GREEN:  Aaron Green, Attorney
16   General's Office, Defendants.
17              THE VIDEOGRAPHER:  And if the court
18   reporter will please swear the witness.
19
20                      EXAMINATION
21   BY MR. RAMER:
22      Q.   All right.  Good morning, Dr. Connelly.
23   My name is John Ramer.  I'm representing the Idaho
24   Attorney General's Office in this case.
25              Have you ever been deposed before?
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Dr. Kara Connelly August 28, 2023

1      A.   No.

2      Q.   Okay.  So I'm sure counsel has covered

3   much of this with you extensively, but I'll just

4   cover some ground rules just to make sure we're

5   all on the same page.

6           Basically, as you almost certainly know,

7   I'll ask you questions.  If you don't understand a

8   question, please just ask for an explanation;

9   otherwise I'll assume you understood it and are

10  answering the question I asked.

11          Our discussion is going to be

12  transcribed, as you likely know.  And so I'll need

13  you to respond verbally rather than shaking your

14  head yes or no.

15          And I will do my best not to interrupt

16  you, and I'd ask that you do your best not to

17  interrupt me just so the court reporter will be

18  able to record my questions and your answers and

19  we'll have a cleaner transcript.

20          Your counsel may object to a question

21  that I ask.  And unless your counsel instructs you

22  not to answer the question, you should go ahead

23  and provide an answer.

24          And then we can take breaks whenever you

25  want.  I kind of plan on every hour or so, and

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Dr. Kara Connelly August 28, 2023

1   then I assume we'll take a little bit longer break

2   for lunch.

3          And one thing for Li, I'm East Coast, so

4   just helping me keep track of West Coast lunchtime

5   will be helpful.

6          But the one thing is if you do want to

7   take a break, just let me know.  My only request

8   is that you would answer a question that's on the

9   table and then we'll go and take the break.

10          Does that all make sense?

11      A.   Yes.

12      Q.   And besides counsel, is anyone in the

13   room with you?

14      A.   No.

15      Q.   And do you have any documents open in

16   front of you?

17      A.   No.

18      Q.   And what did you do to prepare for this

19   deposition?

20      A.   I met with the attorney team, and I did a

21   lot of reading of articles and documents online.

22      Q.   What kind of documents online did you

23   read?

24      A.   It was reviewing the standards of care,

25   clinical practice guidelines, other policy

1    statements.  And a lot of the articles that I

2    reviewed were online.

3         Q.   And did you speak with anyone other than

4    counsel about your deposition?

5         A.   No.

6         Q.   Okay.  And, Dr. Connelly, do you consider

7    yourself to be an expert?

8         A.   Yes.

9         Q.   And in what field or fields of study do

10   you consider yourself to be an expert?

11        A.   I consider myself an expert in pediatric

12   endocrinology.

13        Q.   And are you a psychiatrist?

14        A.   No.

15        Q.   Are you a psychologist?

16        A.   No.

17        Q.   I've got a series of these, just to warn

18   you.

19             Are you a neurologist?

20        A.   No.

21        Q.   Are you a surgeon?

22        A.   No.

23        Q.   Are you a social worker?

24        A.   No.

25        Q.   Are you a urologist?

Dr. Kara Connelly August 28, 2023

1        A.    No.

2        Q.    Are you a gynecologist?

3        A.    No.

4        Q.    Are you a bioethicist?

5        A.    No.

6        Q.    Are you an expert in cognitive

7    development?

8        A.    I have experience in cognitive

9    development, but I don't really consider myself an

10   expert in that field.

11       Q.    And could you briefly describe your

12   current position?

13       A.    Yes.  I am an associate professor at

14   Oregon Health & Science University and a pediatric

15   endocrinologist at Doernbecher Children's

16   Hospital.

17       Q.    And could you just walk me through your

18   professional background at a high level of

19   generality since you received your MD?

20       A.    Yes.  I received my MD from the

21   University of Texas Health Science Center at San

22   Antonio in Texas and subsequently completed my

23   pediatric residency at OHSU Doernbecher Children's

24   Hospital.  And following that, completed my

25   fellowship in pediatric endocrinology at the same

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Dr. Kara Connelly August 28, 2023

1    institution.  And a few years after that completed
2    a master's in clinical research.
3          Q.   And are you board certified?
4          A.   Yes.
5          Q.   In what?
6          A.   In pediatric endocrinology.
7          MR. RAMER:  Okay.  I'm about to make my
8    first attempt at emailing an exhibit.
9          Okay.  I believe I have just sent what I
10   will describe as Connelly Exhibit 1.
11         Just let me know when you all have
12   received it.
13         THE REPORTER:  I've received it.
14         MS. NOWLIN-SOHL:  Still waiting on it.
15         All right.  We have it.
16         (Deposition Exhibit No. 1 was marked.)
17         MR. RAMER:  Great.
18         Q.   (BY MR. RAMER)  And, Dr. Connelly, does
19   this appear to be a copy of your CV?
20         A.   Yes.
21         Q.   And is it up-to-date?
22         A.   Yes.  Well, that version is up-to-date as
23   of April of this year.
24         Q.   Okay.  Are there any developments since
25   April that should be included on here?

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

1        A.    No significant developments.

2        Q.    On page 2 of the CV under

3    "Certification," it's about halfway down the page.

4              Do you see that?

5        A.    Yes.

6        Q.    It states that your certification for

7    general pediatrics expired in 2020; is that

8    correct?

9        A.    That's correct.

10       Q.    And why did you not renew it?

11       A.    It's not a requirement for my position to

12   be board certified in pediatrics or to continue

13   the board certification as long as I maintain

14   board certification in my specialty.

15       Q.    And then on page 4, for the top you list

16   pending funding from Nike for a transgender

17   athlete study.

18             Do you see that?

19       A.    Yes.

20       Q.    What is that?

21       A.    That is a multicenter study that is

22   currently in preparation.  It has not begun

23   recruiting participants.  And it is currently in

24   the process of obtaining IRB approval.

25       Q.    What's it going to study?

Page 15

Dr. Kara Connelly August 28, 2023

1      A.    It's basically going to look at athletic
2  performance of youth who identify as transgender
3  compared to youth who identify as cisgender.
4      Q.    And then on your CV on page 9, middle of
5  the page, there's a section for "Service."
6            Do you see that?
7      A.    Yes.
8      Q.    And it states you were a member of the
9  Endocrine Society from 2011 to 2015; is that
10 right?
11     A.    Yes.
12     Q.    And why did you cease being a member?
13     A.    My membership in professional
14 organizations, I've had to basically select the
15 ones that I'm going to maintain and continue as an
16 active participant.  And that's been the Pediatric
17 Endocrine Society, the World Professional
18 Association for Transgender Health, the Oregon
19 Pediatric Society.  And then intermittently I've
20 been a member of the Endocrine Society, but it
21 hasn't been continuous.
22            MR. RAMER:  And I've just tried to send
23 what I'll call Connelly Exhibit 2.  And if you'll
24 just let me know when you receive it.
25            Maybe it just sent.

                                        Page 16

```
 1              MS. NOWLIN-SOHL:  Okay.  I've been
 2    hitting refresh and still don't have it.
 3              MR. RAMER:  I figure it takes a long time
 4    to get from the East Coast to the West Coast, but
 5    I don't think that's how it works.
 6              MS. NOWLIN-SOHL:  All right.
 7              (Deposition Exhibit No. 2 was marked.)
 8         Q.   (BY MR. RAMER)  Okay.  And, Dr. Connelly,
 9    does this appear to be the expert declaration that
10    you submitted in this case?
11         A.   Yes.
12         Q.   And how did you come to be involved in
13    this case?
14         A.   I was contacted by an attorney with the
15    ACLU and -- asking me if I would be willing to
16    participate.
17         Q.   And what were you asked to do?
18         A.   I was asked to be -- serve as an expert
19    witness.
20         Q.   And did you personally draft this
21    declaration?
22         A.   Yes.
23         Q.   And did anyone help you with the drafting
24    process?
25         A.   No.
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Dr. Kara Connelly August 28, 2023

1      Q.    Did you personally identify all the
2  studies that you cite in this declaration?
3      A.    Yes.
4      Q.    And did you speak with anyone other than
5  counsel about the contents of this declaration?
6      A.    I showed it to one of my colleagues that
7  I work with in my clinic to look at it for clarity
8  and grammar.  But all of the content was written
9  by me.
10      Q.    And who was that colleague?
11      A.    It was our clinic social worker.
12      Q.    And what's that colleague's name?
13      A.    Their name is Jess Guerrero.
14      Q.    Guerrero.  And, Dr. Connelly, I think you
15  said you are the medical director of the
16  Doernbecher Gender Clinic; is that right?
17      A.    Yes.
18      Q.    And you actually founded the clinic,
19  correct?
20      A.    Yes.
21      Q.    And we'll discuss in more detail later,
22  but at a high level of generality, could you
23  explain what the gender clinic does?
24      A.    Yes.  It's an interdisciplinary clinic
25  that provides holistic, comprehensive medical and

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Dr. Kara Connelly August 28, 2023

1  mental health care to gender-diverse youth from

2  childhood all the way through young adulthood.

3      Q.   And what led you to found the clinic?

4      A.   I began working with transgender and

5  gender-diverse youth during my training and

6  especially during my fellowship.

7           Our clinics had been -- in pediatric

8  endocrinology had been caring for transgender

9  youth for a number of years, and my mentors

10  trained me in providing gender-affirming care for

11  youth.

12           And as I began to develop an interest and

13  more of an expertise in the area, I realized that

14  we needed more resources and a more comprehensive

15  program, and, in particular, integrated behavioral

16  health.

17      Q.   And I think it's implied in the word

18  "youth," but does the clinic serve a particular

19  age group?

20      A.   Yes.  The clinic will see children of all

21  ages.  No medical interventions are provided prior

22  to puberty.

23           And then we'll continue to see

24  adolescents through late adolescence and in some

25  cases young adulthood until we're able to

Page 19

Dr. Kara Connelly August 28, 2023

1  successfully transition their care to an adult

2  provider.

3        Q.   So is it fair to say 100 percent of your

4  patients are below the age of 18?

5        A.   Not 100 percent.  100 percent of new

6  patients that establish care with us are under 18,

7  but we continue to follow them into -- some of

8  them into their early 20s if we have difficulty

9  transitioning their care to an adult provider.

10       Q.   And then in your -- turning to your

11  declaration, I'd like to look at page 2,

12  paragraph 10, third sentence.

13            And you state that your clinic had 993

14  patients in 2022; is that right?

15       A.   That's correct.

16       Q.   And do you have more patients now than in

17  prior years?

18            MS. NOWLIN-SOHL:  Objection to form.

19            THE WITNESS:  Can you clarify what you

20  mean by "now"?

21       Q.   (BY MR. RAMER)  Okay.  Did you have more

22  patients in 2022 than you did in prior years?

23       A.   Yes.

24       Q.   All right.  How much would you estimate

25  your patient population has grown over the last

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Dr. Kara Connelly August 28, 2023

1   five years?

2        A.   Do you mean like a percentage growth?

3        Q.   Sure.

4        A.   Or a number of growth?

5             So five years ago, 2017, I'd estimate

6   that we saw about 500 patients.  I can't say for

7   certain exactly how many patients.

8        Q.   Yeah, that's fair.  An estimate of 500 is

9   what you said; is that right?

10       A.   Yes.

11       Q.   And of the 993 patients that you

12  reference in paragraph 10, had all those patients

13  been diagnosed with gender dysphoria?

14       A.   Not all of them.

15       Q.   Okay.  What percentage of those patients

16  would you estimate were diagnosed with gender

17  dysphoria?

18       A.   I'd say at least 90 percent.

19       Q.   And at your clinic, do you have patients

20  who were diagnosed with gender dysphoria during

21  childhood?

22       A.   Yes.

23       Q.   And just to confirm we're on the same

24  page, what do you understand "childhood" to mean?

25       A.   I generally understand "childhood" to

Page 21

Dr. Kara Connelly August 28, 2023

```
1    mean prior to the onset of puberty, or prior to

2    adolescence.

3         Q.   And when you say "the onset of puberty,"

4    do you equate that with Tanner Stage II?

5         A.   Yeah.  Yes, I do.

6         Q.   And do you have patients who were

7    diagnosed after Tanner Stage II but before they

8    turned 18?

9         A.   Yes.

10        Q.   And if I called that period between

11   Tanner Stage II and 18 years old "adolescence,"

12   would you understand what I mean?

13        A.   Yes, generally.

14        Q.   And so you don't have any -- because of

15   the -- sorry, start again.

16             Because of the ages of your patients that

17   you treat, you don't have any who were diagnosed

18   with gender dysphoria after 18, correct?

19        A.   That is correct.

20        Q.   And of the patients in your clinic, which

21   diagnosis would you estimate is more common,

22   childhood or adolescence?

23        A.   In my clinic, adolescence is more common.

24        Q.   Can you estimate a percentage of patients

25   that were diagnosed in adolescence as opposed to
```

Page 22

Dr. Kara Connelly August 28, 2023

1    childhood?

2        A.    I'd estimate approximately two-thirds.

3        Q.    And of the -- of your patients, what

4    percentage would you estimate are natal females?

5            MS. NOWLIN-SOHL:  Objection to form.

6            THE WITNESS:  Can you please specify what

7    you mean by "natal females"?

8        Q.    (BY MR. RAMER)  I think you'd probably

9    describe it as "female assigned at birth."

10           For the purposes of our discussion today,

11   if I use the phrase "natal female," you can deem

12   it as female assigned at birth, and the same for

13   natal males.

14           Does that make sense?

15       A.    Yes.   Okay.

16       Q.    And so the question is, of your patients,

17   what percentage would you estimate are natal

18   females?

19           MS. NOWLIN-SOHL:  Same objection.

20           THE WITNESS:  In our clinic, I would

21   estimate also about two-thirds are patients who

22   were assigned female at birth.

23       Q.    (BY MR. RAMER)  And is the ratio the same

24   for patients who have been formally diagnosed with

25   gender dysphoria as for your patients as a total?

Page 23

```
 1              MS. NOWLIN-SOHL:  Object to form.
 2              THE WITNESS:  Can you clarify that
 3    question?
 4         Q.   (BY MR. RAMER)  Yeah, it's a bad
 5    question.
 6              Basically am I correct -- you said about
 7    90 percent of your patients have been diagnosed
 8    with gender dysphoria; is that right?
 9         A.   Yes.
10         Q.   Okay.  And has that ratio -- sorry, going
11    back, you said about two-thirds you'd estimate
12    were natal females, correct?
13         A.   Correct.
14         Q.   Has that ratio been steady since you
15    opened the clinic?
16         A.   It has been steady.
17         Q.   And of your patient population, what
18    percentage would you estimate receive puberty
19    blockers?
20         A.   Of the total patient population, what
21    percentage received puberty blockers?
22         Q.   Yes.
23         A.   Regardless of sex assigned at birth?
24         Q.   Correct.  Just total percentage, what do
25    you estimate -- let me rephrase.
```

Page 24

1          Of your total patient population, what
2    percentage would you estimate receive puberty
3    blockers?
4          A.   I would estimate approximately 20 to
5    25 percent.
6          Q.   And of your total patient population,
7    what percentage would you estimate receive
8    cross-sex hormones?
9          A.   I would estimate approximately 80 to
10   85 percent.
11         Q.   And of your total patient population,
12   what percentage would you estimate receive
13   surgical interventions?
14         A.   The -- it is very, very rare for our
15   patients to have surgeries under the age of 18, so
16   do you mean -- you mean also including those over
17   18?
18         Q.   No.  I think for purposes of this
19   question, just under 18 years old.
20         A.   What percentage receive surgery?
21         Q.   Correct.
22         A.   I'd estimate probably about 5 percent or
23   less.  And those are -- the overwhelming majority
24   are top surgery.
25         Q.   And could you clarify what you mean by

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Dr. Kara Connelly August 28, 2023

1    "top surgery"?

2        A.    Mastectomy, or removal of the chest

3    tissue.

4        Q.    And that's a procedure that would take

5    place -- sorry.

6              That's a procedure that would be

7    conducted on natal females, correct?

8        A.    That is a procedure that would be

9    conducted on individuals assigned female at birth.

10       Q.    Do you have neuro-diverse patients?

11       A.    Can you clarify what you mean by

12   "neurodiverse"?

13       Q.    Well, as a clinician, what's your

14   understanding of the term "neurodiverse"?

15       A.    Well, I think there are a lot of

16   different conditions that can be included in that

17   phrase.  Some people think of neurodiversity as

18   simply somebody who falls on the autism spectrum

19   disorder or carries a diagnosis of autism.  A lot

20   of other clinicians also include ADHD in that

21   category.

22              And so in my definition, I have the more

23   broad -- I use the more broad definition,

24   including individuals who have been diagnosed with

25   a condition such as autism spectrum disorder or

Page 26

Dr. Kara Connelly August 28, 2023

1    ADHD and carry that diagnosis.

2         Q.    Okay.  So if we view the term

3    "neurodiverse" to include autism spectrum disorder

4    and ADHD, do you have neurodiverse patients?

5         A.    Yes.

6         Q.    And what percentage of your total patient

7    population would you estimate is neurodiverse?

8         A.    I am not sure if I can give a very

9    accurate estimation.

10        Q.    Can you state whether it's less than

11   25 percent?

12        A.    Yes.

13        Q.    Can you state whether it's less than

14   10 percent?

15        A.    I was originally going to say less than

16   15 percent, but again, I can't say with certainty.

17        Q.    And you mentioned autism spectrum

18   disorder.

19              Do you have patients who have autism

20   spectrum disorder?

21        A.    Yes.

22        Q.    And what percentage of your total patient

23   population would you estimate have autism spectrum

24   disorder?

25        A.    Again, that would be difficult for me to

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

1  say with certainty, but with a formal diagnosis of
2  autism spectrum disorder, less than 5 percent.
3      Q.   So turning back to your declaration,
4  going to page 8, paragraph 28, I'm just going to
5  read that paragraph.  And my first question is
6  going to be if I read it correctly.
7          "Gender-affirming medical interventions
8  are not indicated for all individuals who present
9  for care.  Overall, about one-third of our patient
10 population continues to see our team for support
11 without accessing medical interventions."
12          Did I read that correctly?
13     A.   Yes.
14     Q.   So does this mean that two-thirds of your
15 patient population does access medical
16 interventions?
17     A.   Yes.
18     Q.   In the second sentence, when you say
19 "patients receive support without accessing
20 medical interventions," what kind of support are
21 you referencing?
22     A.   That can include mental health care and
23 support and connecting the patients and their
24 families with resources.
25     Q.   What kind of resources?

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Dr. Kara Connelly August 28, 2023

1        A.   It can be support groups.  It can be also

2   connecting them with resources for certain pieces

3   of clothing that can be used to conceal secondary

4   sex characteristics that are not congruent with

5   the young person's gender identity but who are not

6   moving towards starting medical interventions.

7        Q.   And when you say clothing to conceal

8   secondary sex characteristics, what are you

9   referring to?

10        A.   Generally something called a chest

11   binder.

12        Q.   And what is a chest binder?

13        A.   There are various different kinds and

14   styles, but it's generally a piece of clothing

15   that is made out of compression fabric to give the

16   appearance of a flatter chest.

17        Q.   And so that would be something natal

18   females who have gender dysphoria would use; is

19   that right?

20        A.   If someone is generally -- most of the

21   time someone assigned female at birth who has

22   chest tissue, but it can be used in other

23   populations as well.  I know cisgender boys who

24   have more chest tissue than they desire who also

25   use similar devices.

Page 29

Dr. Kara Connelly August 28, 2023

1    Q.    Are those patients in your clinic?

2    A.    No, not in my gender clinic.

3    Q.    And you know -- sorry, I just want to

4    understand.

5          So you know -- what I call natal males

6    you would call males assigned at birth that wear

7    chest binders?

8    A.    There are some patients who have a

9    condition called gynecomastia, which is the

10   presence of breast tissue in someone who was

11   assigned male at birth.  And in some cases, they

12   do pursue clothing to give the appearance of or

13   compression clothing such as binder-type clothing

14   items to give the appearance of a flatter chest.

15   Q.    And you had mentioned mental health care.

16   What does that entail at your clinic?

17   A.    We have a pediatric psychiatrist who is

18   part of our program and a pediatric social worker,

19   both of whom are trained and experienced in

20   working with pediatric and young adult patients

21   and providing mental health.

22         So the mental health care that we provide

23   is -- encompasses comprehensive, psychological

24   evaluations, psychosocial assessments, assessment

25   of suicidal risk.  It's provision -- in some cases

Page 30

Dr. Kara Connelly August 28, 2023

```
1    provision of ongoing therapy.  And it's
2    essentially providing any psychosocial support
3    that's needed throughout the time that they're
4    receiving care in our clinic.
5         Q.   And so are there individuals who are
6    diagnosed with gender dysphoria who receive only
7    mental health care at your clinic?
8         A.   Yes.
9         Q.   And what is the purpose of that mental
10   health care?
11        A.   In a lot of cases, it's helping them to
12   explore what their -- explore their gender
13   expression and whether medical interventions are
14   going to be beneficial for them in helping them to
15   decide which -- in some cases which medical
16   interventions.  So if medical interventions would
17   be beneficial, and, if so, which medical
18   interventions.  And then helping them understand
19   or develop realistic expectations for what those
20   interventions can provide.
21        Q.   What is a situation where medical
22   interventions would not be beneficial?
23        A.   It may be in a situation where either --
24   if an individual has received the diagnosis of
25   gender dysphoria but may not meet all the criteria
```

Page 31

Dr. Kara Connelly August 28, 2023

1    for initiation of medical interventions as
2    described by the clinical practice guidelines that
3    we follow, or if the individual doesn't appear to
4    have realistic expectations about what the medical
5    interventions can and can't do, those are
6    situations where we might -- our mental health
7    providers might be working with the youth more
8    extensively to help them in determining whether
9    medical interventions would be beneficial for
10   them.
11        Q.   And what did you mean when you were
12   discussing how patients may not have realistic
13   expectations of medical interventions?
14        A.   In some cases, patients may think that,
15   for example, hormones will pause certain body
16   changes that hormones can't do.  So one of our
17   roles is to help them understand what different
18   medical interventions realistically can do so that
19   they can better understand what to expect if they
20   are to move forward with medical interventions.
21        Q.   Can you provide an example of a situation
22   where a patient had an unrealistic expectation of
23   how hormones would have an effect?
24        A.   Yes.  I can give several examples.
25             In one -- in the case of pubertal

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1    suppression for individuals assigned male at

2    birth, I have seen -- I have had patients who have

3    thought that if they have already started going

4    through their endogenous puberty and experiencing

5    deepening of the voice from endogenous

6    testosterone, they have thought that puberty

7    blockers alone could raise the pitch of the voice.

8         Q.   And I think -- did you say you had

9    several examples?

10        A.   Another example similar to individuals

11   assigned male at birth who've undergone some of

12   the pubertal changes related to endogenous

13   testosterone such as deepening of the voice

14   thinking that estrogen could raise the pitch of

15   the voice.

16        Q.   Do you have any that aren't related to

17   voice pitch?

18        A.   There are some youth assigned female at

19   birth who may have expectations around specific

20   body shape changes that -- and hopes of body shape

21   changes that testosterone may not be able to

22   pause.

23        Q.   What kind of body shape changes?

24        A.   It can be just changes in the shape of

25   the hips, for example.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1      Q.   And what you're saying is the patients

2   think it will have that effect, but it actually

3   does not?  Is that what you're saying?

4      A.   In what -- the patients may have specific

5   thoughts about what testosterone can cause in

6   terms of how their body shape may change that is

7   not always realistic.  So we spend a great deal of

8   time helping them understand that.

9      Q.   When a patient is diagnosed with gender

10  dysphoria, in your professional opinion, should

11  providers discuss nonmedical options for gender

12  affirmation with as much emphasis as medical

13  options?

14            MS. NOWLIN-SOHL:  Objection to form.

15            THE WITNESS:  In my professional opinion,

16  I believe that nonmedical options should be

17  discussed as well as medical options.

18      Q.   (BY MR. RAMER)  And so do you agree that

19  providers should place equal value on nonmedical

20  options and medical options?

21            MS. NOWLIN-SOHL:  Objection to form.

22            THE WITNESS:  And can you specify what

23  you mean by "nonmedical options" in this case?

24      Q.   (BY MR. RAMER)  I guess if somebody asked

25  you, "What are nonmedical options for treating

Page 34

Dr. Kara Connelly August 28, 2023

1  gender dysphoria?" how would you respond?

2      A.   It depends on -- so there are

3  some -- well, I guess as I described before,

4  things like chest binders and the use of an

5  affirmed name and pronouns and essentially

6  different ways of affirming a young person's

7  gender identity that doesn't involve prescribing

8  medications or taking medications is how I

9  describe medical options.

10     Q.   Do you think mental health therapy --

11  excuse me.

12          Do you think mental health care is a

13  medical intervention?

14          MS. NOWLIN-SOHL:  Objection to form.

15          THE WITNESS:  I don't generally think of

16  mental health care as a medical treatment.

17     Q.   (BY MR. RAMER)  So let's take that, that

18  nonmedical interventions include the items you

19  listed, which is it fair to broadly describe those

20  as social transition?  Sorry, let me rephrase.

21          The items you listed about pronouns and

22  clothing, is it fair to describe that as broadly

23  understood as social transitioning?

24          MS. NOWLIN-SOHL:  Objection.

25          THE WITNESS:  I think that some people

                                          Page 35

```
 1    use that term, but not always.
 2        Q.   (BY MR. RAMER)  Okay.  Well, let me come
 3    at it another way.
 4            Let's say medical interventions.  Assume
 5    for the purposes of my question that medical
 6    interventions include the use of puberty blockers
 7    and cross-sex hormones.
 8            Do you agree that the provider should
 9    place equal value on nonmedical interventions and
10    medical interventions?
11            MS. NOWLIN-SOHL:  Objection to form.
12            THE WITNESS:  And for nonmedical
13    interventions, are you including mental health
14    care or the nonmedical interventions that I
15    described earlier?
16        Q.   (BY MR. RAMER)  For purposes of my
17    question, let's include both the nonmedical
18    interventions you described and mental health care
19    under the category of nonmedical interventions.
20            And in the category of medical
21    interventions, we're including puberty blockers
22    and cross-sex hormones.
23            And my question is this:  Do you agree
24    that a provider should place equal value on
25    nonmedical interventions and medical
```

Page 36

Dr. Kara Connelly August 28, 2023

```
 1    interventions?
 2             MS. NOWLIN-SOHL:  Objection to form.
 3             THE WITNESS:  Well, the care that we
 4    provide, and I believe should be provided, is
 5    individualized.
 6             And mental health care is always a
 7    component of the care provided for the diagnosis
 8    of gender dysphoria.  But what that looks like is
 9    different for different individuals.
10             And the medical and nonmedical
11    interventions we discuss with every single
12    patient.  But I can't -- it's hard for me to say
13    that one is emphasized more or equally than
14    another.  It's just that we always discuss -- so
15    every patient that we see in our program receives
16    mental health care and discussion of medical and
17    nonmedical options.
18             And just to clarify, when I think about
19    medical options, medical options include more than
20    just puberty blockers and cross-sex hormones.
21        Q.   (BY MR. RAMER)  Understood.  And when I
22    asked the question, I was creating the
23    hypothetical.  So I did not intend to suggest that
24    that's what you thought that that included.
25             And just to confirm I understand your
```

Page 37

Dr. Kara Connelly August 28, 2023

```
 1   answer, you are unable to say whether a provider
 2   should place equal value on nonmedical
 3   interventions and medical interventions; is that
 4   correct?
 5              MS. NOWLIN-SOHL:  Objection;
 6   mischaracterizes testimony.
 7              THE WITNESS:  I can say that medical
 8   interventions and nonmedical interventions should
 9   be discussed with every patient.
10       Q.   (BY MR. RAMER)  And are you able to say
11   that the provider should place equal value on
12   nonmedical interventions and medical
13   interventions?
14              MS. NOWLIN-SOHL:  Objection to form;
15   asked and answered.
16              THE WITNESS:  I think that all I can say
17   is that all interventions should be discussed and
18   that care is delivered in an individualized manner
19   according to who the patient is.
20       Q.   (BY MR. RAMER)  And so it's fair to say
21   that you cannot say as you sit here that the
22   provider should place equal value on medical
23   interventions and nonmedical interventions,
24   correct?
25              MS. NOWLIN-SOHL:  Objection to form;
```

Page 38

Dr. Kara Connelly August 28, 2023

1   mischaracterizes testimony; asked and answered.

2        Q.   (BY MR. RAMER)  You can answer the

3   question.  Sorry.  I didn't know if you were

4   thinking or --

5        A.   Oh, yeah.  I'm just thinking about how to

6   explain better.

7             All I can say is that all options should

8   be discussed, both medical and nonmedical.

9        Q.   We'll move on.

10            Could you describe the process at your

11   clinic when you -- start again.

12            Just at a high-level generality, could

13   you describe the process at your clinic when you

14   receive a new patient or referral?

15       A.   Yes.  Every new patient referral has a

16   dedicated phone intake with our clinic social

17   worker.  And the social worker during that time is

18   determining who the young person is and what

19   they're seeking.

20            Subsequently, some of our patients will

21   meet with our pediatric psychologist.

22            And then some of them will go on to have

23   the interdisciplinary -- what we call the team

24   visit that includes a medical provider and a

25   behavioral health provider in the same visit.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Dr. Kara Connelly August 28, 2023

1      Q.   And I think you were using the word
2   "some."
3           Does that mean that some do not progress
4   to that phase?
5      A.   That is correct.
6      Q.   And you mentioned the phone intake call.
7           What happens during that call?
8      A.   During that call, the social worker is
9   gaining an understanding of who the patient is and
10  who their family is, what they are -- what they
11  are looking for, what supports they need, what
12  supports they have already obtained, getting a
13  sense of what their school environment is like,
14  what their support system looks like, getting a
15  basic understanding of mental health, and then
16  connecting them with resources when necessary or
17  indicated and then discussing the options moving
18  forward if they want to continue with our program.
19     Q.   And you may have said this, but is
20  it -- did you say the social worker is the one who
21  conducts the intake phone call?  Is that right?
22     A.   That's correct.
23          MR. RAMER:  Okay.  Now I'm about to try
24  sending another exhibit that -- I will call this
25  Connelly Exhibit 3.

```
 1              (Deposition Exhibit No. 3 was marked.)

 2              MR. RAMER:  And just let me know when you

 3   receive it.

 4              Still nothing?

 5              MS. NOWLIN-SOHL:  Yeah, still nothing.

 6              THE REPORTER:  I did receive it.

 7              MS. NOWLIN-SOHL:  I think the Wi-Fi in

 8   this room is a little slow.  My phone just let me

 9   know that it's coming, but it hasn't showed up on

10   the computer yet.

11              Okay.

12       Q.   (BY MR. RAMER)  And, Doctor, do you

13   recognize this document?

14              MS. NOWLIN-SOHL:  Sorry.  The email is

15   here -- there's the PDF.  Okay.

16              THE WITNESS:  Yes.

17       Q.   (BY MR. RAMER)  And are you an author of

18   this article?

19       A.   Yes.

20       Q.   And what is this article about, just as a

21   general matter?

22       A.   Generally this was looking at how we

23   continued to provide care in the beginning of the

24   COVID-19 pandemic using telehealth or virtual

25   visits.
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Dr. Kara Connelly August 28, 2023

```
1        Q.   And I'd like to go to page 145, which I
2   believe is just the second page of the article.
3   And I want to look at the right column.  And below
4   in bold, there's "Materials and Methods."
5             And below that it says "Clinical model
6   and transition to telehealth."
7             And I just want to read the first
8   sentence, and my question will be if I read it
9   correctly.
10            "Since 2017, the DGC has provided
11  multidisciplinary care to TGD youth, including a
12  dedicated intake phone call and psychosocial
13  screening with social work before initiating care
14  with an endocrinologist in person at the clinic."
15            And did I read that correctly?
16       A.   Yes.
17       Q.   And is DGC the Doernbecher Gender Clinic?
18       A.   Yes.
19       Q.   And does TGD stand for transgender and
20  gender diverse?
21       A.   Yes.
22       Q.   And what is the psychosocial screening?
23       A.   That basically entails what I described
24  that the social worker does during the intake
25  phone call.
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

```
 1          Q.   What does it screen for?  I believe --
 2     you may have mentioned this, but just to -- with
 3     respect to -- let me start again.
 4               With respect to mental health, does it
 5     screen for anything?
 6          A.   No formal screening or diagnoses are
 7     made.
 8          Q.   And how long does an intake call
 9     typically take?
10          A.   About 45 minutes.
11          Q.   And what --
12          A.   Sometimes longer.
13          Q.   Sorry.  I didn't mean to cut you off.
14          A.   I'm sorry.  Sometimes longer.
15          Q.   And what is the end product from the
16     intake phone call?
17          A.   Can you specify what you mean by "the end
18     product"?
19          Q.   Yeah.  So when the social worker conducts
20     the intake phone call, does the social worker
21     write a report or send an email or fill out a form
22     as the end product for the call?
23          A.   The social worker just documents their
24     conversation in the patient's medical record.
25          Q.   So is the social worker making a
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1    recommendation about anything?

2         A.   No.

3         Q.   I'd like to go back to your declaration

4    and specifically to page 9, paragraph 31 in the

5    first sentence.  And I'll read it and ask if I

6    read it correctly.

7              "In our clinic when adolescents present

8    for care, they often present with high degrees of

9    anxiety, depression, and suicidal ideation."

10             Did I read that correctly?

11        A.   Yes.

12        Q.   And so that anxiety, depression, and

13   suicidal ideation is not detected during the

14   psychosocial screening; is that right?

15             MS. NOWLIN-SOHL:  Objection to form.

16             THE WITNESS:  The patients may -- may

17   discuss diagnoses that they have received from

18   mental health providers outside of our clinic.  If

19   they have received a diagnosis of depression or

20   anxiety, then that is part of the intake is

21   getting that history.

22        Q.   (BY MR. RAMER)  Well, when you say

23   "intake" there, you mean part of the psychosocial

24   screening?

25        A.   Yes.  The psychosocial screening is what

                                        Page 44

Dr. Kara Connelly August 28, 2023

1    we generally call the intake, the psychosocial

2    intake.

3          Q.   Okay.  I understand.  I understand.

4               And in the same paragraph in your

5    declaration, in the third sentence -- I'll read it

6    and ask if I read it correctly.

7               It says "Most of these mental health and

8    social challenges are linked to gender dysphoria

9    and experiences of minority stress."

10              Did I read that correctly?

11         A.   Yes.

12         Q.   Are there ever mental health and social

13   challenges that are not linked to gender dysphoria

14   or experiences of minority stress?

15         A.   Yes.

16         Q.   And can you provide some examples of

17   that?

18         A.   Yes.  The patients may have mental health

19   diagnoses or stressors that are not linked to

20   gender dysphoria.

21         Q.   Does that include anxiety?

22         A.   That can include anxiety.  It can include

23   a variety of different mental health conditions.

24         Q.   And so a patient could be diagnosed with

25   gender dysphoria and have a separate mental health

Page 45

Dr. Kara Connelly August 28, 2023

```
1   condition that is not linked to gender dysphoria;
2   is that right?
3         A.    That is possible.
4         Q.    And if a patient has anxiety or
5   depression that is not linked to gender dysphoria
6   or minority stress, what does your clinic do?
7         A.    Can you just help to clarify like what --
8   what specifically you mean by what do we do?
9         Q.    Fair.  If a patient has anxiety or
10  depression that is not linked to gender dysphoria
11  or minority stress, how does your clinic approach
12  that anxiety or depression and treat it?
13        A.    Yeah.  So again, every patient is -- the
14  care that's provided is individualized, so it
15  depends on the patient and the situation.
16              But generally our program will -- and it
17  depends on at what phase and who is working with
18  the patient at that given moment in time, but what
19  that can entail is understanding -- trying to gain
20  an understanding of where that might be coming
21  from or what it's related to and working with
22  outside therapists or mental health providers when
23  they're involved in the young person's care.
24        Q.    And if a patient has anxiety or
25  depression that is not linked to gender dysphoria
```

Page 46

Dr. Kara Connelly August 28, 2023

1    or minority stress, do you resolve those mental

2    health issues before proceeding with medical

3    interventions?

4            MS. NOWLIN-SOHL:  Object to form.

5            THE WITNESS:  We -- can you clarify what

6    you mean by "resolve"?

7        Q.   (BY MR. RAMER)  As a clinician, do you

8    have an understanding of what it means to resolve

9    a mental health issue?

10       A.   I'm not a -- I wouldn't consider myself a

11   mental health provider, and so I don't have a

12   great definition of it.

13           It would seem to me that "resolve" would

14   mean there are no symptoms of depression or

15   anxiety if something has resolved.

16           MR. RAMER:  We've been going for almost

17   an hour.  Do you want to take a break or keep

18   going?  Either way.

19           THE WITNESS:  I can take a break.

20           MR. RAMER:  Li, does that sound good?

21           MS. NOWLIN-SOHL:  Yeah, that's fine.

22           MR. RAMER:  Ten minutes?

23           MS. NOWLIN-SOHL:  Yeah.

24           MR. RAMER:  Okay.  So we'll be back

25   at -- well, we're about to hit 1:03 -- I'm sorry,

Page 47

1    that's East Coast.  So we'll be back at 13 after

2    the hour.

3            MS. NOWLIN-SOHL:  Sounds good.

4            MR. RAMER:  Okay.

5            THE VIDEOGRAPHER:  Okay.  So the time is

6    11:03 a.m. Mountain time, and we are off the

7    record.

8        (Break taken from 11:03 a.m. to 11:17 a.m.)

9            THE VIDEOGRAPHER:  All right.  So we are

10   recording.  The time is 11:17 Mountain time, and

11   we are back on the record.

12       Q.   (BY MR. RAMER)  Okay.  Doctor, I just

13   wanted to start by asking you a hypothetical

14   question.

15           And the hypothetical is this:  If there

16   are two treatments for a condition and the

17   treatments are equally effective, all else being

18   equal, should the provider prefer the treatment

19   that carries fewer risks?

20           MS. NOWLIN-SOHL:  Object to form.

21           THE WITNESS:  That's a difficult

22   hypothetical to imagine.  I think in all

23   treatments, the risk -- potential risks and

24   benefits are weighed and discussed.

25       Q.   (BY MR. RAMER)  So why is it a difficult

Page 48

Dr. Kara Connelly August 28, 2023

1  hypothetical to imagine?

2       A.   Well, because the benefits are not

3  included in that hypothetical.

4       Q.   Well, I tried to ask it by saying the

5  treatments were equally effective, but I can

6  restate it with the word "benefits."

7            And so the question is this:  If there

8  are two treatments for a condition and their

9  benefits are equal, all else being equal, should

10  the provider prefer the treatment that carries

11  fewer risks?

12            MS. NOWLIN-SOHL:  Object to form.

13            THE WITNESS:  I think it's also hard to

14  kind of characterize all risks as just a single.

15  I think risks are different in terms of what, I

16  guess -- yeah, risk category and what the risk is.

17  So it's difficult to put it all in one category.

18       Q.   (BY MR. RAMER)  What do you mean "it's

19  difficult to put it all in one category"?

20       A.   Well, risks that -- different risks can

21  carry different weight, so it's hard to say that

22  one thing carries more risks than another.  It

23  depends on what the risks are.

24       Q.   That's fair.  And for purposes of just

25  the hypothetical -- and it's a hypothetical for a

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

1  reason, just to understand the concept as opposed

2  to understand practice on the ground.

3          And so the hypothetical is just you have

4  two treatments.  The benefits are the same.  The

5  costs or risks, whichever word you prefer, are

6  greater with one than the other.

7          Should the provider prefer the treatment

8  that has fewer risks?

9          MS. NOWLIN-SOHL:  Object to form.

10          THE WITNESS:  Well, one of the ethical

11  principles that we follow as medical providers is

12  to do no harm.  And so we will always try to

13  pursue treatments that will not cause harm to the

14  patient.

15     Q.   (BY MR. RAMER)  Got it.  I just want to

16  go back to where we left off at the break.  And I

17  asked a question, and we kind of got hung up on

18  the word "resolve."  And so I want to ask the

19  question a different way.

20          So we were discussing situations where a

21  patient has anxiety or depression that is not

22  linked to gender dysphoria or minority stress.

23          Do you recall that discussion?

24     A.   Yes.

25     Q.   And my question is this:  When a patient

Page 50

Dr. Kara Connelly August 28, 2023

1   has anxiety or depression that is not linked to

2   gender dysphoria or minority stress, do you

3   address those mental health issues before

4   proceeding with medical interventions?

5           MS. NOWLIN-SOHL:  Object to form.

6           THE WITNESS:  And can you specify what

7   you mean by "address"?

8       Q.   (BY MR. RAMER)  What would you understand

9   that term to mean as a clinician in this context?

10      A.   Well, I think it can mean several

11  different things.  It can mean treat or it can

12  mean acknowledge.  It can mean evaluate further.

13  It depends on the -- the way it's defined.

14      Q.   What do you think the term means when

15  it's used in the Endocrine Society guidelines?

16          MS. NOWLIN-SOHL:  Object to form.

17          THE WITNESS:  Can you specify where in

18  the guidelines?

19      Q.   (BY MR. RAMER)  Yeah, I'll go to -- just

20  in your declaration, go to page 6.  And I think

21  it's -- it's in paragraph 22, but at page 6,

22  there's a little C before the relevant passage.

23  And I'll just read it, and my first question will

24  be whether I read it correctly.

25          "Any coexisting psychological, medical,

Page 51

```
 1    or social problems that could interfere with
 2    treatment, e.g., that may compromise treatment
 3    adherence, have been addressed such that the
 4    adolescent's situation and functioning are stable
 5    enough to start treatment."
 6            Did I read that correctly?
 7        A.   Yes.
 8        Q.   And so what do you think the word
 9    "addressed" means there?
10        A.   I -- in that context, I interpret it to
11    mean that the coexisting psychological, medical,
12    or social problems have been acknowledged and
13    evaluated to the extent that the mental health
14    provider can ascertain that they are not
15    inhibiting in the individual's ability to make
16    complex cognitive decisions about treatment
17    options.
18        Q.   And so you think -- just to confirm, you
19    think that this part of the Endocrine Society
20    guidelines goes to whether the adolescent can make
21    proper decisions; is that right?
22        A.   This part of the guidelines are
23    pertaining to any coexisting psychological,
24    medical, or social problems that could interfere
25    with their ability to make decisions.
```

Page 52

Dr. Kara Connelly August 28, 2023

1     Q.   And that's what you think this part of

2  the guidelines is saying is that you need to

3  address those conditions so that the

4  adolescent -- let me rephrase.

5         It's saying that you need to address

6  those conditions to ensure the adolescent can make

7  good decisions; is that right?

8         MS. NOWLIN-SOHL:  Object to the form.

9         THE WITNESS:  It's saying that if there

10  are any coexisting psychological, medical, or

11  social problems that could interfere with

12  treatment, that they have those -- have been

13  acknowledged and assessed and to ensure that they

14  are not interfering with the individual's ability

15  to make complex, cognitive decisions.

16     Q.   (BY MR. RAMER)  Are you familiar with the

17  term "diagnostic overshadowing"?

18     A.   Not really.

19     Q.   Okay.  When an individual reports -- at

20  your clinic, when an individual reports distress

21  resulting from gender incongruence, do employers

22  at your clinic explore other possible causes of

23  that distress?

24     A.   Can you specify which specific providers?

25     Q.   Any providers.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Dr. Kara Connelly August 28, 2023

1        A.    Our mental health providers, that's part

2    of their psychological evaluation.

3        Q.    And what do they do to explore those

4    other possible causes of distress?

5        A.    Well, I'm not the psychologist so I can't

6    say for certain, but it's part of their -- it's

7    part of their evaluation and the way that they can

8    make those determinations.

9        Q.    And what, if anything, do you change in

10   your protocol when dealing with a patient who has

11   autism spectrum disorder?

12            MS. NOWLIN-SOHL:  Object to form.

13            THE WITNESS:  Can you be more specific?

14       Q.    (BY MR. RAMER)  With respect to what?

15       A.    You said what do you change.  With

16   respect to what?  What did you mean by --

17       Q.    Sorry, yes.  Let me phrase it this way:

18   If a patient has autism spectrum disorder, is

19   their treatment exactly the same as any other

20   patient at your clinic?

21            MS. NOWLIN-SOHL:  Object to form.

22            THE WITNESS:  Well, every patient is

23   treated as an individual, so every patient

24   receives individualized care.  And so that can

25   look different from patient to patient.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

```
 1              If a patient has the diagnosis of autism
 2    spectrum disorder, the -- then the mental health
 3    provider who is working with that patient or our
 4    psychologist may contribute more information about
 5    the patient and the care that they're seeking and
 6    the way that they communicate and receive
 7    communication and information.
 8              So it can really vary from person to
 9    person.
10       Q.   (BY MR. RAMER)  At your clinic, are
11    patients with autism spectrum disorder eligible to
12    receive puberty blockers?
13       A.   Are you asking if a patient has autism
14    spectrum disorder and meet the criteria -- and
15    have the diagnosis of gender dysphoria and meet
16    the criteria for treatment outlined in the
17    guidelines and standards of care, if care would be
18    considered for that patient?
19       Q.   I think I was with you up until the very
20    end of "care would be considered."
21              I think, yes, let's say everything else
22    is equal, but the patient has autism spectrum
23    disorder.
24              Are they able to receive puberty blockers
25    at your clinic?
```

Page 55

1          MS. NOWLIN-SOHL:  Object to form.

2          THE WITNESS:  I can say that patients

3     would not be denied puberty blockers simply

4     because they have autism spectrum disorder.

5          Q.   (BY MR. RAMER)  And I'd like to return to

6     Exhibit 3, Connelly Exhibit 3.  And I'd like to go

7     back to page 145, right column again.

8          And it's actually going to be right below

9     the sentence we previously read in the "Materials

10    and Methods" section.  And I'm just going

11    to -- it's going to be the second full sentence.

12    And I'll read it, and my first question will be if

13    I've read it correctly.

14          "In October of 2019, the DGC transitioned

15    from a multidisciplinary clinic to a fully

16    interdisciplinary model in which every new patient

17    meets with endocrinology, psychology, and social

18    work simultaneously during their first medical

19    appointment to develop individualized patient and

20    family-centered treatment plans."

21          Did I read that correctly?

22          A.   Yes.

23          Q.   And is this generally what occurs at your

24    clinic?

25          A.   Yes.

Page 56

Dr. Kara Connelly August 28, 2023

1        Q.    And you refer to the first medical

2    appointment; is that right?

3        A.    Yes.

4        Q.    And could you describe what that first

5    medical appointment is like for a patient?

6        A.    Yes.   The first medical appointment --

7    well, prior to the start of the medical

8    appointment, the interdisciplinary team meets to

9    discuss what is already known about the patient

10   and family and the information that's been

11   obtained in the intake and any -- in the

12   psychological evaluation.

13           And then when the patient and family are

14   brought into the room, we gather medical history

15   about the patient and family and determine what

16   questions they have and then discuss different

17   treatment options depending on what they're

18   seeking.

19       Q.    And how long does a visit typically last?

20       A.    Average, an hour.

21       Q.    And back in Exhibit 3, the very next

22   sentence -- I'll read it and ask if I read it

23   correctly.

24           "For adolescent patients, these

25   appointments include dedicated time for the

Page 57

1    patient to meet with the endocrinologist and

2    social worker alone while caregivers meet with

3    psychology for assessment of overall family

4    needs."

5           Did I read that correctly?

6      A.   Yes.

7      Q.   And why do adolescent patients have

8    dedicated time to meet with the endocrinologist

9    alone?

10     A.   Well, these are for adolescents.  And

11   generally as medical providers or as adolescent

12   medical providers, we always reserve part of the

13   appointment time to discuss topics that they may

14   want to discuss confidentially.

15          And again, that can look different from

16   person to person, patient to patient.

17     Q.   Is the information from this dedicated

18   meeting with the endocrinologist alone ultimately

19   shared with caregivers?

20     A.   It depends.

21     Q.   What does it depend on?

22     A.   It depends on basically what is in the

23   patient's best interest.

24     Q.   And so there's times where in your

25   judgment it's in the patient's best interest to

Page 58

Dr. Kara Connelly August 28, 2023

1  not disclose something to a caregiver?

2      A.   If we have concerns about how it may

3  impact their safety, then yes.

4      Q.   And what do you mean by that?

5      A.   What do I mean by if it may impact their

6  safety?

7      Q.   Correct.  What do you mean by you're

8  concerned about how it may impact their safety?

9      A.   If disclosing information that was shared

10  with the medical provider confidentially may pose

11  a risk to the patient.

12      Q.   A risk of what?

13      A.   Of harm.  Of physical harm.

14      Q.   So you're referring to physical harm by

15  the caregiver on the patient; is that right?

16      A.   That's an example.

17      Q.   Have there been situations where you've

18  determined that disclosing confidential

19  information would put the patient at risk of harm

20  from a caregiver?

21      A.   It's rare, but yes, it has happened.

22      Q.   Do you call the police in that situation?

23      A.   It depends.

24      Q.   Have you ever?

25      A.   I have never called the police.

Page 59

Dr. Kara Connelly August 28, 2023

1      Q.    Has anyone -- to your knowledge, has

2    anyone at your clinic ever called the police in

3    that situation?

4      A.    No.

5      Q.    Okay.  So is it correct that the first

6    medical appointment results in I think what you

7    called a treatment plan?

8      A.    I don't believe that I used those words.

9      Q.    Okay.  I guess in -- so in Exhibit 3, the

10   second sentence we read, it refers at the very end

11   of the sentence to individualized patient and

12   family-centered treatment plans.

13          What is a treatment plan?

14     A.    That can be a variety of -- it can look

15   different from person to person, but basic

16   detailing any next steps, if any further tests

17   need to be done, medical tests, laboratory

18   evaluations, imaging pertaining to their medical

19   history or their family medical history, any other

20   information that they need that we will kind of

21   help to share with them.  So it really just is

22   kind of detailing next steps if indicated.

23     Q.    For any patients, does the treatment plan

24   from the first medical visit call for the

25   administration of puberty blockers?

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Dr. Kara Connelly August 28, 2023

```
 1        A.   It's very rare, and -- it's very rare,
 2   but it can.
 3        Q.   For any patients, does the treatment plan
 4   from the first medical visit call for the
 5   administration of cross-sex hormones?
 6        A.   It's also very rare, but it can.
 7        Q.   How would you define "very rare" as
 8   you're using it?
 9        A.   I would say probably less than 2 percent
10   of the time.
11        Q.   So just so I understand what you're
12   saying, you're saying less than 2 percent of the
13   time a patient will begin puberty blockers or
14   cross-sex hormones after the first medical visit?
15             MS. NOWLIN-SOHL:  Objection;
16   mischaracterizes the testimony.
17             THE WITNESS:  What do you mean by
18   "after"?  Do you mean at the time of the first
19   visit or immediately after or later at some point?
20        Q.   (BY MR. RAMER)  Like, what was the
21   2 percent number you just gave?
22        A.   The 2 percent is if any treatments will
23   be initiated immediately after the first visit and
24   before the second visit.
25        Q.   Okay.  So you're saying -- I'm just
```

Page 61

Dr. Kara Connelly August 28, 2023

1     trying to make sure I understand.

2              So you're saying only 2 percent of

3     patients will initiate puberty blockers or

4     cross-sex hormones before the second visit?

5         A.    Correct.

6         Q.    What medication does your clinic use -- I

7     guess that should be plural.

8              What medications does your clinic use for

9     cross-sex hormones?

10        A.    Testosterone and estradiol.

11        Q.    And is there a particular brand you use?

12        A.    No.

13        Q.    Do you recall what company produces those

14    drugs?

15        A.    No.

16        Q.    What medication does your clinic use for

17    puberty blockers?

18        A.    We use leuprolide acetate and histrelin

19    implants.

20        Q.    And is there a particular brand you use?

21        A.    The brands that are available for

22    leuprolide acetate can be dependent on insurance

23    coverage, but generally the brandings are Depot,

24    Lupron, and Eligard.

25        Q.    And do you recall what company produces

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

```
 1   those drugs?
 2        A.   I can't say with certainty what company
 3   produces them.
 4        Q.   After the first medical visit, do you
 5   require patients to return to your clinic for
 6   follow-up examinations?
 7             MS. NOWLIN-SOHL:  Object to the form.
 8             THE WITNESS:  Can you specify "follow-up
 9   examinations"?
10        Q.   (BY MR. RAMER)  Yeah, sorry.  That's not
11   supposed to be a trick question.  I just -- do the
12   patients have follow-up visits?
13        A.   Yes.
14        Q.   At your clinic?
15        A.   Yes.
16        Q.   And how often are those follow-up
17   appointments?
18        A.   Generally every three months.
19        Q.   And I think you previously mentioned
20   this, but I just want to confirm.  And just
21   correct me if my understanding is wrong.
22             As a general matter, your clinic treats
23   patients until they turn 18, except for those
24   patients who have not yet transferred to another
25   provider; is that right?
```

Page 63

Dr. Kara Connelly August 28, 2023

1            And so in other words, the reason you

2    would have a patient in your clinic who is over 18

3    years old is because they have not yet transferred

4    to a provider for adults; is that fair?

5        A.   Yes.  Generally that is correct, but

6    there can be some circumstances where they may be

7    in our care for a bit longer than 18.

8        Q.   But that's not the general practice; is

9    that right?

10        A.   Correct.

11        Q.   And do you stay in formal communication

12    with your patients after they turn 18?

13        A.   If they are still engaged in care in our

14    clinic, then yes.

15        Q.   And what percentage of your patients

16    receive care elsewhere after they turn 18?

17        A.   Do you mean gender-affirming care?

18        Q.   Well, I guess at the gender clinic -- I

19    guess any treatment at the gender clinic, yeah.

20        A.   But you said "care elsewhere."  Are you

21    specifically saying gender-affirming care

22    elsewhere?

23        Q.   Yeah, let's do that for this question.

24    So of your patients who are -- who turn 18, what

25    percentage no longer receive gender-affirming

Page 64

Dr. Kara Connelly August 28, 2023

1    health care from your clinic?

2         A.   It's definitely the minority.  So the

3    majority of patients when they turn 18 continue to

4    receive care through our clinic.

5         Q.   Sorry.  Could you say that answer again?

6         A.   Yeah.  The majority continue to receive

7    care after their 18th birthday through our clinic.

8         Q.   So the majority of your patients stay on

9    with the clinic after they turn 18?

10        A.   Yes.

11        Q.   I guess I don't know what I'm missing.  I

12   thought that you generally treat patients until

13   they're 18, and then the idea was that they

14   then -- you know, they're adults at 18, so they go

15   elsewhere to receive treatment.

16             But you're saying now that that is

17   incorrect; the majority stay with you?  Is that

18   right?

19        A.   So we only see new patients who are

20   younger than age 18 who establish with us.

21   Generally the majority of patients will still be

22   in the process of -- still receiving care with us

23   after they turn 18.  And it's when they're older

24   that their care is transferred to an adult

25   provider.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

1      Q.   And when you say "older," approximately
2  what age?
3      A.   I'd say approximately average of 20.  But
4  we have some patients that are in their 20s when
5  they successfully transfer to an adult provider.
6      Q.   So let's say for patients of yours by the
7  time -- let me rephrase.
8           Of your patient population, by the time
9  patients turn 22 years old, what percentage do you
10 estimate are still receiving treatment at your
11 clinic?
12     A.   I can't say for certainty, but I'd
13 probably estimate less than 10 percent.
14     Q.   And for the other approximately
15 90 percent, does your clinic stay in formal
16 communication with them?
17     A.   Can you specify what you mean by "formal
18 communication"?
19     Q.   Well, do you communicate with them at
20 all?
21     A.   If they reach out after they've made that
22 transfer to an adult provider and have difficulty
23 continuing to access care through that provider or
24 getting refills on their prescriptions, they may
25 request refills, in which case we would

Page 66

1    communicate formally with them to bring them back

2    in for another visit and again attempt to transfer

3    care to an adult provider.

4         Q.    Do you communicate with your patients

5    when they do not reach out to you in the first

6    instance?

7              MS. NOWLIN-SOHL:   Object to form.

8              THE WITNESS:   Can you specify which

9    patients we're talking about?

10        Q.    (BY MR. RAMER)   Yeah.   Sorry.   I was

11   talking about the universe we were just

12   discussing, which is those who have progressed on

13   to other care providers.

14             And I had asked you if you stay in formal

15   communication, and I think you described an

16   example where they reach out to you for help in

17   some way, shape, or form.

18             And my question is do you formally

19   communicate with that universe of patients,

20   meaning those who have gone on to receive care

21   elsewhere, when they have not reached out to you

22   in the first instance?

23        A.    We don't have a protocol of contacting

24   patients who have already successfully transferred

25   care to an adult provider.   But we do have

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

1    patients that are seeing adult providers, and

2    those providers communicate with us about the

3    patients.

4         Q.   And I think in your declaration you have

5    said that you have personally delivered care to

6    over 700 patients with gender dysphoria; is that

7    right?

8         A.   Yes.

9         Q.   And were all of those patients under the

10   age of 18?

11        A.   At the time that they establish with our

12   clinic, yes.

13        Q.   And when did you in your practice first

14   begin treating children or adolescents for gender

15   dysphoria?

16        A.   Do you mean in what year or what stage of

17   my professional development?

18        Q.   Both.

19        A.   In my pediatric endocrinology fellowship

20   under the supervision of the attending physicians.

21        Q.   And when was that, approximately, in

22   terms of a year?

23        A.   I started in 2010, so between 2010 and

24   2013.

25        Q.   And do you personally prescribe puberty

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Dr. Kara Connelly August 28, 2023

1    blockers and cross-sex hormones?

2         A.   Yes.

3         Q.   And at what age do you prescribe puberty

4    blockers?

5              MS. NOWLIN-SOHL:  Object to the form.

6              THE WITNESS:  That depends on pubertal

7    stage.

8         Q.   (BY MR. RAMER)  And so at what pubertal

9    stage do you prescribe puberty blockers?

10        A.   Tanner II.

11        Q.   Do you prescribe puberty blockers or

12   cross-sex hormones to patients who identify as

13   nonbinary?

14        A.   Yes, I have.

15        Q.   Do you still?

16        A.   Yes.  Yeah.

17        Q.   The primary purpose of gender-affirming

18   care is to reduce the distress associated with

19   gender dysphoria, correct?

20        A.   Yes.

21        Q.   And reducing the distress associated with

22   gender dysphoria is the only purpose of

23   gender-affirming care, correct?

24             MS. NOWLIN-SOHL:  Object to form.

25             THE WITNESS:  That is not how I would

Page 69

Dr. Kara Connelly August 28, 2023

1    define gender-affirming care.

2         Q.   (BY MR. RAMER)  Could you elaborate on

3    that?

4         A.   Well, gender-affirming care can entail

5    many different aspects of care or treatment and

6    can be alleviating distress if gender dysphoria is

7    present, but it generally means affirming

8    someone's gender identity at that moment in time.

9         Q.   Okay.  I understand.  So let me ask this

10   question:  Reducing gender dysphoria -- start

11   again.

12        Reducing the distress associated with

13   gender dysphoria is the only purpose of providing

14   puberty blockers and cross-sex hormones, correct?

15        MS. NOWLIN-SOHL:  Object to form.

16        THE WITNESS:  The main purpose of any

17   medication, including puberty blockers and

18   hormones, would be to alleviate distress

19   associated with gender dysphoria.

20        Q.   (BY MR. RAMER)  So you said "main

21   purpose."

22        Are there other purposes of prescribing

23   puberty blockers and cross-sex hormones with

24   respect to gender-diverse youth?

25        A.   No, I can't think of any.

Page 70

Dr. Kara Connelly August 28, 2023

1      Q.    And so the effect of treatment -- sorry.

2            And so the effect of puberty blockers and

3  cross-sex hormones on reducing the distress

4  associated with gender dysphoria is the outcome

5  that matters the most when analyzing these

6  treatments, correct?

7            MS. NOWLIN-SOHL:  Object to the form.

8            MR. RAMER:  That's fair.  Never mind.

9  Listen, I think we've already answered the

10  question.

11      Q.    (BY MR. RAMER)  Have you ever prescribed

12  puberty blockers to a patient who was not formally

13  diagnosed with gender dysphoria under the DSM-V?

14      A.    Only if it was a patient with a different

15  diagnosis, central precocious puberty.

16      Q.    Apart from central precocious puberty,

17  have you ever prescribed puberty blockers to a

18  patient who is not formally diagnosed with gender

19  dysphoria under the DSM-V?

20      A.    No.

21      Q.    Why not?

22      A.    Well, I follow the clinical practice

23  guidelines and established standards of care that

24  require that an individual be diagnosed with

25  gender dysphoria prior to initiating treatments.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

1        Q.    And have you ever prescribed cross-sex

2   hormones to a patient who is not formally

3   diagnosed with gender dysphoria under the DSM-V?

4        A.    No.

5        Q.    Are you familiar with the term "gender

6   incongruence"?

7        A.    Yes.

8        Q.    What is your understanding of that term?

9        A.    It's a term that refers to a patient

10  whose gender identity does not match the sex that

11  was assigned to them at birth.

12       Q.    And so is it different from gender

13  dysphoria?

14       A.    Gender dysphoria is the distress that is

15  experienced by someone's gender identity that is

16  not in alignment with the sex that was assigned to

17  them at birth.

18       Q.    I guess -- so it's possible for someone

19  to be gender incongruent but not be suffering from

20  gender dysphoria, correct?

21       A.    Well, I think it depends on where the

22  definition of "gender incongruent" is coming from.

23       Q.    I guess under your definition was what I

24  was asking.

25       A.    Well, I -- usually when I hear the term

Page 72

```
 1    "gender incongruent," I generally will think about
 2    the origin being the ICD-11 code.
 3             And I can't remember the specific words
 4    that are used and whether "distress" is included
 5    in the definition.
 6        Q.   If the phrase "gender incongruence" does
 7    not -- let me rephrase.
 8             If the phrase "gender incongruent" is
 9    defined without reference to clinically
10    significant distress, do you agree that it means
11    something different from gender dysphoria?
12        A.   If the definition does not include the
13    "distress," then yes, I would say that's different
14    from gender dysphoria.
15        Q.   Sorry.  I didn't mean to cut you off.
16             And if the definition of "gender
17    incongruence" does not include clinically
18    significant distress, you would not prescribe
19    puberty blockers or cross-sex hormones to treat
20    gender incongruence, correct?
21             MS. NOWLIN-SOHL:  Object to form.
22             THE WITNESS:  I have only prescribed
23    puberty blockers or cross-sex hormones for
24    patients who have been diagnosed with gender
25    dysphoria.
```

1      Q.    (BY MR. RAMER)  Do you assess a patient's
2    developmental readiness when describing whether to
3    prescribe puberty blockers or cross-sex hormones?
4      A.    Our multidisciplinary team does together.
5      Q.    And how does your team make that
6    assessment?
7      A.    Well, it involves the different
8    disciplines using their finer expertise in
9    assessing that individual patient.
10      Q.    And what specifically does your team
11    assess?
12      A.    About develop -- sorry.  I forgot what
13    you --
14      Q.    Sorry, yeah.  When you're assessing a
15    patient's developmental readiness for a particular
16    intervention, what does your team assess?
17      A.    Well, again, I'm not the pediatric
18    psychologist who is the one conducting the
19    assessments, so I can't say for certain all of the
20    different tools and measures that she uses, but
21    she uses her expertise and knowledge and expertise
22    in child and adolescent development in determining
23    their developmental stage and ability to
24    participate in decision-making.
25      Q.    Okay.  So the pediatric psychologist

Page 74

Dr. Kara Connelly August 28, 2023

1    makes that determination; is that right?

2        A.   Yes.

3        Q.   And that's beyond your area of expertise;

4    is that what you're saying?

5             MS. NOWLIN-SOHL:  Objection;

6    mischaracterizes testimony.

7             THE WITNESS:  The pediatric psychologist

8    is the one with the expertise in child and

9    adolescent development and is the person who makes

10   a determination about developmental readiness.

11       Q.   (BY MR. RAMER)  Right.  All I'm asking is

12   the proper way to assess for developmental

13   readiness is something that is beyond your

14   expertise?  Or is it not?

15       A.   I would not say that it's my expertise to

16   make that assessment.

17       Q.   Well, so I understand the pediatric

18   psychologist makes the assessment.

19            And my question is do you know how to

20   make that assessment?

21       A.   About developmental readiness?

22       Q.   Correct.

23       A.   My role is to -- is to assess their

24   physical developmental readiness.  And we as an

25   interdisciplinary team come together to determine

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Dr. Kara Connelly August 28, 2023

```
 1   overall developmental readiness with our different
 2   disciplines' expertise contributing.
 3        Q.   And all I'm asking is just the
 4   developmental readiness that you described is
 5   determined by the pediatric psychologist.
 6             That determination is not something that
 7   you make, correct?
 8        A.   Correct.
 9        Q.   And the process for making the
10   determination that the pediatric psychologist
11   makes is something that is beyond your individual
12   expertise, correct?
13        A.   Correct.
14        Q.   I'd like to go back to your declaration,
15   which I guess is Connelly Exhibit 2.  And I'd like
16   to go to page 5 and paragraph 21.
17             And this paragraph you're talking about
18   puberty blockers, correct?
19        A.   Correct.
20        Q.   And I'm going to read the second sentence
21   and ask if I read it correctly.
22             It says "These medications have been used
23   successfully to delay pubertal changes in youth
24   with central precocious puberty."
25             Did I read that correctly?
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Dr. Kara Connelly August 28, 2023

1        A.   Yes.

2        Q.   And you'd already mentioned central

3  precocious puberty, but could you just explain

4  what that is?

5        A.   Yes.   That is when the brain activates

6  puberty at an age that is younger or earlier than

7  is what is determined to be a normal age range.

8        Q.   And what is that normal age range?

9        A.   Well, for individuals assigned female at

10  birth, it's generally age 7 is the youngest that

11  is considered normal for starting puberty.

12        And for individuals assigned male at

13  birth, that's generally age 9.

14        Q.   And so is it -- just so I understand, if

15  the individual starts puberty before those ages

16  you just listed, that is what constitutes central

17  precocious puberty; is that right?

18        A.   Yes.

19        Q.   And do you prescribe puberty blockers

20  every time a child falls within that definition?

21        A.   No.

22        Q.   Is there a typical age where a child

23  would be diagnosed with central precocious puberty

24  but you would not prescribe puberty blockers?

25        A.   It's not so much of age, chronological

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1    age, but we look at pubertal stage and we look at

2    skeletal age and development.

3         Q.   And when you say you "look at pubertal

4    stage and skeletal age and development," what

5    specifically are you assessing in making the

6    determination whether to prescribe puberty

7    blockers?

8         A.   For central precocious puberty?

9         Q.   Yes.

10        A.   So we want to -- basically we will assess

11   pubertal stage in terms of Tanner staging and how

12   far along they are in puberty at the time they are

13   given the diagnosis.

14            And we look at how much maturation has

15   happened at the growth plates by pubertal hormones

16   to determine if there's benefit to suppressing

17   puberty at that time.

18        Q.   And just as a general matter, when is

19   there benefit to suppressing puberty at that time?

20        A.   Again, it's different for everyone

21   because it depends on where -- what their growth

22   patterns look like and what their family pubertal

23   development patterns are.

24            But if we determine that treatment is

25   going to result in an improvement in height

Page 78

Dr. Kara Connelly August 28, 2023

1    outcome, that's generally what we're looking at.

2             And if we -- if the patient is far enough

3    along in puberty that it does not appear that

4    treatment is going to result in a benefit in final

5    height outcome, then we may not use prescribed.

6        Q.    Sorry.  And this is my own ignorance of

7    this.

8             The last part you said -- is it that if

9    they are far along enough then you won't

10   prescribe?

11       A.    It depends -- again, it depends on the

12   patient, but if they are far enough -- if they are

13   far enough along in puberty -- and I can give you

14   an example if that would be helpful.

15       Q.    Yes, please.  I'm clearly adrift here.

16       A.    Yeah.  So if a patient who is assigned

17   female at birth has achieved menarche, or their

18   first menstrual cycle, and we look at their

19   skeletal age or the age of their growth plates and

20   determine that starting puberty blockers is really

21   not going to result in a benefit of -- resulting

22   in improved height outcome, then we may consider

23   not using puberty blockers.

24       Q.    Okay.  So I think I understand.

25            So the idea is central precocious

Page 79

Dr. Kara Connelly August 28, 2023

```
 1    puberty, one of the outcomes if you did not treat
 2    it is they would have a reduced height profile; is
 3    that right?
 4         A.   In some cases.
 5         Q.   But right.  Right.  But that is one of
 6    the animated concerns, just as a general matter;
 7    is that fair?
 8         A.   Yes.
 9         Q.   So same paragraph, same sentence in your
10    declaration that I had previously read.
11              Could you explain the relevance of the
12    points you're making here?
13         A.   Can you -- I'm sorry.  Can you clarify?
14    Of that same sentence?
15         Q.   Yeah.  I guess put, you know, less
16    directly, why are we talking about central
17    precocious puberty in your declaration?
18              MS. NOWLIN-SOHL:  Object to form.
19              THE WITNESS:  It's another population or
20    another diagnosis that the medications have been
21    used in demonstrating the effectiveness of
22    suppressing endogenous sex steroid production.
23         Q.   (BY MR. RAMER)  Are you talking about
24    central precocious puberty solely with respect to
25    effectiveness?  Or something else?
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Dr. Kara Connelly August 28, 2023

```
 1            MS. NOWLIN-SOHL:  Object to the form.
 2            THE WITNESS:  The medications have been
 3    used successfully to delay pubertal changes for
 4    youth who have central precocious puberty.
 5       Q.   (BY MR. RAMER)  Okay.  So when your
 6    declaration is discussing central precocious
 7    puberty, the relevance of that discussion is
 8    solely the fact that puberty blockers have been
 9    effective in delaying the onset of puberty; is
10    that right?
11            MS. NOWLIN-SOHL:  Objection
12    mischaracterizes the testimony.  And also
13    objection to the extent this calls for a legal
14    conclusion.
15            THE WITNESS:  The statement that is in
16    this paragraph is that they have been used
17    successfully to delay pubertal changes.
18       Q.   (BY MR. RAMER)  Okay.  So same paragraph,
19    final sentence.  And I'll just read it and again
20    ask if I read it correctly.
21            It says "If treatment is stopped,
22    endogenous puberty resumes."
23            Did I read that correctly?
24       A.   Yes.
25       Q.   When you diagnose a patient with gender
```

Page 81

```
 1    dysphoria, how do you determine when that child
 2    should begin puberty blockers?
 3              MS. NOWLIN-SOHL:  Object to form.
 4              THE WITNESS:  Can you clarify the
 5    question?
 6         Q.   (BY MR. RAMER)  Yeah.  I guess do you
 7    prescribe puberty blockers at Tanner Stage II?
 8              MS. NOWLIN-SOHL:  Object to the form.
 9              THE WITNESS:  I wouldn't prescribe
10    puberty blockers if they have not yet reached
11    Tanner Stage II.
12         Q.   (BY MR. RAMER)  Would you ever prescribe
13    them when the patient reaches Tanner Stage II?
14         A.   Yes.
15         Q.   And just as an approximation, at what age
16    does that stage typically occur?
17         A.   At what age does Tanner Stage II occur?
18         Q.   Correct.
19         A.   For individuals assigned female at birth,
20    it's approximately -- it's an average of 10 to 10
21    and a half years.
22              And for individuals assigned male at
23    birth, it's around 11 to 11 and a half.
24         Q.   And how long -- I guess let me rephrase.
25              Under the guidelines, how long does the
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

```
 1    individual remain on puberty blockers?
 2             MS. NOWLIN-SOHL:  Object to the form.
 3             THE WITNESS:  Can you specify which
 4    guidelines?
 5        Q.   (BY MR. RAMER)  Is it different for the
 6    WPATH guidelines versus the Endocrine Society
 7    guidelines?
 8        A.   I just wanted to be sure.  I didn't know
 9    what specific guidelines.  But you mean Endocrine
10    Society and WPATH?
11        Q.   Or any other relevant ones.  I'm just
12    trying to understand, in this treatment when they
13    receive puberty blockers to treat gender
14    dysphoria, how long do they typically remain on
15    puberty blockers?
16             MS. NOWLIN-SOHL:  Object to form.
17             THE WITNESS:  It depends on the patient,
18    and -- it depends on the patient and whether they
19    go on to start hormones or not.
20        Q.   (BY MR. RAMER)  If they do go on to start
21    hormones, at what age does that typically occur?
22        A.   I would say around 14, but sometimes
23    older.
24        Q.   So if a patient started puberty
25    blockers -- sorry, let me try that again.
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Dr. Kara Connelly August 28, 2023

1          If the patient is on puberty blockers

2     from Tanner Stage II for, let's say, two and a

3     half years and then treatment is stopped, is it

4     correct that the patient will be going through

5     endogenous puberty two and a half years later?

6          A.   So if a patient is on puberty blockers

7     but not on cross-sex hormones and the puberty

8     blockers are stopped, then yes, endogenous puberty

9     begins again.

10         Q.   Is an individual's gender identity

11    expected to evolve over time?

12              MS. NOWLIN-SOHL:  Object to the form.

13              THE WITNESS:  I wouldn't use the word

14    "expect."  It's not expected.  I think that some

15    people can have a shift in their gender identity.

16         Q.   (BY MR. RAMER)  When you say "some

17    people," what do you mean by that?

18         A.    I think that for some people, it's

19    possible that their gender identity can shift over

20    time.

21         Q.   Can you identify those people ahead of

22    time or no?

23         A.   No.  But I would say that the

24    overwhelming majority of the patients that I have

25    worked with have not experienced a shift in their

Page 84

Dr. Kara Connelly August 28, 2023

```
1    gender identity.
2             MR. RAMER:  And we're coming up on an
3    hour.  I kind of have a good stopping point here.
4             Do you want to take, I guess, five
5    minutes this time?
6             MS. NOWLIN-SOHL:  Yes.  That sounds good.
7             MR. RAMER:  Let's call it -- we're about
8    to hit 12, so we'll call it 17 after the hour?
9             MS. NOWLIN-SOHL:  Yeah.
10            MR. RAMER:  Okay.
11            THE VIDEOGRAPHER:  Okay.  So the time is
12   12:11 p.m. Mountain time, and we are off the
13   record.
14         (Break taken from 12:11 p.m. to 12:18 p.m.)
15            THE VIDEOGRAPHER:  All right.  So we are
16   recording.  The time is 12:18 p.m. Mountain time,
17   and we are back on the record.
18        Q.   (BY MR. RAMER)  Dr. Connelly, I'd like to
19   go back to your declaration, and specifically to
20   page 14 and paragraph 50 and first sentence.  And
21   I'll read it and ask if I read it correctly.
22            "Gender-affirming hormone therapy may
23   have an impact on future fertility potential
24   although treatment can be tailored to minimize
25   that risk if maintaining fertility is important to
```

Page 85

Dr. Kara Connelly August 28, 2023

1    the family and there are options for fertility

2    preservation."

3              Did I read that correctly?

4         A.   Yes.

5         Q.   And what are the options for fertility

6    preservation you mention there?

7         A.   Well, that depends on what gonads the

8    person was born with.  But generally sperm

9    preservation or cryopreservation or ovocyte

10   cryopreservation.

11        Q.   Sorry, could you say those again.  So

12   cryopreservation is one; is that right?

13        A.   Sperm cryopreservation, which is

14   essentially freezing sperm, and ovocyte

15   cryopreservation is freezing eggs from ovarian

16   tissue.

17        Q.   Are there any other options for fertility

18   preservation other than those two?

19        A.   Well, the other options may involve

20   development of an embryo after the sperm or eggs

21   are retrieved and then freezing embryos.

22        Q.   When you -- sorry, go ahead.

23        A.   Sorry.  I was going to say those are much

24   less often sought, especially in younger patients.

25        Q.   What are much less often sought?

Page 86

Dr. Kara Connelly August 28, 2023

1        A.    Freezing embryos.

2        Q.    And in describing that option, you had

3   mentioned retrieving.

4              Are you saying retrieving from the

5   cryopreservation or retrieving from the

6   individual?

7        A.    Can you remind me what I said?

8        Q.    Well, I don't know if I know.  So the --

9   we had the sperm cryopreservation.

10             I think you said ova cryopreservation.

11             And then the third one you had mentioned

12   embryos.  And I just didn't understand what that

13   was.  Could you just explain that a little bit?

14       A.    Yeah.  The embryos are -- the embryos are

15   formed if either a sperm or an egg is obtained and

16   fertilized at the time that they are obtained and

17   prior to freezing.

18       Q.    I see.  Have you ever had a patient

19   pursue that option?

20       A.    No.  Not -- no, not a patient in my care.

21       Q.    And what do you tell your patients about

22   the options for fertility preservation?

23       A.    Do you mean regardless -- it's a little

24   different depending on what gonads they have,

25   whether they have testicles or ovaries.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Dr. Kara Connelly August 28, 2023

```
1          Q.   Let's start with one and then do the
2     other.
3          A.   Okay.  So for individuals who were born
4     with testicles, the options include preserving
5     sperm and freezing sperm.
6               And one of the ways of obtaining sperm is
7     through ejaculation.
8               And another way can be what's called
9     testicular extraction where a urologist -- I don't
10    know the specifics of the procedure, but it's
11    something that -- a procedure that a urologist
12    performs.  And then the sperm is frozen until
13    later, if they desire to use it later on.
14         Q.   And then what about the other categories?
15         A.   So for individuals who are born with
16    ovaries, that generally involves freezing eggs.
17    And so that -- again, it happens in a reproductive
18    endocrinology and then fertility clinic, so I'm
19    not the provider that does the procedures, but
20    generally involves development of the eggs and
21    then the retrieval through a procedure and then
22    freezing the eggs.
23         Q.   And what do you tell your patients about
24    the likelihood of those options being successful?
25               MS. NOWLIN-SOHL:  Object to form.
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Dr. Kara Connelly August 28, 2023

```
 1              THE WITNESS:  Can you specify which
 2     option?
 3         Q.   (BY MR. RAMER)  Let's assume -- am I
 4     right we're talking about cryopreservation for
 5     both?
 6         A.   Yes.
 7         Q.   And unless there's a distinction, which
 8     please -- a relevant distinction, just please tell
 9     me.
10              All I'm wondering is when you are
11     discussing this with patients, what do you tell
12     them about the prospect that either form of
13     cryopreservation will ultimately be successful if
14     they want to have children later in life?
15              MS. NOWLIN-SOHL:  Object to form.
16              THE WITNESS:  And are you defining
17     "successful" as resulting in a baby or a
18     pregnancy?
19         Q.   (BY MR. RAMER)  Sure, a healthy pregnancy
20     or a healthy birth in the context of, you know,
21     those with testicles.
22              MS. NOWLIN-SOHL:  Object to the form.
23              THE WITNESS:  So we're just talking about
24     those with testicles?
25         Q.   (BY MR. RAMER)  No.  I was trying to
```

Page 89

Dr. Kara Connelly August 28, 2023

1    bring them both in, but let's just take them one

2    at a time.

3                For those with ovaries, what do you say

4    about the prospect of achieving a successful,

5    healthy birth later in life?

6                MS. NOWLIN-SOHL:  Object to the form.

7                THE WITNESS:  Well, there is -- for

8    individuals who were born with ovaries and have

9    not started any cross-sex hormones -- is that the

10   population that you are referring to?

11        Q.   (BY MR. RAMER)  Sure.  Yeah.  Let's start

12   there.  Yeah.

13        A.   There has been research that has shown

14   that preserving eggs has been successful in the

15   future in resulting in a healthy pregnancy.

16        Q.   In -- I mean, not to quiz you.  As you

17   sit here, do you know -- is there a particular

18   article you're thinking of, or --

19        A.   I can't -- I can't say.  I don't know

20   what particular article.

21        Q.   Are these fertility options that we just

22   discussed, are these fertility options discussed

23   in the WPATH guidelines?

24        A.   I believe so.

25        Q.   Are they discussed in the Endocrine

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Dr. Kara Connelly August 28, 2023

```
 1   Society guidelines?
 2       A.   I believe so.  I don't recall in what
 3   amount of detail.
 4       Q.   Switching gears a little bit, does your
 5   clinic perform surgeries on adolescents?
 6       A.   No.
 7       Q.   So you just -- you refer adolescents for
 8   surgeries; is that right?
 9            MS. NOWLIN-SOHL:  Object to form.
10            THE WITNESS:  Patients that have been
11   seen in our clinic are referred -- in some cases
12   are referred out to surgeons that are not
13   affiliated with our clinic.
14       Q.   (BY MR. RAMER)  Yeah.  I was just trying
15   to understand -- we discussed that for some
16   patients gender-affirming surgery is indicated.
17            And all I was trying to understand is if
18   it's indicated, is the surgery done at your
19   clinic?  Or is the patient referred to a surgeon
20   somewhere else?
21       A.   The patient is referred to a surgeon
22   somewhere else.
23       Q.   And for patients who have been referred
24   for surgery from your clinic, are any of
25   them -- sorry.  Let me rephrase that.
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Dr. Kara Connelly August 28, 2023

```
 1              For patients who have been referred for
 2    surgery from your clinic, have any of those
 3    patients received a form of surgery other than top
 4    surgery as you've described it?
 5              MS. NOWLIN-SOHL:  Object to form.
 6              THE WITNESS:  Can you be more specific
 7    about what types of surgeries?
 8         Q.   (BY MR. RAMER)  Well, I guess let's start
 9    there.
10              What types of surgeries has your clinic
11    referred patients for?
12         A.   Well, so you're specifying
13    gender-affirming surgeries?
14         Q.   Right.
15         A.   Okay.  Well, we've had patients that have
16    pursued surgeries, and a lot of the times they
17    don't require a referral from our clinic.
18              We've had patients who had been seen in
19    our clinic that have accessed surgeries with
20    outside surgeons.
21         Q.   Okay.  So taking the kind of technical
22    concept of a referral out of the equation, what
23    types of gender-affirming surgeries have patients
24    of your clinic received?
25         A.   And do you mean of all ages or just
```

Page 92

Dr. Kara Connelly August 28, 2023

1   patients that had been seen in our clinic?

2       Q.   Could you explain the distinction you're

3   drawing there?

4       A.   You mean any patient who has ever been

5   seen in our clinic?

6       Q.   No.  I mean for patients who are under 18

7   years of age who have received a gender-affirming

8   surgery, what kind of surgeries have they received

9   while under 18?

10      A.   Okay.  So while under 18.

11           Almost all of them have been top

12  surgeries.  And I can think of one person who has

13  had a vaginoplasty.

14      Q.   And could you explain what a vaginoplasty

15  is?

16      A.   It is the creation of a vulva and vaginal

17  canal.

18      Q.   What is it created from?

19      A.   That depends on the surgical technique

20  that's used.

21      Q.   What does it depend on?

22      A.   It can depend on the surgeon and the

23  technique that the surgeon determines would be the

24  best for that patient.  I can't -- I'm not the one

25  that makes the decisions about what technique is

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

```
 1    used.
 2         Q.   Could you just explain an example of what
 3    you mean by different techniques would result in
 4    the vaginoplasty being the -- just explain what
 5    you mean by "different techniques."
 6         A.   Well, the surgeons can use different
 7    types of tissue to create the vaginal canal.
 8         Q.   Can you give some examples of types of
 9    tissue that can be used to create the vaginal
10    canal?
11         A.   In some cases it can be the genital skin.
12    And some surgeons I believe have used colon tissue
13    and some surgeons have used something called the
14    peritoneum.
15         Q.   What is that?
16         A.   And some surgeons have used skin grafts.
17         Q.   What was the -- peritoneum?
18         A.   Yeah.  It's -- again, not being the
19    surgeon and the expert in the -- in that anatomy,
20    it's difficult for me to explain how that's used.
21    It's intraabdominal, in the abdomen.
22         Q.   And you said, I believe, you're aware of
23    one vaginoplasty; is that right?
24         A.   One patient who had vaginoplasty under
25    the age of 18.
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1      Q.    And for the other examples of surgery in

2   that category, you said almost all were

3   gender-affirming chest surgery; is that right?

4      A.    Correct.  Yeah.

5      Q.    And is there -- are there any other forms

6   of surgery other than those two types that you're

7   aware of?

8      A.    That our patients have accessed under age

9   18?

10     Q.    Correct.

11     A.    No.

12     Q.    At your clinic, of the natal females who

13  are diagnosed with gender dysphoria, what

14  percentage would you estimate receive a

15  mastectomy?

16          MS. NOWLIN-SOHL:  Object to form.

17          THE WITNESS:  Are you still referring to

18  under age 18?

19     Q.    (BY MR. RAMER)  Yes.

20     A.    So I'm just going to make sure that I

21  understand your question.

22          For patients who were assigned female at

23  birth that are under age 18, what percentage

24  pursue or complete mastectomy?

25     Q.    Sure.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Dr. Kara Connelly August 28, 2023

1        A.    Under the age of 18?

2        Q.    Yes.

3        A.    Because we have some patients who attempt

4    to pursue surgery under the age of 18 but don't

5    actually have surgery until they're 18 or older.

6    That's the majority.

7        Q.    And what do you mean by they "attempt to

8    pursue" it?

9        A.    They start seeking visits or consultation

10   with a surgeon, but by the time they actually

11   complete the surgery, they're over 18.

12       Q.    Okay.  I see.  And so of patients at your

13   clinic who are natal females which you describe as

14   female assigned at birth, are under age 18, and

15   have been diagnosed with gender dysphoria, what

16   would you estimate is the percentage of those

17   patients for whom gender-affirming top surgery is

18   clinically indicated?

19       A.    Can you clarify what you mean by

20   "clinically indicated"?

21       Q.    What do you understand that phrase to

22   mean?

23       A.    Well, I would say -- I would probably

24   interpret that phrase as meeting criteria for

25   surgery, but I'm not the one that's usually making

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1    that assessment.

2        Q.   Okay.  Maybe I -- all I'm trying to

3    understand is your patients who are under 18 and

4    were assigned female at birth, how many of them

5    receive gender-affirming chest surgery while under

6    18?

7        A.   It's a very small number.

8        Q.   Can you give me an estimate?

9        A.   I would say probably less than 5 percent

10   in that population.

11       Q.   All right.  I want to just look at your

12   declaration again, and page 8 and paragraph 26.

13   And second sentence kind of covers some of what

14   we've been talking about, but I'll just read it

15   and ask if I read it correctly.

16            It says "If surgical services are

17   offered, they are almost always gender-affirming

18   chest surgeries for youth assigned female at

19   birth, also known as gender-affirming mastectomy."

20            Did I read that correctly?

21       A.   Yes.

22       Q.   And you say "almost always."

23            And my question is are there surgical

24   services offered to youth under 18 that are not

25   gender-affirming mastectomies?

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1           MS. NOWLIN-SOHL:  Object to form.

2           THE WITNESS:  I'm sorry.  Can you repeat

3    the question?

4       Q.  (BY MR. RAMER)  Yes, sorry.  In this

5    sentence, you say, "If surgical services are

6    offered, they are almost always gender-affirming

7    chest surgeries for youth assigned female at

8    birth."

9           And in that sentence, you say "almost

10   always."  And you've mentioned vaginoplasty.

11          And my question is, are there other

12   surgical services offered to youth under 18 that

13   are not gender-affirming mastectomies or

14   vaginoplasties?

15          MS. NOWLIN-SOHL:  Same objection.

16          THE WITNESS:  Not that I'm aware of.

17      Q.  (BY MR. RAMER)  Is a mastectomy

18   reversible?

19          MS. NOWLIN-SOHL:  Object to the form.

20          THE WITNESS:  I don't know if I can

21   accurately answer that question since I'm not the

22   surgeon.

23      Q.  (BY MR. RAMER)  Do you talk to your

24   patients about gender-affirming mastectomies?

25      A.  I do in basic terms, but acknowledging

Dr. Kara Connelly August 28, 2023

```
 1    that I'm not a surgeon and that the surgeon will
 2    be the one to counsel them on potential benefits
 3    and risks.
 4         Q.   Okay.  So you are unable to answer the
 5    question of whether a mastectomy is reversible; is
 6    that right?
 7              MS. NOWLIN-SOHL:  Objection;
 8    mischaracterizes testimony.
 9              THE WITNESS:  Can you specify what you
10    mean by "reversible"?
11         Q.   (BY MR. RAMER)  What do you understand
12    "reversible" to mean in this context?
13         A.   To return to the original state.
14         Q.   Okay.  Taking that definition, is a
15    mastectomy reversible?
16              MS. NOWLIN-SOHL:  Object to form.
17              THE WITNESS:  A mastectomy cannot replace
18    the chest tissue that's been removed.
19         Q.   (BY MR. RAMER)  Sorry.  Could you say
20    that again?
21         A.   A mastectomy cannot replace the chest
22    tissue that has already been removed.
23         Q.   Isn't the mastectomy the removal of the
24    tissue?
25         A.   Yes.  Yes.  So the mastectomy -- with
```

Page 99

Dr. Kara Connelly August 28, 2023

1  mastectomy, after it has occurred, the chest

2  tissue that's been removed cannot be replaced,

3  cannot be reintroduced onto the body.

4      Q.   And sorry, this is for my own -- is the

5  first T in that word pronounced, so it's

6  "mastectomy"?

7      A.   Yes.

8      Q.   Okay.  After a natal female, which you

9  described as assigned female at birth, receives a

10 gender-affirming mastectomy, will she

11 ever -- sorry.  Let me rephrase.

12          After a natal female, also described as

13 assigned female at birth, receives a

14 gender-affirming mastectomy, will that individual

15 ever be able to breastfeed a child?

16     A.   That depends on the type of surgery

17 that's performed.

18     Q.   Can you say more about that?

19     A.   Well, again, I'm not a surgeon, but my

20 understanding is there are some surgeries that are

21 characterized as top surgeries where not all of

22 the chest tissue is removed.  And it depends on

23 the patient.

24     Q.   Why would not all of the chest tissue be

25 removed?

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

1      A.   Again --

2           MS. NOWLIN-SOHL:  Objection; foundation.

3           THE WITNESS:  I can't say for certain

4  because I'm not the surgeon having these

5  conversations with patients.

6      Q.   (BY MR. RAMER)  So I guess if the

7  question is after a natal female receives a

8  gender-affirming mastectomy, will that individual

9  ever be able to breastfeed a child, if that is the

10  question, is the answer to that question beyond

11  the scope of your expertise?

12      A.   I would not consider it within my scope

13  of expertise to be able to determine if someone is

14  able to breastfeed after they've had

15  gender-affirming top surgery.

16      Q.   Okay.  So same -- back in your

17  declaration, same paragraph which is on -- we're

18  on page 8, paragraph 26, and it is the sentence

19  after the one we were just discussing.  And I'll

20  just read it and ask if I read it correctly.

21           It says "Under the Endocrine Society

22  guideline, genital surgery is not recommended to

23  patients under age 18."

24           Did I read that correctly?

25      A.   Yes.

Page 101

1        Q.    And does the category of genital surgery

2    include more than just a vaginoplasty?

3        A.    Meaning other genital surgeries other

4    than vaginoplasty options?

5        Q.    I guess are there other genital surgeries

6    other than vaginoplasty?

7        A.    There are, yes.

8        Q.    Okay.  What are those?

9        A.    There are -- there's something called a

10   vulvoplasty.

11       Q.    And what is that?

12       A.    That is the creation of the external

13   vulva without the creation of a vaginal canal.

14       Q.    And like our discussion of the

15   vaginoplasty, does the tissue used for that

16   procedure vary based on the technique the surgeon

17   uses?

18       A.    I believe so.

19       Q.    In the next sentence in this paragraph,

20   I'll read it and ask if I read it correctly.

21            It says "The WPATH standards of care do

22   not provide an age delineation for vaginoplasty,

23   but strongly caution about the need to ensure that

24   the patient has the maturity to make this

25   decision."

Page 102

Dr. Kara Connelly August 28, 2023

1        Did I read that correctly?

2    A.    Yes.

3    Q.    And do the WPATH standards caution

4  against any genital surgery for a patient under 18

5  other than a vaginoplasty?

6        MS. NOWLIN-SOHL:  Objection to form.

7        THE WITNESS:  I would need to read that

8  section, but I don't believe that it is specific

9  to only vaginoplasty.

10   Q.    (BY MR. RAMER)  And a surgeon could

11 perform a vaginoplasty on a patient under 18 and

12 still be in compliance with the WPATH guidelines,

13 correct?

14   A.    If all of the other criteria are met,

15 including that -- ensuring that the patient has

16 the maturity to make the decision.

17   Q.    And would that surgeon be in compliance

18 with the Endocrine Society guideline?

19       MS. NOWLIN-SOHL:  Objection to form.

20       THE WITNESS:  The Endocrine Society

21 guideline -- in the Endocrine Society guideline,

22 it states that general surgery is not recommended

23 to patients under 18 but doesn't specify that it

24 cannot be performed.

25   Q.    (BY MR. RAMER)  So when the Endocrine

Page 103

Dr. Kara Connelly August 28, 2023

1    Society's guidelines do not recommend something,

2    is it your testimony that you could still perform

3    that procedure and be in compliance with the

4    Endocrine Society guideline?

5              MS. NOWLIN-SOHL:  Objection to form.

6    Objection; mischaracterizes testimony.

7              THE WITNESS:  The guidelines are,

8    create -- the guidelines are a set of

9    recommendations and that -- for clinicians and

10   practitioners to follow.

11             And there may be extenuating

12   circumstances when something may -- or different

13   care may be provided that may not be included in

14   the guidelines.

15      Q.   (BY MR. RAMER)  In your professional

16   opinion, should there be age limits on

17   gender-affirming surgeries?

18             MS. NOWLIN-SOHL:  Objection to form.

19             THE WITNESS:  Can you be more specific

20   about types of surgeries?

21      Q.   (BY MR. RAMER)  I guess does your answer

22   vary based on the type of surgery at issue?

23      A.   Generally, yes, but I also think that

24   it's more than just chronologic age.

25      Q.   The "generally, yes," can you clarify

Page 104

1   what you were saying yes to?

2       A.   I follow the Endocrine Society guidelines

3   in that general surgery is not recommended under

4   the age of 18, whereas there may be situations

5   where patients can benefit from gender-affirming

6   top surgery under the age of 18.

7       Q.   So do you think there should be maturity

8   limits on the availability for gender-affirming

9   surgeries?

10          MS. NOWLIN-SOHL:  Objection to form.

11          THE WITNESS:  Can you explain what you

12  mean by "maturity limits"?

13      Q.   (BY MR. RAMER)  Well, I guess what do you

14  mean is distinct from chronological age when you

15  answered the prior question?

16      A.   Well, I think that maturity is definitely

17  a factor that needs to be taken into account as

18  one of the factors.

19      Q.   And why is that?

20      A.   Well, again, going back to criteria for

21  accessing different aspects of gender-affirming

22  medical care, one of the criteria is that the

23  individual has reached a level of maturity where

24  they're able to make complex, cognitive decisions

25  about the different treatment options.

Dr. Kara Connelly August 28, 2023

1      Q.   And do you agree with that limitation?

2           MS. NOWLIN-SOHL:  Object to the form.

3           THE WITNESS:  What do you mean by

4      "limitation"?

5      Q.   (BY MR. RAMER)  That to receive a

6      gender-affirming surgery, a patient should

7      demonstrate an appropriate level of maturity.

8      A.   I'm in agreement with the statement

9      that's in the Endocrine Society guidelines about

10     having a level of maturity where they are able to

11     make complex cognitive decisions.

12     Q.   And should the maturity -- I'll call it a

13     limit.  Let's just say -- let me rephrase it.

14          Do you think a patient should need to

15     demonstrate a different level of maturity to

16     access cross-sex hormones, for example?

17          MS. NOWLIN-SOHL:  Object to form.

18          THE WITNESS:  I don't know that I'm able

19     to answer what specific level of maturity and how

20     that -- and again, it's an assessment that's

21     performed by the behavioral health expert to

22     determine if the patient is of the maturation

23     where they can make a complex cognitive decision

24     specific to that intervention.  So I think it

25     depends on the person.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

```
 1        Q.   (BY MR. RAMER)  If a patient is mature
 2    enough to proceed with cross-sex hormones, is the
 3    patient mature enough to decide to proceed with
 4    the gender-affirming surgery?
 5              MS. NOWLIN-SOHL:  Object to the form.
 6              THE WITNESS:  I don't think that I can
 7    agree with that statement.
 8        Q.   (BY MR. RAMER)  Why not?
 9        A.   Because again, every patient is
10    approached as an individual.  And their maturity
11    may be -- their reaching different levels of
12    maturity may occur at different time points.
13        Q.   Well, can you think of a situation where
14    an individual would be mature enough to decide to
15    take cross-sex hormones but not be mature enough
16    to decide to undergo a gender-affirming surgery?
17              MS. NOWLIN-SOHL:  Object to form.
18              THE WITNESS:  Well, again, I think it
19    goes back to the gender-affirming surgery -- the
20    psychological evaluation and determining the
21    patient's ability to understand -- not only the
22    ability to understand the different interventions
23    and their level of maturity to make complex
24    cognitive decisions, but also taking into whether
25    the assessment is that the different interventions
```

Page 107

1   will result in -- will benefit them, will result

2   in a benefit to them, and whether they fully

3   understand the potential benefits and potential

4   risks.

5           And with the potential benefits and

6   potential risks being different for hormones

7   versus surgeries, then I think it -- they have to

8   be assessed separately.

9       Q.   (BY MR. RAMER)  So in theory, a patient

10  could be mature enough to decide to use cross-sex

11  hormones, but not mature enough to decide to

12  undergo a gender-affirming surgery; is that right?

13          MS. NOWLIN-SOHL:  Object to form.

14          THE WITNESS:  I don't know if I can say

15  it's all just their level of maturation because,

16  again, it's all of the other components that go

17  into the psychological evaluation that are taken

18  into account when determining if a patient would

19  benefit from a specific intervention.

20      Q.   (BY MR. RAMER)  So I understand that

21  point that just because a patient is mature enough

22  does not mean that they're automatically going to

23  receive the intervention.

24          But my question is specifically about the

25  maturity component of that assessment.

                                        Page 108

Dr. Kara Connelly August 28, 2023

```
 1              And what I'm trying to understand is in
 2   theory, can a patient actually be mature enough to
 3   decide to undergo cross-sex hormones but not
 4   mature enough to decide to undergo a
 5   gender-affirming surgery?
 6              MS. NOWLIN-SOHL:  Same objection.
 7              THE WITNESS:  I think it depends on how
 8   maturity is defined and assessed.
 9        Q.   (BY MR. RAMER)  And how do you define and
10   assess maturity?
11        A.   Well, again it's primarily done by the
12   behavioral health expert when they're doing their
13   evaluation and working with the patient to
14   determine their level of maturity to be able to
15   make different decisions.
16        Q.   Okay.  So is it fair to say this
17   assessment of the level of maturity to decide to
18   pursue a particular treatment is beyond your level
19   of expertise?
20              MS. NOWLIN-SOHL:  Objection.
21              THE WITNESS:  Can you repeat the
22   question?
23        Q.   (BY MR. RAMER)  Is it fair to say that
24   the determination of a patient's maturity with
25   respect to deciding whether to undergo an
```

Page 109

Dr. Kara Connelly August 28, 2023

1   intervention is beyond the scope of your

2   expertise?

3           MS. NOWLIN-SOHL:  Same objection.

4           THE WITNESS:  I would not be making that

5   determination without the assessment of the

6   behavioral health provider.

7       Q.   (BY MR. RAMER)  And so is the answer,

8   then, that yes, it is beyond your individual

9   expertise?

10          MS. NOWLIN-SOHL:  Objection.

11          THE WITNESS:  Well, I would say that it's

12  a shared -- a shared -- it's shared between the

13  medical provider and myself and the behavioral

14  health provider.

15      Q.   (BY MR. RAMER)  Right.  I guess what I'm

16  getting at is I was asking you these questions

17  about maturity, and I think the response is you

18  are not the one who is assessing the maturity and

19  determining the maturity level, and so that

20  suggested that it was potentially beyond the scope

21  of your expertise.  And that was why I asked the

22  question.

23          And am I right in thinking that your last

24  answer was that it's joint expertise with you and

25  the others on the team?  Is that right?

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

1      A.   I would say that I'm not the only one

2    that's assessing someone's level of maturity and

3    making decisions about these different treatments

4    and that it is shared expertise.

5      Q.   And so then is it fair to say that you

6    individually could not determine the maturity

7    level of the patient with respect to pursuing a

8    particular treatment?

9           MS. NOWLIN-SOHL:  Object to form.

10          THE WITNESS:  I would not make a

11   determination that a patient was developmentally

12   or -- and the level of maturity without the

13   expertise of a behavioral health provider to say

14   that someone should pursue a certain intervention.

15     Q.   (BY MR. RAMER)  Okay.  So changing gears

16   a bit here, stick with your declaration.  And I'd

17   like to go to page 2, and specifically

18   paragraph 9.  And my question relates to the

19   second sentence.  And I'll read it and ask if I

20   read it correctly.

21          You state, "I have attended specialized

22   training sessions on these topics and routinely

23   review the literature to remain knowledgeable of

24   and familiar with all emerging research."

25          Did I read that correctly?

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Dr. Kara Connelly August 28, 2023

1          A.   Yes.

2          Q.   And could you describe the process you

3     use to routinely review the literature?

4          A.   Well, I have a system in place with

5     our -- kind of the national literature library, or

6     libraries, to alert me when new literature is

7     released or published within these different

8     topics or fields.

9          Q.   And so is that how you determine which

10    papers to read is that alert?

11         A.   That's one of them.  I also might learn

12    of new publications or research from other

13    professional organizations or other professional

14    colleagues.

15         Q.   Any other ways that you determine what

16    papers to read?

17         A.   Anytime a patient or family has a

18    question about any particular topic, then I will

19    usually go and review the literature to make sure

20    that my guidance is up-to-date.

21         Q.   Are there particular authors you trust in

22    this field?

23              MS. NOWLIN-SOHL:  Object to form.

24              THE WITNESS:  Can you be more specific?

25         Q.   (BY MR. RAMER)  Are there particular

                                        Page 112

Dr. Kara Connelly August 28, 2023

1    researchers that you deem experts in the field?

2            MS. NOWLIN-SOHL:  Same objection.

3            THE WITNESS:  I think there are many, but

4    it depends on what specific area of the field

5    you're referring to.

6        Q.   (BY MR. RAMER)  Well, I guess -- just to

7    simplify, are you familiar with the name Annelou

8    de Vries?

9        A.   Yes.

10       Q.   Do you consider Annelou de Vries an

11   expert in the field?

12           MS. NOWLIN-SOHL:  Object to form.

13           THE WITNESS:  Again, can you specify to

14   what aspect of the field?

15       Q.   (BY MR. RAMER)  I mean, I guess what

16   literature are you routinely reviewing?

17       A.   Well, I review literature pertaining to

18   outcomes related to different medical and

19   nonmedical interventions, but also literature that

20   may be pertaining to mental health outcomes or

21   psychological outcomes.  So it really depends.

22           And that particular researcher I know has

23   many publications of her work that I have read.

24       Q.   And do you have any reason to think

25   Annelou de Vries is not an expert on topics on

                                        Page 113

1    which de Vries publishes?

2             MS. NOWLIN-SOHL:  Object to form.

3             THE WITNESS:  I can't say.  I don't have

4    any reason to believe that.

5        Q.   (BY MR. RAMER)  To believe that de Vries

6    is not an expert?  Is that right?

7        A.   I would say that I believe that de Vries

8    has a lot of expertise.

9        Q.   Are you familiar with the name Diane

10   Chen?

11       A.   Yes.

12       Q.   And does Diane Chen have a lot of

13   expertise?

14       A.   I would say so, yes.

15       Q.   How do you determine what papers or

16   articles are reliable?

17       A.   Well, there are a lot of factors that I

18   look at when I'm making that determination.

19       Q.   Can we run through them?  Like what

20   factors?

21       A.   Yeah.  So a lot of it can be reliance

22   upon the methodology, the sample sizes, the type

23   of study, what the outcomes are, other variables

24   that may be impacting or playing a role in the

25   outcome, any potential bias.  And that's just --

1      Q.   What do you mean by "bias"?

2      A.   There are some -- bias is generally

3  something that can impact the way that results are

4  interpreted.

5      Q.   Can you be a little more specific?  What

6  do you mean by that?

7      A.   Yeah, like scientific study design,

8  generally researchers will do their best to reduce

9  elements of bias that may influence their results.

10     Q.   Do you think the existing literature

11 lacks granularity around the cause of gender

12 dysphoria?

13          MS. NOWLIN-SOHL:  Object to form.

14          THE WITNESS:  I'm sorry.  I don't

15 understand the question.

16     Q.   (BY MR. RAMER)  Is there something in

17 particular you don't understand it or just the --

18     A.   Granularity.

19     Q.   Are you familiar with the term

20 "confounding variable"?

21     A.   Yes.

22     Q.   And can you explain your understanding of

23 that term?

24     A.   Yeah.  The way that I explain everything,

25 think of it as something, again, that is -- it's a

Page 115

Dr. Kara Connelly August 28, 2023

```
 1    variable that can have an influence on an outcome.
 2        Q.    What do you mean by "influence"?
 3        A.    It can have -- it can have an influence
 4    separate from a variable that is being studied as
 5    producing outcome.
 6        Q.    And are you familiar with the term
 7    "selection bias"?
 8        A.    Yes.
 9        Q.    And can you explain your understanding of
10    that term?
11        A.    My understanding of that term is bias
12    that's introduced in a research study related to
13    the population that's being studied not being
14    representative of the larger population and the
15    way that the participants are included.
16        Q.    Are you familiar with the term
17    "systematic review"?
18        A.    Yes.
19        Q.    Could you explain your understanding of
20    that term?
21        A.    Yes.  Systematic review and the way that
22    I explain it is when a team of researchers review
23    and obtain all -- or establish a question that
24    they want answered through the systematic review
25    and then have a series of techniques for
```

Page 116

1    identifying existing literature and determining

2    which of those articles meet their specific

3    inclusion criteria, and then coming together again

4    using their process to summarize and in some cases

5    draw conclusions based on the literature that

6    exists.

7         Q.   What is the value of a systematic review

8    of literature as compared to some other form of

9    review of literature?

10             MS. NOWLIN-SOHL:  Object to form and

11   foundation.

12             THE WITNESS:  Can you specify what you

13   mean by "other form"?

14        Q.   (BY MR. RAMER)  I guess have you ever

15   heard of a narrative review of literature?

16        A.   That's not a term that I'm very familiar

17   with.

18        Q.   Let me try a different way of just --

19   what is the point of the systematic review -- let

20   me rephrase.

21             Why do researchers conduct systematic

22   reviews?

23        A.   Well, I think it can depend on what the

24   researcher's identified purpose is.  But generally

25   it can serve as bringing together existing

Dr. Kara Connelly August 28, 2023

1    literature and comparing findings or

2    summarizing -- attempting to summarize findings.

3         Q.    And have you ever conducted a systematic

4    review?

5         A.    No.

6         Q.    Have you ever studied a systematic review

7    carefully?

8         A.    Can you specify "studied carefully"?

9         Q.    Have you ever read a systematic review?

10        A.    Yes.

11        Q.    As you sit here today, are you able to

12   name any specific systematic reviews relating to

13   literature in your field that you have read?

14        A.    I have read a systematic review.  I

15   cannot remember the title of it, that is -- that

16   pertains to existing literature about

17   gender-affirming care for youth.

18        Q.    Any others other than that one?

19        A.    Not that I can think of at the moment.

20        Q.    Are you familiar with the term

21   "evidence-based medicine"?

22        A.    Yes.

23        Q.    And can you explain your understanding of

24   that term?

25        A.    Yes.  The way that I explained that is

Page 118

Dr. Kara Connelly August 28, 2023

1    medicine that is guided by published evidence.

2        Q.   And have you taken any particular courses

3    on evidence-based medicine?

4        A.   I may have had a course as part of the

5    curriculum for my master's in clinical research,

6    but I can't recall if they were titled that.

7            MR. RAMER:  I'm going to try and send

8    another exhibit.  Let's see here.  I think this is

9    the Wi-Fi on my end.  It's hung up in my outbox.

10   There we go.

11           MS. NOWLIN-SOHL:  We're waiting on it.

12           MR. RAMER:  Okay.  It's a little bit

13   larger of a file, so it may take a second.

14           MS. NOWLIN-SOHL:  Have others received it

15   yet?

16           THE REPORTER:  I did receive it.

17           MR. RAMER:  Still waiting?

18           MS. NOWLIN-SOHL:  Yeah.  I'm hitting the

19   refresh button, but still nothing.

20           MR. RAMER:  All right.  I wonder if we

21   still haven't received it, if we should just break

22   for a minute.

23           MS. NOWLIN-SOHL:  I mean, are you at a

24   good spot?  Does it make sense to stop for lunch

25   now?

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

```
 1              MR. RAMER:  Sure.  We can do that.

 2              MS. NOWLIN-SOHL:  Sorry.

 3              MR. RAMER:  No.  No problem.  And maybe

 4    I'll just send a couple in advance for the next.

 5    I assume you still haven't got --

 6              MS. NOWLIN-SOHL:  I have not.  It's not

 7    on my phone either.

 8              MR. RAMER:  Okay.  So showing 3:12, how

 9    long would you like for lunch?

10              MS. NOWLIN-SOHL:  Should we go to 4:00

11    Eastern?

12              MR. RAMER:  Sure.  That works for me.

13    Does that work for -- yeah, okay.  All right.

14    Let's do that.

15              MS. NOWLIN-SOHL:  All right.  Sounds

16    good.  We'll see you then.

17              THE VIDEOGRAPHER:  So the time is

18    1:12 p.m. Mountain time, and we are off the

19    record.

20         (Lunch break taken from 1:12 p.m. to 2:03 p.m.)

21              THE VIDEOGRAPHER:  Okay.  So we are

22    recording.  The time is 2:03 Mountain time, and we

23    are back on the record.

24              (Deposition Exhibit No. 4 was marked.)

25         Q.   (BY MR. RAMER)  Hello, Dr. Connelly.
```

Page 120

Dr. Kara Connelly August 28, 2023

```
 1        A.    Hello.
 2        Q.    Do you have what I've described as
 3   Connelly Exhibit 4 in front of you?
 4        A.    Yes.
 5        Q.    And I assume you're able to read through
 6   this whole document at lunch?  That's a joke.
 7   It's a joke.
 8        A.    Oh.
 9        Q.    But do you recognize this document?
10        A.    I do not.
11        Q.    Do you recognize the lead author's name,
12   Gordon Guyatt?
13        A.    I may have seen it before, but I can't
14   remember where.
15        Q.    Okay.  I'm just going to ask a couple of
16   questions about just the discussion of concepts in
17   this.  And I'll direct you there.  I'm not going
18   to ask you about the contents of the entire
19   document.
20        A.    Okay.
21        Q.    And the first point I want to discuss is
22   actually in the preface of this, so it's Roman
23   Numeral 26, XXVI.
24             MS. NOWLIN-SOHL:  Do you know what page
25   of the PDF that's on?
```

Page 121

```
 1              MR. RAMER:  I can try to find that.  So
 2   27 of the PDF.
 3              MS. NOWLIN-SOHL:  Okay.  We are on
 4   page 27.
 5        Q.   (BY MR. RAMER)  Okay.  And the first full
 6   paragraph, second sentence, I'm just going to read
 7   it and ask if I read it correctly.
 8              It says "We have added a fundamental
 9   principle to the hierarchy of evidence and the
10   necessity for value and preference judgments:
11   that optimal clinical decision-making requires
12   systematic summaries of the best available
13   evidence."
14              Did I read that correctly?
15        A.   Yes.
16        Q.   And do you agree that optimal
17   decision-making requires systematic summaries of
18   the best available evidence?
19              MS. NOWLIN-SOHL:  Objection; foundation.
20              THE WITNESS:  I would say that systematic
21   summaries of the best available evidence are
22   definitely important contributions to clinical
23   decision-making.
24        Q.   (BY MR. RAMER)  When you say "important
25   contributions," I take it to mean that you do not
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1    think that optimal clinical decision-making

2    requires systematic summaries of the best

3    available evidence; is that fair?

4          A.   I think --

5              MS. NOWLIN-SOHL:  Objection;

6    mischaracterizes the testimony.

7              THE WITNESS:  The optimal clinical

8    decision-making can include systematic summaries.

9          Q.   (BY MR. RAMER)  But does not require it?

10   Is that your testimony?

11         A.   I don't know if I would say that it

12   requires systematic summaries.

13         Q.   Okay.  So you disagree with this

14   statement; is that right?

15             MS. NOWLIN-SOHL:  Objection; form.

16             THE WITNESS:  In some cases -- systematic

17   summaries are not always available.  So with that

18   in mind -- and I believe that clinical -- optimal

19   clinical decision-making can be performed if

20   systematic summaries are not available.

21         Q.   (BY MR. RAMER)  What about if systematic

22   summaries are available?

23         A.   Then I would say that the systematic

24   summaries should be included in all of the

25   evidence that's used in clinical decision-making.

Page 123

Dr. Kara Connelly August 28, 2023

1      Q.    What do you understand the phrase
2    "hierarchy of evidence" to mean?
3      A.    Is that in this sentence?  Or in this
4    paragraph?
5      Q.    Sorry, yeah.  It's in the -- it is in the
6    sentence before the colon.  It says "We have added
7    a fundamental principle to the hierarchy of
8    evidence."
9           Are you familiar with that term, the
10   "hierarchy of evidence"?
11     A.    It can mean -- it could mean different
12   things.
13     Q.    Like what?
14     A.    I can explain what my understanding of
15   hierarchy of evidence is.
16     Q.    Please.
17     A.    It is categorization of different types
18   of evidence as -- in terms of validity and
19   reliability.
20     Q.    And I think next in this, I'd like to go
21   to -- and this is the only other page we'll go to
22   in this.  It's page 15.  And I'll see if I can
23   find what that is in the PDF.  Looks like it is 44
24   of the PDF.
25           MS. NOWLIN-SOHL:  Okay.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1       Q.   (BY MR. RAMER)  Are you there?

2       A.   Yes.

3       Q.   And I'm just going to read the first

4   sentence of the first full paragraph and ask if I

5   read it correctly.

6            It says "Returning to the hierarchy of

7   therapy, noting the limitations of human

8   intuition, EBM places the" --

9            MS. NOWLIN-SOHL:  Hold on.  Do you see

10  that?

11           THE WITNESS:  No.  Am I in the wrong

12  paragraph?

13           MR. RAMER:  Are you on page -- what page

14  are you on?

15           MS. NOWLIN-SOHL:  Okay.  We just hadn't

16  scrolled far enough down.  We're there.

17           MR. RAMER:  Gotcha.  I'll start that

18  again.

19       Q.   (BY MR. RAMER)  "Return to the hierarchy

20  of therapy, noting the limitations of human

21  intuition, EBM places the unsystematic

22  observations of individual clinicians lowest on

23  the hierarchy."

24           Did I read that correctly?

25       A.   Yes.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

1        Q.    What is your understanding of what "the

2    unsystematic observations of individual

3    clinicians" means?

4                MS. NOWLIN-SOHL:   Objection; foundation.

5                You can also look at this document if you

6    need to.

7                THE WITNESS:   Yeah, I think it's hard for

8    me to understand.   I'm not familiar with the term

9    "unsystematic observations of individual

10   clinicians," and I can't comment without reading

11   more of the context.

12       Q.    (BY MR. RAMER)   Okay.   Do you see the

13   figure on the same page, Figure 2-3?

14       A.    Yes.

15       Q.    Were these the categories you were

16   describing when you were discussing the hierarchy

17   of evidence earlier?

18       A.    No.

19       Q.    Are you familiar with the term

20   "observational study"?

21       A.    Yes.

22       Q.    And what do you understand an

23   observational study to be?

24       A.    An observational study is looking at a

25   treatment and its outcome without the researcher

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

1    entering any influence or variable.  So it's
2    simply observing the outcome of a particular
3    treatment that's been -- the patient has received.
4         Q.   And are you familiar with the "Multiple
5    patient randomized trial"?
6         A.   I can only assume what that is referring
7    to.  I generally don't see that term that's
8    just -- in the way that it's listed.
9         Q.   What would you assume it's referring to?
10        A.   A randomized trial.
11        Q.   And can you describe what a randomized
12   trial is?
13        A.   Randomized trial is when there are two --
14   or at least more than one treatment that's being
15   investigated, and patients are randomly assigned
16   to one or more of the treatment groups without
17   them knowing or choosing what group they're
18   assigned to.
19        Q.   And can you explain why a randomized
20   trial would rank higher in the hierarchy of
21   evidence than an observational study?
22             MS. NOWLIN-SOHL:  Objection; foundation.
23             THE WITNESS:  The main difference between
24   the two is that patients are randomly assigned to
25   treatment groups rather than other ways that they

Page 127

Dr. Kara Connelly August 28, 2023

```
 1   are given treatment.  And so the way that the
 2   studies are interpreted can be different in terms
 3   of the validity and reliability.
 4       Q.   (BY MR. RAMER)  How can they be different
 5   in terms of validity and reliability?
 6       A.   It depends on the -- it depends on the
 7   patient population, the treatments being studied,
 8   and the size of the -- the sample sizes of the
 9   studies that may play a role in the way that they
10   are viewed in terms of validity and reliability.
11       Q.   Sorry.  I just want to clarify that.
12            So the reason that randomized trials
13   would potentially be deemed more reliable has to
14   do with the patient population and the sample
15   size?  Is that what you said?
16       A.   No.  That's not what I said.  The
17   randomized trials, the factor that may influence
18   the way that it's interpreted in terms of validity
19   and reliability is the fact that the samples
20   are -- the patients are randomized to the
21   different treatment groups rather than having
22   a -- rather than -- yeah, rather than not being
23   randomly assigned to different treatment groups.
24            But if there's a large observational
25   study, it's difficult -- you can't always compare
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

1    and say that every single randomized trial is

2    stronger evidence than an observational study.

3    There's a lot of factors that play into that

4    determination.

5         Q.   And still looking at this figure at the

6    bottom, are you familiar with the term "clinical

7    experience"?

8         A.   Yes.

9         Q.   And are you able to explain why clinical

10   experience is at the bottom of the hierarchy of

11   evidence?

12        A.   At the bottom of this figure, hierarchy

13   of evidence?

14        Q.   Correct.

15        A.   I can only assume what that is meaning to

16   say is that it can be more difficult to make -- to

17   draw conclusions about populations based on one

18   person's clinical experience.

19        Q.   Do you agree with that principle?

20        A.   I think in a lot of cases, that can be

21   accurate.

22        Q.   Are you familiar with the term "GRADE

23   methodology"?

24        A.   Yes.

25        Q.   And could you explain your understanding

Dr. Kara Connelly August 28, 2023

1    of that term?

2        A.   My understanding of the term is a system

3    that is used to classify different types of

4    evidence.

5        Q.   Have you ever attempted to apply the

6    criteria specified by the GRADE methodology?

7             MS. NOWLIN-SOHL:  Object to the form.

8             THE WITNESS:  In my own practice?  Or

9    in --

10       Q.   (BY MR. RAMER)  Ever.

11            MS. NOWLIN-SOHL:  Same objection.

12            THE WITNESS:  I have not ever used the

13   GRADE methodology in -- while writing a paper.

14       Q.   (BY MR. RAMER)  I guess why did you use

15   the qualifier "while writing a paper" at the end

16   there?

17       A.   I wasn't sure what you mean by using.  I

18   think generally the GRADE methodology is used

19   when -- for example, writing clinical methods

20   guidelines.  I have not done that.

21            MR. RAMER:  Okay.  And then I think

22   we'll -- we should have Connelly Exhibit 5.  Let

23   me know if that's not the case.

24            MS. NOWLIN-SOHL:  Yes, we do.

25            (Deposition Exhibit No. 5 was marked.)

                                        Page 130

1     Q.   (BY MR. RAMER)  Okay.  And, Doctor, have

2   you seen this article before?

3     A.   I have not.

4     Q.   Okay.  I am just going to ask you about

5   some concepts in it, specifically page 402.  It's

6   the second page of the document, and in the upper

7   left of that page, there's a box labeled "Key

8   Points."

9          And the third bullet down, I'd just like

10   to read and ask if I read it correctly.

11          It says "The optimal application of GRADE

12   requires systematic review of the impact of

13   alternative management strategies on all

14   patient-important outcomes."

15          Did I read that correctly?

16     A.   Yes.

17     Q.   Are you familiar with the term

18   "patient-important outcome"?

19     A.   That's not a term that I am all that

20   familiar with.  I'm not sure what refers to in

21   this -- or what this paper is referring to with

22   those -- with that statement.

23     Q.   Okay.  As a general matter, based on your

24   understanding of GRADE, GRADE is a method for

25   rating the strength of evidence to predict the

Page 131

Dr. Kara Connelly August 28, 2023

1    outcome of a particular intervention, correct?

2        A.   Yes.

3        Q.   And I'd like to go, same document,

4    page 404, so two pages later.  And at the top,

5    there's Table 2, and it's entitled "Significance

6    of the four levels of evidence."

7             Do you see that?

8        A.   Yes.

9        Q.   Are you familiar with this concept of the

10   GRADE quality levels that's represented in the

11   table, just as a general matter?

12       A.   Yes.

13       Q.   And basically the GRADE methodology calls

14   for the assignment of one of those quality levels

15   to the body of evidence that's being assessed,

16   correct?

17       A.   I think that's generally how it's applied

18   or used.

19       Q.   And I just want to -- looking in that

20   table at the "Quality level low," I just want to

21   read the current definition, which is in the

22   second column and ask if I read it correctly.

23             It says "Our confidence in the effect

24   estimate is limited.  The true effect may be

25   substantially different from the estimate of that

Page 132

Dr. Kara Connelly August 28, 2023

```
 1    effect."
 2             Sorry, I read it wrong.  Let me try
 3    again.
 4             "Our confidence in the effect estimate is
 5    limited.  The true effect may be substantially
 6    different from the estimate of the effect."
 7             Did I read that correctly?
 8        A.   Yes.
 9        Q.   And below that is "Very low," and I'll
10    read the definition for that, which says "We have
11    very little confidence in the effect estimate.
12    The true effect is likely to be substantially
13    different from the estimate of effect."
14             Did I read that correctly?
15        A.   Yes.
16        Q.   Okay.  On this same page at the bottom,
17    there's Table 3.  And it's entitled "A summary of
18    GRADE's approach to rating quality of evidence."
19             Do you see that?
20        A.   Yes.
21        Q.   And in the first column, it talks -- you
22    see it's labeled "Study design"?
23        A.   Yes.
24        Q.   And then the second column over you have
25    "Initial quality of a body of evidence"; is that
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1    right?

2         A.   Yes.

3         Q.   And then the next two columns, the first

4    one is entitled "Lower if," correct?

5         A.   Yes.

6         Q.   And the second one is entitled "Higher

7    if," correct?

8         A.   Yes.

9         Q.   Do you know what those two columns are

10   saying?

11        A.   I can't say for certain.  I'm not

12   familiar -- I haven't seen those two columns

13   before.

14             MR. RAMER:  Okay.  We'll move on to

15   Connelly Exhibit 6.

16             (Deposition Exhibit No. 6 was marked.)

17        Q.   (BY MR. RAMER)  And are you familiar with

18   this document?

19             MS. NOWLIN-SOHL:  Hang on real quick,

20   sorry.  They came in in the wrong order in my

21   email.

22             MR. RAMER:  All right.

23             MS. NOWLIN-SOHL:  So this is GRADE

24   guidelines 4?

25             MR. RAMER:  That's correct.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

```
 1              MS. NOWLIN-SOHL:  Okay.

 2              THE WITNESS:  I'm sorry.  What was the

 3     question?

 4         Q.   (BY MR. RAMER)  Are you familiar with

 5     this document?

 6         A.   No.

 7         Q.   Okay.  I'll just ask limited questions on

 8     this.

 9              On page 409, which I think is the third

10     page of the document, in the right column, there

11     is section 7.1.  And I'm just going to read the

12     sentence that starts below that and runs over onto

13     the next page and ask if I read that correctly.

14              It says "Ideally observational studies

15     will choose contemporaneous comparison groups

16     that, as far as possible, differ from intervention

17     groups only in the decision (typically by patient

18     or clinician) not to use the intervention."

19              Did I read that correctly?

20         A.   Yes.

21         Q.   Why would one ideally include a

22     comparison group?

23         A.   The comparison group can reduce the risk

24     of bias like I was talking about earlier.

25         Q.   And then on the next page, 410, the first
```

Dr. Kara Connelly August 28, 2023

1   full paragraph, I'm going to read the first two

2   sentences this time and ask if I read those

3   correctly.

4           It says "An alternative approach is to

5   study only patients exposed to the intervention, a

6   design we refer to as a case series (others may

7   use 'single group cohort').  To make inferences

8   regarding intervention effect, case series must

9   still refer to results in a comparison group."

10          Did I read that correctly?

11      A.   Yes.

12      Q.   Do you agree that to make interventions

13   regarding intervention effects, case series must

14   still refer to results in a comparison group?

15      A.   I think that referring to results in a

16   comparison group can increase the reliability of

17   the inferences of the intervention effects.

18      Q.   So in other words, you do not think a

19   case series must refer to results in a comparison

20   group in order to make inferences; is that

21   correct?

22      A.   Having the comparison group improves the

23   ability to make the inferences.

24      Q.   Do you think you can make inferences

25   regarding intervention effects from a case series

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

```
 1   when there is no comparison group?
 2           MS. NOWLIN-SOHL:  Object to form.
 3           THE WITNESS:  I think that it's possible
 4   to make inferences about intervention effects, but
 5   those inferences are more reliable than the
 6   comparison group that's used.
 7       Q.   (BY MR. RAMER)  Are you familiar with the
 8   term "lost to follow-up"?
 9       A.   Yes.
10       Q.   Can you explain your understanding of
11   that term?
12       A.   Well, do you mean in a research setting
13   or --
14       Q.   Yes, in a research setting.
15       A.   I think different research groups or
16   different research studies may refer to it
17   differently, but I generally think of it as
18   participants in a research study that did not
19   complete the study or did not complete the --
20   yeah, the study measures.
21       Q.   And so now I'd like to return to your
22   declaration, and specifically page 3, paragraph
23   15, in the first sentence.  And typical drill,
24   I'll read it and ask if I read it correctly.
25           You state, "The Endocrine Society, in
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

```
1  partnership with the Pediatric Endocrine Society
2  and WPATH, have published clinical practice
3  guidelines for the treatment of gender dysphoria
4  that are based on systematic reviews of research
5  and the expert opinions of clinicians in the
6  field."
7           Did I read that correctly?
8      A.   Yes.
9      Q.   I'd just like to talk through the
10  Endocrine Society guidelines and the WPATH
11  guidelines one at a time.  And I'll start with the
12  Endocrine Society guidelines.
13           And in this sentence, you say that these
14  guidelines are based on systematic reviews of
15  research; is that right?
16      A.   Yes.
17      Q.   And what do you mean by that?
18      A.   That means that systematic reviews may
19  have been included in addition to research studies
20  that may not fall under the definition of
21  systematic reviews.
22      Q.   What do you mean when you say "may have
23  been included"?
24      A.   I would have to look back at all of the
25  references of the guidelines, but that systematic
```

Page 138

Dr. Kara Connelly August 28, 2023

1   reviews may have been a part of how those clinical

2   practice guidelines were established.

3        Q.   And specifically with respect to the

4   Endocrine Society guidelines, what systematic

5   reviews are you referring to?

6        A.   I can't say without looking -- again,

7   looking at the references.

8             MR. RAMER:   Okay.   I think you should

9   have, Li, the Connelly Exhibit 7.

10            (Deposition Exhibit No. 7 was marked.)

11            MS. NOWLIN-SOHL:   The Endocrine Society

12   guidelines?

13            MR. RAMER:   Yes.   Well, I'll ask

14   Dr. Connelly.

15        Q.   (BY MR. RAMER)   Are these the Endocrine

16   Society guidelines?

17        A.   Yes.

18        Q.   Okay.   And these are what you're

19   referring to in your declaration, correct?

20        A.   Yes, just making sure this is the -- yes,

21   the version from 2017.

22        Q.   Did you help draft these?

23        A.   No.

24        Q.   And I'd like to go to -- so you likely

25   know the pagination is a little odd on these.   I'd

Dr. Kara Connelly August 28, 2023

```
1   like to go to 3873, and specifically the left
2   column.
3           And there's a bold header that says
4   "Commissioned systematic review."
5           Do you see that?
6      A.   Yes.
7      Q.   And I'm just going to read the first
8   sentence and ask if I read it correctly.
9           It says "The task force commissioned two
10  systematic reviews to support this guideline."
11          Did I read that correctly?
12     A.   Yes.
13     Q.   And are these the systematic reviews
14  you're referencing in your declaration?
15     A.   Yes.
16     Q.   And have you ever read these systematic
17  reviews?
18     A.   I cannot say that I -- I cannot recall
19  that I have, but I would need to see what the
20  titles of them are.
21     Q.   Well, do you recall what the subject was
22  of the two systematic reviews?
23     A.   No.
24     Q.   Turning to the sentence after the one I
25  just read, I'll read it and ask if I read it
```

Page 140

1    correctly.

2              It says "The first one aims to summarize

3    the available evidence on the effect of sex

4    steroid use in transgender individuals on lipids

5    and cardiovascular outcomes."

6              Did I read that correctly?

7         A.   Yes.

8         Q.   Do you have an understanding of how

9    lipids and cardiovascular outcomes are potentially

10   relevant to your field?

11        A.   Yes.

12        Q.   How?

13        A.   Some treatments could potentially have an

14   impact on lipids and cardiovascular outcomes.

15        Q.   What kind of impact?

16        A.   Well, some treatments can change -- can

17   have an impact on the different types of lipids

18   and cholesterol.  Some lipids can have an impact

19   on blood pressure.  Some treatments may have an

20   impact on -- well, those are the two main ones

21   that I can think of.

22        Q.   Is it fair to say when you're saying

23   "impact," you mean harmful impact?

24        A.   Not necessarily.

25        Q.   Why not necessarily?

1      A.   Well, it depends on the -- there are some

2   treatments that may have -- that may raise the

3   risk of some cardiovascular outcomes and some

4   treatments that may lower the risk of some

5   cardiovascular outcomes, depending on the

6   individual, their family history, and the

7   medication that's involved.

8      Q.   Returning to 3873 and now the right

9   column, the very top, the first full sentence,

10  I'll read it and ask if I read it correctly.

11         It says "The second review summarized the

12  available evidence regarding the effect of sex

13  steroids on bone health in transgender individuals

14  and identified 13 studies."

15         Did I read that correctly?

16      A.   Yes.

17      Q.   And do you have an understanding of what

18  relevance bone health has to your field?

19      A.   Yes.

20      Q.   And what is that?

21      A.   Sex steroid hormones have differing

22  impacts on bone development in general.

23      Q.   In what sense?

24      A.   The different -- well, they both --

25  both -- well, estrogen and testosterone both

Page 142

Dr. Kara Connelly August 28, 2023

1  impact acquisition of bone, but they can have

2  different effects on what part of the bone

3  structure they impact.

4      Q.   And what do you mean by that?

5      A.   So there's two types of bone, cortical

6  bone and trabecular bone.  And there are different

7  hormone receptors on the different parts of the

8  bone.

9           So different hormones can impact one or

10  both parts of the bone depending on which hormone

11  it is.

12      Q.   Did either of these two systematic

13  reviews assess the effectiveness of treatment on

14  patients' mental health?

15      A.   I don't know.

16      Q.   Did either of these two systematic

17  reviews assess the effectiveness of puberty

18  blockers to reduce gender dysphoria?

19      A.   I can't answer that.  I haven't --

20  without reading them.

21      Q.   You don't know that as you sit here

22  today?

23      A.   I can't say what the systematic

24  reviews -- what the outcomes were, the specific

25  outcomes of both systematic review studies without

Page 143

Dr. Kara Connelly August 28, 2023

1    reviewing them.

2         Q.   Well, I guess I'm not asking for the

3    specific outcome.  I'm asking what they actually

4    assessed.

5              And the question is did either of these

6    systematic reviews assess the effectiveness of

7    puberty blockers to reduce gender dysphoria?

8         A.   I am not sure.

9         Q.   Did either of these systematic reviews

10   assess the effectiveness of cross-sex hormones to

11   reduce gender dysphoria?

12        A.   Can you repeat that question?

13        Q.   Did either of these systematic reviews

14   assess the effectiveness of cross-sex hormones to

15   reduce gender dysphoria?

16        A.   I also -- I'm not sure without looking at

17   the reviews.

18        Q.   Did either of these systematic reviews

19   assess the effectiveness of surgeries to reduce

20   gender dysphoria?

21        A.   I don't know that either without reading

22   them.

23        Q.   If you had been tasked with drafting

24   these guidelines, would you have commissioned

25   systematic reviews to assess those topics?

Dr. Kara Connelly August 28, 2023

```
 1              MS. NOWLIN-SOHL:  Objection; form,
 2      foundation, speculation.
 3              THE WITNESS:  If I had been commissioned
 4      as part of the team that was putting these
 5      guidelines together, I would work with the team of
 6      experts in determining whether the systematic
 7      reviews should be performed.  I can't say how that
 8      decision was made.
 9          Q.   (BY MR. RAMER)  We'll move on to the
10      WPATH guidelines and specifically -- just going
11      back to your declaration discussion of those,
12      page 3, paragraph 15.
13              I'm just going to read the second
14      sentence of paragraph 15 and ask if I read it
15      correctly.
16              You state "The first version of the WPATH
17      guidelines known as the standards of care was
18      published in 1979, and the most recent version,
19      version 8, was released in 2022."
20              Did I read that correctly?
21          A.   Yes.
22          Q.   And you called them guidelines and then
23      note that they are known as the standards of care;
24      is that right?
25          A.   Yes.
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

1          Q.    Is there a distinction between clinical

2     guidelines and the standard of care?

3               MS. NOWLIN-SOHL:  Objection to the extent

4     that that calls for a legal conclusion.

5               THE WITNESS:  I think some people use

6     those terms interchangeably when talking about the

7     WPATH standards of care.

8          Q.   (BY MR. RAMER)  Okay.  I understand that.

9     I'm just asking in your field, or as a clinician,

10    is there a distinction between clinical guidelines

11    and a standard of care?

12              MS. NOWLIN-SOHL:  Objection to the extent

13    that that calls for a legal conclusion.

14              THE WITNESS:  If -- I'm sorry.  Can you

15    repeat the question again?

16         Q.   (BY MR. RAMER)  Is there a distinction

17    between clinical guidelines and a standard of

18    care?

19              MS. NOWLIN-SOHL:  Same objection.

20              THE WITNESS:  They're -- I think that

21    there's a lot of ways that the word "guidelines"

22    are applied.  And in the case of this sentence,

23    it's used interchangeably with "standards of

24    care."

25         Q.   (BY MR. RAMER)  Okay.  So as a clinician,

Dr. Kara Connelly August 28, 2023

1  you don't think there's a distinction between, as

2  a general matter, clinical guidelines and standard

3  of care; is that right?

4        MS. NOWLIN-SOHL:  Objection;

5  mischaracterizes the testimony and to the extent

6  that it calls for a legal conclusion.

7        THE WITNESS:  Can you repeat the question

8  again?

9        Q.   (BY MR. RAMER)  I guess the question is

10  just this:  Is there a distinction as a general

11  matter between clinical guidelines and a standard

12  of care?

13        MS. NOWLIN-SOHL:  Same objection.

14        THE WITNESS:  I think it just -- I think

15  it depends upon which clinical guideline is being

16  referred to and the way that that clinical

17  guideline was established, if it's a -- there can

18  be different ways that clinical guidelines are

19  established, and so it depends on what -- which --

20  what type of guideline is being referred to.

21        Q.   (BY MR. RAMER)  Well, then what is a

22  standard of care?

23        MS. NOWLIN-SOHL:  Objection to the extent

24  that that calls for a legal conclusion.

25        THE WITNESS:  Do you mean what is a

Page 147

 1    standard of care in WPATH's definition?  Or --

 2         Q.   (BY MR. RAMER)  No.  I just mean as a

 3    general matter as a clinician, when somebody is

 4    talking about the standard of care, what does that

 5    mean?

 6              MS. NOWLIN-SOHL:  Same objection.

 7              THE WITNESS:  I think it can be used as

 8    what is -- what is considered best practice for a

 9    patient population.

10         Q.   (BY MR. RAMER)  If somebody said that a

11    standard of care was more authoritative than

12    clinical guidelines, would that statement make

13    sense?

14              MS. NOWLIN-SOHL:  Object to form.

15              THE WITNESS:  Would it -- I don't think

16    that I can make sense of that.

17         Q.   (BY MR. RAMER)  So same paragraph in your

18    declaration, back to the first sentence.  And we

19    already discussed this in the context of the

20    Endocrine Society guidelines, but you state that

21    the WPATH guidelines are based on systematic

22    reviews of research, correct?

23         A.   Yes.

24         Q.   And with respect to the WPATH guidelines,

25    what systematic reviews are you referring to here?

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1        A.    I can't say for certain what systematic
2    reviews.
3        Q.    That you're referring to in paragraph 15?
4        A.    Yes, without reading the references.
5        Q.    And as you sit here today, do you know
6    whether WPATH commissioned a systematic review
7    during the development of the current guidelines?
8        A.    I am not sure if they -- I'm not sure.
9             MR. RAMER:  So we'll go to -- Li, we'll
10   go to Connelly Exhibit 8, I believe.  It should be
11   Baker, article by Baker.
12            (Deposition Exhibit No. 8 was marked.)
13            MS. NOWLIN-SOHL:  Okay.  We have it.
14        Q.    (BY MR. RAMER)  And, Dr. Connelly, have
15   you seen this article before?
16        A.    Not that I can recall.
17        Q.    Okay.  Let's go to page 2 and
18   specifically right column under the bold "Search
19   Strategy and Selection Criteria."
20            Do you see that?
21        A.    Yes.
22        Q.    And I'll just read the first sentence and
23   ask if I read it correctly.
24            It says "This review is one of a series
25   of systematic reviews on gender-affirming care

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

1    conducted for WPATH to inform the eighth revision

2    of the Standards of Care."

3            Did I read that correctly?

4        A.   Yes.

5        Q.   And do you recall reading this article

6    before?

7        A.   This article?

8        Q.   Correct.

9        A.   No.

10       Q.   I want to skip to page 12.  And under the

11   bold discussion, first paragraph, last sentence,

12   I'll read it and ask if I read it correctly.

13           It says "It was impossible to draw

14   conclusions about the effects of hormone therapy

15   on deaths by suicide."

16           Did I read that correctly?

17       A.   Yes.

18       Q.   Do you have any reason to disagree with

19   that statement?

20           MS. NOWLIN-SOHL:  Object to form;

21   foundation.

22           THE WITNESS:  I can't comment without

23   looking at the specific studies that they are

24   referring to.

25       Q.   (BY MR. RAMER)  Are you aware of any

Dr. Kara Connelly August 28, 2023

1   systematic reviews that have been able to draw

2   conclusions about the effect of hormone therapy on

3   suicide?

4        A.   I am not aware of systematic reviews that

5   have drawn that -- or conclusions around that.

6        Q.   Is the adolescent chapter of the eighth

7   version of the Standards of Care based on a

8   systematic review?

9            MS. NOWLIN-SOHL:  Object to form.

10           THE WITNESS:  I can't say for certain

11  whether it's based on a systematic review.

12       Q.   (BY MR. RAMER)  I'd like to go to the

13  same article, page 7.

14           And is page 7 turned so you can actually

15  read it?

16       A.   Yeah.

17       Q.   And so this is a table that -- I'm just

18  going to read the title at the top.  It says

19  "Effects of Gender-Affirming Hormone Therapy on

20  Quality of Life Among Transgender People"; is that

21  right?

22       A.   Yeah.

23       Q.   And if you look at the very small font at

24  the bottom below the table where it lists

25  abbreviations, do you see about three-quarters of

Page 151

Dr. Kara Connelly August 28, 2023

1    the way down the line it says "QOL" is the

2    abbreviation for quality of life?

3         A.   On the first line of the abbreviations?

4         Q.   Correct.  It's about three-quarters of

5    the way down the line.

6         A.   Yes.

7         Q.   And going back up to the table, there are

8    six columns.

9             And do you see the second column labeled

10   "Transgender Population"?

11        A.   Yes.

12        Q.   And of the studies in this table, all of

13   them except one involved adults, correct?

14        A.   I can't see where ages were included or

15   reported.

16        Q.   So if you look down in the bottom study

17   of the table, I'm going to pronounce it "Achille."

18   I don't know if that's how you pronounce it, but

19   do you see for that study, the transgender

20   population is girls and boys?

21        A.   Yes.

22        Q.   And the study above Achille, the

23   transgender population is women and men?

24        A.   Yes.

25        Q.   Is it fair to say that Achille is

Page 152

Dr. Kara Connelly August 28, 2023

```
 1    children and adolescents and the study above is
 2    adults?
 3              MS. NOWLIN-SOHL:  Objection; foundation.
 4              THE WITNESS:  I would have to look at the
 5    way that their study populations are defined with
 6    regards to age.
 7         Q.   (BY MR. RAMER)  And for Achille, if you
 8    go to the final column which is labeled
 9    "Findings," do you see where it states -- I'll
10    read it and ask if I read it correctly.  It says
11    "Mean QOL scores did not change."
12              Did I read that correctly?
13         A.   Yes.
14         Q.   Okay.
15              MR. RAMER:  It's a little early, but it's
16    time for kind of another wave of exhibits.  Do you
17    want to take a break now?  Because I -- for the --
18    you know, I don't want to sit on the clock while
19    waiting for documents to come through on the email
20    server, so do you want to take ten minutes now and
21    then I can send a wave of exhibits and we can
22    reconvene?
23              MS. NOWLIN-SOHL:  We don't have a
24    preference.  We're happy to keep going, but if you
25    think that they're quite large exhibits and you
```

Page 153

Dr. Kara Connelly August 28, 2023

1    want to take a break, we can do that as well.

2           MR. RAMER:  I think let's do that and

3    just keep the flow going.  Makes sense.

4           MS. NOWLIN-SOHL:  Okay.

5           MR. RAMER:  So maybe top of the hour, how

6    about?

7           MS. NOWLIN-SOHL:  Sounds good.

8           MR. RAMER:  Okay.

9           THE VIDEOGRAPHER:  Okay.  So the time is

10   2:50 p.m. Mountain time, and we are off the

11   record.

12        (Break taken from 2:50 p.m. to 3:00 p.m.)

13         THE VIDEOGRAPHER:  All right.  So we are

14   recording.  The time is 3:00 p.m. Mountain time,

15   and we are back on the record.

16      Q.  (BY MR. RAMER)  Dr. Connelly, I'd like to

17   return to your declaration, and specifically to

18   page 10, paragraph 32, and in particular,

19   footnote 7.

20         And in footnote 7, you cite an article

21   where the lead author is Turban; is that right?

22      A.  Yes.

23      Q.  And do you recall where the authors

24   obtained the data that they used in that study?

25      A.  Yes.  I believe it was the U.S. Trans

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1    Health.

2         Q.    The U.S. what?

3         A.    Trans Health Survey.

4         Q.    And on the next page of your declaration,

5    paragraph 34, footnote 8, you cite another Turban

6    article here, right?

7         A.    Yes.

8         Q.    And do you recall where the authors

9    obtained the data that they used for that article?

10        A.    I can't remember for certain, but I

11   believe it was also from the U.S. Trans Health

12   survey.

13        Q.    So I agree.

14             MR. RAMER:  Exhibits 9 and 10, Li, for

15   you, were sent solely to establish that.  So I

16   think we'll deem those as included, but I'm not

17   going to bring them up to ask questions.

18             Does that make sense?

19             MS. NOWLIN-SOHL:  Yeah, that's fine.  I

20   haven't looked at them.  So those are the two

21   Turban studies?

22             MR. RAMER:  Correct.  And Dr. Connelly is

23   correct about where the data came from for that.

24             MS. NOWLIN-SOHL:  Okay.

25        (Deposition Exhibit Nos. 9 and 10 were marked.)

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

```
 1                MR. RAMER:  Okay.  So we'll skip to --
 2      should be Connelly Exhibit 11.
 3                Did you receive that one?  It's a larger
 4      one.
 5                MS. NOWLIN-SOHL:  Yes.
 6                MR. RAMER:  Great.
 7                (Deposition Exhibit No. 11 was marked.)
 8                MS. NOWLIN-SOHL:  So are you introducing
 9      the two Turban articles to be marked as exhibits?
10                MR. RAMER:  Yes, correct, just to keep
11      the numbering.
12                And so do we have Connelly Exhibit 11?
13                MS. NOWLIN-SOHL:  We do.
14           Q.   (BY MR. RAMER)  Okay.  And, Doctor, is
15      this the survey you were referencing?
16           A.   Yes.
17           Q.   And do you recall how this survey was
18      conducted?
19           A.   I can't recall the specifics.
20           Q.   I'd like to turn to page 25.  Just let me
21      know when you're there.
22           A.   Okay.
23           Q.   And in the right column, there's a big
24      blue Roman Numeral IV with a header.
25                Do you see that?
```

Dr. Kara Connelly August 28, 2023

1      A.   Yes.

2      Q.   And I'm just going to read the first

3  sentence below that header and ask if I read it

4  correctly.

5           It says "The survey was produced and

6  distributed in an online-only format after a

7  determination that it would not be feasible to

8  offer it in paper format due to the length and the

9  complexity of the skip logic required to move

10  through the questionnaire."

11          Did I read that correctly?

12     A.   Yes.

13     Q.   And did you know this was an online

14  survey before you cited the Turban articles?

15     A.   Yes.

16     Q.   And do you know the age of the

17  respondents in this survey?

18          MS. NOWLIN-SOHL:  Object to form.

19          THE WITNESS:  I can't recall the

20  specifics.

21     Q.   (BY MR. RAMER)  If we could go to page 23

22  and the left column.  And below "II," the second

23  paragraph, I'll read the first two sentences and

24  ask if I read them correctly.

25          It says "The study included individuals

Dr. Kara Connelly August 28, 2023

1    aged 18 and older at the time of survey

2    completion, as did the NTDS.  The study was not

3    offered to individuals under the age of 18 due to

4    limitations created by specific risk factors and

5    recommendations associated with research involving

6    minors."

7            Did I read that correctly?

8        A.   Yes.

9        Q.   And did you know that the survey was only

10   individuals ages 18 and older before you cited the

11   two Turban articles?

12       A.   Yes.

13       Q.   Do you think a survey regarding the

14   experience of transgender adults adequately

15   captures the experience of transgender youth?

16           MS. NOWLIN-SOHL:  Object to the form.

17           THE WITNESS:  I'm sorry.  Can you repeat

18   the question?

19       Q.   (BY MR. RAMER)  Do you think a survey

20   regarding the experience of transgender adults

21   adequately captures the experience of transgender

22   youth?

23           MS. NOWLIN-SOHL:  Same objection.

24           THE WITNESS:  Can you clarify what you

25   mean by "experience"?

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1    Q.   (BY MR. RAMER)  Are you familiar with the

2  phrase "lived experience"?

3    A.   I've heard the phrase, and I think it can

4  mean different things for different people.

5    Q.   Do you think that data from a survey of

6  transgender adults can reliably be used to assess

7  outcomes in transgender youth?

8         MS. NOWLIN-SOHL:  Object to form.

9         THE WITNESS:  I think that information

10  that is gathered from transgender adults about

11  their own experience as transgender youth can be

12  valuable.

13    Q.   (BY MR. RAMER)  Do you think the results

14  of this survey can be used to assess outcomes for

15  transgender youth?

16         MS. NOWLIN-SOHL:  Object to form.

17         THE WITNESS:  Can you be a little more

18  specific?

19    Q.   (BY MR. RAMER)  So you agree the data in

20  this survey only comes from adults, right?

21    A.   Correct.

22    Q.   And do you think that that data is useful

23  in understanding the needs of transgender youth?

24    A.   I think that the transgender adults'

25  reports on their experiences as transgender youth

Page 159

Dr. Kara Connelly August 28, 2023

1    is -- can be valuable and helpful.

2         Q.   Is that what this survey does?

3         A.   This survey asks a lot of questions, and

4    one portion or aspect of it is asking transgender

5    adults to -- about questions pertaining to their

6    experiences as transgender youth.

7         Q.   Just returning to that same paragraph,

8    I'd like to read the sentence that runs over to

9    the next column, and I'll just ask if I read it

10   correctly.

11             It says "Furthermore, the current

12   experiences and needs of transgender youth often

13   differ those of adults in a number of key areas,

14   including experiences related to education,

15   employment, accessing health care, and updating

16   identity documents and many of these experiences

17   or needs could be adequately captured in a survey

18   that was not specifically tailored to transgender

19   people under the age of 18."

20             Did I read that correctly?

21        A.   Yes.

22        Q.   And do you agree with that statement?

23        A.   I agree with the first portion that

24   current experiences and needs of transgender youth

25   can differ or often differ from those of adults.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

1            And I don't know how to comment on the
2    second portion that many of these experiences or
3    needs could not be adequately captured in a
4    survey, that portion.  It's -- I think what my
5    interpretation of that second part of this
6    sentence is is that the survey was not designed to
7    study the -- was not originally designed to study
8    the experiences of transgender -- current
9    experiences of transgender youth.
10        Q.   And what's the consequence of that?
11             MS. NOWLIN-SOHL:  Object to form.
12             THE WITNESS:  Can you be more specific?
13        Q.   (BY MR. RAMER)  That the study was not
14    designed to assess the experiences of transgender
15    youth.  Isn't a consequence of that that the data
16    from the study should not be used to assess the
17    current experiences of transgender youth?
18             MS. NOWLIN-SOHL:  Object to form.
19             THE WITNESS:  That would not be my
20    interpretation.
21        Q.   (BY MR. RAMER)  What would your
22    interpretation be?
23        A.   I interpret this more as an explanation
24    of the way that the survey was designed and
25    acknowledging that there may have been questions

Page 161

```
 1    that could be asked of transgender youth that were
 2    not asked in a survey that was designed for
 3    adults.
 4         Q.   And switching to -- oh, no, I'm sorry.  I
 5    have another question.  I apologize.
 6              Were the respondents to this survey all
 7    diagnosed with gender dysphoria?
 8         A.   I don't know.
 9         Q.   Do you know how the respondents were
10    selected for this survey?
11         A.   I don't recall.
12         Q.   Let's go to page 26.  Left column, the
13    carryover paragraph.  And I'm going to read the --
14    I'm going to read the last two sentences of this
15    paragraph and ask if I read them correctly.
16              "Although the intention was to recruit a
17    sample that was as representative as possible of
18    trans" --
19              MS. NOWLIN-SOHL:  Real quick, John, I'm
20    not sure we're on the same spot.  You said the
21    left-hand column of page 26?
22              MR. RAMER:  Correct.  It will be the
23    runover paragraph, so it will be the sentences
24    above the blue Roman V.
25              MS. NOWLIN-SOHL:  Okay.  We're there.
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

```
1              MR. RAMER:  And I'll read that, the
2     sentence beginning with "Although."
3              "Although the intention was to recruit a
4     sample that was as representative as possible of
5     transgender people in the U.S., it is important to
6     note that respondents in this study were not
7     randomly sampled, and the actual population
8     characteristics of transgender people in the U.S.
9     are not known.  Therefore, it is not appropriate
10    to generalize the findings in this study to all
11    transgender people."
12             Did I read that correctly?
13        A.   Yes.
14        Q.   And were you aware of this limitation
15    before you cited the Turban studies?
16             MS. NOWLIN-SOHL:  Object to form.
17             THE WITNESS:  Can you clarify what you
18    mean by "limitation"?
19        Q.   (BY MR. RAMER)  I'm referring to the last
20    sentence where it says -- the survey itself says
21    it is not appropriate to generalize the findings
22    in this study to all transgender people.
23        A.   Was I aware of that sentence before
24    citing the Turban studies?
25        Q.   Were you aware the survey says that it's
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1   not appropriate to generalize its findings to all

2   transgender people before you cited the Turban

3   studies?

4        A.   I can't say that I recall reading that

5   exact sentence, but -- yeah, I don't -- I can't --

6   I don't recall remembering or reading that exact

7   sentence.

8        Q.   And I guess my question isn't so much

9   whether you recall reading that exact sentence.

10  It's more were you aware of that fact?

11            MS. NOWLIN-SOHL:   Object to form.

12            THE WITNESS:   The statement that they

13  made in the survey?

14       Q.   (BY MR. RAMER)   Were you aware that

15  respondents in the study were not randomly

16  sampled?

17       A.   Yes.

18            MR. RAMER:   And now we'll switch to a new

19  exhibit, which I believe -- let's see what I sent

20  it as.   It should be Connelly Exhibit 12.

21            (Deposition Exhibit No. 12 was marked.)

22            THE WITNESS:   Okay.

23       Q.   (BY MR. RAMER)   Doctor, have you seen

24  this document before?

25       A.   I may have seen this document, but I -- I

Page 164

Dr. Kara Connelly August 28, 2023

1   don't see where it was released or who the authors

2   are.

3       Q.   Well, I guess that's a question is did

4   you help develop this statement?

5       A.   No.

6       Q.   Have you helped develop any statement for

7   the Pediatric Endocrine Society?

8       A.   No.

9       Q.   So under the first paragraph -- and just

10  to confirm, the Pediatric Endocrine Society is the

11  organization that you're a member of, right?

12      A.   Correct.

13      Q.   Under the first paragraph, the final

14  sentence, I'll read it and ask if I read it

15  correctly.

16           It says "While there continue to be gaps

17  in knowledge about the optimal care for

18  transgender individuals, the framework for

19  providing care is increasingly well established,

20  as is the recognition of needed policy changes."

21           Did I read that correctly?

22      A.   Yes.

23      Q.   And do you think there are gaps in

24  knowledge about the optimal care for transgender

25  individuals?

Page 165

```
 1              MS. NOWLIN-SOHL:  Object to form.
 2              THE WITNESS:  I think that there is
 3     information that we still need to learn more
 4     about.
 5         Q.   (BY MR. RAMER)  Like what?
 6         A.   You mean specific examples?
 7         Q.   Yes.
 8         A.   Well, an example might be different
 9     medications that may be successful for menstrual
10     cycle cessation.  Some may be more effective than
11     others in certain populations, is one example that
12     comes to mind.
13         Q.   And in the second paragraph below
14     "Background," I'm going to read the last three
15     sentences, so really everything except the first
16     sentence, and ask if I read that correctly.
17              It says "Gender identity was considered
18     malleable and subject to external influences.
19     Today, however, this attitude is no longer
20     considered valid.  Considerable scientific
21     evidence has emerged demonstrating a durable
22     biological element underlying gender identity.
23     Individuals may make choices due to other factors
24     in their lives, but there do not seem to be
25     external forces that generally cause individuals
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1    to change gender identity."

2            Did I read that correctly?

3        A.   Yes.

4        Q.   And what is your understanding of the

5    statement that "gender identity is durable"?

6        A.   I would have to look at the two

7    references that are listed there, that are

8    attached to that statement, that sentence.

9        Q.   You don't have an opinion without looking

10   at those references what it means for gender

11   identity to be durable?

12       A.   I'm not sure what it means by a "durable

13   biological element."

14       Q.   And what's your --

15       A.   I would need to look at the two

16   references to know what they are and how that is

17   defined to be able to say whether -- to really say

18   what they're trying to, what they mean by that

19   statement.

20            MR. RAMER:   And, Li, did Exhibit 14 -- I

21   realize I'm skipping ahead a bit, but did

22   Exhibit 14 come through?

23            MS. NOWLIN-SOHL:   Yes.

24            MR. RAMER:   All right.   I'd like to pull

25   that up.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

```
1              (Deposition Exhibit No. 14 was marked.)
2              MS. NOWLIN-SOHL:   Okay.
3         Q.   (BY MR. RAMER)  And, Doctor, I'll
4    represent this is a printout from the Endocrine
5    Society website.  And you can see the upper right
6    it says "November 30, 2020."
7              And in the second paragraph, the second
8    sentence -- I'm just going to read that and ask if
9    I read it correctly.
10             It says "The group updated the society's
11   transgender health position statement to provide
12   further background and support on the treatment of
13   transgender minors and developed a new fact sheet
14   focused on ways to improve pediatric care for
15   transgender minors."
16             Did I read that correctly?
17        A.   Yes.
18        Q.   And then further down on the same page,
19   the very last paragraph, it says "Special thanks
20   to," and then it lists a bunch of names.
21             And then it says "as well as Kara
22   Connelly, MD," and lists a bunch of names, "all of
23   whom participated in the development of these
24   documents."
25             Do you see that?
```

Page 168

Dr. Kara Connelly August 28, 2023

1        A.    Yes.

2        Q.    So just so I understand, did you

3   participate in the development of this position

4   statement?

5        A.    Do you mean the --

6        Q.    The previous exhibit we were looking at.

7   Sorry.

8        A.    Oh, no.

9        Q.    Okay.  Do you understand what this would

10  be referencing with respect to the documents that

11  you participated in the development of?

12       A.    The special thanks statement?  I

13  participated in the development of the new fact

14  sheet.

15       Q.    Okay.  And does the fact sheet reference

16  a durable biological underpinning to gender

17  identity?

18       A.    I can't recall.  I would have to look at

19  it again.  It's been a few years since I looked at

20  it.

21       Q.    And so on this page, for example, they

22  reference the durable biological underpinning to

23  gender identity.

24              And just to clarify, your testimony is

25  that you don't know what that's referring to; is

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

```
1   that right?
2           MS. NOWLIN-SOHL:  John, are you still on
3   the web printout, or are you back to the previous
4   exhibit?
5           MR. RAMER:  Sorry, yeah.  That was
6   unclear.  I'm still on the web printout, and you
7   can see there is a numbered list.
8       Q.   (BY MR. RAMER)  And No. 1 states "There
9   is a durable biological underpinning to gender
10  identity that should be considered in policy
11  determinations."
12          And my question is just similar to one we
13  were discussing, the previous exhibit, is that
14  you, Dr. Connelly, don't know what that means when
15  it says "durable biological underpinning"; is that
16  right?
17          MS. NOWLIN-SOHL:  Object to form;
18  mischaracterizes testimony.
19          THE WITNESS:  I'm sorry.  Can you repeat
20  the question?
21      Q.   (BY MR. RAMER)  Just to simplify the
22  question, it's just do you know what this is
23  referring to when it says "durable biological
24  underpinning to gender identity"?
25          MS. NOWLIN-SOHL:  Object to form.
```

Page 170

Dr. Kara Connelly August 28, 2023

```
 1              THE WITNESS:  I can't say what that is
 2    referring to.  And there may be more information
 3    in other references about what exactly that
 4    statement is referring.
 5         Q.   (BY MR. RAMER)  So let's switch back to
 6    the previous exhibit, which should be Connelly
 7    Exhibit 12.
 8              MS. NOWLIN-SOHL:  And just to confirm,
 9    John, because the numbering on the PDF files are
10    different than the exhibit labeling, this is the
11    one that's numbered 10?
12              MR. RAMER:  Yes, that's right, Li.  I
13    apologize.
14              MS. NOWLIN-SOHL:  No problem.  I just
15    wanted to make sure we're looking at the same
16    thing.
17         Q.   (BY MR. RAMER)  And back in that left
18    column, the paragraph we were previously looking
19    at, the sentence that says -- sorry.
20              The fourth sentence in that paragraph
21    says "Considerable scientific evidence has emerged
22    demonstrating a durable biological element
23    underlying gender identity."
24              I just want to understand, do you think
25    that statement is true?
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

```
 1              MS. NOWLIN-SOHL:  Object to form.
 2              THE WITNESS:  I can't say.  I can't say
 3    whether I think that that's true, again, without
 4    knowing what they refer to as "durable biological
 5    element."
 6         Q.   (BY MR. RAMER)  And in the last sentence
 7    in that paragraph, it says "There do not seem to
 8    be external forces that genuinely cause
 9    individuals to change gender identity."
10              Do you see that?
11         A.   Yes.
12         Q.   In your opinion, is it true that
13    individuals do not genuinely change gender
14    identity?
15              MS. NOWLIN-SOHL:  Object to form.
16              THE WITNESS:  Can you repeat the
17    question?
18         Q.   (BY MR. RAMER)  Yeah, just in your
19    opinion, is it true that individuals do not
20    genuinely change gender identity?
21              MS. NOWLIN-SOHL:  Same objection.
22              THE WITNESS:  In my professional opinion,
23    it is that generally there are not forces that
24    cause someone's gender identity to change.
25         Q.   (BY MR. RAMER)  Does someone's gender
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1    identity change?

2        A.   I think sometimes someone -- someone's

3    experiences in gender identity can change,

4    although I think it's very, very rare.

5        Q.   And do you think that change is genuine?

6        A.   Can you explain what you mean by

7    "genuine"?

8        Q.   I guess as more a theoretical matter,

9    when somebody's experienced that their gender

10   identity changes, that change is a genuine change

11   in their gender identity, meaning it is not a

12   mistake; is that right?

13            MS. NOWLIN-SOHL:  Object to form.

14            THE WITNESS:  I'm confused by the

15   question.

16       Q.   (BY MR. RAMER)  Okay.  We'll move on.

17            So same document, the right column.  And

18   there's a blue header, "Considerations," and then

19   the second paragraph down.

20            It says "The Endocrine Society's clinical

21   practice guideline on gender dysphoria/gender

22   incongruence provides the standard of care for

23   supporting transgender individuals."

24            Did I read that correctly?

25       A.   Yes.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1    Q.   And is that true?

2         MS. NOWLIN-SOHL:  Object to form.  Object

3    to the extent that it calls for a legal

4    conclusion.

5         THE WITNESS:  I think I would say that

6    the Endocrine Society's clinical practice

7    guideline helps to establish what would be

8    considered best practices in the care of

9    transgender individuals.

10   Q.   (BY MR. RAMER)  So would you be unwilling

11   to say that the Endocrine Society guideline

12   provides the standard of care for supporting

13   transgender individuals?

14        MS. NOWLIN-SOHL:  Object to the extent

15   that it calls for a legal conclusion.

16        THE WITNESS:  I think that there are --

17   there's -- people use the word "standard of care"

18   in different ways.  So I can't say that that would

19   be the -- would be true in every situation that --

20   in every meaning of the word "standard of care."

21   It would depend on how standard of care is being

22   defined.

23   Q.   (BY MR. RAMER)  And so this statement is

24   issued by the Pediatric Endocrine Society.

25        And how do you think members of the

Page 174

1    Pediatric Endocrine Society would understand the

2    phrase the "standard of care"?

3              MS. NOWLIN-SOHL:  Objection; speculation.

4              THE WITNESS:  I was not an author of this

5    statement, and I can't -- I can't say what all the

6    members of the Pediatric Endocrine Society or the

7    authors are meaning by this statement.

8         Q.   (BY MR. RAMER)  Do you recall whether the

9    Endocrine Society guidelines say if they establish

10   a standard of care?

11        A.   I don't recall that.

12             MR. RAMER:  Let's go back to those

13   guidelines, which I believe are Connelly

14   Exhibit 7.  And the file name unfortunately begins

15   with an 8.

16             MS. NOWLIN-SOHL:  We have that.

17             MR. RAMER:  Okay.  And I'd like to go to

18   3895, which should be toward the back.

19             MS. NOWLIN-SOHL:  Okay.

20        Q.   (BY MR. RAMER)  And in the right column

21   under the bold "Acknowledgements," do you see

22   there's a paragraph that begins with "Disclaimer"?

23        A.   Yes.

24        Q.   And I'm just going to read the third

25   sentence and ask if I read it correctly, which is

Page 175

1    "The guidelines cannot guarantee any specific

2    outcome, nor do they establish a standard of

3    care."

4             Did I read that correctly?

5        A.   Yes.

6        Q.   Okay.  We'll next move back to your

7    declaration, and specifically page 9,

8    paragraph 31.  And starting with the fourth

9    sentence, I'm just going to read the fourth and

10   fifth sentences and ask if I read them correctly.

11            "While the social and political

12   environments may continue to negatively impact a

13   patient's mental health, we see dramatic

14   improvements in our patients after they begin

15   gender-affirming medical care.  Depression,

16   anxiety, self-harm, and suicidal ideations are

17   significantly reduced based on the screening tools

18   PHQ-9 and GAD-7, which patients complete at every

19   visit."

20            Did I read that correctly?

21       A.   Yes.

22       Q.   And can you just explain what the PHQ-9

23   is?

24       A.   Yes.  It -- I believe it stands for

25   patient health questionnaire, but I'm not certain.

Page 176

1    And it is a screening tool for depression,
2    clinical depression.
3         Q.   And do you happen to know what the 9
4    means?
5         A.   I think it refers to the number of
6    questions that's included.
7         Q.   And when a patient completes the PHQ-9,
8    it results in a score; is that right?
9         A.   Yes.
10        Q.   And essentially the higher the score, the
11   worst patient's depression; is that right?
12        A.   The higher the score -- the score
13   determines the -- I can't remember the exact term.
14   The likelihood that a patient has clinically
15   significant depression.
16        Q.   And so just as a general matter, a higher
17   score is worse than a lower score; is that right?
18        A.   There isn't a way of characterizing it as
19   better or worse just simply based on the number.
20        Q.   Can you explain that a little more?
21        A.   Yeah.  So there -- so clinically
22   significant depression can include several of the
23   different numbers of the score.  But if they fall
24   within the same category of the clinically
25   significant depression, one number -- like, a 24

Page 177

Dr. Kara Connelly August 28, 2023

```
1    or -- I can't remember what the total, what the

2    highest number is, but let's say 22 may not be

3    more significant than a 21.

4              And we also look at the specific

5    questions and the way that those are answered when

6    looking at the score.  So we don't just look at

7    the total score to determine how significant

8    someone's depression is.

9         Q.   Well, is there a score for the PHQ-9 that

10   serves as a cutoff for particular conclusions?

11        A.   I cannot recall that.  That's more in the

12   expertise of our behavioral health team members.

13        Q.   So I take your point about the 24 versus

14   the 22, you can't make any conclusions.

15              But just as a general matter if somebody

16   scores a zero and somebody scores 22, the person

17   who scores a 22 has more indications of

18   depression, correct?

19        A.   The person who scores a 22 would be at a

20   higher likelihood of experiencing clinically

21   significant depression compared to someone who

22   scores a zero.

23        Q.   And then could you explain what the GAD-7

24   is?

25        A.   Yes.  That is a screening tool for
```

Page 178

Dr. Kara Connelly August 28, 2023

1    determining clinically significant anxiety.

2         Q.   So it's kind of like the PHQ-9, but for

3    anxiety; is that right?

4         A.   Yes.

5         Q.   And in your declaration back in

6    paragraph 31, the sentences we were just talking

7    about, you say you see dramatic improvements in

8    your patients after they begin gender-affirming

9    medical care; is that right?

10        A.   Yes.

11        Q.   Is that something you studied before?

12             MS. NOWLIN-SOHL:  Object to form.

13             THE WITNESS:  Can you be more specific?

14        Q.   (BY MR. RAMER)  Have you ever looked at

15   data to confirm that statement?

16             MS. NOWLIN-SOHL:  Object to form.

17             THE WITNESS:  In our clinic?

18        Q.   (BY MR. RAMER)  Correct.

19        A.   I can't say that we have conducted any

20   studies that have -- that have looked at overall

21   improvements in patients after they begin care.

22             MR. RAMER:  And, Li, I'd like to go to

23   Connelly Exhibit 13, which has, again,

24   unfortunately an 11 in the file name.

25             MS. NOWLIN-SOHL:  Okay.

Page 179

```
 1              (Deposition Exhibit No. 13 was marked.)
 2         Q.   (BY MR. RAMER)  And, Doctor, do you
 3    recognize this article?
 4         A.   Yes.
 5         Q.   And did you help author this article?
 6         A.   Yes.
 7         Q.   And did the data used in this article
 8    come from your clinic?
 9         A.   Yes.
10         Q.   Okay.  I'd like to go to page 198, I
11    guess the third page, Table 1.
12              And in Table 1, do you see there's a
13    category for affirmed gender?
14         A.   Yes.
15         Q.   And for male in that category, does that
16    mean it's an assigned female at birth with a
17    gender identity of male?
18         A.   Yes.
19         Q.   And so am I reading the table correctly
20    that over 70 percent of the sample were assigned
21    female at birth?
22         A.   In this study, yes, 72 percent were --
23    had an affirmed gender of male.  And I think in
24    likely all cases, that meant that they had -- we
25    can only -- I can only assume what their assigned
```

Page 180

Dr. Kara Connelly August 28, 2023

1   sex at birth is because it doesn't specify it

2   here.  And some people who are assigned male at

3   birth may still list their gender as male.

4           But I would say yes, the majority are

5   likely assigned female at birth.

6       Q.   Does that percentage of 70 percent -- or

7   let me ask it a different way.

8           Is that percentage of 70 percent, in your

9   estimation, reflective of your patient population

10  generally?

11      A.   Not generally.

12      Q.   Do you think it's higher or lower?

13      A.   It's higher in this sample than what we

14  see generally.

15      Q.   How much higher, do you think?

16      A.   Well, generally I'd say about two-thirds

17  of our patient population are assigned female at

18  birth.

19      Q.   And then going to page 197, the left

20  column, and there's the bold header "Methods."

21  And then under "Methods," it says "Participants

22  and procedure."  And then I'd like to read the

23  third sentence in that paragraph and ask if I read

24  it correctly.

25          It says "In this clinic, youth do not

                                        Page 181

Dr. Kara Connelly August 28, 2023

```
1   receive prescriptions for hormone medication
2   management at the initial visit, but many patients
3   initiate medications between their first and
4   second appointments after completing required
5   steps (family receives extensive counseling, signs
6   consent form, completes assessment, and acquires a
7   letter of support from an experienced mental
8   health provider.)"
9           Did I read that correctly?
10      A.   Yeah.
11      Q.   And is it true that many patients at your
12  clinic begin taking either puberty blockers or
13  cross-sex hormones after only one appointment?
14      A.   You mean after one -- after the first
15  medical visit?
16      Q.   Is that what "initial visit" refers to in
17  here?
18      A.   Yes.
19      Q.   So yes, that's what I'm asking.
20      A.   Yes.  There are a number of patients that
21  initiate medications after their first medical
22  visit, but that may not be the first visit that
23  they had with our team.
24      Q.   And over to page 198, back to Table 1,
25  and do you see there's a category toward the
```

Page 182

Dr. Kara Connelly August 28, 2023

1    bottom of the table that says "Interventions"?

2         A.    Yes.

3         Q.    And in that category, there's a row that

4    says "Neither hormone blockers or HT."

5               Do you see that?

6         A.    Yes.

7         Q.    Does "HT" stand for hormone therapy?

8         A.    Yes.

9         Q.    And hormone therapy can also be described

10   as cross-sex hormones; is that right?

11        A.    Yes.

12        Q.    And in this table, it says that

13   96.2 percent were not on puberty blockers or

14   cross-sex hormones at the initial visit, correct?

15        A.    I have to go back to look to see what

16   exactly initial visit is referring to.

17        Q.    What could it be referring to?

18        A.    If -- I don't know if that means that

19   they -- when they were seen for that initial visit

20   they were already on treatment or if they were

21   prescribed that treatment following the initial

22   visit.

23        Q.    Well, I guess let's move to the second

24   column, then, in that same row.  And it looks like

25   by the time of the follow-up visit, the number --

Page 183

Dr. Kara Connelly August 28, 2023

1    excuse me.

2              The percentage that is not on hormone

3    blockers or cross-sex hormones falls to only

4    47.5 percent; is that right?

5              MS. NOWLIN-SOHL:  Object to the form.

6              THE WITNESS:  I'm sorry.  Can you repeat

7    the question?

8         Q.   (BY MR. RAMER)  Yeah.  Just in Table 1,

9    we were just looking at the row that discusses

10   neither hormone blockers or hormone therapy.

11             And we saw that at the initial visit, it

12   says there were -- 96.2 percent of the sample were

13   on neither hormone blockers or hormone therapy,

14   correct?

15        A.   Correct.

16        Q.   And then when you move over a column to

17   the follow-up, that percentage falls to

18   47.5 percent.

19             Do you see that?

20        A.   Yes.

21        Q.   So by the time of the follow-up

22   appointment, over half the patients in this sample

23   were on either puberty blockers or cross-sex

24   hormones, correct?

25             MS. NOWLIN-SOHL:  Object to form.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

```
 1              THE WITNESS:  So is your question what
 2   was the percentage of individuals who started who
 3   were on therapy by the time of the follow-up
 4   visit?
 5         Q.   (BY MR. RAMER)  My question is simply
 6   just trying to understand the data on that line.
 7   And what it looks like -- and correct me if I'm
 8   wrong -- is what it looks like is that at the
 9   initial visit, 96.2 percent of the sample were on
10   neither puberty blockers nor cross-sex hormones,
11   but then by the time of the follow-up visit, only
12   47.5 percent were neither on puberty blockers or
13   cross-sex hormones.
14              Am I reading that correctly?
15         A.   Yes.
16              MS. NOWLIN-SOHL:  The follow-up does not
17   say the initial follow-up.
18              MR. RAMER:  Sure.
19         Q.   (BY MR. RAMER)  And is that percentage
20   reflective of your patient population generally?
21         A.   I would say generally no.
22         Q.   I'd like to go back to page 197.  I guess
23   why would you say that, "generally no"?
24         A.   Because generally there are a higher
25   number of patients that are not on cross-sex
```

Page 185

Dr. Kara Connelly August 28, 2023

1  hormone therapy or puberty blockers at the time of

2  their first follow-up visit.

3      Q.   And is that higher number or higher

4  percentage?

5      A.   Than this study?

6      Q.   I'm asking because I would assume the

7  number is certainly higher because this is just a

8  sample.  And my question is about the percentage.

9      A.   Yes, a higher percentage than -- in this

10 study are not on cross-sex hormones or puberty

11 blockers at the time of their first follow-up

12 visit.

13     Q.   So did you choose -- for this article did

14 you choose a data set that was not representative

15 of your clinic?

16          MS. NOWLIN-SOHL:  Object to the form.

17          THE WITNESS:  No.  This wasn't a sample

18 that was chosen, but it is a sample in this period

19 of time that is different than what our population

20 is now.

21     Q.   (BY MR. RAMER)  And so how much higher do

22 you think the percentage is now?

23          MS. NOWLIN-SOHL:  Object to form.

24          THE WITNESS:  How much higher is the

25 percentage of patients who are not on cross-sex

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1   hormones or puberty blockers at the time of their

2   first follow-up appointment?

3          Q.   (BY MR. RAMER)   Correct.

4          A.   I would probably estimate closer to

5   70 percent.

6          Q.   So then by the time of the first

7   follow-up, your estimation is that 30 percent are

8   on either puberty blockers or cross-sex hormones;

9   is that right?

10         A.   Yes.

11         Q.   And is that greater than the 2 percent

12  you mentioned earlier this morning?

13         A.   Can you remind me what the 2 percent --

14         Q.   It's not important.   Sorry.   I'll move

15  on.

16              Okay.   So page 197, left column, first

17  full paragraph which begins with the phrase "To

18  fill these gaps in the research," do you see that?

19         A.   Yes.

20         Q.   And in this paragraph, is it fair to say

21  you are listing the aims of this study?

22         A.   Yes.

23         Q.   And I'm going to read the first aim and

24  just ask if I read it correctly.

25              It says "Describe changes in anxiety and

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1    depression and suicidality from intake visit to

2    first follow-up appointment using the PHQ-9 and

3    GAD-7 in TGN youth."

4             Did I read that correctly?

5        A.   Yes.

6        Q.   And "TGN," does that stand for

7    transgender and gender nonconforming?

8        A.   I'm just going to double-check.  Yes.

9        Q.   And then for the third aim, it says

10   "Examine changes in anxiety and depression from

11   intake to first follow-up among the TGN youth who

12   initiate HT"; is that right?

13       A.   Yes.

14       Q.   And "HT" there refers to hormone therapy,

15   correct?

16       A.   Yes.

17       Q.   Okay.  I'd like to go back to 198 and to

18   Table 2 now.  And in Table 2, that table is

19   entitled "Change in depression and anxiety from

20   initial visit to first follow-up," correct?

21       A.   Yes.

22       Q.   And so there's kind of four groupings

23   here.  The first is PHQ-9 distance.  The second is

24   GAD-7 distance.  The third is PHQ-9 HT, and the

25   fourth is GAD-7 HT.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

```
 1                    Do you see that?
 2        A.    Yes.
 3        Q.    And my questions are going to relate to
 4   the bottom two groups.
 5              And starting with the group that's
 6   labeled "PHQ-9 HT," is it fair to say this is
 7   measuring the PHQ-9 scores for the sample?
 8        A.    Yes.
 9        Q.    And in this category, it's broken out
10   between those who have initiated cross-sex
11   hormones and those who have not initiated
12   cross-sex hormones, correct?
13        A.    Yes.
14        Q.    And then as you move to the columns, is
15   it correct that you're providing the average PHQ-9
16   scores for the initial visit in the first column?
17        A.    Yes, it's the mean scores and the
18   standard deviation in the parentheses.
19        Q.    And then in the second column, you're
20   providing the mean scores for the follow-up visit;
21   is that right?
22        A.    Yes.
23        Q.    And for the category of patients who had
24   initiated hormone therapy, this table shows that
25   their PHQ-9 scores on average increased from the
```

Page 189

1    initial visit to the follow-up visit, correct?

2         A.   The mean score at the follow-up visit of

3    the group as a whole is numerically higher but not

4    statistically significantly higher than at the

5    initial visit.

6         Q.   And for the category of patients who had

7    not initiated hormone therapy, this table shows

8    that their PHQ-9 scores on average decreased from

9    the initial visit to the follow-up visit, correct?

10        A.   Again, not statistically significant, but

11   the follow-up mean score of the group as a whole

12   was lower than the initial visit mean score of the

13   group as a whole.

14        Q.   Why does the lack of statistical

15   significance matter?

16        A.   Because with the lack of statistical

17   significance, we can't draw any conclusions about

18   the data and the tables.

19        Q.   Right.  I want to go down to the group

20   below that for the GAD-7.

21             And this is broken out along the same way

22   as the PHQ-9 group, correct?

23        A.   Yes.

24        Q.   And this also shows that the average

25   scores of the GAD-7 increased between initial

Page 190

Dr. Kara Connelly August 28, 2023

1  visit and follow-up visit for those who had

2  initiated hormone therapy, correct?

3      A.   The average GAD-7 score, there was no

4  statistically significant difference between the

5  initial visit and the follow-up visit.

6      Q.   I understand the point about statistical

7  significance.

8           My question is simply the data that you

9  recorded in this study shows that the average

10 score for those who had initiated hormone therapy

11 increased from the initial visit to the follow-up

12 visit, correct?

13     A.   The follow-up visit average score is .5

14 higher than the average score at the initial

15 visit -- .1, sorry.

16     Q.   And for the category of patients who had

17 not initiated hormone therapy, the average score

18 decreased from the initial visit to the follow-up

19 visit, correct?

20     A.   Again, not statistically significant, the

21 average GAD-7 score at the follow-up was .5 points

22 lower than at the initial visit, the average score

23 at the initial visit.

24     Q.   And just returning to your declaration,

25 to page 9, paragraph 31, the fourth sentence down,

Page 191

1    and you say you see dramatic improvements in your

2    patients after they begin gender-affirming medical

3    care.

4              Do you see that?

5         A.    Yes.

6         Q.    And you also say depression, anxiety,

7    self-harm, and suicidal ideation are significantly

8    reduced.

9              Do you see that?

10        A.    Yes.

11        Q.    How do you reconcile those statements

12   with the results reported in your own article?

13        A.    The article was only over a very short

14   period of time from the initial visit to the

15   follow-up, usually about three months later, and

16   the dramatic improvements that we see take place

17   over a longer period of time.

18        Q.    So you do not see dramatic improvements

19   after your patients begin gender-affirming medical

20   care; is that right?

21              MS. NOWLIN-SOHL:  Object to form.

22              THE WITNESS:  We do see dramatic

23   improvements in our patients after they begin

24   gender-affirming medical care over time.

25        Q.    (BY MR. RAMER)  And is that measured

Page 192

1    anywhere?

2         A.   It's not in -- it's measured in the

3    patient's electronic medical records.

4         Q.   Is it measured in a format for you to

5    make the conclusion that you see dramatic

6    improvements based on PHQ-9 and GAD-7 scores?

7              MS. NOWLIN-SOHL:   Object to form.

8              THE WITNESS:   It's not collated in a

9    database, but it is something that we look at at

10   every single visit, their score and their numbers,

11   the total score, and again, how they answer each

12   of the questions from last visit to this visit,

13   the next visit, and so on.

14        Q.   (BY MR. RAMER)  And when you say

15   improvement is over a longer term, what kind of

16   length are you talking about?

17        A.   Well, it really varies.  And so for some

18   patients, it is a shorter period of time.

19             For some patients it might take a longer

20   period of time.  It might take six months.  It

21   might take eight months.  It really depends on a

22   lot of factors.

23        Q.   And have you seen a dramatic improvement

24   in a statistically significant measure?

25        A.   In our clinic?

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1      Q.    Correct.

2      A.    No.  We haven't studied that.

3      Q.    Just going back to the exhibit -- let's

4  see what number that is.  Oh, Exhibit 13, 11 file

5  name, I'd like to go to page 199.  And left

6  column, first full paragraph, second sentence.

7      A.    Excuse me, before the next question, can

8  I just clarify my last answer?

9      Q.    Sure.

10      A.    The question I believe was have we

11  observed a statistically significant difference in

12  our clinic patient population?  And -- is that the

13  question?  Was that the question?

14      Q.    It may have been.  Let's assume that's

15  the question.  Go ahead.

16      A.    I meant to say that we have not

17  specifically done a study to assess that.

18      Q.    Okay.  So page 199, left column, first

19  full paragraph, second sentence.  I just want to

20  read this and ask if I read it correctly.

21          It says "While some evidence to date

22  lends strong support for symptom improvement over

23  time, the current study suggests changes likely

24  occur gradually and may not begin to occur until

25  several months into treatment."

```
1                    Did I read that correctly?
2          A.   Yes.
3          Q.   And after you say "some evidence to
4   date," then "strong support for symptom
5   improvement over time," you cite endnote 4 and
6   then endnotes 12 through 16; is that right?
7          A.   Yes.
8          Q.   And if we flip down to endnotes 12
9   through 16, as you sit here today, do you know
10  whether any of those studies involved individuals
11  under 18 years of age?
12         A.   I can't say just looking at the titles.
13         Q.   Okay.  In the other study you cited in
14  endnote 4, that is de Vries.
15              Do you see that?
16         A.   Yes.
17         Q.   And we've gone a little over an hour.  Do
18  you want to take a break or keep going?  Up to
19  you.
20         A.   I can keep going.
21         Q.   Okay.  So on the same article, on
22  page 198, right column, the only full paragraph in
23  that column and the last sentence right before the
24  conclusion, I'm just going to read that and ask if
25  I read it correctly.
```

Page 195

1          It says "Similarly, there were no
2     differences in the endorsement of suicidal
3     ideation between initial and follow-up visit for
4     youth who did versus did not initiate
5     gender-affirming hormones."
6          Did I read that correctly?
7     A.    Yes.
8     Q.    And same page, left column, only full
9     paragraph in that column, the last sentence.
10         It says "Of the 27 (34 percent) youth who
11    endorsed suicidality at intake, 22 (81 percent)
12    continued to endorse suicidality at their
13    follow-up visit, and only 4 (4 percent) no longer
14    endorsed suicidality at follow-up."
15         Did I read that correctly?
16    A.    Yes.
17    Q.    And are those statements reflective of
18    your -- are those statements accurate?
19    A.    Specific to this paper?
20    Q.    Yes.
21    A.    I'm just going to look back at the
22    tables.
23    Q.    Yeah.  That's fine.  And if you don't
24    know, that's fine.  We can move on.
25    A.    The only thing, I can't recall where the

Page 196

1    actual numbers, the 27 and 34 percent, I just -- I

2    can't find them in the paper.

3         Q.   That's fine.  That's fine.  So moving on

4    from this article, are you familiar with the term

5    "the Dutch studies"?

6              MS. NOWLIN-SOHL:  Object to form.

7              THE WITNESS:  Can you be a little more

8    specific about what you mean by "the Dutch

9    studies"?

10        Q.   (BY MR. RAMER)  Just the studies that

11   came out of the Netherlands, sometimes referred

12   to, you know, as establishing the Dutch protocol.

13             MS. NOWLIN-SOHL:  Object to form.

14             THE WITNESS:  I'm familiar with studies

15   out of the -- reporting on outcomes from the

16   clinic in the Netherlands.

17        Q.   (BY MR. RAMER)  And going to your

18   declaration, page 10, paragraph 32, note 7, you

19   cite the first citation is the de Vries article,

20   correct?

21        A.   Yes.

22        Q.   And do you cite another de Vries article

23   in this footnote?

24        A.   Yes, there are two.

25        Q.   Okay.  And these studies came out of the

Dr. Kara Connelly August 28, 2023

1    work in the Netherlands that you were previously

2    describing, correct?

3         A.   Yes.

4         Q.   And in paragraph 32, you cite these

5    studies for the proposition that treatment with

6    puberty blockers and cross-sex hormones is

7    associated with improvement in mental health,

8    correct?

9         A.   I'm sorry.  Can you tell me again where

10   that is written?

11        Q.   Yeah.  I'm just looking at -- so on

12   paragraph 32, you have the little footnote 7 at

13   the end.

14             And the way I read it -- and please

15   correct me if I'm wrong -- is that the studies

16   you're citing in footnote 7, you're citing for the

17   proposition that treatment is associated with

18   improvement in mental health.

19        A.   Yes.

20        Q.   And in the paragraph 32, you're talking

21   about puberty blockers and hormone therapy,

22   correct?

23        A.   Yes, but some of the studies look more

24   specifically at one of the treatment -- one of

25   those treatments versus the others, and some

Dr. Kara Connelly August 28, 2023

1    looked at both.

2         Q.   That's fair.  Understood.

3              Do you recall whether the subjects in

4    these two de Vries articles were receiving

5    psychotherapy?

6         A.   Can you be more specific about what you

7    mean by "psychotherapy"?

8         Q.   What do you understand that term to mean?

9         A.   Ongoing -- ongoing therapy throughout the

10   course of their treatment.

11        Q.   Yeah, let's go with that.

12             Do you understand the subjects in the

13   de Vries studies to be receiving that?

14        A.   I can't recall that.

15        Q.   If they were receiving that

16   psychotherapy, do you think that would be a

17   confounding variable in these studies?

18             MS. NOWLIN-SOHL:  Object to form;

19   foundation.

20             THE WITNESS:  I don't think that that --

21   I wouldn't consider that a confounding variable in

22   these studies.

23        Q.   (BY MR. RAMER)  And why not?

24        A.   I would just think of it as something

25   separate than the different medical interventions

Page 199

Dr. Kara Connelly August 28, 2023

```
1    that they're undergoing, yeah.
2         Q.    If you had a study and the subjects were
3    receiving medical interventions while also
4    receiving psychotherapy at the same time and the
5    study showed an improvement, do you not think that
6    the psychotherapy would be a confounding variable?
7              MS. NOWLIN-SOHL:  Object to form.
8              THE WITNESS:  I think it would really
9    depend on how the study was designed.
10        Q.    (BY MR. RAMER)  In what way?
11        A.    Well, if it was being considered a
12   variable, it would have to be -- and, you know, it
13   would have to be something that was consistently
14   done the same way, or differently.
15             It's hard to just characterize it as a
16   confounding variable without knowing what
17   psychotherapy actually entailed.
18        Q.    So I guess depending on what the
19   psychotherapy entailed, it could be a confounding
20   variable; is that right?
21        A.    I don't know that I could characterize it
22   as a confounding variable without knowing --
23   without really knowing more about what that
24   psychotherapy entailed and how it was being
25   utilized in the patient population.
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1     Q.   And so lack of knowledge about the
2   psychotherapy would potentially be an indication
3   of a confounding variable, right?
4           MS. NOWLIN-SOHL:  Object to form.
5           THE WITNESS:  Can you repeat that
6   question?
7     Q.   (BY MR. RAMER)  I guess I thought your
8   answer was you can't say it's a confounding
9   variable if you don't know what the psychotherapy
10  was; is that right?
11    A.   I would say that it would be hard to say
12  that it's a confounding variable without -- yeah,
13  without knowing what that is or what that means to
14  know if it's -- if it is having any influence on
15  the individuals separate from the medical
16  interventions that they are receiving.
17    Q.   Well, isn't the point of a confounding
18  variable that you don't know what is influencing
19  what and that's why it's a study limitation?
20          MS. NOWLIN-SOHL:  Object to form.
21          THE WITNESS:  Are you referring to these
22  specific studies?
23    Q.   (BY MR. RAMER)  Now I'm just asking in
24  the -- as a concept based on your answer of
25  whether psychotherapy was a confounding variable

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1    in these studies.

2          And I guess I'm misunderstanding because

3    the hypothetical -- let me just -- I'll restate

4    it.

5          The hypothetical is you have a study

6    where the subjects were receiving medical

7    interventions at the same time they were receiving

8    psychotherapy, and the study shows an improvement.

9          And my question is can you conclude from

10   that that the medical interventions caused the

11   improvement?

12         MS. NOWLIN-SOHL:  Object to the form.

13         THE WITNESS:  I don't know that you can't

14   make that conclusion.

15         And again, because the psychotherapy, if

16   it's not part of the study design where we know

17   that all patients are having the same experience

18   and receiving the same treatment in terms of

19   psychotherapy, I don't think that that can be

20   included in drawing conclusions about the outcomes

21   of the medical interventions.

22      Q.   (BY MR. RAMER)  And what if the

23   psychotherapy was part of the study design and all

24   the patients were receiving psychotherapy?

25         MS. NOWLIN-SOHL:  Object to form.

Dr. Kara Connelly August 28, 2023

```
 1              THE WITNESS:  What -- and in that case --
 2    and then what's the question?
 3         Q.   (BY MR. RAMER)  So backing out, the
 4    hypothetical is all the patients are receiving
 5    medical interventions; all the patients are
 6    receiving the same psychotherapy, and then you see
 7    a benefit from those treatments.
 8              Can you conclude that the benefit came
 9    from the medical interventions?
10              MS. NOWLIN-SOHL:  Object to form; asked
11    and answered.
12              THE WITNESS:  In that study design, I
13    don't think that you can draw the conclusion that
14    the outcomes or improvements aren't from the
15    medical interventions and -- yeah.
16         Q.   (BY MR. RAMER)  Okay.  Let's go back to
17    footnote 7 of your declaration.
18              Do you want to take a -- we can take a
19    break as well if you --
20         A.   Sure.
21              MS. NOWLIN-SOHL:  Yeah, let's do that.
22              MR. RAMER:  Okay.  So I have about 16.
23    Do you want to say 25 after so, like, nine minutes
24    or so?
25              MS. NOWLIN-SOHL:  That sounds good.
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

```
 1              MR. RAMER:  All right.  Let's do that.
 2              THE VIDEOGRAPHER:  Okay.  So the time is
 3    4:16 p.m. Mountain time, and we are off the
 4    record.
 5          (Break taken from 4:16 p.m. to 4:27 p.m.)
 6              THE VIDEOGRAPHER:  All right.  So we are
 7    recording.  The time is 4:27 p.m. Mountain time,
 8    and we are back on the record.
 9        Q.   (BY MR. RAMER)  Okay.  Dr. Connelly, I'd
10    like to go to your declaration, same page 10,
11    footnote 7.
12              And in this footnote, you also cite a
13    study by Chen, correct?
14        A.   Sorry.  I'm just looking for it.  Yes.
15              MR. RAMER:  Okay.  And, Li, we sent
16    Connelly Exhibit 15 which has a 12 in the file
17    name.
18              MS. NOWLIN-SOHL:  Okay.
19          (Deposition Exhibit No. 15 was marked.)
20        Q.   (BY MR. RAMER)  Doctor, have you seen
21    this article before?
22        A.   Article 10 --
23        Q.   Sorry, yes.  Partway down starts with
24    "Growing evidence."
25              Have you seen this before?
```

Page 204

```
 1        A.    I don't recall seeing this article.
 2        Q.    Okay.  And do you recognize the name of
 3   the lead author?
 4        A.    Dr. de Vries or Dr. Hannema?  But yes, I
 5   recognize the names.
 6        Q.    Okay.  And toward the bottom, you can see
 7   the kind of smaller print below the paragraphs.
 8              The date on this is January 19, 2023,
 9   correct?
10        A.    Yes.
11        Q.    And this editorial is reviewing the Chen
12   article that you cite, correct?
13        A.    I have to go down to the footnote.  Okay.
14   Yes.
15        Q.    And I'd like to go down to page 276,
16   which is the second page, and look in the left
17   column, the second full paragraph and the second
18   sentence.  I'll read it and ask if I read it
19   correctly.
20              It says "Although overall psychological
21   functioning in the study participants improved,
22   there was substantial variation among
23   participants, a considerable number still had
24   depression, anxiety, or both at 24 months, and two
25   died by suicide."
```

1              Did I read that correctly?

2       A.    Yes.

3       Q.    And were you aware of these facts before

4    you cited the Chen article?

5       A.    I was -- I read the Chen article, and I

6    would have to go back to the Chen article to be

7    sure that this -- these statements are accurate.

8       Q.    And two sentences down, it says -- and

9    I'll read it and ask if I read it correctly.

10             It says "However, other possible

11   determinants of outcomes were not reported,

12   particularly the extent of mental health care

13   provided throughout GAH treatment."

14             Did I read that correctly?

15      A.    Yes.

16      Q.    What is your understanding of what

17   de Vries and the co-author are saying there?

18             MS. NOWLIN-SOHL:  Object to form.

19             THE WITNESS:  What is my interpretation

20   of that sentence?

21      Q.    (BY MR. RAMER)  What do you understand

22   that sentence to be saying?  Yes.

23             MS. NOWLIN-SOHL:  Objection; foundation.

24   If you need to look at this article, you can.

25      Q.    (BY MR. RAMER)  And if you don't know as

                                        Page 206

```
 1    you sit here, that's fine.
 2         A.   Yeah, I don't know what -- I don't know
 3    what they're referring to in that statement
 4    without looking at the rest of it and seeing how
 5    it correlates with the Chen article.
 6         Q.   All right.  And so same editorial right
 7    column, second full paragraph that begins with
 8    "Finally."  And I'll just read this sentence and
 9    ask if I read it correctly.
10              It says "Finally, benefits of early
11    medical intervention, including puberty
12    suppression, need to be weighed against possible
13    adverse effects, for example, with regard to bone
14    and brain development and fertility."
15              Did I read that correctly?
16         A.   Yes.
17         Q.   Do you see where de Vries mentions
18    possible effect on brain development?
19         A.   In that sentence?
20         Q.   Yes.
21         A.   Yes.
22         Q.   And what do you know about the risk of
23    adverse effects on brain development from puberty
24    suppression?
25         A.   What do I know about adverse effects on
```

Page 207

Dr. Kara Connelly August 28, 2023

1    brain development?

2         Q.   Correct.

3         A.   Just in general?

4         Q.   Yes.

5         A.   I don't think there's enough data to draw

6    conclusions about adverse effects on brain

7    development in patients treated with medical

8    interventions.

9         Q.   Is adolescence associated with

10   significant neurodevelopment?

11        A.   Can you be more specific about

12   neurodevelopment?

13        Q.   Yeah, I guess maybe we'll do it this way.

14   We'll go to Connelly Exhibit 16, which has a 13 in

15   the file name.

16             (Deposition Exhibit No. 16 was marked.)

17        Q.   (BY MR. RAMER)  And, Doctor, have you

18   seen this article before?

19        A.   I don't recall seeing it before.

20        Q.   Do you recognize the name of the lead

21   author?

22        A.   Diane Chen.

23        Q.   Is that the same Chen that you cite in

24   your declaration?

25        A.   Yes, I believe so.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1      Q.   And I understand you haven't read this,

2  but I just want to make sure I understand the

3  scope of your expert opinion.  And I'd like to go

4  to page 254 and specifically the left column.

5  There's the bold "Discussion" header, and then I'd

6  like to read the second sentence, and I'll ask if

7  I read it correctly.

8         It says "However, puberty is a major

9  developmental process and the full consequences

10 (both beneficial and adverse) of suppressing

11 endogenous puberty are not yet understood."

12        Did I read that correctly?

13     A.   Yes.

14     Q.   And do you agree that the full

15 consequences of suppressing endogenous puberty are

16 not yet understood?

17     A.   I think I would need to look at this in a

18 little more depth.

19     Q.   Okay.  Well, let's go to page 249.  And

20 right column, first full paragraph, first sentence

21 and then the italics after that.  I'll read it and

22 ask if I read it correctly.

23        "We employed a two-round Delphi procedure

24 to obtain expert consensus regarding the most

25 efficacious research design elements to address

Page 209

Dr. Kara Connelly August 28, 2023

1   the following research question:  What, if any,

2   real-world impact does pubertal suppression have

3   on transgender children's cognitive and neural

4   development?"

5           Did I read that correctly?

6       A.   Yes.

7       Q.   And do you know the answer to that

8   question?

9           MS. NOWLIN-SOHL:  Object to form;

10  foundation.

11          THE WITNESS:  The answer to the question

12  in italics?

13      Q.   (BY MR. RAMER)  Correct.  Do you know the

14  answer to the question "What, if any, real-world

15  impacts does pubertal suppression have on

16  transgender children's cognitive and neural

17  development?"

18          MS. NOWLIN-SOHL:  Same objections.

19          THE WITNESS:  I don't think I can

20  formulate an answer to that question without

21  knowing what exactly it's referring to in terms of

22  real-world impact and what specifically it's

23  referring to on cognitive and neural development.

24      Q.   (BY MR. RAMER)  So what would you need to

25  know?

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

```
1        A.    I'm not sure what it means by "real-world

2   impact."  And then specifically what aspects of

3   cognitive and neural development they're referring

4   to.

5        Q.    Do you know what effect pubertal

6   suppression has on an individual's cognitive and

7   neural development?

8        A.    I don't know that there is enough

9   published data on that to be able to make a

10  general statement without looking at -- without

11  being more specific.

12       Q.    Okay.  Let's go to page 248.  And left

13  column, the second full paragraph, so it's toward

14  the bottom.  And I'm going to read the second

15  sentence and ask if I read it correctly.

16            It says "Animal studies demonstrate

17  pubertal hormones exert broad neuronal influence,

18  including effects on neurogenesis,

19  differentiation, apoptosis, dendritic branching,

20  spine density, and regional gray and white matter

21  volumes."

22            And apart from almost certain

23  mispronunciations, did I read that correctly?

24       A.    Yes.

25       Q.    And why do you think the authors of this
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

1    study are mentioning studies on animals?

2            MS. NOWLIN-SOHL:  Objection; speculation.

3            THE WITNESS:  I don't know.  I can't

4    answer that.

5        Q.   (BY MR. RAMER)  Do you agree that medical

6    research often begins by studying the effects of

7    research on animals such as rodents?

8        A.   Some research studies involve animals,

9    but not all.

10       Q.   And you've published studies conducting

11   medical research on rodents before, right?

12       A.   Yes.

13       Q.   And do you agree that ethical principles

14   often require experiments be done on animals

15   before they are done on humans?

16       A.   It depends on -- it depends on what's

17   being studied.  Sometimes it may not be either

18   feasible, if we can't develop an appropriate

19   animal model, or may not be appropriate, or may

20   not be generalizable to non -- or to humans.

21       Q.   So it's true that in some situations

22   ethical principles would require that experiments

23   be done on animals before they are done on humans,

24   right?

25       A.   I don't know that ethical principles

Page 212

Dr. Kara Connelly August 28, 2023

1    require that some experiments be done on animals.

2    It depends on -- it depends on what's being

3    studied.

4         Q.   Right.  And is there any instance where

5    ethical principles would suggest you need to study

6    the effect on animals before you study the effect

7    on humans?

8         A.   I guess what do you mean by "ethical

9    principles"?

10        Q.   What do you understand that term to mean

11   in the context of medicine?

12             MS. NOWLIN-SOHL:  Object to form.

13             THE WITNESS:  It means a wide range of

14   things that are pertaining to ethical principles.

15        Q.   (BY MR. RAMER)  What do you think the

16   term means in the context of research?

17        A.   Again, I think it can -- it means a --

18   there's a lot of things that go into ethical

19   principles of conducting research.

20        Q.   Okay.  So you've conducted research

21   conducting -- I'm sorry.

22             You've conducted medical research on

23   rodents before, correct?

24        A.   Yes.

25        Q.   And why did you conduct that research on

Page 213

Dr. Kara Connelly August 28, 2023

1   rodents rather than humans?

2          A.   That specific -- the specific projects

3   that I did?

4          Q.   Yes.

5          A.   Well, it was to look specifically at

6   specific -- changes of different treatments

7   specific to the animals and the outcomes in the

8   animals.

9          Q.   So you were conducting that study because

10  you wanted to know the effect on the animals?

11         A.   Yes.  And it was under the guidance and

12  supervision of my research mentor, who was the

13  principal investigator of the study.

14         Q.   And why did you want to know the effect

15  of the treatment on animals?

16         A.   We were learning how -- or my research

17  mentor, principal investigator of the study, it

18  was an expert in bone development in rodents.  And

19  that was part of his research program to better

20  understand the components of bone development in

21  rodents.

22         Q.   Isn't it true the reason you want to

23  understand bone development in rodents is so that

24  you can make conclusions about bone development in

25  humans?

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1       A.    Not always.

2       Q.    Right.  But in that study, were you

3   studying rodents for the sake of studying rodents?

4       A.    Yes.

5       Q.    Okay.  I'd like to go to page 253.  And

6   right column, the -- it's just unfortunately a

7   block of text.  And I'd like to go to the sentence

8   a little over halfway down that begins with "In

9   addition."  And I'd just like to read that and see

10  if I read it correctly.

11          It says "In addition,

12  cognitive/behavioral flexibility, a component of

13  executive functioning, should be measured given

14  that studies in rodents show ovarian hormones

15  acting during puberty, program cognitive

16  flexibility by exerting long-lasting effects on

17  excitatory-inhibitory balance in the prefrontal

18  cortex."

19          And did I read that correctly?

20      A.    Yes.

21      Q.    And do you agree that rodent studies have

22  shown that ovarian hormones can have lasting

23  effects in brain development?

24      A.    I am not familiar with the studies

25  looking at -- looking at that specifically in

Page  215

Dr. Kara Connelly August 28, 2023

```
 1    rodents.
 2         Q.   If a scientist is faced with animal
 3    studies reporting that pubertal hormones have
 4    long-lasting effects on brain development,
 5    shouldn't that scientist conclude there's some
 6    possibility that pubertal hormones may also have
 7    long-lasting effects on brain development in
 8    humans?
 9              MS. NOWLIN-SOHL:  Object to form.
10              THE WITNESS:  I think it's too hard to
11    make that statement.  There are -- there's too
12    many variables that would need to be considered to
13    make that statement.
14         Q.   (BY MR. RAMER)  Before seeing this
15    article today, were you aware of reference in
16    literature regarding the effect of pubertal
17    suppression on brain development in animals?
18              MS. NOWLIN-SOHL:  Sorry, could you repeat
19    that, John?
20         Q.   (BY MR. RAMER)  Before seeing this
21    article, were you aware of references in
22    literature regarding the effect of pubertal
23    suppression on brain development in animals?
24         A.   Not that I can recall.
25         Q.   And now that you are aware, does this
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1  cause you as a clinician to want to know the

2  answer to the question of whether puberty blockers

3  have long-lasting effects on brain development in

4  a human?

5          MS. NOWLIN-SOHL:  Object to form.

6          THE WITNESS:  Can you repeat the

7  question?

8      Q.   (BY MR. RAMER)  Now that you are aware,

9  does this cause you as a clinician to want to know

10 the answer as to whether puberty blockers have

11 long-lasting effects on brain development in

12 humans?

13         MS. NOWLIN-SOHL:  Same objection.

14         THE WITNESS:  Having read this statement

15 about studies in rodents and hormones during

16 puberty does not change -- does not have an impact

17 on how I want to know the effects of pubertal

18 suppression on brain development in humans.

19     Q.   (BY MR. RAMER)  So this doesn't concern

20 you?

21     A.   This does not --

22         MS. NOWLIN-SOHL:  Objection to form;

23 mischaracterization of testimony.

24         THE WITNESS:  This does not have an

25 impact on how I think about that question.

Page  217

Dr. Kara Connelly August 28, 2023

```
1        Q.   (BY MR. RAMER)  And why not?
2        A.   Well, because I haven't read the study
3   and would need to look at the study to really
4   understand more about that statement.
5        Q.   Do you want to learn more about that
6   statement given what we just read?
7        A.   Do I want to learn more about ovarian
8   hormones acting during puberty programming
9   cognitive flexibility by exerting long-lasting
10  effects on excitatory-inhibitory balance in the
11  prefrontal cortex?
12       Q.   Yes.  Does reading that sentence lead you
13  to want to know whether that holds true in humans?
14       A.   Well, I want to know if that holds true
15  in humans regardless of what is found in rodents.
16       Q.   And do you know if that holds true in
17  humans?
18            MS. NOWLIN-SOHL:  Object to form.
19            THE WITNESS:  This exact statement?
20       Q.   (BY MR. RAMER)  That puberty suppression
21  can have long-lasting effects on brain
22  development, yes.
23            MS. NOWLIN-SOHL:  Object to form.
24            THE WITNESS:  Okay.  I'm sorry.  I am
25  confused by the question.
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1      Q.   (BY MR. RAMER)  I guess I'll ask it this

2   way:  If you were presented with a study that says

3   pubertal suppression has a long-lasting

4   neurological effect on rodents, as a clinician,

5   would that concern you with respect to prescribing

6   puberty blockers to suppress puberty in humans?

7           MS. NOWLIN-SOHL:  Object to form.

8           THE WITNESS:  Again, it would depend on

9   what specific concerns or developmental changes

10  were observed, especially in the recognition that

11  brains of rodents are different than brains of

12  humans and that the changes in rodent brains from

13  pubertal suppression may not be generalizable to

14  the human population.

15     Q.   (BY MR. RAMER)  Do you think you'll read

16  this study in full after this deposition?

17     A.   I was not planning on it.

18     Q.   Okay.  I'd like to go to page 252.  Left

19  column, about halfway down of that paragraph, and

20  there's a sentence that starts with "The effects

21  of pubertal suppression."

22          Do you see that?

23     A.   Yes.

24     Q.   Okay.  I'm just going to read those two

25  sentences and ask if I read them correctly.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1          It says "The effects of pubertal

2     suppression may not appear for several years.  Any

3     GnRHa related difference in brain structure is

4     likely to be observed over the long term rather

5     than immediately."

6          Did I read that correctly?

7     A.   Yes.

8     Q.   And do you agree with those statements?

9          MS. NOWLIN-SOHL:  Objection; foundation.

10          THE WITNESS:  I would need to read more

11    of this paper to be able to answer that.

12     Q.   (BY MR. RAMER)  Do you think the question

13    of the effect of pubertal suppression on brain

14    structure is beyond the scope of your expertise?

15          MS. NOWLIN-SOHL:  Object to form.

16          THE WITNESS:  Can you repeat the

17    question?

18     Q.   (BY MR. RAMER)  Do you think that the

19    effect of pubertal suppression on brain structure

20    is beyond the scope of your expertise?

21          MS. NOWLIN-SOHL:  Same objection.

22          THE WITNESS:  I would not consider myself

23    an expert in the effects of pubertal suppression

24    on brain structure.

25     Q.   (BY MR. RAMER)  Okay.  I'd like to go to

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1    page -- and I think it's my last question on

2    this -- page 255, and left column, second full

3    paragraph, third sentence.  It starts with the

4    word "Yet."

5            Do you see that?

6       A.   Yes.

7       Q.   I'm going to read that sentence and the

8    one after and ask if I read it correctly.

9            It says "Yet, evidence suggests an

10   over-occurrence of neurodiversity characteristics,

11   (especially related to autism) among

12   gender-referred youth.  The neurodevelopmental

13   impacts of pubertal suppression on neurodiverse,

14   gender-diverse youth might well be different than

15   in neurotypical gender-diverse youth given

16   variations in neurodevelopmental trajectories

17   observed across neurodevelopmental conditions."

18           Did I read that correctly?

19      A.   Yes.

20      Q.   Is it consistent with your own clinical

21   observations that young people with neurodiverse

22   characteristics such as autism are

23   disproportionately represented in your clinic as

24   compared to the general population?

25           A.   I can't say that with certainty.  Our

Page 221

Dr. Kara Connelly August 28, 2023

1    behavioral health team would be able to answer

2    that more accurately.

3         Q.   Are you aware of any study researching

4    the effect of puberty blockers on neurodevelopment

5    in adolescents with neurodiverse characteristics?

6         A.   Can you repeat the question one more

7    time?

8         Q.   Are you aware of any study researching

9    the effect of puberty blockers on neurodevelopment

10   in adolescents with neurodiverse characteristics?

11        A.   I can't think of any studies that looked

12   at that specific question only.

13        Q.   Does that mean you think there are

14   studies that look at that question in addition to

15   other questions?  Or what do you mean by that?

16        A.   Well, I can't think of a study that was

17   only looking at effects of pubertal suppression on

18   the -- on neurodivergent people.

19        Q.   I'm getting -- sorry.  The "only" is

20   tripping me up a little.

21             What do you mean by you're not aware of

22   studies looking at only that?

23        A.   That don't also include individuals who

24   were not neurodivergent.

25        Q.   Okay.  So the point is you're not aware

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1    of a study that looks at the effect on

2    neurodiverse individuals specifically; is that

3    right?

4         A.   Not any that immediately come to mind.

5         Q.   I'd like to flip back to your

6    declaration, page 5, paragraph 20, second

7    sentence.  And I'll just read it and ask if I read

8    it correctly.

9              It says "While some European national

10   health authorities have issued guidelines

11   recommending caution about providing such care, or

12   providing that such care should occur in clinical

13   research settings, care is provided when deemed

14   appropriate for adolescents."

15             Did I read that correctly?

16        A.   Yes.

17        Q.   And what European national health

18   authorities are you referring to there?

19        A.   Generally -- you mean like which

20   countries?

21        Q.   Yeah.

22        A.   So Sweden, U.K., and Finland are the ones

23   that primarily come to mind.

24        Q.   And why have European national health

25   authorities been recommending caution?

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1          MS. NOWLIN-SOHL:  Object to form;

2     foundation.

3          THE WITNESS:  I can't say why the

4     authorities have made the decisions that they

5     have.  I haven't participated in the -- in the

6     creation of those statements.

7          I've only -- I'm only familiar with the

8     statements that they have made, but not

9     necessarily all of the reasons why they've come to

10    those conclusions.

11        Q.   (BY MR. RAMER)  Do any of the statements

12    that you've reviewed explain why they've come to

13    those conclusions?

14        A.   Some of them have used available data and

15    research to guide their recommendations that care

16    should be -- guide their recommendations about how

17    care should be provided.

18         MR. RAMER:  Okay.  Let's look at Connelly

19    Exhibit 17, which has a 15 in the file name.

20         (Deposition Exhibit No. 17 was marked.)

21         THE WITNESS:  I think we have it.

22        Q.   (BY MR. RAMER)  Okay.  And have you seen

23    this document before?

24        A.   I have to look.  I haven't seen it in

25    this format.  And I can't tell -- I haven't seen

Page 224

Dr. Kara Connelly August 28, 2023

```
 1    it in this format, and I can't tell what year it
 2    was released or where this was obtained.
 3         Q.   Okay.  So in other words, have you seen
 4    something similar to this before?  Is that what
 5    you're recalling?
 6         A.   I have seen recommendations by the
 7    National Board of Health and Welfare in Sweden
 8    about the -- their recommendations for the
 9    provision of gender-affirming care for youth.
10         Q.   I'd like to go to page 3.  Do you see
11    there's a bold "Recommendations and Criteria For
12    Hormonal Treatment" in the center of the page?
13    And I'd like to read the first sentence, and then
14    I'll ask if I read it correctly.
15              It says "For adolescents with gender
16    incongruence, the NBHW deems that the risks of
17    puberty-suppressing treatment with GnRH-analogues
18    and gender-affirming hormonal treatment currently
19    outweigh the possible benefits and that the
20    treatment should be offered only in exceptional
21    cases."
22              Did I read that correctly?
23         A.   Yes.
24         Q.   Is it fair to say that Sweden is
25    recommending caution because the risks of puberty
```

Page 225

1    blockers and gender-affirming treatment are likely
2    to outweigh the benefits?
3         A.   My interpretation of that statement is
4    that the National Board of Health and Welfare
5    has -- or is making the claim that the risks of
6    these treatments outweigh the benefits, and that
7    the care should continue to be provided in
8    exceptional cases and then in research settings,
9    primarily.
10        Q.   Do you disagree with the statement here
11   that the risks of puberty blockers and
12   gender-affirming treatment -- am I reading --
13   sorry.  I'm omitting a sentence.  Let me rephrase
14   that.
15             Do you disagree with the statement here
16   that the risks of puberty-suppressing treatment
17   with GnRH-analogues and gender-affirming hormonal
18   treatment currently outweigh the possible
19   benefits?
20             MS. NOWLIN-SOHL:  Objection.
21             THE WITNESS:  Yeah, I don't agree with
22   that statement.
23        Q.   (BY MR. RAMER)  And on what basis do you
24   disagree?
25        A.   On the basis of the research that is

Page 226

Dr. Kara Connelly August 28, 2023

```
 1   available.
 2        Q.   Meaning the articles you cite in your
 3   declaration?
 4        A.   Yes.
 5        Q.   So looking at the following sentence
 6   here, I'll just read it again and ask if I read it
 7   correctly.
 8             It says "This judgment is based mainly on
 9   three factors, the continued lack of reliable
10   scientific" -- excuse me.  I'll start again.
11             "This judgment is based mainly on three
12   factors, the continued lack of reliable scientific
13   evidence concerning the efficacy and the safety of
14   both treatments, the new knowledge that
15   detransition occurs among young adults, and the
16   uncertainty that follows from the yet-unexplained
17   increase in the number of care seekers, an
18   increase particularly large among adolescents
19   registered as females at birth."
20             Did I read that correctly?
21        A.   Yes.
22        Q.   In their third factor they list here
23   refers to an unexplained increase in the number of
24   care seekers, which it says "is particularly large
25   among adolescents registered as females at birth."
```

Page 227

Dr. Kara Connelly August 28, 2023

1          Do you see that?

2     A.   Yes.

3     Q.   Do you agree there's been an unexplained

4  increase in the number of youth seeking this care?

5          MS. NOWLIN-SOHL:  Object to form.

6          THE WITNESS:  I can agree that -- I can

7  say that there has been in some clinics an

8  increase in the number of individuals assigned

9  female at birth that are being seen at gender

10 clinics.

11    Q.   (BY MR. RAMER)  And what is the

12 explanation for that?

13         MS. NOWLIN-SOHL:  Object to form.

14         THE WITNESS:  Well, I think that there

15 are likely a variety of factors that may influence

16 that, but I've -- I don't know that I can -- that

17 anyone can say with certainty exactly what has led

18 to that.

19    Q.   (BY MR. RAMER)  So do you agree, then,

20 that it's unexplained?

21    A.   I wouldn't say that it's unexplained.  I

22 think that, again, there are likely a variety of

23 factors that have been considered as influence --

24 at least partially influencing that.

25    Q.   And in that sentence I read, the second

Page 228

```
 1    factor is the knowledge that detransition occurs
 2    among young adults.
 3              Do you see that?
 4        A.   Yes.
 5        Q.   And do you agree with that statement?
 6              MS. NOWLIN-SOHL:  Object to form.
 7              THE WITNESS:  I think that's a -- I
 8    wouldn't say that I agree with that statement in
 9    the way that it is phrased.
10        Q.   (BY MR. RAMER)  Do you agree that
11    detransition occurs among young adults?
12        A.   I think that some individuals may say
13    that their experience -- that they would
14    characterize their experience as detransitioning.
15        Q.   And the first factor listed here is the
16    continued lack of scientific evidence concerning
17    the efficacy and safety of using puberty blockers
18    and cross-sex hormones.
19              Do you see that?
20        A.   Yes.
21        Q.   I assume you disagree with that
22    statement; is that right?
23              MS. NOWLIN-SOHL:  Object to form.
24              THE WITNESS:  Yeah, I would not say that
25    there is a lack of reliable scientific evidence
```

Page 229

Dr. Kara Connelly August 28, 2023

```
 1   concerning the efficacy and the safety of the
 2   treatments.
 3       Q.   (BY MR. RAMER)  And is the basis for that
 4   disagreement the articles you cite in your
 5   declaration?
 6           MS. NOWLIN-SOHL:  Object to form.
 7           THE WITNESS:  Yes.
 8       Q.   (BY MR. RAMER)  So same document, same
 9   page, the following paragraph.  The first sentence
10   references a systematic review published in 2022
11   by the Swedish Agency for Health, Technology,
12   Assessment, and Assessment of Social Services.
13           Do you see that?
14       A.   Yes.
15       Q.   Have you read that systematic review?
16       A.   Yes.
17       Q.   Did you review the appendix?  Let me
18   rephrase.
19           Did you review the appendices to that
20   systematic review?
21       A.   I'm not sure.
22           MR. RAMER:  Let's turn to Connelly
23   Exhibit 18, which has a 16 in the file name.
24           (Deposition Exhibit No. 18 was marked.)
25       Q.   (BY MR. RAMER)  Have you seen this
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

```
 1   document before?
 2        A.   This does not look familiar.
 3        Q.   Obviously some of this is in Swedish.
 4   I'm only going to ask you about the English.
 5             Toward the top, there is kind of a header
 6   in the upper right.  And then there's a backslash
 7   and then there's English.  And it says "Hormone
 8   treatment of children and adolescents with gender
 9   dysphoria."
10             Do you see that?
11        A.   Yes.
12        Q.   And then as you move down to the light
13   blue text below, after the slash, in English it
14   says "Appendix 2 studies excluded due to high risk
15   of bias."
16             Do you see that?
17        A.   Yes.
18        Q.   And then below that after the backslash
19   in English, it says "Studies with high risk of
20   bias."
21             Do you see that?
22        A.   Yes.
23        Q.   And the very first study listed, is that
24   a study you cite in footnote 7 of your
25   declaration?
```

Page 231

1          MS. NOWLIN-SOHL:  Real quick, John, where

2     does this document come from?

3          MR. RAMER:  What do you mean?

4          MS. NOWLIN-SOHL:  So it's appendix 2.

5     What is it appendix 2 to?

6          MR. RAMER:  My understanding it's

7     appendix 2 to the system -- Swedish systematic

8     review.

9          MS. NOWLIN-SOHL:  Okay.

10     Q.   (BY MR. RAMER)  And, Doctor, my question

11     is the first study listed here, is that a study

12     you cite in footnote 7 of your declaration?

13     A.   It may be, but I would have to go back

14     and double-check the title.

15     Q.   Okay.  And do you recall whether the

16     second study listed here is a study you cite in

17     your declaration?

18     A.   I'd have to go back and look at the

19     declaration to be certain.

20     Q.   If -- do you have any reason to disagree

21     with the conclusion in this document that the

22     studies listed here have high risk of bias?

23          MS. NOWLIN-SOHL:  Objection to form;

24     foundation.

25          THE WITNESS:  I would have to review how

Page 232

```
 1    that conclusion was determined.
 2            MR. RAMER:  Okay.  Let's move on to
 3    Exhibit -- Connelly Exhibit 19 that has a 17 in
 4    the file name.
 5            (Deposition Exhibit No. 19 was marked.)
 6        Q.   (BY MR. RAMER)  And, Doctor, have you
 7    seen this document before?
 8        A.   I have seen this document before.
 9        Q.   And have you read it before?
10        A.   I have read some of it.
11        Q.   When you read the parts that you've read,
12    was it your opinion that this document raised any
13    concerns?
14            MS. NOWLIN-SOHL:  Object to form.
15            THE WITNESS:  I think I would need more
16    specifics about parts, the parts.
17        Q.   (BY MR. RAMER)  Okay.  What do you recall
18    reading in this document?
19        A.   I was -- I recall reading how this report
20    was developed and the general summary, but I would
21    need more specifics about what parts you're
22    referring to.
23        Q.   Okay.  Let's go to page 38.
24            MS. NOWLIN-SOHL:  Okay.
25        Q.   (BY MR. RAMER)  Okay.  And right column,
```

Page 233

Dr. Kara Connelly August 28, 2023

```
 1   do you see a paragraph that's numbered 3.32?
 2        A.   Yes.
 3        Q.   Okay.  I'm going to read the first
 4   sentence and ask if I read it correctly.
 5             It says "A closely linked concern is the
 6   unknown impacts on development, maturation, and
 7   cognition if a child or young person is not
 8   exposed to the physical, psychological,
 9   physiological, neurochemical, and sexual changes
10   that accompany adolescent hormone surges."
11             Did I read that correctly?  Sorry, I
12   didn't hear you.
13        A.   Yes.  Yes, you did.
14        Q.   And do you agree that the impact of
15   puberty blockers on a child's developmental
16   cognition is currently unknown?
17             MS. NOWLIN-SOHL:  Objection; form,
18   foundation, mischaracterizing -- well, yeah.
19   We'll leave it at that.
20             THE WITNESS:  Can you repeat the
21   question?
22        Q.   (BY MR. RAMER)  Do you agree that the
23   impact of puberty blockers on a child's -- let me
24   rephrase.
25             Do you agree that the impact of puberty
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

1    blockers on an individual's developmental

2    cognition is currently unknown?

3              MS. NOWLIN-SOHL:  Same objections.

4              THE WITNESS:  Again, I think that

5    there's -- I would need more specific description

6    of what exactly you mean by "cognition."

7        Q.   (BY MR. RAMER)  What do you understand --

8    as a clinician, what do you understand cognition

9    to be?

10       A.   I think of it as encompassing -- I mean,

11   I'm not a brain expert, but it can include

12   intellectual development.

13       Q.   Okay.  Same page, same paragraph, but the

14   last sentence.  I'll just read it and ask if I

15   read it correctly.

16              It says "If pubertal sex hormones are

17   essential to these brain maturation processes,

18   this raises a secondary question of whether there

19   is a critical time window for the processes to

20   take place or whether catch-up is possible when

21   estrogen or testosterone is introduced later."

22              Did I read that correctly?

23       A.   Yes.

24       Q.   Are you aware of any study that addresses

25   whether a negative impact on brain maturation due

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

1    to puberty blockade can be made up later through

2    either endogenous or cross-sex hormones?

3         A.   Can you repeat that, please?

4         Q.   Yeah.  My question is about the last part

5    of this where it's talking about catch-up,

6    c-a-t-c-h u-p.

7              And my question is whether you're aware

8    of any studies that have researched whether the

9    impact from puberty blockade on brain maturation

10   can be made up if an individual is later exposed

11   to either endogenous or cross-sex hormones.

12        A.   I'm not aware of studies that have

13   defined -- I can't remember the word that you

14   used.  I can't remember if you used the word

15   "detriments" in brain development that look

16   specifically at that -- has defined that and then

17   looked specifically at whether that changes the

18   hormones.

19             MR. RAMER:  And then let's move to

20   another exhibit.  Should be Connelly Exhibit 20,

21   which has an 18 in the file name, if that came

22   through.

23             (Deposition Exhibit No. 20 was marked.)

24        Q.   (BY MR. RAMER)  And, Doctor, do you

25   recognize this document?

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

```
1        A.   I don't believe that I have read this.
2             MS. NOWLIN-SOHL:  Can we give her a
3    minute just to take a look at it?
4             MR. RAMER:  Yeah, and I can describe it.
5        Q.   (BY MR. RAMER)  If it is a systematic
6    review conducted by the U.K.'s National Institute
7    For Health and Care Excellence, is that something
8    you think you've read before?
9        A.   Tell me again what -- how you described
10   it.
11       Q.   A systematic review conducted by the
12   U.K.'s National Institute For Health and Care
13   Excellence which I read as -- I believe is
14   typically abbreviated as NICE, N-I-C-E.
15            Is that something you've read before?
16       A.   I am not sure if I have read it.  I need
17   to look at it.
18       Q.   Okay.  But as you sit here today, you
19   can't recall whether you've ever read this?
20       A.   This document?
21       Q.   Have you ever read any systematic review
22   conducted by NICE?
23       A.   I don't believe that I have.
24       Q.   I'd like to go to page 99 of this.  And
25   just let me know when you're there.
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

```
 1              MS. NOWLIN-SOHL:  Appendix G?

 2              MR. RAMER:  Correct.

 3              MS. NOWLIN-SOHL:  Okay.  We're there.

 4         Q.   (BY MR. RAMER)  And the study that's

 5    being assessed on this page, is this the de Vries

 6    study that you cite?

 7         A.   Is there a place where I can see what the

 8    title is?

 9         Q.   Yeah.  Let's go to page 82 and then we'll

10    come back to this.

11              MS. NOWLIN-SOHL:  Okay.  We're there.

12         Q.   (BY MR. RAMER)  And is that the study

13    that you cite?

14         A.   That's one of them.

15         Q.   Okay.  So let's go back to 99.  And do

16    you see kind of in the middle of the page there's

17    a small footnote 2 in small print?

18         A.   Yes.

19         Q.   And that footnote says that "The

20    researchers here assess that the de Vries study

21    had a high risk of bias due to poor quality

22    overall, lack of blinding, and no control group,"

23    correct?

24         A.   That is what this statement says.

25         Q.   And do you disagree with that assessment?
```

Page 238

Dr. Kara Connelly August 28, 2023

1            MS. NOWLIN-SOHL:  Objection to form;

2     foundation.

3            THE WITNESS:  I would need to go and look

4     at how these assessments and determinations were

5     made in this specific review.

6         Q.   (BY MR. RAMER)  I guess do you think the

7     de Vries study you cite has a high risk of bias or

8     no?

9            MS. NOWLIN-SOHL:  Same objections.

10           THE WITNESS:  Again, there's -- bias can

11    mean a lot of different things, and so I would

12    have to see how "bias" is defined here and how the

13    risk of bias was ascertained.

14        Q.   (BY MR. RAMER)  Under any definition of

15    "bias" that's used in research, do you think that

16    the de Vries study that you cite is bias?

17           MS. NOWLIN-SOHL:  Objection to form.

18           THE WITNESS:  I can say that this

19    de Vries study is -- as far as I can recall, did

20    not include -- it's correct that it did not

21    include a control group.

22           But I can't say whether it has a high

23    risk of bias.

24        Q.   (BY MR. RAMER)  Can you say whether it

25    has poor quality overall?

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

```
 1              MS. NOWLIN-SOHL:  Object to form.
 2              THE WITNESS:  I would not -- I would have
 3     to look to see how that is defined in this review.
 4         Q.   (BY MR. RAMER)  Under a normal reading of
 5     the phrase "poor quality overall," is there any
 6     situation where you would agree that the de Vries
 7     study you cite has poor quality overall?
 8              MS. NOWLIN-SOHL:  Object to form.
 9              THE WITNESS:  I would not use those words
10     to describe this study.
11              MS. NOWLIN-SOHL:  John, are you at a good
12     stopping spot for a break?
13              MR. RAMER:  Yeah.  Yeah, let's do that.
14     25.  How long would you like?
15              MS. NOWLIN-SOHL:  Let's do ten minutes.
16     We might just need to get a little fresh air for a
17     minute.
18              MR. RAMER:  That's fine with me.
19              MS. NOWLIN-SOHL:  Okay.  Thank you.
20              THE VIDEOGRAPHER:  Okay.  So the time is
21     5:25 p.m. Mountain time, and we are off the
22     record.
23          (Break taken from 5:25 p.m. to 5:38 p.m.)
24              THE VIDEOGRAPHER:  All right.  We are
25     recording.  The time is 5:38 Mountain time, and we
```

Page 240

Dr. Kara Connelly August 28, 2023

```
 1    are back on the record.
 2              (Deposition Exhibit No. 21 was marked.)
 3         Q.   (BY MR. RAMER)  Dr. Connelly, I'd like to
 4    turn to Connelly Exhibit 21, which has a 19 in the
 5    file name.
 6              And have you seen this systematic review
 7    from NICE before?
 8         A.   I'm aware that it exists, and I may have
 9    seen it.
10         Q.   But you don't specifically recall reading
11    it; is that right?
12         A.   I don't recall that I've read this whole
13    review.
14         Q.   How much of it would you estimate you
15    have read?
16         A.   I've probably read -- well, I've read the
17    conclusions and the -- yeah, mostly focused on the
18    conclusions.
19         Q.   And do you recall what the conclusions
20    were?
21         A.   I would have to look back and
22    specifically to this review to say.
23         Q.   Okay.  Let's go to page 13 of this
24    document.  And just let me know when you're there.
25         A.   Okay.
```

Page 241

1        Q.   And under "Discussion," kind of the

2    middle of the page, I want to start with the third

3    paragraph below "Discussion."  And I'll just read

4    it and ask if I read it correctly.

5              "The included studies have relatively

6    short follow-up with an average duration of

7    treatment with gender-affirming hormones between

8    around 1 year and 5.8 years.  Further studies with

9    a longer follow-up are needed to determine the

10   long-term effect of gender-affirming hormones for

11   children and adolescents with gender dysphoria."

12             Did I read that correctly?

13       A.   Yes.

14       Q.   Do you agree that it will take longer

15   than 5.8 years for some of the effects associated

16   with some of these hormonal interventions to

17   become apparent?

18       A.   I think that longer follow-up would

19   definitely add evidence to the existing evidence

20   of the shorter duration studies.

21       Q.   And so in other words, we don't know what

22   happens in the longer term; is that right?

23             MS. NOWLIN-SOHL:  Object to form.

24             THE WITNESS:  Their -- well, in these

25   particular studies that have only gone for as long

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

```
 1    as 5.8 years, we can't make conclusions about what
 2    happens longer term in those studies, but there
 3    have been some studies that apparently aren't
 4    included in this statement that have looked at
 5    longer-term outcomes.
 6          Q.   (BY MR. RAMER)  Were those longer-term
 7    outcome studies that you're referring to regarding
 8    adolescents or children?
 9          A.   Well, they were regarding treatments that
10    were started during adolescence.
11          Q.   And what studies specifically are you
12    referring to?
13          A.   So the -- several of the studies from the
14    Netherlands looked at longer-term outcomes than
15    5.8 years.  And some of the bone health studies
16    from the Netherlands and Belgium have looked at
17    longer-term outcomes than 5.8 years.
18          Q.   And do you recall whether the researchers
19    in this systematic review considered those
20    studies?
21          A.   I can't remember.  I'd have to look at
22    the references.
23          Q.   And I'll just read the next paragraph on
24    the page and ask if I read it correctly.
25               It says "Most studies included in its
```

Page 243

Dr. Kara Connelly August 28, 2023

1    review did not report comorbidities (physical or

2    mental health), and no study reported concomitant

3    treatments and detail.  Because of this, it is not

4    clear whether any changes seen were due to

5    gender-affirming hormones or other treatments the

6    participants may have received."

7            Did I read that correctly?

8        A.    Yes.

9        Q.    What do you understand this paragraph to

10   be saying?

11       A.    My interpretation is that in most of the

12   studies, there may have been comorbidities or

13   concomitant treatments that may have also had an

14   impact or played a role in outcomes.

15       Q.    So is this paragraph describing a

16   confounding variable like we discussed earlier?

17           MS. NOWLIN-SOHL:  Object to the form.

18           THE WITNESS:  It's possible, but again,

19   they're kind of making a summary statement about

20   multiple studies, not any specific ones.

21       Q.    (BY MR. RAMER)  Right.  And the paragraph

22   appears to say that because no study recorded

23   concomitant treatments in detail, it's not clear

24   whether any changes seen were due to

25   gender-affirming hormones or other treatments the

Page 244

1    participants may have received, right?

2        A.    That is what they are saying.

3        Q.    And that's similar to the hypothetical I

4    asked earlier today about a study where you have

5    patients receiving medical interventions alongside

6    mental health therapy, right?

7        A.    Medical interventions -- and the mental

8    health therapy being a concomitant treatment?

9        Q.    Right.

10       A.    Yes.

11       Q.    Okay.  Let's -- we can move on from this

12   document.  I'd like to just go back to your

13   declaration now and go to page 11.

14            And the header for part IV says

15   "Gender-Affirming medical care for adolescents is

16   safe"; is that right?

17       A.    Yes.

18       Q.    And what do you mean by the word "safe"?

19       A.    In general, I -- in this case I mean that

20   the benefits likely outweigh the risks.

21       Q.    So same page, paragraph 37, and the very

22   last sentence that carries over onto the other

23   page, but my question is only about the part

24   that's on this page.

25            And you say that GnRHa medications are

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1    also used to treat endometriosis, correct?

2         A.   Yes.

3         Q.   And can you explain -- just stepping

4    back, GnRHa medications can also be called puberty

5    blockers, right?

6         A.   Yeah.  That's a term when they're used

7    for the purposes of suppressing puberty.

8         Q.   That's fair.  So I'll stick with GnRHa

9    medications.

10             So can you explain how GnRHa medications

11   are used to treat endometriosis?

12        A.   I can explain my understanding; however,

13   I have not prescribed them for those indications.

14             And so my understanding is that they're

15   used to suppress endogenous estrogen production to

16   prevent the changes to the uterine lining that can

17   lead to symptoms related to endometriosis.

18        Q.   And when an individual is receiving GnRHa

19   medications to treat endometriosis, do you know

20   how long they're on the medication for that

21   treatment?

22             MS. NOWLIN-SOHL:  Object to form.

23             THE WITNESS:  Since I don't prescribe it

24   for that indication, I can't say with certainty.

25        Q.   (BY MR. RAMER)  So let's go next page in

Page 246

Dr. Kara Connelly August 28, 2023

```
 1    your declaration, and paragraph 41, and second
 2    sentence.
 3            You're referring to gynecomastia; is that
 4    right?
 5        A.   Yes.
 6        Q.   And how is gynecomastia diagnosed?
 7        A.   It's diagnosed clinically by physical
 8    exam.
 9        Q.   So the diagnosis for gynecomastia does
10    not turn on the presence of psychological
11    distress, correct?
12        A.   The diagnosis -- I'm sorry.  Can you
13    repeat that?
14        Q.   The diagnosis for gynecomastia does not
15    turn on the presence or lack thereof of
16    psychological distress, correct?
17        A.   Correct.
18        Q.   And same paragraph, next sentence, you
19    refer to either PCOS or PCOS.  I don't know how
20    you pronounce it.  Which is it?
21        A.   I say PCOS.
22        Q.   Okay.  I will defer to you.
23            And how is PCOS diagnosed?
24        A.   PCOS is diagnosed based on clinical and
25    laboratory evaluation.
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1        Q.    And so the diagnosis for PCOS does not

2    turn on the presence or lack thereof of

3    psychological distress, correct?

4        A.    The diagnosis -- the diagnosis is not

5    dependent -- or to establish a diagnosis is not

6    dependent of psychological distress, but some of

7    the treatments for both PCOS and gynecomastia are

8    considered to alleviate psychological distress if

9    they are present in an individual.

10            So the treatment can be influenced by the

11    presence or absence of psychological distress.

12        Q.    But gynecomastia is not psychological

13    distress, right?

14        A.    The physical condition of gynecomastia is

15    not, but it can in some individuals pause

16    psychological distress.

17        Q.    Right.  And in your declaration, page 14,

18    paragraph 50, in the first sentence there, you

19    say, "Gender-affirming hormone therapy may have an

20    impact on future fertility potential, although

21    treatment can be tailored to minimize that risk if

22    maintaining fertility is important to the family

23    and there are options for fertility preservation";

24    is that right?

25        A.    Yes.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

```
1          Q.   And down in footnote 10, your first
2     sentence there, you say, "Many individuals
3     assigned female at birth who take testosterone are
4     able to achieve pregnancy or use assisted
5     reproductive technology to conceive after
6     discontinuing testosterone."
7               Did I read that right?
8          A.   Yes.
9          Q.   And do you tell that to your patients?
10         A.   I tell them that the way that I counsel
11    patients -- and this would be specific to patients
12    assigned female at birth; it's not pertinent to
13    patients assigned male at birth, the specific
14    statement -- but what I explain is that what is
15    known about the impacts of testosterone on future
16    fertility is based on small studies of individuals
17    who start -- who started testosterone as adults in
18    their 20s or older.
19              And that what those small studies have
20    shown is that the majority of the individuals in
21    those studies resumed menstrual cycles after
22    discontinuation of testosterone, and then some of
23    them went on to achieve pregnancy or carry a
24    pregnancy, or had their eggs be for someone else
25    to carry a pregnancy.
```

Page 249

1            But where we don't have all of the
2    answers is whether those outcomes are different
3    for individuals who start testosterone at a
4    younger age.
5        Q.   In this first sentence in footnote 10,
6    you cite the Light study; is that right?
7        A.   Yes.
8        Q.   And did the patients in the Light study
9    go through natural puberty before taking
10   testosterone?
11       A.   My understanding is that they did.
12       Q.   And do you think that the difference
13   between taking testosterone before going through
14   natural puberty on the one hand and taking
15   testosterone after going through natural puberty
16   on the other hand could make a difference in
17   fertility outcomes?
18       A.   So are you referring to for patients who
19   have not gone through natural puberty, are you
20   referring to patients who are on puberty blockers?
21       Q.   I guess either -- sure, yes, puberty
22   blockers.
23       A.   I think it's possible that
24   testosterone -- I'm sorry, can you repeat the
25   specific question?

Page 250

```
 1        Q.   Yeah.  It's just do you think that the
 2   difference between taking testosterone before
 3   going through natural puberty on the one hand and
 4   taking testosterone after going through natural
 5   puberty on the other hand could make a difference
 6   in fertility outcomes?
 7        A.   I think it's possible.
 8        Q.   And do you know what the treatment
 9   regimen was for the patients in the Light study?
10        A.   Can you be more specific about "treatment
11   regimen"?
12        Q.   Do you know what -- how they were
13   receiving testosterone?  Let me rephrase.
14             Do you know what their treatment regimen
15   for receiving testosterone was in the Light study?
16             MS. NOWLIN-SOHL:  Object to form.
17             THE WITNESS:  Do you mean dosage or how
18   it was administered?
19        Q.   (BY MR. RAMER)  Both.
20        A.   I can't remember specific dosages or if
21   they reported on that, but testosterone is
22   generally administered by injection.
23        Q.   And in this citation for Light, before it
24   you say "See, e.g."
25             Do you see that?
```

Page 251

Dr. Kara Connelly August 28, 2023

```
 1          A.    Yes.

 2          Q.    And what does "See, e.g." mean?

 3          A.    It's an example of a study that is --

 4    that I'm referring to or that I'm referencing in

 5    making the prior statement.

 6          Q.    And so are you suggesting there are other

 7    studies that support the proposition that many

 8    individuals assigned female at birth who take

 9    testosterone are able to achieve pregnancy or use

10    assistive reproductive technology to conceive

11    after discontinuing testosterone?

12          A.    Yes.  There's another reference in the

13    same paragraph.

14          Q.    I'm sorry.  Can you clarify that answer?

15    What do you mean?

16          A.    So were you saying that I'm saying that

17    there are other studies that can --

18          Q.    I guess -- sorry.

19          A.    -- support the statement?

20          Q.    Right.  The way I was reading this is you

21    say -- you make this statement at the beginning of

22    footnote 10, and then you say "See, for example,

23    the Light study."

24                And when I read that, it suggests the

25    Light study is just one example that shows the
```

Page 252

```
 1   proposition in this first sentence.
 2           And my question is can you name another
 3   study that demonstrates that proposition?
 4       A.   Yeah.   The second -- the second study
 5   following that one or following the next statement
 6   can also support the prior statement.   It's a
 7   study, a completely different way of looking at
 8   the question, but it was a study that demonstrated
 9   that transgender men can achieve pregnancy,
10   transgender men who have taken testosterone can
11   achieve pregnancy.
12       Q.   And just to make sure we're on the same
13   page, are you referencing the Thornton study
14   there?
15       A.   Yes.
16       Q.   Okay.   Are you aware of any study that
17   suggests many individuals who are assigned female
18   at birth who transition during adolescence are
19   able to achieve pregnancy?
20       A.   No, not of adolescence.   I don't believe
21   that there are any studies that have reported on
22   that specific question in a large population.
23       Q.   And in the same footnote, its second to
24   last sentence starts with "Some transgender
25   women."
```

Page 253

Dr. Kara Connelly August 28, 2023

```
1              Do you see that?
2       A.   Yes.
3       Q.   Do you counsel your patients about this
4  option?
5              MS. NOWLIN-SOHL:  Object to form.
6              THE WITNESS:  Can you be more specific
7  about counseling patients about this option for
8  this specific reason?
9       Q.   (BY MR. RAMER)  Right.  Do you ever tell
10  your patients that to preserve fertility
11  potential, you could elect to use only
12  antiandrogen medications without estrogen?
13      A.   Yes.
14      Q.   And do patients choose that option?
15      A.   Yes.
16      Q.   And is that protocol in accordance with
17  the WPATH guidelines?
18             MS. NOWLIN-SOHL:  Object to form.
19             THE WITNESS:  Can you be more specific
20  about -- what do you mean by "protocol"?
21      Q.   (BY MR. RAMER)  Prescribing antiandrogen
22  medications without estrogen to a patient.
23             Is that consistent with the WPATH
24  guidelines?
25             MS. NOWLIN-SOHL:  Same objection.
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Dr. Kara Connelly August 28, 2023

1              THE WITNESS:  I don't recall that it's

2     not included as an option in the guidelines.  I

3     believe that spironolactone is included in the

4     guidelines as an option.

5              I don't know if the standards of care --

6     did you mean the Endocrine Society guidelines or

7     WPATH standards of care?

8         Q.   (BY MR. RAMER)  Well, my first question

9     was WPATH.  After you answer this, my next

10    question is going to be Endocrine Society.  But --

11    so go ahead.

12        A.   So antiandrogen medications are in a

13    completely different category as estrogen and have

14    different clinical effects.

15             So when I'm counseling patients about

16    different options, we talk about spironolactone as

17    a category of medications that can lower the

18    effects of androgens, but don't pause the physical

19    body changes like breast development that estrogen

20    causes.  And spironolactone does not have the same

21    impact on sperm -- future fertility potential or

22    sperm production as estrogen does.

23             So some individuals may want the androgen

24    lower effects but may not want breast development.

25        Q.   And my question is as you sit here today,

                                           Page 255

Dr. Kara Connelly August 28, 2023

```
1    do you know whether the WPATH guidelines say that
2    for adolescents you could use only antiandrogen
3    medications without estrogen to preserve sperm
4    production?
5              MS. NOWLIN-SOHL:  Object to form.
6              THE WITNESS:  I don't know if that exact
7    statement is made.
8         Q.   (BY MR. RAMER)  Do you know if that
9    statement is made in substance in the WPATH
10   guidelines?
11             MS. NOWLIN-SOHL:  Object to form.
12             THE WITNESS:  I don't know if it's made
13   in reference to preserving fertility.
14        Q.   (BY MR. RAMER)  And what about with
15   respect -- same question with respect to the
16   Endocrine Society guidelines.
17             MS. NOWLIN-SOHL:  Same objections.
18             THE WITNESS:  Same.  I don't think that
19   it's made in reference to preserving fertility --
20   as an option for preserving fertility.  Because
21   the option for preserving fertility really lies in
22   not using estrogen.
23        Q.   (BY MR. RAMER)  Can you explain that,
24   what you mean by that?
25        A.   Yeah.  So the estrogen is what has --
```

Page 256

Dr. Kara Connelly August 28, 2023

 1   what, based on research available, can have an
 2   impact on future sperm production.  So if future
 3   fertility is desired, then there is an option to
 4   not take estrogen.
 5        Q.   And is -- no, I think we'll move on.
 6             In that footnote in the last citation
 7   there, you cite Yang.
 8             Do you see that?
 9        A.   Yes.
10        Q.   And as you sit here today, can you recall
11   whether the subjects in that study were adults?
12        A.   Yes.
13        Q.   Yes, they were?
14        A.   Yes, they were.
15        Q.   Of all your patients, have you ever had a
16   case of an individual who was assigned male at
17   birth who underwent cross-sex hormone treatment
18   for a period of years and subsequently conceived a
19   child?
20        A.   I am not -- and do you mean by -- so
21   conceived -- I'm assuming you mean conceived a
22   child as having had their sperm used to result in
23   pregnancy?
24        Q.   We can include that, yes.
25        A.   Okay.  I'm not aware of any of my

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1    patients that have reached that point and have had

2    their sperm used to conceive a pregnancy or to

3    conceive a child.

4         Q.   And are you aware of any report of such a

5    case in the literature?

6         A.   Of?  Can you remind me?  The case of

7    someone who started treatment as adolescent?

8         Q.   Right.  Male -- assigned male at birth

9    who underwent cross-sex hormone treatment for a

10   period of years.

11        A.   I can't say specifically, but there are a

12   number of individuals who elected to undergo sperm

13   cryopreservation, which would -- that held that

14   the sperm would not have been impacted by the

15   gender-affirming hormone treatment.

16        Q.   And are you aware of any patients that

17   have pursued that option successfully?

18             MS. NOWLIN-SOHL:  Object to form.

19             THE WITNESS:  I have -- can you define

20   what you mean by "successful"?

21        Q.   (BY MR. RAMER)  Have you ever had a

22   patient, natal male or assigned male at birth, who

23   pursued cryopreservation of sperm and then

24   subsequently conceived a child?

25        A.   None of my patients that I have

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

1    prescribed treatments to have, as far as I know,

2    conceived a child.  I do have a number of patients

3    that have undergone sperm cryopreservation, and

4    they may use the cryopreserved sperm in the

5    future, but the majority -- I can't think of any

6    of my patients that I have treated who have

7    reached -- who are out of their 20s at this time.

8    So it may not be a goal of theirs right now.

9         Q.   Are you aware of any published case study

10   that documents a natal female or assigned female

11   at birth who underwent cross-sex hormone treatment

12   for a period of years and subsequently gave birth

13   to a healthy child?

14        A.   I'm sorry if I missed this, but are you

15   referring to people who started hormone treatment

16   at any age?

17        Q.   Let's start with adolescence.

18        A.   I'm not aware of a study that has looked

19   specifically at this question for someone to --

20   for people who started hormones in adolescence.

21   But in adults, yes.

22        Q.   Do you agree that a child who begins

23   taking -- let me rephrase.

24             Do you agree that an individual who

25   begins taking puberty blockers at Tanner Stage II

Page 259

1    and proceeds without interruption to cross-sex

2    hormones will be infertile?

3            MS. NOWLIN-SOHL:  Object to form.

4            THE WITNESS:  I think that we are --

5    we're still learning the effects of hormones on

6    future fertility for individuals who start puberty

7    blockers prior to completion of their endogenous

8    puberty, but there are some situations such as

9    individuals assigned female at birth and start

10   puberty blockers and then testosterone, cross-sex

11   hormones, without going through or completing

12   their endogenous puberty who in the future may be

13   able to come off treatments and be able to carry a

14   pregnancy in the uterus that they were born with.

15   But I'm not aware of any studies that specifically

16   looked at that.

17       Q.   (BY MR. RAMER)  For a natal male or an

18   individual who's assigned male at birth who is at

19   Tanner Stage II and seeking to begin puberty

20   blockers, what are the options for preserving that

21   individual's fertility?

22       A.   So at Tanner Stage II of testicular

23   development, the only options are either to not

24   start puberty suppression, pubertal suppression,

25   and there are some research protocols that -- in

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1   some centers that are investigating the

2   possibility of cryopreservation of testicular

3   tissue.  But that is only done in -- under

4   clinical research protocols.

5       Q.   Let's go back to your declaration,

6   page 9, paragraph 29.  And in the last sentence of

7   that paragraph, you say that "Some patients will

8   come to experience their gender differently"; is

9   that right?

10      A.   Can you tell me what paragraph again?

11      Q.   Sorry, page 9, paragraph 29.  It's at the

12  top in that it's the last sentence of that

13  paragraph and the last part of that sentence.

14          MS. NOWLIN-SOHL:  Can you repeat what the

15  question is?

16      Q.   (BY MR. RAMER)  The question is just you

17  say that some patients will come to experience

18  their gender differently, right?

19          MS. NOWLIN-SOHL:  Objection;

20  mischaracterizes testimony.

21          THE WITNESS:  I'm sorry.  I missed what

22  the actual question is.

23      Q.   (BY MR. RAMER)  Let's do it this way,

24  which I've been doing and maybe I shouldn't have

25  switched.  I'll read the sentence and then I'll

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

```
 1    ask if I read it correctly.
 2            "The WPATH guidelines also recommend that
 3    doctors inform families of the limitations in the
 4    research and the possibility that some patients
 5    will come to experience their gender differently."
 6            Did I read that correctly?
 7       A.   Yes.
 8       Q.   And what is that referring to when it
 9    says that some patients will come to experience
10    their gender differently?
11       A.   It's referring to the possibility that
12    their gender expression or gender role may shift
13    and change over time.
14            MR. RAMER:  I'd like to look at Connelly
15    Exhibit 22.  It should be the last one I sent most
16    recently.  It has a 23 in the title.
17            (Deposition Exhibit No. 22 was marked.)
18       Q.   (BY MR. RAMER)  Doctor, do you recognize
19    this article?
20       A.   Yes.
21       Q.   And did you help author this article?
22       A.   Yes.
23       Q.   Is the data in this article from your
24    clinic?
25       A.   It is not from my clinic.
```

Page 262

Dr. Kara Connelly August 28, 2023

1        Q.    What clinic is it from?

2        A.    I believe it is from the clinics -- I

3    just need to go back to look at the methods.  It's

4    individuals who had gender-affirming surgery at

5    OHSU in the departments of plastic surgery,

6    urology, and gynecology.

7        Q.    Okay.  And that's the university where

8    you work, correct?

9        A.    Correct.

10       Q.    And your point is that these weren't

11   people in your clinic, I assume, because your

12   clinic doesn't do surgeries?

13       A.    Correct.

14       Q.    Okay.  And is this article listed in your

15   CV?

16       A.    I can't recall because it just was

17   recently published.  It is listed in my CV now,

18   but I don't know if in the version that you have

19   if it had been added.

20       Q.    In the orange -- so page 1 in the orange

21   box after "Results," it refers to 1,989

22   individuals who underwent gender-affirming

23   surgery, correct?

24       A.    In the abstract?

25       Q.    How are you -- sorry.  Just that orange

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

```
 1   box at the top.
 2            MS. NOWLIN-SOHL:  There's a couple orange
 3   boxes.  So do you mean the one at the top that's
 4   shaded orange?
 5            MR. RAMER:  Yes.  Thank you.
 6            THE WITNESS:  Okay.  Yes, I see that.
 7        Q.  (BY MR. RAMER)  And of those 1,989
 8   individuals, do you know if any were under the age
 9   of 18?
10        A.  Who underwent -- no.
11        Q.  No, you don't know?
12        A.  No, I don't know, but I don't believe any
13   of them were.  But I can't say with certainty.
14        Q.  That's fair.  And in that same sentence,
15   I'll read it and ask you if I read it correctly.
16            It says "Among 1,989 individuals who
17   underwent GAS, 6 or .3 percent, either requested
18   reversal surgery or transitioned back to their sex
19   assigned at birth."
20            Did I read that correctly?
21        A.  Yes.
22        Q.  And as a general matter, the purpose of
23   this article is to look into the concept of regret
24   after gender-affirming surgery, correct?
25        A.  Yes.
```

Page 264

Dr. Kara Connelly August 28, 2023

1       Q.   And the way that you measure regret in
2  this article is by counting the number who
3  requested reversal surgery or transitioned back to
4  their sex assigned at birth, correct?
5       A.   I'm just going to review how that
6  population was identified and defined.
7            The patients that were identified, the
8  six patients, were individuals who requested
9  reversal surgery or said that they transitioned
10 back to their gender assigned at birth.
11      Q.   And were these individuals who requested
12 reversal surgery or transitioned back at your
13 university?
14      A.   They had received some aspect of their
15 care at OHSU, but it's possible that prior aspects
16 of their gender-affirming care occurred elsewhere.
17 I can't say with certainty if all of their care
18 happened at OHSU.
19      Q.   I guess my question was more about the
20 reversal care or the transition back.  That would
21 have happened at your university that you're
22 recording here, right?
23      A.   Yes.  These are patients that approached
24 the surgical teams to make these requests or
25 statements of transitioning back to their gender

Page 265

1    assigned at birth.

2        Q.   And so the .3 percent statistic would not

3    include anyone who detransitioned with a different

4    medical provider outside of the university, right?

5            MS. NOWLIN-SOHL:  Object to form.

6            THE WITNESS:  This -- I don't believe

7    that any of these six individuals presented and

8    made that request outside of the university.

9        Q.   (BY MR. RAMER)  Yeah, sorry.  I guess

10   what I'm asking is we have these six individuals

11   which represents .3 percent of the sample.

12           And my question is this sample would not

13   include individuals who initially transitioned at

14   the university but then went elsewhere to request

15   reverse surgery or transition back, right?

16       A.   Right.  It wouldn't include those

17   hypothetical individuals.  However, in -- I can

18   say that I know -- I know the surgeon's approach

19   and the behavioral health team's approach of the

20   surgical patients is that they encouraged their

21   patients to return to care with them if there are

22   any desire for reversal surgeries or concerns

23   about wanting to transition back to the gender

24   assigned at birth.

25       Q.   Has a patient in your clinic ever

1    expressed regret at having taken puberty blockers?

2         A.   No.

3         Q.   Has a patient in your clinic ever

4    expressed regret at taking cross-sex hormones?

5         A.   No.

6         Q.   I'd like to go to page 207 in this

7    document.  I think it's the second page.  And

8    right column, second full paragraph under the bold

9    "OHSU THP Care Model."  And I'd like to read the

10   third -- let's see.  I'd like to read the fourth

11   sentence, and I'll ask if I read it correctly.

12           It says "Ongoing exploration and

13   evolution of identity is expected and normalized

14   as part of the consenting process, leaving open

15   the conversation around shifts in identity or

16   transition goals without shame or judgment."

17           Did I read that correctly?

18        A.   Yes.

19        Q.   What do you mean when you say that "the

20   evolution of identity is expected"?

21        A.   Well, we know that adolescents are

22   undergoing -- it's a developmental process in

23   terms of development of identity.  And while

24   gender identity is fixed and identity is fixed and

25   stable in the overwhelming majority of individuals

Page  267

Dr. Kara Connelly August 28, 2023

```
1   as they go through adolescence, the way that they
2   express that identity or experience that identity
3   can shift and change as they go through
4   adolescence and young adulthood.
5        Q.   And that shift or change is expected,
6   right?
7        A.   It's part of the -- it's part of the
8   developmental process in adolescents is that the
9   way that somebody expresses their gender and
10  experiences their gender can and usually does
11  shift and change, not always.  And that's
12  referring again not to gender identity, but to
13  expression and their experience of their gender.
14       Q.   Well, this says evolution of identity is
15  expected, right?
16       A.   Evolution of their identity in general in
17  adolescence, identity.  Not solely specific to
18  gender identity.  And it also includes the way
19  that they experience and express their identity.
20       Q.   Okay.  In that same sentence, what are
21  the shifts in identity you're referring to?
22       A.   So again, shifts -- that was referring to
23  shifts in how someone experiences or expresses
24  their identity.  And that's also linked to the
25  following statement, transition-related goals.  So
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

1  goals around gender transition or goals around

2  gender expression can shift and change over time.

3      Q.  Okay.  Same page, left column, the large

4  carryover paragraph, and the second to last

5  sentence in that paragraph, you refer to

6  "weaponization of information on regret."

7      A.  I'm looking at it.  I see that.

8      Q.  And what do you mean by that?

9      A.  That statement is generally saying that

10  in some cases, the idea of regret can -- that can

11  be some patients' experiences.  There have been

12  some -- some who have made the claim that because

13  of that potential for some people, that the

14  provision of gender-affirming care for a

15  population should be prohibited.

16      Q.  Do you have any particular individuals in

17  mind?

18          MS. NOWLIN-SOHL:  Object to form.

19          THE WITNESS:  I don't have any particular

20  individuals.

21      Q.  (BY MR. RAMER)  Do you think the Idaho

22  legislature has weaponized information on regret?

23          MS. NOWLIN-SOHL:  Object to form;

24  foundation.

25          THE WITNESS:  I have not seen anything

Page 269

Dr. Kara Connelly August 28, 2023

1    that I would characterize as weaponization of

2    information on regret.

3        Q.   (BY MR. RAMER)  I'd like to turn to

4    page 211 in this article, and right column, first

5    full paragraph.

6            And in the first sentence you say, "It

7    may be unrealistic to predict or eliminate

8    gender-related regret."

9            Do you see that?

10       A.   Yes.

11       Q.   What do you mean by that?

12       A.   Well, that -- it's important to interpret

13   that in the context of the rest of the article,

14   which talks about different factors that can

15   influence someone's experience of regret.

16           And that's in addition to other studies

17   that have shown that it's -- that generally

18   individuals, if there are individuals who

19   experience regret around gender-affirming

20   treatments, that most of the time it's not related

21   to a change in identity, rather, factors in their

22   environments such as -- that can cause things like

23   minority stress or lack of support or

24   discrimination or safety concerns that contribute

25   to that experience of regret.

Dr. Kara Connelly August 28, 2023

```
1            So with that in mind and the fact that
2    there are many factors that can play into
3    someone's experiences of regret, we may not ever
4    be able to fully predict or eliminate all of the
5    factors that may play into someone's experience of
6    regret.
7        Q.   Is regret ever the result of a change in
8    gender identity?
9        A.   It can.
10       Q.   And do you think it is unrealistic to
11   predict or eliminate gender-related regret that
12   results from a change in gender identity?
13       A.   I'm sorry.
14            MS. NOWLIN-SOHL:  Can you repeat that?
15       Q.   (BY MR. RAMER)  Do you think it is
16   unrealistic to predict or eliminate gender-related
17   regret that results from a change in gender
18   identity?
19            MS. NOWLIN-SOHL:  Object to form.
20            THE WITNESS:  Yeah, I think I would agree
21   with that statement that it may be unrealistic to
22   predict or eliminate that.
23       Q.   (BY MR. RAMER)  On the same page, the
24   left column, the second full paragraph kind of a
25   little over halfway down, there's a sentence that
```

Page 271

Dr. Kara Connelly August 28, 2023

```
1    begins with the phrase "At our center."

2            Do you see that?

3        A.   Yes.

4        Q.   And I'll just read it and ask if I read

5    it correctly.

6            It says "At our center it is not unusual

7    to encounter patients who detransitioned earlier

8    in life but because of changing societal context,

9    present for retransition.  (See next section.)"

10           Did I read that correctly?

11       A.   Yes.

12       Q.   Is that true that it is not unusual to

13   encounter patients who are retransitioning?

14       A.   There is -- it's hard to generalize

15   because some people use that term in their -- to

16   describe their experience, and some don't.

17           But -- it's not common, but we do have

18   patients who have used the word -- the word

19   "detransition" and then subsequently

20   "retransition."

21       Q.   Well, this says it's not unusual.  And do

22   you -- can something be not unusual yet also be

23   not common?

24           MS. NOWLIN-SOHL:  Object to form.

25           THE WITNESS:  Well, again, this is in the
```

Page 272

Dr. Kara Connelly August 28, 2023

```
 1   surgical setting, so I don't have that experience
 2   with my patients.  That isn't experience that our
 3   patients have expressed or have experienced.  So I
 4   can't comment on exactly what the lead author
 5   meant by "not unusual."
 6            I think it would be -- I would have to
 7   clarify with the surgeons about how they defined
 8   that qualifying term.
 9        Q.   (BY MR. RAMER)  Okay.  And one more
10   question on this.
11            Page 212 under "Limitations," the first
12   sentence says "The understanding of gender
13   incongruence is evolving, and much of the
14   presented information is based on the limited data
15   available, our workgroup discussions, TGD
16   community input, and clinical experience."
17            Did I read that correctly?
18        A.   Yes.
19        Q.   And do you agree the understanding of
20   gender incongruence is evolving?
21        A.   I agree that the field in general and
22   research pertaining to the field of gender
23   incongruence is -- you know, with more research
24   that is performed, the understanding is growing.
25            And with that, then I would say that
```

Page 273

Dr. Kara Connelly August 28, 2023

```
1    there will be evolutions in our understanding of

2    the field in general.

3               MR. RAMER:  And, Li, if we could pull up

4    Exhibit 23, which has a 26 in the file name.

5               MS. NOWLIN-SOHL:  Is this a good time for

6    a break?

7               MR. RAMER:  Yeah, sure.  I mean, this is

8    the last -- I think I only have like 20 minutes

9    left on the clock.  Happy to take a break if you

10   want, but this is the last document I was going to

11   talk about.  Either way, up to you.

12               MS. NOWLIN-SOHL:  Let's see.  Yeah, I

13   guess let's take a five-minute break.

14               And can we also just do a time check, how

15   much time is remaining?

16               THE VIDEOGRAPHER:  Sure.  Let me just go

17   off the record here real quick and I can add it

18   up.

19               So the time is 6:35 p.m. Mountain, and we

20   are off the record.

21               (Break taken from 6:35 p.m. to 6:42 p.m.)

22               THE VIDEOGRAPHER:  All right.  So we are

23   recording.  The time is 6:42 p.m. Mountain time,

24   and we are back on the record.

25               MR. RAMER:  Okay.  I'd like to take a
```

Page 274

Dr. Kara Connelly August 28, 2023

1   look at Connelly Exhibit 23, which has a 26 in the

2   file name.

3           (Deposition Exhibit No. 23 was marked.)

4       Q.   (BY MR. RAMER)  Do you have that pulled

5   up?

6       A.   Yes.

7       Q.   And, Doctor, this is a printout from the

8   CMS website.

9           And have you seen the information

10  contained in this printout before?

11      A.   Yes.

12      Q.   And moving down the page, there's a kind

13  of bold header that says "General Payment."

14          Do you see that?

15      A.   Yes.

16      Q.   And it says "From Endo Pharmaceuticals,

17  Inc.," correct?

18      A.   Yes.

19      Q.   And on the next line, is that your name?

20      A.   Yes.

21      Q.   And on the line after that, it says

22  "Nature of payment, consulting fee"; is that

23  right?

24      A.   Yes.

25      Q.   And the payment amount was $2,110; is

Page 275

1    that correct?

2         A.   Yes.

3         Q.   And the date of the payment was June 27,

4    2018; is that right?

5         A.   That sounds like -- I can't remember the

6    exact date, but 2018, spring of 2018, yes, that

7    sounds --

8         Q.   And sorry.  I should have directed you

9    down a line.  I was just reading the date of

10   payment, June 27, 2018.

11        A.   Okay.

12        Q.   And then on the next page in the middle,

13   it says "Associated products."

14             Do you see that?

15        A.   Yes.

16        Q.   And below that in the right column, in

17   the second row it says "Drug"; is that right?

18        A.   Yes.

19        Q.   And then two rows below that, it says

20   "National Drug Code, NDC."

21             Do you see that?

22        A.   Yes.

23        Q.   And then in the right column in that row

24   it lists a code.

25             And do you know what drug corresponds to

                                        Page 276

Dr. Kara Connelly August 28, 2023

1   the National Drug Code listed there?

2        A.   I can't say without looking it up.

3        Q.   If we go down a line below that, do you

4   see it says "Supprelin LA"?

5        A.   Yes.

6        Q.   What is that?

7        A.   That is a brand of the histrelin implant

8   that is in the category of GnRH -- the

9   gonadotropin releasing hormone agonist.

10        Q.   Does that refresh your recollection of

11   whether the -- what the National Drug Code above

12   that is related to?

13        A.   I just can't say.  I don't have the

14   National Drug Code memorized for that medication,

15   but I do know the medication name.

16        Q.   Okay.  And so did you receive a

17   consulting fee from Endo Pharmaceuticals in 2018?

18        A.   Yes.

19        Q.   And was that consulting fee related to

20   Supprelin LA?

21        A.   The consulting fee was -- it was a

22   one-time meeting of a medical advisory board

23   convened to discuss this medication and

24   potentially developing research trials pertaining

25   to the medication.

Page  277

Dr. Kara Connelly August 28, 2023

```
1        Q.    And when you say "medication," you're
2   referring to Supprelin LA?
3        A.    Yes.  Yes.
4        Q.    And is that a drug that your clinic has
5   ever prescribed as a puberty blocker?
6        A.    Yes.
7        Q.    Did you ever prescribe that drug as a
8   puberty blocker in 2018?
9        A.    I would have to go back to look
10  specifically, but it's possible.
11       Q.    And since 2018, have you ever prescribed
12  that drug as a puberty blocker?
13       A.    Yes.
14       Q.    Since 2018, have you received any other
15  payments from Endo Pharmaceuticals?
16       A.    No.
17       Q.    Did you list this consulting work in your
18  CV?
19       A.    I don't believe that I listed it in my
20  CV.
21       Q.    Did you ever disclose this consulting fee
22  in any of your published research?
23       A.    I disclosed -- I disclosed it -- I don't
24  believe it was disclosed in published research,
25  but I've disclosed it in accordance with my
```

Page 278

Dr. Kara Connelly August 28, 2023

```
 1    university's standards.
 2         Q.    Did you ever disclose this consulting fee
 3    to patients to whom you prescribed Supprelin LA?
 4         A.    I don't believe that I have.
 5         Q.    And can you just describe the full scope
 6    of the nature of your consulting work for Endo
 7    Pharmaceuticals?
 8         A.    Yes.  So it was -- as I said, it was a
 9    one-time meeting in 2018 of medical professionals
10    who were brought to serve on an advisory board to
11    discuss factors that would need to be considered
12    or that could be considered in the development of
13    research studies using this medication.
14         Q.    Is that type of meeting something that
15    you regularly participate in?
16         A.    No.
17              MS. NOWLIN-SOHL:  Object to form.
18              THE WITNESS:  That -- that's the only
19    time that I have participated in that type of
20    meeting.
21         Q.    (BY MR. RAMER)  And you said to discuss
22    factors that could be considered in development of
23    research studies using the drug; is that right?
24         A.    Um-hmm.
25         Q.    What does that mean?
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

1      A.    I'm pausing because I had to sign an NDA,
2   and -- at the time.
3            But it was essentially helping to inform
4   the pharmaceutical company of what -- for example,
5   what outcomes would need to be considered and
6   measured as part of research studies that they
7   were considering pursuing.
8      Q.   And just to clarify, are you unable to
9   fully answer my questions because of an NDA that
10  you signed with Endo Pharmaceuticals?
11     A.    I -- I've been able to answer them, your
12  questions, in the way that I consider fully to
13  explain what my participation was with the -- in
14  this meeting.
15     Q.   But why did you mention the NDA a moment
16  ago?
17     A.    I don't know if I can provide specifics
18  about -- I'd have to go back and review that --
19  specifics about the -- their plans for -- their
20  plans that they were considering in terms of
21  pursuing research studies.
22     Q.   Okay.  So if I asked you that question,
23  you would be unable to answer because of the NDA;
24  is that right?
25            MS. NOWLIN-SOHL:  Objection;

Page 280

Dr. Kara Connelly August 28, 2023

1   mischaracterizes testimony.

2           THE WITNESS:  If you were to ask me which

3   question?

4       Q.   (BY MR. RAMER)  Well, I thought I just

5   asked why did you mention the NDA, and I thought

6   you had said that it's because there are certain

7   things you cannot disclose; is that right?

8           MS. NOWLIN-SOHL:  Objection;

9   mischaracterizes her testimony.

10          THE WITNESS:  No, that's not what I meant

11   by that.  I believe that I can answer all of the

12   questions that you will ask me about the meeting.

13      Q.   (BY MR. RAMER)  Okay.  What were the

14   research studies that Endo was considering

15   pursuing that you were advising on?

16          MS. NOWLIN-SOHL:  Objection to form and

17   to relevance.

18      Q.   (BY MR. RAMER)  You can answer.

19      A.   The research studies were pertaining to

20   use of the medication in youth with gender

21   dysphoria.

22      Q.   And so the meeting with Endo

23   Pharmaceuticals that you attended was to discuss

24   potential research studies regarding the use of

25   Supprelin LA to treat youth with gender dysphoria;

Page 281

1    is that correct?

2        A.   The meeting was to advise on

3    considerations around different variables that

4    would need to be considered in measuring their

5    desired outcomes if they were to develop a

6    research study looking at the use of this

7    medication in use of gender dysphoria.

8            And I should clarify, no such study was

9    developed as a result of the meeting.

10       Q.   Can you do a research study like that if

11   the drug is not approved by the FDA for that use?

12           MS. NOWLIN-SOHL:  Objection to form and

13   to relevance and to foundation.

14           THE WITNESS:  Can you be a little more

15   specific?

16       Q.   (BY MR. RAMER)  Well, I guess the use of

17   Supprelin LA to treat gender dysphoria in youth is

18   not approved by the FDA, correct?

19           MS. NOWLIN-SOHL:  Object to form.

20           THE WITNESS:  The use of Supprelin LA --

21   or gender dysphoria is not an FDA-approved

22   indication.  Or it's an off-label indication for

23   the use of this medication -- of Supprelin LA.

24       Q.   (BY MR. RAMER)  And my question was just

25   at this meeting you were discussing research

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1    studies regarding the use of Supprelin LA to treat
2    gender dysphoria in youth.
3             And my question is can you do that if
4    it's not approved by the FDA?
5             MS. NOWLIN-SOHL:  Objection.  Same
6    objections; relevance, foundation.
7        Q.  (BY MR. RAMER)  Yeah, that's -- you can
8    ignore that question.  I don't actually think it
9    makes any sense.
10            Okay.  So what were the factors that you
11   were discussing about desired outcomes at this
12   meeting?
13            MS. NOWLIN-SOHL:  I'm going to -- we
14   might go off the record here and talk a little bit
15   about the NDA because I think you're now
16   encroaching onto that area, but I'm not sure that
17   this is relevant.  But we can have a conversation
18   about it if you'd like to keep asking questions.
19            MR. RAMER:  You want to go off the record
20   to discuss the NDA?
21            MS. NOWLIN-SOHL:  With Dr. Connelly and
22   the scope of it, because I feel like you're now
23   going into that.
24            MR. RAMER:  Okay.  How much time do you
25   think -- so just to be clear, are you instructing

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

```
 1   her not to answer that last question?

 2              MS. NOWLIN-SOHL:  No, I'm not at this

 3   time, but I'd like to talk to her about the scope

 4   of the NDA before we proceed.

 5              MR. RAMER:  Can I have her answer the

 6   question that's on the table and then we'll take a

 7   break and you can discuss the NDA?

 8              MS. NOWLIN-SOHL:  Can you repeat the

 9   question?

10       Q.   (BY MR. RAMER)  It was just what are the

11   factors that you discussed at this meeting

12   regarding desired outcomes?

13              MS. NOWLIN-SOHL:  Would you like to have

14   a conversation about the NDA before answering,

15   or --

16              And I'm also going to object to form, to

17   relevance, and --

18              THE WITNESS:  I can say that the factors

19   that were discussed were around things like how we

20   would -- how would be the best way to assess

21   growth measurements and potential side effects and

22   just general things around factors that may have

23   been important to include in the design of the

24   study.

25       Q.   (BY MR. RAMER)  Do you know why the study
```

Page 284

```
 1    was never pursued?
 2            MS. NOWLIN-SOHL:  Object to the form;
 3    speculation, foundation.
 4            THE WITNESS:  I don't.
 5       Q.   (BY MR. RAMER)  Do you recall anyone else
 6    who was at this meeting?
 7       A.   Do I recall who was at the meeting?
 8       Q.   Correct.
 9       A.   Yes, I recall some of the people, but I
10    don't remember everyone's name.
11       Q.   Can you give me any names that you do
12    remember?
13            MS. NOWLIN-SOHL:  Object to relevance.
14            THE WITNESS:  Steve Rosenthal and Jeremy
15    Carswell are the only two that I can remember.
16       Q.   (BY MR. RAMER)  And where was the
17    meeting?
18            MS. NOWLIN-SOHL:  Object to relevance.
19            THE WITNESS:  I can't remember for
20    certain.  I think it was maybe in Chicago.
21       Q.   (BY MR. RAMER)  And why were you paid to
22    attend the meeting?
23       A.   I was paid a consulting fee as a
24    consultant to contribute my expertise to the
25    meeting.
```

Page 285

Dr. Kara Connelly August 28, 2023

1          Q.    To contribute your expertise to the
2    design of the potential study; is that right?
3               MS. NOWLIN-SOHL:  Object to form.
4               THE WITNESS:  It was not to contribute to
5    the design of the study.  I did not -- we did not
6    discuss the design of the study.
7               MR. RAMER:  Okay.  I think with that, I
8    don't have any more questions, Dr. Connelly.  I
9    appreciate the time that you've taken today.
10              And I will pass the witness to your
11   counsel if counsel has any questions for you.
12   Otherwise, thank you.
13              MS. NOWLIN-SOHL:  John, do you mind if we
14   take -- I know it's late on the East Coast, so I'm
15   sorry to ask this, but do you mind if we take 15
16   minutes for me to look over my notes and stuff?
17              MR. RAMER:  Yeah, absolutely.
18              MS. NOWLIN-SOHL:  Okay.  So we'll come
19   back at a quarter after.
20              MR. RAMER:  Sounds good.
21              THE VIDEOGRAPHER:  Okay.  So the time is
22   7:00 p.m. Mountain time, and we are off the
23   record.
24              (Break taken from 7:00 p.m. to 7:17 p.m.)
25              THE VIDEOGRAPHER:  All right.  So we are

                                        Page 286

Dr. Kara Connelly August 28, 2023

1    recording.  The time is 7:17 p.m. Mountain time,

2    and we are back on the record.

3

4                        EXAMINATION

5    BY MS. NOWLIN-SOHL:

6        Q.   Okay.  So, Dr. Connelly, you spoke

7    earlier about puberty blockers being used as

8    treatment for precocious puberty.

9             Do you recall that?

10       A.   Yes, specifically central precocious

11   puberty.

12       Q.   Okay.  And how long have puberty blockers

13   been used for that purpose?

14       A.   I believe at least 30 years.

15       Q.   Okay.  And how long have you been using

16   puberty blockers to treat gender dysphoria?

17       A.   How long have I personally?

18       Q.   Um-hmm.

19       A.   Since I started providing care.  I'd say

20   probably within the last ten years.

21       Q.   Okay.  And during the time that you've

22   been practicing, are you aware of any issues

23   affecting cognition as a result of the use of

24   puberty blockers that have been identified by

25   clinicians or researchers?

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

1          A.    I am not aware of any.

2          Q.    And do endocrinologists today continue to

3     provide puberty blockers when indicated to treat

4     central precocious puberty?

5          A.    Yes.

6          Q.    So earlier you were also asked a few

7     questions about the basis -- bases of your

8     opinions about the effectiveness of blockers and

9     hormone therapy for the treatment of adolescents

10    with gender dysphoria, and you were referencing

11    scientific research.

12              Do you recall that?

13         A.    Yes.

14         Q.    Does your clinical experience also

15    contribute to those opinions that you expressed?

16         A.    Yes.

17         Q.    So earlier you were talking about initial

18    medical visits with patients at your clinic.

19              Do you recall that conversation?

20         A.    Yes.

21         Q.    And how many of the patients leave those

22    initial medical visits with a prescription for

23    either puberty blockers or hormone therapy or

24    another type of gender-affirming medication?

25         A.    That is very rare.  And I would estimate

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

1    less than 5 percent of the time.

2        Q.   Okay.   And after that initial visit, what

3    happens?   What do the patients do prior to their

4    follow-up visit?

5        A.   Yeah, so that -- again, the care is

6    individualized, and it depends on the patient.

7    But it usually includes the patients reviewing

8    information that they receive at the visit,

9    information that we give them at the conclusion of

10   the visit that they may go home and read over.

11            They have the opportunity to ask

12   additional questions of the medical provider

13   either by phone or through -- or written or

14   through the electronic health record.

15            Many of them will continue to have

16   conversations with their parents.   Their parents

17   may have additional questions for the different

18   members of the treatment team.

19            Some patients will have ongoing

20   conversations with their therapists.

21            Some patients will have another visit

22   with our psychologist.

23            Some parents will have a visit with the

24   psychologist.

25            And so it can be any of those -- can be

Page 289

Dr. Kara Connelly August 28, 2023

1    any of those, that variety of different items.

2        Q.    Okay.   And as a result of those items,

3    does it ever happen that a patient might have a

4    prescription for puberty blockers or hormone

5    therapy at the time of their follow-up medical

6    appointment?

7        A.    Yes.

8        Q.    Okay.   And do you have a rough idea of

9    how often that happens?

10       A.    Yeah.   I would estimate maybe about

11   20 percent of patients who have completed the

12   initial visit will initiate a medication prior to

13   their first follow-up appointment.

14       Q.    And has that number changed over time?

15       A.    It has.   And, yeah, generally -- so we've

16   actually seen -- we've seen less patients over

17   time that have -- that initiate a medication prior

18   to the first follow-up appointment.

19            And that's partially due to the fact that

20   we're seeing -- we're seeing patients that are in

21   childhood, haven't yet reached puberty, so aren't

22   eligible for any medical interventions.  We're

23   seeing an increase in that population.

24            And then we're also seeing an increase in

25   the population of individuals who determine that

Page 290

1   they don't want to start any of the treatments

2   that we've discussed or don't want to start

3   cross-sex hormones or puberty blockers or want

4   more time to consider the treatment.

5        Q.   Okay.  And so earlier I think you were

6   asked whether only 2 percent of patients will

7   initiate puberty blockers or cross-sex hormones

8   before the second visit, and you said that that

9   was correct.

10            Was that testimony correct or --

11       A.   What I was referring to with that

12  2 percent was individuals who are prescribed a

13  medication at the completion or at their initial

14  visit.

15       Q.   And that is different from the number of

16  patients who will be -- have a prescription for

17  medication at the time of the follow-up visit?

18       A.   Yes.

19            MS. NOWLIN-SOHL:  Okay.  No further

20  questions.

21            MR. RAMER:  I don't have any either.

22            So thank you very much, Doctor.

23            And thank you, Li.

24            MS. NOWLIN-SOHL:  Yes.  And thank you to

25  everyone for staying later into the evening,

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Dr. Kara Connelly August 28, 2023

1    particularly on the East Coast.

2              MR. RAMER:  Okay.

3              THE WITNESS:  Thank you, all.

4              MR. RAMER:  Have a good day.

5              THE VIDEOGRAPHER:  All right.  So then

6    this concludes our video deposition with Dr. Kara

7    Connelly.  It is August 28, 2023.  The time is

8    7:24 p.m. Mountain time, and we are off the

9    record.

10

11      (Whereupon the deposition was concluded at 7:24 p.m.)

12                      ****

13                 (Signature requested.)

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page  292

```
 1                          VERIFICATION
 2
      STATE OF  _____  )
 3                             )
      COUNTY OF _____  )
 4
 5         I, KARA CONNELLY, M.D., being first duly sworn on my
 6    oath, depose and say:
 7         That I am the witness named in the foregoing
 8    deposition taken the 28th day of August, 2023, consisting
 9    of pages numbered 1 to 292, inclusive; that I have read
10    the said deposition and know the contents thereof; that
11    the questions contained therein were propounded to me;
12    the answers to said questions were given by me, and that
13    the answers as contained therein (or as corrected by me
14    therein) are true and correct.
15
16    Corrections Made:  Yes_____ No_____
17
18
                      _____
19                       KARA CONNELLY, M.D.
20
21       Subscribed and sworn to before me this _____ day of
22    _____, 2023, at _____, Idaho.
23
                      _____
24                    Notary Public for Idaho
                      Residing at _____, Idaho
25                    My commission expires: _____.
```

Page 293

```
 1                    REPORTER'S CERTIFICATE
 2   STATE OF IDAHO        )
                           )
 3   COUNTY OF ADA         )
 4
 5        I, Amy E. Simmons, Certified Shorthand Reporter and
 6   Notary Public in and for the State of Idaho, do hereby
 7   certify:
 8        That prior to being examined, the witness named in
 9   the foregoing deposition was by me duly sworn to testify
10   to the truth, the whole truth, and nothing but the truth;
11        That said deposition was taken down by me in
12   shorthand at the time and place therein named and
13   thereafter reduced to typewriting under my direction, and
14   that the foregoing transcript contains a full, true, and
15   verbatim record of said deposition.
16        I further certify that I have no interest in the
17   event of the action.
18        WITNESS my hand and seal this 28th day of August,
19   2023.
20
21                       AMY E. SIMMONS
                         ID CSR No. 685
22                       CA CSR No. 14453
                         WA CSR No. 22012915
23                       OR CSR No. 22-009
                         RDR, CRR, CRC,
24                       and Notary Public
25
     My commission expires:  6/13/28.
```

Page 294

Dr. Kara Connelly August 28, 2023

**[& - 20006]**

| & |
|---|
| **&**  2:6,21 3:3,12 8:17 9:1 13:14 |

| 0 |
|---|
| **00269**  1:4 8:10 |

| 1 |
|---|

**1**  5:11 14:10,16 170:8 180:11 180:12 182:24 184:8 191:15 242:8 263:20 293:9
**1,989**  263:21 264:7,16
**10**  6:8 20:12 21:12 27:14 66:13 82:20,20 154:18 155:14 155:25 171:11 197:18 204:10 204:22 249:1 250:5 252:22
**100**  20:3,5,5
**10004**  2:18
**10019**  3:4
**1050**  2:22
**10:08**  2:11 8:5
**11**  6:11 73:2 82:23,23 156:2 156:7,12 179:24 194:4 245:13
**112**  7:6

**11:03**  48:6,8
**11:17**  48:8,10
**12**  6:12,22 85:8 150:10 164:20 164:21 171:7 195:6,8 204:16
**120**  5:17
**125**  2:17
**1285**  3:4
**12:11**  85:12,14
**12:18**  85:14,16
**13**  6:14 48:1 142:14 179:23 180:1 194:4 208:14 241:23
**130**  5:18
**131**  7:8
**134**  5:20
**139**  5:23
**14**  5:11 6:17 83:22 85:20 167:20,22 168:1 248:17
**14453**  294:22
**145**  42:1 56:7
**14553**  2:7
**149**  6:3
**15**  5:11 6:7,10 6:18 27:16 124:22 137:23 145:12,14 149:3 204:16 204:19 224:19 286:15

**1523**  3:13
**155**  6:5,8
**156**  6:11 7:11
**16**  6:4,20 195:6 195:9 203:22 208:14,16 230:23
**164**  6:12
**168**  6:17
**17**  5:12 6:23 85:8 224:19,20 233:3
**17th**  2:22
**18**  7:3 20:4,6 22:8,11,18 25:15,17,19 63:23 64:2,7 64:12,16,24 65:3,9,13,14,20 65:23 68:10 93:6,9,10 94:25 95:9,18 95:23 96:1,4,5 96:11,14 97:3 97:6,24 98:12 101:23 103:4 103:11,23 105:4,6 158:1 158:3,10 160:19 195:11 230:23,24 236:21 264:9
**180**  6:14
**18th**  65:7

**19**  7:4 41:24 205:8 233:3,5 241:4
**197**  181:19 185:22 187:16
**1979**  145:18
**198**  180:10 182:24 188:17 195:22
**199**  194:5,18
**1:03**  47:25
**1:12**  120:18,20
**1:23**  1:4 8:10

| 2 |
|---|

**2**  5:12 6:13,17 7:3,3 15:2 16:23 17:7 20:11 61:9,12 61:21,22 62:2 76:15 111:17 132:5 149:17 187:11,13 188:18,18 231:14 232:4,5 232:7 238:17 291:6,12
**2,110**  275:25
**2-3**  126:13
**20**  7:7 25:4 66:3 223:6 236:20,23 274:8 290:11
**200**  4:4
**20006**  2:22

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[20036 - 47.5]**

**20036**  3:13
**2010**  68:23,23
**2011**  16:9
**2013**  68:24
**2015**  6:11 16:9
**2017**  21:5
  42:10 139:21
**2018**  276:4,6,6
  276:10 277:17
  278:8,11,14
  279:9
**2019**  56:14
**202.220.9621**
  3:14
**202.539.6620**
  2:23
**2020**  15:7
  168:6
**2022**  7:5 20:14
  20:22 145:19
  230:10
**2023**  1:20 2:10
  8:5 205:8
  292:7 293:8,22
  294:19
**204**  6:18
**207**  267:6
**208**  6:20
**208.287.7700**
  4:5
**208.334.2400**
  3:18
**208.742.6789**
  3:8

**208.854.8073**
  3:19
**20s**  20:8 66:4
  249:18 259:7
**21**  7:9 76:16
  178:3 241:2,4
**211**  270:4
**212**  273:11
**212.373.3000**
  3:5
**212.549.2584**
  2:18
**22**  7:12 51:21
  66:9 178:2,14
  178:16,17,19
  196:11 262:15
  262:17
**22-009**  2:8
  294:23
**22012915**  2:8
  294:22
**224**  6:23
**23**  7:14 157:21
  262:16 274:4
  275:1,3
**230**  7:3
**236**  7:4
**24**  5:13 177:25
  178:13 205:24
**241**  7:7
**248**  211:12
**249**  209:19
**25**  25:5 27:11
  156:20 203:23
  240:14

**252**  219:18
**253**  215:5
**254**  209:4
**255**  221:2
**26**  97:12
  101:18 121:23
  162:12,21
  274:4 275:1
**262**  7:9
**27**  122:2,4
  196:10 197:1
  276:3,10
**275**  7:12
**276**  205:15
**28**  1:20 8:5
  28:4 292:7
**287**  5:6
**28th**  2:10 293:8
  294:18
**29**  261:6,11
**292**  293:9
**29423**  294:20
**2:03**  120:20,22
**2:50**  154:10,12

**3**

**3**  5:14,18 6:19
  7:15 40:25
  41:1 56:6,6
  57:21 60:9
  133:17 137:22
  145:12 225:10
  264:17 266:2
  266:11
**3.32**  234:1

**30**  168:6 187:7
  287:14
**302**  6:11
**31**  44:4 176:8
  179:6 191:25
**3191**  4:4
**32**  154:18
  197:18 198:4
  198:12,20
**34**  155:5
  196:10 197:1
**35**  5:25
**37**  245:21
**38**  233:23
**3873**  140:1
  142:8
**3895**  175:18
**3:00**  154:12,14
**3:12**  120:8

**4**

**4**  5:17,20 15:15
  120:24 121:3
  134:24 195:5
  195:14 196:13
  196:13
**402**  131:5
**404**  132:4
**409**  135:9
**41**  5:14 247:1
**410**  135:25
**44**  124:23
**45**  43:10
**47.5**  184:4,18
  185:12

**[4:16 - accurate]**

**4:16** 204:3,5
**4:27** 204:5,7

**5**

**5** 5:18 6:16
25:22 28:2
76:16 97:9
130:22,25
191:13,21
223:6 289:1
**5.8** 242:8,15
243:1,15,17
**50** 85:20
248:18
**500** 21:6,8
**545** 5:17
**5:25** 240:21,23
**5:38** 240:23,25

**6**

**6** 5:16,19,20
6:24 51:20,21
134:15,16
264:17
**6/13/28** 294:25
**685** 2:7 294:21
**6:35** 274:19,21
**6:42** 274:21,23

**7**

**7** 5:23 77:10
139:9,10
151:13,14
154:19,20
175:14 176:18
178:23 188:3
188:24,25

190:20,25
191:3,21 193:6
197:18 198:12
198:16 203:17
204:11 231:24
232:12
**7.1.** 135:11
**70** 180:20
181:6,8 187:5
**700** 68:6
**72** 180:22
**7:00** 286:22,24
**7:17** 286:24
287:1
**7:24** 292:8,11

**8**

**8** 6:3 28:4
97:12 101:18
145:19 149:10
149:12 155:5
175:15
**80** 25:9
**801** 2:22
**81** 196:11
**812** 3:7
**82** 238:9
**83702** 3:8 4:5
**83720** 3:17,18
**85** 25:10

**9**

**9** 5:5,22 6:5
7:13 16:4 44:4
77:13 111:18
155:14,25

176:7,18,22
177:3,7 178:9
179:2 188:2,23
188:24 189:6,7
189:15,25
190:8,22
191:25 193:6
261:6,11
**90** 21:18 24:7
66:15
**96.2** 183:13
184:12 185:9
**99** 237:24
238:15
**993** 20:13
21:11

**a**

**a.m.** 2:11 8:5
48:6,8,8
**aaron** 3:17
9:15
**abbreviated**
237:14
**abbreviation**
152:2
**abbreviations**
151:25 152:3
**abdomen** 94:21
**ability** 52:15,25
53:14 74:23
107:21,22
136:23
**able** 10:18
19:25 33:21
38:10 55:24

100:15 101:9
101:13,14
105:24 106:10
106:18 109:14
118:11 121:5
129:9 151:1
167:17 211:9
220:11 222:1
249:4 252:9
253:19 260:13
260:13 271:4
280:11
**above** 2:12
152:22 153:1
162:24 277:11
**absence** 248:11
**absolutely**
286:17
**abstract** 263:24
**access** 6:8
28:15 66:23
106:16
**accessed** 92:19
95:8
**accessing** 28:11
28:19 105:21
160:15
**accompany**
234:10
**accordance**
254:16 278:25
**account** 105:17
108:18
**accurate** 27:9
129:21 196:18

**[accurate - affirming]**

206:7
accurately
98:21 222:2
acetate  62:18
62:22
achieve  249:4
249:23 252:9
253:9,11,19
achieved  79:17
achieving  90:4
achille  152:17
152:22,25
153:7
acknowledge
51:12
acknowledged
52:12 53:13
acknowledge...
175:21
acknowledging
98:25 161:25
aclu  17:15
aclu.org  2:19
2:19
acquires  182:6
acquisition
143:1
acting  215:15
218:8
action  294:17
activates  77:5
active  16:16
actual  163:7
197:1 261:22

actually  18:18
34:2 56:8 96:5
96:10 109:2
121:22 144:3
151:14 200:17
283:8 290:16
ada  1:13 2:9
4:3 9:7 294:3
adacounty.id....
4:6
add  242:19
274:17
added  122:8
124:6 263:19
addition
138:19 215:9
215:11 222:14
270:16
additional
289:12,17
address  51:3,7
53:3,5 209:25
addressed  52:3
52:9
addresses
235:24
adequately
158:14,21
160:17 161:3
adhd  26:20
27:1,4
adherence  52:3
administered
251:18,22

administration
60:25 61:5
adolescence  6:8
19:24 22:2,11
22:22,23,25
208:9 243:10
253:18,20
259:17,20
268:1,4,17
adolescent  6:19
52:20 53:4,6
57:24 58:7,11
74:22 75:9
151:6 234:10
258:7
adolescent's
52:4
adolescents
6:24 7:8,10
19:24 44:7
58:10 68:14
91:5,7 153:1
222:5,10
223:14 225:15
227:18,25
231:8 242:11
243:8 245:15
256:2 267:21
268:8 288:9
adrift  79:15
adult  20:1,9
30:20 65:24
66:5,22 67:3
67:25 68:1

adulthood  19:2
19:25 268:4
adults  6:9 64:4
65:14 152:13
153:2 158:14
158:20 159:6
159:10,20,24
160:5,13,25
162:3 227:15
229:2,11
249:17 257:11
259:21
advance  120:4
adverse  207:13
207:23,25
208:6 209:10
advise  282:2
advising
281:15
advisory
277:22 279:10
affecting
287:23
affiliated  91:13
affirmation
34:12
affirmed  35:5
180:13,23
affirming  5:15
6:8 7:9,12
19:10 28:7
35:6 64:17,21
64:25 69:17,23
70:1,4,7 85:22
91:16 92:13,23

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[affirming - answers]**

93:7 95:3
96:17 97:5,17
97:19,25 98:6
98:13,24
100:10,14
101:8,15
104:17 105:5,8
105:21 106:6
107:4,16,19
108:12 109:5
118:17 149:25
151:19 176:15
179:8 192:2,19
192:24 196:5
225:9,18 226:1
226:12,17
242:7,10 244:5
244:25 245:15
248:19 258:15
263:4,22
264:24 265:16
269:14 270:19
288:24
**ag.idaho.gov**
3:19,20
**age** 19:19 20:4
25:15 65:20
66:2 68:10
69:3 77:6,7,8
77:10,13,22,25
78:1,2,4 79:19
79:19 82:15,17
83:21 93:7
94:25 95:8,18
95:23 96:1,4

96:14 101:23
102:22 104:16
104:24 105:4,6
105:14 153:6
157:16 158:3
160:19 195:11
250:4 259:16
264:8
**aged** 158:1
**agency** 230:11
**ages** 19:21
22:16 77:15
92:25 152:14
158:10
**ago** 21:5
280:16
**agonist** 277:9
**agree** 34:18
36:8,23 73:10
106:1 107:7
122:16 129:19
136:12 155:13
159:19 160:22
160:23 209:14
212:5,13
215:21 220:8
226:21 228:3,6
228:19 229:5,8
229:10 234:14
234:22,25
240:6 242:14
259:22,24
271:20 273:19
273:21

**agreement**
106:8
**ahead** 10:22
84:21 86:22
167:21 194:15
255:11
**aim** 187:23
188:9
**aims** 141:2
187:21
**air** 240:16
**al** 8:9,10
**alert** 112:6,10
**alignment**
72:16
**alleviate** 70:18
248:8
**alleviating** 70:6
**alongside** 245:5
**alternative**
131:13 136:4
**american** 2:16
**americas** 3:4
**amount** 91:3
275:25
**amy** 1:25 2:6
8:16 294:5,21
**analogues** 7:7
225:17 226:17
**analyzing** 71:5
**anatomy** 94:19
**androgen**
255:23
**androgens**
255:18

**animal** 211:16
212:19 216:2
**animals** 212:1
212:7,8,14,23
213:1,6 214:7
214:8,10,15
216:17,23
**animated** 80:6
**annelou** 113:7
113:10,25
**answer** 10:22
10:23 11:8
38:1 39:2 65:5
98:21 99:4
101:10 104:21
106:19 110:7
110:24 143:19
193:11 194:8
201:8,24 210:7
210:11,14,20
212:4 217:2,10
220:11 222:1
252:14 255:9
280:9,11,23
281:11,18
284:1,5
**answered**
38:15 39:1
71:9 105:15
116:24 178:5
203:11
**answering**
10:10 284:14
**answers** 10:18
250:2 293:12

**[answers - assess]**

293:13
**antiandrogen**
254:12,21
255:12 256:2
**antonio**   13:22
**anxiety**   6:14
44:9,12,20
45:21,22 46:4
46:9,12,24
47:15 50:21
51:1 176:16
179:1,3 187:25
188:10,19
192:6 205:24
**anytime**   112:17
**apart**   71:16
211:22
**apologize**   162:5
171:13
**apoptosis**
211:19
**apparent**
242:17
**apparently**
243:3
**appear**   14:19
17:9 32:3 79:3
220:2
**appearance**
29:16 30:12,14
**appearances**
2:15 3:1 4:1
8:19
**appears**   244:22

**appendices**
230:19
**appendix**   7:3
230:17 231:14
232:4,5,7
238:1
**application**
131:11
**applied**   132:17
146:22
**apply**   130:5
**appointment**
56:19 57:2,5,6
57:8 58:13
60:6 182:13
184:22 187:2
188:2 290:6,13
290:18
**appointments**
57:25 63:17
182:4
**appreciate**
286:9
**approach**   7:13
46:11 133:18
136:4 266:18
266:19
**approached**
107:10 265:23
**appropriate**
106:7 163:9,21
164:1 212:18
212:19 223:14
**approval**   15:24

**approved**
282:11,18,21
283:4
**approximately**
23:2 25:4,9
66:1,3,14
68:21 82:20
**approximation**
82:15
**april**   14:23,25
**area**   19:13 75:3
113:4 283:16
**areas**   160:13
**article**   41:18,20
42:2 90:18,20
131:2 149:11
149:15 150:5,7
151:13 154:20
155:6,9 180:3
180:5,7 186:13
192:12,13
195:21 197:4
197:19,22
204:21,22
205:1,12 206:4
206:5,6,24
207:5 208:18
216:15,21
262:19,21,23
263:14 264:23
265:2 270:4,13
**articles**   11:21
12:1 114:16
117:2 156:9
157:14 158:11

199:4 227:2
230:4
**ascertain**   52:14
**ascertained**
239:13
**asked**   10:10
17:17,18 34:24
37:22 38:15
39:1 50:17
67:14 110:21
162:1,2 203:10
245:4 280:22
281:5 288:6
291:6
**asking**   17:15
48:13 55:13
72:24 75:11
76:3 110:16
144:2,3 146:9
160:4 182:19
186:6 201:23
266:10 283:18
**asks**   160:3
**aspect**   113:14
160:4 265:14
**aspects**   70:5
105:21 211:2
265:15
**assess**   74:1,11
74:16 75:12,23
78:10 109:10
143:13,17
144:6,10,14,19
144:25 159:6
159:14 161:14

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[assess - aware]**

161:16 194:17 238:20 284:20

**assessed**  53:13 108:8 109:8 132:15 144:4 238:5

**assessing**  74:9 74:14 78:5 110:18 111:2

**assessment** 30:24 58:3 74:6 75:16,18 75:20 97:1 106:20 107:25 108:25 109:17 110:5 182:6 230:12,12 238:25

**assessments** 30:24 74:19 239:4

**assigned**  23:9 23:12,22 24:23 26:9 29:21 30:6,11 33:1 33:11,18 72:11 72:16 77:9,12 79:16 82:19,22 95:22 96:14 97:4,18 98:7 100:9,13 127:15,18,24 128:23 180:16 180:20,25 181:2,5,17

228:8 249:3,12 249:13 252:8 253:17 257:16 258:8,22 259:10 260:9 260:18 264:19 265:4,10 266:1 266:24

**assignment** 132:14

**assisted**  249:4

**assistive**  252:10

**associate**  13:13

**associated**  2:6 8:16 69:18,21 70:12,19 71:4 158:5 198:7,17 208:9 242:15 276:13

**association** 16:18

**assume**  10:9 11:1 36:4 89:3 120:5 121:5 127:6,9 129:15 180:25 186:6 194:14 229:21 263:11

**assuming** 257:21

**athlete**  15:17

**athletic**  16:1

**attached**  167:8

**attempt**  14:8 67:2 96:3,7

**attempted** 130:5

**attempting** 118:2

**attend**  285:22

**attended** 111:21 281:23

**attending** 68:20

**attitude**  166:19

**attorney**  1:11 1:12 2:5 3:15 8:21 9:4,5,15 9:24 11:20 17:14

**august**  1:20 2:10 8:5 292:7 293:8 294:18

**author**  41:17 154:21 175:4 180:5 205:3 206:17 208:21 262:21 273:4

**author's** 121:11

**authoritative** 148:11

**authorities** 223:10,18,25 224:4

**authors**  112:21 154:23 155:8 165:1 175:7 211:25

**autism**  26:18 26:19,25 27:3 27:17,19,23 28:2 54:11,18 55:1,11,13,22 56:4 221:11,22

**automatically** 108:22

**availability** 105:8

**available**  62:21 122:12,18,21 123:3,17,20,22 141:3 142:12 224:14 227:1 257:1 273:15

**ave**  3:13

**avenue**  3:4

**average**  57:20 66:3 82:20 189:15,25 190:8,24 191:3 191:9,13,14,17 191:21,22 242:6

**aware**  94:22 95:7 98:16 150:25 151:4 163:14,23,25 164:10,14 206:3 216:15 216:21,25 217:8 222:3,8 222:21,25 235:24 236:7

**[aware - beyond]**

236:12 241:8
253:16 257:25
258:4,16 259:9
259:18 260:15
287:22 288:1

**b**

**b** 5:9 6:1 7:1
**baby** 89:17
**back** 24:11
28:3 44:3
47:24 48:1,11
50:16 56:7
57:21 67:1
76:14 85:17,19
101:16 105:20
107:19 120:23
138:24 145:11
148:18 152:7
154:15 170:3
171:5,17
175:12,18
176:6 179:5
182:24 183:15
185:22 188:17
194:3 196:21
203:16 204:8
206:6 223:5
232:13,18
238:10,15
241:1,21
245:12 246:4
261:5 263:3
264:18 265:3
265:10,12,20
265:25 266:15

266:23 274:24
278:9 280:18
286:19 287:2
**background**
13:18 166:14
168:12
**backing** 203:3
**backslash**
231:6,18
**bad** 24:4
**baker** 149:11
149:11
**balance** 215:17
218:10
**balshem** 5:19
**barriers** 5:14
**based** 102:16
104:22 117:5
118:21 119:3
129:17 131:23
138:4,14
148:21 151:7
151:11 176:17
177:19 193:6
201:24 227:8
227:11 247:24
249:16 257:1
273:14
**bases** 288:7
**basic** 40:15
60:15 98:25
**basically** 10:6
16:1,14 24:6
42:23 58:22
78:10 132:13

**basis** 226:23,25
230:3 288:7
**baughman**
2:21 9:1
**began** 19:4,12
**beginning**
41:23 163:2
252:21
**begins** 84:9
175:14,22
187:17 207:7
212:6 215:8
259:22,25
272:1
**begun** 15:22
**behalf** 8:20,23
9:1
**behavioral**
19:15 39:25
106:21 109:12
110:6,13
111:13 178:12
215:12 222:1
266:19
**belgium** 243:16
**believe** 14:9
34:16 37:4
42:2 43:1 60:8
90:24 91:2
94:12,22
102:18 103:8
114:4,5,7
123:18 149:10
154:25 155:11
164:19 175:13

176:24 194:10
208:25 237:1
237:13,23
253:20 255:3
263:2 264:12
266:6 278:19
278:24 279:4
281:11 287:14
**beneficial**
31:14,17,22
32:9 209:10
**benefit** 78:16
78:19 79:4,21
105:5 108:1,2
108:19 203:7,8
**benefits** 5:14
48:24 49:2,6,9
50:4 99:2
108:3,5 207:10
225:19 226:2,6
226:19 245:20
**bennetts** 1:11
4:2
**best** 10:15,16
58:23,25 93:24
115:8 122:12
122:18,21
123:2 148:8
174:8 284:20
**better** 32:19
39:6 177:19
214:19
**beyond** 75:3,13
76:11 101:10
109:18 110:1,8

**[beyond - brain]**

110:20 220:14
220:20
**bias** 5:21
114:25 115:1,2
115:9 116:7,11
135:24 231:15
231:20 232:22
238:21 239:7
239:10,12,13
239:15,16,23
**big** 156:23
**binder** 29:11
29:12 30:13
**binders** 30:7
35:4
**bioethicist** 13:4
**biological**
166:22 167:13
169:16,22
170:9,15,23
171:22 172:4
**birth** 23:9,12
23:22 24:23
26:9 29:21
30:6,11 33:2
33:11,19 72:11
72:17 77:10,13
79:17 82:19,23
89:20 90:5
95:23 96:14
97:4,19 98:8
100:9,13
180:16,21
181:1,3,5,18
227:19,25

228:9 249:3,12
249:13 252:8
253:18 257:17
258:8,22
259:11,12
260:9,18
264:19 265:4
265:10 266:1
266:24
**birthday** 65:7
**bit** 11:1 64:7
87:13 91:4
111:16 119:12
167:21 283:14
**blinding**
238:22
**block** 215:7
**blockade** 236:1
236:9
**blocker** 278:5,8
278:12
**blockers** 24:19
24:21 25:3
33:7 36:6,21
37:20 55:12,24
56:3 60:25
61:13 62:3,17
69:1,4,9,11
70:14,17,23
71:2,12,17
73:19,23 74:3
76:18 77:19,24
78:7 79:20,23
81:8 82:2,7,10
83:1,13,15,25

84:1,6,8
143:18 144:7
182:12 183:4
183:13 184:3
184:10,13,23
185:10,12
186:1,11 187:1
187:8 198:6,21
217:2,10 219:6
222:4,9 226:1
226:11 229:17
234:15,23
235:1 246:5
250:20,22
259:25 260:7
260:10,20
267:1 287:7,12
287:16,24
288:3,8,23
290:4 291:3,7
**blood** 141:19
**blue** 156:24
162:24 173:18
231:13
**board** 14:3
15:12,13,14
225:7 226:4
277:22 279:10
**body** 32:15
33:20,20,23
34:6 100:3
132:15 133:25
255:19
**boise** 3:8,18 4:5

**bold** 42:4 140:3
149:18 150:11
175:21 181:20
209:5 225:11
267:8 275:13
**bone** 142:13,18
142:22 143:1,2
143:5,6,6,8,10
207:13 214:18
214:20,23,24
243:15
**born** 86:8 88:3
88:15 90:8
260:14
**bottom** 129:6
129:10,12
133:16 151:24
152:16 183:1
189:4 205:6
211:14
**box** 3:17 131:7
263:21 264:1
**boxes** 264:3
**boys** 29:23
152:20
**brain** 77:5
207:14,18,23
208:1,6 215:23
216:4,7,17,23
217:3,11,18
218:21 220:3
220:13,19,24
235:11,17,25
236:9,15

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[brains - carry]**

brains  219:11
  219:11,12
branching
  211:19
brand  62:11,20
  277:7
brandings
  62:23
brands  62:21
break  11:1,7,9
  47:17,19 48:8
  50:16 85:14
  119:21 120:20
  153:17 154:1
  154:12 195:18
  203:19 204:5
  240:12,23
  274:6,9,13,21
  284:7 286:24
breaks  10:24
breast  30:10
  255:19,24
breastfeed
  100:15 101:9
  101:14
briefly  13:11
bring  67:1 90:1
  155:17
bringing
  117:25
broad  2:17
  26:23,23
  211:17
broadly  35:19
  35:22

broken  189:9
  190:21
brought  57:14
  279:10
bullet  131:9
bunch  168:20
  168:22
button  119:19

**c**

c  8:1 51:22
  236:6,6 237:14
ca  294:22
california  2:7
call  16:23 30:5
  30:6 39:23
  40:6,7,8,21,24
  42:12,25 43:8
  43:16,20,22
  45:1 59:22
  60:24 61:4
  85:7,8 106:12
called  22:10
  29:10 30:9
  59:25 60:2,7
  88:8 94:13
  102:9 145:22
  246:4
calls  81:13
  132:13 146:4
  146:13 147:6
  147:24 174:3
  174:15
canal  93:17
  94:7,10 102:13

cantu  6:16
capacities  1:14
capacity  1:10
  1:12
captured
  160:17 161:3
captures
  158:15,21
cardiovascular
  141:5,9,14
  142:3,5
care  5:15 6:19
  6:23 11:24
  19:1,10 20:1,6
  20:9 28:9,22
  30:15,22 31:4
  31:7,10 35:12
  35:16 36:14,18
  37:3,6,7,16
  38:18 41:23
  42:11,13 44:8
  46:14,23 54:24
  55:5,17,17,20
  64:7,13,16,17
  64:20,21 65:1
  65:4,7,22,24
  66:23 67:3,13
  67:20,25 68:5
  69:18,23 70:1
  70:4,5 71:23
  87:20 102:21
  104:13 105:22
  118:17 145:17
  145:23 146:2,7
  146:11,18,24

147:3,12,22
  148:1,4,11
  149:25 150:2
  151:7 160:15
  165:17,19,24
  168:14 173:22
  174:8,12,17,20
  174:21 175:2
  175:10 176:3
  176:15 179:9
  179:21 192:3
  192:20,24
  206:12 223:11
  223:12,13
  224:15,17
  225:9 226:7
  227:17,24
  228:4 237:7,12
  245:15 255:5,7
  265:15,16,17
  265:20 266:21
  267:9 269:14
  287:19 289:5
carefully  118:7
  118:8
caregiver  59:1
  59:15,20
caregivers  58:2
  58:19
caring  19:8
carries  26:19
  48:19 49:10,22
  245:22
carry  27:1
  49:21 249:23

**[carry - chest]**

249:25 260:13
**carryover**
162:13 269:4
**carswell** 285:15
**case** 1:4 8:10
9:24 17:10,13
32:25 34:23
66:25 130:23
136:6,8,13,19
136:25 146:22
203:1 245:19
257:16 258:5,6
259:9
**cases** 19:25
30:11,25 31:11
31:15 32:14
80:4 91:11
94:11 117:4
123:16 129:20
180:24 225:21
226:8 269:10
**casey** 3:7,9 9:9
**cass** 7:5
**catch** 235:20
236:5
**categories**
88:14 126:15
**categorization**
124:17
**category** 26:21
36:19,20 49:16
49:17,19 95:2
102:1 177:24
180:13,15
182:25 183:3

189:9,23 190:6
191:16 255:13
255:17 277:8
**cause** 34:5
50:13 115:11
166:25 172:8
172:24 217:1,9
270:22
**caused** 202:10
**causes** 53:22
54:4 255:20
**caution** 102:23
103:3 223:11
223:25 225:25
**cease** 16:12
**center** 13:21
225:12 272:1,6
**centered** 56:20
60:12
**centers** 261:1
**central** 71:15
71:16 76:24
77:2,16,23
78:8 79:25
80:16,24 81:4
81:6 287:10
288:4
**certain** 21:7
29:2 32:15
54:6 74:19
101:3 111:14
134:11 149:1
151:10 155:10
166:11 176:25
211:22 232:19

281:6 285:20
**certainly** 10:6
186:7
**certainty** 27:16
28:1 63:2
66:12 221:25
228:17 246:24
264:13 265:17
**certificate**
294:1
**certification**
15:3,6,13,14
**certified** 14:3
15:12 294:5
**certify** 294:7,16
**cessation**
166:10
**challenges** 45:8
45:13
**change** 34:6
54:9,15 141:16
153:11 167:1
172:9,13,20,24
173:1,3,5,10,10
188:19 217:16
262:13 268:3,5
268:11 269:2
270:21 271:7
271:12,17
**changed**
290:14
**changes** 6:14
32:16 33:12,20
33:21,23,24
76:23 81:3,17

165:20 173:10
187:25 188:10
194:23 214:6
219:9,12 234:9
236:17 244:4
244:24 246:16
255:19
**changing**
111:15 272:8
**chapter** 151:6
**characteristics**
29:4,8 163:8
221:10,22
222:5,10
**characterize**
49:14 200:15
200:21 229:14
270:1
**characterized**
100:21
**characterizing**
177:18
**check** 188:8
232:14 274:14
**chen** 6:22
114:10,12
204:13 205:11
206:4,5,6
207:5 208:22
208:23
**chest** 26:2
29:10,12,16,22
29:24 30:7,14
35:4 95:3 97:5
97:18 98:7

**[chest - clinician]**

99:18,21 100:1
100:22,24
**chicago** 285:20
**child** 74:22
75:8 77:20,22
82:1 100:15
101:9 234:7
257:19,22
258:3,24 259:2
259:13,22
**child's** 234:15
234:23
**childhood** 19:2
21:21,24,25
22:22 23:1
290:21
**children** 6:23
7:4,8,10 19:20
68:14 89:14
153:1 231:8
242:11 243:8
**children's**
13:15,23 210:3
210:16
**choices** 166:23
**cholesterol**
141:18
**choose** 135:15
186:13,14
254:14
**choosing**
127:17
**chosen** 186:18
**chris** 4:7 8:15

**chronologic**
104:24
**chronological**
77:25 105:14
**circumstances**
64:6 104:12
**cisgender** 16:3
29:23
**citation** 197:19
251:23 257:6
**cite** 18:2 154:20
155:5 195:5
197:19,22
198:4 204:12
205:12 208:23
227:2 230:4
231:24 232:12
232:16 238:6
238:13 239:7
239:16 240:7
250:6 257:7
**cited** 157:14
158:10 163:15
164:2 195:13
206:4
**citing** 163:24
198:16,16
**civil** 2:16
**claim** 226:5
269:12
**clarify** 20:19
24:2 25:25
26:11 37:18
46:7 47:5
80:13 82:4

96:19 104:25
128:11 158:24
163:17 169:24
194:8 252:14
273:7 280:8
282:8
**clarity** 18:7
**classify** 130:3
**cleaner** 10:19
**clear** 244:4,23
283:25
**clearly** 79:15
**clinic** 6:15 18:7
18:11,16,18,23
18:24 19:3,18
19:20 20:13
21:19 22:20,23
23:20 24:15
30:1,2,16 31:4
31:7 39:11,13
39:16 42:14,17
44:7,18 46:6
46:11 53:20,22
54:20 55:10,25
56:15,24 60:2
62:6,8,16 63:5
63:14,22 64:2
64:14,18,19
65:1,4,7,9
66:11,15 68:12
88:18 91:5,11
91:13,19,24
92:2,10,17,19
92:24 93:1,5
95:12 96:13

179:17 180:8
181:25 182:12
186:15 193:25
194:12 197:16
221:23 262:24
262:25 263:1
263:11,12
266:25 267:3
278:4 288:18
**clinical** 5:24
11:25 14:2
32:2 42:5
71:22 119:5
122:11,22
123:1,7,18,19
123:25 129:6,9
129:18 130:19
138:2 139:1
146:1,10,17
147:2,11,15,16
147:18 148:12
173:20 174:6
177:2 221:20
223:12 247:24
255:14 261:4
273:16 288:14
**clinically** 73:9
73:17 96:18,20
177:14,21,24
178:20 179:1
247:7
**clinician** 26:13
47:7 51:9
135:18 146:9
146:25 148:3

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[clinician - completion]**

217:1,9 219:4
235:8
**clinicians** 26:20
104:9 125:22
126:3,10 138:5
287:25
**clinics** 19:7
228:7,10 263:2
**clock** 153:18
274:9
**closely** 234:5
**closer** 187:4
**clothing** 29:3,7
29:14 30:12,13
30:13 35:22
**cms** 275:8
**coast** 11:3,4
17:4,4 48:1
286:14 292:1
**code** 1:14 3:11
73:2 276:20,24
277:1,11,14
**coexisting**
51:25 52:11,23
53:10
**cognition** 234:7
234:16 235:2,6
235:8 287:23
**cognitive** 13:6
13:8 52:16
53:15 105:24
106:11,23
107:24 210:3
210:16,23
211:3,6 215:12

215:15 218:9
**cohort** 136:7
**collated** 193:8
**colleague** 18:10
**colleague's**
18:12
**colleagues** 18:6
112:14
**collective** 9:10
**colon** 94:12
124:6
**column** 42:3
56:7 132:22
133:21,24
135:10 140:2
142:9 149:18
152:9 153:8
156:23 157:22
160:9 162:12
162:21 171:18
173:17 175:20
181:20 183:24
184:16 187:16
189:16,19
194:6,18
195:22,23
196:8,9 205:17
207:7 209:4,20
211:13 215:6
219:19 221:2
233:25 267:8
269:3 270:4
271:24 276:16
276:23

**columns** 134:3
134:9,12 152:8
189:14
**come** 17:12
36:2 75:25
153:19 167:22
180:8 223:4,23
224:9,12 232:2
238:10 260:13
261:8,17 262:5
262:9 286:18
**comes** 159:20
166:12
**coming** 41:9
46:20 72:22
85:2 117:3
**commencing**
2:11
**comment**
126:10 150:22
161:1 273:4
**commission**
1:14 3:11
293:25 294:25
**commissioned**
140:4,9 144:24
145:3 149:6
**common** 22:21
22:23 272:17
272:23
**communicate**
55:6 66:19
67:1,4,19 68:2
**communication**
55:7 64:11

66:16,18 67:15
**community**
273:16
**comorbidities**
244:1,12
**company** 2:6
8:17 62:13,25
63:2 280:4
**compare**
128:25
**compared** 16:3
117:8 178:21
221:24
**comparing**
118:1
**comparison**
135:15,22,23
136:9,14,16,19
136:22 137:1,6
**complete** 95:24
96:11 137:19
137:19 176:18
**completed**
13:22,24 14:1
290:11
**completely**
253:7 255:13
**completes**
177:7 182:6
**completing**
182:4 260:11
**completion**
158:2 260:7
291:13

**[complex - consensus]**

**complex** 52:16
53:15 105:24
106:11,23
107:23
**complexity**
157:9
**compliance**
103:12,17
104:3
**component**
37:7 108:25
215:12
**components**
108:16 214:20
**comprehensive**
18:25 19:14
30:23
**compression**
29:15 30:13
**compromise**
52:2
**computer**
41:10
**conceal** 29:3,7
**conceive** 249:5
252:10 258:2,3
**conceived**
257:18,21,21
258:24 259:2
**concept** 50:1
92:22 132:9
201:24 264:23
**concepts**
121:16 131:5

**concern** 217:19
219:5 234:5
**concerned** 59:8
**concerning**
227:13 229:16
230:1
**concerns** 59:2
80:6 219:9
233:13 266:22
270:24
**conclude** 202:9
203:8 216:5
**concluded**
292:11
**concludes**
292:6
**conclusion**
81:14 146:4,13
147:6,24 174:4
174:15 193:5
195:24 202:14
203:13 232:21
233:1 289:9
**conclusions**
117:5 129:17
150:14 151:2,5
178:10,14
190:17 202:20
208:6 214:24
224:10,13
241:17,18,19
243:1
**concomitant**
244:2,13,23
245:8

**condition** 26:25
30:9 46:1
48:16 49:8
248:14
**conditions**
26:16 45:23
53:3,6 221:17
**conduct** 117:21
213:25
**conducted** 26:7
26:9 118:3
150:1 156:18
179:19 213:20
213:22 237:6
237:11,22
**conducting**
74:18 212:10
213:19,21
214:9
**conducts** 40:21
43:19
**confidence**
132:23 133:4
133:11
**confidential**
59:18
**confidentially**
58:14 59:10
**confirm** 21:23
37:25 52:18
63:20 165:10
171:8 179:15
**confounding**
115:20 199:17
199:21 200:6

200:16,19,22
201:3,8,12,17
201:25 244:16
**confused**
173:14 218:25
**congruent** 29:4
**connecting**
28:23 29:2
40:16
**connelly** 1:19
2:1,4 5:4,11,13
8:8 9:22 12:6
14:10,18 16:23
17:8 18:14
40:25 56:6
76:15 85:18
120:25 121:3
130:22 134:15
139:9,14
149:10,14
154:16 155:22
156:2,12
164:20 168:22
170:14 171:6
175:13 179:23
204:9,16
208:14 224:18
230:22 233:3
236:20 241:3,4
262:14 275:1
283:21 286:8
287:6 292:7
293:5,19
**consensus** 6:20
209:24

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[consent - correct]**

consent 182:6
consenting
267:14
consequence
161:10,15
consequences
209:9,15
consider 12:6
12:10,11 13:9
47:10 79:22
101:12 113:10
199:21 220:22
280:12 291:4
considerable
166:20 171:21
205:23
considerations
173:18 282:3
considered
55:18,20 77:11
148:8 166:17
166:20 170:10
174:8 200:11
216:12 228:23
243:19 248:8
279:11,12,22
280:5 282:4
considering
280:7,20
281:14
consistent
221:20 254:23
consistently
200:13

consisting
293:8
constitutes
77:16
consultant
285:24
consultation
96:9
consulting
275:22 277:17
277:19,21
278:17,21
279:2,6 285:23
contacted
17:14
contacting
67:23
contained
275:10 293:11
293:13
contains
294:14
contempora...
135:15
content 18:8
contents 18:5
121:18 293:10
context 51:9
52:10 89:20
99:12 126:11
148:19 213:11
213:16 270:13
272:8
continue 15:12
16:15 19:23

20:7 40:18
65:3,6 165:16
176:12 226:7
288:2 289:15
continued 3:1
4:1 6:1 7:1
41:23 196:12
227:9,12
229:16
continues
28:10
continuing
66:23
continuous
16:21
contribute 55:4
270:24 285:24
286:1,4 288:15
contributing
76:2
contributions
122:22,25
control 238:22
239:21
convened
277:23
conversation
43:24 267:15
283:17 284:14
288:19
conversations
101:5 289:16
289:20
cooper 2:17
3:12 8:24,24

cooperative 3:6
cooperkirk.c...
3:14
copy 14:19
correct 15:8,9
18:19 20:15
22:18,19 24:6
24:12,13,24
25:21 26:7
38:4,24 40:5
40:22 59:7
60:5 62:5
63:21 64:5,10
69:19,23 70:14
71:6 72:20
73:20 75:22
76:7,8,12,13,18
76:19 82:18
84:4 95:4,10
103:13 129:14
132:1,16 134:4
134:7,25
136:21 139:19
148:22 150:8
152:4,13
155:22,23
156:10 159:21
162:22 165:12
178:18 179:18
183:14 184:14
184:15,24
185:7 187:3
188:15,20
189:12,15
190:1,9,22

**[correct - cross]**

191:2,12,19
194:1 197:20
198:2,8,15,22
204:13 205:9
205:12 208:2
210:13 213:23
238:2,23
239:20 246:1
247:11,16,17
248:3 263:8,9
263:13,23
264:24 265:4
275:17 276:1
282:1,18 285:8
291:9,10
293:14
**corrected**
293:13
**corrections**
293:16
**correctly** 28:6
28:12 42:9,15
44:6,10 45:6
45:10 51:24
52:6 56:13,21
57:23 58:5
76:21,25 81:20
81:23 85:21
86:3 97:15,20
101:20,24
102:20 103:1
111:20,25
122:7,14 125:5
125:24 131:10
131:15 132:22

133:7,14
135:13,19
136:3,10
137:24 138:7
140:8,11 141:1
141:6 142:10
142:15 145:15
145:20 149:23
150:3,12,16
153:10,12
157:4,11,24
158:7 160:10
160:20 162:15
163:12 165:15
165:21 166:16
167:2 168:9,16
173:24 175:25
176:4,10,20
180:19 181:24
182:9 185:14
187:24 188:4
194:20 195:1
195:25 196:6
196:15 205:19
206:1,9,14
207:9,15 209:7
209:12,22
210:5 211:15
211:23 215:10
215:19 219:25
220:6 221:8,18
223:8,15
225:14,22
227:7,20 234:4
234:11 235:15

235:22 242:4
242:12 243:24
244:7 262:1,6
264:15,20
267:11,17
272:5,10
273:17
**correlates**
207:5
**corresponds**
276:25
**cortex** 215:18
218:11
**cortical** 143:5
**costs** 50:5
**counsel** 8:18
10:2,20,21
11:12 12:4
18:5 99:2
249:10 254:3
286:11,11
**counseling**
182:5 254:7
255:15
**counting** 265:2
**countries**
223:20
**county** 1:12 2:9
4:3 9:7 293:3
294:3
**couple** 120:4
121:15 264:2
**course** 119:4
199:10

**courses** 119:2
**court** 1:1 4:8
8:11 9:17
10:17
**cover** 10:4
**coverage** 62:23
**covered** 10:2
**covers** 97:13
**covid** 41:24
**crc** 1:25 294:23
**create** 94:7,9
104:8
**created** 93:18
158:4
**creating** 37:22
**creation** 93:16
102:12,13
224:6
**criteria** 31:25
55:14,16 96:24
103:14 105:20
105:22 117:3
130:6 149:19
225:11
**critical** 235:19
**cross** 25:8 36:7
36:22 37:20
61:5,14 62:4,9
69:1,12 70:14
70:23 71:3
72:1 73:19,23
74:3 84:7 90:9
106:16 107:2
107:15 108:10
109:3 144:10

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[cross - defer]**

144:14 182:13
183:10,14
184:3,23
185:10,13,25
186:10,25
187:8 189:10
189:12 198:6
229:18 236:2
236:11 257:17
258:9 259:11
260:1,10 267:4
291:3,7
**crr** 1:25 294:23
**cryopreservat...**
86:9,10,12,13
86:15 87:5,9
87:10 89:4,13
258:13,23
259:3 261:2
**cryopreserved**
259:4
**csr** 1:25 2:7,7,8
2:8 294:21,22
294:22,23
**current** 13:12
132:21 149:7
160:11,24
161:8,17
194:23
**currently** 15:22
15:23 225:18
226:18 234:16
235:2
**curriculum**
5:11 119:5

**cut** 43:13 73:15
**cutoff** 178:10
**cv** 1:4 8:10
14:19 15:2
16:4 263:15,17
278:18,20
**cwd** 1:4 8:10
**cycle** 79:18
166:10
**cycles** 249:21

**d**

**d** 3:16 5:1 8:1
**d.c.** 2:22 3:13
**dana** 3:3 9:13
**data** 154:24
155:9,23 159:5
159:19,22
161:15 179:15
180:7 185:6
186:14 190:18
191:8 208:5
211:9 224:14
262:23 273:14
**database** 193:9
**date** 8:4 14:21
14:22 112:20
194:21 195:4
205:8 276:3,6
276:9
**dated** 7:5
**day** 2:10 292:4
293:8,21
294:18
**dayton** 4:4 9:7

**de** 6:19 113:8
113:10,25
114:1,5,7
195:14 197:19
197:22 199:4
199:13 205:4
206:17 207:17
238:5,20 239:7
239:16,19
240:6
**deal** 34:7
**dealing** 54:10
**deaths** 150:15
**decide** 31:15
107:3,14,16
108:10,11
109:3,4,17
**deciding**
109:25
**decision** 74:24
102:25 103:16
106:23 122:11
122:17,23
123:1,8,19,25
135:17 145:8
**decisions** 52:16
52:21,25 53:7
53:15 93:25
105:24 106:11
107:24 109:15
111:3 224:4
**declaration**
5:12 17:9,21
18:2,5 20:11
28:3 44:3 45:5

51:20 68:4
76:14 80:10,17
81:6 85:19
97:12 101:17
111:16 137:22
139:19 140:14
145:11 148:18
154:17 155:4
176:7 179:5
191:24 197:18
203:17 204:10
208:24 223:6
227:3 230:5
231:25 232:12
232:17,19
245:13 247:1
248:17 261:5
**decreased**
190:8 191:18
**dedicated**
39:16 42:12
57:25 58:8,17
**deem** 23:11
113:1 155:16
**deemed** 128:13
223:13
**deems** 225:16
**deepening** 33:5
33:13
**defendant** 4:2
**defendants**
1:15 2:5 3:10
8:9 9:16
**defer** 247:22

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[define - detailing]**

**define** 61:7
70:1 109:9
258:19
**defined** 51:13
73:9 109:8
153:5 167:17
174:22 236:13
236:16 239:12
240:3 265:6
273:7
**defining** 89:16
**definitely** 65:2
105:16 122:22
242:19
**definition**
26:22,23 47:12
72:22,23 73:5
73:12,16 77:20
99:14 132:21
133:10 138:20
148:1 239:14
**degrees** 44:8
**delay** 76:23
81:3,17
**delaying** 81:9
**delineation**
102:22
**delivered** 38:18
68:5
**delphi** 209:23
**demonstrate**
106:7,15
211:16
**demonstrated**
253:8

**demonstrates**
253:3
**demonstrating**
80:21 166:21
171:22
**dendritic**
211:19
**denied** 56:3
**density** 211:20
**departments**
263:5
**depend** 58:21
93:21,22
117:23 174:21
200:9 219:8
**dependent**
62:22 248:5,6
**depending**
57:17 87:24
142:5 143:10
200:18
**depends** 35:2
46:15,17 49:23
51:13 58:20,22
59:23 69:6
72:21 78:21
79:11,11 83:17
83:18 86:7
93:19 100:16
100:22 106:25
109:7 113:4,21
128:6,6 142:1
147:15,19
193:21 212:16
212:16 213:2,2

289:6
**depose** 293:6
**deposed** 9:25
**deposition** 1:19
2:1,4 8:8,13,15
11:19 12:4
14:16 17:7
41:1 120:24
130:25 134:16
139:10 149:12
155:25 156:7
164:21 168:1
180:1 204:19
208:16 219:16
224:20 230:24
233:5 236:23
241:2 262:17
275:3 292:6,11
293:8,10 294:9
294:11,15
**depot** 62:23
**depression**
6:14 44:9,12
44:19 46:5,10
46:12,25 47:14
50:21 51:1
176:15 177:1,2
177:11,15,22
177:25 178:8
178:18,21
188:1,10,19
192:6 205:24
**depth** 209:18
**describe** 13:11
14:10 23:9

35:9,19,22
39:10,13 57:4
96:13 112:2
127:11 187:25
237:4 240:10
272:16 279:5
**described** 32:2
35:3 36:15,18
42:23 67:15
76:4 92:4
100:9,12 121:2
183:9 237:9
**describing** 74:2
87:2 126:16
198:2 244:15
**description**
235:5
**design** 115:7
133:22 136:6
202:16,23
203:12 209:25
284:23 286:2,5
286:6
**designed** 161:6
161:7,14,24
162:2 200:9
**desire** 29:24
88:13 266:22
**desired** 257:3
282:5 283:11
284:12
**detail** 18:21
91:3 244:3,23
**detailing** 60:16
60:22

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[detected - different]**

detected 44:13
determinants
206:11
determination
75:1,10 76:6
76:10 78:6
109:24 110:5
111:11 114:18
129:4 157:7
determinations
54:8 170:11
239:4
determine
57:15 75:25
78:16,24 79:20
82:1 101:13
106:22 109:14
111:6 112:9,15
114:15 178:7
242:9 290:25
determined
59:18 76:5
77:7 233:1
determines
93:23 177:13
determining
32:8 39:18
74:22 107:20
108:18 110:19
117:1 145:6
179:1
detransition
227:15 229:1
229:11 272:19

detransitioned
266:3 272:7
detransitioning
229:14
detriments
236:15
develop 19:12
31:19 56:19
74:12 165:4,6
212:18 282:5
developed
168:13 233:20
282:9
developing
277:24
development
13:7,9 68:17
74:22 75:9
78:2,4,23
86:20 88:20
142:22 149:7
168:23 169:3
169:11,13
207:14,18,23
208:1,7 210:4
210:17,23
211:3,7 214:18
214:20,23,24
215:23 216:4,7
216:17,23
217:3,11,18
218:22 234:6
235:12 236:15
255:19,24
260:23 267:23

279:12,22
developmental
74:2,15,23
75:10,12,21,24
76:1,4 209:9
219:9 234:15
235:1 267:22
268:8
development...
111:11
developments
14:24 15:1
deviation
189:18
devices 29:25
dgc 42:10,17
56:14
diagnose 81:25
diagnosed
21:13,16,20
22:7,17,25
23:24 24:7
26:24 31:6
34:9 45:24
71:13,18,24
72:3 73:24
77:23 95:13
96:15 162:7
247:6,7,23,24
diagnoses 43:6
44:17 45:19
diagnosis 22:21
26:19 27:1
28:1 31:24
37:7 44:19

55:1,15 71:15
78:13 80:20
247:9,12,14
248:1,4,4,5
diagnostic
53:17
diane 114:9,12
208:22
died 205:25
differ 135:16
160:13,25,25
difference
127:23 191:4
194:11 220:3
250:12,16
251:2,5
differences
196:2
different 26:16
29:13 32:17
35:6 37:9,9
45:23 49:15,20
49:21 50:19
51:11 54:25
57:16 58:15
60:15 70:5
71:14 72:12
73:11,13 74:7
74:20 76:1
78:20 83:5
87:24 94:3,5,6
104:12 105:21
105:25 106:15
107:11,12,22
107:25 108:6

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

**[different - doctor]**

109:15 111:3
112:7 113:18
117:18 124:11
124:17 128:2,4
128:21,23
130:3 132:25
133:6,13
137:15,16
141:17 142:24
143:2,6,7,9
147:18 159:4,4
166:8 171:10
174:18 177:23
181:7 186:19
199:25 214:6
219:11 221:14
239:11 250:2
253:7 255:13
255:14,16
266:3 270:14
282:3 289:17
290:1 291:15
**differentiation**
211:19
**differently**
137:17 200:14
261:8,18 262:5
262:10
**differing**
142:21
**difficult**   27:25
48:21,25 49:17
49:19 94:20
128:25 129:16

**difficulty**   20:8
66:22
**direct**   121:17
**directed**   276:8
**direction**
294:13
**directly**   80:16
**director**   18:15
**disagree**
123:13 150:18
226:10,15,24
229:21 232:20
238:25
**disagreement**
230:4
**disciplines**   74:8
76:2
**disclaimer**
175:22
**disclose**   59:1
278:21 279:2
281:7
**disclosed**
278:23,23,24
278:25
**disclosing**   59:9
59:18
**discontinuation**
249:22
**discontinuing**
249:6 252:11
**discrimination**
270:24
**discuss**   18:21
34:11 37:11,14

44:17 57:9,16
58:13,14
121:21 277:23
279:11,21
281:23 283:20
284:7 286:6
**discussed**   34:17
38:9,17 39:8
48:24 90:22,22
90:25 91:15
148:19 244:16
284:11,19
291:2
**discusses**   184:9
**discussing**
32:12 40:17
50:20 67:12
81:6 89:11
101:19 126:16
170:13 282:25
283:11
**discussion**
10:11 23:10
37:16 50:23
81:7 102:14
121:16 145:11
150:11 209:5
242:1,3
**discussions**
273:15
**disorder**   26:19
26:25 27:3,18
27:20,24 28:2
54:11,18 55:2
55:11,14,23

56:4
**disproportion...**
221:23
**distance**   188:23
188:24
**distinct**   105:14
**distinction**   89:7
89:8 93:2
146:1,10,16
147:1,10
**distress**   53:20
53:23 54:4
69:18,21 70:6
70:12,18 71:3
72:14 73:4,10
73:13,18
247:11,16
248:3,6,8,11,13
248:16
**distributed**
157:6
**district**   1:1,2
8:11,12
**diverse**   19:1,5
26:10 42:20
70:24 221:14
221:15
**dkennedy**   3:5
**doctor**   41:12
48:12 131:1
156:14 164:23
168:3 180:2
204:20 208:17
232:10 233:6
236:24 262:18

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[doctor - effect]**

275:7 291:22
**doctors** 262:3
**document**
41:13 121:6,9
121:19 126:5
131:6 132:3
134:18 135:5
135:10 164:24
164:25 173:17
224:23 230:8
231:1 232:2,21
233:7,8,12,18
236:25 237:20
241:24 245:12
267:7 274:10
**documents**
11:15,21,22
43:23 153:19
160:16 168:24
169:10 259:10
**doe** 1:5,7,7,7
**doernbecher**
13:15,23 18:16
42:17
**doing** 109:12
261:24
**dosage** 251:17
**dosages** 251:20
**double** 188:8
232:14
**dr** 8:8 9:22
12:6 14:18
17:8 18:14
85:18 120:25
139:14 149:14

154:16 155:22
170:14 204:9
205:4,4 241:3
283:21 286:8
287:6 292:6
**draft** 17:20
139:22
**drafting** 17:23
144:23
**dramatic**
176:13 179:7
192:1,16,18,22
193:5,23
**draw** 117:5
129:17 150:13
151:1 190:17
203:13 208:5
**drawing** 93:3
202:20
**drawn** 151:5
**dreed** 4:6
**drill** 137:23
**droz** 3:16 9:5,5
**drug** 276:17,20
276:25 277:1
277:11,14
278:4,7,12
279:23 282:11
**drugs** 62:14
63:1
**dsm** 71:13,19
72:3
**due** 157:8
158:3 166:23
231:14 235:25

238:21 244:4
244:24 290:19
**duly** 293:5
294:9
**durable** 166:21
167:5,11,12
169:16,22
170:9,15,23
171:22 172:4
**duration** 242:6
242:20
**dutch** 197:5,8
197:12
**dysphoria** 6:24
7:8,10 21:13
21:17,20 22:18
23:25 24:8
29:18 31:6,25
34:10 35:1
37:8 45:8,13
45:20,25 46:1
46:5,10,25
50:22 51:2
55:15 68:6,15
69:19,22 70:6
70:10,13,19
71:4,13,19,25
72:3,13,14,20
73:11,14,25
82:1 83:14
95:13 96:15
115:12 138:3
143:18 144:7
144:11,15,20
162:7 173:21

231:9 242:11
281:21,25
282:7,17,21
283:2 287:16
288:10
**dysphoric** 5:23

**e**

**e** 1:25 2:6 5:1,2
5:9 6:1 7:1 8:1
8:1,16 237:14
294:5,21
**e.g.** 52:2 251:24
252:2
**earlier** 36:15
77:6 126:17
135:24 187:12
244:16 245:4
272:7 287:7
288:6,17 291:5
**early** 20:8
153:15 207:10
**east** 11:3 17:4
48:1 286:14
292:1
**eastern** 120:11
**ebm** 125:8,21
**editorial**
205:11 207:6
**education**
160:14
**effect** 32:23
34:2 71:1,2
132:23,24
133:1,4,5,6,11
133:12,13

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[effect - endocrinology]**

136:8 141:3
142:12 151:2
207:18 211:5
213:6,6 214:10
214:14 216:16
216:22 219:4
220:13,19
222:4,9 223:1
242:10
**effective** 48:17
49:5 81:9
166:10
**effectiveness**
80:21,25
143:13,17
144:6,10,14,19
288:8
**effects** 6:21
136:13,17,25
137:4 143:2
150:14 151:19
207:13,23,25
208:6 211:18
212:6 215:16
215:23 216:4,7
217:3,11,17
218:10,21
219:20 220:1
220:23 222:17
242:15 255:14
255:18,24
260:5 284:21
**efficacious**
209:25

**efficacy** 227:13
229:17 230:1
**egg** 87:15
**eggs** 86:15,20
88:16,20,22
90:14 249:24
**eight** 193:21
**eighth** 150:1
151:6
**either** 31:23
47:18 87:15
89:12 120:7
143:12,16
144:5,9,13,18
144:21 182:12
184:23 187:8
212:17 236:2
236:11 247:19
250:21 260:23
264:17 274:11
288:23 289:13
291:21
**ejaculation**
88:7
**elaborate** 70:2
**elect** 254:11
**elected** 258:12
**electronic**
193:3 289:14
**element** 166:22
167:13 171:22
172:5
**elements** 115:9
209:25

**eligard** 62:24
**eligible** 55:11
290:22
**eliminate** 270:7
271:4,11,16,22
**email** 41:14
43:21 134:21
153:19
**emailing** 14:8
**embryo** 86:20
**embryos** 86:21
87:1,12,14,14
**emerged**
166:21 171:21
**emerging**
111:24
**emphasis** 34:12
**emphasized**
37:13
**employed**
209:23
**employers**
53:21
**employment**
160:15
**encompasses**
30:23
**encompassing**
235:10
**encounter**
272:7,13
**encouraged**
266:20
**encroaching**
283:16

**endnote** 195:5
195:14
**endnotes** 195:6
195:8
**endo** 275:16
277:17 278:15
279:6 280:10
281:14,22
**endocrine** 5:23
5:24 6:12,17
16:9,17,20
51:15 52:19
83:6,9 90:25
101:21 103:18
103:20,21,25
104:4 105:2
106:9 137:25
138:1,10,12
139:4,11,15
148:20 165:7
165:10 168:4
173:20 174:6
174:11,24
175:1,6,9
255:6,10
256:16
**endocrinolog...**
13:15 42:14
58:1,8,18
**endocrinolog...**
288:2
**endocrinology**
6:15 12:12
13:25 14:6
19:8 56:17

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[endocrinology - exact]**

68:19 88:18
**endogenous**
33:4,5,12
80:22 81:22
84:5,8 209:11
209:15 236:2
236:11 246:15
260:7,12
**endometriosis**
246:1,11,17,19
**endorse** 196:12
**endorsed**
196:11,14
**endorsement**
196:2
**engaged** 64:13
**english** 231:4,7
231:13,19
**ennis** 4:7 8:15
**ensure** 53:6,13
102:23
**ensuring**
103:15
**entail** 30:16
46:19 70:4
**entailed** 200:17
200:19,24
**entails** 42:23
**entering** 127:1
**entire** 121:18
**entitled** 2:12
132:5 133:17
134:4,6 188:19
**environment**
40:13

**environments**
176:12 270:22
**equal** 34:19
36:9,24 38:2
38:11,22 48:18
49:9,9 55:22
**equally** 37:13
48:17 49:5
**equate** 22:4
**equation** 92:22
**especially** 19:6
86:24 219:10
221:11
**esq** 2:16,17,21
3:3,7,12,16,16
3:17 4:4
**essential**
235:17
**essentially** 31:2
35:5 86:14
177:10 280:3
**establish** 20:6
65:20 68:11
116:23 155:15
174:7 175:9
176:2 248:5
**established**
71:23 139:2
147:17,19
165:19
**establishing**
197:12
**estimate** 20:24
21:5,8,16
22:21,24 23:2

23:4,17,21
24:11,18,25
25:2,4,7,9,12
25:22 27:7,23
66:10,13 95:14
96:16 97:8
132:24,25
133:4,6,11,13
187:4 241:14
288:25 290:10
**estimation** 27:9
181:9 187:7
**estradiol** 62:10
**estrogen** 33:14
142:25 235:21
246:15 254:12
254:22 255:13
255:19,22
256:3,22,25
257:4
**et** 8:9,10
**ethical** 50:10
212:13,22,25
213:5,8,14,18
**european** 223:9
223:17,24
**evaluate** 6:21
51:12
**evaluated**
52:13
**evaluation** 54:2
54:7 57:12
107:20 108:17
109:13 247:25

**evaluations**
30:24 60:18
**evening** 291:25
**event** 294:17
**everyone's**
285:10
**evidence** 5:19
5:21 6:18 7:7,9
118:21 119:1,3
122:9,13,18,21
123:3,25 124:2
124:8,10,15,18
126:17 127:21
129:2,11,13
130:4 131:25
132:6,15
133:18,25
141:3 142:12
166:21 171:21
194:21 195:3
204:24 221:9
227:13 229:16
229:25 242:19
242:19
**evolution**
267:13,20
268:14,16
**evolutions**
274:1
**evolve** 84:11
**evolving**
273:13,20
**exact** 164:5,6,9
177:13 218:19
256:6 276:6

**[exactly - expert]**

exactly   21:7
   54:19 171:3
   183:16 210:21
   228:17 235:6
   273:4
exam   247:8
examination
   9:20 287:4
examinations
   63:6,9
examine
   188:10
examined
   294:8
example   32:15
   32:21 33:10,25
   59:16 67:16
   79:14 94:2
   106:16 130:19
   166:8,11
   169:21 207:13
   252:3,22,25
   280:4
examples   32:24
   33:9 45:16
   94:8 95:1
   166:6
excellence
   237:7,13
except   63:23
   152:13 166:15
exceptional
   225:20 226:8
excitatory
   215:17 218:10

excluded
   231:14
excuse   35:11
   184:1 194:7
   227:10
executive
   215:13
exert   211:17
exerting   215:16
   218:9
exhibit   5:11,12
   5:14,17,18,20
   5:23 6:3,5,8,11
   6:12,14,17,18
   6:20,23 7:3,4,7
   7:9,12,14 14:8
   14:10,16 16:23
   17:7 40:24,25
   41:1 56:6,6
   57:21 60:9
   76:15 119:8
   120:24 121:3
   130:22,25
   134:15,16
   139:9,10
   149:10,12
   155:25 156:2,7
   156:12 164:19
   164:20,21
   167:20,22
   168:1 169:6
   170:4,13 171:6
   171:7,10
   175:14 179:23
   180:1 194:3,4

   204:16,19
   208:14,16
   224:19,20
   230:23,24
   233:3,3,5
   236:20,20,23
   241:2,4 262:15
   262:17 274:4
   275:1,3
exhibits   153:16
   153:21,25
   155:14 156:9
existing   115:10
   117:1,25
   118:16 242:19
exists   117:6
   241:8
expect   32:19
   84:14
expectation
   32:22
expectations
   31:19 32:4,13
   33:19
expected   84:11
   84:14 267:13
   267:20 268:5
   268:15
experience   7:13
   13:8 129:7,10
   129:18 158:14
   158:15,20,21
   158:25 159:2
   159:11 202:17
   229:13,14

   261:8,17 262:5
   262:9 268:2,13
   268:19 270:15
   270:19,25
   271:5 272:16
   273:1,2,16
   288:14
experienced
   30:19 72:15
   84:25 173:9
   182:7 273:3
experiences
   45:9,14 159:25
   160:6,12,14,16
   160:24 161:2,8
   161:9,14,17
   173:3 268:10
   268:23 269:11
   271:3
experiencing
   33:4 178:20
experiments
   212:14,22
   213:1
expert   5:12
   12:7,10,11
   13:6,10 17:9
   17:18 94:19
   106:21 109:12
   113:11,25
   114:6 138:5
   209:3,24
   214:18 220:23
   235:11

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[expertise - fee]**

expertise 19:13
74:8,21,21
75:3,8,14,15
76:2,12 101:11
101:13 109:19
110:2,9,21,24
111:4,13 114:8
114:13 178:12
220:14,20
285:24 286:1
experts 113:1
145:6
expired 15:7
expires 293:25
294:25
explain 18:23
39:6 77:3
80:11 87:13
93:2,14 94:2,4
94:20 105:11
115:22,24
116:9,19,22
118:23 124:14
127:19 129:9
129:25 137:10
173:6 176:22
177:20 178:23
224:12 246:3
246:10,12
249:14 256:23
280:13
explained
118:25
explanation
10:8 161:23

228:12
exploration
267:12
explore 31:12
31:12 53:22
54:3
exposed 136:5
234:8 236:10
express 268:2
268:19
expressed
267:1,4 273:3
288:15
expresses 268:9
268:23
expression
31:13 262:12
268:13 269:2
extensive 182:5
extensively
10:3 32:8
extent 52:13
81:13 146:3,12
147:5,23 174:3
174:14 206:12
extenuating
104:11
external 102:12
166:18,25
172:8
extraction 88:9

**f**

fabric 29:15
faced 216:2

facsimile 3:19
fact 81:8
128:19 164:10
168:13 169:13
169:15 271:1
290:19
factor 105:17
128:17 227:22
229:1,15
factors 105:18
114:17,20
129:3 158:4
166:23 193:22
227:9,12
228:15,23
270:14,21
271:2,5 279:11
279:22 283:10
284:11,18,22
facts 206:3
fair 20:3 21:8
35:19,22 38:20
46:9 49:24
64:4 71:8 80:7
109:16,23
111:5 123:3
141:22 152:25
187:20 189:6
199:2 225:24
246:8 264:14
fall 138:20
177:23
falls 26:18
77:20 184:3,17

familiar 53:16
72:5 111:24
113:7 114:9
115:19 116:6
116:16 117:16
118:20 124:9
126:8,19 127:4
129:6,22
131:17,20
132:9 134:12
134:17 135:4
137:7 159:1
197:4,14
215:24 224:7
231:2
families 28:24
262:3
family 40:10
56:20 57:10,13
57:15 58:3
60:12,19 78:22
86:1 112:17
142:6 182:5
248:22
far 78:12 79:2
79:9,12,13
125:16 135:16
239:19 259:1
fda 282:11,18
282:21 283:4
feasible 157:7
212:18
february 7:5
fee 275:22
277:17,19,21

**[fee - follow]**

278:21 279:2
285:23
**feel** 283:22
**fellowship**
13:25 19:6
68:19
**female** 23:9,11
23:12,22 26:9
29:21 33:18
77:9 79:17
82:19 95:22
96:14 97:4,18
98:7 100:8,9
100:12,13
101:7 180:16
180:21 181:5
181:17 228:9
249:3,12 252:8
253:17 259:10
259:10 260:9
**females** 23:4,7
23:18 24:12
26:7 29:18
95:12 96:13
227:19,25
**fertility** 85:23
85:25 86:1,5
86:17 87:22
88:18 90:21,22
207:14 248:20
248:22,23
249:16 250:17
251:6 254:10
255:21 256:13
256:19,20,21

257:3 260:6,21
**fertilized** 87:16
**fewer** 48:19
49:11 50:8
**fi** 41:7 119:9
**field** 12:9 13:10
112:22 113:1,4
113:11,14
118:13 138:6
141:10 142:18
146:9 273:21
273:22 274:2
**fields** 12:9
112:8
**fifth** 176:10
**figure** 17:3
126:13,13
129:5,12
**file** 119:13
175:14 179:24
194:4 204:16
208:15 224:19
230:23 233:4
236:21 241:5
274:4 275:2
**files** 171:9
**fill** 43:21
187:18
**final** 79:4 81:19
153:8 165:13
**finally** 207:8,10
**find** 122:1
124:23 197:2
**findings** 118:1
118:2 153:9

163:10,21
164:1
**fine** 47:21
155:19 196:23
196:24 197:3,3
207:1 240:18
**finer** 74:8
**finland** 223:22
**firm** 8:25
**first** 6:14 14:8
28:5 42:7 44:5
51:23 56:12,18
57:1,4,6 60:5
60:24 61:4,14
61:18,23 63:4
67:5,22 68:13
79:18 85:20
100:5 121:21
122:5 125:3,4
133:21 134:3
135:25 136:1
137:23 140:7
141:2 142:9
145:16 148:18
149:22 150:11
152:3 157:2,23
160:23 165:9
165:13 166:15
182:3,14,21,22
186:2,11 187:2
187:6,16,23
188:2,11,20,23
189:16 194:6
194:18 197:19
209:20,20

225:13 229:15
230:9 231:23
232:11 234:3
248:18 249:1
250:5 253:1
255:8 270:4,6
273:11 290:13
290:18 293:5
**five** 21:1,5 85:4
274:13
**fixed** 267:24,24
**flatter** 29:16
30:14
**flexibility**
215:12,16
218:9
**flip** 195:8 223:5
**flow** 154:3
**focused** 168:14
241:17
**follow** 6:14
20:7 32:3
50:11 63:6,8
63:12,16 71:22
104:10 105:2
137:8 183:25
184:17,21
185:3,11,16,17
186:2,11 187:2
187:7 188:2,11
188:20 189:20
190:1,2,9,11
191:1,5,11,13
191:18,21
192:15 196:3

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[follow - front]**

196:13,14
242:6,9,18
289:4 290:5,13
290:18 291:17
**following** 13:24
183:21 210:1
227:5 230:9
253:5,5 268:25
**follows** 227:16
**font** 151:23
**footnote** 154:19
154:20 155:5
197:23 198:12
198:16 203:17
204:11,12
205:13 231:24
232:12 238:17
238:19 249:1
250:5 252:22
253:23 257:6
**force** 140:9
**forces** 166:25
172:8,23
**foregoing**
293:7 294:9,14
**forgot** 74:12
**form** 20:18
23:5 24:1
34:14,21 35:14
36:11 37:2
38:14,25 43:21
44:15 47:4
48:20 49:12
50:9 51:5,16
53:8 54:12,21

56:1 63:7 67:7
67:17 69:5,24
70:15 71:7
73:21 80:18
81:1 82:3,8
83:2,16 84:12
88:25 89:12,15
89:22 90:6
91:9 92:3,5
95:16 98:1,19
99:16 103:6,19
104:5,18
105:10 106:2
106:17 107:5
107:17 108:13
111:9 112:23
113:12 114:2
115:13 117:8
117:10,13
123:15 130:7
137:2 145:1
148:14 150:20
151:9 157:18
158:16 159:8
159:16 161:11
161:18 163:16
164:11 166:1
170:17,25
172:1,15
173:13 174:2
179:12,16
182:6 184:5,25
186:16,23
192:21 193:7
197:6,13

199:18 200:7
201:4,20
202:12,25
203:10 206:18
210:9 213:12
216:9 217:5,22
218:18,23
219:7 220:15
224:1 228:5,13
229:6,23 230:6
232:23 233:14
234:17 239:1
239:17 240:1,8
242:23 244:17
246:22 251:16
254:5,18 256:5
256:11 258:18
260:3 266:5
269:18,23
271:19 272:24
279:17 281:16
282:12,19
284:16 285:2
286:3
**formal** 28:1
43:6 64:11
66:15,17 67:14
**formally** 23:24
67:1,18 71:12
71:18 72:2
**format** 157:6,8
193:4 224:25
225:1
**formed** 87:15

**forms** 95:5
**formulate**
210:20
**forward** 32:20
40:18
**found** 19:3
218:15
**foundation**
101:2 117:11
122:19 126:4
127:22 145:2
150:21 153:3
199:19 206:23
210:10 220:9
224:2 232:24
234:18 239:2
269:24 282:13
283:6 285:3
**founded** 18:18
**four** 132:6
188:22
**fourth** 171:20
176:8,9 188:25
191:25 267:10
**framework**
165:18
**franklin** 3:7
**freezing** 86:14
86:15,21 87:1
87:17 88:5,16
88:22
**fresh** 240:16
**friends** 1:4,6
**front** 4:4 11:16
121:3

[frozen - general]

**frozen** 88:12
**full** 56:11 122:5
125:4 136:1
142:9 187:17
194:6,19
195:22 196:8
205:17 207:7
209:9,14,20
211:13 219:16
221:2 267:8
270:5 271:24
279:5 294:14
**fully** 56:15
108:2 271:4
280:9,12
**functioning**
52:4 205:21
215:13
**fundamental**
122:8 124:7
**funding** 15:16
**further** 51:12
60:16 168:12
168:18 242:8
291:19 294:16
**furthermore**
160:11
**future** 85:23
90:15 248:20
249:15 255:21
257:2,2 259:5
260:6,12

**g**

**g** 8:1 238:1
**gad** 176:18
178:23 188:3
188:24,25
190:20,25
191:3,21 193:6
**gah** 206:13
**gain** 46:19
**gaining** 40:9
**gaps** 165:16,23
187:18
**garrison** 3:3
**gas** 264:17
**gather** 57:14
**gathered**
159:10
**gears** 91:4
111:15
**gender** 5:15,23
5:23 6:8,24 7:4
7:8,9,10,12
18:16,23 19:1
19:5,10 21:13
21:16,20 22:18
23:25 24:8
28:7 29:5,18
30:2 31:6,12
31:25 34:9,11
35:1,7 37:8
42:17,20 45:8
45:13,20,25
46:1,5,10,25
50:22 51:2
53:21 55:15

64:17,18,19,21
64:25 68:6,14
69:17,19,22,23
70:1,4,6,8,10
70:13,19,24
71:4,13,18,25
72:3,5,10,12,14
72:15,19,20,22
73:1,6,8,11,14
73:16,20,24
81:25 83:13
84:10,15,19
85:1,22 91:16
92:13,23 93:7
95:3,13 96:15
96:17 97:5,17
97:19,25 98:6
98:13,24
100:10,14
101:8,15
104:17 105:5,8
105:21 106:6
107:4,16,19
108:12 109:5
115:11 118:17
138:3 143:18
144:7,11,15,20
149:25 151:19
162:7 166:17
166:22 167:1,5
167:10 169:16
169:23 170:9
170:24 171:23
172:9,13,20,24
172:25 173:3,9

173:11,21,21
176:15 179:8
180:13,17,23
181:3 188:7
192:2,19,24
196:5 221:12
221:14,15
225:9,15,18
226:1,12,17
228:9 231:8
242:7,10,11
244:5,25
245:15 248:19
258:15 261:8
261:18 262:5
262:10,12,12
263:4,22
264:24 265:10
265:16,25
266:23 267:24
268:9,10,12,13
268:18 269:1,2
269:14 270:8
270:19 271:8
271:11,12,16
271:17 273:12
273:20,22
281:20,25
282:7,17,21
283:2 287:16
288:10,24
**general** 1:11
3:15 15:7
41:21 63:22
64:8 78:18

**[general - going]**

| | | | |
|---|---|---|---|
| 80:6 103:22 | 132:17 137:17 | **go** 10:22 11:9 | 274:16 277:3 |
| 105:3 131:23 | 166:25 172:23 | 39:22 42:1 | 278:9 280:18 |
| 132:11 142:22 | 181:10,11,14 | 44:3 50:16 | 283:14,19 |
| 147:2,10 148:3 | 181:16 185:20 | 51:19,20 56:6 | 289:10 |
| 177:16 178:15 | 185:21,23,24 | 65:14 76:14,16 | **goal** 259:8 |
| 208:3 211:10 | 223:19 251:22 | 83:19,20 85:19 | **goals** 267:16 |
| 221:24 233:20 | 269:9 270:17 | 86:22 108:16 | 268:25 269:1,1 |
| 245:19 264:22 | 290:15 | 111:17 112:19 | **goes** 52:20 |
| 268:16 273:21 | **genital** 94:11 | 119:10 120:10 | 107:19 |
| 274:2 275:13 | 101:22 102:1,3 | 124:20,21 | **going** 10:11 |
| 284:22 | 102:5 103:4 | 132:3 139:24 | 15:25 16:1,15 |
| **general's** 8:21 | **genuine** 173:5 | 140:1 149:9,10 | 24:10 27:15 |
| 9:4,6,16,24 | 173:7,10 | 149:17 151:12 | 28:4,4,6 31:14 |
| **generality** | **genuinely** | 153:8 157:21 | 33:3 47:16,18 |
| 13:19 18:22 | 172:8,13,20 | 162:12 175:12 | 56:8,10,11 |
| 39:12 | **getting** 40:12 | 175:17 179:22 | 76:20 78:25 |
| **generalizable** | 40:14 44:21 | 180:10 183:15 | 79:4,21 84:4 |
| 212:20 219:13 | 66:24 110:16 | 185:22 188:17 | 86:23 95:20 |
| **generalize** | 222:19 | 190:19 194:5 | 105:20 108:22 |
| 163:10,21 | **girls** 152:20 | 194:15 199:11 | 119:7 121:15 |
| 164:1 272:14 | **give** 27:8 29:15 | 203:16 204:10 | 121:17 122:6 |
| **generally** 21:25 | 30:12,14 32:24 | 205:13,15 | 125:3 131:4 |
| 22:13 29:10,14 | 79:13 94:8 | 206:6 208:14 | 135:11 136:1 |
| 29:20 35:15 | 97:8 237:2 | 209:3,19 | 140:7 145:10 |
| 41:22 45:1 | 285:11 289:9 | 211:12 213:18 | 145:13 151:18 |
| 46:16 56:23 | **given** 46:18 | 215:5,7 219:18 | 152:7,17 |
| 58:11 62:23 | 78:13 128:1 | 220:25 225:10 | 153:24 154:3 |
| 63:18 64:5 | 215:13 218:6 | 232:13,18 | 155:17 157:2 |
| 65:12,21 70:7 | 221:15 293:12 | 233:23 237:24 | 162:13,14 |
| 73:1 77:10,13 | **gnrh** 225:17 | 238:9,15 239:3 | 166:14 168:8 |
| 79:1 86:8 | 226:17 277:8 | 241:23 245:12 | 175:24 176:9 |
| 88:16,20 | **gnrha** 220:3 | 245:13 246:25 | 181:19 187:23 |
| 104:23,25 | 245:25 246:4,8 | 250:9 255:11 | 188:8 189:3 |
| 115:2,8 117:24 | 246:10,18 | 261:5 263:3 | 194:3 195:18 |
| 127:7 130:18 | | 267:6 268:1,3 | 195:20,24 |

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

**[going - guides]**

196:21 197:17
211:14 219:24
221:7 231:4
234:3 250:13
250:15 251:3,4
255:10 260:11
265:5 274:10
283:13,23
284:16
**gonadotrophin**
7:7
**gonadotropin**
277:9
**gonads** 86:7
87:24
**good** 9:22
47:20 48:3
53:7 85:3,6
119:24 120:16
154:7 203:25
240:11 274:5
286:20 292:4
**gordon** 121:12
**gotcha** 125:17
**grade** 5:18,20
129:22 130:6
130:13,18
131:11,24,24
132:10,13
134:23
**grade's** 133:18
**gradually**
194:24
**grafts** 94:16

**grammar** 18:8
**granularity**
115:11,18
**gray** 211:20
**great** 14:17
34:7 47:12
156:6
**greater** 50:6
187:11
**green** 3:17 9:12
9:15,15
**groombridge**
2:21 9:1
**groombridge...**
2:23
**ground** 10:4
50:2
**group** 19:19
127:17 135:22
135:23 136:7,9
136:14,16,20
136:22 137:1,6
168:10 189:5
190:3,11,13,19
190:22 238:22
239:21
**groupings**
188:22
**groups** 29:1
127:16,25
128:21,23
135:15,17
137:15 189:4
**growing** 6:18
204:24 273:24

**grown** 20:25
**growth** 21:2,4
78:15,21 79:19
284:21
**guarantee**
176:1
**guerrero** 18:13
18:14
**guess** 34:24
35:3 49:16
60:9 62:7
64:18,19 65:11
72:18,23 76:15
80:15 82:6,24
85:4 92:8
101:6 102:5
104:21 105:13
110:15 113:6
113:15 117:14
130:14 144:2
147:9 164:8
165:3 173:8
180:11 183:23
185:22 200:18
201:7 202:2
208:13 213:8
219:1 239:6
250:21 252:18
265:19 266:9
274:13 282:16
**guidance**
112:20 214:11
**guide** 224:15
224:16

**guided** 119:1
**guideline** 5:24
101:22 103:18
103:21,21
104:4 140:10
147:15,17,20
173:21 174:7
174:11
**guidelines** 5:18
5:20 11:25
32:2 51:15,18
52:20,22 53:2
55:17 71:23
82:25 83:4,6,7
83:9 90:23
91:1 103:12
104:1,7,8,14
105:2 106:9
130:20 134:24
138:3,10,11,12
138:14,25
139:2,4,12,16
144:24 145:5
145:10,17,22
146:2,10,17,21
147:2,11,18
148:12,20,21
148:24 149:7
175:9,13 176:1
223:10 254:17
254:24 255:2,4
255:6 256:1,10
256:16 262:2
**guides** 5:17

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com 208-343-4004

Dr. Kara Connelly August 28, 2023

**[guyatt - hitting]**

**guyatt** 5:17,21 121:12
**gynecologist** 13:2
**gynecology** 263:6
**gynecomastia** 30:9 247:3,6,9 247:14 248:7 248:12,14

**h**

**h** 5:9 6:1 7:1 236:6
**half** 82:21,23 84:3,5 184:22
**halfway** 15:3 215:8 219:19 271:25
**hampshire** 3:13
**hand** 162:21 250:14,16 251:3,5 294:18
**hang** 134:19
**hannema** 205:4
**happen** 177:3 290:3
**happened** 59:21 78:15 265:18,21
**happens** 40:7 88:17 242:22 243:2 289:3 290:9

**happy** 153:24 274:9
**hard** 37:12 49:13,21 126:7 200:15 201:11 216:10 272:14
**harm** 50:12,13 59:13,13,14,19 176:16 192:7
**harmful** 141:23
**head** 10:14
**header** 140:3 156:24 157:3 173:18 181:20 209:5 231:5 245:14 275:13
**health** 5:15 6:3 6:9 13:14,21 16:18 19:1,16 28:22 30:15,21 30:22 31:7,10 32:6 35:10,12 35:16 36:13,18 37:6,16 39:25 40:15 43:4 44:18 45:7,12 45:18,23,25 46:22 47:2,9 47:11 51:3 52:13 54:1 55:2 65:1 106:21 109:12 110:6,14 111:13 113:20 142:13,18

143:14 155:1,3 155:11 160:15 168:11 176:13 176:25 178:12 182:8 198:7,18 206:12 222:1 223:10,17,24 225:7 226:4 230:11 237:7 237:12 243:15 244:2 245:6,8 266:19 289:14
**healthy** 89:19 89:20 90:5,15 259:13
**hear** 72:25 234:12
**heard** 117:15 159:3
**hedrick** 5:15
**height** 78:25 79:5,22 80:2
**held** 8:13 258:13
**hello** 120:25 121:1
**help** 17:23 32:8 32:17 46:7 60:21 67:16 139:22 165:4 180:5 262:21
**helped** 165:6
**helpful** 11:5 79:14 160:1

**helping** 11:4 31:11,14,18 34:8 280:3
**helps** 174:7
**hembree** 5:25
**hierarchy** 122:9 124:2,7 124:10,15 125:6,19,23 126:16 127:20 129:10,12
**high** 13:18 18:22 39:12 44:8 231:14,19 232:22 238:21 239:7,22
**higher** 127:20 134:6 177:10 177:12,16 178:20 181:12 181:13,15 185:24 186:3,3 186:7,9,21,24 190:3,4 191:14
**highest** 178:2
**hips** 33:25
**history** 44:21 57:14 60:19,19 142:6
**histrelin** 62:18 277:7
**hit** 47:25 85:8
**hitting** 17:2 119:18

Page 31

[hmm - ii]

hmm   279:24
  287:18
hold   125:9
holds   218:13
  218:14,16
holistic   18:25
home   289:10
hopes   33:20
hormonal
  225:12,18
  226:17 242:16
hormone   6:3
  7:7 85:22
  143:7,10
  150:14 151:2
  151:19 182:1
  183:4,7,9
  184:2,10,10,13
  184:13 186:1
  188:14 189:24
  190:7 191:2,10
  191:17 198:21
  231:7 234:10
  248:19 257:17
  258:9,15
  259:11,15
  277:9 288:9,23
  290:4
hormones   6:8
  7:10 25:8
  32:15,16,23
  36:7,22 37:20
  61:5,14 62:4,9
  69:1,12 70:14
  70:18,23 71:3

72:2 73:19,23
74:3 78:15
83:19,21 84:7
90:9 106:16
107:2,15 108:6
108:11 109:3
142:21 143:9
144:10,14
182:13 183:10
183:14 184:3
184:24 185:10
185:13 186:10
187:1,8 189:11
189:12 196:5
198:6 211:17
215:14,22
216:3,6 217:15
218:8 229:18
235:16 236:2
236:11,18
242:7,10 244:5
244:25 259:20
260:2,5,11
267:4 291:3,7
hospital   13:16
  13:24
hour   2:11
  10:25 47:17
  48:2 57:20
  85:3,8 154:5
  195:17
ht   183:4,7
  188:12,14,24
  188:25 189:6

human   125:7
  125:20 217:4
  219:14
humans   212:15
  212:20,23
  213:7 214:1,25
  216:8 217:12
  217:18 218:13
  218:15,17
  219:6,12
hung   50:17
  119:9
hypothetical
  37:23 48:13,15
  48:22 49:1,3
  49:25,25 50:3
  202:3,5 203:4
  245:3 266:17

**i**

icd   73:2
idaho   1:2,11,13
  1:14 2:7,10
  3:11 8:12,21
  9:3,5,23
  269:21 293:22
  293:24,24
  294:2,6
idea   65:13
  79:25 269:10
  290:8
ideally   135:14
  135:21
ideation   6:6
  44:9,13 192:7
  196:3

ideations
  176:16
identified
  117:24 142:14
  265:6,7 287:24
identify   16:2,3
  18:1 69:12
  84:21
identifying
  117:1
identity   7:4
  29:5 35:7 70:8
  72:10,15 84:10
  84:15,19 85:1
  160:16 166:17
  166:22 167:1,5
  167:11 169:17
  169:23 170:10
  170:24 171:23
  172:9,14,20,24
  173:1,3,10,11
  180:17 267:13
  267:15,20,23
  267:24,24
  268:2,2,12,14
  268:16,17,18
  268:19,21,24
  270:21 271:8
  271:12,18
ignorance   79:6
ignore   283:8
ii   22:4,7,11
  69:10 82:7,11
  82:13,17 84:2
  157:22 259:25

**[ii - individualized]**

260:19,22
**imagine**   48:22
49:1
**imaging**   60:18
**immediately**
61:19,23 220:5
223:4
**impact**   59:3,5,8
85:23 115:3
131:12 141:14
141:15,17,18
141:20,23,23
143:1,3,9
176:12 210:2
210:22 211:2
217:16,25
234:14,23,25
235:25 236:9
244:14 248:20
255:21 257:2
**impacted**
258:14
**impacting**
114:24
**impacts**   142:22
210:15 221:13
234:6 249:15
**implant**   277:7
**implants**   62:19
**implied**   19:17
**important**
85:25 122:22
122:24 131:14
131:18 163:5
187:14 248:22

270:12 284:23
**impossible**
150:13
**improve**
168:14
**improved**
79:22 205:21
**improvement**
78:25 193:15
193:23 194:22
195:5 198:7,18
200:5 202:8,11
**improvements**
176:14 179:7
179:21 192:1
192:16,18,23
193:6 203:14
**improves**
136:22
**include**   26:20
27:3 28:22
35:18 36:6,17
37:19 45:21,22
45:22 57:25
73:12,17 88:4
102:2 123:8
135:21 177:22
222:23 235:11
239:20,21
257:24 266:3
266:13,16
284:23
**included**   14:25
26:16 37:24
49:3 73:4

104:13 116:15
123:24 138:19
138:23 152:14
155:16 157:25
177:6 202:20
242:5 243:4,25
255:2,3
**includes**   39:24
268:18 289:7
**including**   25:16
26:24 36:13,21
42:11 70:17
103:15 160:14
207:11 211:18
**inclusion**   117:3
**inclusive**   293:9
**incongruence**
53:21 72:6
73:6,17,20
173:22 225:16
273:13,20,23
**incongruent**
5:23 72:19,22
73:1,8
**incorrect**   65:17
**increase**   136:16
227:17,18,23
228:4,8 290:23
290:24
**increased**
189:25 190:25
191:11
**increasingly**
165:19

**independent**
7:4
**indicated**   28:8
40:17 60:22
91:16,18 96:18
96:20 288:3
**indication**
201:2 246:24
282:22,22
**indications**
178:17 246:13
**individual**   1:13
3:10 31:24
32:3 53:19,20
54:23 71:24
74:9 76:11
77:15 83:1
87:6 100:14
101:8 105:23
107:10,14
110:8 125:22
126:2,9 142:6
236:10 246:18
248:9 257:16
259:24 260:18
**individual's**
52:15 53:14
84:10 211:6
235:1 260:21
**individualized**
37:5 38:18
46:14 54:24
56:19 60:11
289:6

Page 33

**[individually - interpretation]**

| | | | |
|---|---|---|---|
| **individually** | **infertile**  260:2 | 191:22,23 | 44:23 45:1,2 |
| 111:6 | **influence**  115:9 | 192:14 196:3 | 57:11 188:1,11 |
| **individuals** | 116:1,2,3 | 288:17,22 | 196:11 |
| 26:9,24 28:8 | 127:1 128:17 | 289:2 290:12 | **integrated** |
| 31:5 33:1,10 | 201:14 211:17 | 291:13 | 19:15 |
| 37:9 77:9,12 | 228:15,23 | **initially**  266:13 | **intellectual** |
| 82:19,22 88:3 | 270:15 | **initiate**  62:3 | 235:12 |
| 88:15 90:8 | **influenced** | 182:3,21 | **intend** 37:23 |
| 141:4 142:13 | 248:10 | 188:12 196:4 | **intention** |
| 157:25 158:3 | **influences** | 290:12,17 | 162:16 163:3 |
| 158:10 165:18 | 166:18 | 291:7 | **interchangea...** |
| 165:25 166:23 | **influencing** | **initiated**  61:23 | 146:6,23 |
| 166:25 172:9 | 201:18 228:24 | 189:10,11,24 | **interdisciplin...** |
| 172:13,19 | **inform**  150:1 | 190:7 191:2,10 | 18:24 39:23 |
| 173:23 174:9 | 262:3 280:3 | 191:17 | 56:16 57:8 |
| 174:13 185:2 | **information** | **initiating**  42:13 | 75:25 |
| 195:10 201:15 | 55:4,7 57:10 | 71:25 | **interest**  19:12 |
| 222:23 223:2 | 58:17 59:9,19 | **initiation**  32:1 | 58:23,25 |
| 228:8 229:12 | 60:20 159:9 | **injection** | 294:16 |
| 248:15 249:2 | 166:3 171:2 | 251:22 | **interfere**  52:1 |
| 249:16,20 | 269:6,22 270:2 | **input**  273:16 | 52:24 53:11 |
| 250:3 252:8 | 273:14 275:9 | **instance**  67:6 | **interfering** |
| 253:17 255:23 | 289:8,9 | 67:22 213:4 | 53:14 |
| 258:12 260:6,9 | **inhibiting** | **institute**  237:6 | **interim**  7:5 |
| 263:4,22 264:8 | 52:15 | 237:12 | **intermittently** |
| 264:16 265:8 | **inhibitory** | **institution**  14:1 | 16:19 |
| 265:11 266:7 | 215:17 218:10 | **instructing** | **intern**  4:8 |
| 266:10,13,17 | **initial**  133:25 | 283:25 | **interpret**  52:10 |
| 267:25 269:16 | 182:2,16 | **instructs**  10:21 | 96:24 161:23 |
| 269:20 270:18 | 183:14,16,19 | **insurance** | 270:12 |
| 270:18 290:25 | 183:21 184:11 | 62:22 | **interpretation** |
| 291:12 | 185:9,17 | **intake**  6:14 | 161:5,20,22 |
| **inferences** | 188:20 189:16 | 39:16 40:6,21 | 206:19 226:3 |
| 136:7,17,20,23 | 190:1,5,9,12,25 | 42:12,24 43:8 | 244:11 |
| 136:24 137:4,5 | 191:5,11,14,18 | 43:16,20 44:20 | |

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[interpreted - know]**

interpreted
 115:4 128:2,18
interrupt 10:15
 10:17
interruption
 260:1
intervention
 35:13 74:16
 106:24 108:19
 108:23 110:1
 111:14 132:1
 135:16,18
 136:5,8,13,17
 136:25 137:4
 207:11
interventions
 19:21 25:13
 28:7,11,16,20
 29:6 31:13,16
 31:16,18,20,22
 32:1,5,9,13,18
 32:20 35:18
 36:4,6,9,10,13
 36:14,18,19,21
 36:25 37:1,11
 38:3,3,8,8,12
 38:13,17,23,23
 47:3 51:4
 107:22,25
 113:19 136:12
 183:1 199:25
 200:3 201:16
 202:7,10,21
 203:5,9,15
 208:8 242:16

245:5,7 290:22
intraabdominal
 94:21
introduced
 116:12 235:21
introducing
 156:8
intuition 125:8
 125:21
investigated
 127:15
investigating
 261:1
investigator
 214:13,17
involve 35:7
 86:19 212:8
involved 17:12
 46:23 142:7
 152:13 195:10
involves 74:7
 88:16,20
involving 158:5
irb 15:24
issue 47:9
 104:22
issued 174:24
 223:10
issues 47:2 51:3
 287:22
italics 209:21
 210:12
items 30:14
 35:18,21 290:1
 290:2

iv 156:24
 245:14

**j**

j 3:16
jan 1:11 4:2
jane 1:5
january 205:8
jean 5:11
jedrzejewski
 7:13
jeremy 285:14
jess 18:13
joan 1:6,7
jocelyn 4:8
john 1:6,7 3:12
 8:20 9:23
 162:19 170:2
 171:9 216:19
 232:1 240:11
 286:13
joint 110:24
joke 121:6,7
jramer 3:14
judgment
 58:25 227:8,11
 267:16
judgments
 122:10
june 276:3,10

**k**

kara 1:19 2:1,4
 5:4,11,12 8:8
 168:21 292:6
 293:5,19

keep 11:4 47:17
 153:24 154:3
 156:10 195:18
 195:20 283:18
kennedy 3:3
 9:12,13,13
key 131:7
 160:13
kind 10:25
 11:22 28:20,25
 33:23 49:14
 50:17 60:20,22
 85:3 92:21
 93:8 97:13
 112:5 141:15
 153:16 179:2
 188:22 193:15
 205:7 231:5
 238:16 242:1
 244:19 271:24
 275:12
kinds 29:13
kirk 3:12
know 10:6,12
 11:7 14:11
 16:24 29:23
 30:3,5 39:3
 41:2,9 65:11
 65:14 75:19
 80:15 83:8
 87:8,8 88:10
 89:20 90:17,19
 98:20 106:18
 108:14 113:22
 121:24 123:11

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com 208-343-4004

**[know - li]**

130:23 134:9
139:25 143:15
143:21 144:21
149:5 152:18
153:18 156:21
157:13,16
158:9 161:1
162:8,9 167:16
169:25 170:14
170:22 177:3
183:18 195:9
196:24 197:12
200:12,21
201:9,14,18
202:13,16
206:25 207:2,2
207:22,25
210:7,13,25
211:5,8 212:3
212:25 214:10
214:14 217:1,9
217:17 218:13
218:14,16
228:16 237:25
241:24 242:21
246:19 247:19
251:8,12,14
255:5 256:1,6
256:8,12 259:1
263:18 264:8
264:11,12
266:18,18
267:21 273:23
276:25 277:15
280:17 284:25

286:14 293:10
**knowing**
127:17 172:4
200:16,22,23
201:13 210:21
**knowledge**
60:1 74:21
165:17,24
201:1 227:14
229:1
**knowledgeable**
111:23
**known** 57:9
97:19 145:17
145:23 163:9
249:15

**l**

**l** 3:3
**la** 277:4,20
278:2 279:3
281:25 282:17
282:20,23
283:1
**label** 282:22
**labeled** 131:7
133:22 152:9
153:8 189:6
**labeling** 171:10
**laboratory**
60:17 247:25
**labrador** 1:10
3:10 8:10
**lack** 190:14,16
201:1 227:9,12
229:16,25

238:22 247:15
248:2 270:23
**lacks** 115:11
**large** 128:24
153:25 227:18
227:24 253:22
269:3
**larger** 116:14
119:13 156:3
**larsson** 4:8
**lasting** 215:16
215:22 216:4,7
217:3,11 218:9
218:21 219:3
**late** 19:24
286:14
**law** 8:25
**lcooper** 2:19
**lead** 121:11
154:21 205:3
208:20 218:12
246:17 273:4
**learn** 112:11
166:3 218:5,7
**learning**
214:16 260:5
**leave** 234:19
288:21
**leaving** 267:14
**led** 19:3 228:17
**left** 50:16 131:7
140:1 157:22
162:12,21
171:17 181:19
187:16 194:5

194:18 196:8
205:16 209:4
211:12 219:18
221:2 269:3
271:24 274:9
**legal** 81:13
146:4,13 147:6
147:24 174:3
174:15
**legislature**
269:22
**lends** 194:22
**length** 157:8
193:16
**leslie** 2:17 8:24
**letter** 182:7
**leuprolide**
62:18,22
**level** 13:18
18:22 39:12
105:23 106:7
106:10,15,19
107:23 108:15
109:14,17,18
110:19 111:2,7
111:12 132:20
**levels** 107:11
132:6,10,14
**li** 2:16 8:22
11:3 47:20
139:9 149:9
155:14 167:20
171:12 179:22
204:15 274:3
291:23

[liberties - looking]

liberties 2:16
libraries 112:6
library 112:5
lies 256:21
life 6:3 89:14
90:5 151:20
152:2 272:8
light 231:12
250:6,8 251:9
251:15,23
252:23,25
likelihood
88:24 177:14
178:20
likely 10:12
133:12 139:24
180:24 181:5
194:23 220:4
226:1 228:15
228:22 245:20
limit 106:13
limitation
106:1,4 163:14
163:18 201:19
limitations
5:21 125:7,20
158:4 262:3
273:11
limited 132:24
133:5 135:7
273:14
limits 104:16
105:8,12
lincoln 3:16 9:3

lincoln.wilson
3:19
line 152:1,3,5
185:6 275:19
275:21 276:9
277:3
lining 246:16
linked 45:8,13
45:19 46:1,5
46:10,25 50:22
51:1 234:5
268:24
lipids 141:4,9
141:14,17,18
list 15:15 170:7
181:3 227:22
278:17
listed 35:19,21
77:16 127:8
167:7 229:15
231:23 232:11
232:16,22
263:14,17
277:1 278:19
listen 71:9
listing 187:21
lists 151:24
168:20,22
276:24
literature 5:17
111:23 112:3,5
112:6,19
113:16,17,19
115:10 117:1,5
117:8,9,15

118:1,13,16
216:16,22
258:5
little 11:1 41:8
51:22 87:13,23
91:4 115:5
119:12 133:11
139:25 153:15
159:17 177:20
195:17 197:7
198:12 209:18
215:8 222:20
240:16 271:25
282:14 283:14
lived 159:2
lives 166:24
llp 3:3
lnowlin 2:19
logic 157:9
long 15:13 17:3
43:8 57:19
82:24,25 83:14
120:9 215:16
216:4,7 217:3
217:11 218:9
218:21 219:3
220:4 240:14
242:10,25
246:20 287:12
287:15,17
longer 11:1
43:12,14 64:7
64:25 166:19
192:17 193:15
193:19 196:13

242:9,14,18,22
243:2,5,6,14,17
look 16:1 18:7
20:11 42:3
54:25 58:15
60:14 78:1,1,3
78:14,22 79:18
97:11 114:18
126:5 138:24
151:23 152:16
153:4 167:6,15
169:18 178:4,6
183:15 193:9
196:21 198:23
205:16 206:24
209:17 214:5
218:3 222:14
224:18,24
231:2 232:18
236:15 237:3
237:17 239:3
240:3 241:21
243:21 262:14
263:3 264:23
275:1 278:9
286:16
looked 155:20
169:19 179:14
179:20 199:1
222:11 236:17
243:4,14,16
259:18 260:16
looking 40:11
41:22 79:1
126:24 129:5

**[looking - materials]**

132:19 139:6,7
144:16 150:23
167:9 169:6
171:15,18
178:6 184:9
195:12 198:11
204:14 207:4
211:10 215:25
215:25 222:17
222:22 227:5
253:7 269:7
277:2 282:6
**looks** 37:8
40:14 124:23
183:24 185:7,8
223:1
**lost** 137:8
**lot** 11:21 12:1
26:15,19 31:11
92:16 114:8,12
114:17,21
129:3,20
146:21 160:3
193:22 213:18
239:11
**low** 132:20
133:9
**lower** 134:4
142:4 177:17
181:12 190:12
191:22 255:17
255:24
**lowest** 125:22
**lunch** 11:2
119:24 120:9

120:20 121:6
**lunchtime** 11:4
**lupron** 62:24

**m**

**m** 1:11 4:2 5:2
**m.d.** 1:19 2:1,4
5:4 293:5,19
**made** 29:15
43:7 66:21
145:8 164:13
224:4,8 236:1
236:10 239:5
256:7,9,12,19
266:8 269:12
293:16
**main** 70:16,20
127:23 141:20
**maintain** 15:13
16:15
**maintaining**
85:25 248:22
**major** 209:8
**majority** 25:23
65:3,6,8,17,21
84:24 96:6
181:4 249:20
259:5 267:25
**make** 10:4
11:10 14:7
23:14 52:15,20
52:25 53:6,15
54:8 62:1 74:5
75:16,20 76:7
95:20 102:24
103:16 105:24

106:11,23
107:23 109:15
111:10 112:19
119:24 129:16
136:7,12,20,23
136:24 137:4
148:12,16
155:18 166:23
171:15 178:14
193:5 202:14
209:2 211:9
214:24 216:11
216:13 243:1
250:16 251:5
252:21 253:12
265:24
**makes** 75:1,9
75:18 76:11
93:25 154:3
283:9
**making** 43:25
74:24 76:9
78:5 80:12
96:25 110:4
111:3 114:18
122:11,17,23
123:1,8,19,25
139:20 226:5
244:19 252:5
**male** 30:11
33:1,11 77:12
82:22 180:15
180:17,23
181:2,3 249:13
257:16 258:8,8

258:22,22
260:17,18
**males** 23:13
30:5,6
**malleable**
166:18
**management**
131:13 182:2
**manner** 38:18
**marked** 14:16
17:7 41:1
120:24 130:25
134:16 139:10
149:12 155:25
156:7,9 164:21
168:1 180:1
204:19 208:16
224:20 230:24
233:5 236:23
241:2 262:17
275:3
**mastectomies**
97:25 98:13,24
**mastectomy**
26:2 95:15,24
97:19 98:17
99:5,15,17,21
99:23,25 100:1
100:6,10,14
101:8
**master's** 14:2
119:5
**match** 72:10
**materials** 42:4
56:9

**[matter - medical]**

| | | | |
|---|---|---|---|
| **matter** 2:12 8:9 | 22:12 23:7 | 197:8 199:7,8 | **measurements** |
| 41:21 63:22 | 25:16,16,25 | 213:8,10 | 284:21 |
| 78:18 80:6 | 26:11 28:14 | 222:13,15,21 | **measures** 74:20 |
| 131:23 132:11 | 32:11 34:23 | 223:19 232:3 | 137:20 |
| 147:2,11 148:3 | 40:3 43:13,17 | 235:6,10 | **measuring** |
| 173:8 177:16 | 44:23 46:8 | 239:11 245:18 | 189:7 282:4 |
| 178:15 190:15 | 47:6,14 49:18 | 245:19 251:17 | **medical** 5:17 |
| 211:20 264:22 | 51:7,9,10,11,12 | 252:2,15 | 18:15,25 19:21 |
| **matters** 71:5 | 51:12 52:11 | 254:20 255:6 | 28:7,11,15,20 |
| **maturation** | 54:16 59:4,5,7 | 256:24 257:20 | 29:6 31:13,15 |
| 78:14 106:22 | 61:17,18 64:17 | 257:21 258:20 | 31:16,17,21 |
| 108:15 234:6 | 66:17 68:16 | 264:3 267:19 | 32:1,4,9,13,18 |
| 235:17,25 | 73:15 83:9 | 269:8 270:11 | 32:20 34:12,17 |
| 236:9 | 84:17 87:23 | 274:7 279:25 | 34:20 35:9,13 |
| **mature** 107:1,3 | 90:16 92:25 | **meaning** 67:20 | 35:16 36:4,5 |
| 107:14,15 | 93:4,6 94:3,5 | 102:3 129:15 | 36:10,20,25 |
| 108:10,11,21 | 96:7,19,22 | 173:11 174:20 | 37:10,16,19,19 |
| 109:2,4 | 99:10,12 | 175:7 227:2 | 38:3,7,12,22 |
| **maturity** | 105:12,14 | **means** 47:8 | 39:8,24 43:24 |
| 102:24 103:16 | 106:3 108:22 | 51:14 52:9 | 47:2 50:11 |
| 105:7,12,16,23 | 113:15 115:1,6 | 70:7 73:10 | 51:4,25 52:11 |
| 106:7,10,12,15 | 116:2 117:13 | 126:3 138:18 | 52:24 53:10 |
| 106:19 107:10 | 119:23 122:25 | 167:10,12 | 56:18 57:1,5,6 |
| 107:12,23 | 124:2,11,11 | 170:14 177:4 | 57:7,14 58:11 |
| 108:25 109:8 | 130:17 137:12 | 183:18 201:13 | 58:12 59:10 |
| 109:10,14,17 | 138:17,22 | 211:1 213:13 | 60:6,17,18,19 |
| 109:24 110:17 | 141:23 143:4 | 213:16,17 | 60:24 61:4,14 |
| 110:18,19 | 147:25 148:2,5 | **meant** 180:24 | 63:4 105:22 |
| 111:2,6,12 | 153:11 158:25 | 194:16 273:5 | 110:13 113:18 |
| **mcr** 5:11 | 159:4 163:18 | 281:10 | 176:15 179:9 |
| **md** 5:11,13 | 166:6 167:18 | **measure** | 182:15,21 |
| 13:19,20 | 169:5 173:6 | 193:24 265:1 | 192:2,19,24 |
| 168:22 | 180:16 182:14 | **measured** | 193:3 199:25 |
| **mean** 20:20 | 189:17,20 | 192:25 193:2,4 | 200:3 201:15 |
| 21:2,24 22:1 | 190:2,11,12 | 215:13 280:6 | 202:6,10,21 |

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[medical - mischaracterizes]**

203:5,9,15
207:11 208:7
212:5,11
213:22 245:5,7
245:15 266:4
277:22 279:9
288:18,22
289:12 290:5
290:22
**medication**
62:6,16 70:17
142:7 182:1
246:20 277:14
277:15,23,25
278:1 279:13
281:20 282:7
282:23 288:24
290:12,17
291:13,17
**medications**
35:8,8 62:8
76:22 80:20
81:2 166:9
182:3,21
245:25 246:4,9
246:10,19
254:12,22
255:12,17
256:3
**medicine**
118:21 119:1,3
213:11
**meet**   31:25
39:21 55:14,15
58:1,2,8 117:2

**meeting**   58:18
96:24 277:22
279:9,14,20
280:14 281:12
281:22 282:2,9
282:25 283:12
284:11 285:6,7
285:17,22,25
**meets**   56:17
57:8
**member**   16:8
16:12,20
165:11
**members**   1:13
3:10 174:25
175:6 178:12
289:18
**membership**
16:13
**memorized**
277:14
**men**   152:23
253:9,10
**menarche**
79:17
**menstrual**
79:18 166:9
249:21
**mental**   6:3,9
19:1 28:22
30:15,21,22
31:7,9 32:6
35:10,12,16
36:13,18 37:6
37:16 40:15

43:4 44:18
45:7,12,18,23
45:25 46:22
47:1,9,11 51:3
52:13 54:1
55:2 113:20
143:14 176:13
182:7 198:7,18
206:12 244:2
245:6,7
**mention**   86:6
280:15 281:5
**mentioned**
27:17 30:15
40:6 43:2
63:19 77:2
87:3,11 98:10
187:12
**mentioning**
212:1
**mentions**
207:17
**mentor**   214:12
214:17
**mentors**   19:9
**met**   11:20
103:14
**method**   131:24
**methodologies**
6:21
**methodology**
114:22 129:23
130:6,13,18
132:13

**methods**   42:4
56:10 130:19
181:20,21
263:3
**middle**   16:4
238:16 242:2
276:12
**mind**   71:8
123:18 166:12
223:4,23
269:17 271:1
286:13,15
**minimize**   85:24
248:21
**minority**   45:9
45:14 46:6,11
47:1 50:22
51:2 65:2
270:23
**minors**   158:6
168:13,15
**minute**   119:22
237:3 240:17
274:13
**minutes**   43:10
47:22 85:5
153:20 203:23
240:15 274:8
286:16
**mischaracteri...**
217:23
**mischaracteri...**
38:6 39:1
61:16 75:6
81:12 99:8

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[mischaracterizes - negatively]**

104:6 123:6
147:5 170:18
261:20 281:1,9
**mischaracteri...**
234:18
**mispronuncia...**
211:23
**missed** 259:14
261:21
**missing** 65:11
**mistake** 173:12
**misunderstan...**
202:2
**model** 42:5
56:16 212:19
267:9
**moment** 46:18
70:8 118:19
280:15
**monday** 1:20
2:10
**months** 63:18
192:15 193:20
193:21 194:25
205:24
**morning** 9:22
187:12
**mountain** 2:11
8:5 48:6,10
85:12,16
120:18,22
154:10,14
204:3,7 240:21
240:25 274:19
274:23 286:22

287:1 292:8
**move** 32:20
39:9 134:14
145:9 157:9
173:16 176:6
183:23 184:16
187:14 189:14
196:24 231:12
233:2 236:19
245:11 257:5
**moving** 29:6
40:17 197:3
275:12
**multicenter**
15:21
**multidiscipli...**
7:12 42:11
56:15 74:4
**multifaceted**
7:13
**multiple** 127:4
244:20
**mx** 9:9

**n**

**n** 5:1,2,2 8:1
237:14
**name** 9:23
18:12,13 35:5
113:7 114:9
118:12 121:11
175:14 179:24
194:5 204:17
205:2 208:15
208:20 224:19
230:23 233:4

236:21 241:5
253:2 274:4
275:2,19
277:15 285:10
**named** 293:7
294:8,12
**names** 168:20
168:22 205:5
285:11
**narrative**
117:15
**natal** 23:4,7,11
23:13,17 24:12
26:7 29:17
30:5 95:12
96:13 100:8,12
101:7 258:22
259:10 260:17
**national** 112:5
223:9,17,24
225:7 226:4
237:6,12
276:20 277:1
277:11,14
**natural** 250:9
250:14,15,19
251:3,4
**nature** 275:22
279:6
**nbhw** 225:16
**nda** 280:1,9,15
280:23 281:5
283:15,20
284:4,7,14

**ndc** 276:20
**necessarily**
141:24,25
224:9
**necessary**
40:16
**necessity**
122:10
**need** 9:11 10:12
40:11 53:2,5
60:17,20
102:23 103:7
106:14 126:6
140:19 166:3
167:15 206:24
207:12 209:17
210:24 213:5
216:12 218:3
220:10 233:15
233:21 235:5
237:16 239:3
240:16 263:3
279:11 280:5
282:4
**needed** 19:14
31:3 165:20
242:9
**needs** 58:4
105:17 159:23
160:12,17,24
161:3
**negative**
235:25
**negatively**
176:12

**[neither - nowlin]**

| | | | |
|---|---|---|---|
| **neither** 183:4 | **neurotypical** | 294:24 | 106:17 107:5 |
| 184:10,13 | 221:15 | **note** 145:23 | 107:17 108:13 |
| 185:10,12 | **never** 59:25 | 163:6 197:18 | 109:6,20 110:3 |
| **netherlands** | 71:8 285:1 | **notes** 286:16 | 110:10 111:9 |
| 197:11,16 | **new** 2:18 3:4,13 | **noting** 125:7,20 | 112:23 113:2 |
| 198:1 243:14 | 5:14 20:5 | **november** | 113:12 114:2 |
| 243:16 | 39:14,15 56:16 | 168:6 | 115:13 117:10 |
| **neural** 210:3,16 | 65:19 112:6,12 | **nowlin** 2:16 5:6 | 119:11,14,18 |
| 210:23 211:3,7 | 164:18 168:13 | 8:22,22 14:14 | 119:23 120:2,6 |
| **neuro** 26:10 | 169:13 227:14 | 17:1,6 20:18 | 120:10,15 |
| **neurochemical** | **nice** 7:8,11 | 23:5,19 24:1 | 121:24 122:3 |
| 234:9 | 237:14,22 | 34:14,21 35:14 | 122:19 123:5 |
| **neurodevelop...** | 241:7 | 35:24 36:11 | 123:15 124:25 |
| 6:21 208:10,12 | **nike** 15:16 | 37:2 38:5,14 | 125:9,15 126:4 |
| 222:4,9 | **nine** 203:23 | 38:25 41:5,7 | 127:22 130:7 |
| **neurodevelop...** | **non** 212:20 | 41:14 44:15 | 130:11,24 |
| 221:12,16,17 | **nonbinary** | 47:4,21,23 | 134:19,23 |
| **neurodivergent** | 69:13 | 48:3,20 49:12 | 135:1 137:2 |
| 222:18,24 | **nonconforming** | 50:9 51:5,16 | 139:11 145:1 |
| **neurodiverse** | 188:7 | 53:8 54:12,21 | 146:3,12,19 |
| 26:12,14 27:3 | **nonmedical** | 56:1 61:15 | 147:4,13,23 |
| 27:4,7 221:13 | 34:11,16,19,23 | 63:7 67:7 69:5 | 148:6,14 |
| 221:21 222:5 | 34:25 35:18 | 69:24 70:15 | 149:13 150:20 |
| 222:10 223:2 | 36:9,12,14,17 | 71:7 73:21 | 151:9 153:3,23 |
| **neurodiversity** | 36:19,25 37:10 | 75:5 80:18 | 154:4,7 155:19 |
| 26:17 221:10 | 37:17 38:2,8 | 81:1,11 82:3,8 | 155:24 156:5,8 |
| **neurogenesis** | 38:12,23 39:8 | 83:2,16 84:12 | 156:13 157:18 |
| 211:18 | 113:19 | 85:6,9 88:25 | 158:16,23 |
| **neurological** | **normal** 77:7,8 | 89:15,22 90:6 | 159:8,16 |
| 219:4 | 77:11 240:4 | 91:9 92:5 | 161:11,18 |
| **neurologist** | **normalized** | 95:16 98:1,15 | 162:19,25 |
| 12:19 | 267:13 | 98:19 99:7,16 | 163:16 164:11 |
| **neuronal** | **nos** 155:25 | 101:2 103:6,19 | 166:1 167:23 |
| 211:17 | **notary** 2:9 | 104:5,18 | 168:2 170:2,17 |
| | 293:24 294:6 | 105:10 106:2 | 170:25 171:8 |

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[nowlin - object]**

171:14 172:1
172:15,21
173:13 174:2
174:14 175:3
175:16,19
179:12,16,25
184:5,25
185:16 186:16
186:23 192:21
193:7 197:6,13
199:18 200:7
201:4,20
202:12,25
203:10,21,25
204:18 206:18
206:23 210:9
210:18 212:2
213:12 216:9
216:18 217:5
217:13,22
218:18,23
219:7 220:9,15
220:21 224:1
226:20 228:5
228:13 229:6
229:23 230:6
232:1,4,9,23
233:14,24
234:17 235:3
237:2 238:1,3
238:11 239:1,9
239:17 240:1,8
240:11,15,19
242:23 244:17
246:22 251:16

254:5,18,25
256:5,11,17
258:18 260:3
261:14,19
264:2 266:5
269:18,23
271:14,19
272:24 274:5
274:12 279:17
280:25 281:8
281:16 282:12
282:19 283:5
283:13,21
284:2,8,13
285:2,13,18
286:3,13,18
287:5 291:19
291:24
**ntds**   158:2
**number**   19:9
21:4 61:21
97:7 160:13
177:5,19,25
178:2 182:20
183:25 185:25
186:3,7 194:4
205:23 227:17
227:23 228:4,8
258:12 259:2
265:2 290:14
291:15
**numbered**
170:7 171:11
234:1 293:9

**numbering**
156:11 171:9
**numbers**
177:23 193:10
197:1
**numeral**
121:23 156:24
**numerically**
190:3
**nw**   3:13
**ny**   2:18 3:4

**o**

**o**   5:2 8:1
**oath**   293:6
**object**   10:20
24:1 47:4
48:20 49:12
50:9 51:5,16
53:8 54:12,21
56:1 63:7 67:7
69:5,24 70:15
71:7 73:21
80:18 81:1
82:3,8 83:2,16
84:12 88:25
89:15,22 90:6
91:9 92:5
95:16 98:1,19
99:16 106:2,17
107:5,17
108:13 111:9
112:23 113:12
114:2 115:13
117:10 130:7
137:2 148:14

150:20 151:9
157:18 158:16
159:8,16
161:11,18
163:16 164:11
166:1 170:17
170:25 172:1
172:15 173:13
174:2,2,14
179:12,16
184:5,25
186:16,23
192:21 193:7
197:6,13
199:18 200:7
201:4,20
202:12,25
203:10 206:18
210:9 213:12
216:9 217:5
218:18,23
219:7 220:15
224:1 228:5,13
229:6,23 230:6
233:14 240:1,8
242:23 244:17
246:22 251:16
254:5,18 256:5
256:11 258:18
260:3 266:5
269:18,23
271:19 272:24
279:17 282:19
284:16 285:2
285:13,18

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[object - okay]**

286:3
**objection**   20:18
23:5,19 34:14
34:21 35:14,24
36:11 37:2
38:5,14,25
44:15 61:15
75:5 81:11,13
98:15 99:7
101:2 103:6,19
104:5,6,18
105:10 109:6
109:20 110:3
110:10 113:2
122:19 123:5
123:15 126:4
127:22 130:11
145:1 146:3,12
146:19 147:4
147:13,23
148:6 153:3
158:23 172:21
175:3 206:23
212:2 217:13
217:22 220:9
220:21 226:20
232:23 234:17
239:1,17
254:25 261:19
280:25 281:8
281:16 282:12
283:5
**objections**
210:18 235:3
239:9 256:17

283:6
**observational**
126:20,23,24
127:21 128:24
129:2 135:14
**observations**
125:22 126:2,9
221:21
**observed**
194:11 219:10
220:4 221:17
**observing**
127:2
**obtain**   116:23
209:24
**obtained**   40:12
57:11 87:15,16
154:24 155:9
225:2
**obtaining**
15:24 88:6
**obviously**
231:3
**occur**   82:16,17
83:21 107:12
194:24,24
223:12
**occurred**   100:1
265:16
**occurrence**
221:10
**occurs**   56:23
227:15 229:1
229:11

**october**   56:14
**odd**   139:25
**offer**   157:8
**offered**   97:17
97:24 98:6,12
158:3 225:20
**office**   3:15,17
4:3 8:21 9:4,6
9:8,16,24
**official**   1:10,12
1:14
**oh**   39:5 121:8
162:4 169:8
194:4
**ohsu**   13:23
263:5 265:15
265:18 267:9
**okay**   10:2 12:6
14:7,9,24 17:1
17:8 20:21
21:15 23:15
24:10 27:2
36:2 40:23
41:11,15 45:3
47:24 48:4,5
48:12 53:19
60:5,9 61:25
70:9 74:25
79:24 81:5,18
85:10,11 88:3
92:15,21 93:10
96:12 97:2
99:4,14 100:8
101:16 102:8
109:16 111:15

119:12 120:8
120:13,21
121:15,20
122:3,5 123:13
124:25 125:15
126:12 130:21
131:1,4,23
133:16 134:14
135:1,7 139:8
139:18 146:8
146:25 149:13
149:17 153:14
154:4,8,9
155:24 156:1
156:14,22
162:25 164:22
168:2 169:9,15
173:16 175:17
175:19 176:6
179:25 180:10
187:16 188:17
194:18 195:13
195:21 197:25
203:16,22
204:2,9,15,18
205:2,6,13
209:19 211:12
213:20 215:5
218:24 219:18
219:24 220:25
222:25 224:18
224:22 225:3
232:9,15 233:2
233:17,23,24
233:25 234:3

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[okay - own]**

235:13 237:18
238:3,11,15
240:19,20
241:23,25
245:11 247:22
253:16 257:25
263:7,14 264:6
268:20 269:3
273:9 274:25
276:11 277:16
280:22 281:13
283:10,24
286:7,18,21
287:6,12,15,21
289:2 290:2,8
291:5,19 292:2

**old** 22:11 25:19
64:3 66:9

**older** 65:23
66:1 83:23
96:5 158:1,10
249:18

**omitting**
226:13

**ones** 16:15
83:11 141:20
223:22 244:20

**ongoing** 31:1
199:9,9 267:12
289:19

**online** 11:21,22
12:2 157:6,13

**onset** 22:1,3
81:9

**open** 11:15
267:14

**opened** 24:15

**openpayment...**
7:14

**opinion** 34:10
34:15 104:16
167:9 172:12
172:19,22
209:3 233:12

**opinions** 138:5
288:8,15

**opportunity**
289:11

**opposed** 22:25
50:1

**optimal** 122:11
122:16 123:1,7
123:18 131:11
165:17,24

**option** 87:2,19
89:2 254:4,7
254:14 255:2,4
256:20,21
257:3 258:17

**options** 34:11
34:13,16,17,20
34:20,23,25
35:9 37:17,19
37:19 39:7
40:17 52:17
57:17 86:1,5
86:17,19 87:22
88:4,24 90:21
90:22 102:4

105:25 248:23
255:16 260:20
260:23

**orange** 263:20
263:20,25
264:2,4

**order** 134:20
136:20

**oregon** 2:8
13:14 16:18

**organization**
165:11

**organizations**
16:14 112:13

**origin** 73:2

**original** 99:13

**originally**
27:15 161:7

**outbox** 119:9

**outcome** 71:4
79:1,5,22
114:25 116:1,5
126:25 127:2
131:18 132:1
144:3 176:2
243:7

**outcomes** 6:9
80:1 113:18,20
113:21 114:23
131:14 141:5,9
141:14 142:3,5
143:24,25
159:7,14
197:15 202:20
203:14 206:11

214:7 243:5,14
243:17 244:14
250:2,17 251:6
280:5 282:5
283:11 284:12

**outlined** 55:16

**outside** 44:18
46:22 92:20
266:4,8

**outweigh**
225:19 226:2,6
226:18 245:20

**ova** 87:10

**ovarian** 86:15
215:14,22
218:7

**ovaries** 87:25
88:16 90:3,8

**overall** 28:9
58:3 76:1
179:20 205:20
238:22 239:25
240:5,7

**overshadowing**
53:17

**overwhelming**
25:23 84:24
267:25

**ovocyte** 86:9,14

**own** 79:6 100:4
130:8 159:11
192:12 221:20

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

[p - part]

| p | | | |
|---|---|---|---|
| **p** 4:4 8:1 236:6 | 168:18 169:21 | **paid** 285:21,23 | 194:6,19 |
| **p.m.** 85:12,14 | 176:7 180:10 | **pam** 1:4 | 195:22 196:9 |
| 85:14,16 | 180:11 181:19 | **pandemic** | 197:18 198:4 |
| 120:18,20,20 | 182:24 185:22 | 41:24 | 198:12,20 |
| 154:10,12,12 | 187:16 191:25 | **paper** 130:13 | 205:17 207:7 |
| 154:14 204:3,5 | 194:5,18 | 130:15 131:21 | 209:20 211:13 |
| 204:5,7 240:21 | 195:22 196:8 | 157:8 196:19 | 219:19 221:3 |
| 240:23,23 | 197:18 204:10 | 197:2 220:11 | 223:6 230:9 |
| 274:19,21,21 | 205:15,16 | **papers** 112:10 | 234:1 235:13 |
| 274:23 286:22 | 209:4,19 | 112:16 114:15 | 242:3 243:23 |
| 286:24,24 | 211:12 215:5 | **paragraph** | 244:9,15,21 |
| 287:1 292:8,11 | 219:18 221:1,2 | 20:12 21:12 | 245:21 247:1 |
| **page** 5:4,10 6:2 | 223:6 225:10 | 28:4,5 44:4 | 247:18 248:18 |
| 7:2 10:5 15:2,3 | 225:12 230:9 | 45:4 51:21 | 252:13 261:6,7 |
| 15:15 16:4,5 | 233:23 235:13 | 76:16,17 80:9 | 261:10,11,13 |
| 20:11 21:24 | 237:24 238:5,9 | 81:16,18 85:20 | 267:8 269:4,5 |
| 28:4 42:1,2 | 238:16 241:23 | 97:12 101:17 | 270:5 271:24 |
| 44:4 51:20,21 | 242:2 243:24 | 101:18 102:19 | **paragraphs** |
| 56:7 76:16 | 245:13,21,23 | 111:18 122:6 | 205:7 |
| 85:20 97:12 | 245:24 246:25 | 124:4 125:4,12 | **parameter** 6:20 |
| 101:18 111:17 | 248:17 253:13 | 136:1 137:22 | **parentheses** |
| 121:24 122:4 | 261:6,11 | 145:12,14 | 189:18 |
| 124:21,22 | 263:20 267:6,7 | 148:17 149:3 | **parents** 1:4,6 |
| 125:13,13 | 269:3 270:4 | 150:11 154:18 | 289:16,16,23 |
| 126:13 131:5,6 | 271:23 273:11 | 155:5 157:23 | **parsons** 3:7 9:9 |
| 131:7 132:4 | 275:12 276:12 | 160:7 162:13 | 9:9 |
| 133:16 135:9 | **pages** 5:11,13 | 162:15,23 | **part** 30:18 |
| 135:10,13,25 | 5:16,17,19,22 | 165:9,13 | 44:20,23 52:19 |
| 137:22 145:12 | 5:25 6:4,7,10 | 166:13 168:7 | 52:22 53:1 |
| 149:17 150:10 | 6:11,13,16,17 | 168:19 171:18 | 54:1,6,7 58:12 |
| 151:13,14 | 6:19,22,24 7:3 | 171:20 172:7 | 79:8 119:4 |
| 154:18 155:4 | 7:6,8,11,13,15 | 173:19 175:22 | 139:1 143:2 |
| 156:20 157:21 | 132:4 293:9 | 176:8 179:6 | 145:4 161:5 |
| 162:12,21 | **pagination** | 181:23 187:17 | 202:16,23 |
| | 139:25 | 187:20 191:25 | 214:19 236:4 |

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

**[part - patients]**

| | | | |
|---|---|---|---|
| 245:14,23 | **partnership** | 87:20 91:19,21 | 34:1,4 39:20 |
| 261:13 267:14 | 138:1 | 93:4,24 94:24 | 44:16 45:18 |
| 268:7,7 280:6 | **parts**   143:7,10 | 100:23 102:24 | 55:11 56:2 |
| **partially** | 233:11,16,16 | 103:4,11,15 | 57:24 58:7 |
| 228:24 290:19 | 233:21 | 106:6,14,22 | 60:23 61:3 |
| **participant** | **partway** | 107:1,3,9 | 62:3 63:5,12 |
| 16:16 | 204:23 | 108:9,18,21 | 63:23,24 64:12 |
| **participants** | **pass**  286:10 | 109:2,13 111:7 | 64:15,24 65:3 |
| 15:23 116:15 | **passage**  51:22 | 111:11 112:17 | 65:8,12,19,21 |
| 137:18 181:21 | **patient**  7:13 | 127:3,5 128:7 | 66:4,6,9 67:4,9 |
| 205:21,23 | 20:25 24:17,20 | 128:14 131:14 | 67:19,24 68:1 |
| 244:6 245:1 | 25:1,6,11 27:6 | 131:18 135:17 | 68:3,6,9 69:12 |
| **participate** | 27:22 28:9,15 | 148:9 176:25 | 73:24 84:24 |
| 17:16 74:24 | 32:22 34:9 | 177:7,14 181:9 | 86:24 87:21 |
| 169:3 279:15 | 37:12,15 38:9 | 181:17 185:20 | 88:23 89:11 |
| **participated** | 38:19 39:14,15 | 194:12 200:25 | 91:10,16,23 |
| 168:23 169:11 | 40:9 45:24 | 254:22 258:22 | 92:1,3,11,15,18 |
| 169:13 224:5 | 46:4,9,13,15,18 | 266:25 267:3 | 92:23 93:1,6 |
| 279:19 | 46:24 50:14,21 | 289:6 290:3 | 95:8,22 96:3 |
| **participation** | 50:25 54:10,18 | **patient's**  43:24 | 96:12,17 97:3 |
| 280:13 | 54:20,22,23,25 | 58:23,25 74:1 | 98:24 101:5,23 |
| **particular** | 54:25 55:1,3,5 | 74:15 107:21 | 103:23 105:5 |
| 19:15,18 62:11 | 55:13,18,22 | 109:24 176:13 | 127:15,24 |
| 62:20 74:15 | 56:16,19 57:5 | 177:11 193:3 | 128:20 136:5 |
| 90:17,20 | 57:9,13,15 | **patients**  20:4,6 | 143:14 176:14 |
| 109:18 111:8 | 58:1,16,16 | 20:14,16,22 | 176:18 179:8 |
| 112:18,21,25 | 59:11,15,19 | 21:6,7,11,12,15 | 179:21 182:2 |
| 113:22 115:17 | 60:11 61:13 | 21:19 22:6,16 | 182:11,20 |
| 119:2 127:2 | 64:2 66:8 | 22:20,24 23:3 | 184:22 185:25 |
| 132:1 154:18 | 71:12,14,18 | 23:16,21,24,25 | 186:25 189:23 |
| 178:10 242:25 | 72:2,9 74:9 | 24:7 25:15 | 190:6 191:16 |
| 269:16,19 | 79:2,12,16 | 26:10 27:4,19 | 192:2,19,23 |
| **particularly** | 81:25 82:13 | 28:19,23 30:1 | 193:18,19 |
| 206:12 227:18 | 83:17,18,24 | 30:8,20 32:12 | 202:17,24 |
| 227:24 292:1 | 84:1,4,6 87:18 | 32:14 33:2 | 203:4,5 208:7 |

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[patients - pharmaceutical]**

245:5 249:9,11
249:11,13
250:8,18,20
251:9 254:3,7
254:10,14
255:15 257:15
258:1,16,25
259:2,6 261:7
261:17 262:4,9
265:7,8,23
266:20,21
269:11 272:7
272:13,18
273:2,3 279:3
288:18,21
289:3,7,19,21
290:11,16,20
291:6,16
**patterns**  78:22
78:23
**paul**  3:2 9:14
**paulweiss.com**
3:5
**pause**  32:15
33:22 248:15
255:18
**pausing**  280:1
**payment**
275:13,22,25
276:3,10
**payments**
278:15
**pcos**  247:19,19
247:21,23,24
248:1,7

**pdf**  41:15
121:25 122:2
124:23,24
171:9
**pediatric**  5:14
6:12,15 12:11
13:14,23,25
14:6 16:16,19
19:7 30:17,18
30:20 39:21
68:19 74:17,25
75:7,17 76:5
76:10 138:1
165:7,10
168:14 174:24
175:1,6
**pediatrics**  15:7
15:12
**pending**  15:16
**penny**  1:5,5
**people**  6:4 7:5
26:17 35:25
84:15,17,18,21
146:5 151:20
159:4 160:19
163:5,8,11,22
164:2 174:17
181:2 221:21
222:18 259:15
259:20 263:11
269:13 272:15
285:9
**percent**  20:3,5
20:5 21:18
24:7 25:5,10

25:22 27:11,14
27:16 28:2
61:9,12,21,22
62:2 66:13,15
97:9 180:20,22
181:6,8 183:13
184:4,12,18
185:9,12 187:5
187:7,11,13
196:10,11,13
197:1 264:17
266:2,11 289:1
290:11 291:6
291:12
**percentage**
21:2,15 22:24
23:4,17 24:18
24:21,24 25:2
25:7,12,20
27:6,22 64:15
64:25 66:9
95:14,23 96:16
181:6,8 184:2
184:17 185:2
185:19 186:4,8
186:9,22,25
**perform**  91:5
103:11 104:2
**performance**
16:2
**performed**
100:17 103:24
106:21 123:19
145:7 273:24

**performs**  88:12
**period**  22:10
186:18 192:14
192:17 193:18
193:20 257:18
258:10 259:12
**peritoneum**
94:14,17
**person**  39:18
42:14 55:8,9
58:16,16 60:15
60:15 75:9
86:8 93:12
106:25 178:16
178:19 234:7
**person's**  29:5
35:6 46:23
129:18
**personally**
17:20 18:1
68:5,25 287:17
**persons**  5:24
**pertaining**
52:23 60:18
113:17,20
160:5 213:14
273:22 277:24
281:19
**pertains**  118:16
**pertinent**
249:12
**peter**  1:5,5
**pharmaceutical**
280:4

**[pharmaceuticals - potential]**

pharmaceutic...
275:16 277:17
278:15 279:7
280:10 281:23
phase 40:4
46:17
philip 2:21
8:25
philip.may
2:23
phone 39:16
40:6,21 41:8
42:12,25 43:16
43:20 120:7
289:13
phq 176:18,22
177:7 178:9
179:2 188:2,23
188:24 189:6,7
189:15,25
190:8,22 193:6
phrase 23:11
26:17 54:17
73:6,8 96:21
96:24 124:1
159:2,3 175:2
187:17 240:5
272:1
phrased 229:9
physical 59:13
59:14 75:24
234:8 244:1
247:7 248:14
255:18

physicians
68:20
physiological
234:9
piece 29:14
pieces 29:2
pitch 33:7,14
33:17
place 26:5
34:19 36:9,24
38:2,11,22
112:4 192:16
235:20 238:7
294:12
places 125:8,21
plaintiffs 1:8
2:16 3:2 8:23
8:24 9:2,10,13
plan 10:25 60:7
60:13,23 61:3
planning
219:17
plans 56:20
60:12 280:19
280:20
plastic 263:5
plates 78:15
79:19
play 128:9
129:3 271:2,5
played 244:14
playing 114:24
please 8:18
9:18 10:8 23:6
79:15 89:8,8

124:16 198:14
236:3
pllc 3:12
plural 62:7
poe 1:4,5,5,5
8:9
point 61:19
85:3 108:21
117:19 121:21
178:13 191:6
201:17 222:25
258:1 263:10
points 80:12
107:12 131:8
191:21
police 59:22,25
60:2
policy 11:25
165:20 170:10
political 176:11
poor 238:21
239:25 240:5,7
population
20:25 24:17,20
25:1,6,11 27:7
27:23 28:10,15
66:8 80:19
90:10 97:10
116:13,14
128:7,14 148:9
152:10,20,23
163:7 181:9,17
185:20 186:19
194:12 200:25
219:14 221:24

253:22 265:6
269:15 290:23
290:25
populations
29:23 129:17
153:5 166:11
portion 160:4
160:23 161:2,4
pose 59:10
position 6:13
13:12 15:11
168:11 169:3
possibility
216:6 261:2
262:4,11
possible 46:3
53:22 54:4
72:18 84:19
135:16 137:3
162:17 163:4
206:10 207:12
207:18 225:19
226:18 235:20
244:18 250:23
251:7 265:15
278:10
post 3:17
potential 6:5
48:23 85:23
99:2 108:3,3,5
108:6 114:25
248:20 254:11
255:21 269:13
281:24 284:21
286:2

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com 208-343-4004

**[potentially - proceeds]**

potentially
110:20 128:13
141:9,13 201:2
277:24
practice  5:24
11:25 32:2
50:2 64:8
68:13 71:22
130:8 138:2
139:2 148:8
173:21 174:6
practices  174:8
practicing
287:22
practitioners
104:10
precocious
71:15,16 76:24
77:3,17,23
78:8 79:25
80:17,24 81:4
81:6 287:8,10
288:4
predict  131:25
270:7 271:4,11
271:16,22
preface  121:22
prefer  48:18
49:10 50:5,7
preference
122:10 153:24
prefrontal
215:17 218:11
pregnancy
89:18,19 90:15

249:4,23,24,25
252:9 253:9,11
253:19 257:23
258:2 260:14
preparation
15:22
prepare  11:18
prescribe  68:25
69:3,9,11
73:18 74:3
77:19,24 78:6
79:10 82:7,9
82:12 246:23
278:7
prescribed
71:11,17 72:1
73:22 79:5
183:21 246:13
259:1 278:5,11
279:3 291:12
prescribing
35:7 70:22
219:5 254:21
prescription
288:22 290:4
291:16
prescriptions
66:24 182:1
presence  30:10
247:10,15
248:2,11
present  4:7
28:8 44:7,8
70:7 248:9
272:9

presented
219:2 266:7
273:14
preservation
86:2,6,9,18
87:22 248:23
preserve
254:10 256:3
preserving
88:4 90:14
256:13,19,20
256:21 260:20
pressure
141:19
prevent  246:16
previous  169:6
170:3,13 171:6
previously  56:9
63:19 80:10
171:18 198:1
primarily
109:11 223:23
226:9
primary  69:17
principal
214:13,17
principle  122:9
124:7 129:19
principles
50:11 212:13
212:22,25
213:5,9,14,19
print  205:7
238:17

printout  6:17
7:14 168:4
170:3,6 275:7
275:10
prior  19:21
20:17,22 22:1
22:1 57:7
71:25 87:17
105:15 252:5
253:6 260:7
265:15 289:3
290:12,17
294:8
probably  23:8
25:22 61:9
66:13 96:23
97:9 187:4
241:16 287:20
problem  120:3
171:14
problems  52:1
52:12,24 53:11
procedure  26:4
26:6,8 88:10
88:11,21
102:16 104:3
181:22 209:23
procedures
88:19
proceed  107:2
107:3 284:4
proceeding
47:2 51:4
proceeds  260:1

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[process - psychotherapy]**

process  15:24
17:24 39:10,13
65:22 76:9
112:2 117:4
209:9 267:14
267:22 268:8
processes
235:17,19
produced
157:5
produces  62:13
62:25 63:3
producing
116:5
product  43:15
43:18,22
production
80:22 246:15
255:22 256:4
257:2
products
276:13
professional
13:18 16:13,17
34:10,15 68:17
104:15 112:13
112:13 172:22
professionals
279:9
professor  13:13
profile  80:2
program  19:15
30:18 37:15
40:18 46:16
214:19 215:15

programming
218:8
progress  40:3
progressed
67:12
prohibited
269:15
projects  214:2
pronounce
152:17,18
247:20
pronounced
100:5
pronouns  35:5
35:21
proper  52:21
75:12
proposition
198:5,17 252:7
253:1,3
propounded
293:11
prosecuting
1:12
prosecutor's
4:3 9:8
prospect  89:12
90:4
protocol  54:10
67:23 197:12
254:16,20
protocols
260:25 261:4
provide  10:23
30:22 31:20

32:21 37:4
41:23 45:16
102:22 168:11
280:17 288:3
provided  19:21
37:4,7 42:10
46:14 104:13
206:13 223:13
224:17 226:7
provider  20:2,9
36:8,24 38:1
38:11,22 39:24
39:25 47:11
48:18 49:10
50:7 52:14
55:3 59:10
63:25 64:4
65:25 66:5,22
66:23 67:3,25
88:19 110:6,13
110:14 111:13
182:8 266:4
289:12
providers  32:7
34:11,19 44:18
46:22 50:11
53:24,25 54:1
58:11,12 67:13
68:1,2
provides  18:25
173:22 174:12
providing  5:14
19:10 30:21
31:2 70:13
165:19 189:15

189:20 223:11
223:12 287:19
provision  30:25
31:1 225:9
269:14
psychiatrist
12:13 30:17
psychological
30:23 51:25
52:11,23 53:10
54:2 57:12
107:20 108:17
113:21 205:20
234:8 247:10
247:16 248:3,6
248:8,11,12,16
psychologist
12:15 39:21
54:5 55:4
74:18,25 75:7
75:18 76:5,10
289:22,24
psychology
56:17 58:3
psychosocial
30:24 31:2
42:12,22 44:14
44:23,25 45:1
psychotherapy
199:5,7,16
200:4,6,17,19
200:24 201:2,9
201:25 202:8
202:15,19,23
202:24 203:6

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Dr. Kara Connelly August 28, 2023

**[pubertal - question]**

**pubertal** 6:22
32:25 33:12
69:6,8 76:23
78:1,3,11,15,22
81:3,17 210:2
210:15 211:5
211:17 216:3,6
216:16,22
217:17 219:3
219:13,21
220:1,13,19,23
221:13 222:17
235:16 260:24
**puberty** 19:22
22:1,3 24:18
24:21 25:2
33:4,6 36:6,21
37:20 55:12,24
56:3 60:25
61:13 62:3,17
68:25 69:3,9
69:11 70:14,17
70:23 71:2,12
71:15,16,17
73:19,23 74:3
76:18,24 77:3
77:6,11,15,17
77:19,23,24
78:6,8,12,17,19
79:3,13,20,23
80:1,17,24
81:4,7,8,9,22
82:2,7,10 83:1
83:13,15,24
84:1,5,6,7,8

143:17 144:7
182:12 183:13
184:23 185:10
185:12 186:1
186:10 187:1,8
198:6,21
207:11,23
209:8,11,15
215:15 217:2
217:10,16
218:8,20 219:6
219:6 222:4,9
225:17,25
226:11,16
229:17 234:15
234:23,25
236:1,9 246:4
246:7 250:9,14
250:15,19,20
250:21 251:3,5
259:25 260:6,8
260:10,12,19
260:24 267:1
278:5,8,12
287:7,8,11,12
287:16,24
288:3,4,23
290:4,21 291:3
291:7
**public** 2:9
293:24 294:6
294:24
**publications**
112:12 113:23

**published**
112:7 119:1
138:2 145:18
211:9 212:10
230:10 259:9
263:17 278:22
278:24
**publishes** 114:1
**pull** 167:24
274:3
**pulled** 275:4
**purpose** 31:9
69:17,22 70:13
70:16,21
117:24 264:22
287:13
**purposes** 23:10
25:18 36:5,16
49:24 70:22
246:7
**pursue** 30:12
50:13 87:19
95:24 96:4,8
109:18 111:14
**pursued** 92:16
258:17,23
285:1
**pursuing** 111:7
280:7,21
281:15
**put** 49:17,19
59:19 80:15
**putting** 145:4

**q**

**qol** 152:1
153:11
**qualifier**
130:15
**qualifying**
273:8
**quality** 5:19,21
6:3 132:10,14
132:20 133:18
133:25 151:20
152:2 238:21
239:25 240:5,7
**quarter** 286:19
**quarters**
151:25 152:4
**question** 10:8
10:10,20,22
11:8 23:16
24:3,5 25:19
28:5 36:5,17
36:23 37:22
39:3 42:8
48:14 49:7
50:17,19,25
51:23 56:12
63:11 64:23
67:18 70:10
71:10 75:19
82:5 95:21
97:23 98:3,11
98:21 99:5
101:7,10,10
105:15 108:24
109:22 110:22

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com 208-343-4004

**[question - ramer]**

111:18 112:18
115:15 116:23
135:3 144:5,12
146:15 147:7,9
158:18 162:5
164:8 165:3
170:12,20,22
172:17 173:15
184:7 185:1,5
186:8 191:8
194:7,10,13,13
194:15 201:6
202:9 203:2
210:1,8,11,14
210:20 217:2,7
217:25 218:25
220:12,17
221:1 222:6,12
222:14 232:10
234:21 235:18
236:4,7 245:23
250:25 253:2,8
253:22 255:8
255:10,25
256:15 259:19
261:15,16,22
265:19 266:12
273:10 280:22
281:3 282:24
283:3,8 284:1
284:6,9

**questionnaire**
157:10 176:25

**questions**   6:19
10:7,18 57:16

110:16 121:16
135:7 155:17
160:3,5 161:25
177:6 178:5
189:3 193:12
222:15 280:9
280:12 281:12
283:18 286:8
286:11 288:7
289:12,17
291:20 293:11
293:12

**quick**   134:19
162:19 232:1
274:17

**quite**   153:25

**quiz**   90:16

**r**

**r**   8:1

**rafael**   3:16 9:5

**rafael.droz**
3:20

**raise**   33:7,14
142:2

**raised**   233:12

**raises**   235:18

**ramer**   3:12 5:5
8:20,20 9:21
9:23 14:7,17
14:18 16:22
17:3,8 20:21
23:8,23 24:4
34:18,24 35:17
36:2,16 37:21
38:10,20 39:2

40:23 41:2,12
41:17 44:22
47:7,16,20,22
47:24 48:4,12
48:25 49:18
50:15 51:8,19
53:16 54:14
55:10 56:5
61:20 63:10
67:10 69:8
70:2,20 71:8
71:11 74:1
75:11 80:23
81:5,18 82:6
82:12 83:5,20
84:16 85:2,7
85:10,18 89:3
89:19,25 90:11
91:14 92:8
95:19 98:4,17
98:23 99:11,19
101:6 103:10
103:25 104:15
104:21 105:13
106:5 107:1,8
108:9,20 109:9
109:23 110:7
110:15 111:15
112:25 113:6
113:15 114:5
115:16 117:14
119:7,12,17,20
120:1,3,8,12,25
122:1,5,24
123:9,21 125:1

125:13,17,19
126:12 128:4
130:10,14,21
131:1 134:14
134:17,22,25
135:4 137:7
139:8,13,15
145:9 146:8,16
146:25 147:9
147:21 148:2
148:10,17
149:9,14
150:25 151:12
153:7,15 154:2
154:5,8,16
155:14,22
156:1,6,10,14
157:21 158:19
159:1,13,19
161:13,21
162:22 163:1
163:19 164:14
164:18,23
166:5 167:20
167:24 168:3
170:5,8,21
171:5,12,17
172:6,18,25
173:16 174:10
174:23 175:8
175:12,17,20
179:14,18,22
180:2 184:8
185:5,18,19
186:21 187:3

**[ramer - read]**

192:25 193:14
197:10,17
199:23 200:10
201:7,23
202:22 203:3
203:16,22
204:1,9,15,20
206:21,25
208:17 210:13
210:24 212:5
213:15 216:14
216:20 217:8
217:19 218:1
218:20 219:1
219:15 220:12
220:18,25
224:11,18,22
226:23 228:11
228:19 229:10
230:3,8,22,25
232:3,6,10
233:2,6,17,25
234:22 235:7
236:19,24
237:4,5 238:2
238:4,12 239:6
239:14,24
240:4,13,18
241:3 243:6
244:21 246:25
251:19 254:9
254:21 255:8
256:8,14,23
258:21 260:17
261:16,23

262:14,18
264:5,7 266:9
269:21 270:3
271:15,23
273:9 274:3,7
274:25 275:4
279:21 281:4
281:13,18
282:16,24
283:7,19,24
284:5,10,25
285:5,16,21
286:7,17,20
291:21 292:2,4
**randomized**
127:5,10,11,13
127:19 128:12
128:17,20
129:1
**randomly**
127:15,24
128:23 163:7
164:15
**range**   77:7,8
213:13
**rank**   127:20
**rare**   25:14
59:21 61:1,1,6
61:7 173:4
288:25
**rather**   10:13
127:25 128:21
128:22,22
214:1 220:4
270:21

**rating**   5:18,20
131:25 133:18
**ratio**   23:23
24:10,14
**raúl**   1:10
**rdr**   1:25 294:23
**reach**   66:21
67:5,16
**reached**   67:21
82:10 105:23
258:1 259:7
290:21
**reaches**   82:13
**reaching**
107:11
**read**   11:23 28:5
28:6,12 42:7,8
42:15 44:5,6
44:10 45:5,6
45:10 51:23,24
52:6 56:9,12
56:13,21 57:22
57:22 58:5
60:10 76:20,21
76:25 80:10
81:19,20,23
85:21,21 86:3
97:14,15,20
101:20,20,24
102:20,20
103:1,7 111:19
111:20,25
112:10,16
113:23 118:9
118:13,14

121:5 122:6,7
122:14 125:3,5
125:24 131:10
131:10,15
132:21,22
133:2,7,10,14
135:11,13,19
136:1,2,10
137:24,24
138:7 140:7,8
140:11,16,25
140:25,25
141:6 142:10
142:10,15
145:13,14,20
149:22,23
150:3,12,12,16
151:15,18
153:10,10,12
157:2,3,11,23
157:24 158:7
160:8,9,20
162:13,14,15
163:1,12
165:14,14,21
166:14,16
167:2 168:8,9
168:16 173:24
175:24,25
176:4,9,10,20
181:22,23
182:9 187:23
187:24 188:4
194:20,20
195:1,24,25

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[read - recognize]**

196:6,15
198:14 205:18
205:18 206:1,5
206:9,9,14
207:8,9,15
209:1,6,7,12,21
209:22 210:5
211:14,15,23
215:9,10,19
217:14 218:2,6
219:15,24,25
220:6,10 221:7
221:8,18 223:7
223:7,15
225:13,14,22
227:6,6,20
228:25 230:15
233:9,10,11,11
234:3,4,11
235:14,15,22
237:1,8,13,15
237:16,19,21
241:12,15,16
241:16 242:3,4
242:12 243:23
243:24 244:7
249:7 252:24
261:25 262:1,6
264:15,15,20
267:9,10,11,17
272:4,4,10
273:17 289:10
293:9
**readiness**   74:2
74:15 75:10,13

75:21,24 76:1
76:4
**reading**   11:21
126:10 143:20
144:21 149:4
150:5 164:4,6
164:9 180:19
185:14 218:12
226:12 233:18
233:19 240:4
241:10 252:20
276:9
**real**   134:19
162:19 210:2
210:14,22
211:1 232:1
274:17
**realistic**   31:19
32:4,12 34:7
**realistically**
32:18
**reality**   5:14
**realize**   167:21
**realized**   19:13
**really**   13:9
53:18 55:8
60:21 79:20
113:21 166:15
167:17 193:17
193:21 200:8
200:23 218:3
256:21
**reason**   50:1
64:1 113:24
114:4 128:12

150:18 214:22
232:20 254:8
**reasons**   224:9
**recall**   50:23
62:13,25 91:2
119:6 140:18
140:21 149:16
150:5 154:23
155:8 156:17
156:19 157:19
162:11 164:4,6
164:9 169:18
175:8,11
178:11 196:25
199:3,14 205:1
208:19 216:24
232:15 233:17
233:19 237:19
239:19 241:10
241:12,19
243:18 255:1
257:10 263:16
285:5,7,9
287:9 288:12
288:19
**recalling**   225:5
**receive**   16:24
24:18 25:2,7
25:12,20 28:19
31:6 39:14
41:3,6 55:6,12
55:24 64:16,25
65:4,6,15
67:20 83:13
95:14 97:5

106:5 108:23
119:16 156:3
182:1 277:16
289:8
**received**   13:19
13:20 14:12,13
24:21 31:24
44:17,19 92:3
92:24 93:7,8
119:14,21
127:3 244:6
245:1 265:14
278:14
**receives**   37:15
54:24 100:9,13
101:7 182:5
**receiving**   31:4
65:22 66:10
199:4,13,15
200:3,4 201:16
202:6,7,18,24
203:4,6 245:5
246:18 251:13
251:15
**recent**   145:18
**recently**   262:16
263:17
**receptors**   143:7
**recognition**
165:20 219:10
**recognize**
41:13 121:9,11
180:3 205:2,5
208:20 236:25
262:18

**[recollection - reintroduced]**

recollection
  277:10
recommend
  104:1 262:2
recommendat...
  44:1
recommendat...
  104:9 158:5
  224:15,16
  225:6,8,11
recommended
  101:22 103:22
  105:3
recommending
  223:11,25
  225:25
reconcile
  192:11
reconvene
  153:22
record   8:4,7,19
  10:18 43:24
  48:7,11 85:13
  85:17 120:19
  120:23 154:11
  154:15 204:4,8
  240:22 241:1
  274:17,20,24
  283:14,19
  286:23 287:2
  289:14 292:9
  294:15
recorded   8:15
  191:9 244:22

recording   8:4
  48:10 85:16
  120:22 154:14
  204:7 240:25
  265:22 274:23
  287:1
records   193:3
recruit   162:16
  163:3
recruiting
  15:23
reduce   69:18
  115:8 135:23
  143:18 144:7
  144:11,15,19
reduced   80:2
  176:17 192:8
  294:13
reducing   69:21
  70:10,12 71:3
reed   4:4 9:7,7
refer   57:1 91:7
  136:6,9,14,19
  137:16 172:4
  247:19 269:5
reference   21:12
  73:9 169:15,22
  216:15 252:12
  256:13,19
references
  138:25 139:7
  149:4 167:7,10
  167:16 171:3
  216:21 230:10
  243:22

referencing
  28:21 140:14
  156:15 169:10
  252:4 253:13
  288:10
referral   39:14
  39:15 92:17,22
referred   91:11
  91:12,19,21,23
  92:1,11 147:16
  147:20 197:11
  221:12
referring   29:9
  59:14 90:10
  95:17 113:5
  127:6,9 131:21
  136:15 139:5
  139:19 148:25
  149:3 150:24
  163:19 169:25
  170:23 171:2,4
  183:16,17
  201:21 207:3
  210:21,23
  211:3 223:18
  233:22 243:7
  243:12 247:3
  250:18,20
  252:4 259:15
  262:8,11
  268:12,21,22
  278:2 291:11
refers   60:10
  72:9 131:20
  177:5 182:16

  188:14 227:23
  263:21
refills   66:24,25
reflective   181:9
  185:20 196:17
refresh   17:2
  119:19 277:10
regard   207:13
regarding
  136:8,13,25
  142:12 158:13
  158:20 209:24
  216:16,22
  243:7,9 281:24
  283:1 284:12
regardless
  24:23 87:23
  218:15
regards   153:6
regimen   251:9
  251:11,14
regional   211:20
registered
  227:19,25
regret   7:12
  264:23 265:1
  267:1,4 269:6
  269:10,22
  270:2,8,15,19
  270:25 271:3,6
  271:7,11,17
regularly
  279:15
reintroduced
  100:3

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[relate - requires]**

| | | | |
|---|---|---|---|
| **relate** 189:3 | **reliably** 159:6 | 201:5 216:18 | **reports** 53:19 |
| **related** 33:12 | **reliance** 114:21 | 217:6 220:16 | 53:20 159:25 |
| 33:16 46:21 | **remain** 83:1,14 | 222:6 234:20 | **represent** |
| 113:18 116:12 | 111:23 | 236:3 247:13 | 168:4 |
| 160:14 220:3 | **remaining** 6:18 | 250:24 261:14 | **representative** |
| 221:11 246:17 | 274:15 | 271:14 284:8 | 116:14 162:17 |
| 268:25 270:8 | **remember** 73:3 | **rephrase** 24:25 | 163:4 186:14 |
| 270:20 271:11 | 118:15 121:14 | 35:20 53:4 | **represented** |
| 271:16 277:12 | 155:10 177:13 | 66:7 73:7 | 132:10 221:23 |
| 277:19 | 178:1 236:13 | 82:24 91:25 | **representing** |
| **relates** 111:18 | 236:14 243:21 | 100:11 106:13 | 9:23 |
| **relating** 118:12 | 251:20 276:5 | 117:20 226:13 | **represents** |
| **relatively** 242:5 | 285:10,12,15 | 230:18 234:24 | 266:11 |
| **released** 112:7 | 285:19 | 251:13 259:23 | **reproductive** |
| 145:19 165:1 | **remembered** | **replace** 99:17 | 88:17 249:5 |
| 225:2 | 2:3 | 99:21 | 252:10 |
| **releasing** 7:7 | **remembering** | **replaced** 100:2 | **request** 11:7 |
| 277:9 | 164:6 | **replaced** 100:2 | 66:25 266:8,14 |
| **relevance** | **remind** 87:7 | **report** 6:11 7:5 | **requested** |
| 80:11 81:7 | 187:13 258:6 | 43:21 233:19 | 264:17 265:3,8 |
| 142:18 281:17 | **remote** 1:19 2:1 | 244:1 258:4 | 265:11 292:13 |
| 282:13 283:6 | 2:3 | **reported** 1:25 | **requests** |
| 284:17 285:13 | **remotely** 2:15 | 8:16 152:15 | 265:24 |
| 285:18 | 3:1 4:1 8:14 | 192:12 206:11 | **require** 63:5 |
| **relevant** 51:22 | **removal** 26:2 | 244:2 251:21 | 71:24 92:17 |
| 83:11 89:8 | 99:23 | 253:21 | 123:9 212:14 |
| 141:10 283:17 | **removed** 99:18 | **reporter** 9:11 | 212:22 213:1 |
| **reliability** | 99:22 100:2,22 | 9:18 10:17 | **required** 157:9 |
| 124:19 128:3,5 | 100:25 | 14:13 41:6 | 182:4 |
| 128:10,19 | **renew** 15:10 | 119:16 294:5 | **requirement** |
| 136:16 | **repeat** 98:2 | **reporter's** | 15:11 |
| **reliable** 114:16 | 109:21 144:12 | 294:1 | **requires** |
| 128:13 137:5 | 146:15 147:7 | **reporting** 2:6 | 122:11,17 |
| 227:9,12 | 158:17 170:19 | 4:8 8:16 | 123:2,12 |
| 229:25 | 172:16 184:6 | 197:15 216:3 | 131:12 |

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[research - reviews]**

research  6:20
14:2 90:13
111:24 112:12
116:12 119:5
137:12,14,15
137:16,18
138:4,15,19
148:22 158:5
187:18 209:25
210:1 212:6,7
212:8,11
213:16,19,20
213:22,25
214:12,16,19
223:13 224:15
226:8,25
239:15 257:1
260:25 261:4
262:4 273:22
273:23 277:24
278:22,24
279:13,23
280:6,21
281:14,19,24
282:6,10,25
288:11
researched
236:8
researcher
113:22 126:25
researcher's
117:24
researchers
113:1 115:8
116:22 117:21

238:20 243:18
287:25
researching
222:3,8
reserve  58:12
residency
13:23
residing  293:24
resolve  47:1,6,8
47:13 50:18
resolved  47:15
resources
19:14 28:24,25
29:2 40:16
respect  43:3,4
54:14,16 70:24
80:24 109:25
111:7 139:3
148:24 169:10
219:5 256:15
256:15
respond  10:13
35:1
respondents
157:17 162:6,9
163:6 164:15
response
110:17
rest  207:4
270:13
restate  49:6
202:3
result  78:25
79:4,21 94:3
108:1,1 257:22

271:7 282:9
287:23 290:2
resulting  53:21
79:21 89:17
90:15
results  60:6
115:3,9 136:9
136:14,15,19
159:13 177:8
192:12 263:21
271:12,17
resumed
249:21
resumes  81:22
retransition
272:9,20
retransitioning
272:13
retrieval  88:21
retrieved  86:21
retrieving  87:3
87:4,5
return  56:5
63:5 99:13
125:19 137:21
154:17 266:21
returning
125:6 142:8
160:7 191:24
reversal  264:18
265:3,9,12,20
266:22
reverse  266:15
reversible
98:18 99:5,10

99:12,15
review  6:4 7:4
7:5,7,9 111:23
112:3,19
113:17 116:17
116:21,22,24
117:7,9,15,19
118:4,6,9,14
131:12 140:4
142:11 143:25
149:6,24 151:8
151:11 230:10
230:15,17,19
230:20 232:8
232:25 237:6
237:11,21
239:5 240:3
241:6,13,22
243:19 244:1
265:5 280:18
reviewed  12:2
224:12
reviewing
11:24 113:16
144:1 205:11
289:7
reviews  117:22
118:12 138:4
138:14,18,21
139:1,5 140:10
140:13,17,22
143:13,17,24
144:6,9,13,17
144:18,25
145:7 148:22

**[reviews - sampled]**

148:25 149:2
149:25 151:1,4
**revision** 150:1
**rifkind** 3:2
**right** 8:3 9:22
14:15 16:10
17:6 18:16
20:14,24 21:9
24:8 29:19
40:21 42:3
44:14 46:2
48:9 52:21
53:7 56:7,8
57:2 59:15
63:25 64:9
65:18 68:7
75:1,11 77:17
80:3,5,5 81:10
85:15 86:12
89:4 91:8
92:14 94:23
95:3 97:11
99:6 108:12
110:15,23,25
114:6 119:20
120:13,15
123:14 134:1
134:22 135:10
138:15 142:8
145:24 147:3
149:18 151:21
154:13,21
155:6 156:23
159:20 165:11
167:24 168:5

170:1,16
171:12 173:12
173:17 175:20
177:8,11,17
179:3,9 183:10
184:4 187:9
188:12 189:21
190:19 192:20
195:6,22,23
200:20 201:3
201:10 204:1,6
207:6,6 209:20
212:11,24
213:4 215:2,6
223:3 229:22
231:6 233:25
240:24 241:11
242:22 244:21
245:1,6,9,16
246:5 247:4
248:13,17,24
249:7 250:6
252:20 254:9
258:8 259:8
261:9,18
265:22 266:4
266:15,16
267:8 268:6,15
270:4 274:22
275:23 276:4
276:16,17,23
279:23 280:24
281:7 286:2,25
292:5

**risk** 5:21 6:6
30:25 48:23
49:16,16 59:11
59:12,19 85:25
135:23 142:3,4
158:4 207:22
231:14,19
232:22 238:21
239:7,13,23
248:21
**risks** 48:19,23
49:11,14,15,20
49:20,22,23
50:5,8 99:3
108:4,6 225:16
225:25 226:5
226:11,16
245:20
**rodent** 215:21
219:12
**rodents** 212:7
212:11 213:23
214:1,18,21,23
215:3,3,14
216:1 217:15
218:15 219:4
219:11
**role** 75:23
114:24 128:9
244:14 262:12
**roles** 32:17
**roman** 121:22
156:24 162:24
**room** 4:4 11:13
41:8 57:14

**rosenthal**
285:14
**rough** 290:8
**round** 209:23
**routinely**
111:22 112:3
113:16
**row** 183:3,24
184:9 276:17
276:23
**rows** 276:19
**rules** 10:4
**run** 114:19
**runover** 162:23
**runs** 135:12
160:8

| s |
|---|

**s** 2:21 5:9 6:1
7:1 8:1
**safe** 245:16,18
**safety** 59:3,6,8
227:13 229:17
230:1 270:24
**sake** 215:3
**sample** 114:22
128:8,14
162:17 163:4
180:20 181:13
184:12,22
185:9 186:8,17
186:18 189:7
266:11,12
**sampled** 163:7
164:16

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

**[samples - see]**

| | | | |
|---|---|---|---|
| **samples** 128:19 | 183:1,4,12 | 220:14,20 | 152:9 157:22 |
| **san** 13:21 | 184:12 187:25 | 279:5 283:22 | 161:2,5 166:13 |
| **saw** 21:6 | 188:9 194:21 | 284:3 | 168:7,7 173:19 |
| 184:11 | 196:1,10 | **score** 177:8,10 | 182:4 183:23 |
| **saying** 34:1,3 | 205:20 206:8 | 177:12,12,17 | 188:23 189:19 |
| 49:4 53:2,5,9 | 206:10 207:10 | 177:17,23 | 194:6,19 |
| 61:12,12,25 | 209:8 211:16 | 178:6,7,9 | 205:16,17,17 |
| 62:2 64:21 | 215:11 219:2 | 190:2,11,12 | 207:7 209:6 |
| 65:16 75:4 | 220:1 221:9 | 191:3,10,13,14 | 211:13,14 |
| 87:4 105:1 | 223:9 225:15 | 191:17,21,22 | 221:2 223:6 |
| 134:10 141:22 | 227:8,24 231:7 | 193:10,11 | 228:25 232:16 |
| 206:17,22 | 231:14,19 | **scores** 153:11 | 247:1 253:4,4 |
| 244:10 245:2 | 234:5 235:16 | 178:16,16,17 | 253:23 267:7,8 |
| 252:16,16 | 238:19,24 | 178:19,22 | 269:4 271:24 |
| 269:9 | 243:25 245:14 | 189:7,16,17,20 | 276:17 291:8 |
| **says** 42:5 45:7 | 262:9 264:16 | 189:25 190:8 | **secondary** 29:3 |
| 76:22 81:21 | 267:12 268:14 | 190:25 193:6 | 29:8 235:18 |
| 97:16 101:21 | 272:6,21 | **screen** 43:1,5 | **section** 16:5 |
| 102:21 122:8 | 273:12 275:13 | **screening** | 56:10 103:8 |
| 124:6 125:6 | 275:16,21 | 42:13,22 43:6 | 135:11 272:9 |
| 131:11 132:23 | 276:13,17,19 | 44:14,24,25 | **see** 15:4,18 |
| 133:10 135:14 | 277:4 | 176:17 177:1 | 16:6 19:20,23 |
| 136:4 140:3,9 | **school** 40:13 | 178:25 | 28:10 37:15 |
| 141:2 142:11 | **science** 13:14 | **scrolled** 125:16 | 65:19 87:18 |
| 149:24 150:13 | 13:21 | **seal** 294:18 | 96:12 119:8 |
| 151:18 152:1 | **scientific** 115:7 | **search** 149:18 | 120:16 124:22 |
| 153:10 157:5 | 166:20 171:21 | **second** 28:18 | 125:9 126:12 |
| 157:25 160:11 | 227:10,12 | 42:2 56:11 | 127:7 132:7 |
| 163:20,20,25 | 229:16,25 | 60:10 61:24 | 133:19,22 |
| 165:16 166:17 | 288:11 | 62:4 76:20 | 140:5,19 |
| 168:6,10,19,21 | **scientist** 216:2 | 97:13 111:19 | 149:20 151:25 |
| 170:15,23 | 216:5 | 119:13 122:6 | 152:9,14,19 |
| 171:19,21 | **scope** 101:11 | 131:6 132:22 | 153:9 156:25 |
| 172:7 173:20 | 101:12 110:1 | 133:24 134:6 | 164:19 165:1 |
| 181:21,25 | 110:20 209:3 | 142:11 145:13 | 168:5,25 170:7 |

Page 60

**[see - services]**

| | | | |
|---|---|---|---|
| 172:10 175:21 | 96:9 228:4 | **sent** 14:9 16:25 | 223:7 225:13 |
| 176:13 179:7 | 260:19 | 155:15 164:19 | 226:13 227:5 |
| 180:12 181:14 | **seem** 47:13 | 204:15 262:15 | 228:25 230:9 |
| 182:25 183:5 | 166:24 172:7 | **sentence** 20:12 | 234:4 235:14 |
| 183:15 184:19 | **seen** 33:2 91:11 | 28:18 42:8 | 245:22 247:2 |
| 187:18 189:1 | 92:18 93:1,5 | 44:5 45:5 56:9 | 247:18 248:18 |
| 192:1,4,9,16,18 | 121:13 131:2 | 56:11 57:22 | 249:2 250:5 |
| 192:22 193:5 | 134:12 149:15 | 60:10,11 76:20 | 253:1,24 261:6 |
| 194:4 195:15 | 164:23,25 | 80:9,14 81:19 | 261:12,13,25 |
| 203:6 205:6 | 183:19 193:23 | 85:20 97:13 | 264:14 267:11 |
| 207:17 215:9 | 204:20,25 | 98:5,9 101:18 | 268:20 269:5 |
| 219:22 221:5 | 208:18 224:22 | 102:19 111:19 | 270:6 271:25 |
| 225:10 228:1 | 224:24,25 | 122:6 124:3,6 | 273:12 |
| 229:3,19 | 225:3,6 228:9 | 125:4 135:12 | **sentences** 136:2 |
| 230:13 231:10 | 230:25 233:7,8 | 137:23 138:13 | 157:23 162:14 |
| 231:16,21 | 241:6,9 244:4 | 140:8,24 142:9 | 162:23 166:15 |
| 234:1 238:7,16 | 244:24 269:25 | 145:14 146:22 | 176:10 179:6 |
| 239:12 240:3 | 275:9 290:16 | 148:18 149:22 | 206:8 219:25 |
| 251:24,25 | 290:16 | 150:11 157:3 | **separate** 45:25 |
| 252:2,22 254:1 | **select** 16:14 | 160:8 161:6 | 116:4 199:25 |
| 257:8 264:6 | **selected** 162:10 | 163:2,20,23 | 201:15 |
| 267:10 269:7 | **selection** 116:7 | 164:5,7,9 | **separately** |
| 270:9 272:2,9 | 149:19 | 165:14 166:16 | 108:8 |
| 274:12 275:14 | **self** 176:16 | 167:8 168:8 | **series** 12:17 |
| 276:14,21 | 192:7 | 171:19,20 | 116:25 136:6,8 |
| 277:4 | **send** 16:22 | 172:6 175:25 | 136:13,19,25 |
| **seeing** 68:1 | 43:21 119:7 | 176:9 181:23 | 149:24 |
| 205:1 207:4 | 120:4 153:21 | 191:25 194:6 | **serve** 17:18 |
| 208:19 216:14 | **sending** 40:24 | 194:19 195:23 | 19:18 117:25 |
| 216:20 290:20 | **sense** 11:10 | 196:9 205:18 | 279:10 |
| 290:20,23,24 | 23:14 40:13 | 206:20,22 | **server** 153:20 |
| **seekers** 227:17 | 119:24 142:23 | 207:8,19 209:6 | **serves** 178:10 |
| 227:24 | 148:13,16 | 209:20 211:15 | **service** 16:5 |
| **seeking** 39:19 | 154:3 155:18 | 215:7 218:12 | **services** 7:4 |
| 55:5 57:18 | 283:9 | 219:20 221:3,7 | 97:16,24 98:5 |

**[services - skin]**

98:12 230:12
sessions  111:22
set  104:8
 186:14
setting  137:12
 137:14 273:1
settings  223:13
 226:8
several  32:24
 33:9 51:10
 177:22 194:25
 220:2 243:13
sex  24:23 25:8
 29:4,8 36:7,22
 37:20 61:5,14
 62:4,9 69:1,12
 70:14,23 71:3
 72:1,10,16
 73:19,23 74:3
 80:22 84:7
 90:9 106:16
 107:2,15
 108:10 109:3
 141:3 142:12
 142:21 144:10
 144:14 181:1
 182:13 183:10
 183:14 184:3
 184:23 185:10
 185:13,25
 186:10,25
 187:8 189:10
 189:12 198:6
 229:18 235:16
 236:2,11

257:17 258:9
259:11 260:1
260:10 264:18
265:4 267:4
291:3,7
sexual  234:9
shaded  264:4
shaking  10:13
shame  267:16
shape  33:20,20
 33:23,24 34:6
 67:17
share  60:21
shared  58:19
 59:9 110:12,12
 110:12 111:4
sheet  168:13
 169:14,15
shift  84:15,19
 84:25 262:12
 268:3,5,11
 269:2
shifts  267:15
 268:21,22,23
short  192:13
 242:6
shorter  193:18
 242:20
shorthand
 294:5,12
show  215:14
showed  18:6
 41:9 200:5
showing  120:8

shown  90:13
 215:22 249:20
 270:17
shows  189:24
 190:7,24 191:9
 202:8 252:25
side  284:21
sign  280:1
signature
 292:13 294:20
signed  280:10
significance
 132:5 190:15
 190:17 191:7
significant  15:1
 73:10,18
 177:15,22,25
 178:3,7,21
 179:1 190:10
 191:4,20
 193:24 194:11
 208:10
significantly
 176:17 190:4
 192:7
signs  182:5
similar  29:25
 33:10 170:12
 225:4 245:3
similarly  196:1
simmons  1:25
 2:7 8:16 294:5
 294:21
simplify  113:7
 170:21

simply  26:18
 56:3 127:2
 177:19 185:5
 191:8
simultaneously
 56:18
single  37:11
 49:14 129:1
 136:7 193:10
sit  38:21 90:17
 118:11 143:21
 149:5 153:18
 195:9 207:1
 237:18 255:25
 257:10
situation  31:21
 31:23 32:21
 46:15 52:4
 59:22 60:3
 107:13 174:19
 240:6
situations  32:6
 50:20 59:17
 105:4 212:21
 260:8
six  152:8
 193:20 265:8
 266:7,10
size  128:8,15
sizes  114:22
 128:8
skeletal  78:2,4
 79:19
skin  94:11,16

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

**[skip - sohl]**

| | | | |
|---|---|---|---|
| **skip**  150:10 | 174:11,24 | 106:17 107:5 | 171:14 172:1 |
| 156:1 157:9 | 175:1,6,9 | 107:17 108:13 | 172:15,21 |
| **skipping** | 255:6,10 | 109:6,20 110:3 | 173:13 174:2 |
| 167:21 | 256:16 | 110:10 111:9 | 174:14 175:3 |
| **slash**  231:13 | **society's**  104:1 | 112:23 113:2 | 175:16,19 |
| **slow**  41:8 | 168:10 173:20 | 113:12 114:2 | 179:12,16,25 |
| **small**  97:7 | 174:6 | 115:13 117:10 | 184:5,25 |
| 151:23 238:17 | **sohl**  2:16,19 5:6 | 119:11,14,18 | 185:16 186:16 |
| 238:17 249:16 | 8:22,22 14:14 | 119:23 120:2,6 | 186:23 192:21 |
| 249:19 | 17:1,6 20:18 | 120:10,15 | 193:7 197:6,13 |
| **smaller**  205:7 | 23:5,19 24:1 | 121:24 122:3 | 199:18 200:7 |
| **social**  12:23 | 34:14,21 35:14 | 122:19 123:5 | 201:4,20 |
| 18:11 30:18 | 35:24 36:11 | 123:15 124:25 | 202:12,25 |
| 35:20,23 39:16 | 37:2 38:5,14 | 125:9,15 126:4 | 203:10,21,25 |
| 39:17 40:8,20 | 38:25 41:5,7 | 127:22 130:7 | 204:18 206:18 |
| 42:13,24 43:19 | 41:14 44:15 | 130:11,24 | 206:23 210:9 |
| 43:20,23,25 | 47:4,21,23 | 134:19,23 | 210:18 212:2 |
| 45:8,12 52:1 | 48:3,20 49:12 | 135:1 137:2 | 213:12 216:9 |
| 52:12,24 53:11 | 50:9 51:5,16 | 139:11 145:1 | 216:18 217:5 |
| 56:17 58:2 | 53:8 54:12,21 | 146:3,12,19 | 217:13,22 |
| 176:11 230:12 | 56:1 61:15 | 147:4,13,23 | 218:18,23 |
| **societal**  272:8 | 63:7 67:7 69:5 | 148:6,14 | 219:7 220:9,15 |
| **society**  5:24 | 69:24 70:15 | 149:13 150:20 | 220:21 224:1 |
| 6:12,17 16:9 | 71:7 73:21 | 151:9 153:3,23 | 226:20 228:5 |
| 16:17,19,20 | 75:5 80:18 | 154:4,7 155:19 | 228:13 229:6 |
| 51:15 52:19 | 81:1,11 82:3,8 | 155:24 156:5,8 | 229:23 230:6 |
| 83:6,10 91:1 | 83:2,16 84:12 | 156:13 157:18 | 232:1,4,9,23 |
| 101:21 103:18 | 85:6,9 88:25 | 158:16,23 | 233:14,24 |
| 103:20,21 | 89:15,22 90:6 | 159:8,16 | 234:17 235:3 |
| 104:4 105:2 | 91:9 92:5 | 161:11,18 | 237:2 238:1,3 |
| 106:9 137:25 | 95:16 98:1,15 | 162:19,25 | 238:11 239:1,9 |
| 138:1,10,12 | 98:19 99:7,16 | 163:16 164:11 | 239:17 240:1,8 |
| 139:4,11,16 | 101:2 103:6,19 | 166:1 167:23 | 240:11,15,19 |
| 148:20 165:7 | 104:5,18 | 168:2 170:2,17 | 242:23 244:17 |
| 165:10 168:5 | 105:10 106:2 | 170:25 171:8 | 246:22 251:16 |

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[sohl - specifying]**

| | | | |
|---|---|---|---|
| 254:5,18,25 | 30:3 35:20 | 154:7 203:25 | **specifically** |
| 256:5,11,17 | 39:3 41:14 | 276:5,7 286:20 | 44:4 46:8 |
| 258:18 260:3 | 43:13,14 47:25 | **speak** 12:3 18:4 | 64:21 74:10 |
| 261:14,19 | 54:17 63:10 | **special** 168:19 | 78:5 85:19 |
| 264:2 266:5 | 65:5 67:10 | 169:12 | 108:24 111:17 |
| 269:18,23 | 71:1 73:15 | **specialized** | 131:5 137:22 |
| 271:14,19 | 74:12,14 79:6 | 111:21 | 139:3 140:1 |
| 272:24 274:5 | 80:13 83:25 | **specialty** 15:14 | 145:10 149:18 |
| 274:12 279:17 | 86:11,22,23 | **specific** 33:19 | 154:17 160:18 |
| 280:25 281:8 | 91:25 98:2,4 | 34:4 53:24 | 176:7 194:17 |
| 281:16 282:12 | 99:19 100:4,11 | 54:13 73:3 | 198:24 209:4 |
| 282:19 283:5 | 115:14 120:2 | 83:9 92:6 | 210:22 211:2 |
| 283:13,21 | 124:5 128:11 | 103:8 104:19 | 214:5 215:25 |
| 284:2,8,13 | 133:2 134:20 | 106:19,24 | 223:2 236:16 |
| 285:2,13,18 | 135:2 146:14 | 108:19 112:24 | 236:17 241:10 |
| 286:3,13,18 | 158:17 162:4 | 113:4 115:5 | 241:22 243:11 |
| 287:5 291:19 | 169:7 170:5,19 | 117:2 118:12 | 258:11 259:19 |
| 291:24 | 171:19 184:6 | 143:24 144:3 | 260:15 278:10 |
| **solely** 80:24 | 187:14 191:15 | 150:23 158:4 | 287:10 |
| 81:8 155:15 | 198:9 204:14 | 159:18 161:12 | **specifics** 88:10 |
| 268:17 | 204:23 213:21 | 166:6 176:1 | 156:19 157:20 |
| **somebody** | 216:18 218:24 | 178:4 179:13 | 233:16,21 |
| 26:18 34:24 | 222:19 226:13 | 196:19 197:8 | 280:17,19 |
| 148:3,10 | 234:11 247:12 | 199:6 201:22 | **specified** 130:6 |
| 178:15,16 | 250:24 252:14 | 208:11 211:11 | **specify** 23:6 |
| 268:9 | 252:18 259:14 | 214:2,2,6,7 | 34:22 43:17 |
| **somebody's** | 261:11,21 | 219:9 222:12 | 51:6,17 53:24 |
| 173:9 | 263:25 266:9 | 235:5 239:5 | 63:8 66:17 |
| **someone's** 70:8 | 271:13 276:8 | 244:20 249:11 | 67:8 83:3 89:1 |
| 72:15 111:2 | 286:15 | 249:13 250:25 | 99:9 103:23 |
| 172:24,25 | **sought** 86:24 | 251:10,20 | 113:13 117:12 |
| 173:2 178:8 | 86:25 | 253:22 254:6,8 | 118:8 181:1 |
| 270:15 271:3,5 | **sound** 47:20 | 254:19 268:17 | **specifying** |
| **sorry** 22:15 | **sounds** 48:3 | 282:15 | 92:12 |
| 24:10 26:5 | 85:6 120:15 | | |

Page 64

**[spectrum - steve]**

spectrum  26:18
26:25 27:3,17
27:20,23 28:2
54:11,18 55:2
55:11,14,22
56:4
speculation
145:2 175:3
212:2 285:3
spend  34:7
sperm  86:8,13
86:14,20 87:9
87:15 88:5,5,6
88:12 255:21
255:22 256:3
257:2,22 258:2
258:12,14,23
259:3,4
spine  211:20
spironolactone
255:3,16,20
spoke  287:6
spot  119:24
162:20 240:12
spring  276:6
stable  52:4
267:25
stage  22:4,7,11
68:16 69:7,9
74:23 78:1,4
78:11 82:7,11
82:13,16,17
84:2 259:25
260:19,22

staging  78:11
stand  42:19
183:7 188:6
standard  146:2
146:11,17
147:2,11,22
148:1,4,11
173:22 174:12
174:17,20,21
175:2,10 176:2
189:18
standards
11:24 55:17
71:23 102:21
103:3 145:17
145:23 146:7
146:23 150:2
151:7 255:5,7
279:1
stands  176:24
start  22:15
39:11 43:3
48:13 52:5
57:7 70:10
83:19,20 88:1
90:11 92:8
96:9 125:17
138:11 227:10
242:2 249:17
250:3 259:17
260:6,9,24
291:1,2
started  33:3
68:23 83:24
90:9 185:2

243:10 249:17
258:7 259:15
259:20 287:19
starting  29:6
77:11 79:20
176:8 189:5
starts  77:15
135:12 204:23
219:20 221:3
253:24
state  1:11 2:9
8:18 20:13
27:10,13 99:13
111:21 137:25
145:16 148:20
293:2 294:2,6
statement  6:13
81:15 106:8
107:7 123:14
131:22 148:12
150:19 160:22
164:12 165:4,6
167:5,8,19
168:11 169:4
169:12 171:4
171:25 174:23
175:5,7 179:15
207:3 211:10
216:11,13
217:14 218:4,6
218:19 226:3
226:10,15,22
229:5,8,22
238:24 243:4
244:19 249:14

252:5,19,21
253:5,6 256:7
256:9 268:25
269:9 271:21
statements
12:1 192:11
196:17,18
206:7 220:8
224:6,8,11
265:25
states  1:1 8:11
15:6 16:8
103:22 153:9
170:8
statistic  266:2
statistical
190:14,16
191:6
statistically
190:4,10 191:4
191:20 193:24
194:11
stay  64:11 65:8
65:17 66:15
67:14
staying  291:25
steady  24:14,16
stepping  246:3
steps  60:16,22
182:5
steroid  80:22
141:4 142:21
steroids  142:13
steve  285:14

**[stick - successfully]**

| | | | |
|---|---|---|---|
| **stick**   111:16 | 137:16 138:19 | 126:23,24 | 253:16 257:11 |
| 246:8 | 142:14 143:25 | 127:21 128:25 | 259:9,18 282:6 |
| **stipulations** | 150:23 152:12 | 129:2 133:22 | 282:8,10 |
| 8:19 | 155:21 163:15 | 136:5 137:18 | 284:24,25 |
| **stone**   2:21 9:1 | 163:24 164:3 | 137:19,20 | 286:2,5,6 |
| **stop**   119:24 | 179:20 195:10 | 152:16,19,22 | **studying**   212:6 |
| **stopped**   81:21 | 197:5,9,10,14 | 153:1,5 154:24 | 215:3,3 |
| 84:3,8 | 197:25 198:5 | 157:25 158:2 | **stuff**   286:16 |
| **stopping**   85:3 | 198:15,23 | 161:7,7,13,16 | **styles**   29:14 |
| 240:12 | 199:13,17,22 | 163:6,10,22 | **subject**   140:21 |
| **strategies** | 201:22 202:1 | 164:15 180:22 | 166:18 |
| 131:13 | 211:16 212:1,8 | 186:5,10 | **subjects**   199:3 |
| **strategy**   149:19 | 212:10 215:14 | 187:21 191:9 | 199:12 200:2 |
| **street**   2:17,22 | 215:21,24 | 194:17,23 | 202:6 257:11 |
| 3:7 4:4 | 216:3 217:15 | 195:13 200:2,5 | **submitted** |
| **strength** | 222:11,14,22 | 200:9 201:19 | 17:10 |
| 131:25 | 231:14,19 | 202:5,8,16,23 | **subscribed** |
| **stress**   45:9,14 | 232:22 236:8 | 203:12 204:13 | 293:21 |
| 46:6,11 47:1 | 236:12 242:5,8 | 205:21 212:1 | **subsequently** |
| 50:22 51:2 | 242:20,25 | 213:5,6 214:9 | 13:22 39:20 |
| 270:23 | 243:2,3,7,11,13 | 214:13,17 | 257:18 258:24 |
| **stressors**   45:19 | 243:15,20,25 | 215:2 218:2,3 | 259:12 272:19 |
| **strong**   194:22 | 244:12,20 | 219:2,16 222:3 | **substance** |
| 195:4 | 249:16,19,21 | 222:8,16 223:1 | 256:9 |
| **stronger**   129:2 | 252:7,17 | 231:23,24 | **substantial** |
| **strongly**   102:23 | 253:21 260:15 | 232:11,11,16 | 205:22 |
| **structure**   143:3 | 270:16 279:13 | 232:16 235:24 | **substantially** |
| 220:3,14,19,24 | 279:23 280:6 | 238:4,6,12,20 | 132:25 133:5 |
| **studied**   116:4 | 280:21 281:14 | 239:7,16,19 | 133:12 |
| 116:13 118:6,8 | 281:19,24 | 240:7,10 244:2 | **successful** |
| 128:7 179:11 | 283:1 | 244:22 245:4 | 88:24 89:13,17 |
| 194:2 212:17 | **study**   5:21 12:9 | 250:6,8 251:9 | 90:4,14 166:9 |
| 213:3 | 15:17,21,25 | 251:15 252:3 | 258:20 |
| **studies**   18:2 | 114:23 115:7 | 252:23,25 | **successfully** |
| 128:2,9 135:14 | 116:12 126:20 | 253:3,4,7,8,13 | 20:1 66:5 |

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[successfully - survey]**

| | | | |
|---|---|---|---|
| 67:24 76:23 | 244:19 | 220:2,13,19,23 | 93:8,12 97:18 |
| 81:3,17 258:17 | **supervision** | 221:13 222:17 | 98:7 100:20,21 |
| **suffering**   72:19 | 68:20 214:12 | 260:24,24 | 102:3,5 104:17 |
| **suggest**   37:23 | **support**   28:10 | **sure**   10:2,4 | 104:20 105:9 |
| 213:5 | 28:19,20,23 | 21:3 27:8 62:1 | 108:7 144:19 |
| **suggested** | 29:1 31:2 | 83:8 89:19 | 263:12 266:22 |
| 110:20 | 40:14 140:10 | 90:11 95:20,25 | **surgery**   7:12 |
| **suggesting** | 168:12 182:7 | 112:19 120:1 | 25:20,24 26:1 |
| 252:6 | 194:22 195:4 | 120:12 130:17 | 91:16,18,24 |
| **suggests**   194:23 | 252:7,19 253:6 | 131:20 139:20 | 92:2,3,4 93:8 |
| 221:9 252:24 | 270:23 | 144:8,16 149:8 | 95:1,3,6 96:4,5 |
| 253:17 | **supporting** | 149:8 162:20 | 96:11,17,25 |
| **suicidal**   6:6 | 173:23 174:12 | 167:12 171:15 | 97:5 100:16 |
| 30:25 44:9,13 | **supports**   40:11 | 185:18 194:9 | 101:15,22 |
| 176:16 192:7 | 40:12 | 203:20 206:7 | 102:1 103:4,22 |
| 196:2 | **supposed**   63:11 | 209:2 211:1 | 104:22 105:3,6 |
| **suicidality** | **supprelin** | 230:21 237:16 | 106:6 107:4,16 |
| 188:1 196:11 | 277:4,20 278:2 | 250:21 253:12 | 107:19 108:12 |
| 196:12,14 | 279:3 281:25 | 274:7,16 | 109:5 263:4,5 |
| **suicide**   150:15 | 282:17,20,23 | 283:16 | 263:23 264:18 |
| 151:3 205:25 | 283:1 | **surgeon**   12:21 | 264:24 265:3,9 |
| **suite**   2:22 | **suppress**   219:6 | 91:19,21 93:22 | 265:12 266:15 |
| **summaries** | 246:15 | 93:23 94:19 | **surges**   234:10 |
| 122:12,17,21 | **suppressing** | 96:10 98:22 | **surgical**   25:13 |
| 123:2,8,12,17 | 78:16,19 80:22 | 99:1,1 100:19 | 93:19 97:16,23 |
| 123:20,22,24 | 209:10,15 | 101:4 102:16 | 98:5,12 265:24 |
| **summarize** | 225:17 226:16 | 103:10,17 | 266:20 273:1 |
| 117:4 118:2 | 246:7 | **surgeon's** | **survey**   6:11 |
| 141:2 | **suppression** | 266:18 | 155:3,12 |
| **summarized** | 6:5,22 33:1 | **surgeons**   91:12 | 156:15,17 |
| 142:11 | 207:12,24 | 92:20 94:6,12 | 157:5,14,17 |
| **summarizing** | 210:2,15 211:6 | 94:13,16 273:7 | 158:1,9,13,19 |
| 118:2 | 216:17,23 | **surgeries**   25:15 | 159:5,14,20 |
| **summary**   6:23 | 217:18 218:20 | 91:5,8 92:7,10 | 160:2,3,17 |
| 133:17 233:20 | 219:3,13,21 | 92:13,16,19,23 | 161:4,6,24 |

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[survey - tell]**

162:2,6,10
163:20,25
164:13
**swear** 9:18
**sweden** 6:23
7:3 223:22
225:7,24
**swedish** 230:11
231:3 232:7
**switch** 164:18
171:5
**switched**
261:25
**switching** 91:4
162:4
**sworn** 293:5,21
294:9
**symptom**
194:22 195:4
**symptoms**
47:14 246:17
**system** 40:14
112:4 130:2
232:7
**systematic** 6:4
116:17,21,24
117:7,19,21
118:3,6,9,12,14
122:12,17,20
123:2,8,12,16
123:20,21,23
131:12 138:4
138:14,18,21
138:25 139:4
140:4,10,13,16

140:22 143:12
143:16,23,25
144:6,9,13,18
144:25 145:6
148:21,25
149:1,6,25
151:1,4,8,11
230:10,15,20
232:7 237:5,11
237:21 241:6
243:19

**t**

**t** 5:2,9 6:1 7:1
100:5 236:6
**table** 11:9
132:5,11,20
133:17 151:17
151:24 152:7
152:12,17
180:11,12,19
182:24 183:1
183:12 184:8
188:18,18,18
189:24 190:7
284:6
**tables** 190:18
196:22
**tailored** 85:24
160:18 248:21
**take** 10:24 11:1
11:7,9 26:4
35:17 43:9
47:17,19 85:4
90:1 107:15
119:13 122:25

153:17,20
154:1 178:13
192:16 193:19
193:20,21
195:18 203:18
203:18 235:20
237:3 242:14
249:3 252:8
257:4 274:9,13
274:25 284:6
286:14,15
**taken** 2:4 8:8
48:8 85:14
105:17 108:17
119:2 120:20
154:12 204:5
240:23 253:10
267:1 274:21
286:9,24 293:8
294:11
**takes** 17:3
**talk** 98:23
138:9 255:16
274:11 283:14
284:3
**talking** 67:9,11
76:17 80:16,23
89:4,23 97:14
135:24 146:6
148:4 179:6
193:16 198:20
236:5 288:17
**talks** 133:21
270:14

**tanner** 22:4,7
22:11 69:10
78:11 82:7,11
82:13,17 84:2
259:25 260:19
260:22
**task** 140:9
**tasked** 144:23
**team** 11:20
28:10 39:23
57:8 74:4,5,10
74:16 75:25
110:25 116:22
145:4,5 178:12
182:23 222:1
289:18
**team's** 266:19
**teams** 265:24
**technical** 92:21
**technique**
93:19,23,25
102:16
**techniques**
94:3,5 116:25
**technology**
230:11 249:5
252:10
**telehealth** 5:15
41:24 42:6
**telephone** 2:18
2:23 3:5,8,14
3:18 4:5
**tell** 87:21 88:23
89:8,11 198:9
224:25 225:1

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com    208-343-4004

**[tell - think]**

| | | | |
|---|---|---|---|
| 237:9 249:9,10 | **testicular** 88:9 | **theirs** 259:8 | 33:8 34:2 |
| 254:9 261:10 | 260:22 261:2 | **theoretical** | 35:10,12,15,25 |
| **ten** 47:22 | **testify** 294:9 | 173:8 | 37:18 38:16 |
| 153:20 240:15 | **testimony** 38:6 | **theory** 108:9 | 40:1 41:7 |
| 287:20 | 39:1 61:16 | 109:2 | 48:22 49:13,15 |
| **term** 26:14 | 75:6 81:12 | **therapists** | 51:10,14,20 |
| 27:2 36:1 51:9 | 99:8 104:2,6 | 46:22 289:20 | 52:8,18,19 |
| 51:14 53:17 | 123:6,10 147:5 | **therapy** 6:3 | 53:1 55:19,21 |
| 72:5,8,9,25 | 169:24 170:18 | 31:1 35:10 | 60:6 63:19 |
| 115:19,23 | 217:23 261:20 | 85:22 125:7,20 | 67:15 68:4 |
| 116:6,10,11,16 | 281:1,9 291:10 | 150:14 151:2 | 70:25 71:9 |
| 116:20 117:16 | **testosterone** | 151:19 183:7,9 | 72:21 73:1 |
| 118:20,24 | 33:6,13,21 | 184:10,13 | 79:24 84:14,18 |
| 124:9 126:8,19 | 34:5 62:10 | 185:3 186:1 | 87:10 93:12 |
| 127:7 129:6,22 | 142:25 235:21 | 188:14 189:24 | 104:23 105:7 |
| 130:1,2 131:17 | 249:3,6,15,17 | 190:7 191:2,10 | 105:16 106:14 |
| 131:19 137:8 | 249:22 250:3 | 191:17 198:21 | 106:24 107:6 |
| 137:11 177:13 | 250:10,13,15 | 199:9 245:6,8 | 107:13,18 |
| 193:15 197:4 | 250:24 251:2,4 | 248:19 288:9 | 108:7 109:7 |
| 199:8 213:10 | 251:13,15,21 | 288:23 290:5 | 110:17 113:3 |
| 213:16 220:4 | 252:9,11 | **thereof** 247:15 | 113:24 115:10 |
| 242:10,22 | 253:10 260:10 | 248:2 293:10 | 115:25 117:23 |
| 243:2,5,6,14,17 | **tests** 60:16,17 | **thing** 11:3,6 | 118:19 119:8 |
| 246:6 272:15 | **texas** 13:21,22 | 49:22 171:16 | 123:1,4 124:20 |
| 273:8 | **text** 215:7 | 196:25 | 126:7 129:20 |
| **terms** 34:6 | 231:13 | **things** 35:4 | 130:18,21 |
| 49:15 68:22 | **tgd** 42:11,19 | 51:11 124:12 | 132:17 135:9 |
| 78:11 98:25 | 273:15 | 159:4 213:14 | 136:15,18,24 |
| 124:18 128:2,5 | **tgn** 188:3,6,11 | 213:18 239:11 | 137:3,15,17 |
| 128:10,18 | **thank** 240:19 | 270:22 281:7 | 139:8 141:21 |
| 146:6 202:18 | 264:5 286:12 | 284:19,22 | 146:5,20 147:1 |
| 210:21 267:23 | 291:22,23,24 | **think** 9:11 17:5 | 147:14,14 |
| 280:20 | 292:3 | 18:14 19:17 | 148:7,15 |
| **testicles** 87:25 | **thanks** 168:19 | 23:8 25:18 | 153:25 154:2 |
| 88:4 89:21,24 | 169:12 | 26:15,17 32:14 | 155:16 158:13 |

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[think - top]**

| | | | |
|---|---|---|---|
| 158:19 159:3,5 | **thinking** 33:14 | 84:11,20,22 | **times** 58:24 |
| 159:9,13,22,24 | 39:4,5 90:18 | 85:5,11,12,16 | 92:16 |
| 161:4 165:23 | 110:23 | 85:16 87:16 | **tissue** 26:3 |
| 166:2 171:24 | **third** 20:12 | 90:2 96:10 | 29:22,24 30:10 |
| 172:3 173:2,4 | 28:9 45:5 | 107:12 120:17 | 86:16 94:7,9 |
| 173:5 174:5,16 | 87:11 131:9 | 120:18,22,22 | 94:12 99:18,22 |
| 174:25 177:5 | 135:9 175:24 | 136:2 138:11 | 99:24 100:2,22 |
| 180:23 181:12 | 180:11 181:23 | 153:16 154:9 | 100:24 102:15 |
| 181:15 186:22 | 188:9,24 221:3 | 154:10,14,14 | 261:3 |
| 199:16,20,24 | 227:22 242:2 | 158:1 183:25 | **title** 118:15 |
| 200:5,8 202:19 | 267:10 | 184:21 185:3 | 151:18 232:14 |
| 203:13 208:5 | **thirds** 23:2,21 | 185:11 186:1 | 238:8 262:16 |
| 209:17 210:19 | 24:11 28:14 | 186:11,19 | **titled** 119:6 |
| 211:25 213:15 | 181:16 | 187:1,6 192:14 | **titles** 140:20 |
| 213:17 216:10 | **thornton** | 192:17,24 | 195:12 |
| 217:25 219:15 | 253:13 | 193:18,20 | **today** 23:10 |
| 220:12,18 | **thought** 33:3,6 | 194:23 195:5 | 118:11 143:22 |
| 221:1 222:11 | 37:24 65:12 | 200:4 202:7 | 149:5 166:19 |
| 222:13,16 | 201:7 281:4,5 | 204:2,3,7,7 | 195:9 216:15 |
| 224:21 228:14 | **thoughts** 34:5 | 222:7 235:19 | 237:18 245:4 |
| 228:22 229:7 | **thp** 267:9 | 240:20,21,25 | 255:25 257:10 |
| 229:12 233:15 | **three** 63:18 | 240:25 259:7 | 286:9 288:2 |
| 235:4,10 237:8 | 151:25 152:4 | 262:13 269:2 | **today's** 8:4 |
| 239:6,15 | 166:14 192:15 | 270:20 274:5 | **together** 74:4 |
| 242:18 250:12 | 227:9,11 | 274:14,15,19 | 75:25 117:3,25 |
| 250:23 251:1,7 | **time** 2:11 8:5,6 | 274:23,23 | 145:5 |
| 256:18 257:5 | 17:3 29:21 | 277:22 279:9 | **tool** 177:1 |
| 259:5 260:4 | 31:3 34:8 | 279:19 280:2 | 178:25 |
| 267:7 269:21 | 39:17 46:18 | 283:24 284:3 | **tools** 74:20 |
| 271:10,15,20 | 48:5,6,10,10 | 286:9,21,22 | 176:17 |
| 273:6 274:8 | 57:25 58:8,13 | 287:1,1,21 | **top** 15:15 25:24 |
| 283:8,15,25 | 61:10,13,18 | 289:1 290:5,14 | 26:1 92:3 |
| 285:20 286:7 | 66:7,8 68:11 | 290:17 291:4 | 93:11 96:17 |
| 291:5 | 70:8 77:20 | 291:17 292:7,8 | 100:21 101:15 |
| | 78:12,17,19 | 294:12 | 105:6 132:4 |

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[top - trial]**

142:9 151:18
154:5 231:5
261:12 264:1,3
**topic** 112:18
**topics** 58:13
111:22 112:8
113:25 144:25
**total** 23:25
24:20,24 25:1
25:6,11 27:6
27:22 178:1,7
193:11
**toward** 175:18
182:25 205:6
211:13 231:5
**towards** 29:6
**trabecular**
143:6
**track** 11:4
**trained** 19:10
30:19
**training** 19:5
111:22
**trajectories**
221:16
**trans** 154:25
155:3,11
162:18
**transcribed**
10:12
**transcript**
10:19 294:14
**transfer** 66:5
66:22 67:2

**transferred**
63:24 64:3
65:24 67:24
**transgender**
6:4,6,9,11,15
6:19,22 15:16
16:2,18 19:4,8
42:19 141:4
142:13 151:20
152:10,19,23
158:14,15,20
158:21 159:6,7
159:10,11,15
159:23,24,25
160:4,6,12,18
160:24 161:8,9
161:14,17
162:1 163:5,8
163:11,22
164:2 165:18
165:24 168:11
168:13,15
173:23 174:9
174:13 188:7
210:3,16 253:9
253:10,24
**transition** 20:1
35:20 42:6
253:18 265:20
266:15,23
267:16 268:25
269:1
**transitioned**
56:14 264:18
265:3,9,12

266:13
**transitioning**
20:9 35:23
265:25
**treat** 22:17
46:12 51:11
65:12 73:19
80:1 83:13
246:1,11,19
281:25 282:17
283:1 287:16
288:3
**treated** 54:23
208:7 259:6
**treating** 34:25
68:14
**treatment** 5:23
35:16 48:18
49:10 50:7
52:2,2,5,16
53:12 54:19
55:16 56:20
57:17 60:7,12
60:13,23 61:3
64:19 65:15
66:10 70:5
71:1 78:24
79:4 81:21
83:12 84:3
85:24 105:25
109:18 111:8
126:25 127:3
127:14,16,25
128:1,21,23
138:3 143:13

168:12 183:20
183:21 194:25
198:5,17,24
199:10 202:18
206:13 214:15
225:12,17,18
225:20 226:1
226:12,16,18
231:8 242:7
245:8 246:21
248:10,21
251:8,10,14
257:17 258:7,9
258:15 259:11
259:15 287:8
288:9 289:18
291:4
**treatments**
48:16,17,23
49:5,8 50:4,13
61:22 71:6,25
111:3 128:7
141:13,16,19
142:2,4 198:25
203:7 214:6
226:6 227:14
230:2 243:9
244:3,5,13,23
244:25 248:7
259:1 260:13
270:20 291:1
**treats** 63:22
**trial** 127:5,10
127:12,13,20
129:1

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[trials - understand]**

| | | | |
|---|---|---|---|
| **trials** 128:12,17 | **turn** 63:23 | 288:24 | 93:6,9,10 |
| 277:24 | 64:12,16,24 | **types** 92:7,10 | 94:24 95:8,18 |
| **trick** 63:11 | 65:3,9,23 66:9 | 92:23 94:7,8 | 95:23 96:1,4 |
| **tried** 16:22 | 156:20 230:22 | 95:6 104:20 | 96:14 97:3,5 |
| 49:4 | 241:4 247:10 | 124:17 130:3 | 97:24 98:12 |
| **tripping** 222:20 | 247:15 248:2 | 141:17 143:5 | 101:21,23 |
| **true** 132:24 | 270:3 | **typewriting** | 103:4,11,23 |
| 133:5,12 | **turned** 22:8 | 294:13 | 105:3,6 138:20 |
| 171:25 172:3 | 151:14 | **typical** 77:22 | 149:18 150:10 |
| 172:12,19 | **turning** 20:10 | 137:23 | 158:3 160:19 |
| 174:1,19 | 28:3 140:24 | **typically** 43:9 | 165:9,13 |
| 182:11 212:21 | **two** 23:2,21 | 57:19 82:16 | 175:21 181:21 |
| 214:22 218:13 | 24:11 28:14 | 83:14,21 | 195:11 214:11 |
| 218:14,16 | 48:16 49:8 | 135:17 237:14 | 239:14 240:4 |
| 272:12 293:14 | 50:4 84:2,5 | | 242:1 261:3 |
| 294:14 | 86:18 95:6 | **u** | 264:8 267:8 |
| **trust** 112:21 | 127:13,24 | **u** 236:6 | 273:11 294:13 |
| **truth** 294:10,10 | 132:4 134:3,9 | **u.k.** 223:22 | **undergo** |
| 294:10 | 134:12 136:1 | **u.k.'s** 237:6,12 | 107:16 108:12 |
| **try** 40:23 50:12 | 140:9,22 | **u.s.** 6:11 154:25 | 109:3,4,25 |
| 83:25 117:18 | 141:20 143:5 | 155:2,11 163:5 | 258:12 |
| 119:7 122:1 | 143:12,16 | 163:8 | **undergoing** |
| 133:2 | 155:20 156:9 | **ultimately** | 200:1 267:22 |
| **trying** 46:19 | 157:23 158:11 | 58:18 89:13 | **undergone** |
| 62:1 83:12 | 162:14 167:6 | **um** 279:24 | 33:11 259:3 |
| 89:25 91:14,17 | 167:15 181:16 | 287:18 | **underlying** |
| 97:2 109:1 | 189:4 197:24 | **unable** 38:1 | 166:22 171:23 |
| 167:18 185:6 | 199:4 205:24 | 99:4 280:8,23 | **underpinning** |
| **turban** 6:6,9 | 206:8 209:23 | **uncertainty** | 169:16,22 |
| 154:21 155:5 | 219:24 276:19 | 227:16 | 170:9,15,24 |
| 155:21 156:9 | 285:15 | **unclear** 170:6 | **understand** |
| 157:14 158:11 | **type** 30:13 | **under** 15:2 | 10:7 21:24,25 |
| 163:15,24 | 100:16 104:22 | 20:6 25:15,19 | 22:12 30:4 |
| 164:2 | 114:22 147:20 | 36:19 68:9,20 | 31:18 32:17,19 |
| | 279:14,19 | 71:13,19 72:3 | 34:8 37:25 |
| | | 72:23 82:25 | |

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[understand - vaginal]**

45:3,3 50:1,2
51:8 61:11
62:1 70:9
75:17 77:14
79:24 83:12
87:12 91:15,17
95:21 96:21
97:3 99:11
107:21,22
108:3,20 109:1
115:15,17
124:1 126:8,22
146:8 169:2,9
171:24 175:1
185:6 191:6
199:8,12
206:21 209:1,2
213:10 214:20
214:23 218:4
235:7,8 244:9
**understanding**
26:14 40:9,15
46:19,20 47:8
63:21 72:8
100:20 115:22
116:9,11,19
118:23 124:14
126:1 129:25
130:2 131:24
137:10 141:8
142:17 159:23
167:4 206:16
232:6 246:12
246:14 250:11
273:12,19,24

274:1
**understood**
10:9 35:23
37:21 199:2
209:11,16
**underwent**
257:17 258:9
259:11 263:22
264:10,17
**unexplained**
227:16,23
228:3,20,21
**unfortunately**
175:14 179:24
215:6
**union**   2:16
**united**   1:1 8:11
**universe**   67:11
67:19
**university**
13:14,21 263:7
265:13,21
266:4,8,14
**university's**
279:1
**unknown**   234:6
234:16 235:2
**unrealistic**
32:22 270:7
271:10,16,21
**unsystematic**
125:21 126:2,9
**unusual**   272:6
272:12,21,22
273:5

**unwilling**
174:10
**updated**   168:10
**updating**
160:15
**upper**   131:6
168:5 231:6
**urologist**   12:25
88:9,11
**urology**   263:6
**use**   23:11 26:23
29:18,25 35:4
36:1,6 62:6,8
62:11,16,18,20
79:5 84:13
88:13 94:6
108:10 112:3
130:14 135:18
136:7 141:4
146:5 174:17
240:9 249:4
252:9 254:11
256:2 259:4
272:15 281:20
281:24 282:6,7
282:11,16,20
282:23 283:1
287:23
**used**   29:3,22
51:15 60:8
73:4 76:22
80:21 81:3,16
93:20 94:1,9
94:12,13,16,20
102:15 123:25

130:3,12,18
132:18 137:6
146:23 148:7
154:24 155:9
159:6,14
161:16 180:7
224:14 236:14
236:14 239:15
246:1,6,11,15
257:22 258:2
272:18 287:7
287:13
**useful**   159:22
**users**   5:17
**uses**   74:20,21
102:17
**using**   40:1
41:24 61:8
74:8 79:23
117:4 130:17
188:2 229:17
256:22 279:13
279:23 287:15
**usually**   72:25
96:25 112:19
192:15 268:10
289:7
**uterine**   246:16
**uterus**   260:14
**utilized**   200:25

| v |
| --- |

**v**   1:9 71:13,19
72:3 162:24
**vaginal**   93:16
94:7,9 102:13

Page 73

**[vaginoplasties - want]**

vaginoplasties 98:14
vaginoplasty
93:13,14 94:4
94:23,24 98:10
102:2,4,6,15,22
103:5,9,11
valid 166:20
validity 124:18
128:3,5,10,18
valuable
159:12 160:1
value 34:19
36:9,24 38:2
38:11,22 117:7
122:10
variable 115:20
116:1,4 127:1
199:17,21
200:6,12,16,20
200:22 201:3,9
201:12,18,25
244:16
variables
114:23 216:12
282:3
variation
205:22
variations
221:16
varies 193:17
variety 45:23
60:14 228:15
228:22 290:1

various 29:13
vary 55:8
102:16 104:22
verbally 10:13
verbatim
294:15
verification
293:1
veritext 2:6
8:17
version 14:22
139:21 145:16
145:18,19
151:7 263:18
versus 83:6
108:7 178:13
196:4 198:25
video 2:6 8:17
292:6
videoconfere...
2:5 8:14
videographer
4:7 8:3 9:17
48:5,9 85:11
85:15 120:17
120:21 154:9
154:13 204:2,6
240:20,24
274:16,22
286:21,25
292:5
videotaped
1:19 2:1,3 8:7
8:13,14

view 27:2
viewed 128:10
virtual 5:14
41:24
visit 39:24,25
57:19 60:24
61:4,14,19,23
61:24 62:4
63:4 67:2
176:19 182:2
182:15,16,22
182:22 183:14
183:16,19,22
183:25 184:11
185:4,9,11
186:2,12 188:1
188:20 189:16
189:20 190:1,1
190:2,5,9,9,12
191:1,1,5,5,11
191:12,13,15
191:18,19,22
191:23 192:14
193:10,12,12
193:13 196:3
196:13 289:2,4
289:8,10,21,23
290:12 291:8
291:14,17
visits 41:25
63:12 96:9
288:18,22
vitae 5:11
voice 33:5,7,13
33:15,17

volumes 211:21
vries 6:19
113:8,10,25
114:1,5,7
195:14 197:19
197:22 199:4
199:13 205:4
206:17 207:17
238:5,20 239:7
239:16,19
240:6
vs 8:9
vulva 93:16
102:13
vulvoplasty
102:10

**w**

wa 294:22
waiting 14:14
119:11,17
153:19
walk 13:17
want 10:25
11:6 30:3
40:18 42:3,7
47:17 50:15,18
58:14 63:20
78:10 85:4
89:14 97:11
116:24 121:21
128:11 132:19
132:20 150:10
153:17,18,20
154:1 171:24
190:19 194:19

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

**[want - witness]**

195:18 203:18
203:23 209:2
214:14,22
217:1,9,17
218:5,7,13,14
242:2 255:23
255:24 274:10
283:19 291:1,2
291:3
**wanted** 48:13
83:8 171:15
214:10
**wanting** 266:23
**warn** 12:17
**washington** 2:8
2:22 3:13
**wave** 153:16,21
**way** 19:2 36:3
47:18 50:19
51:13 54:7,17
55:6 67:17
75:12 88:8
115:3,24
116:15,21
117:18 118:25
127:8 128:1,9
128:18 147:16
152:1,5 153:5
161:24 177:18
178:5 181:7
190:21 198:14
200:10,14
208:13 219:2
229:9 249:10
252:20 253:7

261:23 265:1
268:1,9,18
274:11 280:12
284:20
**ways** 35:6 88:6
112:15 127:25
146:21 147:18
168:14 174:18
**we've** 47:16
71:9 92:15,18
97:14 195:17
290:15,16
291:2
**weaponization**
269:6 270:1
**weaponized**
269:22
**wear** 30:6
**web** 170:3,6
**webpage** 6:17
**website** 168:5
275:8
**weighed** 48:24
207:12
**weight** 49:21
**weiss** 3:2 9:14
**welfare** 225:7
226:4
**went** 249:23
266:14
**west** 3:7 4:4
11:4 17:4
**wharton** 3:3
**whichever** 50:5

**white** 211:20
**who've** 33:11
**wi** 41:7 119:9
**wide** 213:13
**willing** 17:15
**wilson** 3:16 9:3
9:3
**window** 235:19
**witness** 9:18
17:19 20:19
23:6,20 24:2
34:15,22 35:15
35:25 36:12
37:3 38:7,16
41:16 44:16
47:5,19 48:21
49:13 50:10
51:6,17 53:9
54:13,22 56:2
61:17 63:8
67:8 69:6,25
70:16 73:22
75:7 80:19
81:2,15 82:4,9
83:3,17 84:13
89:1,16,23
90:7 91:10
92:6 95:17
98:2,16,20
99:9,17 101:3
103:7,20 104:7
104:19 105:11
106:3,18 107:6
107:18 108:14
109:7,21 110:4

110:11 111:10
112:24 113:3
113:13 114:3
115:14 117:12
122:20 123:7
123:16 125:11
126:7 127:23
130:8,12 135:2
137:3 145:3
146:5,14,20
147:7,14,25
148:7,15
150:22 151:10
153:4 157:19
158:17,24
159:9,17
161:12,19
163:17 164:12
164:22 166:2
170:19 171:1
172:2,16,22
173:14 174:5
174:16 175:4
179:13,17
184:6 185:1
186:17,24
192:22 193:8
197:7,14
199:20 200:8
201:5,21
202:13 203:1
203:12 206:19
210:11,19
212:3 213:13
216:10 217:6

Page 75

**[witness - yeah]**

| | | | |
|---|---|---|---|
| 217:14,24 | 84:13 100:5 | **worse** 177:17 | **yeah** 21:8 22:5 |
| 218:19,24 | 146:21 174:17 | 177:19 | 24:4 39:5 41:5 |
| 219:8 220:10 | 174:20 221:4 | **worst** 177:11 | 43:19 46:13 |
| 220:16,22 | 236:13,14 | **wpath** 6:4 83:6 | 47:21,23 49:16 |
| 224:3,21 | 245:18 272:18 | 83:10 90:23 | 51:19 63:10 |
| 226:21 228:6 | 272:18 | 102:21 103:3 | 64:19,23 65:6 |
| 228:14 229:7 | **words** 60:8 | 103:12 138:2 | 67:10 69:16 |
| 229:24 230:7 | 64:1 73:3 | 138:10 145:10 | 74:14 79:16 |
| 232:25 233:15 | 136:18 225:3 | 145:16 146:7 | 80:15 82:6 |
| 234:20 235:4 | 240:9 242:21 | 148:21,24 | 85:9 87:14 |
| 239:3,10,18 | **work** 18:7 | 149:6 150:1 | 90:11,12 91:14 |
| 240:2,9 242:24 | 42:13 56:18 | 254:17,23 | 94:18 95:4 |
| 244:18 246:23 | 113:23 120:13 | 255:7,9 256:1 | 114:21 115:7 |
| 251:17 254:6 | 145:5 198:1 | 256:9 262:2 | 115:24 119:18 |
| 254:19 255:1 | 263:8 278:17 | **wpath's** 148:1 | 120:13 124:5 |
| 256:6,12,18 | 279:6 | **wrest** 3:6 9:10 | 126:7 128:22 |
| 258:19 260:4 | **worked** 84:25 | **wrest.coop** 3:9 | 137:20 151:16 |
| 261:21 264:6 | **worker** 12:23 | **write** 43:21 | 151:22 155:19 |
| 266:6 269:19 | 18:11 30:18 | **writing** 130:13 | 164:5 170:5 |
| 269:25 271:20 | 39:17,17 40:8 | 130:15,19 | 172:18 177:21 |
| 272:25 279:18 | 40:20 42:24 | **written** 18:8 | 182:10 184:8 |
| 281:2,10 | 43:19,20,23,25 | 198:10 289:13 | 196:23 198:11 |
| 282:14,20 | 58:2 | **wrong** 63:21 | 199:11 200:1 |
| 284:18 285:4 | **workgroup** | 125:11 133:2 | 201:12 203:15 |
| 285:14,19 | 273:15 | 134:20 185:8 | 203:21 207:2 |
| 286:4,10 292:3 | **working** 19:4 | 198:15 | 208:13 223:21 |
| 293:7 294:8,18 | 30:20 32:7 | **wu** 2:21 9:1 | 226:21 229:24 |
| **women** 152:23 | 46:17,21 55:3 | **x** | 234:18 236:4 |
| 253:25 | 109:13 | **x** 5:1,2,9 6:1 | 237:4 238:9 |
| **wonder** 119:20 | **works** 17:5 | 7:1 | 240:13,13 |
| **wondering** | 120:12 | **xxvi** 121:23 | 241:17 246:6 |
| 89:10 | **world** 16:17 | **y** | 251:1 253:4 |
| **word** 19:17 | 210:2,14,22 | **yang** 257:7 | 256:25 266:9 |
| 40:1 49:6 50:5 | 211:1 | | 271:20 274:7 |
| 50:18 52:8 | | | 274:12 283:7 |

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Dr. Kara Connelly August 28, 2023

## [yeah - zoom]

286:17 289:5
290:10,15

**year**   14:23
68:16,22 225:1
242:8

**years**   14:1 19:9
20:17,22 21:1
21:5 22:11
25:19 64:3
66:9 82:21
84:3,5 93:7
169:19 195:11
220:2 242:8,15
243:1,15,17
257:18 258:10
259:12 287:14
287:20

**york**   2:18 3:4

**young**   7:5 19:2
19:25 29:5
30:20 35:6
39:18 46:23
221:21 227:15
229:2,11 234:7
268:4

**younger**   65:20
77:6 86:24
250:4

**youngest**   77:10

**youth**   6:6,15,22
16:2,3 19:1,5,9
19:11,18 32:7
33:18 42:11
70:24 76:23
81:4 97:18,24

98:7,12 118:17
158:15,22
159:7,11,15,23
159:25 160:6
160:12,24
161:9,15,17
162:1 181:25
188:3,11 196:4
196:10 221:12
221:14,15
225:9 228:4
281:20,25
282:17 283:2

### z

**zero**   178:16,22
**zoom**   2:4 8:14

Page 77

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.