1            UNITED STATES DISTRICT COURT

2               DISTRICT OF IDAHO

3

4     PAM POE, by and through her   )  Case No.
      parents and next friends,    )  1:23-cv-00269-CWD
5     Penny and Peter Poe; PENNY    )
      POE; PETER POE; JANE DOE, by )
6     and through her parents and   )
      next friends, Joan and John   )
7     Doe; JOAN DOE; JOHN DOE,      )
                                    )
8                    Plaintiffs,   )
                                    )
9     v.                            )
                                    )
10    RAÚL LABRADOR, in his         )
      official capacity as the      )
11    Attorney General of the State)
      of Idaho; JAN M. BENNETTS, in)
12    her official capacity as      )
      County Prosecuting Attorney   )
13    for Ada, Idaho; and the       )
      INDIVIDUAL MEMBERS OF THE     )
14    IDAHO CODE COMMISSION, in     )
      their official capacities,    )
15                                  )
                     Defendants.   )
16    _____)

17

18

19      REMOTE VIDEOTAPED DEPOSITION OF CHRISTINE BRADY, Ph.D.

20              THURSDAY, AUGUST 31, 2023

21
                                        **EXHIBIT**
22
                                          **B**
23

24

25    Reported By: Amy E. Simmons, CSR, RDR, CRR, CRC

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

```
 1      REMOTE VIDEOTAPED DEPOSITION OF CHRISTINE BRADY, M.D.
 2

 3          BE IT REMEMBERED that the remote videotaped
 4   deposition of CHRISTINE BRADY, M.D., was taken via Zoom
 5   videoconference by the attorney for the Defendants before
 6   Associated Reporting & Video, a Veritext company, Amy E.
 7   Simmons, Idaho CSR No. 685, California CSR No. 14553,
 8   Washington CSR No. 22012915, Oregon CSR No. 22-009, and
 9   Notary Public in and for the County of Ada, State of
10   Idaho, on Thursday, the 31st day of August, 2023,
11   commencing at the hour of 10:06 a.m. Mountain time in the
12   above-entitled matter.
13

14

15   APPEARANCES (remotely):
16   For the Plaintiffs:    AMERICAN CIVIL LIBERTIES UNION
                            By:  Li Nowlin-Sohl, Esq.
17                               Leslie Cooper, Esq.
                            125 Broad Street
18                          New York, NY 10004
                            Telephone:  212.549.2584
19                          lnowlin-sohl@aclu.org
                            lcooper@aclu.org
20

21                          GROOMBRIDGE WU BAUGHMAN & STONE
                            By:  Philip S. May, Esq.
22                          801 17th Street, Suite 1050
                            Washington, D.C. 20006
23                          Telephone:  202.539.6620
                            philip.may@groombridgewu.com
24

25


                                                      Page  2
```

Christine Brady, Ph.D. August 31, 2023

```
1    APPEARANCES (remotely, continued):
2
     For the Plaintiffs:    PAUL WEISS RIFKIND,
3                           WHARTON & GARRISON LLP
                            By:  Sheridan Cunningham, Law Clerk
4                           1285 Avenue of the Americas
                            New York, NY 10019
5                           Telephone:  212.373.3000
                            rcunningham@paulweiss.com
6
                            WREST COOPERATIVE
7                           By:  David DeRoin, Esq.
                            812 West Franklin Street
8                           Boise, ID 83702
                            Telephone:  208.742.6789
9                           david@wrest.coop
10
     For the Defendants, Labrador and the Individual Members
11   of the Idaho Code Commission:
12                           COOPER & KIRK PLLC
                             By:  John Ramer, Esq.
13                           1523 New Hampshire Ave NW
                             Washington, D.C. 20036
14                           Telephone: 202.220.9621
                             jramer@cooperkirk.com
15
                             OFFICE OF THE ATTORNEY GENERAL
16                           By: Aaron Green, Esq.
                             Post Office Box 83720
17                           Boise, ID  83720
                             Telephone:  208.334.2400
18                           Facsimile:  208.854.8073
19
     For the Defendant, Jan M. Bennetts:
20
                             ADA COUNTY PROSECUTOR'S OFFICE
21                           By:  Dayton P. Reed, Esq.
                             200 West Front Street, Room 3191
22                           Boise, ID 83702
                             Telephone:  208.287.7700
23                           dreed@adacounty.id.org
24
     Also Present:          Chris Ennis, Videographer
25                          Jocelyn Larsson,
                            Court Reporting Intern
```

Page  3

```
 1                    I N D E X
 2                E X A M I N A T I O N
 3
 4  CHRISTINE BRADY, M.D.                              PAGE
 5
     By:  Mr. Ramer.......................................6
 6
 7
 8
                     E X H I B I T S
 9
    NO.                                                PAGE
10
```

    Exhibit 1.    Curriculum Vitae of Christine Erin      12
                  Lam Brady, Ph.D. (10 pages)
    Exhibit 2.    Expert Declaration of Christine         16
                  Brady, Ph.D. (18 pages)

    Exhibit 3.    "Gender Identity 5 Years After          98
                  Social Transition," Olson (7 pages)
    Exhibit 4.    Borderline Personality Disorder        123
                  Diagnostic Criteria (1 page)

    Exhibit 5.    "Guidelines for Psychological          134
                  Practice with Transgender and
                  Gender Nonconforming People,"
                  American Psychological Association
                  (33 pages)

    Exhibit 6.    "APA Resolution on the Imposition      168
                  of Death as a Penalty for Persons
                  Aged 18 Through 20, Also Known as
                  the Late Adolescent Class,"
                  American Psychological Association
                  (5 pages)
    Exhibit 7.    "Understanding and Supporting          183
                  Patients with Dynamic Desires for
                  Gender-Affirming Medical
                  Interventions" (3 pages)

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

| 1 | P R O C E E D I N G S |
|---|---|
| 2 | |

3          THE VIDEOGRAPHER:  All right.  So we are

4   recording, and we are on the record.  Today's date

5   is August 31, 2023.  The time is 10:06 a.m.

6   Mountain time.

7          For the record, this is the remote

8   videotaped deposition of Dr. Christine Brady.  It

9   is taken by the Defendants in the matter of Poe,

10  et al., vs. Labrador, et al., Case No.

11  1:23-cv-00269-CWD.  It's in the United States

12  District Court for the District of Idaho.

13         The videotaped deposition is being held

14  remotely via Zoom videoconference.  The videotaped

15  deposition is being recorded by Chris Ennis and

16  reported by Amy Simmons of Associated Reporting &

17  Video.

18         And if counsel will please state their

19  appearances and any stipulations for the record.

20         MR. RAMER:  John Ramer on behalf of

21  Defendants.

22         MS. NOWLIN-SOHL:  Li Nowlin-Sohl with the

23  ACLU on behalf of Plaintiffs.

24         MS. COOPER:  Leslie Cooper, ACLU,

25  Plaintiffs.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1              MR. MAY:  Philip May from the law firm of

2     Groombridge Wu Baughman & Stone on behalf of

3     Plaintiffs.

4              MR. DeROIN:  David DeRoin with Wrest

5     Collective on behalf of Plaintiffs.

6              MR. CUNNINGHAM:  Ridan Cunningham, Paul

7     Weiss Rifkind, Wharton & Garrison, Plaintiffs, not

8     yet admitted.

9              MR. GREEN:  Aaron Green, Idaho Attorney

10    General's Office.  I haven't appeared.  I'm just

11    observing.

12             THE VIDEOGRAPHER:  And if the court

13    reporter will please swear the witness.

14

15                  CHRISTINE BRADY, M.D.,

16    a witness having been first duly sworn to tell the truth,

17    the whole truth, and nothing but the truth, testified as

18    follows:

19

20                       EXAMINATION

21    BY MR. RAMER:

22       Q.   Hi, Dr. Brady.  My name is John Ramer.

23    I'm from the law firm of Cooper & Kirk

24    representing the Defendants in this case.

25             And my first question to you is have you

Christine Brady, Ph.D. August 31, 2023

1    ever been deposed before?

2        A.    Not as an expert witness.

3        Q.    Okay.  I take that answer as -- that you

4    have been deposed in a different context; is that

5    right?

6        A.    Yes.

7        Q.    So I assume you have a general

8    understanding of how it goes.  I'll just go over

9    quickly some brief ground rules to make sure we're

10   all on the same page.

11            As you know, I'll ask you questions.  If

12   you don't understand my question, please just ask

13   for an explanation, and I'll attempt to clarify

14   it.  Otherwise I'll assume that you understood the

15   question and are answering the question that I

16   asked.

17            As you also know, the proceeding is being

18   transcribed by the court reporter, so I'll ask

19   that you respond verbally rather than shaking your

20   head yes or no.

21            And I will do my best not to interrupt

22   you and just ask that you do your best not to

23   interrupt me so we can help the court reporter

24   keep a clean transcript.

25            Your counsel may object to a question

Christine Brady, Ph.D. August 31, 2023

1  that I ask, but unless counsel instructs you not

2  to answer the question, you should provide an

3  answer.

4          And we can take breaks whenever you want.

5  Just let me know.  The only request is that you

6  would answer any pending questions before we break

7  and then we'll go on the break.

8          Does that all make sense?

9      A.  Yes.

10     Q.  Okay.  And, Dr. Brady, is anyone other

11 than counsel in the room with you?

12     A.  No.

13     Q.  And do you have any documents open in

14 front of you?

15     A.  No.

16     Q.  And what did you do to prepare for this

17 deposition?

18     A.  I read the case filings as well as

19 pertinent research as it is relevant to my report

20 and declaration.

21          I also reviewed the expert declarations

22 of the case in Tennessee.

23     Q.  When you say "the case in Tennessee,"

24 what do you mean by that?

25     A.  The similar litigation that was proposed

Page  8

Christine Brady, Ph.D. August 31, 2023

1    in Tennessee.

2         Q.   And do you know the status of that

3    litigation?

4         A.   I do not.  The current status, no.

5         Q.   Did you speak with anyone about your

6    deposition today?

7         A.   Just my legal counsel.

8         Q.   And you mentioned you reviewed pertinent

9    research to prepare for today; is that right?

10        A.   Yes.

11        Q.   Can you just give me a general

12   description of what you mean by "pertinent

13   research"?

14        A.   So I'm sorry.  Do you mean prior to today

15   or just in preparing my report?

16        Q.   My earlier question is what you had done

17   to prepare for the deposition.  And I thought you

18   had said you reviewed pertinent research.  And I

19   was just asking what you mean by that.

20        A.   Yeah.  So I just reviewed the -- my

21   report and then the citations that I had used in

22   my report.

23        Q.   Did you review any articles or

24   publications that are not cited in your report?

25        A.   Not in preparation for today, no.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1        Q.    Dr. Brady, do you consider yourself to be

2    an expert?

3              MS. NOWLIN-SOHL:   Objection to form.

4              THE WITNESS:   I consider myself to have

5    expertise in clinical psychology.   And I have a

6    specialization in treating youth with gender

7    dysphoria.

8        Q.    (BY MR. RAMER)   Dr. Brady, are you an

9    endocrinologist?

10       A.    No.

11       Q.    Are you a neurologist?

12       A.    No.

13       Q.    Are you a surgeon?

14       A.    No.

15       Q.    Are you a social worker?

16       A.    No.

17       Q.    Are you a urologist?

18       A.    No.

19       Q.    Are you a gynecologist?

20       A.    No.

21       Q.    Are you a bioethicist?

22       A.    No.

23       Q.    Are you an expert in cognitive

24    development?

25              MS. NOWLIN-SOHL:   Object to form.

Page 10

Christine Brady, Ph.D. August 31, 2023

1            THE WITNESS:  In my general graduate

2    school training, I did receive training in child

3    development, and part of that included cognitive

4    development.  I also took neuropsychology.

5            Q.    (BY MR. RAMER)  Are those courses that

6    you took?

7            A.    Yes.

8            Q.    And so do you consider yourself an expert

9    in neuropsychology?

10           A.    Not an expert, no.

11           Q.    Do you consider yourself an expert in

12    child cognitive development?

13           A.    I wouldn't -- I received training.  I

14    wouldn't consider myself an expert.

15           Q.    And could you briefly describe your

16    current position?

17           A.    So I'm the psychologist at the Pediatric

18    and Adolescent Gender Clinic at Stanford

19    University.  That is my full-time position.

20           Q.    And at just a high level of generality,

21    could you walk me through your professional

22    background since you received your bachelor's

23    degree?

24           A.    Sure.  So after receiving my bachelor's

25    degree, I got -- I went to James Madison

                                            Page 11

Christine Brady, Ph.D. August 31, 2023

1    University and received a master's in

2    psychological sciences with a focus on child

3    psychology.

4              After my terminal master's, I then

5    attended a Ph.D. program at Ohio University in

6    clinical psychology.

7         Q.   And then after that -- is that your

8    educational background?  Is that right?

9         A.   Yes.  And then for our degrees, we are

10   required to do internship and fellowship.  And so

11   my internship was one year at Seattle Children's

12   Hospital with the University of Washington.  And

13   then my fellowship was at the University of

14   Louisville, which was then Kosair Children's

15   Hospital, now Norton Children's Hospital.

16              MR. RAMER:  And, Li, I just tried to send

17   what I'll call Brady Exhibit 1.

18              MS. NOWLIN-SOHL:  I have not yet received

19   it.  It's through on my phone, so I know it's

20   coming to my email shortly.  All right.

21              THE WITNESS:  I can see it.

22              (Deposition Exhibit No. 1 was marked.)

23        Q.   (BY MR. RAMER)  And, Dr. Brady, does this

24   appear to be a copy of your CV?

25        A.   Yes.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1    Q.   And is it up-to-date?

2    A.   No.

3    Q.   What should be included on here that is

4  not?

5    A.   There might just be a few other talks

6  that I've given since this was submitted.

7    Q.   Any publications?

8    A.   No.

9    Q.   I'd like to go to page 2.  And under

10  Roman Numeral IV, do you see there's "Honors and

11  Awards"?

12    A.   Yes.

13    Q.   And in 2020, it says you received a

14  "First Place Poster Award."

15         Do you see that?

16    A.   Yes.

17    Q.   And can you just explain what that award

18  was for?

19    A.   So this poster was -- I was last author

20  on a poster that was submitted to the conference,

21  the Pediatric Psychology -- sorry, Society of

22  Pediatric Psychology annual conference in 2020.

23         And that poster was done by a student at

24  Indiana University on -- it was four cases of

25  gender-diverse youth who also had GI problems.

Page 13

Christine Brady, Ph.D. August 31, 2023

1     Q.    Could you explain what "GI" mean?

2     A.    Gastrointestinal.

3     Q.    And a question I should have asked

4   earlier, but are you board certified?

5     A.    No.

6     Q.    And, Doctor, you've publish peer-reviewed

7   original research, correct?

8     A.    Yes.

9     Q.    Has any of your peer-reviewed original

10  research related to transgender medicine?

11    A.    No.

12    Q.    And you're a member of the American

13  Psychological Association; is that right?

14    A.    Yes.

15    Q.    Are you a member of the American Medical

16  Association?

17    A.    No.

18    Q.    And are you a member of WPATH?

19    A.    Yes.

20    Q.    And are you also a member of USPATH?

21    A.    Yes.

22    Q.    Can you just explain the relationship

23  between WPATH and USPATH?

24    A.    Sure.  So WPATH is the larger

25  organization, umbrella organization that's an

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

 1     international group.

 2              And then some countries have developed

 3     their own sub sort of groups, so USPATH being the

 4     United States sort of subgroup within WPATH.

 5     Europe has one as well.

 6          Q.   Is it just one for all of Europe?

 7          A.   I'm not sure.

 8          Q.   On your CV, I'd like to just go to the

 9     final page and down toward the bottom.  And you

10     have a Roman Numeral IX for "Trainees."

11              Do you see that?

12          A.   Yes.

13          Q.   And then it lists "Psychiatry Fellows";

14     is that right?

15          A.   Yes.

16          Q.   And this is my own ignorance, but you're

17     a psychologist, correct?

18          A.   Yes.

19          Q.   Can you just help me understand why you

20     would have psychiatry fellows?

21          A.   Sure.  So during their training,

22     psychiatry fellows do get training in therapy, and

23     sometimes that is supervised by a psychologist who

24     has more experience in that area.  And so when the

25     psychiatry fellows rotate with me, I'm supervising

                                          Page 15

Christine Brady, Ph.D. August 31, 2023

```
 1   them on their therapy.
 2        Q.   And of your fellows is Jack Turban,
 3   Dr. Jack Turban; is that right?
 4        A.   Yes.
 5        Q.   Is that the same Dr. Turban that you have
 6   published before?
 7        A.   We published one commentary together,
 8   yes.
 9             MR. RAMER:  And, Li, I tried sending a
10   little while ago to see if we could move it along,
11   but I think Connelly Exhibit 2 hopefully you've
12   received.
13             MS. NOWLIN-SOHL:  Yes.
14             MR. RAMER:  I'm sorry, Brady Exhibit 2.
15             MS. NOWLIN-SOHL:  Yes, we have it.
16             (Deposition Exhibit No. 2 was marked.)
17        Q.   (BY MR. RAMER)  Okay.  And, Dr. Brady,
18   does this appear to be the expert declaration that
19   you submitted in this case?
20        A.   Yes.
21        Q.   And how did you come to be involved in
22   this case?
23        A.   So Li, the ACLU, sent me an email,
24   reached out to me, and we discussed the potential
25   of working together.
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

```
 1          Q.    Have you ever served as an expert witness
 2    before?
 3          A.    No.
 4          Q.    And what were you -- as a general matter
 5    what were you asked to do?
 6                MS. NOWLIN-SOHL:   I'm just going to
 7    object to the extent it calls for a legal
 8    communication.
 9                But you can still answer.
10                MR. RAMER:   And I'll clarify the answer.
11          Q.    (BY MR. RAMER)  Not looking for the
12    substance of any communications with counsel.
13    Just as a general matter, what were you asked to
14    do as an expert in the case?
15          A.    That I would be submitting this
16    declaration that we see before us and provide
17    deposition, which we are doing today, and then
18    possibly appear in court at a later date.
19          Q.    And did you personally draft this
20    declaration?
21          A.    Yes.
22          Q.    And did anyone help you at all with the
23    drafting process?
24          A.    No.
25          Q.    Did you personally identify all the
```

Page 17

1    studies that you cite in this declaration?

2         A.   Yes.

3         Q.   And did you speak with anyone other than

4    counsel about the contents of this declaration?

5         A.   No.

6         Q.   And is it -- let me just ask.

7              You co-founded a gender clinic at

8    Hennepin Healthcare; is that right?

9         A.   Yes.

10        Q.   And what led you to co-found that clinic?

11        A.   My original position at that institution

12   was to be the psychologist embedded into their

13   pediatrics clinic.  And there were several

14   programs running out of that pediatrics clinic.

15             And there was a pediatrician who

16   expressed interest in starting a gender program

17   within that clinic, and he asked if I would be

18   interested in providing mental health support to

19   that clinic.

20        Q.   And you're currently at the Stanford

21   Pediatric and Adolescent Gender Clinic, right?

22        A.   Yes.

23        Q.   And do you treat patients at that clinic?

24        A.   Yes.

25        Q.   We'll discuss it in more detail a little

1   bit later, but just at a high level of generality,
2   could you explain what the gender clinic does?
3       A.   So we provide a variety of services to
4   gender-diverse youth; some medical, some
5   nonmedical.  My role is providing therapeutic
6   services and also mental health consultation to
7   our larger, integrated team.
8       Q.   When you say "therapeutic services," what
9   do you mean?
10      A.   Psychotherapy.
11      Q.   Does the clinic serve a particular age
12  group?
13      A.   Yes.  So we don't have a lower limit, but
14  typically our youngest patient has been about
15  three years old.  And then we do have an upper
16  limit of 25, but typically most young adults are
17  transitioning out of our clinic around 22, 23.
18      Q.   And do you know how many patients the
19  clinic serves?
20      A.   The clinic's been open for almost six
21  years, and my -- the most recent number I was
22  given was that we have now served over 1,000
23  patients.
24      Q.   When you say "have now served," do you
25  mean in the totality of the clinic's existence?

                                        Page 19

Christine Brady, Ph.D. August 31, 2023

1       A.    Yes, in the six years that we've been --
2   yeah.
3       Q.    Do you know approximately how many
4   patients are currently receiving treatment at the
5   clinic?
6       A.    I do not.
7       Q.    And you've been there for three years; is
8   that right?
9       A.    Almost three.
10      Q.    And in those almost three years that you
11  have been there, has the patient population at the
12  clinic grown?
13      A.    Could you be more specific?  What do you
14  mean by "grown"?
15      Q.    Have the number of patients receiving
16  treatment -- excuse me.
17            Has the number of patients receiving
18  treatment increased?
19      A.    So if you mean, like, the number of new
20  patients increasing per year, that's actually
21  remained quite stable.  But it's grown because we
22  carry the patients that we saw the year before and
23  we're continuing to see them the next year and the
24  next year.  So the number has increased over six
25  years.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1      Q.    When you say the new patients have been

2    stable, you're referring to patients coming into

3    the clinic over those three years, the number has

4    remained stable; is that right?

5      A.    Yeah, meaning, like, the number of new

6    referrals we get per week has been pretty stable

7    over that six years.

8      Q.    And you say that in the last eight years,

9    you've treated over a thousand youth and families,

10   correct?

11     A.    Yes.

12     Q.    How many current patients do you have?

13     A.    What would you consider to be current?

14     Q.    What would you consider to be current?

15     A.    So because I have some who, you know, see

16   me infrequently, and I have others who see me

17   pretty regularly, so it's sort of hard for me to

18   say.  And then some, you know, pop in when I

19   haven't seen them in a long time.

20           So I guess what I would say is my active

21   caseload that I'm seeing fairly regularly and at a

22   decent frequency, maybe 70.

23     Q.    70 patients?

24     A.    Um-hmm.

25     Q.    Sorry.  Say again.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1        A.   I was just saying "yes" instead of
2    "um-hmm."
3        Q.   I need to work on that too, so I
4    appreciate it.
5             And you say 100 percent of your patients
6    are transgender youth; is that right?
7             MS. NOWLIN-SOHL:  Object to form.
8             THE WITNESS:  Currently all of my
9    patients are experiencing some sort of gender
10   questioning.
11       Q.   (BY MR. RAMER)  Well, I guess let's go to
12   your paragraph 7 in your declaration, which is
13   page 2.  I think fourth sentence, kind of middle
14   of the paragraph.
15            Do you see where it says "Currently
16   100 percent of my clinical practice are
17   transgender youth"?
18       A.   Yes.
19       Q.   And so is that statement accurate?
20       A.   In this case, I'm using "transgender" as
21   the umbrella term for gender diversity, so yes,
22   it's accurate.
23       Q.   And when you say "youth," do you mean
24   individuals under the age of 18?
25       A.   Some are young adults, but a majority are

Page 22

Christine Brady, Ph.D. August 31, 2023

1     under the age of 18.

2          Q.    When you say "young adults," you're

3     referring to people who are over 18?

4          A.    Yes.

5          Q.    What percentage of your current patients

6     are over the age of 18?

7          A.    I would say maybe 10 percent.

8          Q.    And could you describe -- I think you had

9     started to describe, but could you explain a

10    little bit more what happens with patients once

11    they turn 18 years of age with respect to care at

12    your clinic?

13         A.    So because we can follow kids up until --

14    or young adults until 25, we've sort of -- it's up

15    to them and their life circumstances whether or

16    not they want to transfer services.

17              So some of our youth go off to college in

18    other states, making it difficult for us to

19    continue providing their care.  So we might find

20    them care that's, you know, closer to their

21    college or wherever they end up living.

22              Some youth stay local and continue with

23    us until a time in which they feel ready to

24    transfer to adult services.

25              Sometimes they reach the upper limit and

Page 23

1    they're not necessarily ready, but we sort of

2    transfer them anyway.

3        Q.   And was the upper limit 25 years old?

4        A.   Yes.

5        Q.   When patients transfer to a new provider,

6    does your clinic stay in formal communication with

7    them?

8            MS. NOWLIN-SOHL:  Object to form.

9            THE WITNESS:  I'm not sure, because

10   typically that would be the medical provider that

11   is probably facilitating that communication.  So

12   I'm not sure.

13       Q.   (BY MR. RAMER)  Of your current patients,

14   have all of them been diagnosed with gender

15   dysphoria?

16       A.   No.

17       Q.   What percentage of your current patients

18   have been diagnosed with gender dysphoria?

19       A.   Because a lot of our patients are coming

20   to gender clinics sort of late in their journeys,

21   so oftentimes they've been exploring things with

22   an outside therapist or have been discussing this

23   with their family for a long time, they're sort of

24   coming to gender clinic at a point where they've

25   already explored a lot.  And so I would say a

Page 24

Christine Brady, Ph.D. August 31, 2023

1    majority have gender dysphoria, maybe 75 percent.

2         Q.   And what was the significance of the

3    point that they've been on their journey for a

4    while before they come to the clinic?

5         A.   That we're sort of seeing a subset of

6    gender-diverse youth.  You know, it takes a lot

7    for families to make the decision to come to a

8    gender clinic, and oftentimes they're speaking

9    with other professionals and seeking advice from

10   their pediatrician or seeking advice from their

11   child's current therapist with regards to where to

12   go or what to do.

13          So my point was that just that, you know,

14   we are typically not seeing youth who are at the

15   beginning of their journey.  And so they're more

16   likely to meet criteria because they've been

17   persistent, consistent for longer.

18        Q.   I see.  By "criteria," you mean the

19   criteria for gender dysphoria; is that right?

20        A.   Correct.

21        Q.   And so the point is that because these

22   are individuals who have progressed in their

23   journey, the percentage of individuals who are

24   formally diagnosed with gender dysphoria may be

25   higher than at other providers?  Is that what

Christine Brady, Ph.D. August 31, 2023

1    you're saying?

2              MS. NOWLIN-SOHL:  Object to form.

3              THE WITNESS:  I don't know how the

4    percentages compare, but that might be the case.

5        Q.    (BY MR. RAMER)  But that's why you were

6    talking about that, right?

7        A.    Yes.

8        Q.    In this field, do you understand a

9    distinction between a child and adolescent?

10             MS. NOWLIN-SOHL:  Object to form.

11             THE WITNESS:  Could you specify "this

12   field"?

13       Q.    (BY MR. RAMER)  Transgender medicine.

14             MS. NOWLIN-SOHL:  Same objection.

15             THE WITNESS:  So do I understand the

16   difference between child and adolescents?

17       Q.    (BY MR. RAMER)  I'm just asking is there

18   a difference in the terminology that's -- excuse

19   me.

20             When you use the term "child" or

21   "adolescent," are you referring to individuals at

22   different stages of maturity?

23             MS. NOWLIN-SOHL:  Object to form.

24             THE WITNESS:  Typically when we're

25   referring to children, we're talking about

Page 26

Christine Brady, Ph.D. August 31, 2023

1   prepuberty.  And when we're talking about

2   adolescents, we're talking about pubertal or

3   post-pubertal.

4        Q.   (BY MR. RAMER)  And at what stage do you

5   consider the conclusion of the prepubertal phase?

6        A.   So as a mental health professional, I'm

7   not able to make that distinction.  I rely on my

8   medical team to make that distinction.

9             But typically it's with Tanner staging

10  and with blood work.

11       Q.   And do you know what Tanner stage?

12       A.   So typically it's early Tanner Stage II.

13  Between II and III is when puberty begins.

14       Q.   Do you have patients who were diagnosed

15  with gender dysphoria before Tanner Stage II?

16       A.   Yes.

17       Q.   Do you have patients who were diagnosed

18  with gender dysphoria after the beginning of

19  Tanner Stage II?

20       A.   Yes.

21       Q.   Of your patients, which diagnosis is more

22  common?

23            MS. NOWLIN-SOHL:  Object to form.

24            THE WITNESS:  Meaning which is more

25  common, childhood or adolescent gender dysphoria?

Christine Brady, Ph.D. August 31, 2023

```
 1        Q.    (BY MR. RAMER)  Correct.
 2        A.    In our clinic, it's about 30 percent of
 3   our patients are prepubertal, and about 70 percent
 4   are post -- or pubertal or post-pubertal.
 5   Pubertal, excuse me.
 6        Q.    Of your current patients, do you know
 7   what percentage are natal females?
 8              MS. NOWLIN-SOHL:  Object to form.
 9              THE WITNESS:  The general -- a general
10   estimate in our clinic, which we looked at
11   relatively recently, was that we actually have a
12   50/50 split of designated females and designated
13   males in both age groups.
14        Q.    (BY MR. RAMER)  When did you look at
15   that?
16        A.    About a year ago.
17        Q.    And is that percentage, that 50/50 split,
18   the same for patients who have been formally
19   diagnosed with gender dysphoria?
20        A.    Yes.
21        Q.    Did the 50/50 split surprise you?
22        A.    The reason that we looked at it is
23   because I was interested to know, you know --
24   given that I've been doing this work for eight
25   years, I've been interested, you know, to know how
```

Page 28

1    things have sort of evolved since I first started.

2              When I was working in Louisville, we kind

3    of had different rates, so I was interested to

4    see.

5              It wasn't surprising because clinically,

6    you know, that's what I was seeing in my office.

7    If you look at my schedule, it's a pretty 50/50

8    mix of the designated sex.

9         Q.    What were the rates in Louisville?

10             MS. NOWLIN-SOHL:  Object to form.

11             THE WITNESS:  I don't remember exactly,

12   but it felt as though we were seeing a lot more

13   binary-identifying individuals and more often

14   transmasculine.

15        Q.    (BY MR. RAMER)  When you say "binary,"

16   you're distinguishing from nonbinary; is that

17   right?

18        A.    Nonbinary, agender, genderqueer, gender

19   fluid.

20        Q.    And when you say "transmasculine," you're

21   referring to -- can you explain what you mean by

22   "transmasculine"?

23        A.    Designated females who identify as

24   masculine.

25        Q.    Of your patient population that has been

Page 29

Christine Brady, Ph.D. August 31, 2023

```
 1   diagnosed with gender dysphoria, what percentage
 2   receive puberty blockers?
 3        A.   That would be hard for me to estimate.
 4   Not all of our youth are seeking medical
 5   intervention, and not all are eligible for medical
 6   interventions, and not all are Tanner Stage --
 7   between Tanner Stage II and III.
 8             So I mean, I guess if it's prepubertal,
 9   which was your question, it would be none because
10   they wouldn't be medically ready for pubertal
11   blockade.
12        Q.   When you said not all of them are seeking
13   medical interventions, what did you mean by that?
14        A.   So some families are coming to our clinic
15   to just get education, support, resources to
16   support their child or youth, or the youth
17   themselves might just be wanting to explore ways
18   to express gender or socially transition rather
19   than are coming specifically seeking medical
20   intervention.
21        Q.   So are some coming specifically seeking
22   medical intervention?
23        A.   Yes.
24        Q.   As a psychologist, are you the provider
25   who would actually be making the diagnosis of
```

Page 30

Christine Brady, Ph.D. August 31, 2023

1   gender dysphoria?

2        A.   Oftentimes in our clinic that is the

3   case, but I'm not the only person who can do that.

4        Q.   Have you ever personally diagnosed a

5   child with gender dysphoria?

6        A.   Yes.

7        Q.   Have you ever personally diagnosed an

8   adolescent with gender dysphoria?

9        A.   Yes.

10       Q.   Do you also determine whether a

11   patient -- or I guess let me just back up.  Maybe

12   you can just kind of explain your role in this

13   process.

14            My general understanding is that the

15   clinics are interdisciplinary or

16   multidisciplinary, and so you have different

17   providers doing different things.

18            Could you just explain your role?

19       A.   Sure.  And it gets complicated too,

20   because we are in a fairly well-resourced area, so

21   sometimes it's not even our team that's providing

22   services.  It might be community providers as

23   well.

24            But when a family comes to our clinic, we

25   spend a lot of time getting to know the family,

Page 31

Christine Brady, Ph.D. August 31, 2023

1  getting to know the youth, understanding their

2  gender identity, and kind of goals for why they're

3  coming to gender clinic.

4         And then we will kind of pick a treatment

5  plan as a team for what will happen next with that

6  family.

7         Sometimes the focus might be more on the

8  mental health piece, in which case it might be

9  meetings with myself to provide support around

10  social transition, resources, education.

11         Might be also to just support youth with

12  gender dysphoria who are struggling with their

13  dysphoria or other comorbid diagnoses that they

14  may be experiencing.

15         Sometimes they have a therapist in the

16  community already who we can coordinate and

17  collaborate with and get collaborative information

18  from so they don't necessarily have to see a

19  member of our behavioral health team.  It can be

20  done out in the community if they have a provider

21  with proper training.

22      Q.   You mentioned social transitioning.  Can

23  you explain what you mean by that?

24      A.   Sure.  So social transition is a pretty

25  diverse set of actions that some people choose to

Page 32

1    take.  So oftentimes that includes changing name

2    and pronouns.

3           At school, extracurricular activities,

4    within the family, with peers.

5           It could also mean adopting a clothing

6    style that's more consistent with their affirmed

7    gender, haircuts, you know, makeup, jewelry, the

8    kind of, like, external things that other people

9    can see, and making steps to be more comfortable

10   with those.

11      Q.   And I think you said that those are

12   actions that individuals choose to take; is that

13   right?

14      A.   Yes.

15      Q.   Is there ever a clinical indication that

16   somebody should social transition?

17           MS. NOWLIN-SOHL:  Object to form.

18           THE WITNESS:  It's very individualized.

19   We need to understand the context in which a

20   person lives.

21           So, for example, we are -- our capture

22   area for our clinic is quite vast, so we have

23   people coming from several hours away in rural

24   areas where they might be the only gender-diverse

25   person in their community or at their school, and

1   it might not be safe for them to take certain

2   steps towards affirming their gender.  And so we

3   certainly don't force anyone, which is why I kind

4   of said it's their choice if they want to do that

5   or not.

6            There are some instances in which it can

7   be very helpful.  There's research that shows that

8   social transition can help in terms of reducing

9   negative psychological distress.

10       Q.   (BY MR. RAMER)  And so you said that you

11  don't force anybody to social -- start again.

12           You said you don't force anybody to

13  socially transition.

14           And I guess my question is do you ever

15  recommend it?

16       A.   Yeah.

17       Q.   And what would you observe that would

18  lead you to recommend socially transition?

19       A.   There are some situations where, for

20  example, with certain family members, it's helpful

21  to, you know, come out and share their identity

22  with certain people.

23           Oftentimes there's distress with being

24  closeted, and so social transition is an

25  opportunity to, you know, come out and present

Page  34

1  yourself more authentically.  And so it can

2  alleviate some of that distress and anxiety.  So

3  sometimes it is sort of mentioned as, hey, this

4  would be helpful.

5      Q.   Have you ever recommended that a patient

6  socially transition before Tanner Stage II?

7      A.   Most of the young kids that are

8  presenting to our clinic have already socially

9  transitioned.  So I would say maybe like

10 90 percent have done that already prior to coming

11 to us.

12     Q.   What is the youngest patient you've ever

13 seen that has socially transitioned?

14     A.   Four.

15     Q.   And I think earlier you had mentioned you

16 have patients as young as three years old; is that

17 right?

18     A.   Yes.

19     Q.   And what kind of care is a patient of

20 that age receiving at the clinic?

21     A.   So there are no medical interventions

22 until that pubertal, post-pubertal period.  So at

23 that point we're really just providing supportive

24 care, maybe recommending support groups for the

25 caregivers, recommending -- you know, kind of

Page 35

Christine Brady, Ph.D. August 31, 2023

1    giving guidance on how to discuss their child's

2    gender with the school.  And, you know, just

3    helping parents to navigate different

4    conversations or different complex situations that

5    they might face.

6        Q.    School at three years old would be

7    preschool?

8        A.    Yes.

9        Q.    And you said "medical interventions," I

10   believe.

11            What do you mean by that?

12       A.    So puberty blockers, hormones, you know,

13   menstrual suppression.

14       Q.    Are there interventions that are not

15   labeled "medical"?

16       A.    So, yeah.  It's -- the terminology is

17   difficult.  As a mental health professional, I

18   consider therapy to be an intervention.  And so,

19   you know, that's what I'm providing is also

20   support and, you know, therapy.  I consider that

21   to be an intervention.

22       Q.    So do you consider social transition an

23   intervention?

24       A.    Yes.

25       Q.    Can you walk me through the diagnosis

Page 36

Christine Brady, Ph.D. August 31, 2023

```
 1   process from the time a patient walks into your
 2   office?
 3        A.   So by the time I'm seeing a patient, we
 4   already have a wealth of information.  So
 5   typically families who are referred to us, we have
 6   a kind of pre-intake meeting with just the
 7   caregivers to get background information.
 8   Typically that's an hour or hour and a half.
 9             And then they meet for the first
10   appointment.  That's typically an hour and a half
11   to two hours.
12             And we're getting a lot of information
13   from the youth directly during that meeting.
14   Sometimes I've met them during that meeting as
15   well before I have my individual appointment with
16   them.
17             So typically we have, you know, three
18   hours' worth of information.
19             So when a family is working with me, I'm
20   sort of confirming the information that we've
21   obtained already, and then asking more detail
22   about things relevant to mental health and gender
23   dysphoria specifically so you can use it.
24             But I use the DSM criteria, and we just
25   have a kind of clinical interview regarding a
```

Page 37

1    youth's experience with those symptoms or not, how

2    their dysphoria manifests, what distresses it

3    causes in their life, and what their goals are.

4         Q.   What did you mean by a "clinical

5    interview"?

6         A.   So it's a kind of semi-structured

7    interview in which I'm asking about each of the

8    diagnostic criteria and then asking follow-up

9    questions after the youth has responded.

10        Q.   And then when you refer to the goals that

11   the individual has, what do you mean by that?

12        A.   So depending on the treatment plan, it

13   might be what are your goals for therapy, right?

14             Like, what are you hoping to get out of

15   our meetings together?

16             What supports do you need?

17             What would you like to improve?

18             Sometimes it is what are your goals for

19   transition, physical transition?

20             Sometimes it's what are your goals for,

21   you know, helping your family understand you

22   better.  It just depends on what they're being

23   referred to me for.

24        Q.   And I'd like to, in your declaration, go

25   to page 5, paragraph 18.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1          And here you discuss the diagnostic

2  criteria for prepubertal children, right?

3      A.   Yes.

4      Q.   And so you would use this diagnostic

5  criteria for children who are pre-Tanner Stage II;

6  is that right?

7      A.   Tanner Stage II and below, yeah.

8      Q.   And in the first sentence after A, it

9  refers to a "marked incongruence."

10          Do you see that?

11      A.   Yes.

12      Q.   What does the word "marked" mean there?

13      A.   Yeah, so this is direct verbiage from the

14  DSM-5.  But, you know, typically with all of the

15  diagnoses in the DSM, you have to meet criteria,

16  but then there also has to be impairment

17  experience from those symptoms.

18          So typically "marked" means, you know,

19  it's not just there, but it's there and it's

20  causing some sort of difficulty or impairment in

21  daily functioning.

22      Q.   Well, I guess if you look at the bottom

23  of the page with B -- and I understand this is

24  just the DSM criteria in the report, but doesn't B

25  just describe what you just said?

                                          Page 39

Christine Brady, Ph.D. August 31, 2023

1       A.    Yes.

2       Q.    And so you're saying that in A, the word

3    "marked" means B?

4       A.    I think that's part of it.  I mean, I

5    think for me as a clinician, it also means marked

6    as in noted, right?

7             So, you know, and typically -- I should

8    have mentioned earlier that I'm not just

9    conducting a clinical interview with the youth,

10   right?  I'm also talking with caregivers and other

11   adults and getting their observations and views of

12   youths over time, and especially in early

13   childhood when maybe the youth don't remember so

14   well.  And so, you know, marked incongruence could

15   mean like observed or noted.

16      Q.    Okay.  You don't think that that word --

17   whether we pronounce it marked or marked, I

18   sincerely don't know --

19      A.    Sure.

20      Q.    But you don't think that that is

21   suggesting a particular degree of incongruence?

22      A.    Well, I think the criteria below is

23   referencing the degree being strong in many of

24   those criteria.

25      Q.    Can there be an incongruence that isn't

Page 40

1   marked?

2        A.   I mean, there are sometimes incongruence

3   that is not observed by the youth themselves or by

4   parents.  You know, some kids have very low

5   insight and so they might not see it as, you know,

6   an incongruence.

7        Q.   Have you ever had a patient where you've

8   concluded that the patient has an incongruence but

9   it's not marked?

10            MS. NOWLIN-SOHL:  Object to form.

11            THE WITNESS:  I have had youth who don't

12   meet criteria for gender dysphoria.  And that

13   might be a case in which they don't meet criteria.

14        Q.   (BY MR. RAMER)  Okay.  So I take it you

15   don't really think that that word adds much to

16   this diagnosis; is that right?

17            MS. NOWLIN-SOHL:  Object to form.

18            THE WITNESS:  I don't see it as critical,

19   that word.

20        Q.   (BY MR. RAMER)  You don't see it as

21   critical?

22        A.   In determining my diagnosis.

23        Q.   So still in A, the DSM-5 requires at

24   least six-month duration of the incongruence; is

25   that right?

Christine Brady, Ph.D. August 31, 2023

1          A.    Six-month duration consisting of at least

2     six of the criteria below.  So they have to have

3     the six criteria for at least six months, yes.

4          Q.    Yeah, sorry.  And I'm not trying -- we're

5     just going to walk through it.  When I ask

6     specific questions, I don't want -- I'm not

7     implying that you're over-focused on that when

8     you're doing the diagnoses.

9               But with respect to the six-month

10    duration, why is that a requirement?

11              MS. NOWLIN-SOHL:  Object to form;

12    foundation.

13              THE WITNESS:  So the duration component

14    is also very common in other diagnoses within the

15    DSM.  And typically it's to establish some sort of

16    pattern and stability in the symptoms.

17         Q.    (BY MR. RAMER)  And so here, this would

18    be establishing stability of the incongruence; is

19    that right?

20         A.    Yes.

21         Q.    And so if there were only five months'

22    duration of incongruence, that incongruence may be

23    unstable?

24              MS. NOWLIN-SOHL:  Object to form;

25    mischaracterizes testimony.

Page 42

```
 1                 THE WITNESS:  They would just be
 2     subclinical and not meet criteria for gender
 3     dysphoria at this moment in time.
 4          Q.  (BY MR. RAMER)  What do you mean by
 5     "subclinical"?
 6          A.   So they might meet some of the criteria
 7     but not all the criteria.
 8          Q.   And I think let's go to page 12 of your
 9     declaration, paragraph 35.  I think this might be
10     what you were referring to.  I just want to
11     confirm.
12                 The final sentence of paragraph 35 -- and
13     I'll just read it and ask if I read it correctly.
14                 It says "Some patients who are evaluated
15     do not meet the criteria for gender dysphoria
16     either due to symptom length or lack of symptoms,
17     in which case a treatment plan may include
18     nonmedical support and intervention to address
19     symptoms/distress."
20                 Did I read that correctly?
21          A.   Yes.
22          Q.   And here you refer to symptom length.
23                 Is that what we were just talking about?
24          A.   The six-month duration, yes.
25          Q.   Do you think a six-month duration is a
```

Page 43

Christine Brady, Ph.D. August 31, 2023

1   good idea?

2         MS. NOWLIN-SOHL:  Object to form.

3         THE WITNESS:  I think having a duration

4   criteria is helpful.  I know there was a task

5   force put together for DSM-5 for revisiting gender

6   dysphoria diagnosis, and that criterion was based

7   on research.

8       Q.   (BY MR. RAMER)  The six-month number was

9   based on research?

10       A.   Yes.

11       Q.   And you refer here to nonmedical support

12   and intervention.

13         Do you see that?

14       A.   Yes.

15       Q.   And could you just explain what you mean

16   by that?

17       A.   So again, you know, it might be my choice

18   in terms, but typically that might include

19   education, psychoeducation.

20         It might include working with parents on

21   how to best support their child.

22         It might include social transition or

23   different changes in gender expression.  That can

24   still be supportive for a subclinical

25   gender-diverse patient.

Christine Brady, Ph.D. August 31, 2023

1      Q.    Would it include psychotherapy?

2      A.    If they're in significant distress or if

3  they have other diagnoses.

4      Q.    And how does -- sorry.  Go ahead.

5      A.    I said yes.  I nodded but didn't say yes.

6      Q.    And how does nonmedical support and

7  intervention address symptoms/distress?

8      A.    So sometimes distress is coming from

9  conflict.  So sometimes as a youth is sort of

10  exploring gender or, you know, trying to

11  understand themselves.  They might just have

12  distress from trying to figure that out.

13          Or they might have distress in

14  communicating about what's going on with them to

15  caregivers, adults, peers.

16          They might also be struggling with some

17  symptoms, even though they don't meet full

18  criteria for gender dysphoria.  They might be, you

19  know, experiencing gender distress with those

20  symptoms.

21          So psychotherapy is really aimed at

22  support and also teaching coping skills and

23  managing some of the distress.

24      Q.    So psychotherapy can address

25  symptoms/distress?

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1          MS. NOWLIN-SOHL:  Object to form.

2          THE WITNESS:  It can help to manage them.

3      Q.   (BY MR. RAMER)  So you used the phrase

4  "to address."

5          Am I understanding you think -- or you're

6  using the phrase "to address" to help and manage;

7  is that right?

8      A.   Yes.

9      Q.   Are you distinguishing between helping

10  and managing symptoms/distress and something else?

11      A.   Could you say that again?

12      Q.   Is that different from -- do you consider

13  helping and managing symptoms/distress to be

14  different from treating symptoms/distress?

15      A.   Yes.  So, you know, for -- there is a

16  difference between sort of like managing and

17  alleviating symptoms, and there is a difference

18  between treatment to me.

19          So that distinction being, you know --

20  treatment would seem to suggest that those

21  symptoms might go away.

22          And so I'm more aiming in psychotherapy

23  at alleviating kind of any distress, but not

24  necessarily treating symptoms or making symptoms

25  go away.

Page 46

Christine Brady, Ph.D. August 31, 2023

1      Q.   Do you think medical interventions are

2   treatment?

3      A.   Yes.

4      Q.   So you think medical interventions are

5   distinct from psychotherapy with respect to

6   addressing symptoms and distress?

7           MS. NOWLIN-SOHL:  Object to form.

8           THE WITNESS:  Here we're talking

9   specifically about subclinical -- you know, those

10  who don't meet full criteria for gender dysphoria,

11  in which case we probably wouldn't be considering

12  medical intervention if they didn't have full

13  criteria for gender dysphoria.

14     Q.   (BY MR. RAMER)  Do you use psychotherapy

15  on people who have met the criteria for gender

16  dysphoria?

17     A.   Yes.

18     Q.   And is the psychotherapy in that context

19  a treatment as you use the term?

20     A.   For those who meet full criteria for

21  gender dysphoria, it cannot be a stand-alone

22  treatment.  There is no evidence to suggest that.

23     Q.   When you say "it cannot be a stand-alone

24  treatment," what do you mean by that?

25     A.   So we -- the only evidence we have for

Page 47

Christine Brady, Ph.D. August 31, 2023

1    treating, treating in the sense of truly, like,

2    alleviating the distress and symptoms of gender

3    dysphoria are medical interventions.

4            And so psychotherapy alone isn't

5    sufficient to be able to treat full gender

6    dysphoria.

7        Q.   And so you said we don't have evidence

8    that psychotherapy can be a treatment for gender

9    dysphoria; is that right?

10           MS. NOWLIN-SOHL:   Object to form;

11   mischaracterizes the testimony.

12           THE WITNESS:   That psychotherapy isn't

13   effective treatment of gender dysphoria.

14       Q.   (BY MR. RAMER)  Is there evidence that

15   medical interventions alone are an effective

16   treatment for gender dysphoria?

17       A.   Yes.

18       Q.   What evidence is that?

19       A.   So there are many studies that look at

20   the benefits.  So medical interventions for

21   gender-diverse youth and young adults,

22   specifically that they show improvements in their

23   psychological functioning like depression and

24   anxiety, as well as reductions in their symptoms

25   of gender dysphoria.

Page 48

Christine Brady, Ph.D. August 31, 2023

 1        Q.   And those studies look at medical
 2    interventions alone?
 3        A.   Sorry, I'm thinking.  I would have to --
 4    I'm not sure if it's looking -- if it controls for
 5    receiving therapy or not.
 6        Q.   Do you know if there is any study that
 7    controls for receiving therapy that shows a
 8    benefit?
 9             MS. NOWLIN-SOHL:  Object to form.
10             THE WITNESS:  I think those studies are
11    hard to conduct, and so I don't -- I don't know if
12    there's one that looks at medical as stand-alone.
13             MR. RAMER:  We've been going almost an
14    hour.  I don't know, would this be a good time for
15    a short break?
16             MS. NOWLIN-SOHL:  Yeah, that sounds good.
17             MR. RAMER:  Do you want to just take five
18    since we've got the kind of longer break later?
19             MS. NOWLIN-SOHL:  Yeah.
20             MR. RAMER:  Okay.  So we'll do 10 after
21    the hour.
22             THE WITNESS:  Okay.  Thanks.
23             THE VIDEOGRAPHER:  Okay.  So the time is
24    11:05 a.m. Mountain time, and we are off the
25    record.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

```
 1              (Break taken from 11:05 a.m. to 11:11 a.m.)
 2              THE VIDEOGRAPHER:  All right.  So we are
 3     recording.  The time is 11:11 a.m. Mountain time,
 4     and we are back on the record.
 5        Q.   (BY MR. RAMER)  Dr. Brady, I'd like to go
 6     to page 5 in your declaration, back to paragraph
 7     18, and specifically going down to what I'll call
 8     subparagraph 6.
 9              And my question is what are typically
10     masculine toys?
11        A.   Yeah.  So the criteria are still not
12     perfect, but, you know, what DSM is trying to
13     achieve here, you know, is things that people
14     stereotypically still think of as masculine or
15     feminine.
16              And so in the case of masculine toys
17     might be more like sports, trucks, things of that
18     nature versus girls being more, like, dolls,
19     crafts, things like that.
20        Q.   So you said sports are typically
21     masculine.  I guess you'd say activities?
22        A.   Yes.
23        Q.   And you said crafts are typically -- what
24     are you saying about crafts?
25        A.   So again, these are just stereotypes of
```

Page 50

```
 1    how parents might view toys.  So crafts in that
 2    case might be more typically associated with
 3    females.
 4        Q.   And so if I understand your answer, if a
 5    girl -- no, I'm sorry.
 6            If a boy has a strong rejection in
 7    sports, that's an indication that the boy may have
 8    gender dysphoria?
 9            MS. NOWLIN-SOHL:  Object to form;
10    mischaracterizes testimony.
11            Sorry to interrupt.  Real quick, did we
12    lose Amy?
13            (Discussion held off the record.)
14            THE WITNESS:  So one of the important
15    things about the diagnosis of gender dysphoria in
16    childhood is that you need six of the criteria.
17    And so that stand-alone criteria, no, would not
18    indicate that necessarily somebody is transgender
19    or gender dysphoria.
20        Q.   (BY MR. RAMER)  Right.  My question was
21    not whether that standing alone --
22            My question was whether under the DSM-5,
23    if a boy has a strong rejection of sports, that
24    would indicate the boy potentially has gender
25    dysphoria; is that right?
```

Page 51

```
 1              MS. NOWLIN-SOHL:  Object to form.
 2              THE WITNESS:  So clinically, I would want
 3     to see more than just one sort of rejection and
 4     activity and then, of course, have to look at all
 5     the other criteria together.
 6              However, if the designated male is kind
 7     of rejecting all masculine activities, then that
 8     is certainly something of interest.
 9         Q.   (BY MR. RAMER)  Then what are some other
10     masculine activities?
11         A.   So it might be things like
12     rough-and-tumble play.
13              It might be things like, you know, again,
14     like trucks, construction, stereotypical things
15     like that.
16              It might be even, you know, gravitating
17     towards wanting to play with other girls and not
18     wanting to play with boys.
19         Q.   Well, that last one, that's in
20     subparagraph 5, right?
21         A.   Yes.
22         Q.   And so I'm asking specifically about
23     subparagraph 6 where we're referring to typically
24     masculine activities.
25              And I thought you had said a strong
```

Page 52

Christine Brady, Ph.D. August 31, 2023

1   rejection of one, like sports, may not be enough,

2   but a rejection of all typically masculine

3   activities may be something you take into account.

4           And my question was simply this, which is

5   in addition to sports and I believe you said

6   rough-and-tumble play, what are some other

7   typically masculine activities?

8           MS. NOWLIN-SOHL:  Object to form; asked

9   and answered.

10          THE WITNESS:  It might be even things

11   that are marketed towards boys.  So, for example,

12   a toy that's in the store and in the typically

13   kind of boy aisle, you know, youth might say, "I

14   don't want that because that's for boys."

15          Q.   (BY MR. RAMER)  What is the boy aisle of

16   a store?

17          A.   So toys are typically marketed for either

18   boys or girls.  So if you go to a Target or any

19   other store, you might notice that some aisles are

20   predominately pink and purple still and other

21   aisles are predominately blue and black and red.

22   And those are, you know, stereotypically where

23   they place boys' and girls' toys.

24          Q.   What's the significance of pink and

25   purple?

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1        A.    So these are colors that are typically

2    associated with girls.   Marketing has shown that

3    girls have a preference for those colors.

4        Q.    Do you have expertise in marketing?

5        A.    No.

6        Q.    And so what are typically feminine

7    activities?

8        A.    On the flip side of our boys examples, it

9    might be, you know, toys that are marketed towards

10   girls.   They might have a rejection of those toys,

11   dolls, you know, games and activities, like I

12   said, like art or crafts, cooking, you know,

13   playing house, these kinds of things.

14       Q.    Did you say art is a typically feminine

15   activity?

16            MS. NOWLIN-SOHL:   Object to form;

17   mischaracterizes testimony.

18            THE WITNESS:   This isn't my -- what I

19   believe to be typical, but this is just what

20   society tends to view as feminine and masculine

21   activities.

22       Q.    (BY MR. RAMER)   But, Doctor, aren't you

23   the one who diagnoses individuals with the DSM-5

24   criteria?

25            MS. NOWLIN-SOHL:   Object to form.

Page 54

Christine Brady, Ph.D. August 31, 2023

1              THE WITNESS:  I do diagnose gender

2      dysphoria, yes.

3          Q.   (BY MR. RAMER)  Do you use the DSM-5

4      criteria?

5          A.   Yes.

6          Q.   And does the DSM-5 criteria for

7      prepubertal children discuss typically feminine

8      activities?

9          A.   Yes.

10         Q.   And I'm asking you when you're doing the

11     diagnosis and reading the DSM-5, where it says

12     "typically feminine activities," what are those?

13     And I'm just confirming what your answer was.

14              Did you say that art was a typically

15     feminine activity?

16              MS. NOWLIN-SOHL:  Object to form.

17              THE WITNESS:  It can be.  So a lot of

18     times these -- this criteria in particular and

19     these activities are not judged or determined by

20     me, but are, you know, kind of determined by the

21     family and also the youth themselves.  So it's

22     more important if a youth sees something as

23     feminine or masculine.

24         Q.   (BY MR. RAMER)  I'm sorry.  The criteria

25     in the DSM-5 are determined by the youth or the

Page 55

1   families themselves?  Is that what you said?

2         MS. NOWLIN-SOHL:  Object to form;

3   mischaracterizes testimony.

4         THE WITNESS:  The judgment of whether or

5   not something is considered to be masculine or

6   feminine is more often determined by the youth and

7   family.  But whether or not they're rejecting of

8   that is determined by me.

9         Q.   (BY MR. RAMER)  You said "more often."

10  Does that mean not always?

11        A.   I mean, I guess, yeah.  I mean not

12  always.

13        Q.   And just -- I want to understand that

14  answer, which is you were saying the families and

15  the individuals determine what is a typically

16  masculine activity within the meaning of the

17  DSM-5, and then you determine whether there is a

18  strong rejection of that?

19        MS. NOWLIN-SOHL:  Object to form;

20  mischaracterizes testimony.

21        THE WITNESS:  So if a youth is saying,

22  "Dr. Brady, I don't like this toy or I don't like

23  this activity because that's a boy activity or

24  because that's what girls do and I'm not a girl or

25  I'm not a boy," whether or not that activity or

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Christine Brady, Ph.D. August 31, 2023

```
1    that toy is typically or stereotypically seen as
2    boy or girl is less important than the youth
3    viewing that as being a boy or a girl activity.
4         Q.   (BY MR. RAMER)  So I think -- am I wrong
5    in thinking that what you just described is in
6    subparagraph 4 on this page?
7         A.   So it's the reverse of item 6, so
8    rejecting of one thing but the liking of other
9    things.
10        Q.   And so your testimony is that when the
11   DSM-5 says typically masculine toys, it is not up
12   to the medical provider to be determining what are
13   typically masculine toys?  Is that what you're
14   saying?
15            MS. NOWLIN-SOHL:  Object to form;
16   mischaracterizes testimony.
17            THE WITNESS:  I'm not sure how to answer
18   your question because it's just that what is
19   considered typical is sort of subjective and
20   constantly evolving.  So that's why I rely more on
21   whether our youth sees that or categorizes that.
22   Because what one youth feels is girl things might
23   not be true for another youth.
24        Q.   (BY MR. RAMER)  Do you use these criteria
25   to diagnose patients?
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Christine Brady, Ph.D. August 31, 2023

1    A.    Yes.

2    Q.    And do you ensure that the marketing

3  congruence is manifested by at least six of the

4  criteria?

5    A.    Yes.

6    Q.    Have you ever had a patient in which

7  you've seen a strong rejection of typically

8  masculine toys?

9    A.    Yes.

10    Q.    What were the toys?

11    A.    So in some cases it could be any toy

12  that's just the color blue because the, you know,

13  youth felt that blue was a stereotypical male

14  color and they were very rejecting of blue.  So it

15  could have been any toy that just happened to be

16  the color blue.

17         In other cases it has been, you know,

18  things like, you know, light cars and trucks.

19  Again, the youth felt that that was a boy thing

20  and so they didn't want to necessarily play with

21  those and were rejecting of those kinds of toys.

22         And then for criterion 4, preferred,

23  sometimes the other gender toys like those.

24    Q.    Am I wrong in thinking that you seem to

25  be boiling everything down to the criterion in

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

```
 1   subparagraph 1?
 2            MS. NOWLIN-SOHL:  Object to form;
 3   argumentative.
 4            THE WITNESS:  Can you state that again?
 5       Q.   (BY MR. RAMER)  I guess it just seems
 6   like the way you're interpreting these criteria is
 7   that in the end, what really matters is a strong
 8   desire to be of the other gender, which is
 9   criterion A1.
10            MS. NOWLIN-SOHL:  Object to form.  Oh,
11   sorry.
12            MR. RAMER:  It's all right.
13       Q.   (BY MR. RAMER)  I guess I'll just leave
14   it there and ask, is that wrong?
15            MS. NOWLIN-SOHL:  Object to form;
16   argumentative, mischaracterizes testimony.
17            THE WITNESS:  So the way I interpret the
18   criteria -- you know, somebody could very much
19   have criterion 6 in my example of, you know, I
20   don't like blue things because I typically see
21   them as boy things.  But they might not feel not
22   boy.  Like, they might not have criterion 1.
23            It might just be, I don't like these
24   things because they're boy things, but they still
25   identify as a boy.  So I see them as separate.
```

Page 59

Christine Brady, Ph.D. August 31, 2023

1        Q.   (BY MR. RAMER)  Okay.  And just to

2   confirm, you -- when you are diagnosing

3   individuals under this part of the DSM-5, you do

4   not determine what a typically masculine toy,

5   game, or activity is; is that correct?

6             MS. NOWLIN-SOHL:  Object to form; asked

7   and answered.

8             THE WITNESS:  It's never needed to

9   happen.  I mean, most of my patients will say, "I

10   don't like this," for this reason.  And so my

11   judgment of whether or not that's a typical boy or

12   girl thing doesn't matter.

13       Q.   (BY MR. RAMER)  And so it's true that you

14   do not determine what a typically masculine toy,

15   game, or activity is when diagnosing individuals

16   under this part of the DSM-5; is that right?

17             MS. NOWLIN-SOHL:  Object to form; asked

18   and answered.

19             THE WITNESS:  I can, but I don't need to

20   in most cases.

21       Q.   (BY MR. RAMER)  You can what?

22       A.   I can determine if something is, in my

23   opinion, typically masculine or feminine, but I

24   don't need to in most cases because the youth and

25   the family are able to determine that within their

Page 60

1   own, you know, culture, within the family of

2   what's -- you know, every family has different

3   ideas of what gender things are.

4        Q.   Okay.  And my questions are now about

5   what you deem typically masculine or feminine,

6   which you said you can do, correct?

7        A.   Yes.

8        Q.   Okay.  What do you deem typically

9   masculine toys apart from trucks or blue things?

10           MS. NOWLIN-SOHL:  Object to form; asked

11  and answered.

12           THE WITNESS:  I guess in my mind, I might

13  think about, again, cars, construction-type toys,

14  building-type toys, activities like sports, like

15  scouts.

16       Q.   (BY MR. RAMER)  What about a soccer ball?

17           MS. NOWLIN-SOHL:  Object to form.

18           THE WITNESS:  So again, this is difficult

19  because of course, you know, I believe that a ball

20  is a ball and anybody can play with a ball.

21           But if a youth is saying, "I do not want

22  to play with this specifically because I associate

23  it with boy," then it becomes -- it meets that

24  criterion.

25       Q.   (BY MR. RAMER)  I understand that part of

Page 61

1   your answer, but we had also just been discussing

2   how you also can make the determination of what is

3   a typically masculine toy.

4           And my question is do you deem a soccer

5   ball a typically masculine toy?

6           MS. NOWLIN-SOHL:  Object to form; asked

7   and answered.

8           THE WITNESS:  It could be.

9       Q.   (BY MR. RAMER)  What does it depend on?

10      A.   Again, so there might be situations in

11  which a child is rejecting toys, but it might be

12  for non-gendered reasons, and then there's going

13  to be times where it's for gendered reasons.

14          So if they're rejecting the soccer ball

15  because they just don't like physical activity,

16  that's not relevant to me or my diagnosis.

17          But if they're rejecting the ball because

18  they are associating it with a boy, then it is

19  relevant to me.

20      Q.   Okay.  What is rough-and-tumble play?

21      A.   Typically that's categorized as sort of,

22  like, horseplay, like wrestling.  Kind of, you

23  know, more physical forms of play.

24      Q.   And why is that typically masculine?

25      A.   So there's studies looking at types of

Page 62

Christine Brady, Ph.D. August 31, 2023

1   play in early childhood between the designated

2   sexes, and rough-and-tumble play is more

3   characteristic of designated males.

4       Q.   Have you read those studies?

5       A.   Yes.

6       Q.   Can you name any of them?

7       A.   Not off the top of my head.

8       Q.   Moving up to 3 here, it refers to

9   cross-gender roles in make-believe play.

10           What does that mean?

11      A.   So, for example, if kids are playing

12  house, if a designated male wants to be the mom in

13  that scenario or if the designated female wants to

14  be the dad in that scenario.

15      Q.   And then in 2, it refers to typical

16  masculine clothing.

17           What is typical masculine clothing?

18      A.   So this might be being -- it's easier to

19  discuss this criterion in terms of formal wear.

20  So it might be, you know, having to attend a

21  wedding and having to wear, you know, pants,

22  button-up shirt, tie, jacket.

23      Q.   That's what criterion A2 is referring to

24  when it talks about -- sorry.  I'll just ask the

25  question and then I assume Li will object and then

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

```
 1    you can have an opportunity to answer.
 2              But criterion A2, when it refers to
 3    "typical masculine clothing," is referring to
 4    formal wear?
 5              MS. NOWLIN-SOHL:  Object to form;
 6    mischaracterizes the testimony.
 7              THE WITNESS:  Not only, but it is a way
 8    to assess for that.
 9         Q.   (BY MR. RAMER)  What else is it referring
10    to if it's not only referring to formal wear?
11         A.   So typical masculine clothing, again,
12    might just be a button-up shirt.  It might be,
13    again, the color of that clothing, regardless of
14    what type of clothing it is.
15         Q.   And with blue, black, and red being the
16    masculine colors; is that right?
17              MS. NOWLIN-SOHL:  Object to form;
18    mischaracterizes testimony.
19              THE WITNESS:  Commonly, those might be
20    some of the colors.
21         Q.   (BY MR. RAMER)  What are some other ones?
22         A.   It could -- so again, I -- it depends on
23    what a youth views to be the colors that are
24    associated with masculine versus the colors that
25    are associated with feminine.
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Christine Brady, Ph.D. August 31, 2023

1        Q.    Okay.  Let's go to the next page.  And
2   this is the DSM-5 diagnostic criteria for
3   adolescents and adults; is that right?
4        A.    Yes.
5        Q.    And down in 6, so criterion A6, it refers
6   to typical feelings and reactions of the other
7   gender.
8              Do you see that?
9        A.    Yes.
10       Q.    What are the typical feelings of the
11  female gender?
12             MS. NOWLIN-SOHL:  Object to form.
13             THE WITNESS:  So this criterion is trying
14  to get at what people might consider to be typical
15  responses emotionally or behaviorally to certain
16  situations.
17             So, for example, a designated male who's
18  feminine in identifying might feel that their
19  emotional responses are more consistent with those
20  of other girls rather than their designated sex.
21       Q.    (BY MR. RAMER)  How would emotional
22  responses be more typical of other girls?
23       A.    So stereotypically women might -- and
24  girls might respond to things with more sadness
25  rather than irritability or anger.

Page 65

Christine Brady, Ph.D. August 31, 2023

```
 1        Q.   Are you saying girls might respond to
 2   things with more sadness rather than irritability
 3   or anger than boys would?
 4        A.   Stereotypically that's what people
 5   believe, yeah.
 6        Q.   Is it fair to say a diagnosis under the
 7   DSM-5 turns on stereotypes?
 8             MS. NOWLIN-SOHL:  Object to form.
 9             THE WITNESS:  So again, you know, this
10   criterion is really looking at not only do they
11   have these feelings and reactions, but the
12   patients themselves have a strong conviction that
13   those reactions are more typical of the gender
14   that they are identifying as.
15        Q.   (BY MR. RAMER)  But you were referring to
16   how this is stereotypical feelings and reactions,
17   right?
18             MS. NOWLIN-SOHL:  Objection;
19   argumentative.
20             THE WITNESS:  Can you ask that again?
21        Q.   (BY MR. RAMER)  We'll move on.
22        A.   Okay.
23        Q.   In 6, in the parenthetical, it refers to
24   some alternative gender different from one's
25   assigned gender.
```

Page 66

Christine Brady, Ph.D. August 31, 2023

1          Do you see that?

2     A.    Yes.

3     Q.    And what is that referring to?

4     A.    So the parentheses are trying to be

5  inclusive to the range of gender identities.  So

6  before the parentheses, it says "other gender,"

7  which means that, you know, you're born one and

8  then there's one other gender that you could

9  identify with.

10          And so the parentheses are to indicate

11  there's more than just the one gender on the other

12  side.  It doesn't have to be the open side of your

13  designated sex.

14     Q.    So what is on the other side apart from

15  the opposite of your designated sex?

16          MS. NOWLIN-SOHL:  Object to form.

17          THE WITNESS:  So it may be nonbinary or

18  agender or gender-fluid.

19     Q.    (BY MR. RAMER)  I heard "nonbinary" and I

20  heard "gender-fluid."

21          Did you say something in between?  I just

22  didn't hear it.

23     A.    Agender.

24     Q.    What is agender?

25     A.    So this is a label that some individuals

Page 67

1   used -- use to define a gender that -- people use

2   it in different ways, but most commonly it's used

3   to sort of describe feeling as though you have a

4   gender that maybe can't -- there's no label to it.

5   It's sort of like its own, you know, thing -- it's

6   its own, like, gender.  It's, like, unique to me,

7   so I'm kind of agender.

8           Others have used it to say that, you

9   know, I don't necessarily want to be defined by my

10  gender so I'm -- it's typically just sort of an

11  androgenous, nonbinary subcategory.

12      Q.   And you said there how different people

13  might use the term.

14          How do you use the term?

15      A.   So my -- how am I using it today or how

16  do I use it clinically?

17      Q.   Do both.

18      A.   In the case of just my comment earlier, I

19  was kind of just using it as an example on another

20  gender label that people sometimes use.

21  Clinically I use it sort of interchangeably with

22  nonbinary.

23      Q.   What are the typical feelings and

24  reactions of the nonbinary gender?

25      A.   So I assume you're referring to

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Christine Brady, Ph.D. August 31, 2023

1    criterion 6?

2         Q.   Sorry, yes, still on 6.

3         A.   Okay.  So the typical feelings and

4    reactions -- I mean, in this case, it's kind of

5    saying that I have reactions and feelings that are

6    not consistent with my designated sex.

7         Q.   Apart from an individual just saying that

8    to you, is there any other way you determine

9    whether A6 is satisfied?

10        A.   With all the criterion, I do want

11   examples of how that has played out, you know, in

12   a person's life.  Certainly also getting examples

13   from caregivers about how they've seen that

14   externally and behaviorally.

15             So it's not just a yes, I feel that way.

16   It's a yes, and here are some examples of that.

17        Q.   Why do you ask for or require examples?

18        A.   So that's true of any diagnosis in the

19   DSM.  We always want to confirm with examples to

20   help really, you know, fill out that diagnosis to

21   ensure that that is an accurate report.  So we

22   don't just rely on someone's self-report of saying

23   yes or no, I have this.  We want to also have an

24   example to be able to determine for ourselves yes

25   or no, you have this.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

```
1        Q.   So what's an example, then, of a typical
2   feeling and reaction of somebody who's nonbinary?
3        A.   So again, a nonbinary person might
4   report -- let's say they're designated male.  So a
5   designated male is in a situation, and it is
6   stressful, and they believe that, you know, most
7   guys or most other teens their age would respond
8   with -- in this way.  So let's say, you know, most
9   people who are designated male who are my age
10  would respond by yelling or, you know, getting
11  upset and, like, going off on a person.
12            But I don't react that way.  I, you know,
13  want to cry, or I want to withdraw or, you know, I
14  don't want to -- I feel like the way that I
15  respond to those types of situations isn't
16  consistent with how other boys, you know -- how
17  boys my age react.
18       Q.   So if adolescent who was, in your words,
19  designated male said, "I don't want to respond by
20  yelling or getting upset or going off on a
21  person," would that individual have satisfied A6?
22            MS. NOWLIN-SOHL:  Object to form.
23            THE WITNESS:  I expect more than one
24  example, and so, no, that wouldn't be sufficient
25  enough.  I would need more examples to be able to
```

Page 70

Christine Brady, Ph.D. August 31, 2023

1   understand that better.

2        Q.   (BY MR. RAMER)  But that is an example?

3        A.   It is an example.

4        Q.   I'd like to turn to -- in your

5   declaration to paragraph 12, page 3, paragraph 12.

6             And I guess not asking a question about

7   anything in the text, but just asking you, what

8   does it mean to be transgender?

9        A.   Transgender is an umbrella term to

10  describe people whose designated sex and gender

11  identity are not congruent.

12       Q.   Can an individual be transgender without

13  having gender dysphoria?

14       A.   Yes.

15       Q.   So I think I understand the phrase

16  "umbrella term," but is being transgender

17  different from being gender-diverse?

18       A.   So often the terms are used pretty

19  interchangeably.  Gender-diverse is just another

20  umbrella term that some people prefer to use.

21  And, you know, people's taxonomy in terms of

22  vocabulary are a little bit different.

23            So I, you know, tend to prefer

24  gender-diverse to be a little more inclusive of

25  the range of possible identities and whether or

Page 71

1    not they have gender dysphoria, but some people

2    use "transgender" as the umbrella term.

3         Q.   So is gender-diverse your umbrella term?

4         A.   Yeah.

5         Q.   And so an individual can be

6    gender-diverse but not be transgender?

7         A.   Correct.

8         Q.   Can a gender-diverse individual who is

9    not transgender be diagnosed with gender

10   dysphoria?

11        A.   Yes.

12        Q.   And so a gender-diverse individual who is

13   not transgender may receive puberty blockers and

14   cross-sex hormones to treat that gender dysphoria,

15   correct?

16             MS. NOWLIN-SOHL:  Object to form.

17             THE WITNESS:  They could.

18        Q.   (BY MR. RAMER)  Is gender-diverse

19   different from gender-nonconforming?

20        A.   So again, sometimes those terms can be

21   used interchangeably.

22        Q.   How do you use them?

23        A.   I use them interchangeably.

24        Q.   So, sorry.  Just so I can confirm, so you

25   view the term "gender-diverse" to mean the exact

                                          Page 72

1   same thing as gender-nonconforming; is that right?

2       A.   Yes.

3       Q.   Okay.  In your declaration, paragraph --

4   page 3, same paragraph we're on, paragraph 13,

5   first sentence, I'm just going to read it, and my

6   first question will be whether I read it

7   correctly.

8            It says "Gender identity is a person's

9   core internal sense of gender such as male or

10  female."

11           Did I read that correctly?

12      A.   Yes.

13      Q.   And when you say "internal," what do you

14  mean by that?

15      A.   Internal meaning within one's self.

16      Q.   Is an internal sense located somewhere

17  internally?

18           MS. NOWLIN-SOHL:  Object to form.

19           THE WITNESS:  I'm not sure what that

20  means.

21      Q.   (BY MR. RAMER)  Is this sense you're

22  referring to, is it, like, in an individual's

23  brain?

24           MS. NOWLIN-SOHL:  Object to form.

25           THE WITNESS:  So not necessarily, like,

                                    Page 73

Christine Brady, Ph.D. August 31, 2023

1    located in a specific part of the brain or a

2    specific part of the body, but it does involve

3    thoughts and feelings, in which case the brain is

4    involved.

5        Q.   (BY MR. RAMER)  Do you think a core

6    internal sense could be described as a strongly

7    held belief?

8            MS. NOWLIN-SOHL:  Object to form.

9            THE WITNESS:  Some may consider it to be

10   a belief, yes.

11       Q.   (BY MR. RAMER)  I'm asking you if you

12   think a core internal sense can be described as a

13   strongly held belief.

14           MS. NOWLIN-SOHL:  Object to form.

15           THE WITNESS:  Sure.  Yeah.

16       Q.   (BY MR. RAMER)  Is the core internal

17   sense of gender biological?

18       A.   There are some studies that indicate that

19   there might be a biological component.

20       Q.   In your opinion is it biological?

21           MS. NOWLIN-SOHL:  Object to form.

22           THE WITNESS:  I think it's a combination

23   of a lot of things, biology being one.

24       Q.   (BY MR. RAMER)  What else?

25       A.   So it's biological, cultural, societal.

Page 74

Christine Brady, Ph.D. August 31, 2023

```
1        Q.    Sorry.  Were you still going?
2        A.    No.
3        Q.    Oh.  The last two, cultural and societal,
4   is it fair to label those as something external to
5   the person?
6              MS. NOWLIN-SOHL:  Object to form.
7              THE WITNESS:  Not necessarily.  I
8   think -- I wouldn't want to categorize it as
9   external or internal because I think it can be
10  both.  Once something is present enough, it
11  becomes internalized.
12       Q.    (BY MR. RAMER)  But what is being
13  internalized?  Something -- let me rephrase that.
14             The thing that is being internalized in
15  the situation you just described is something that
16  was previously external to the individual,
17  correct?
18             MS. NOWLIN-SOHL:  Object to form.
19             THE WITNESS:  There are some theories in
20  psychology that look at how something can be so
21  ingrained in a culture that it is just, like,
22  innately known.  And so it's something that is
23  internalized even before, like, knowing that it
24  is --
25             So, for example, archetypes and myths.
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Christine Brady, Ph.D. August 31, 2023

```
1    So myths have a very common structure across
2    cultures and across time, and so they're -- and
3    then there's just some innate knowledge that we
4    all have that mishap this structure, but it's not
5    something necessarily that we were aware of.  But
6    that's something that is external and then becomes
7    somewhat internalized.
8         Q.   (BY MR. RAMER)  Do you see a distinction
9    between something that is cultural and societal
10   and something that is biological?
11             MS. NOWLIN-SOHL:  Object to form.
12             THE WITNESS:  I'm not sure.
13        Q.   (BY MR. RAMER)  You're not sure that you
14   see a distinction between -- if I describe
15   something as a biological factor or a cultural
16   and -- excuse me.  Start again.
17             If I describe something as a biological
18   factor and I describe something else as a cultural
19   or societal factor, you do not see a distinction
20   between those two categories?
21             MS. NOWLIN-SOHL:  Object to form.
22             THE WITNESS:  If you presented it to me
23   that way, yes, I would.
24        Q.   (BY MR. RAMER)  Okay.  And what is that
25   distinction?
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

1      A.   So biological components or variables

2   being something that, I guess, is like organic in

3   nature.  It's, like, physical, you know, like

4   within the physical body, has a physical

5   manifestation.

6      Q.   And are you implying that the others do

7   not have that bodily physical manifestation?

8      A.   Yes.

9      Q.   So in that same sentence, you say "core

10  internal sense."

11          And my question is, are there internal

12  senses that are not core?

13     A.   Yeah.  Identity is multi-faceted.  And

14  there are some aspects that are not core to one's

15  self.

16          And there are also internal senses that

17  again are not core to one's self.  You know, for

18  example, like if I have a feeling, that doesn't

19  necessarily define who I am.  It's just a feeling.

20     Q.   What distinguishes a core internal sense

21  from a feeling or non-core internal sense?

22     A.   So something that's at somebody's core

23  really defines them in every aspect of their life.

24  So it's kind of cross-cutting in that way and is

25  essential to how they define themselves.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Christine Brady, Ph.D. August 31, 2023

1     Q.   Can you give me any other examples of a
2  core internal sense other than gender?
3     A.   So I strongly identify as a psychologist.
4  And that is an important part of my identity and
5  who I am, so I would consider that to be a core
6  sense of who I am.
7     Q.   Your identity as a psychologist is a core
8  internal sense of yours?
9     A.   Yes.
10     Q.   Do you have any other examples?
11     A.   So people might -- of course, sense of
12  self might be, you know, related to other than
13  their profession, might be, you know, their skill
14  sets, so what a person believes to be their
15  strengths and weaknesses.
16          So, you know, it might be like -- with my
17  teenagers it might be academically, like, I know
18  I'm good at math.  And that is, like, core to who
19  I am.  And I, you know, want to maybe major in
20  math because I know I'm good at that.
21     Q.   When did you begin to identify as a
22  psychologist?
23     A.   So I knew that I wanted to become a
24  psychologist probably when I was 20.
25     Q.   Do you think biological factors

Page 78

1    contributed to that identity?

2              MS. NOWLIN-SOHL:  Object to form;

3    relevance.

4              THE WITNESS:  I think it contributed in

5    some ways in terms of, you know, as I was

6    considering what I wanted to do in my career, I

7    had to consider if I was going to be good at it or

8    not.

9              And I think biologically, I was

10   pre-dispositioned with some strengths that made me

11   well-suited for psychology.

12        Q.   (BY MR. RAMER)  Do you think that

13   cultural factors also contributed to your identity

14   as a psychologist?

15        A.   Not so much.

16        Q.   Do you think societal factors contributed

17   to your identity as a psychologist?

18        A.   No.

19        Q.   Did anything other than biology

20   contribute to your identity as a psychologist?

21             MS. NOWLIN-SOHL:  Object to the form;

22   relevance.

23             THE WITNESS:  Probably my values and

24   what -- how I wanted to contribute.

25        Q.   (BY MR. RAMER)  What do you mean by

                                          Page 79

Christine Brady, Ph.D. August 31, 2023

```
1    "values"?
2        A.   So the values that I hold for wanting to
3    help people led me to a profession where I could
4    help people.
5        Q.   And where do those values come from?
6             MS. NOWLIN-SOHL:  Objection; relevance.
7             THE WITNESS:  I don't know.  Just a
8    self-determined set of values.
9        Q.   (BY MR. RAMER)  Can an individual have a
10   sense of gender that is not a core internal sense
11   of gender?
12       A.   There are some individuals whose gender
13   might not be as relevant or important to them as
14   other individuals.
15       Q.   And in that situation, is their gender
16   identity not a core internal sense of gender?
17            MS. NOWLIN-SOHL:  Object to form.
18            THE WITNESS:  I think it's still
19   definitely an internal sense that everyone has.
20   And it is sort of known for most people.  Whether
21   or not it's core is individualized.
22       Q.   (BY MR. RAMER)  So it may or may not be
23   core in people; is that right?
24       A.   Correct.
25       Q.   How do you determine when it is or is not
```

Page 80

Christine Brady, Ph.D. August 31, 2023

```
 1   core?
 2            MS. NOWLIN-SOHL:  Object to form.
 3            THE WITNESS:  So I would spend time, you
 4   know, understanding just how much of a role that
 5   plays in a person's life and how, you know,
 6   important it is to them and how strongly
 7   identified they are with that.
 8            So, for example -- and maybe a better
 9   example than me as a psychologist is now you have
10   racial identity.  So, you know, I identify as
11   Asian.  Not everybody, you know, who is Asian
12   strongly identifies that way, but that's something
13   that is very important to me.
14       Q.   (BY MR. RAMER)  So gender identity is a
15   core internal sense for people for whom gender
16   identity is very important; is that right?
17            MS. NOWLIN-SOHL:  Object to form;
18   mischaracterizes prior testimony.
19            THE WITNESS:  Could you say that again?
20       Q.   (BY MR. RAMER)  Yeah.  So to determine
21   whether a person's internal sense of gender is
22   core or not, the question is whether that sense of
23   gender is something they care significantly about;
24   is that right?
25            MS. NOWLIN-SOHL:  Object to form;
```

Page 81

1    mischaracterizes prior testimony.

2            THE WITNESS:  I'm sorry.  I'm still not

3    understanding.

4        Q.  (BY MR. RAMER)  So I thought you said

5    that the reason your Asian identity is core for

6    you is that it's something that is very important

7    to you.

8            Am I misremembering that?

9        A.  That's correct.

10       Q.  And my question is to decide whether

11   someone's gender identity is core for them, is the

12   question whether their gender identity is very

13   important to them?

14           MS. NOWLIN-SOHL:  Same objections.

15           THE WITNESS:  Part of the evaluation,

16   yes, is looking at how strongly that part of them

17   falls -- is.

18       Q.  (BY MR. RAMER)  Is what?  Did you finish?

19       A.  That was the end of my sentence.  It

20   wasn't a well-structured sentence, but that was

21   the end.

22       Q.  Let's go to paragraph 14, same page.  And

23   third sentence in this paragraph.  And I'll just

24   read it and ask if I read it correctly.

25           It says "Moreover, gender identity is not

                                                Page 82

1    something that can be voluntarily changed."

2         Did I read that correctly?

3    A.    Yes.

4    Q.    Does an individual's gender identity ever

5    change?

6    A.    It can.

7    Q.    How so?

8    A.    So there are instances where someone's

9    gender identity still might be gender-diverse but

10   fluctuate in terms of the labels they're using or

11   how they choose to categorize themselves.

12        There are other folks who over time do

13   have congruence with their designated sex.

14   Q.    What do you mean by that, "over time they

15   have congruence with their designated sex"?

16   A.    I have some patients who identify as

17   gender-diverse and then later on identify as their

18   designated sex.

19   Q.    And you're saying that that type of

20   change is never voluntary; is that right?

21   A.    Correct.

22   Q.    What do you mean by that?

23   A.    It's not necessarily someone is forcing

24   themselves to identify as a certain identity.  It

25   just, you know, over time evolves in alliance for

Page 83

Christine Brady, Ph.D. August 31, 2023

```
 1    them.
 2         Q.    What causes that change?
 3              MS. NOWLIN-SOHL:  Object to form.
 4              THE WITNESS:  It's pretty individualized,
 5    so, you know, I think sometimes it's through our
 6    work together and exploration that they're able to
 7    understand themselves differently or understand
 8    just their feelings differently.
 9         Q.    (BY MR. RAMER)  By "work together," do
10    you mean psychotherapy?
11         A.    Yes.
12         Q.    Are you familiar with the term
13    exploratory therapy?
14         A.    Yes.
15         Q.    What is your understanding of that term?
16         A.    My understanding is creating a safe
17    environment and a safe place for young people to,
18    you know, just express their thoughts and feelings
19    regarding gender and to have a therapist sort of
20    facilitate that exploration process by asking
21    questions or probing further and being a sounding
22    board for those ideas.
23         Q.    Just going back to this final sentence in
24    paragraph 14, so are you saying that any change in
25    gender identity is involuntary?
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

```
 1              MS. NOWLIN-SOHL:  Object to form;
 2     mischaracterizes prior testimony.
 3              THE WITNESS:  I guess I think of
 4     voluntary as conscious and intentional versus just
 5     the natural course of the development of someone's
 6     identity.
 7         Q.   (BY MR. RAMER)  What alters the course of
 8     someone's gender identity?
 9              MS. NOWLIN-SOHL:  Object to form.
10              THE WITNESS:  Again, individualized, but
11     in some cases it might be -- it might be
12     understanding more about gender diversity and the
13     spectrum of gender diversity.
14              It might be with regards to learning new
15     information about themselves that they didn't have
16     before.  I'll stop there.
17         Q.   (BY MR. RAMER)  Anything else?
18         A.   Not that I can think of.
19         Q.   Have you ever heard gender described as a
20     spectrum?
21         A.   Yes.
22         Q.   Do you think gender is a spectrum?
23         A.   Yes.
24         Q.   And can you just explain what you mean by
25     that?
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

1        A.   So gender -- there are lots of ways for
2   people to kind of describe their gender.   And I
3   think of it as a spectrum from -- in the most
4   simplified way, masculinity to femininity with
5   sort of androgyny being in the middle.
6        Q.   Can an individual who I would call a
7   natal male, you would say assigned male at birth,
8   have a gender identity that is more masculine than
9   the individual's body?
10             MS. NOWLIN-SOHL:  Object to form.
11             THE WITNESS:  I was confused by that.
12   Could you say that again?
13        Q.   (BY MR. RAMER)  I guess can you -- what's
14   your definition of gender dysphoria?
15        A.   So meeting criteria for gender dysphoria
16   per the DSM.
17        Q.   And just as a shorthand, if somebody
18   said, "What is gender dysphoria?" -- I mean, I
19   guess we can do it a different way rather than --
20             Let's go back to page -- let's go to
21   page 6 of your declaration.
22             And paragraph 19A refers to the marked
23   incongruence between someone's
24   experience/expressed gender and assigned gender.
25             Do you see that?

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Christine Brady, Ph.D. August 31, 2023

1        A.   Yes.

2        Q.   And in your view, it is not binary?  Or

3    let me rephrase.

4             The gender is not binary, right?

5             MS. NOWLIN-SOHL:  Object to form.

6             THE WITNESS:  Yes.

7        Q.   (BY MR. RAMER)  And could an individual

8    who is assigned male have an experienced or

9    expressed gender that is more masculine than that

10   individual's present gender?

11            MS. NOWLIN-SOHL:  Object to form.

12            THE WITNESS:  So let me just -- I'm going

13   to rephrase and see if I understood this

14   correctly.

15            So a designated male who has gender

16   incongruence but still identifies as male?

17       Q.   (BY MR. RAMER)  Let me ask it a different

18   way, which is does gender incongruence for an

19   individual who is assigned male at birth always

20   involve an incongruence with a more feminine

21   gender identity?

22            MS. NOWLIN-SOHL:  Object to form.

23            THE WITNESS:  I see.  So you're wondering

24   like how far on the spectrum they need to go in

25   order to have gender incongruence?

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Christine Brady, Ph.D. August 31, 2023

1      Q.   (BY MR. RAMER)  I think my question is

2    does it always go one way?

3      A.   Yeah, so I think the oversimplification

4    there -- I mean, there are lots of different ways

5    I could go.  But the oversimplified version is it

6    could be nonbinary, which is not necessarily

7    feminine.  It's just less masculine.

8      Q.   Okay.  We'll take that.

9           Does it always go one way, meaning less

10   masculine?

11          MS. NOWLIN-SOHL:  Object to form.

12          THE WITNESS:  Typically.

13     Q.   (BY MR. RAMER)  Always?

14     A.   Yeah, I can't think of a case in which

15   that hasn't been the direction.

16     Q.   Do you think it's possible for a male

17   assigned at birth to say, "My gender identity is

18   more masculine than what I've been assigned"?

19          MS. NOWLIN-SOHL:  Object to form; calls

20   for speculation.

21          THE WITNESS:  I think it would be

22   difficult to meet the criteria in someone

23   presenting that way.  So that would be hard for me

24   to imagine.

25     Q.   (BY MR. RAMER)  Why would it be difficult

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

 1   to meet the criteria for someone presenting that

 2   way?

 3        A.   Because they -- I can't see how they

 4   would necessarily have distress over that if

 5   their, you know, designated sex and masculinity

 6   are part aligned.

 7        Q.   So it is binary, then, and it's not a

 8   spectrum?

 9             MS. NOWLIN-SOHL:  Object to form;

10   mischaracterizes prior testimony.

11             THE WITNESS:  So again, there's the range

12   of masculinity to femininity.  So it's a spectrum

13   in the sense of it's not just there's one other

14   option here.  There's a wide range of options and

15   a range of identity within the spectrum.

16        Q.   (BY MR. RAMER)  Right.  But the

17   incongruence for an assigned male based on what

18   you're saying seems like it can only go -- it only

19   counts if it goes one direction, which is less

20   masculine than being assigned male.

21             Is that wrong?

22             MS. NOWLIN-SOHL:  Object to form.

23             THE WITNESS:  I think that's correct.

24        Q.   (BY MR. RAMER)  I think you've mentioned

25   the phrase "gender-fluid."

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Christine Brady, Ph.D. August 31, 2023

```
1              Am I remembering --

2              MS. NOWLIN-SOHL:  John, real quick.

3              MR. RAMER:  Yeah.

4              MS. NOWLIN-SOHL:  We've been going for

5    about an hour.  Were you planning to go straight

6    up to the long break, or should we take five

7    minutes?

8              MR. RAMER:  Yeah, let's take five and

9    then come back and then we'll go up until the long

10   break.

11             MS. NOWLIN-SOHL:  Okay.  Sounds good.

12             THE WITNESS:  Thank you.

13             THE VIDEOGRAPHER:  Okay.  So the time is

14   12:14 p.m. Mountain time, and we are off the

15   record.

16        (Break taken from 12:14 p.m. to 12:20 p.m.)

17             THE VIDEOGRAPHER:  All right.  So we are

18   recording.  The time is 12:20 p.m. Mountain time,

19   and we are back on the record.

20        Q.   (BY MR. RAMER)  Dr. Brady, I believe

21   earlier today you may have used the phrase

22   "gender-fluid."

23             Am I remembering that right?

24        A.   Yes.

25        Q.   And can you explain what that means?
```

Page 90

Christine Brady, Ph.D. August 31, 2023

1        A.   So some individuals use this term to

2    describe -- again, if we're talking about the

3    simplified spectrum of masculinity to femininity

4    with androgyny or nonbinary being in the middle,

5    some people fluidly move within that spectrum.

6    Typically the identity isn't shifting, but it's

7    just the expression is what is moving on that

8    spectrum.

9        Q.   What do you mean when you say the

10   identity is not moving but the expression is

11   moving?

12       A.   So typically we separate gender identity

13   and gender expression.  Gender identity being the

14   internal, core sense of what your gender is versus

15   the expression is, again, the external things that

16   people can see, like how you choose to express

17   your internal gender, so clothing, hairstyles,

18   accessories, those sorts of things.

19            So gender-fluid folks sometimes have a

20   stable gender identity, but how they choose to

21   express themselves is more fluid.  So on some days

22   they might gravitate towards more feminine

23   expression or more masculine expression or more

24   androgenous expression.

25       Q.   So does gender-fluid ever -- and correct

Page 91

1  me if I'm wrong, but I think I hear you saying

2  gender-fluid in the context you just described is

3  fluidity in gender expression; is that fair?

4       A.   Yes.

5       Q.   And is there fluidity in any individual's

6  gender identity?

7       A.   For some individuals who define

8  themselves as gender-fluid, there can be also

9  fluctuations in the identity on that spectrum.

10       Q.   So gender fluidity is itself an

11  identification?

12       A.   Yes.

13       Q.   When a patient identifies as

14  gender-fluid, how does that identity manifest

15  itself?

16            MS. NOWLIN-SOHL:  Object to form.

17            THE WITNESS:  So it might present itself

18  in terms of, again, the expressions of wearing

19  different, you know, types of clothing, or

20  sometimes it's using different pronouns on

21  different days, depending on, you know, how

22  they're identifying that particular day.

23       Q.   (BY MR. RAMER)  And sorry.  I just want

24  to make sure I understand gender fluidity, which

25  is -- and maybe it's helpful if I try to use it in

Christine Brady, Ph.D. August 31, 2023

1   a sentence and you tell me if I'm using it wrong,

2   which is a person says, "I am gender-fluid because

3   my gender identity often changes."

4           Based on your understanding of

5   gender-fluidity, is that sentence coherent?

6           MS. NOWLIN-SOHL:  Object to form.

7           THE WITNESS:  The sentence may or may not

8   characterize every person's experience, but you

9   did use it correctly, yes.

10          Q.   (BY MR. RAMER)  Okay.  Maybe an easier

11  way to ask this is if somebody is gender-fluid, is

12  it that their gender identity is changing, or is

13  that there simply is no identity other than the

14  fluidity?

15          A.   So again, it depends.  So for some folks

16  it is that the gender identity is fluid and

17  moving.  For other folks it might just be the

18  expression piece that is fluid and moving.  So it

19  can be used in different ways depending on the

20  individual.

21          Q.   And do you have a particular way that you

22  use it?

23          A.   For us it doesn't necessarily -- you

24  know, the label that people use for their identity

25  doesn't matter as much as -- for me, whether or

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Christine Brady, Ph.D. August 31, 2023

```
 1   not they meet criteria for gender dysphoria.
 2        Q.   Well, I guess you have to determine
 3   whether there is a marked incongruence between
 4   their experience/expressed gender and their
 5   assigned gender, right?
 6             MS. NOWLIN-SOHL:  Object to form.
 7             THE WITNESS:  As part of the criteria,
 8   yeah, it's determinate.
 9        Q.   (BY MR. RAMER)  And so don't you --
10   wouldn't the label be critical to understanding
11   what the individual's experienced/expressed gender
12   is?
13        A.   So the -- I would care more about the
14   description of what that means to them rather than
15   the actual table that they're using.
16        Q.   In your declaration, page 3,
17   paragraph 14, the second sentence -- I'll just
18   read it and ask if I read it correctly.
19             It says "It is an essential part of one's
20   identity and being."
21             Did I read that correctly?
22        A.   Yes.
23        Q.   And the "it" there is referring to gender
24   identity; is that right?
25        A.   Yes.
```

Page 94

Christine Brady, Ph.D. August 31, 2023

```
 1        Q.   With respect to the second sentence, me
 2   saying that gender identity is an essential part
 3   of one's identity and being, what is your
 4   authority for that proposition?
 5        A.   I -- so I believe this to be true because
 6   everybody has a gender identity, and so it's kind
 7   of an essential part of the human condition.
 8        Q.   I mean, don't you think there are other
 9   things that everybody has that are not an
10   essential part of their identity and being?
11             MS. NOWLIN-SOHL:  Object to form;
12   argumentative.
13             THE WITNESS:  Could you give me an
14   example?
15        Q.   (BY MR. RAMER)  I guess how are you using
16   the word "essential"?  Maybe we'll start there.
17        A.   I think essential is to say that -- you
18   know, again, much like race.  My earlier example,
19   much like race, it's something, you know, everyone
20   has a racial identity.  Everyone has a gender
21   identity.  And so it's essential in the sense that
22   everybody has it.
23        Q.   You think race is an essential part of
24   one's identity and being?
25        A.   Yes.
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1      Q.   And now turning to -- still in your

2   declaration -- paragraph 21, which I think is

3   page 7, can you kind of just walk me through what

4   you're explaining in this paragraph?

5      A.   Sure.  So I am discussing sort of the

6   different -- so I'm trying to figure out how to

7   summarize this.

8           So essentially kind of discussing just

9   the persistence of gender identity through

10  development.

11     Q.   And is it fair to say that in this

12  paragraph you are criticizing the study you cite

13  in footnote 4?

14     A.   There are some methodological concerns

15  with citation No. 4, yes.

16     Q.   And what are those methodological

17  concerns?

18     A.   So that study is outdated.  It's rather

19  old.  And so the criteria that were used for

20  inclusion into that study were from DSM-4, gender

21  identity disorder, and the criteria for

22  prepubertal kids was much lower.

23          So DSM-5 has a requirement of six

24  criterion.  DSM-4 had fewer than that.  So based

25  on DSM-5 criterion of gender dysphoria, many of

Page 96

1    the kids in that study would not have been
2    included because they don't meet criteria for
3    gender dysphoria.
4         Q.   And why is that a limitation of the
5    study?
6         A.   Because it overinflates the number of
7    people who no longer identify as gender-diverse.
8         Q.   And then is it fair to say you favorably
9    cite the Olson article in -- that you cite in
10   footnote 5?
11             MS. NOWLIN-SOHL:   Object to form.
12             THE WITNESS:   It addresses some of the
13   limitations of citation 4 in that it is using
14   DSM-5 inclusion criteria.
15        Q.   (BY MR. RAMER)   It is using DSM-5?
16   Sorry, let me rephrase.
17             The Olson article is using DSM-5
18   inclusion criteria?
19        A.   Yes.
20             MR. RAMER:   I've just got about ten
21   minutes.   Let me try and send an exhibit.
22             Okay.   I just hit send.   We shall see
23   when it arrives.
24             Have we gotten the early warning from the
25   phone yet, Li?

                                        Page 97

1           MS. NOWLIN-SOHL:  No, not yet.  Amy, you

2    usually beat me to it.  Have you received it?

3           THE REPORTER:  I did receive it.

4           MS. NOWLIN-SOHL:  Okay.  Then I should be

5    hopefully not too far behind.

6           I still do not have it on either device.

7           Oh, here we go.

8           THE WITNESS:  It was somewhere over

9    Colorado.

10           MS. NOWLIN-SOHL:  Yes.  Okay.

11           MR. RAMER:  Is it pulled up?

12           MS. NOWLIN-SOHL:  Yes.

13           (Deposition Exhibit No. 3 was marked.)

14       Q.   (BY MR. RAMER)  And, Dr. Brady, is this

15    the article you cite in footnote 5?

16       A.   Yes.

17       Q.   And did you read this article before you

18    cited it?

19       A.   Yes.

20       Q.   I'd like to go to page 2, and middle

21    column, the first full paragraph.  And I'll just

22    read the first sentence and ask if I read it

23    correctly.

24           It says "This study did not assess

25    whether participants met criteria for the

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

```
 1    Diagnostic and Statistical Manual of Mental
 2    Disorders, Fifth Edition, diagnosis of gender
 3    dysphoria in children."
 4            Did I read that correctly?
 5        A.   Yes.
 6        Q.   And so did this study assess whether the
 7    participants met the criteria of the DSM-5?
 8        A.   This study did not diagnose them.
 9        Q.   Well, you said "diagnose" there.
10            My question is whether it assessed
11    whether they had been diagnosed under the DSM-5.
12        A.   So they did not do their -- yeah, sorry,
13    I was just scrolling around.  They did not do
14    their own assessment.
15        Q.   But you think this study accounted for
16    whether they were diagnosed under the DSM-5?  Is
17    that what you're saying?
18        A.    I would have to read it more thoroughly,
19    but my understanding is that they did ask, so it
20    was sort of self-reported diagnosis.
21        Q.   Okay.  So you're saying the participants
22    in this study self-reported whether they were
23    diagnosed under the DSM-5?
24            MS. NOWLIN-SOHL:  Object to form;
25    mischaracterizes the testimony.
```

Christine Brady, Ph.D. August 31, 2023

```
1              THE WITNESS:  I believe so.
2         Q.   (BY MR. RAMER)  Do you know where they
3    say that in the article?
4         A.   So I believe that with their recruitment
5    methodology, they were recruiting individuals who
6    had socially transitioned.
7         Q.   Okay.  Sorry.  Can you point me to where
8    in the article it says that the participants
9    reported that they had been diagnosed with gender
10   dysphoria under the DSM-5?
11        A.   Yeah, I cannot point to that in this
12   article right now.  I would have to read it more
13   closely.
14        Q.   If it's not in there, is it fair to say
15   your criticism of the article in footnote 4
16   applies to your criticism of the article in
17   footnote 5?
18              MS. NOWLIN-SOHL:  Object to form.
19              THE WITNESS:  The limitations of
20   citation 4 still stand.  However, you know,
21   citation 5 still has stronger and more rigorous
22   scientific inquiry because it is -- has been done
23   more recently, and is with kids in the United
24   States.
25        Q.   (BY MR. RAMER)  Do you think the article
```

Page 100

Christine Brady, Ph.D. August 31, 2023

```
 1   in footnote 5 is more reliable because it's more
 2   recent and conducted with kids in the United
 3   States?  Is that right?
 4              MS. NOWLIN-SOHL:  Object to form;
 5   mischaracterizes prior testimony.
 6              THE WITNESS:  Compared to citation 4,
 7   yes.
 8        Q.   (BY MR. RAMER)  Why is doing a study with
 9   individuals in the United States more reliable
10   than doing a study with individuals elsewhere?
11        A.   Perhaps not more reliable, but more
12   relevant given that all of my patients live in the
13   United States.
14        Q.   Do you think the experience of
15   individuals in the United States is different from
16   the experience of individuals in Europe?
17              MS. NOWLIN-SOHL:  Object to form.
18              THE WITNESS:  Potentially.
19        Q.   (BY MR. RAMER)  How about with -- do you
20   think their experience -- do you think the
21   experience of individuals in the United States
22   with respect to gender identity is different from
23   the individuals -- let me restart.
24              Do you think the experience of
25   individuals in the United States with respect to
```

Page 101

Christine Brady, Ph.D. August 31, 2023

1  gender identity is different from the experience

2  of individuals in Europe with respect to gender

3  identity?

4           MS. NOWLIN-SOHL:  Object to form.

5           THE WITNESS:  They may be.

6      Q.   (BY MR. RAMER)  What's the basis for the

7  possibility that they may be different?

8      A.   So there are, you know, different

9  experiences of potentially discrimination or there

10  are different, like, laws protecting trans youth

11  in different countries.  Different abilities in

12  terms of, like, legal rights to consent and things

13  of that nature.

14      Q.   And the idea there is that -- what effect

15  do you think more restrictive laws or more

16  discrimination has?

17           MS. NOWLIN-SOHL:  Object to form.

18           THE WITNESS:  I just think the experience

19  would be different.  And, you know, I don't know

20  without scientific inquiry if that leads to any

21  different outcomes.  But, you know, I think when

22  we're talking about youth in the United States, we

23  want to know about youth in the United States.

24      Q.   (BY MR. RAMER)  And so you think a study

25  out of a country like Sweden, for example, would

Christine Brady, Ph.D. August 31, 2023

1    not be relevant to the experience of individuals

2    in the United States?

3                MS. NOWLIN-SOHL:  Object to form;

4    argumentative, mischaracterizes prior testimony.

5                THE WITNESS:  I don't think that it makes

6    it irrelevant.  I just think that it would be

7    stronger if it pertains to youth in the United

8    States if we're talking about youth in the United

9    States.

10        Q.   (BY MR. RAMER)  With respect to the Olson

11   study that we were just looking at, had the

12   participants in that study socially transitioned?

13        A.   Yes.

14        Q.   Do you think there is a possibility that

15   socially transitioning could affect the likelihood

16   of desistance?

17                MS. NOWLIN-SOHL:  Object to form.

18                THE WITNESS:  Could you phrase that

19   again?

20        Q.   (BY MR. RAMER)  Do you think there's a

21   possibility that socially transitioning could

22   affect the likelihood of desistance in an

23   individual?

24                MS. NOWLIN-SOHL:  Object to form.

25                THE WITNESS:  So I am aware of one other

Page 103

1    study where they looked at social transition and

2    the strength of identity, and there was no

3    association with whether or not youth had socially

4    transitioned on strengthening or weakening their

5    identity over time.

6            Also clinically I've had socially

7    transitioned youth socially transition again when

8    their identity has changed, so it's certainly not

9    something that is creating a barrier to their

10   identity evolving if that's what's going to

11   happen.

12       Q.   (BY MR. RAMER)  So is the answer to the

13   question, then, no, you do not think there is a

14   possibility that socially transitioning could

15   affect the likelihood of desistance?

16            MS. NOWLIN-SOHL:  Object to form;

17   mischaracterizes prior testimony.

18            THE WITNESS:  There's -- I'm only aware

19   of the one study that says that there is no

20   relationship in either direction.  And then

21   clinically I've seen it go -- I've not seen that

22   to be true.

23       Q.   (BY MR. RAMER)  Does the existence of

24   that one study in your expert opinion foreclose

25   the possibility that social transitioning could

Page 104

1    affect the likelihood of desistance?

2         A.   I don't think that one study is enough.

3    But again, clinically, I've seen people be able to

4    socially transition again, retransition without

5    difficulties.

6         Q.   Why don't you think that one study is

7    enough?

8              MS. NOWLIN-SOHL:  Object to form.

9              THE WITNESS:  So as a scientist, it

10   helps, you know, to have replication studies or

11   more, you know, participants to be able to say for

12   sure.

13        Q.   (BY MR. RAMER)  Replication studies or --

14   what was the last thing?  I missed that.  I'm

15   sorry.

16        A.   Increased number of participants.

17             MR. RAMER:  And I think we're coming up

18   on quarter to.  So maybe it's a good time we can

19   take our break?

20             MS. NOWLIN-SOHL:  Yeah, that sounds good.

21             THE VIDEOGRAPHER:  Okay.  So then the

22   time is 12:44 p.m. Mountain time, and we are off

23   the record.

24        (Break taken from 12:44 p.m. to 3:14 p.m.)

25             THE VIDEOGRAPHER:  All right.  So we are

                                        Page 105

Christine Brady, Ph.D. August 31, 2023

1    recording.  The time is 3:14 p.m. Mountain time,

2    and we are back on the record.

3         Q.   (BY MR. RAMER)  Dr. Brady, do you think a

4    diagnosis under the DSM-5 should be necessary to

5    receive gender-affirming medical care?

6         A.   In my practice, yes.

7         Q.   Why do you say that?

8              MS. NOWLIN-SOHL:  Object to form.

9              THE WITNESS:  Because I can't speak for

10   what other people might feel is appropriate or

11   not, but that is how we run in our clinic.

12        Q.   (BY MR. RAMER)  So granting that you do

13   follow the DSM-5, my question is a little bit

14   different, which is just do you think that the

15   diagnosis as articulated in the DSM-5 should be

16   necessary to receive gender-affirming medical

17   care?

18             MS. NOWLIN-SOHL:  Object to form.

19             THE WITNESS:  Yes.

20        Q.   (BY MR. RAMER)  And that's even though

21   you described the DSM-5 as -- I think it was

22   either "not perfect" or "imperfect" earlier today.

23             Do you think it is sufficient?

24             MS. NOWLIN-SOHL:  Object to form.

25             THE WITNESS:  I do.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1    Q.    (BY MR. RAMER)  Do you think that
2    reducing gender dysphoria is the only purpose for
3    gender-affirming medical interventions?
4    A.    I think that is the main goal.  However,
5    there are secondary goals that, you know, just
6    include, like, making someone happier.  Reducing
7    their dysphoria but also making them happier.
8    Q.    So I guess in that answer you're saying
9    in reducing the gender dysphoria, there are other
10   benefits that may come along with that reduction?
11   Is that what you mean?
12   A.    Yes.
13         MS. NOWLIN-SOHL:  Object to form;
14   mischaracterizes prior testimony.
15         THE WITNESS:  Yes.  The primary goal of
16   medical interventions is to reduce dysphoria.  And
17   then there are secondary benefits that come from
18   that.
19   Q.    (BY MR. RAMER)  And before we went on the
20   break, we were discussing desistance.
21         Do you recall that, roughly?
22   A.    Yes.
23   Q.    And one of the questions I had asked you
24   was whether you thought social transition could
25   affect the likelihood of desistance.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1          And my next question is do you think
2     there's any possibility that medically
3     transitioning an adolescent could affect the
4     likelihood of desistance?
5               MS. NOWLIN-SOHL:  Object to form.
6               THE WITNESS:  To my knowledge, there
7     isn't any research that looks at that question
8     specifically.  Clinically I've not had -- seen
9     that to be the case.
10         Q.   (BY MR. RAMER)  You're unaware of any
11     research that looks at that question at all?
12              MS. NOWLIN-SOHL:  Object to form.
13              THE WITNESS:  Research that looks or
14     answers the question of does medical intervention
15     impact the rates of persistence or desistance.
16         Q.   (BY MR. RAMER)  And so with respect to
17     scientific research, we don't know the answer to
18     that question; is that right?
19              MS. NOWLIN-SOHL:  Object to form.
20              THE WITNESS:  We do not know whether
21     there is a relationship or isn't, but again,
22     clinically I've seen that there does not appear to
23     be a relationship.
24         Q.   (BY MR. RAMER)  Are you aware of any
25     study -- this is closely related but a slightly

                                        Page 108

Christine Brady, Ph.D. August 31, 2023

1    different question.

2            Are you aware of any study that analyzes

3    desistance rates for individuals who are diagnosed

4    with gender dysphoria as adolescents?

5        A.   Can you ask that one more time?

6        Q.   Are you aware of any study that analyzes

7    desistance rates for individuals who are diagnosed

8    with gender dysphoria as adolescents?

9        A.   I am not.

10       Q.   I'd like to go to your declaration to

11   page 11, paragraph 33.  And my question is

12   actually going to be about the part of the

13   paragraph that runs over on to page 12, so maybe

14   we'll flip to page 12.  And specifically about --

15   I'll call it subsection -- subparagraph D.

16           And there you refer to any other mental

17   health conditions -- I'm sorry.

18           And there you say "Any other mental

19   health conditions do not interfere with diagnostic

20   clarity."

21           Do you see that?

22       A.   Yes.

23       Q.   And what does that mean?

24       A.   So in some cases an individual might have

25   comorbid mental health diagnoses that could be

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1    impacting -- could be overlapping with gender or

2    could just be interfering with our ability to

3    fully diagnose gender dysphoria or for us to

4    elucidate someone's -- that someone's, you know,

5    decision-making ability is unclouded.  So, for

6    example, you know, somebody who has

7    obsessive-compulsive disorder, for example.

8            So I've had patients where someone can

9    hyper focus as a symptom of their OCD on, for

10   example, a particular part of the body.  And that

11   might, at first blush, look like a symptom of

12   gender dysphoria, but upon further evaluation and

13   investigation might be body dysmorphia, not

14   necessarily gender dysphoria, and because of the

15   OCD.  So in that case, the OCD is interfering with

16   the clarity of us being able to assess the gender.

17       Q.   Are there any other conditions like OCD

18   that would interfere with diagnostic clarity?

19       A.   There might be other sort of mental

20   health conditions.  Off the top of my head, like

21   someone who suffering from depression and is in a

22   depressive episode that is impacting their

23   abilities to, you know, really think clearly about

24   decision-making because the emotions are running

25   too high in that particular moment.

Page 110

Christine Brady, Ph.D. August 31, 2023

1          So it's not necessarily because they have

2    depression, but the depression symptoms are such a

3    level of severity that it's impacting their

4    ability to provide informed consent.

5          Q.   And just to clarify, not only provide

6    informed consent, but would also interfere with

7    the diagnosis; is that right?

8          A.   Potentially.

9          Q.   Right.  And you mentioned OCD.  Have you

10   had experience with other conditions that

11   potentially interfered with diagnostic clarity?

12          MS. NOWLIN-SOHL:  Object to form.

13          THE WITNESS:  Sometimes with other

14   diagnoses it just might take longer to do a

15   thorough assessment due to the complexity of the

16   psychosocial evaluation.

17          So, you know, for example, someone who

18   has multiple diagnoses simultaneously, that's

19   going to take us longer to be able to get the full

20   history and understand how and if those things are

21   related to each other.

22          So potentially it could be any diagnosis,

23   but I'm just listing some of the ones that are

24   more common.

25          Q.   (BY MR. RAMER)  And so is it possible for

Page 111

Christine Brady, Ph.D. August 31, 2023

1    an individual who is diagnosed with gender

2    dysphoria to have a co-occurring mental health

3    disorder that is not related to the gender

4    dysphoria?

5        A.   Yes.

6        Q.   And what are some examples that you've

7    had in your practice where an individual has been

8    diagnosed with gender dysphoria but has a

9    co-occurring mental health disorder that is not

10   related to the gender dysphoria?

11       A.   So it can still be the same diagnoses

12   that I've given as example.  So sometimes just

13   because someone has OCD doesn't necessarily mean

14   that the symptoms are related to gender, and they

15   could have two separate diagnoses.

16            Depression similarly, many of our

17   patients have gender dysphoria and depression.

18   Maybe there's some overlap between the two, but

19   sometimes they are distinct also.

20       Q.   And what about individuals diagnosed with

21   gender dysphoria and ADHD?

22            MS. NOWLIN-SOHL:  Object to form.

23            THE WITNESS:  We do have individuals who

24   have both of those diagnoses.

25       Q.   (BY MR. RAMER)  And do you have

Page 112

Christine Brady, Ph.D. August 31, 2023

1    individuals where the ADHD is not related to the

2    gender dysphoria?

3         A.    I've never actually had a case where the

4    two were related.

5         Q.    That makes sense.

6               And then what about with respect to

7    autism spectrum disorder?  Have you ever had

8    patients that have been diagnosed with gender

9    dysphoria and also been diagnosed with autism

10   spectrum disorder?

11        A.    Yes.

12        Q.    And in those instances, do you have

13   patients where the autism -- and I guess I'll try

14   again based on the last one.

15              Is autism spectrum disorder ever related

16   to gender dysphoria?

17              MS. NOWLIN-SOHL:  Object to form.

18              THE WITNESS:  It can be related.  I'll

19   just -- yes, it can be related.

20        Q.    (BY MR. RAMER)  How so?

21        A.    So this is more common on our prepubertal

22   kids.  But I've had patients who similar to the

23   OCD maybe misattribute a set of rules.

24              So, for example, I had one patient who

25   was designated male and he expressed really loving

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Christine Brady, Ph.D. August 31, 2023

1    the color pink.  And his cognitive rigidity sort

2    of led him to, well, if I like pink, then I must

3    be a girl.

4              And so he started to question that, and

5    with further psychotherapy and exploration was

6    able to determine that, well, anybody can like

7    pink.  That's not necessarily -- doesn't

8    necessarily lead to having a female identity.

9         Q.   And so how do you determine if a

10   co-occurring mental health condition is related to

11   gender dysphoria?

12        A.   So again to that kind of clinical

13   semi-structure sort of interview process, so

14   asking questions, getting a response, and delving

15   deeper and sort of probing about, you know, are

16   these things related, challenging some of the

17   thoughts that are presented.

18             So in this case with this young person

19   with ASD, sort of challenging, well, you know, can

20   boys like pink?  Like, is that a possibility?  Is

21   that something that, you know, you could integrate

22   into your rule-based thinking?

23             So it's kind of just that back and forth

24   of providing information, sort of challenging a

25   thought and understanding if there's flexibility

Page 114

Christine Brady, Ph.D. August 31, 2023

1   there or not.

2        Q.   That process that you just described,

3   would that fall within the umbrella of exploratory

4   therapy, or am I misunderstanding?

5        A.   It could be considered exploratory

6   therapy or it could be considered just part of our

7   assessment process.

8        Q.   So same page of your expert declaration,

9   same page, paragraph 36.  And in the third

10  sentence in the parenthetical you mention changing

11  pathopsychology.

12            Do you see that?

13       A.   Yes.

14       Q.   And could you just explain what that

15  means?

16       A.   Give me one moment to read the full

17  sentence.

18            Yeah, so an example being, you know,

19  maybe we could interchangeably use challenging or

20  complex psychopathology, so, you know, multiple

21  diagnoses.

22            It could also be, you know, challenging

23  psychopathology in terms of behaviorally

24  challenging.  It can be difficult to conduct

25  therapy or hold evaluations with people who have a

Christine Brady, Ph.D. August 31, 2023

```
 1    lot of energy or behavioral problems, so that
 2    could be considered challenging psychopathology as
 3    well.
 4         Q.   And then in that same parenthetical, you
 5    refer to co-occurring neurodiversity.
 6              Do you see that?
 7         A.   Yes.
 8         Q.   And could you just explain what that is?
 9         A.   Could include ADHD or autism spectrum
10    disorder or other neurocognitive disorders.
11         Q.   Do you have any examples of others?  I'm
12    familiar with the first two you listed.  I'm just
13    curious if there are others.
14         A.   Like differences of learning, like
15    learning with dyslexia or...
16         Q.   And when you referred in this sentence to
17    further -- at the beginning of the sentence, you
18    refer to further assessment or testing.
19              Is that just what we were talking about
20    with respect to either exploratory therapy or the
21    psychosocial screening?  Or is there something
22    else you're referring to when you say "further
23    assessment or testing"?
24         A.   It could include those things.  It could
25    also include more extensive psychoeducational
```

Page 116

Christine Brady, Ph.D. August 31, 2023

1    testing.  So, for example, somebody who is

2    undiagnosed but we have a suspicion that there

3    might be neurodiversity or neurocognitive

4    disorder, we would want to know before proceeding

5    so we could refer the family for evaluation.

6        Q.   And in that -- I'll just read the

7    sentence and then ask if I read it correctly, and

8    then I'll have kind of a question about it.

9            It says "Further assessment or testing

10   may be needed to fully understand more complex

11   presentations, e.g., challenging psychopathology,

12   co-occurring neurodiversity prior to initiating

13   medical intervention."

14           Did I read that right?

15       A.   Yes.

16       Q.   And why do you need to fully understand

17   those situations prior to initiating medical

18   intervention?

19       A.   So one of the SOC-8's criteria for

20   blockers, hormones, and surgery is that an

21   individual is able to understand the intervention

22   fully and provide informed consent.

23           And so typically we're referring for

24   these things if there is concern that that

25   criteria is not being reached so that we can

Page 117

Christine Brady, Ph.D. August 31, 2023

1    understand better why.

2        Q.   And have you had patients who were

3    diagnosed with gender dysphoria but were not

4    eligible for medical intervention due to a

5    co-occurring mental health issue?

6        A.   Yes.

7        Q.   And what happens in that situation?

8        A.   Typically we're providing referrals or

9    plugging them into other resources that could

10   support, you know, getting more information about

11   what's going on diagnostically or to better manage

12   any co-occurring mental health problems that are

13   interfering with our ability to move forward, and

14   then we would sort of check in maybe six months

15   later after those things had been done to see

16   where we are and reevaluate.

17       Q.   And I guess how do you ultimately make

18   the judgment when somebody does have a

19   co-occurring mental health issue that they are

20   eligible for medical intervention?

21              MS. NOWLIN-SOHL:  Object to form.

22              THE WITNESS:  So again, through these

23   series of conversations and assessment and also

24   gaining collateral information from other people

25   and the young person's life, we're sort of able to

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

```
 1   put that together and make a determination about,
 2   yes, this person understands.  This
 3   decision-making is coming from a thoughtful and
 4   logical place rather than an emotional, impulsive
 5   one.
 6            And then we kind of present whether or
 7   not they meet eligibility criteria.  But then
 8   ultimately it's up to families and youth to make
 9   the decision about how they want to move forward.
10        Q.   (BY MR. RAMER)  Are you familiar with the
11   term "borderline personality disorder"?
12        A.   Yes.
13        Q.   And is that sometimes referred to as
14   "BPD" as a shorthand?
15        A.   Yes.
16        Q.   Have you ever diagnosed or treated BPD?
17        A.   Yes.
18        Q.   Have you ever had a patient who was
19   diagnosed with both BPD and gender dysphoria?
20        A.   Yes.
21        Q.   And did you deem that patient eligible
22   for medical intervention?
23        A.   So BPD can only be diagnosed in patients
24   who are 18 and older, so it's only been in a
25   handful of cases because most of my patients are
```

Page 119

Christine Brady, Ph.D. August 31, 2023

1   under the age of 18 that that has occurred.

2           And in those cases, I'm rarely the one

3   that has given that diagnosis.  Typically they've

4   been with a therapist before who has given them

5   that diagnosis.  But, yes, I have had some

6   patients who have had both of those diagnoses.

7       Q.   Why is BPD, why is it a cutoff of 18

8   years?

9       A.   So all of the personality disorders in

10  DSM-5 are 18 and above.  Personality disorders are

11  an ingrained sort of pattern of behaviors, and so

12  the mental health community has reserved labeling

13  people with those diagnoses until they reach

14  adulthood because there's a lot of development

15  that's still occurring.

16          And so if it's with a younger person,

17  typically we'll say they have borderline

18  personality traits, but not borderline personality

19  disorder.

20      Q.   Do you see any similarity there between

21  borderline personality disorder and gender

22  dysphoria?

23          MS. NOWLIN-SOHL:  Objection to form.

24          THE WITNESS:  Similarities in what ways?

25      Q.   (BY MR. RAMER)  Well, did you say that

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1    the mental health community has decided that a BPD

2    diagnosis should wait until the individual is over

3    18 because more development will take place?

4              MS. NOWLIN-SOHL:   Objection to form;

5    mischaracterizes prior testimony.

6              THE WITNESS:   So more that it's an

7    ingrained set of behaviors and a pattern of

8    behavior.   So a lot of it is very externalized.

9    It's not necessarily like an internal sense of

10   self as a BPD person that that person is born with

11   that.   It is something that develops over time,

12   that pattern of behavior.

13        Q.   (BY MR. RAMER)   What's the behavior at

14   issue with BPD?

15        A.   What are the diagnostic criteria for BPD?

16        Q.   Or just generally.   I'm not trying to

17   quiz you, but when you mention the pattern of

18   behavior, broadly speaking, what does that mean?

19        A.   It's kind of a description of a category

20   of behaviors that people exhibit in interpersonal

21   interactions that are maladaptive.   So, you know,

22   trying to get validation in unhealthy ways is an

23   example.

24        Q.   Does BPD also involve some form of

25   identity disturbance?

Page 121

Christine Brady, Ph.D. August 31, 2023

1          MS. NOWLIN-SOHL:  Object to form.

2          THE WITNESS:  No, not necessarily.

3      Q.   MR. RAMER)  But is that -- I guess I'll

4  just --

5          MR. RAMER:  All right.  This will take a

6  few minutes while the pigeon flies the exhibit.

7  In my defense, it is one page, Li, so this one

8  shouldn't be as long as the others.

9      Q.   (BY MR. RAMER)  I guess while we're

10  waiting I can ask you a question, which is what is

11  the treatment for BPD?

12      A.   So the most evidence-based therapy for

13  borderline personality disorder is something

14  called DBT, which is dialectical behavioral

15  therapy.

16      Q.   And what does that entail?

17      A.   So it's a therapy can be done in a lot of

18  different formats.  Sometimes it's individual;

19  sometimes it's groups; sometimes it's both.  But

20  it entails learning a particular set of emotion

21  regulation and de-escalation, coping skills.  And

22  then has some specific cognitive restructuring

23  tasks that are learned over the course of therapy.

24          MS. NOWLIN-SOHL:  We have the exhibit

25  whenever you're ready, John.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

1              MR. RAMER:  Okay.  And this is, I think,
2     Brady Exhibit 4.  And I'll just represent this is
3     from the DSM-5, and it's the diagnostic criteria
4     for BPD.
5              (Deposition Exhibit No. 4 was marked.)
6         Q.   (BY MR. RAMER)  And I guess my question
7     is about the third one down.
8              Now, I understand that the diagnosis
9     looks like you need -- it's five or more.  And so
10    you could theoretically have one without this
11    third criterion, but could you just explain what
12    that criterion is?
13        A.   Sure.  So typically this presents itself
14    as, you know, people who are defining their
15    self-worth based on how others view them.  And so
16    there isn't a strong sense of internal kind of
17    confidence.  And so they value themselves based on
18    how much other people value them.
19             So sometimes we consider that to be
20    identity diffusion because self-identity is not
21    very strong.
22        Q.   Are there other forms of identity
23    disturbance other than identity diffusion?
24        A.   I'm not a borderline personality disorder
25    expert.  I received some training in my graduate

                                          Page 123

Christine Brady, Ph.D. August 31, 2023

1  training, but it's not my area of expertise, so

2  I'm not sure.

3       Q.   That's fair.  Do you know if the

4  treatment for BPD involves any form of medical

5  intervention?

6       A.   Sometimes medications are involved,

7  psychotropic medications.

8       Q.   And that would be psychiatric medication;

9  is that right?

10      A.   Yes.

11      Q.   And I know you just said you're not a BPD

12  expert.  If you don't know the answers to these,

13  that's fine.

14           Just out of curiosity, do you know if BPD

15  is more common in the population than gender

16  dysphoria?

17      A.   I do not.

18      Q.   Do you know if BPD is more common in

19  natal females or females assigned at birth?

20           MS. NOWLIN-SOHL:  Object to form.

21           THE WITNESS:  I believe that the ratio

22  of, like, epidemiologically, I think it is more

23  commonly diagnosed in assigned females.

24      Q.   (BY MR. RAMER)  Have you ever considered

25  the possibility that an individual's identity

Page 124

Christine Brady, Ph.D. August 31, 2023

1  disturbance for BPD could manifest itself as a

2  disturbance in gender identity?

3           MS. NOWLIN-SOHL:  Object to form.

4           THE WITNESS:  Could you repeat that?

5       Q.   (BY MR. RAMER)  Have you ever considered

6  the possibility that an individual's identity

7  disturbance for BPD could be experienced as a

8  disturbance in gender identity?

9           MS. NOWLIN-SOHL:  Same objection.

10          THE WITNESS:  Through our evaluation

11  process, we are exploring all aspects of identity,

12  not just gender.  And it is important that

13  someone's gender identity is stable.  I wouldn't

14  necessarily be more worried with someone who has

15  also co-occurring BPD.  I would do the same

16  evaluation as I do with every patient.

17      Q.   (BY MR. RAMER)  When you say it's

18  important that gender identity is stable, what do

19  you mean by that?

20      A.   You know, that it is persistent, like,

21  has been present and for a good amount of time.

22  DSM says six months or more, but more is always

23  better.

24          And that there haven't been any major

25  fluctuations in that identity, and that it -- you

Page 125

1    know, how it evolved is also important in

2    understanding how they came to understand that

3    aspect of themselves.

4            And, you know, for example, like, if I

5    heard that a patient identified as male but then

6    six months later, you know, or four months later

7    identified as like goth instead -- I don't know.

8    I'm just picking like a random personality.  But,

9    you know, goes from gender to something else

10   that's not within gender, that would be something

11   worth exploring further.

12       Q.   How can someone who is gender-fluid have

13   a gender identity that is stable?

14       A.   So again, the gender identity could be

15   stable, but it's the expression that is fluid.

16           But for the ones whose identity does

17   fluctuate, they often are fluctuating within a

18   genderqueer, gender-diverse spectrum.  So I've not

19   had a gender-fluid person who one day identifies

20   as cis female and then a week later is identifying

21   as trans male.

22       Q.   In your declaration, page 12 -- I think

23   we're already there -- paragraph 34, the second

24   sentence.  I'll just read it and ask if I read it

25   correctly.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

```
1              It says "Assessment procedures can vary
2      based on the practice setting, discipline of the
3      provider conducting the assessment, presence of
4      neurodiversity or other individual patient
5      considerations/needs."
6              Did I read that correctly?
7      A.   Yes.
8      Q.   And is there any requirement in the SOC-8
9      or the Endocrine Society guidelines about how an
10     assessment must be conducted?
11     A.   In SOC-8 there's recommendations that it
12     be conducted by a qualified health professional.
13     Q.   Does it explain what that means, to be a
14     qualified health professional?
15     A.   It does define qualified health
16     professionals.
17     Q.   And you say in this sentence that
18     assessment procedures can vary based on the
19     discipline of the provider conducting the
20     assessment.
21             Do you see that?
22     A.   Yes.
23     Q.   And what does that mean?
24     A.   So they can -- the format with which this
25     information is obtained can look different based
```

Page 127

Christine Brady, Ph.D. August 31, 2023

1    on these factors.

2              So in terms of the discipline of the

3    provider, you know, it might just be the setting

4    in which this information is obtained.  It might

5    be, you know -- in our clinic, our health

6    providers, for example, can't -- can only bill for

7    certain things.

8              And so, you know, information, for

9    example, like, can't be obtained through a phone

10   call.  It has to be a virtual meeting or an

11   in-person meeting.  And so -- I can bill for a

12   phone call, however.

13             So the format with which we obtain this

14   information, gather this information, might be

15   different just based on the discipline.

16        Q.   Oh, I'm sorry.  The word "discipline"

17   here is referring to like the --

18        A.   The letters that come after someone's

19   name.

20        Q.   Gotcha.  Okay.  That clarifies it for me.

21   Thank you.

22             Okay.  So in your declaration, let's go

23   to page 10, paragraph 29.  And first sentence,

24   I'll just read the whole thing and ask if I read

25   it correctly.

Page 128

Christine Brady, Ph.D. August 31, 2023

1               "As stated above, these guidelines are

2      widely accepted in the professional community.

3      They have analyzed all available scientific

4      research and are widely referenced and endorsed by

5      all major U.S. medical and mental health

6      associations."

7               Did I read that correctly?

8          A.   Yes.

9          Q.   And what guidelines are you referring to

10     in this paragraph?

11         A.   The American Psychological Association

12     guidelines on gender-affirming care and the WPATH

13     SOC-8 and the Endo Society guidelines.

14         Q.   And what year were the Endocrine Society

15     guidelines published?

16         A.   2017.

17         Q.   And what year were the APA guidelines

18     published?

19         A.   I think it's 2015.

20         Q.   Looking at footnote 14 -- I think that's

21     right.  Yeah.

22               And so those guidelines did not analyze

23     any research in the last half-decade, correct?

24         A.   Yeah, so my understanding is that the

25     Endo Society and APA are working on that currently

Page 129

Christine Brady, Ph.D. August 31, 2023

1    to update.

2         Q.   Okay.  But just so -- it's not correct to

3    say that those guidelines have analyzed all

4    available scientific research, correct?

5              MS. NOWLIN-SOHL:  Object to form.

6              THE WITNESS:  They analyzed all available

7    research at the time of publication.

8         Q.   (BY MR. RAMER)  And when you say in the

9    first sentence of this paragraph that these

10   guidelines are widely accepted in the professional

11   community, do you mean the American professional

12   community exclusively?

13        A.   That's what I have the most knowledge of.

14   I'm not sure about how other countries -- if other

15   countries are using the same practices we are.

16        Q.   Is there a difference between clinical

17   guidelines and standards of care?

18             MS. NOWLIN-SOHL:  Object to form.  Object

19   to the extent that it calls for a legal

20   conclusion.

21             THE WITNESS:  I'm not sure.

22        Q.   (BY MR. RAMER)  Do you know whether the

23   American Psychological Association has ever made a

24   distinction between standards and guidelines?

25        A.   I don't know.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1      Q.   In your declaration on page 1,
2   paragraph 4, in the second sentence, you state
3   that the opinions in this declaration are based
4   on, among many other things, your knowledge of
5   peer-reviewed research relevant to the treatment
6   of gender dysphoria; is that right?
7      A.   Yes.
8      Q.   And what is the extent of that knowledge?
9           MS. NOWLIN-SOHL:  Object to form.
10          THE WITNESS:  Because my current position
11  is 100 percent in the gender clinic and devoted to
12  this population, a majority of my continuing
13  education and a majority of the journals that I
14  subscribe to and the list serves that I'm on are
15  all gender related.
16          So to the extent that I can, I try to
17  keep up-to-date on recent publications in this
18  area as it pertains to my work.
19     Q.   (BY MR. RAMER)  And how do you follow new
20  developments in the research?
21     A.   So again, a lot of the -- I have
22  memberships to things, so I'll get email alerts
23  when things are published.
24          I also have a Google Scholar filter that
25  alerts me every week about new publications with

Page 131

```
 1   key words.
 2        Q.   And how do you determine what papers are
 3   reliable?
 4             MS. NOWLIN-SOHL:  Object to form.
 5             THE WITNESS:  So typically I'm, you know,
 6   being a critical consumer of the research, and so
 7   I'm making my own judgments based on the
 8   methodologies described in the papers, but also
 9   impact factors, which is kind of the reach that a
10   journal has, like how many people subscribe to it.
11   All of the things that I read are peer reviewed,
12   and so that process also ensures that quality is
13   being published.
14        Q.   (BY MR. RAMER)  And what are other impact
15   factors in addition to the number of subscribers?
16        A.   Yeah, I forget exactly all the variables
17   that go into an impact factor.  There's, like, a
18   formula that creates a number.  And a number of
19   subscribers is one variable that goes into that
20   number, but I'm not sure what the other variables
21   are.
22             MR. RAMER:  And, Li, have you received
23   Brady Exhibit 5?
24             MS. NOWLIN-SOHL:  I have not.
25        Q.   (BY MR. RAMER)  Doctor, have you ever
```

Page 132

Christine Brady, Ph.D. August 31, 2023

1    read a research publication that said there was a

2    lack of evidence to justify gender-affirming

3    medical interventions for minors?

4            MS. NOWLIN-SOHL:  Object to form.

5            THE WITNESS:  I would have to see the

6    article.  I don't know.

7        Q.   (BY MR. RAMER)  No, I'm just asking if

8    you've ever read one, ever.

9            MS. NOWLIN-SOHL:  Same objection.

10           THE WITNESS:  That says what?

11       Q.   (BY MR. RAMER)  I'll have to start from

12   the beginning.

13           Have you ever read a research publication

14   that said there was a lack of evidence to justify

15   gender-affirming medical interventions for minors?

16           MS. NOWLIN-SOHL:  Object to form.

17           THE WITNESS:  I -- off the top of my

18   head, I don't know.

19       Q.   (BY MR. RAMER)  Are you familiar with the

20   term "systematic review"?

21       A.   Yes.

22       Q.   And could you explain your understanding

23   of that term?

24       A.   So systematic reviews are combining --

25   looking at a particular line of inquiry and

Christine Brady, Ph.D. August 31, 2023

1  combining all of the studies that look at that

2  line of inquiry together to create more robust

3  conclusions about the evidence for or against it.

4          MS. NOWLIN-SOHL:  We have 5.

5          MR. RAMER:  Okay.  We can pivot back to

6  that right now if you don't mind pulling that up.

7          (Deposition Exhibit No. 5 was marked.)

8      Q.   (BY MR. RAMER)  And, Doctor, are these

9  the APA guidelines you cite in your article?

10     A.   Yes.

11     Q.   I'm sorry, in your declaration.

12     A.   Yes.

13     Q.   And I'd like to go to page 833, which is

14 the second page, and in particular to the right

15 column below the bold distinction between

16 standards and guidelines.

17         And I'll just read -- no, because these

18 citations will mess it up.

19         So can you just read the first two

20 sentences of that paragraph and let me know when

21 you've finished reading that?

22     A.   Sure.  Okay.

23     Q.   Were you aware the APA has made an

24 important distinction between standards and

25 guidelines?

Christine Brady, Ph.D. August 31, 2023

1          MS. NOWLIN-SOHL:  Object to form.

2          THE WITNESS:  Reading this paragraph, I'm

3     aware now.

4          Q.   (BY MR. RAMER)  Were you aware before you

5     read that paragraph?

6          A.   No.

7          Q.   Do you understand the distinction it's

8     drawing in the second sentence?

9          A.   My understanding of it and my

10    interpretation of it are that -- and there are

11    many ways to define standards, but that -- and I

12    might be wrong, but I think the only standards,

13    really, that APA has committed to are our ethical

14    principles in our code of conduct.

15          So even within other diagnoses, there

16    aren't necessarily standards of care because

17    there's a lot of individual autonomy when it comes

18    to the delivery of psychotherapy.

19          Q.   What does it mean when it says

20    "guidelines are aspirational"?

21          MS. NOWLIN-SOHL:  Object to form;

22    foundation.

23          THE WITNESS:  I can't -- I can guess.  I

24    don't know what the intent was because I wasn't on

25    the committee that wrote this.

Page 135

Christine Brady, Ph.D. August 31, 2023

1      Q.   (BY MR. RAMER)  Yeah, and I guess I'm

2   just asking as a psychologist, when you read this,

3   what is your understanding?  I'm not asking what

4   the authors meant.

5           But as you read it, what is your

6   understanding of the statement "guidelines are

7   aspirational"?

8      A.   I think these are -- these

9   recommendations are kind of in an ideal world what

10  we would -- the kind of care we would be

11  delivering.

12     Q.   Is the distinction from standards that

13  you are not required to deliver care in accordance

14  with the guidelines?

15          MS. NOWLIN-SOHL:  Object to form.

16          THE WITNESS:  So as it goes on to say in

17  the paragraph, you know, it's recommended that we

18  use these guidelines in conjunction with our

19  ethical principles and code of conduct.  And there

20  are some things related to gender care that APA

21  has deemed to be unethical.

22     Q.   (BY MR. RAMER)  But those aren't -- okay.

23          All right.  We'll go back to systematic

24  reviews, where we were.

25          And have you ever conducted a systematic

Page 136

Christine Brady, Ph.D. August 31, 2023

1    review?

2         A.    No.

3         Q.    Have you ever read a systematic review?

4         A.    About any topic?  Yes.

5         Q.    As you sit here today, are you able to

6    name any specific systematic review relating to

7    the treatment of gender dysphoria that you have

8    read?

9         A.    I have read summaries of systematic

10   reviews but not the systematic reviews themselves.

11        Q.    What summaries do you recall reading?

12        A.    So, for example, you know, the SOC-8 was

13   founded based on a systematic review of the

14   literature, so that's kind of the combination of

15   the results of that systematic review.  But I

16   didn't read in detail their methodology and

17   systematic review.

18             Endo Society, similarly.

19        Q.    Do you know what questions the systematic

20   review for the SOC-8 was investigating?

21             MS. NOWLIN-SOHL:  Object to form.

22             THE WITNESS:  I don't know specifically.

23        Q.    (BY MR. RAMER)  Do you know what

24   questions the systematic reviews for the Endocrine

25   Society guidelines were investigating?

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1        A.    No.

2        Q.    Are you familiar with the term

3    "evidence-based medicine"?

4        A.    Yes.

5        Q.    And can you explain your understanding of

6    that term for me?

7        A.    So evidence-based medicine, to my

8    understanding, is when something has acquired

9    enough evidence to support doing that

10   intervention.

11       Q.    I'm sorry.  Can you say that again?

12       A.    Sure.  So when enough evidence has been

13   amassed to support doing an intervention or in

14   support of an intervention.

15       Q.    Have you taken any particular courses on

16   evidence-based medicine?

17       A.    So in my field, there are evidence-based

18   therapies.  And so not necessarily medicine, but I

19   have training in evidence-based therapies.

20       Q.    So is the training in the therapy itself?

21   Or is the training in the theoretical principles

22   of evidence-based medicine?

23            MS. NOWLIN-SOHL:  Object to form.

24            THE WITNESS:  So in my training, I've

25   received -- I took courses on research methods and

Page 138

Christine Brady, Ph.D. August 31, 2023

1    statistics and how to conduct scholarly work.

2           So in my field, there's a lot of

3    evidence -- emphasis placed on evidence-based

4    therapies.  And so, you know, being a data

5    scientist and, you know, a Ph.D., that was part of

6    my training is how to conduct that.

7           Q.   (BY MR. RAMER)  Are you familiar with the

8    term "observational study"?

9           A.   Yes.  In the context of my world, yes.

10          Q.   Yeah, right.  What do you understand that

11   term to mean?

12          A.   So typically in mental health, it's --

13   the most readily available example that comes to

14   mind is, like, in an educational setting.

15          So at a school, for example, they might

16   go in and observe the behavior of students and

17   code that data and then use that as their data.

18   So rather than asking the students specifically

19   things they just observe and then code that data.

20          Q.   Were some of your ADHD publications

21   observational studies?

22          A.   No.

23          Q.   Are you familiar with the term

24   "randomized controlled trial"?

25          A.   Yes.

Christine Brady, Ph.D. August 31, 2023

1      Q.    And what do you understand that term to

2   mean?

3      A.    So it's a type of research wherein

4   participants are randomly assigned to different

5   conditions within the experiment.

6           And so they're randomly assigned, which

7   is the random part.

8           And then it's controlled because they

9   control for as many variables as they can to get

10   clean outcomes and be able to interpret the data.

11      Q.    With respect to study design, is evidence

12   from a randomized control trial more reliable than

13   evidence from an observational study?

14           MS. NOWLIN-SOHL:   Object to form;

15   foundation.

16           THE WITNESS:   It is considered to be the

17   most rigorous type of study.

18      Q.    (BY MR. RAMER)  Are you familiar with the

19   term "GRADE methodology"?

20      A.    No.

21      Q.    In your declaration, going to page 14,

22   paragraph 39, and in the third sentence, I'll read

23   it and ask if I read it correctly.

24           You say "Studies have demonstrated

25   improvements in mental health following

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

1    gender-affirming medical interventions."

2         Did I read that correctly?

3      A.   Yes.

4      Q.   And what do you mean when you say

5    "studies have demonstrated improvements following

6    gender-affirming medical interventions"?

7      A.   So through various statistical methods,

8    they have shown to correlate the gender-affirming

9    medical intervention with improvements in mental

10   health.

11     Q.   In your opinion, have you concluded that

12   gender-affirming medical care causes improvements

13   in mental health?

14     A.   The research shows that.  And clinically

15   that is what I have seen, so yes.

16     Q.   The research shows causation?

17     A.   Not causation, but the statistical data

18   that is presented plus my clinical experience

19   leads me to say yes.

20     Q.   So the research did not show causation,

21   but when you personally combine the research with

22   your clinical experience, you have concluded that

23   gender-affirming medical care causes improvements

24   in mental health; is that right?

25           MS. NOWLIN-SOHL:  Object to form.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1          THE WITNESS:  I believe that it leads to

2     improvements in mental health, yes.

3          Q.   (BY MR. RAMER)  I asked the question with

4     the verb "cause" for a reason.  And I think in

5     your answer you switched to "lead."

6          And I'm just trying to -- you know, I

7     think in this context the word "cause" -- just to

8     be clear, have you concluded that gender-affirming

9     medical care causes improvements in mental health?

10         A.   And I can share why I'm avoiding the word

11    "cause" in this case.

12         So for me, causation is specifically a

13    statistical term that is very difficult, even in

14    our randomized control trials, to prove because

15    there are so many other variables that account for

16    change.

17         And so to the best of their scientific

18    ability, I believe these studies to be robust but

19    aren't statistically showing causation.  And so

20    that's why I'm saying "leads to."

21         Q.   So just to clarify, you are declining to

22    say that gender-affirming medical care causes

23    improvements in mental health; is that right?

24         A.   From a statistical perspective, yes.

25         Q.   As opposed to what's a non-statistical

Page 142

Christine Brady, Ph.D. August 31, 2023

1    perspective?

2              MS. NOWLIN-SOHL:  Object to form.

3              THE WITNESS:  So -- which is why I'm

4    using "clinically" also.  Clinically I have seen A

5    to B and B to C, and, you know, I've not conducted

6    this research myself to be able to show that

7    statistically.  But clinically I do see that it is

8    directly linked to gender-affirming medical care

9    that I'm seeing these improvements.

10      Q.   (BY MR. RAMER)  Back on your declaration,

11   on this page, you list a number of articles in

12   footnote 16.

13              Are these articles the basis for your

14   conclusion that studies have demonstrated

15   improvements following gender-affirming medical

16   care?

17      A.   They are samples of those studies, yes.

18      Q.   There are other articles?

19      A.   Yes.

20      Q.   Do you cite them in your declaration?

21      A.   No.

22      Q.   Is there a reason you didn't?

23      A.   I just felt like these were the best

24   representation, and they summarized the previous

25   studies within them as well.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1      Q.   Okay.  So now are these the best articles

2   in footnote 16?

3           MS. NOWLIN-SOHL:  Object to form.

4           THE WITNESS:  I'm not sure I'm qualified

5   to say if they're the best or not, but they are

6   good representations of these relationships.

7      Q.   (BY MR. RAMER)  Okay.  So are there other

8   articles that you're not -- I'm sorry.  I'm going

9   to start again.

10          Are there other articles that you are

11   relying on for the basis of your expert opinion

12   that you've not cited in your declaration?

13     A.   These are the ones I'm most familiar

14   with.  And again, they include a review of the

15   other articles that I would have maybe included,

16   but these are the ones that I'm most familiar

17   with.

18     Q.   Okay.  So the universe of articles

19   includes what you've cited here and then what is

20   cited within these articles; is that fair?

21     A.   Yes.

22     Q.   Okay.  And you cite two articles by

23   de Vries here.

24          Do you see that?

25     A.   Yes.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1      Q.    Do you consider de Vries an expert?

2            MS. NOWLIN-SOHL:  Object to form.

3            THE WITNESS:  I don't know.  I don't know

4    de Vries personally.

5      Q.    (BY MR. RAMER)  Yeah.  Fair.  Do you know

6    what country the de Vries studies come out of?

7            MS. NOWLIN-SOHL:  Object to form.

8            THE WITNESS:  I would have to look at the

9    article.  I'm assuming it says in there.

10     Q.    (BY MR. RAMER)  If the studies involved

11   participants from the Netherlands, given our

12   discussion earlier today about your preference for

13   studies from the United States, does that mean you

14   deem the de Vries studies less reliable?

15           MS. NOWLIN-SOHL:  Objection to form;

16   mischaracterizes prior testimony.

17           THE WITNESS:  I don't necessarily -- I

18   don't always consider non-U.S. studies to be of

19   lower quality.  It's just if we have similarly

20   robust studies that are about kids in the United

21   States, those might be preferable over other

22   studies.  But they can be included in the wealth

23   and averaging and aggregation of data.

24     Q.    (BY MR. RAMER)  Do you have any knowledge

25   of systematic reviews regarding the treatment for

                                        Page 145

Christine Brady, Ph.D. August 31, 2023

1    gender dysphoria that have been conducted by

2    European health authorities?

3            MS. NOWLIN-SOHL:  Object to form.

4            THE WITNESS:  I don't believe so.

5        Q.   (BY MR. RAMER)  Have you ever heard of

6    the Cass report?

7        A.   No.

8        Q.   Okay.  Let's go back to your declaration,

9    back to footnote 16.

10           The second article you cite there is

11   by -- well, the lead author is Amy Green, correct?

12       A.   Yes.

13       Q.   Do you recall where the authors of that

14   article obtained the data they used?

15       A.   I would have to go back to the article to

16   confirm that.

17       Q.   Do you recall whether any of the articles

18   in footnote 16 isolated medical interventions from

19   psychotherapy when recording their results?

20           MS. NOWLIN-SOHL:  Object to form.

21           THE WITNESS:  Off the top of my head, I

22   cannot recall.  They might have controlled for

23   other -- you know, if they were receiving therapy

24   and their analyses, but I would have to check.

25       Q.   (BY MR. RAMER)  But as you sit here, you

                                            Page 146

Christine Brady, Ph.D. August 31, 2023

```
 1    don't know the answer to that question?
 2         A.   Correct.
 3         Q.   Do you have any knowledge regarding the
 4    neurological effects of pubertal suppression in
 5    adolescents?
 6         A.   Can you repeat that again?
 7         Q.   Do you have any knowledge regarding the
 8    neurological effects of pubertal suppression in
 9    adolescents?
10         A.   My understanding is that -- I'm not aware
11    of data, but I'm aware of kind of like theoretical
12    ideas regarding if there's a relationship between
13    those two things.
14         Q.   What kind of theoretical ideas are you
15    aware of?
16         A.   So -- and again, I'm not a medical
17    expert, so usually I'm deferring to my medical
18    team on these kinds of things, but that there is
19    kind of two time points in which there's a lot of
20    neuronal development, one being in very early
21    childhood; the second being in adolescence, and
22    that potentially one variable that triggers that
23    second neuronal development in adolescence is the
24    presence of sex hormones with puberty.
25         Q.   And what do you know about -- I guess are
```

Page 147

Christine Brady, Ph.D. August 31, 2023

1    neurological effects of pubertal suppression

2    beyond the scope of your expertise?

3           A.    Yes.

4           Q.    Okay.  Are you aware of any study

5    researching the effect of puberty blockers on

6    neurodevelopment in adolescents with neurodiverse

7    characteristics?

8           A.    I am not aware.

9           Q.    Does that concern you?

10               MS. NOWLIN-SOHL:  Object to form.

11               THE WITNESS:  Could you repeat the topic

12   again one more time?

13          Q.    (BY MR. RAMER)  My previous question was

14   are you aware of any study researching the effect

15   of puberty blockers on neurodevelopment in

16   adolescents with neurodiverse characteristics?

17               And then I asked -- and then you said no.

18               And then I asked does that concern you?

19               MS. NOWLIN-SOHL:  Same objection.

20               THE WITNESS:  Not necessarily.  I --

21   that's a very niche subgroup, and -- yeah.  That

22   would be a very small group of our patients, so

23   that doesn't necessarily concern me that that

24   inquiry has not been done.

25          Q.    (BY MR. RAMER)  Adolescents with

Page 148

1    neurodiverse characteristics are a niche subgroup?

2         A.   Those who have done puberty blockade and

3    also have ASD and are now adolescents.

4         Q.   I guess what makes it -- I guess how many

5    of your patients do you think are neurodiverse?

6         A.   Very ballpark estimate, maybe 20 percent.

7         Q.   And then how many of those would receive

8    pubertal suppression?

9              MS. NOWLIN-SOHL:  Object to form.

10             THE WITNESS:  So the age makeup of our

11   clinic is probably -- again, this is a guess, but

12   would probably be 30 percent are Tanner II-III and

13   below.

14        Q.   (BY MR. RAMER)  So the vast majority -- I

15   think I understand.

16             So you're saying the vast majority of the

17   patients at your clinic are past the stage where

18   they would have their puberty suppressed; is that

19   right?

20        A.   Yes.

21        Q.   Okay.

22             MR. RAMER:  I guess we've been going for

23   about an hour.  Do you want to take five or ten

24   minutes?

25             MS. NOWLIN-SOHL:  Yeah.  I think this

                                         Page 149

Christine Brady, Ph.D. August 31, 2023

```
1    could be a good five-minute break.

2            MR. RAMER:  Okay.  Let's do that.

3            THE VIDEOGRAPHER:  Okay.  So the time is

4    4:17 p.m. Mountain time, and we are off the

5    record.

6            (Break taken from 4:17 p.m. to 4:23 p.m.)

7            THE VIDEOGRAPHER:  All right.  So we are

8    recording.  The time is 4:23 p.m. Mountain time,

9    and we are back on the record.

10       Q.  (BY MR. RAMER)  Dr. Brady, I'd like to go

11   in your declaration to page 11, paragraph 32, and

12   specifically the second to last sentence.  And

13   I'll read it and ask if I read it correctly.

14           It says "Pausing puberty with blockers

15   can help prevent the distress associated with

16   physical changes inconsistent with an adolescent's

17   gender identity and also provide the adolescent

18   more time to understand their gender identity

19   before considering less-reversible treatments."

20           Did I read that correctly?

21       A.  Yes.

22       Q.  What do you mean by "less-reversible"?

23       A.  So other medical interventions such as

24   hormone therapies have permanent effects and

25   reversible effects.
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1      Q.    Do you think puberty blockers are

2   reversible?

3      A.    Yes.

4      Q.    And what do you mean by that?

5      A.    So for patients who choose to come off

6   the blocker, stop the blockers, puberty --

7   endogenous puberty will resume as normal.

8      Q.    Do you think there could be -- in setting

9   aside that endogenous puberty resumes, do you

10  think there could be other effects from pubertal

11  suppression?

12          MS. NOWLIN-SOHL:  Object to form.

13          THE WITNESS:  There's, to my knowledge,

14  no research that indicates long-term effects from

15  puberty blockade.

16      Q.    (BY MR. RAMER)  Is there any research

17  that suggests there are not long-term effects from

18  puberty blockade?

19      A.    So the majority of research in this area

20  has been done with precocious puberty, not

21  necessarily gender.

22          In precocious puberty, blockade is

23  sometimes started at very younger, much younger

24  than we would do in gender.  So sometimes 7 or

25  earlier depending on what's going on pubertally

Page 151

Christine Brady, Ph.D. August 31, 2023

1    for that child.

2            So these are youth who are on blockade

3    for much longer than we would do or recommend for

4    our patients in gender.  And there are studies

5    looking at there -- that there are no long-term

6    consequences of puberty blockade for those youth.

7        Q.   But individuals who receive puberty

8    blockers for central precocious puberty eventually

9    go through their endogenous puberty, correct?

10       A.   Some do.

11       Q.   Who does not?

12       A.   If they're gender-diverse, they might

13   not.

14       Q.   Fair.  And earlier we were discussing

15   potentially neurological effects from pubertal

16   suppression.

17           And are you able to say based on your

18   knowledge of neurological effects from pubertal

19   suppression that puberty blockers are reversible?

20           MS. NOWLIN-SOHL:  Object to form;

21   foundation.

22           THE WITNESS:  In my clinical experience,

23   I've not had patients who are on blockers develop

24   academic struggles or show cognitive impairment.

25           I know of several studies that are

Page 152

Christine Brady, Ph.D. August 31, 2023

```
 1   currently being conducted that are looking at that
 2   question specifically.  I don't know of any that
 3   have already been published.
 4       Q.   (BY MR. RAMER)  Don't you lose contact
 5   with most of your patients by the time they're age
 6   22?
 7             MS. NOWLIN-SOHL:  Object to form.
 8             THE WITNESS:  It is common when patients
 9   transfer to other clinics that we will not hear
10   from them.
11       Q.   (BY MR. RAMER)  And so in other words,
12   you wouldn't know whether they were suffering any
13   sort of long-term effects after that point, right?
14             MS. NOWLIN-SOHL:  Object to form;
15   argumentative.
16             THE WITNESS:  Clinically, many of my
17   patients are able to succeed.  So many go to
18   college and many are accepted into college; many
19   are able to get jobs.
20             And so from that perspective, they are
21   not experiencing cognitive impairments at the
22   point of time of transfer.
23       Q.   (BY MR. RAMER)  Which is -- for most
24   patients is 22 years old; is that right?
25       A.   Yes.
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Christine Brady, Ph.D. August 31, 2023

1      Q.    And what are the permanent -- I guess

2   backing up.

3            I believe you said when you were

4   referring to less-reversible treatments -- were

5   you including cross-sex hormones?

6      A.    Yes.

7      Q.    And what are the permanent effects of

8   cross-sex hormones?

9      A.    For estrogen in particular -- I'll just

10  start with estrogen.  So for estrogen, permanent

11  effects would be the development of breast tissue.

12  So if someone stops their estrogen, that tissue

13  does not revert or recede.

14           Additionally, there might be impacts in

15  terms of fertility and sperm count on those who

16  undertake estrogen that is permanent.

17           For testosterone, any hair that has grown

18  is permanent.  Any hair that is lost is also

19  permanent.  Bottom growth or clitoral enlargement

20  is also permanent as well as voice changes.

21      Q.    In your declaration, same page,

22  paragraph 33, subpart C, you refer to emotional

23  and cognitive capacity.

24           Do you see that?

25      A.    Yes.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1      Q.    Could you explain what emotional capacity
2   is?
3      A.    So if someone sort of similar to the
4   example I provided earlier about someone who has
5   severe depression, if they are too emotional,
6   sometimes that can cloud their judgment and
7   ability to make informed decisions.
8      Q.    And can you explain what "cognitive
9   capacity" is?
10      A.    That's the ability to comprehend, the
11   ability to understand an informed consent model,
12   the medical intervention that they are wanting to
13   undertake, the risks, benefits, side effects, and
14   long-term consequences.
15      Q.    And how do you determine whether an
16   adolescent has the emotional and cognitive
17   capacity to provide informed consent?
18      A.    So over the course of many sessions, we
19   provide education regarding the risks, benefits,
20   side effects, consequences, and have thorough
21   discussions regarding all of that.  And then we
22   sort of assess if a young person is able to absorb
23   that information, process that information, repeat
24   back that information, and has given this a lot of
25   thought and consideration.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1       Q.   Do different treatments require a

2   different level of emotional and cognitive

3   capacity?

4              MS. NOWLIN-SOHL:  Object to form.

5              THE WITNESS:  Not necessarily.  I think

6   we want -- you know, I think it varies in terms of

7   the complexity depending on what medicine or

8   procedure they're undertaking.  So some things

9   have more side effects than others or just more

10  complex in understanding the ins and outs of a

11  particular procedure.  So it might just be the

12  thing that we're talking about is more complex.

13      Q.   (BY MR. RAMER)  Would a treatment with

14  more serious side effects require a higher level

15  of capacity?

16             MS. NOWLIN-SOHL:  Object to form.

17             THE WITNESS:  Yeah.

18      Q.   (BY MR. RAMER)  Could an individual under

19  18 have the emotional and cognitive capacity to

20  consent to puberty blockers but not cross-sex

21  hormones?

22      A.   Yes, possibly.

23      Q.   And could an individual under 18 have the

24  emotional and cognitive capacity to consent to

25  cross-sex hormones but not surgery?

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1        A.    Yes.

2        Q.    In your declaration page 15, paragraph

3    43, in the first sentence you're referring to

4    irreversible secondary sex characteristics.  And

5    you provide the example of chest development,

6    which I believe you previously mentioned as well.

7              And my question is why do you deem chest

8    development an irreversible secondary sex

9    characteristic?

10       A.    So in this particular section, I'm

11   discussing the changes that come with endogenous

12   puberty.  And so for someone assigned male, that

13   would be the deep voice example.  So once that

14   voice is deepened for that assigned male, that

15   cannot can reversed for them, even if they are

16   female-identifying and go on estrogen.

17             Similarly with a designated female who

18   goes through endogenous puberty, chest development

19   can't be reversed except for by surgery, but

20   that's a very significant intervention.  So if

21   they were to take testosterone, it can't be

22   reversed.

23       Q.    Okay.  And I think I see the point.  So

24   the point is if it requires surgery, then you

25   would view that as an irreversible secondary sex

Page 157

Christine Brady, Ph.D. August 31, 2023

1   characteristic; is that right?

2       A.   Some things can't be changed even with

3   surgery, but that can be one of the criteria.

4       Q.   Page 14, paragraph 40, I'll read the

5   first sentence and ask if I read it correctly.

6            You say, "Moreover, as I have seen in my

7   experience as a clinician, the use of hormone

8   blockers and cross-sex hormone therapy during

9   adolescence can prevent the need for future

10  medical treatment such as surgeries to remove or

11  alter secondary sex characteristics and allow for

12  more favorable future outcomes."

13           Did I read that correctly?

14      A.   Yes.

15      Q.   And are you saying here that the use of

16  puberty blockers or hormones can prevent the need

17  for surgeries later?

18      A.   So, for example, with a designated female

19  who has gone through puberty and developed chest

20  tissue, if they identify as masculine and have

21  gender dysphoria and want to treat that dysphoria

22  through surgery, that would be the only way to

23  treat that area of the body.

24           But if that same designated female was on

25  blockers, did not go through that endogenous

Christine Brady, Ph.D. August 31, 2023

```
 1    puberty or develop that chest tissue, they would
 2    not necessarily need or seek that surgery later on
 3    because they have a masculine chest.
 4         Q.   Are there any examples other than the
 5    example of chest development in the natal female
 6    or assigned female at birth?
 7         A.   So in a designated male, it could be as
 8    simple as body hair.  So body hair is also
 9    irreversible except for, you know, permanent laser
10    electrolysis and different methods like that.
11              So puberty blockade can also prevent body
12    hair from growing and prevent their voice from
13    deepening as well, which would prevent the need to
14    manage that with other procedures in the future.
15         Q.   And why does preventing the need for
16    future medical treatment such as surgeries allow
17    for more favorable future outcomes?
18         A.   Well, I think it minimizes the distress
19    that can be experienced from developing those
20    secondary sex characteristics of the assigned sex
21    from ever developing.  So then they would never
22    develop the distress that they would have
23    developing those parts.  But also, you know, we
24    want to minimize medical intervention as much as
25    we can.
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

```
 1              And, you know, that creates -- you know,
 2    any procedure, any medicine has risks associated
 3    with it.  And if we can prevent a child from
 4    receiving surgery, that seems like a good outcome.
 5         Q.   And can you just -- I think I understand
 6    the principle, but can you just explain why that
 7    is?
 8         A.   Which part?
 9         Q.   Sorry, why you would -- if you can avoid
10    medical intervention, why you would want to do
11    that.
12         A.   So, for example, if it's surgery, any
13    surgery has risks associated with it.  And if we
14    can avoid someone -- a young person getting
15    surgery, then we would want to do that.
16         Q.   And so basically if you have two
17    procedures that are equally effective but one is
18    more invasive, you would prefer the less invasive
19    procedure; is that right?
20              MS. NOWLIN-SOHL:  Object to form.
21              THE WITNESS:  I think we would weigh, you
22    know, the pros and cons and the risks and benefits
23    of all the potential interventions and want to
24    minimize risk and harm as much as we can.
25         Q.   (BY MR. RAMER)  Yeah, I guess this is
```

Page 160

Christine Brady, Ph.D. August 31, 2023

1   more of a theoretical question because I doubt

2   there are situations where you have procedures

3   that are perfectly equally effective.

4          But the question is if you did have in

5   theory two procedures that were equally effective,

6   one was more invasive and one was less invasive,

7   you would prefer the less invasive procedure,

8   right?

9          MS. NOWLIN-SOHL:  Object to form; asked

10  and answered.

11         THE WITNESS:  Yes.

12     Q.   (BY MR. RAMER)  In your declaration,

13  going to page 13, paragraph 37 and the third

14  sentence -- I'll just read it and ask if I read it

15  correctly.

16         It says "As with all medicine,

17  information should be presented in a

18  developmentally appropriate manner to both the

19  adolescent and caregivers."

20         Did I read that correctly?

21     A.   Yes.

22     Q.   And why should care be given in a

23  developmentally appropriate manner?

24     A.   To ensure that youth are able to absorb

25  and comprehend to the best of their abilities.

Page 161

Christine Brady, Ph.D. August 31, 2023

1    Q.   And how do you discuss the risk

2  associated with fertility, for example, in a

3  developmentally appropriate manner with an

4  adolescent?

5    A.   So we spend a lot of time focusing on

6  that side effect in particular.  And we, again,

7  talk both with the adolescent and the caregivers

8  and present the information.

9         You know, first we sort of discuss how --

10  whatever the medical intervention is, how that

11  impacts fertility or what we know regarding the

12  impacts of fertility.

13         We discuss sort of hypothetically the

14  possibilities in the future of, you know, in

15  hypothetical scenario 1, you do not want kids.

16  And hypothetical scenario 2, you do want to have

17  kids.  And hypothetical scenario 3, you know, you

18  want to do a donor or adoption.  So we talk about

19  the different ways in which, you know, their life

20  might sort of play out.  And we talk about each of

21  those situations and how they may deal or cope

22  with choosing an intervention that impacts their

23  options later on.

24         We also counsel about the options that

25  are available in terms of fertility preservation

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1    and the pros and cons of that and answer

2    questions.

3            And we also provide referrals to

4    fertility specialists for further counseling if

5    that's something families are interested in.

6        Q.   What are the options for fertility

7    preservation?

8        A.   So for sperm preservation, the -- there's

9    kind of three main methods.  So one is a hospital

10   visit in which we can obtain a sample.

11           Another is just going to a traditional

12   sperm bank and collecting a sample there to be

13   frozen.

14           There are also mail companies that will

15   mail you a kit to your home so that you can obtain

16   a sample and then send it back to the company for

17   analysis and freezing.

18           For egg preservation, we have -- patients

19   meet with our gyn team, and also we have a

20   fertility department at Stanford that also meets

21   with patients to talk about egg retrieval and

22   preservation.

23       Q.   I think I understand the retrieval part.

24   On the preservation part, you had mentioned, I

25   think with respect to sperm, freezing.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1          And is that the same with respect to

2     eggs?

3          A.    Both freezing, yes.

4          Q.    Both freezing.   Are there any other

5     options?

6          A.    Not at Stanford.

7          Q.    Why did you qualify that with "not at

8     Stanford"?

9          A.    Because I believe that there are some

10    places that can do ovary preservation and testicle

11    preservation, so removal of the whole organ and

12    freezing it.

13         Q.    Do you know anything beyond that, what

14    you just said?

15         A.    I don't.

16         Q.    Do you agree that an individual who

17    begins taking puberty blockers at Tanner Stage II

18    and proceeds without interruption to cross-sex

19    hormones will be infertile?

20              MS. NOWLIN-SOHL:   Object to form.

21              THE WITNESS:   So it just -- we haven't

22    had a case of youth who was blocked, went on to

23    cross-sex hormones, so never had endogenous

24    puberty who was then -- you know, stopped their

25    hormones or tried to get pregnant or have a child.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

```
1   So that situation has just not come up, so I don't
2   think we're able to say.
3        Q.   (BY MR. RAMER)  Would that treatment
4   regimen of going from puberty blockers to
5   cross-sex hormones to going off hormones to go
6   through endogenous puberty be in accordance with
7   the SOC-8?
8             MS. NOWLIN-SOHL:  Object to form.
9             THE WITNESS:  I'm not sure I understand
10  "in accordance."  I'm not sure what you mean.
11       Q.   (BY MR. RAMER)  Do the guidelines discuss
12  how to properly do that procedure?
13            MS. NOWLIN-SOHL:  Object to form.
14            THE WITNESS:  How to do -- how to do
15  fertility preservation in someone who went on
16  blockade and then hormones and then stopped?
17       Q.   (BY MR. RAMER)  Yeah, I think that's my
18  question.
19            That process that you just described,
20  like, is that in the guidelines?
21            MS. NOWLIN-SOHL:  Same objection.
22            THE WITNESS:  I think it -- you know,
23  SOC-8, to the best of my knowledge, doesn't really
24  have specific scenarios.  So, you know, they have
25  dosing recommendations for someone who's on
```

Page 165

1    testosterone but not necessarily like, you know,

2    more globally somebody who did this and then this

3    and then this and what to do with that.  So I

4    don't believe so.

5        Q.   (BY MR. RAMER)  And is a natal male or a

6    male assigned at birth sexually mature by Tanner

7    Stage II?

8            MS. NOWLIN-SOHL:  Object to form.

9            THE WITNESS:  I think -- I'm not sure

10   because I'm not a medical expert, but I think it

11   depends.  Some might be; some may not be.

12       Q.   (BY MR. RAMER)  Of all your patients,

13   have you ever had a case of a natal male or

14   assigned male at birth who underwent prolonged

15   cross-sex hormone treatment and subsequently

16   conceived a child?

17           MS. NOWLIN-SOHL:  Object to form.

18           THE WITNESS:  I have had cases of both

19   designated males and designated females.  They

20   were not on blockers, but they did -- they were on

21   both estrogen and testosterone and then did

22   fertility preservation.  So stopped their hormone

23   treatments and did fertility preservation after

24   several years of being on hormone therapies and

25   then got back on their hormones after doing

Page 166

Christine Brady, Ph.D. August 31, 2023

1    preservation, and that was successful.

2         Q.   (BY MR. RAMER)  I guess which part of

3    that was successful?  The retrieval?

4         A.   So the eggs and the sperm were analyzed

5    for viability and were deemed to be viable, but in

6    those two cases they have not become children yet.

7         Q.   And how long were those individuals on

8    hormones?

9         A.   Testosterone, I believe, was about six

10   years.  And then the estrogen case was about four.

11        Q.   And is this documented in the literature,

12   or is this just knowledge in your clinic?

13        A.   This is just my, yeah, personal

14   experience.

15        Q.   And have you had any more other than

16   those?

17             MS. NOWLIN-SOHL:  Object to form.

18             THE WITNESS:  I've not had any other

19   patients express wanting to do fertility

20   preservation after starting the medical

21   interventions, just those two.

22        Q.   (BY MR. RAMER)  I guess what percentage

23   of your patients do pursue fertility preservation

24   options?

25             MS. NOWLIN-SOHL:  Object to form.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

1           THE WITNESS:  So I would guess maybe

2    30 percent.

3           MR. RAMER:  And, Li, do you have -- let's

4    see.  I guess it's now Brady Exhibit 6?

5           MS. NOWLIN-SOHL:  Yes.

6           MR. RAMER:  Okay.

7           (Deposition Exhibit No. 6 was marked.)

8       Q.   (BY MR. RAMER)  Doctor, have you ever

9    seen this document before?

10      A.   No.

11      Q.   And you see it's a document by the

12   American Psychological Association?

13      A.   Yes.

14      Q.   And you're a member of the American

15   Psychological Association, correct?

16      A.   Yes.

17      Q.   And I'll just represent to you basically

18   by reading the top, which says it's an "APA

19   Resolution on the Imposition of Death as a Penalty

20   For Persons Aged 18 Through 20, Also Known As the

21   Late Adolescent Class."

22           And do you see it says it was published

23   in August of 2022?

24      A.   Yes.

25      Q.   And my questions for you are not about

Page 168

Christine Brady, Ph.D. August 31, 2023

1    the substance of this or your views on the

2    imposition of the death penalty, but I have a

3    question about a couple of statements made in this

4    and just to get your reaction to the scientific

5    statements.

6                MS. NOWLIN-SOHL:  Could she just have a

7    second to look at it?

8                MR. RAMER:  Yeah, absolutely.

9                THE WITNESS:  Thanks.

10        Q.   (BY MR. RAMER)  And I can tell you where

11   the questions will be if you want to read those

12   paragraphs in particular, which is on page 2 on

13   the left column, the second "whereas" paragraph,

14   and then in the right column the first full

15   "whereas" paragraph.  But, please, take your time.

16        A.   Sorry, you said page 2, right-hand

17   column, "whereas," second paragraph.

18                And what was the second one?

19        Q.   So page 2, left column, second "whereas"

20   paragraph.

21        A.   Okay.

22        Q.   Same page, right column, first "whereas"

23   paragraph.

24        A.   Thank you.  Okay.

25        Q.   Okay.  So we'll start with the second --

                                      Page 169

Christine Brady, Ph.D. August 31, 2023

1    sorry.  We'll start with left column, second

2    "whereas" paragraph.  And I'm first just going to

3    read it without saying the citations.  So just

4    effectively read the English, and then I'll ask if

5    I read that correctly.

6              It says "Whereas developmental

7    neuroscience, including research on both the

8    structure and function of brain development,

9    establishes that significant maturation of the

10   brain continues through at least age 20,

11   especially in the key brain systems implicated in

12   a person's capacity to evaluate behavioral

13   options, make rational decisions about behavior,

14   meaningfully consider the consequences of acting

15   and not acting in a particular way, and to act

16   deliberately in stressful or highly charged

17   emotional environments, as well as continued

18   development of personality traits, e.g., emotional

19   stability and conscientiousness and what is

20   popularly known as 'character.'"

21             Did I read that correctly?

22        A.   Yes.

23        Q.   And were you aware that significant

24   maturation of the brain continues through at least

25   age 20?

Page 170

Christine Brady, Ph.D. August 31, 2023

1    A.   Yes.

2    Q.   Okay.  And now I'm just going to read --

3    let me see if I have another question.

4         Were you aware that this maturation

5    occurs in the key brain systems implicated in a

6    person's capacity to evaluate behavioral options,

7    make rational decisions about behavior, and

8    meaningfully consider the consequences of acting

9    and not acting in a particular way?

10   A.   Yes.

11   Q.   Okay.  So same page, right column and the

12   first full "whereas" clause.  And again I'll read

13   it without the citations and ask if I read it

14   correctly.

15        It says "Whereas it is clear the brains

16   of 18- to 20-year-olds are continuing to develop

17   and key brain systems relate to higher-order

18   executive functions and self-control, such as

19   planning ahead, weighing consequences of behavior,

20   and emotional regulation.  Their brain development

21   cannot be distinguished reliably from that of

22   17-year-olds with regard to these key brain

23   systems."

24        Did I read that correctly?

25   A.   Yes.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1      Q.   And do you agree that up until an

2   individual is 20, they are continuing to develop

3   the key brain systems related to higher-order,

4   executive functions, and self-control such as

5   planning ahead, weighing consequences of behavior,

6   and emotional regulation?

7      A.   I believe that our brains are always

8   developing.  I don't necessarily think that it

9   stops at age 20.

10     Q.   Do you agree with the statements -- let

11  me restart.

12          Do you agree with the statements in this

13  paragraph?

14          MS. NOWLIN-SOHL:  Object to form; asked

15  and answered.

16          THE WITNESS:  Yes.

17     Q.   (BY MR. RAMER)  Do the statements in the

18  paragraphs we just read give you any concern about

19  whether individuals under 18 can provide informed

20  consent to a treatment that bears risk of

21  infertility?

22          MS. NOWLIN-SOHL:  Object to form.

23          THE WITNESS:  So just because a brain is

24  continuing to develop doesn't mean it's not able

25  to do these tasks.  It just means that they are

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Christine Brady, Ph.D. August 31, 2023

1    still maturing in order to reach their full
2    capacity to do these tests.  So it's not to say
3    they're not able to do them.
4         Q.   (BY MR. RAMER)  Do you have any concern
5    about whether adolescents as a category possess
6    the maturity to provide consent to treatment that
7    carries risks of infertility?
8              MS. NOWLIN-SOHL:  Object to form.
9              THE WITNESS:  So everybody develops at
10   their own pace, and some of within -- some are
11   precocious; some are delayed.  And so, you know,
12   each individual is approached as such, as an
13   individual.
14             And there are some who are not able to
15   meet the SOC-8 criteria of being able to have the
16   emotional or cognitive capacity to provide
17   informed consent, in which case we would not
18   proceed with any medical intervention for that
19   youth.
20             So it is embedded in our evaluation
21   process to assess for that.
22        Q.   (BY MR. RAMER)  And so you think that
23   there are adolescents who are able to -- excuse
24   me.
25             There are adolescents who are able to

                                        Page 173

Christine Brady, Ph.D. August 31, 2023

```
1   provide informed consent to that treatment; is
2   that right?
3        A.   Yes.
4        Q.   I'd like to turn in your declaration to
5   page 12, paragraph 35, first sentence.  And you
6   refer in the parenthetical to "evolution of
7   identity."
8            Do you see that?
9        A.   Yes.
10       Q.   What do you mean by that?
11       A.   That's a term that I like to use, but
12   essentially it means how the identity developed
13   over time.  So when did it first come into their
14   awareness that there might be incongruence or
15   differences?
16           When did they finally find the words or
17   the labels at which they define themselves?
18           And what information did they obtain to
19   be able to use those words and that kind of thing?
20       Q.   Turning to page 7, paragraph 22, last
21   sentence on the page -- I'm sorry.  Yes, last
22   sentence on the page.  You use the word
23   "detransitioned" in quotation marks.
24           Do you see that?
25       A.   Yes.
```

Page 174

1        Q.    What's your understanding of that word?

2        A.    My understanding of that word is that

3    there are many ways to define it, depending on the

4    study.  So typically it has been used to mean

5    people who stop their medical interventions,

6    gender-diverse people who stop their medical

7    interventions.

8        Q.    And is that your understanding of the

9    word?

10        A.    That is how it's most commonly used and

11    defined in the research.

12        Q.    And previous page from this, page 6,

13    paragraph 20, first sentence, I'll just read it

14    and ask if I read it correctly.

15            It says "For adolescents and adults whose

16    gender identity differs from their sex assigned at

17    birth, it is very unlikely that they will later

18    come to identify with their birth-assigned sex."

19            Did I read that correctly?

20        A.    Yes.

21        Q.    And this assertion you make here, does it

22    apply to individuals whose gender incongruence

23    arose during adolescence?

24            MS. NOWLIN-SOHL:  Object to form.

25            THE WITNESS:  Can you ask that again?

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1        Q.    (BY MR. RAMER)  Yes.  The proposition in

2    the first sentence here, does that apply to

3    individuals whose gender incongruence arose during

4    adolescence?

5              MS. NOWLIN-SOHL:  Same objection.

6              THE WITNESS:  It includes -- I mean, I

7    think it -- excuse me.  Let me back up.

8              It includes -- it could be they

9    identified in early childhood.  It could be they

10   identified in adolescence, but they are currently

11   adolescents and adults.

12       Q.    (BY MR. RAMER)  And I guess if you're

13   isolating the category that identified as gender

14   incongruent as adolescents, does it hold true that

15   it is very unlikely that they will later come to

16   identify with their birth-assigned sex?

17             MS. NOWLIN-SOHL:  Object to form.

18             THE WITNESS:  I'm not sure I understood

19   that.

20       Q.    (BY MR. RAMER)  Well, I guess in your

21   answer I thought you were saying it includes --

22   when you use the word "adolescents" in this

23   sentence, it includes individuals who identified

24   as gender incongruent as adolescents and also

25   individuals who identified as gender incongruent

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Christine Brady, Ph.D. August 31, 2023

1    during childhood and then aged into adolescence;
2    is that right?
3        A.   Correct.
4        Q.   And my question is specifically about the
5    first category of individuals who identified as
6    gender incongruent in adolescence.
7            And if you're talking only about that
8    category, is it true that it is very unlikely that
9    they will later come to identify with their
10   birth-assigned sex?
11           MS. NOWLIN-SOHL:  Object to form.
12           THE WITNESS:  I'm not aware of any
13   research that indicates that that subgroup has
14   higher rates of detransition.
15       Q.   (BY MR. RAMER)  What about higher rates
16   of desistance?
17           MS. NOWLIN-SOHL:  Object to form.
18           THE WITNESS:  If by "desistance" you mean
19   identified as gender diverse and then now identify
20   as their assigned sex -- is that how you're
21   defining "desistance"?
22       Q.   (BY MR. RAMER)  I guess how do you define
23   "desistance"?
24       A.   So sometimes desistance is also just
25   talking about stopping medical intervention.

Page 177

Christine Brady, Ph.D. August 31, 2023

```
 1                But in my terminology, I guess
 2    "desistance" would be identifying as cisgender or
 3    aligning with the assigned sex at birth later.
 4        Q.    Okay.  Yeah, let's take your definition.
 5              And are there any studies analyzing
 6    desistance rates for individuals specifically who
 7    identified as gender incongruent during
 8    adolescence?
 9        A.    Not to my knowledge.
10        Q.    Do you keep statistics of regret at your
11    clinic?
12              MS. NOWLIN-SOHL:  Object to form.
13              THE WITNESS:  Keep in what way?
14        Q.    (BY MR. RAMER)  Do you know how many
15    patients have ever expressed regret about their
16    treatment?
17              MS. NOWLIN-SOHL:  Object to form.
18              THE WITNESS:  Of our clinic patients?
19        Q.    (BY MR. RAMER)  Yes.
20        A.    We do not keep record of, like, the
21    number, no.
22        Q.    How do you define "regret"?
23        A.    "Regret" to me would mean someone who has
24    done a medical intervention and wishes that they
25    hadn't.
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1          Q.   Has a patient in your clinic ever
2     expressed regret at having taken puberty blockers?
3          A.   Not to my knowledge.
4          Q.   Has a patient in your clinic ever
5     expressed regret at having taken cross-sex
6     hormones?
7          A.   Not to my knowledge.
8          Q.   Have you ever had any patients receive
9     what's called a gender-affirming mastectomy?
10              MS. NOWLIN-SOHL:  Object to form.
11              THE WITNESS:  Masculinizing top surgery?
12         Q.   (BY MR. RAMER)  Yes.
13         A.   Yes.
14         Q.   Have you ever had a patient express
15    regret about receiving masculinizing top surgery?
16         A.   No, not to my knowledge.
17         Q.   In your declaration, page 6 -- we're
18    there.  Sorry.  Page 6, paragraph 20.
19              And the second sentence, you refer to six
20    individuals who were your patients who later came
21    to identify with their sex assigned at birth; is
22    that right?
23         A.   Yes.
24         Q.   And do you recall how -- whether these
25    individuals were diagnosed with gender dysphoria

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

```
1   during childhood or adolescence?
2       A.   I believe all six met criteria at some
3   point.
4       Q.   Right.  And I'm not suggesting they
5   didn't.
6            I guess my question is when they met the
7   criteria -- when they were formally diagnosed, do
8   you recall whether it was their childhood or
9   adolescence?
10      A.   So I know for sure two that had received
11  the puberty blockade in childhood.  The other four
12  I'm not sure.  I don't remember.
13      Q.   Do you recall whether the six were natal
14  females or females assigned at birth?
15      A.   I believe it was pretty 50/50 of the six,
16  three and three.  It might have been two and four,
17  but...
18      Q.   And when you say in your declaration that
19  "none expressed regret around their gender
20  exploration or care," do you just mean they didn't
21  tell you that they regretted their care?
22      A.   No.  So I supported them after they --
23  you know, I supported them through retransition or
24  coming off their medications.  And so we continued
25  to do therapy with these patients and, you know,
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1    explored, you know, if they were experiencing any

2    side effects, whether that be socially or

3    physically or mentally, and none of them endorsed

4    any negative side effects and were glad that they

5    had done the exploration process and glad that

6    they -- in the case of the two, done the puberty

7    blockade.

8         Q.   I think in your answer you had referred

9    to "retransition."  Is that -- first of all, did

10   you use that word?

11        A.   Yes.

12        Q.   Is that something distinct from

13   "detransition"?

14        A.   It's -- it can be used interchangeably, I

15   just prefer the term "retransition."

16        Q.   Okay.  Because I've heard --

17        A.   Sorry.

18        Q.   It's all right.  Go ahead.

19        A.   To transition back to the assigned sex.

20        Q.   Okay.  Because I -- okay.  Got it.

21             If a patient regretted a medical

22   intervention, do you think the patient would

23   return to the provider who gave them that

24   intervention to express their regret?

25             MS. NOWLIN-SOHL:  Object to form; calls

Page 181

Christine Brady, Ph.D. August 31, 2023

1    for speculation.

2            THE WITNESS:  I certainly hope so.  We

3    create -- we try to create an environment that is

4    welcoming to all.  We're not a transgender clinic;

5    we are a gender clinic.  And so we will support

6    patients regardless of how their identity shifts

7    and changes.

8            And so we, you know, often check in with

9    patients along the path to make sure that, you

10   know, are you happy with your medicines?  Do you

11   want to stop your medicines for whatever reason?

12           And so we welcome that conversation and

13   we're very open to all the pathways that a youth

14   might take.  So I would hope we're creating an

15   environment in which families and patients feel

16   safe to do so.

17       Q.   (BY MR. RAMER)  Yeah, and I wasn't asking

18   the question to cast doubt on your clinic in

19   particular.  I think I was asking the question

20   more from the perspective of the psychology of the

21   individual patient and if the patient regretted a

22   medical intervention as a psychologist, do you

23   think that that patient would have reservations

24   about returning to the provider who gave them that

25   intervention to express their regret?

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

```
 1              MS. NOWLIN-SOHL:  Object to form; calls
 2     for speculation, foundation.
 3              THE WITNESS:  Given that these six
 4     reached out to us and wanted my support through
 5     that process, I mean, it's possible that that is
 6     happening.  But in the case of these six, they
 7     felt very comfortable coming back and wanted the
 8     gender clinic to support them through
 9     retransition.
10              MR. RAMER:  I'm going to send an exhibit.
11     It's going to probably take a minute.  I just sent
12     it, so just let me know whenever it arrives.
13              MS. NOWLIN-SOHL:  Okay.
14              MR. RAMER:  Are we looking?
15              MS. NOWLIN-SOHL:  Still looking.
16              MR. RAMER:  All right.  Well, maybe I can
17     ask a question to introduce this, and we can deal
18     with it when it arrives.
19          Q.   (BY MR. RAMER)  But, Dr. Brady, did you
20     help author an article entitled "Understanding and
21     Supporting Patients With Dynamic Desires For
22     Gender-Affirming Medical Interventions"?
23          A.   Yes.
24              MS. NOWLIN-SOHL:  Okay.  We have it now.
25              (Deposition Exhibit No. 7 was marked.)
```

Page 183

1      Q.   (BY MR. RAMER)  And my question will be

2    is this that article?

3      A.   Yes.

4      Q.   And in the second paragraph, you first

5    highlight a study from the Netherlands.

6           Do you see that?

7      A.   Yes.

8      Q.   And I assume that even though the study

9    included participants from the Netherlands, you

10    still deem it useful with respect to your work in

11    the United States?

12      A.   Yes.

13      Q.   With respect to the last sentence of that

14    paragraph, I'll read it and ask if I read it

15    correctly.

16           It says "Studies of adolescents who start

17    pubertal suppression had found that only a few

18    percent ultimately chose to discontinue

19    gender-affirming medical care."

20           Did I read that correctly?

21      A.   Yes.

22      Q.   And so that sentence speaks only about

23    adolescents who chose to discontinue care, right?

24      A.   Yes.

25      Q.   Do you think that metric adequately

Christine Brady, Ph.D. August 31, 2023

1    captures regret?

2         MS. NOWLIN-SOHL:  Object to form.

3         THE WITNESS:  So, no, because not all of

4    these individuals, such as the two in my clinical

5    practice who chose not to pursue further

6    intervention and stopped puberty blockers -- they

7    did not express regret.  So this doesn't

8    necessarily -- this number doesn't equate to

9    regret.

10        Q.   (BY MR. RAMER)  So you actually think

11   this is over-counting potentially?

12        A.   [Indiscernible due to cross-talk.]

13        Q.   Do you think it's potentially

14   under-counting?

15        A.   In many studies some people are lost to

16   follow-up, and that happens in our clinic as well,

17   so potentially.

18        Q.   Well, I mean, even leaving aside lost to

19   follow-up, just because somebody chooses not to

20   discontinue the care, does that mean they don't

21   regret it?

22        MS. NOWLIN-SOHL:  Object to form; calls

23   for speculation.

24        THE WITNESS:  Are you saying -- so

25   somebody who does a blocker and stays on a blocker

Page 185

Christine Brady, Ph.D. August 31, 2023

1   might still be experiencing regret while still on

2   that blocker?

3       Q.    (BY MR. RAMER)  I mean, I guess I take a

4   more advanced example of somebody who was on a

5   blocker and then took cross-sex hormones and so

6   has, short of surgery, fully medically

7   transitioned.

8           Isn't it possible for that person to

9   regret where they currently are, even though they

10  don't want to go through the process of

11  retransition?

12          MS. NOWLIN-SOHL:  Object to form; calls

13  for speculation.

14          THE WITNESS:  Regret where they currently

15  are or regret having made the decision to do

16  hormone therapies?

17      Q.    (BY MR. RAMER)  I guess what's the

18  distinction you're drawing there?

19      A.    Because many people might regret where

20  they are in life, that might -- may or may not

21  involve their gender.

22      Q.    Yes, sorry.  For purposes of the

23  question, the regret was specific to the

24  transition.

25          MS. NOWLIN-SOHL:  Same objections.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

```
1              THE WITNESS:  So it's possible.  Anything
2    is possible.  However, in my clinical experience,
3    it would be difficult to hide that level of
4    distress if I'm working with somebody in a
5    therapeutic context.  And that might be something
6    I'd become suspicious of, even if someone is
7    trying to hide that.
8         Q.   (BY MR. RAMER)  And you mentioned "lost
9    to follow-up."
10             Can you just explain what that is?
11        A.   So it can mean a number of different
12   things, but typically, you know, in the medical
13   world, it's -- you know, they maybe moved and
14   didn't tell us they were moving.  And so we don't
15   really know where that person is.
16             It might be that they transferred care,
17   even if they didn't move but they just transferred
18   care to another hospital.
19             Maybe insurance changed and they had to
20   change providers.
21             And so people get lost to follow-up in
22   that way.
23        Q.   Do you recall as you sit here the
24   percentage of participants that were lost to
25   follow-up in this study out of the Netherlands
```

Page 187

Christine Brady, Ph.D. August 31, 2023

1  that you cite?

2      A.   Let me look at the citation.

3           I shouldn't have touched it.  If I could

4  look at the citation form.

5           These particular studies I do not

6  remember what particular percent was lost to

7  follow-up, no.

8      Q.   Do you think that particularly with

9  respect to a study that is assessing regret that

10 lost to follow-up is a significant limitation?

11          MS. NOWLIN-SOHL:  Object to form.

12          THE WITNESS:  In all research, you know,

13 we hope for complete data.  That's often not able

14 to be obtained.  You know, you do wonder about

15 the -- those who were not able to participate in

16 the study and where they are and how they feel,

17 but we can't know for sure what's going on with

18 them.

19     Q.   (BY MR. RAMER)  Would it surprise you to

20 know that the loss to follow-up in this study you

21 cite is over 35 percent?

22     A.   That's not uncommon for research.  That's

23 longitudinal.

24     Q.   Do you think that high of a loss to

25 follow-up is concerning when the purpose of the

                                        Page 188

Christine Brady, Ph.D. August 31, 2023

1    study is measuring regret?

2            MS. NOWLIN-SOHL:  Object to form.

3            THE WITNESS:  Given that it's a pretty

4    standard number with regards to other fields and

5    other studies, it doesn't necessarily give me

6    cause for concern.

7        Q.  (BY MR. RAMER)  Wouldn't the conservative

8    estimate be that you have to treat that percentage

9    as individuals who regret the care?

10           MS. NOWLIN-SOHL:  Object to form; calls

11   for speculation.

12           THE WITNESS:  That seems like an

13   inappropriate leap to just consider that whole

14   group.

15           Statistically there might be ways of

16   applying the rates and percentages that are seen

17   in those who were able to participate and

18   translating that to the lost-to-follow-up group

19   and proportionately applying those percentages.

20       Q.  (BY MR. RAMER)  You don't see any

21   methodological issue with taking the .6 percent of

22   the people who were not lost to follow-up and just

23   applying that percentage to the lost-to-follow-up

24   group?

25           MS. NOWLIN-SOHL:  Objection to form;

Page 189

1    mischaracterizes prior testimony.

2            THE WITNESS:  I mean, I'm just giving

3    that as an example of maybe something that's a

4    little more appropriate.  The researchers didn't

5    choose to do that, so clearly they didn't feel

6    like that was appropriate to do, nor did they feel

7    like it was appropriate to assume that that

8    32 percent experienced regret.

9        Q.   (BY MR. RAMER)  Do you acknowledge that

10   that amount of lost to follow-up is a study

11   limitation of that article?

12           MS. NOWLIN-SOHL:  Object to form.

13           THE WITNESS:  Yeah, lost to follow-up is

14   a limitation of any article.

15       Q.   (BY MR. RAMER)  In your -- oh, no.  On

16   this article, sorry, first page, fourth paragraph,

17   in the first sentence you refer to the fact that

18   some individuals discontinue or reverse

19   gender-affirming medical or surgical care.

20           Do you see that?

21       A.   Yes.

22       Q.   And then you say that fact has been,

23   quote, woefully politicized.

24           Do you see that?

25       A.   Yes.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1      Q.    And can you explain what you mean by

2   that?

3      A.    So this concern that those who choose to

4   discontinue or reverse their gender affirmation or

5   interventions are seen as a reason not to do this

6   work, even though that percentage is low, and even

7   though there are many more who benefit from such

8   interventions.  And so the few are being used,

9   unfortunately, to make a case that has a lot of

10   limitations.

11      Q.    And so you think that these individuals

12   are being used; is that what you said?

13           MS. NOWLIN-SOHL:  Object to form;

14   mischaracterizes prior testimony.

15           THE WITNESS:  I think the data on these

16   individuals is being used to make a case that has

17   limitations.

18      Q.    (BY MR. RAMER)  Can you explain what you

19   mean by "a case that has limitations"?

20      A.    So again, those who discontinue don't

21   necessarily regret and haven't necessarily

22   detransitioned.  So many sought medical

23   intervention because they're happy and have met

24   their transition goals.

25           They still identify as gender diverse,

Page 191

Christine Brady, Ph.D. August 31, 2023

1    and so sometimes those numbers are used to say

2    that many discontinue or many regret their

3    decisions, but that's not necessarily the case.

4        Q.   Do you think we know the percentage that

5    will ultimately discontinue or regret

6    gender-affirming medical or surgical care?

7             MS. NOWLIN-SOHL:  Object to form.

8             THE WITNESS:  We have estimates.

9        Q.   (BY MR. RAMER)  And what estimates are

10   you referring to?

11       A.   So, you know, some of the citations are

12   included in my declaration talk about the percents

13   in those studies who detransition or choose to

14   stop medical care.

15       Q.   Do you agree that in the last ten years,

16   there has been a substantial increase in the

17   number of individuals under 18 who have been

18   diagnosed with gender dysphoria?

19       A.   So in the last ten years, I know that the

20   instance of gender -- excuse me.

21            There has been a rise in the number of

22   individuals who will -- who endorse that they are

23   transgender or gender diverse, and that's, you

24   know -- like, the Williams study is .6 percent, .7

25   percent to 1.4 percent over the last four years --

Page 192

Christine Brady, Ph.D. August 31, 2023

1    sorry, ten years.

2        Q.   When you say "a rise in the number of

3    individuals who will endorse that they are

4    transgender or gender diverse," what did you mean

5    by that?

6        A.   So specifically you asked me about

7    individuals who are diagnosed with gender

8    dysphoria, and I don't know what the estimates are

9    in terms of the increase in gender dysphoria.

10           All I know is the increase in the number

11   of people who will self-declare that they are

12   transgender or gender diverse.

13       Q.   So you do not know whether the rate --

14   let me rephrase.

15           You do not know whether the number of

16   minors diagnosed with gender dysphoria in the last

17   ten years has significantly increased?

18       A.   I can assume because the number of those

19   who are self-identifying as transgender or gender

20   diverse has increased, that the number of people

21   who are getting diagnosed with gender dysphoria is

22   also increasing.

23       Q.   But you're saying that would be an

24   assumption on your part?

25       A.   Yeah.  I don't know of any, like,

Page 193

Christine Brady, Ph.D. August 31, 2023

1  specific rates or, you know, numbers.

2      Q.   Do you agree that the majority of

3  individuals under 18 who are currently being

4  diagnosed with gender dysphoria in the last three

5  years are natal females or females assigned at

6  birth?

7           MS. NOWLIN-SOHL:  Object to form.

8           THE WITNESS:  Again, I don't know of any

9  data that's looking at differential rates in terms

10  of gender -- like, sex ratio in the diagnosis of

11  gender dysphoria.  In our clinic it's 50/50, so...

12      Q.   (BY MR. RAMER)  And you do not know the

13  ratio outside of your clinic; is that right?

14      A.   I don't know if there are reports of

15  gender -- a sex ratio difference.

16      Q.   In the same paragraph --

17           MR. RAMER:  Actually we've been going for

18  a little over an hour.  Do you just want to take a

19  quick break?

20           MS. NOWLIN-SOHL:  Yeah, let's take five.

21           MR. RAMER:  Okay.

22           THE VIDEOGRAPHER:  All right.  So the

23  time is 5:26 p.m. Mountain time, and we are off

24  the record.

25           (Break taken from 5:26 p.m. to 5:36 p.m.)

Page 194

Christine Brady, Ph.D. August 31, 2023

```
1           THE VIDEOGRAPHER:  So we are recording.
2    The time is 5:36 p.m., and we are back on the
3    record.
4           Q.   (BY MR. RAMER)  Dr. Brady, I'd like to
5    stick with your article we were previously
6    discussing.  And specifically I'd like to go to
7    page 2 and the last paragraph on the page and the
8    first sentence of that paragraph.
9           Do you see where you say, "The field of
10   gender medicine has historically focused on binary
11   and static conceptualization of gender identity"?
12          A.   Yes.
13          Q.   Do you think the DSM-5 focuses on static
14   conceptualizations of gender identity?
15          A.   So DSM-4 certainly did.  I think
16   improvements were made in DSM-5 to be more
17   inclusive such as criteria that we were talking
18   about earlier.
19          Q.   Do you think there are still improvements
20   to be made with respect to the eventual DSM-6?
21          MS. NOWLIN-SOHL:  Object to form.
22          THE WITNESS:  In every iteration of DSM
23   they're always integrating new research and new
24   understanding, so every diagnosis gets a facelift
25   with the next DSM.
```

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

1      Q.   (BY MR. RAMER)  Do you think there are
2  improvements that can be made in the DSM-5 with
3  respect to static conceptualizations of gender
4  identity?

5           MS. NOWLIN-SOHL:  Object to form.

6           THE WITNESS:  I think the current DSM
7  criteria capture gender dysphoria well.

8      Q.   (BY MR. RAMER)  Same page, the top
9  paragraph, I think it's the third and fourth
10  sentences, you refer to a nocebo effect.

11          Can you just explain what you're saying
12  in those two sentences?

13     A.   Sure.  Let me find it.  I'm sorry.  You
14  said second page, first paragraph.

15     Q.   Second page, first paragraph, and I think
16  it's the third and fourth sentences.  The third
17  sentence looks like it starts with "For example."

18     A.   Okay.  It's difficult for -- I can try.
19  I didn't write that sentence.  I have two
20  coauthors.

21          But would you want me to guess what it
22  is?

23     Q.   Yeah, I'd just be curious if you -- you
24  know, to the extent you understand that, what it's
25  saying.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1        A.    Yeah.   So a placebo effect would be, you

2    know, administering a sugar pill or something that

3    we know doesn't have an effect and feeling as

4    though it does have an effect.

5             So in this case I think "nocebo" would

6    mean like knowing that they're without something

7    feels like it's having an effect when maybe it's

8    not.

9             So having lower testosterone -- just

10   knowing that your testosterone is lower might make

11   you feel like you have less energy when you

12   actually might not have less energy.

13       Q.    Do you know which one of your coauthors

14   wrote those sentences?

15       A.    I believe it's Dr. Turban.

16       Q.    I think going back to the first page, and

17   in the fourth paragraph, second sentence, you

18   refer to "dynamic gender-affirming needs."

19             Do you see that?

20       A.    Yes.

21       Q.    Could you explain what you mean by

22   "dynamic gender-affirming needs"?

23       A.    If you'll just give me a minute, I'm

24   going to read the whole sentence.

25       Q.    Please, go ahead.

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1          A.   So in this case, we're referring to --
2    so, for example, a nonbinary-identifying
3    individual, let's say designated female nonbinary
4    identifying, might want some masculinization from
5    testosterone but not full masculinization.  And
6    they may even from the outset know that they do
7    not want to stay on testosterone indefinitely.
8    And so they are going to be on testosterone until
9    they've acquired some of the changes but not all
10   of the changes and then choose to discontinue that
11   intentionally.
12          And so that's sort of what we were
13   considering to be, like, of a dynamic need because
14   traditionally we think of you start on hormone
15   therapies and you stay on hormone therapies.  But
16   there are kind of -- we're understanding more and
17   more that there are some more dynamic or maybe
18   non-traditional ways of doing gender-affirming
19   medical intervention.
20          Q.   Were you talking about examples, though,
21   where the individual knows from the outset what
22   treatment they're desiring?
23          A.   In some cases people know, you know, that
24   "I only want to be on testosterone for however
25   long it takes to achieve X, Y, Z."

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1              For other folks it's something that

2      evolves over time.

3              And while they're on testosterone, if

4      they become comfortable with the changes and are

5      happy with the changes, they may choose to

6      discontinue at that time too, so either case.

7          Q.   For individuals whose gender identity

8      changes at some point, do they still satisfy the

9      criteria for gender dysphoria under the DSM-5?

10             MS. NOWLIN-SOHL:  Object to form.

11             THE WITNESS:  It depends.  Because again,

12     they can still identify as gender diverse even

13     though their identity has evolved or changed, and

14     they still might meet criteria for gender

15     dysphoria.

16         Q.   (BY MR. RAMER)  So -- and maybe it's

17     easiest if we can go back to your declaration to

18     page 6, paragraph 19 and just return to 19A where

19     we're talking about the marked incongruence and

20     the six months' duration.

21             And I guess I'm struggling to understand

22     how if the gender -- if someone's gender identity

23     is changing, how they could show a marked

24     incongruence of six months' duration.

25             MS. NOWLIN-SOHL:  Is there a question

Page 199

1    there?

2        Q.   (BY MR. RAMER)  Can you explain that?

3             MS. NOWLIN-SOHL:  Object to form.

4             THE WITNESS:  So a lot of things can

5    qualify as an incongruence.  So in the case of,

6    again, let's say again a nonbinary individual who

7    later identifies as transmasculine.  So their

8    identity has evolved and changed, but both of

9    those identities were incongruent with the

10   assigned sex at birth.

11            And so we don't necessarily need six

12   months' duration in the new identity to meet

13   criteria for gender dysphoria.

14       Q.   (BY MR. RAMER)  So basically all

15   incongruences are created equal for purposes of

16   the DSM-5 diagnostic criteria; is that right?

17            MS. NOWLIN-SOHL:  Object to form;

18   mischaracterizes prior testimony.

19            THE WITNESS:  In terms of criterion A and

20   1 where it states "marked incongruence," it can be

21   any identity, any donor identity that's not

22   congruent with assigned sex.

23       Q.   (BY MR. RAMER)  And so your gender

24   identity could be changing every week, but so long

25   as at no point during a six-month period your

Page 200

Christine Brady, Ph.D. August 31, 2023

1   gender identity is congruent with your assigned

2   gender, you still fall within DSM-5 diagnostic

3   criteria in paragraph A?

4           MS. NOWLIN-SOHL:  Object to form;

5   mischaracterizes prior testimony.

6           THE WITNESS:  If they have other criteria

7   and needs, yes.

8       Q.   (BY MR. RAMER)  So the duration part of

9   paragraph A here, the only thing that matters is

10  that at no point during the six months was your

11  gender identity congruent with your assigned

12  gender; is that fair?

13          MS. NOWLIN-SOHL:  Object to form;

14  argumentative, mischaracterizes prior testimony,

15  asked and answered.

16          THE WITNESS:  Yes.

17      Q.   (BY MR. RAMER)  Have you ever had a

18  patient whose gender identity goes from being --

19  let me rephrase.

20          Have you ever had a patient who was

21  gender-fluid and as part of the fluidity at times

22  would have a gender identity that is consistent

23  with the individual's assigned gender?

24      A.   So I've not had a case -- again,

25  gender-fluid is a more rare identity, so that's

Page 201

Christine Brady, Ph.D. August 31, 2023

```
1    only a small subset of my patients.
2            But I've not had clinically a patient who
3    part of the fluid identity involved their cis --
4    like a cisgender identity.
5        Q.   Have you ever heard of that, though?
6        A.   Not to my knowledge.
7        Q.   I think I only have a few more questions,
8    though it potentially depends on the answers to
9    the questions.
10           But I just want to clarify a few things
11   from -- for the record, which is with respect to
12   the Endocrine Society guidelines, you do not
13   recall ever reading the systematic reviews that
14   those guidelines commissioned, correct?
15       A.   Correct.
16       Q.   With respect to the WPATH guidelines, you
17   do not recall ever reading the systematic review
18   that those guidelines commissioned, correct?
19           MS. NOWLIN-SOHL:  Object to form.
20           THE WITNESS:  Only as it is described in
21   SOC-8, so the summarization of the systematic
22   review.
23       Q.   (BY MR. RAMER)  So in other words you've
24   not read the separate systematic review; is that
25   right?
```

Page 202

Christine Brady, Ph.D. August 31, 2023

1        A.    Correct.

2              MS. NOWLIN-SOHL:  Object to form.

3              THE WITNESS:  Correct.

4        Q.    (BY MR. RAMER)  Have you read any

5    publication from a European health authority

6    regarding the treatment for gender dysphoria?

7        A.    No.

8              MR. RAMER:  Okay.  I think that's all

9    that I have.  Thank you very much, Dr. Brady.  At

10   this point I'm going to turn it over to your

11   counsel.

12             And, Li, I understand if you need a few

13   minutes off the record to prep, but I'll turn

14   things over to you.

15             MS. NOWLIN-SOHL:  Yeah.  I know we just

16   took a break.  Do you mind if we just take ten

17   minutes so I can speak with my co-counsel?

18             MR. RAMER:  Yeah, not a problem at all.

19             MS. NOWLIN-SOHL:  Okay.  Thank you.

20             THE VIDEOGRAPHER:  Okay.  So the time is

21   5:50 p.m. Mountain time, and we are off the

22   record.

23             (Break taken from 5:50 p.m. to 5:56 p.m.)

24             THE VIDEOGRAPHER:  All right.  So we are

25   recording.  The time is 5:56 p.m. Mountain time,

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

1    and we are back on the record.

2              MS. NOWLIN-SOHL:  Okay.  I have no

3    questions.

4              MR. RAMER:  Well, great.  Well, that's it

5    for me.  Thank you, Dr. Brady, for your time.

6              THE WITNESS:  Thank you.

7              THE VIDEOGRAPHER:  Okay.  Then this

8    concludes our video deposition with Dr. Christine

9    Brady.  It is August 31, 2023.  The time is

10   5:56 p.m. Mountain time, and we are off the

11   record.

12

13      (Whereupon the deposition was concluded at 5:56 p.m.)

14                        ****

15                 (Signature requested.)

16

17

18

19

20

21

22

23

24

25

                                        Page 204

```
1                          VERIFICATION

2

    STATE OF  _____  )

3                                )

    COUNTY OF _____  )

4

5        I, CHRISTINE BRADY, Ph.D., being first duly sworn on

6   my oath, depose and say:

7        That I am the witness named in the foregoing

8   deposition taken the 31st day of August, 2023, consisting

9   of pages numbered 1 to 204, inclusive; that I have read

10  the said deposition and know the contents thereof; that

11  the questions contained therein were propounded to me;

12  the answers to said questions were given by me, and that

13  the answers as contained therein (or as corrected by me

14  therein) are true and correct.

15

16  Corrections Made:  Yes_____ No_____

17

18

                    _____

19                       CHRISTINE BRADY, Ph.D.

20

21     Subscribed and sworn to before me this _____ day of

22  _____, 2023, at _____, Idaho.

23

                    _____

24                  Notary Public for Idaho

                    Residing at _____, Idaho

25                  My commission expires: _____.

                                                    Page 205
```

```
 1                    REPORTER'S CERTIFICATE
 2   STATE OF IDAHO        )
                           )
 3   COUNTY OF ADA         )

 4

 5       I, Amy E. Simmons, Certified Shorthand Reporter and
 6   Notary Public in and for the State of Idaho, do hereby
 7   certify:
 8       That prior to being examined, the witness named in
 9   the foregoing deposition was by me duly sworn to testify
10   to the truth, the whole truth, and nothing but the truth;
11       That said deposition was taken down by me in
12   shorthand at the time and place therein named and
13   thereafter reduced to typewriting under my direction, and
14   that the foregoing transcript contains a full, true, and
15   verbatim record of said deposition.
16       I further certify that I have no interest in the
17   event of the action.
18       WITNESS my hand and seal this 31st day of August,
19   2023.
20

21

                 AMY E. SIMMONS
22               ID CSR No. 685
                 CA CSR No. 14453
23               WA CSR No. 22012915
                 OR CSR No. 22-009
24               RDR, CRR, CRC,
                 and Notary Public
25   My commission expires:  6/13/28.
```

Page 206

Christine Brady, Ph.D. August 31, 2023

**[& - 37]**

**&**

**&** 2:6,21 3:3,12 5:16 6:2,7,23

**0**

**00269** 1:4 5:11

**1**

**1** 4:10,15 12:17 12:22 59:1,22 131:1 162:15 200:20 205:9
**1,000** 19:22
**1.4** 192:25
**10** 4:11 23:7 49:20 128:23
**100** 22:5,16 131:11
**10004** 2:18
**10019** 3:4
**1050** 2:22
**10:06** 2:11 5:5
**11** 109:11 150:11
**11:05** 49:24 50:1
**11:11** 50:1,3
**12** 4:10 43:8 71:5,5 109:13 109:14 126:22 174:5
**123** 4:15
**125** 2:17
**1285** 3:4
**12:14** 90:14,16

**12:20** 90:16,18
**12:44** 105:22 105:24
**13** 73:4 161:13
**134** 4:16
**14** 82:22 84:24 94:17 129:20 140:21 158:4
**14453** 206:22
**14553** 2:7
**15** 157:2
**1523** 3:13
**16** 4:12 143:12 144:2 146:9,18
**168** 4:19
**17** 171:22
**17th** 2:22
**18** 4:12,20 22:24 23:1,3,6 23:11 38:25 50:7 119:24 120:1,7,10 121:3 156:19 156:23 168:20 171:16 172:19 192:17 194:3
**183** 4:23
**19** 199:18
**19a** 86:22 199:18
**1:23** 1:4 5:11

**2**

**2** 4:12 13:9 16:11,14,16 22:13 63:15

**98:20** 162:16 169:12,16,19 195:7
**20** 4:20 78:24 149:6 168:20 170:10,25 171:16 172:2,9 175:13 179:18
**200** 3:21
**20006** 2:22
**20036** 3:13
**2015** 129:19
**2017** 129:16
**202.220.9621** 3:14
**202.539.6620** 2:23
**2020** 13:13,22
**2022** 168:23
**2023** 1:20 2:10 5:5 204:9 205:8,22 206:19
**204** 205:9
**208.287.7700** 3:22
**208.334.2400** 3:17
**208.742.6789** 3:8
**208.854.8073** 3:18
**21** 96:2
**212.373.3000** 3:5

**212.549.2584** 2:18
**22** 19:17 153:6 153:24 174:20
**22-009** 2:8 206:23
**22012915** 2:8 206:23
**23** 19:17
**25** 19:16 23:14 24:3
**29** 128:23
**29423** 206:20

**3**

**3** 4:13,24 63:8 71:5 73:4 94:16 98:13 162:17
**30** 28:2 149:12 168:2
**31** 1:20 5:5 204:9
**3191** 3:21
**31st** 2:10 205:8 206:18
**32** 150:11 190:8
**33** 4:18 109:11 154:22
**34** 126:23
**35** 43:9,12 174:5 188:21
**36** 115:9
**37** 161:13

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com 208-343-4004

## [39 - acknowledge]

**39**  140:22
**3:14**  105:24
106:1

**4**

**4**  4:15 57:6
58:22 96:13,15
96:20,24 97:13
100:15,20
101:6 123:2,5
131:2 195:15
**40**  158:4
**43**  157:3
**4:17**  150:4,6
**4:23**  150:6,8

**5**

**5**  4:13,16,22
38:25 39:14
41:23 44:5
50:6 51:22
52:20 54:23
55:3,6,11,25
56:17 57:11
60:3,16 65:2
66:7 96:23,25
97:10,14,15,17
98:15 99:7,11
99:16,23
100:10,17,21
101:1 106:4,13
106:15,21
120:10 123:3
132:23 134:4,7
195:13,16
196:2 199:9

200:16 201:2
**50/50**  28:12,17
28:21 29:7
180:15 194:11
**5:26**  194:23,25
**5:36**  194:25
195:2
**5:50**  203:21,23
**5:56**  203:23,25
204:10,13

**6**

**6**  4:5,19 50:8
52:23 57:7
59:19 65:5
66:23 69:1,2
86:21 168:4,7
175:12 179:17
179:18 189:21
192:24 195:20
199:18
**6/13/28**  206:25
**685**  2:7 206:22

**7**

**7**  4:14,23 22:12
96:3 151:24
174:20 183:25
192:24
**70**  21:22,23
28:3
**75**  25:1

**8**

**8**  127:8,11
129:13 137:12
137:20 165:7

165:23 173:15
202:21
**8's**  117:19
**801**  2:22
**812**  3:7
**833**  134:13
**83702**  3:8,22
**83720**  3:16,17

**9**

**90**  35:10
**98**  4:13

**a**

**a.m.**  2:11 5:5
49:24 50:1,1,3
**a1**  59:9
**a2**  63:23 64:2
**a6**  65:5 69:9
70:21
**aaron**  3:16 6:9
**abilities**  102:11
110:23 161:25
**ability**  110:2,5
111:4 118:13
142:18 155:7
155:10,11
**able**  27:7 48:5
60:25 69:24
70:25 84:6
105:3,11
110:16 111:19
114:6 117:21
118:25 137:5
140:10 143:6
152:17 153:17

153:19 155:22
161:24 165:2
172:24 173:3
173:14,15,23
173:25 174:19
188:13,15
189:17
**above**  2:12
120:10 129:1
**absolutely**
169:8
**absorb**  155:22
161:24
**academic**
152:24
**academically**
78:17
**accepted**  129:2
130:10 153:18
**accessories**
91:18
**accordance**
136:13 165:6
165:10
**account**  53:3
142:15
**accounted**
99:15
**accurate**  22:19
22:22 69:21
**achieve**  50:13
198:25
**acknowledge**
190:9

Page 2

[aclu - al]

**aclu** 5:23,24
16:23
**aclu.org** 2:19
2:19
**acquired** 138:8
198:9
**act** 170:15
**acting** 170:14
170:15 171:8,9
**action** 206:17
**actions** 32:25
33:12
**active** 21:20
**activities** 33:3
50:21 52:7,10
52:24 53:3,7
54:7,11,21
55:8,12,19
61:14
**activity** 52:4
54:15 55:15
56:16,23,23,25
57:3 60:5,15
62:15
**actual** 94:15
**actually** 20:20
28:11 30:25
109:12 113:3
185:10 194:17
197:12
**ada** 1:13 2:9
3:20 206:3
**adacounty.id....**
3:23

**addition** 53:5
132:15
**additionally**
154:14
**address** 43:18
45:7,24 46:4,6
**addresses**
97:12
**addressing**
47:6
**adds** 41:15
**adequately**
184:25
**adhd** 112:21
113:1 116:9
139:20
**administering**
197:2
**admitted** 6:8
**adolescence**
147:21,23
158:9 175:23
176:4,10 177:1
177:6 178:8
180:1,9
**adolescent** 4:21
11:18 18:21
26:9,21 27:25
31:8 70:18
108:3 150:17
155:16 161:19
162:4,7 168:21
**adolescent's**
150:16

**adolescents**
26:16 27:2
65:3 109:4,8
147:5,9 148:6
148:16,25
149:3 173:5,23
173:25 175:15
176:11,14,22
176:24 184:16
184:23
**adopting** 33:5
**adoption**
162:18
**adult** 23:24
**adulthood**
120:14
**adults** 19:16
22:25 23:2,14
40:11 45:15
48:21 65:3
175:15 176:11
**advanced**
186:4
**advice** 25:9,10
**affect** 103:15
103:22 104:15
105:1 107:25
108:3
**affirmation**
191:4
**affirmed** 33:6
**affirming** 4:24
34:2 106:5,16
107:3 129:12
133:2,15 141:1

141:6,8,12,23
142:8,22 143:8
143:15 179:9
183:22 184:19
190:19 192:6
197:18,22
198:18
**age** 19:11 22:24
23:1,6,11
28:13 35:20
70:7,9,17
120:1 149:10
153:5 170:10
170:25 172:9
**aged** 4:20
168:20 177:1
**agender** 29:18
67:18,23,24
68:7
**aggregation**
145:23
**ago** 16:10
28:16
**agree** 164:16
172:1,10,12
192:15 194:2
**ahead** 45:4
171:19 172:5
181:18 197:25
**aimed** 45:21
**aiming** 46:22
**aisle** 53:13,15
**aisles** 53:19,21
**al** 5:10,10

**[alerts - asked]**

alerts 131:22
131:25
aligned 89:6
aligning 178:3
alleviate 35:2
alleviating
46:17,23 48:2
alliance 83:25
allow 158:11
159:16
alter 158:11
alternative
66:24
alters 85:7
amassed
138:13
american 2:16
4:18,21 14:12
14:15 129:11
130:11,23
168:12,14
americas 3:4
amount 125:21
190:10
amy 1:25 2:6
5:16 51:12
98:1 146:11
206:5,21
analyses
146:24
analysis 163:17
analyze 129:22
analyzed 129:3
130:3,6 167:4

analyzes 109:2
109:6
analyzing
178:5
androgenous
68:11 91:24
androgyny
86:5 91:4
anger 65:25
66:3
annual 13:22
answer 7:3 8:2
8:3,6 17:9,10
51:4 55:13
56:14 57:17
62:1 64:1
104:12 107:8
108:17 142:5
147:1 163:1
176:21 181:8
answered 53:9
60:7,18 61:11
62:7 161:10
172:15 201:15
answering 7:15
answers 108:14
124:12 202:8
205:12,13
anxiety 35:2
48:24
anybody 34:11
34:12 61:20
114:6
anyway 24:2

apa 4:19
129:17,25
134:9,23
135:13 136:20
168:18
apart 61:9
67:14 69:7
appear 12:24
16:18 17:18
108:22
appearances
2:15 3:1 5:19
appeared 6:10
applies 100:16
apply 175:22
176:2
applying
189:16,19,23
appointment
37:10,15
appreciate 22:4
approached
173:12
appropriate
106:10 161:18
161:23 162:3
190:4,6,7
approximately
20:3
archetypes
75:25
area 15:24
31:20 33:22
124:1 131:18
151:19 158:23

areas 33:24
argumentative
59:3,16 66:19
95:12 103:4
153:15 201:14
arose 175:23
176:3
arrives 97:23
183:12,18
art 54:12,14
55:14
article 97:9,17
98:15,17 100:3
100:8,12,15,16
100:25 133:6
134:9 145:9
146:10,14,15
183:20 184:2
190:11,14,16
195:5
articles 9:23
143:11,13,18
144:1,8,10,15
144:18,20,22
146:17
articulated
106:15
asd 114:19
149:3
asian 81:11,11
82:5
aside 151:9
185:18
asked 7:16 14:3
17:5,13 18:17

Page 4

**[asked - background]**

53:8 60:6,17
61:10 62:6
107:23 142:3
148:17,18
161:9 172:14
193:6 201:15
**asking** 9:19
26:17 37:21
38:7,8 52:22
55:10 71:6,7
74:11 84:20
114:14 133:7
136:2,3 139:18
182:17,19
**aspect** 77:23
126:3
**aspects** 77:14
125:11
**aspirational**
135:20 136:7
**assertion**
175:21
**assess** 64:8
98:24 99:6
110:16 155:22
173:21
**assessed** 99:10
**assessing** 188:9
**assessment**
99:14 111:15
115:7 116:18
116:23 117:9
118:23 127:1,3
127:10,18,20

**assigned** 66:25
86:7,24 87:8
87:19 88:17,18
89:17,20 94:5
124:19,23
140:4,6 157:12
157:14 159:6
159:20 166:6
166:14 175:16
175:18 176:16
177:10,20
178:3 179:21
180:14 181:19
194:5 200:10
200:22 201:1
201:11,23
**associate** 61:22
**associated** 2:6
5:16 51:2 54:2
64:24,25
150:15 160:2
160:13 162:2
**associating**
62:18
**association**
4:18,21 14:13
14:16 104:3
129:11 130:23
168:12,15
**associations**
129:6
**assume** 7:7,14
63:25 68:25
184:8 190:7
193:18

**assuming** 145:9
**assumption**
193:24
**attempt** 7:13
**attend** 63:20
**attended** 12:5
**attorney** 1:11
1:12 2:5 3:15
6:9
**august** 1:20
2:10 5:5
168:23 204:9
205:8 206:18
**authentically**
35:1
**author** 13:19
146:11 183:20
**authorities**
146:2
**authority** 95:4
203:5
**authors** 136:4
146:13
**autism** 113:7,9
113:13,15
116:9
**autonomy**
135:17
**available** 129:3
130:4,6 139:13
162:25
**ave** 3:13
**avenue** 3:4
**averaging**
145:23

**avoid** 160:9,14
**avoiding**
142:10
**award** 13:14,17
**awards** 13:11
**aware** 76:5
103:25 104:18
108:24 109:2,6
134:23 135:3,4
147:10,11,15
148:4,8,14
170:23 171:4
177:12
**awareness**
174:14

**b**

**b** 4:8 39:23,24
40:3 143:5,5
**bachelor's**
11:22,24
**back** 31:11
50:4,6 84:23
86:20 90:9,19
106:2 114:23
134:5 136:23
143:10 146:8,9
146:15 150:9
155:24 163:16
166:25 176:7
181:19 183:7
195:2 197:16
199:17 204:1
**background**
11:22 12:8
37:7

Christine Brady, Ph.D. August 31, 2023

**[backing - bodily]**

backing 154:2
ball 61:16,19
  61:20,20 62:5
  62:14,17
ballpark 149:6
bank 163:12
barrier 104:9
based 44:6,9
  89:17 93:4
  96:24 113:14
  114:22 122:12
  123:15,17
  127:2,18,25
  128:15 131:3
  132:7 137:13
  138:3,7,16,17
  138:19,22
  139:3 152:17
basically
  160:16 168:17
  200:14
basis 102:6
  143:13 144:11
baughman
  2:21 6:2
bears 172:20
beat 98:2
beginning
  25:15 27:18
  116:17 133:12
begins 27:13
  164:17
behalf 5:20,23
  6:2,5

behavior 121:8
  121:12,13,18
  139:16 170:13
  171:7,19 172:5
behavioral
  32:19 116:1
  122:14 170:12
  171:6
behaviorally
  65:15 69:14
  115:23
behaviors
  120:11 121:7
  121:20
belief 74:7,10
  74:13
believe 36:10
  53:5 54:19
  61:19 63:9
  66:5 70:6
  90:20 95:5
  100:1,4 124:21
  142:1,18 146:4
  154:3 157:6
  164:9 166:4
  167:9 172:7
  180:2,15
  197:15
believes 78:14
benefit 49:8
  191:7
benefits 48:20
  107:10,17
  155:13,19
  160:22

bennetts 1:11
  3:19
best 7:21,22
  44:21 142:17
  143:23 144:1,5
  161:25 165:23
better 38:22
  71:1 81:8
  118:1,11
  125:23
beyond 148:2
  164:13
bill 128:6,11
binary 29:13
  29:15 87:2,4
  89:7 195:10
bioethicist
  10:21
biological
  74:17,19,20,25
  76:10,15,17
  77:1 78:25
biologically
  79:9
biology 74:23
  79:19
birth 86:7
  87:19 88:17
  124:19 159:6
  166:6,14
  175:17,18
  176:16 177:10
  178:3 179:21
  180:14 194:6
  200:10

bit 19:1 23:10
  71:22 106:13
black 53:21
  64:15
blockade 30:11
  149:2 151:15
  151:18,22
  152:2,6 159:11
  165:16 180:11
  181:7
blocked 164:22
blocker 151:6
  185:25,25
  186:2,5
blockers 30:2
  36:12 72:13
  117:20 148:5
  148:15 150:14
  151:1,6 152:8
  152:19,23
  156:20 158:8
  158:16,25
  164:17 165:4
  166:20 179:2
  185:6
blood 27:10
blue 53:21
  58:12,13,14,16
  59:20 61:9
  64:15
blush 110:11
board 14:4
  84:22
bodily 77:7

**[body - case]**

**body** 74:2 77:4
86:9 110:10,13
158:23 159:8,8
159:11
**boiling** 58:25
**boise** 3:8,17,22
**bold** 134:15
**borderline** 4:15
119:11 120:17
120:18,21
122:13 123:24
**born** 67:7
121:10
**bottom** 15:9
39:22 154:19
**box** 3:16
**boy** 51:6,7,23
51:24 53:13,15
56:23,25 57:2
57:3 58:19
59:21,22,24,25
60:11 61:23
62:18
**boys** 52:18
53:11,14,18,23
54:8 66:3
70:16,17
114:20
**bpd** 119:14,16
119:19,23
120:7 121:1,10
121:14,15,24
122:11 123:4
124:4,11,14,18
125:1,7,15

**brady** 1:19 2:1
2:4 4:4,11,12
5:8 6:15,22
8:10 10:1,8
12:17,23 16:14
16:17 50:5
56:22 90:20
98:14 106:3
123:2 132:23
150:10 168:4
183:19 195:4
203:9 204:5,9
205:5,19
**brain** 73:23
74:1,3 170:8
170:10,11,24
171:5,17,20,22
172:3,23
**brains** 171:15
172:7
**break** 8:6,7
49:15,18 50:1
90:6,10,16
105:19,24
107:20 150:1,6
194:19,25
203:16,23
**breaks** 8:4
**breast** 154:11
**brief** 7:9
**briefly** 11:15
**broad** 2:17
**broadly** 121:18
**building** 61:14

**button** 63:22
64:12

**c**

**c** 5:1 143:5
154:22
**ca** 206:22
**california** 2:7
**call** 12:17 50:7
86:6 109:15
128:10,12
**called** 122:14
179:9
**calls** 17:7 88:19
130:19 181:25
183:1 185:22
186:12 189:10
**capacities** 1:14
**capacity** 1:10
1:12 154:23
155:1,9,17
156:3,15,19,24
170:12 171:6
173:2,16
**capture** 33:21
196:7
**captures** 185:1
**care** 23:11,19
23:20 35:19,24
81:23 94:13
106:5,17
129:12 130:17
135:16 136:10
136:13,20
141:12,23
142:9,22 143:8

143:16 161:22
180:20,21
184:19,23
185:20 187:16
187:18 189:9
190:19 192:6
192:14
**career** 79:6
**caregivers**
35:25 37:7
40:10 45:15
69:13 161:19
162:7
**carries** 173:7
**carry** 20:22
**cars** 58:18
61:13
**case** 1:4 5:10
6:24 8:18,22
8:23 16:19,22
17:14 22:20
26:4 31:3 32:8
41:13 43:17
47:11 50:16
51:2 68:18
69:4 74:3
88:14 108:9
110:15 113:3
114:18 142:11
164:22 166:13
167:10 173:17
181:6 183:6
191:9,16,19
192:3 197:5
198:1 199:6

**[case - cited]**

200:5 201:24
**caseload**  21:21
**cases**  13:24
58:11,17 60:20
60:24 85:11
109:24 119:25
120:2 166:18
167:6 198:23
**cass**  146:6
**cast**  182:18
**categories**
76:20
**categorize**  75:8
83:11
**categorized**
62:21
**categorizes**
57:21
**category**
121:19 173:5
176:13 177:5,8
**causation**
141:16,17,20
142:12,19
**cause**  142:4,7
142:11 189:6
**causes**  38:3
84:2 141:12,23
142:9,22
**causing**  39:20
**central**  152:8
**certain**  34:1,20
34:22 65:15
83:24 128:7

**certainly**  34:3
52:8 69:12
104:8 182:2
195:15
**certificate**
206:1
**certified**  14:4
206:5
**certify**  206:7,16
**challenging**
114:16,19,24
115:19,22,24
116:2 117:11
**change**  83:5,20
84:2,24 142:16
187:20
**changed**  83:1
104:8 158:2
187:19 199:13
200:8
**changes**  44:23
93:3 150:16
154:20 157:11
182:7 198:9,10
199:4,5,8
**changing**  33:1
93:12 115:10
199:23 200:24
**character**
170:20
**characteristic**
63:3 157:9
158:1
**characteristics**
148:7,16 149:1

157:4 158:11
159:20
**characterize**
93:8
**charged**  170:16
**check**  118:14
146:24 182:8
**chest**  157:5,7
157:18 158:19
159:1,3,5
**child**  11:2,12
12:2 26:9,16
26:20 30:16
31:5 44:21
62:11 152:1
160:3 164:25
166:16
**child's**  25:11
36:1
**childhood**
27:25 40:13
51:16 63:1
147:21 176:9
177:1 180:1,8
180:11
**children**  26:25
39:2,5 55:7
99:3 167:6
**children's**
12:11,14,15
**choice**  34:4
44:17
**choose**  32:25
33:12 83:11
91:16,20 151:5

190:5 191:3
192:13 198:10
199:5
**chooses**  185:19
**choosing**
162:22
**chose**  184:18
184:23 185:5
**chris**  3:24 5:15
**christine**  1:19
2:1,4 4:4,10,12
5:8 6:15 204:8
205:5,19
**circumstances**
23:15
**cis**  126:20
202:3
**cisgender**
178:2 202:4
**citation**  96:15
97:13 100:20
100:21 101:6
188:2,4
**citations**  9:21
134:18 170:3
171:13 192:11
**cite**  18:1 96:12
97:9,9 98:15
134:9 143:20
144:22 146:10
188:1,21
**cited**  9:24
98:18 144:12
144:19,20

**[civil - commissioned]**

civil 2:16
clarifies 128:20
clarify 7:13
  17:10 111:5
  142:21 202:10
clarity 109:20
  110:16,18
  111:11
class 4:21
  168:21
clause 171:12
clean 7:24
  140:10
clear 142:8
  171:15
clearly 110:23
  190:5
clerk 3:3
clinic 11:18
  18:7,10,13,14
  18:17,19,21,23
  19:2,11,17,19
  20:5,12 21:3
  23:12 24:6,24
  25:4,8 28:2,10
  30:14 31:2,24
  32:3 33:22
  35:8,20 106:11
  128:5 131:11
  149:11,17
  167:12 178:11
  178:18 179:1,4
  182:4,5,18
  183:8 185:16
  194:11,13

clinic's 19:20
  19:25
clinical 10:5
  12:6 22:16
  33:15 37:25
  38:4 40:9
  114:12 130:16
  141:18,22
  152:22 185:4
  187:2
clinically 29:5
  52:2 68:16,21
  104:6,21 105:3
  108:8,22
  141:14 143:4,4
  143:7 153:16
  202:2
clinician 40:5
  158:7
clinics 24:20
  31:15 153:9
clitoral 154:19
closely 100:13
  108:25
closer 23:20
closeted 34:24
clothing 33:5
  63:16,17 64:3
  64:11,13,14
  91:17 92:19
cloud 155:6
coauthors
  196:20 197:13
code 1:14 3:11
  135:14 136:19

139:17,19
cognitive 10:23
  11:3,12 114:1
  122:22 152:24
  153:21 154:23
  155:8,16 156:2
  156:19,24
  173:16
coherent 93:5
collaborate
  32:17
collaborative
  32:17
collateral
  118:24
collecting
  163:12
collective 6:5
college 23:17
  23:21 153:18
  153:18
color 58:12,14
  58:16 64:13
  114:1
colorado 98:9
colors 54:1,3
  64:16,20,23,24
column 98:21
  134:15 169:13
  169:14,17,19
  169:22 170:1
  171:11
combination
  74:22 137:14

combine
  141:21
combining
  133:24 134:1
come 16:21
  25:4,7 34:21
  34:25 80:5
  90:9 107:10,17
  128:18 145:6
  151:5 157:11
  165:1 174:13
  175:18 176:15
  177:9
comes 31:24
  135:17 139:13
comfortable
  33:9 183:7
  199:4
coming 12:20
  21:2 24:19,24
  30:14,19,21
  32:3 33:23
  35:10 45:8
  105:17 119:3
  180:24 183:7
commencing
  2:11
comment 68:18
commentary
  16:7
commission
  1:14 3:11
  205:25 206:25
commissioned
  202:14,18

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[committed - considerations]**

committed
135:13
committee
135:25
common  27:22
27:25 42:14
76:1 111:24
113:21 124:15
124:18 153:8
commonly
64:19 68:2
124:23 175:10
communicating
45:14
communication
17:8 24:6,11
communicati...
17:12
community
31:22 32:16,20
33:25 120:12
121:1 129:2
130:11,12
comorbid
32:13 109:25
companies
163:14
company  2:6
163:16
compare  26:4
compared
101:6
complete
188:13

complex  36:4
115:20 117:10
156:10,12
complexity
111:15 156:7
complicated
31:19
component
42:13 74:19
components
77:1
comprehend
155:10 161:25
compulsive
110:7
conceived
166:16
conceptualiz...
195:11
conceptualiz...
195:14 196:3
concern  117:24
148:9,18,23
172:18 173:4
189:6 191:3
concerning
188:25
concerns  96:14
96:17
concluded  41:8
141:11,22
142:8 204:13
concludes
204:8

conclusion  27:5
130:20 143:14
conclusions
134:3
condition  95:7
114:10
conditions
109:17,19
110:17,20
111:10 140:5
conduct  49:11
115:24 135:14
136:19 139:1,6
conducted
101:2 127:10
127:12 136:25
143:5 146:1
153:1
conducting
40:9 127:3,19
conference
13:20,22
confidence
123:17
confirm  43:11
60:2 69:19
72:24 146:16
confirming
37:20 55:13
conflict  45:9
confused  86:11
congruence
58:3 83:13,15
congruent
71:11 200:22

201:1,11
conjunction
136:18
connelly  16:11
cons  160:22
163:1
conscientious...
170:19
conscious  85:4
consent  102:12
111:4,6 117:22
155:11,17
156:20,24
172:20 173:6
173:17 174:1
consequences
152:6 155:14
155:20 170:14
171:8,19 172:5
conservative
189:7
consider  10:1,4
11:8,11,14
21:13,14 27:5
36:18,20,22
46:12 65:14
74:9 78:5 79:7
123:19 145:1
145:18 170:14
171:8 189:13
consideration
155:25
considerations
127:5

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[considered - course]**

considered
56:5 57:19
115:5,6 116:2
124:24 125:5
140:16
considering
47:11 79:6
150:19 198:13
consistent
25:17 33:6
65:19 69:6
70:16 201:22
consisting   42:1
205:8
constantly
57:20
construction
52:14 61:13
consultation
19:6
consumer
132:6
contact   153:4
contained
205:11,13
contains
206:14
contents   18:4
205:10
context   7:4
33:19 47:18
92:2 139:9
142:7 187:5
continue   23:19
23:22

continued   3:1
170:17 180:24
continues
170:10,24
continuing
20:23 131:12
171:16 172:2
172:24
contribute
79:20,24
contributed
79:1,4,13,16
control   140:9
140:12 142:14
171:18 172:4
controlled
139:24 140:8
146:22
controls   49:4,7
conversation
182:12
conversations
36:4 118:23
conviction
66:12
cooking   54:12
cooper   2:17
3:12 5:24,24
6:23
cooperative   3:6
cooperkirk.c...
3:14
coordinate
32:16

cope   162:21
coping   45:22
122:21
copy   12:24
core   73:9 74:5
74:12,16 77:9
77:12,14,17,20
77:21,22 78:2
78:5,7,18
80:10,16,21,23
81:1,15,22
82:5,11 91:14
correct   14:7
15:17 21:10
25:20 28:1
60:5 61:6 72:7
72:15 75:17
80:24 82:9
83:21 89:23
91:25 129:23
130:2,4 146:11
147:2 152:9
168:15 177:3
202:14,15,18
203:1,3 205:14
corrected
205:13
corrections
205:16
correctly   43:13
43:20 73:7,11
82:24 83:2
87:14 93:9
94:18,21 98:23
99:4 117:7

126:25 127:6
128:25 129:7
140:23 141:2
150:13,20
158:5,13
161:15,20
170:5,21
171:14,24
175:14,19
184:15,20
correlate   141:8
counsel   5:18
7:25 8:1,11 9:7
17:12 18:4
162:24 203:11
203:17
counseling
163:4
count   154:15
counting
185:11,14
countries   15:2
102:11 130:14
130:15
country   102:25
145:6
counts   89:19
county   1:12 2:9
3:20 205:3
206:3
couple   169:3
course   52:4
61:19 78:11
85:5,7 122:23
155:18

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[courses - decisions]**

| | | | |
|---|---|---|---|
| **courses** 11:5 138:15,25 | 119:7 121:15 123:3 158:3 173:15 180:2,7 195:17 196:7 199:9,14 200:13,16 201:3,6 | **cultural** 74:25 75:3 76:9,15 76:18 79:13 | **dad** 63:14 **daily** 39:21 **data** 139:4,17 139:17,19 140:10 141:17 145:23 146:14 147:11 188:13 191:15 194:9 |
| **court** 1:1 3:25 5:12 6:12 7:18 7:23 17:18 | | **culture** 61:1 75:21 | |
| **crafts** 50:19,23 50:24 51:1 54:12 | | **cultures** 76:2 **cunningham** 3:3 6:6,6 | |
| **crc** 1:25 206:24 | **criterion** 44:6 58:22,25 59:9 59:19,22 61:24 63:19,23 64:2 65:5,13 66:10 69:1,10 96:24 96:25 123:11 123:12 200:19 | **curiosity** 124:14 | **date** 5:4 13:1 17:18 131:17 |
| **create** 134:2 182:3,3 | | **curious** 116:13 196:23 | **david** 3:7,9 6:4 **day** 2:10 92:22 126:19 205:8 205:21 206:18 |
| **created** 200:15 | | **current** 9:4 11:16 21:12,13 21:14 23:5 24:13,17 25:11 28:6 131:10 196:6 | |
| **creates** 132:18 160:1 | | | **days** 91:21 92:21 |
| **creating** 84:16 104:9 182:14 | **critical** 41:18 41:21 94:10 132:6 | | **dayton** 3:21 **dbt** 122:14 |
| **criteria** 4:15 25:16,18,19 37:24 38:8 39:2,5,15,24 40:22,24 41:12 41:13 42:2,3 43:2,6,7,15 44:4 45:18 47:10,13,15,20 50:11 51:16,17 52:5 54:24 55:4,6,18,24 57:24 58:4 59:6,18 65:2 86:15 88:22 89:1 94:1,7 96:19,21 97:2 97:14,18 98:25 99:7 117:19,25 | **criticism** 100:15,16 **criticizing** 96:12 **cross** 63:9 72:14 77:24 154:5,8 156:20 156:25 158:8 164:18,23 165:5 166:15 179:5 185:12 186:5 **crr** 1:25 206:24 **cry** 70:13 **csr** 1:25 2:7,7,8 2:8 206:22,22 206:23,23 | **currently** 18:20 20:4 22:8,15 129:25 153:1 176:10 186:9 186:14 194:3 | **de** 122:21 144:23 145:1,4 145:6,14 |
| | | **curriculum** 4:10 | **deal** 162:21 183:17 |
| | | **cutoff** 120:7 **cutting** 77:24 **cv** 1:4 5:11 12:24 15:8 **cwd** 1:4 5:11 | **death** 4:20 168:19 169:2 |
| | | | **decade** 129:23 **decent** 21:22 **decide** 82:10 **decided** 121:1 **decision** 25:7 110:5,24 119:3 119:9 186:15 |
| | | **d** | |
| | | **d** 4:1 5:1 109:15 **d.c.** 2:22 3:13 | **decisions** 155:7 170:13 171:7 192:3 |

**[declaration - desistance]**

| | | | |
|---|---|---|---|
| **declaration** | **deeper** 114:15 | **department** | 86:2 91:2 |
| 4:12 8:20 | **defendant** 3:19 | 163:20 | **described** 57:5 |
| 16:18 17:16,20 | **defendants** | **depend** 62:9 | 74:6,12 75:15 |
| 18:1,4 22:12 | 1:15 2:5 3:10 | **depending** | 85:19 92:2 |
| 38:24 43:9 | 5:9,21 6:24 | 38:12 92:21 | 106:21 115:2 |
| 50:6 71:5 73:3 | **defense** 122:7 | 93:19 151:25 | 132:8 165:19 |
| 86:21 94:16 | **deferring** | 156:7 175:3 | 202:20 |
| 96:2 109:10 | 147:17 | **depends** 38:22 | **description** |
| 115:8 126:22 | **define** 68:1 | 64:22 93:15 | 9:12 94:14 |
| 128:22 131:1,3 | 77:19,25 92:7 | 166:11 199:11 | 121:19 |
| 134:11 140:21 | 127:15 135:11 | 202:8 | **design** 140:11 |
| 143:10,20 | 174:17 175:3 | **depose** 205:6 | **designated** |
| 144:12 146:8 | 177:22 178:22 | **deposed** 7:1,4 | 28:12,12 29:8 |
| 150:11 154:21 | **defined** 68:9 | **deposition** 1:19 | 29:23 52:6 |
| 157:2 161:12 | 175:11 | 2:1,4 5:8,13,15 | 63:1,3,12,13 |
| 174:4 179:17 | **defines** 77:23 | 8:17 9:6,17 | 65:17,20 67:13 |
| 180:18 192:12 | **defining** 123:14 | 12:22 16:16 | 67:15 69:6 |
| 199:17 | 177:21 | 17:17 98:13 | 70:4,5,9,19 |
| **declarations** | **definitely** 80:19 | 123:5 134:7 | 71:10 83:13,15 |
| 8:21 | **definition** | 168:7 183:25 | 83:18 87:15 |
| **declare** 193:11 | 86:14 178:4 | 204:8,13 205:8 | 89:5 113:25 |
| **declining** | **degree** 11:23 | 205:10 206:9 | 157:17 158:18 |
| 142:21 | 11:25 40:21,23 | 206:11,15 | 158:24 159:7 |
| **deem** 61:5,8 | **degrees** 12:9 | **depression** | 166:19,19 |
| 62:4 119:21 | **delayed** 173:11 | 48:23 110:21 | 198:3 |
| 145:14 157:7 | **deliberately** | 111:2,2 112:16 | **desire** 59:8 |
| 184:10 | 170:16 | 112:17 155:5 | **desires** 4:23 |
| **deemed** 136:21 | **deliver** 136:13 | **depressive** | 183:21 |
| 167:5 | **delivering** | 110:22 | **desiring** 198:22 |
| **deep** 157:13 | 136:11 | **deroin** 3:7 6:4 | **desistance** |
| **deepened** | **delivery** 135:18 | 6:4 | 103:16,22 |
| 157:14 | **delving** 114:14 | **describe** 11:15 | 104:15 105:1 |
| **deepening** | **demonstrated** | 23:8,9 39:25 | 107:20,25 |
| 159:13 | 140:24 141:5 | 68:3 71:10 | 108:4,15 109:3 |
| | 143:14 | 76:14,17,18 | 109:7 177:16 |

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[desistance - difficult]**

177:18,21,23
177:24 178:2,6
**detail** 18:25
37:21 137:16
**determinate**
94:8
**determination**
62:2 119:1
**determine**
31:10 56:15,17
60:4,14,22,25
69:8,24 80:25
81:20 94:2
114:6,9 132:2
155:15
**determined**
55:19,20,25
56:6,8 80:8
**determining**
41:22 57:12
**detransition**
177:14 181:13
192:13
**detransitioned**
174:23 191:22
**develop** 152:23
159:1,22
171:16 172:2
172:24
**developed** 15:2
158:19 174:12
**developing**
159:19,21,23
172:8

**development**
10:24 11:3,4
11:12 85:5
96:10 120:14
121:3 147:20
147:23 154:11
157:5,8,18
159:5 170:8,18
171:20
**developmental**
170:6
**development...**
161:18,23
162:3
**developments**
131:20
**develops**
121:11 173:9
**device** 98:6
**devoted** 131:11
**diagnose** 55:1
57:25 99:8,9
110:3
**diagnosed**
24:14,18 25:24
27:14,17 28:19
30:1 31:4,7
72:9 99:11,16
99:23 100:9
109:3,7 112:1
112:8,20 113:8
113:9 118:3
119:16,19,23
124:23 179:25
180:7 192:18

193:7,16,21
194:4
**diagnoses**
32:13 39:15
42:8,14 45:3
54:23 109:25
111:14,18
112:11,15,24
115:21 120:6
120:13 135:15
**diagnosing**
60:2,15
**diagnosis** 27:21
30:25 36:25
41:16,22 44:6
51:15 55:11
62:16 66:6
69:18,20 99:2
99:20 106:4,15
111:7,22 120:3
120:5 121:2
123:8 194:10
195:24
**diagnostic** 4:15
38:8 39:1,4
65:2 99:1
109:19 110:18
111:11 121:15
123:3 200:16
201:2
**diagnostically**
118:11
**dialectical**
122:14

**difference**
26:16,18 46:16
46:17 130:16
194:15
**differences**
116:14 174:15
**different** 7:4
26:22 29:3
31:16,17 36:3
36:4 44:23
46:12,14 61:2
66:24 68:2,12
71:17,22 72:19
86:19 87:17
88:4 92:19,20
92:21 93:19
96:6 101:15,22
102:1,7,8,10,11
102:11,19,21
106:14 109:1
122:18 127:25
128:15 140:4
156:1,2 159:10
162:19 187:11
**differential**
194:9
**differently** 84:7
84:8
**differs** 175:16
**difficult** 23:18
36:17 61:18
88:22,25
115:24 142:13
187:3 196:18

**[difficulties - dsm]**

difficulties
  105:5
difficulty  39:20
diffusion
  123:20,23
direct  39:13
direction  88:15
  89:19 104:20
  206:13
directly  37:13
  143:8
discipline
  127:2,19 128:2
  128:15,16
discontinue
  184:18,23
  185:20 190:18
  191:4,20 192:2
  192:5 198:10
  199:6
discrimination
  102:9,16
discuss  18:25
  36:1 39:1 55:7
  63:19 162:1,9
  162:13 165:11
discussed  16:24
discussing
  24:22 62:1
  96:5,8 107:20
  152:14 157:11
  195:6
discussion
  51:13 145:12

discussions
  155:21
disorder  4:15
  96:21 110:7
  112:3,9 113:7
  113:10,15
  116:10 117:4
  119:11 120:19
  120:21 122:13
  123:24
disorders  99:2
  116:10 120:9
  120:10
dispositioned
  79:10
distinct  47:5
  112:19 181:12
distinction  26:9
  27:7,8 46:19
  76:8,14,19,25
  130:24 134:15
  134:24 135:7
  136:12 186:18
distinguished
  171:21
distinguishes
  77:20
distinguishing
  29:16 46:9
distress  34:9,23
  35:2 43:19
  45:2,7,8,12,13
  45:19,23,25
  46:10,13,14,23
  47:6 48:2 89:4

  150:15 159:18
  159:22 187:4
distresses  38:2
district  1:1,2
  5:12,12
disturbance
  121:25 123:23
  125:1,2,7,8
diverse  13:25
  19:4 25:6
  32:25 33:24
  44:25 48:21
  71:17,19,24
  72:3,6,8,12,18
  72:25 83:9,17
  97:7 126:18
  152:12 175:6
  177:19 191:25
  192:23 193:4
  193:12,20
  199:12
diversity  22:21
  85:12,13
doctor  14:6
  54:22 132:25
  134:8 168:8
document
  168:9,11
documented
  167:11
documents
  8:13
doe  1:5,7,7,7
doing  17:17
  28:24 31:17

  42:8 55:10
  101:8,10 138:9
  138:13 166:25
  198:18
dolls  50:18
  54:11
donor  162:18
  200:21
dosing  165:25
doubt  161:1
  182:18
dr  5:8 6:22
  8:10 10:1,8
  12:23 16:3,5
  16:17 50:5
  56:22 90:20
  98:14 106:3
  150:10 183:19
  195:4 197:15
  203:9 204:5,8
draft  17:19
drafting  17:23
drawing  135:8
  186:18
dreed  3:23
dsm  37:24
  39:14,15,24
  41:23 42:15
  44:5 50:12
  51:22 54:23
  55:3,6,11,25
  56:17 57:11
  60:3,16 65:2
  66:7 69:19
  86:16 96:20,23

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

Christine Brady, Ph.D. August 31, 2023

**[dsm - emotions]**

96:24,25 97:14
97:15,17 99:7
99:11,16,23
100:10 106:4
106:13,15,21
120:10 123:3
125:22 195:13
195:15,16,20
195:22,25
196:2,6 199:9
200:16 201:2
**due**   43:16
111:15 118:4
185:12
**duly**   6:16 205:5
206:9
**duration**   41:24
42:1,10,13,22
43:24,25 44:3
199:20,24
200:12 201:8
**dynamic**   4:23
183:21 197:18
197:22 198:13
198:17
**dyslexia**   116:15
**dysmorphia**
110:13
**dysphoria**   10:7
24:15,18 25:1
25:19,24 27:15
27:18,25 28:19
30:1 31:1,5,8
32:12,13 37:23
38:2 41:12

43:3,15 44:6
45:18 47:10,13
47:16,21 48:3
48:6,9,13,16,25
51:8,15,19,25
55:2 71:13
72:1,10,14
86:14,15,18
94:1 96:25
97:3 99:3
100:10 107:2,7
107:9,16 109:4
109:8 110:3,12
110:14 112:2,4
112:8,10,17,21
113:2,9,16
114:11 118:3
119:19 120:22
124:16 131:6
137:7 146:1
158:21,21
179:25 192:18
193:8,9,16,21
194:4,11 196:7
199:9,15
200:13 203:6

| e |
|---|

**e**   1:25 2:6 4:1,2
4:8 5:1,1 206:5
206:21
**e.g.**   117:11
170:18
**earlier**   9:16
14:4 35:15
40:8 68:18

90:21 95:18
106:22 145:12
151:25 152:14
155:4 195:18
**early**   27:12
40:12 63:1
97:24 147:20
176:9
**easier**   63:18
93:10
**easiest**   199:17
**edition**   99:2
**education**
30:15 32:10
44:19 131:13
155:19
**educational**
12:8 139:14
**effect**   102:14
148:5,14 162:6
196:10 197:1,3
197:4,7
**effective**   48:13
48:15 160:17
161:3,5
**effectively**
170:4
**effects**   147:4,8
148:1 150:24
150:25 151:10
151:14,17
152:15,18
153:13 154:7
154:11 155:13
155:20 156:9

156:14 181:2,4
**egg**   163:18,21
**eggs**   164:2
167:4
**eight**   21:8
28:24
**either**   43:16
53:17 98:6
104:20 106:22
116:20 199:6
**electrolysis**
159:10
**eligibility**   119:7
**eligible**   30:5
118:4,20
119:21
**elucidate**   110:4
**email**   12:20
16:23 131:22
**embedded**
18:12 173:20
**emotion**   122:20
**emotional**
65:19,21 119:4
154:22 155:1,5
155:16 156:2
156:19,24
170:17,18
171:20 172:6
173:16
**emotionally**
65:15
**emotions**
110:24

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[emphasis - example]**

emphasis   139:3
endo   129:13,25
   137:18
endocrine
   127:9 129:14
   137:24 202:12
endocrinolog...
   10:9
endogenous
   151:7,9 152:9
   157:11,18
   158:25 164:23
   165:6
endorse   192:22
   193:3
endorsed   129:4
   181:3
energy   116:1
   197:11,12
english   170:4
enlargement
   154:19
ennis   3:24 5:15
ensure   58:2
   69:21 161:24
ensures   132:12
entail   122:16
entails   122:20
entitled   2:12
   183:20
environment
   84:17 182:3,15
environments
   170:17

epidemiologi...
   124:22
episode   110:22
equal   200:15
equally   160:17
   161:3,5
equate   185:8
erin   4:10
escalation
   122:21
especially
   40:12 170:11
esq   2:16,17,21
   3:7,12,16,21
essential   77:25
   94:19 95:2,7
   95:10,16,17,21
   95:23
essentially   96:8
   174:12
establish   42:15
establishes
   170:9
establishing
   42:18
estimate   28:10
   30:3 149:6
   189:8
estimates   192:8
   192:9 193:8
estrogen   154:9
   154:10,10,12
   154:16 157:16
   166:21 167:10

et   5:10,10
ethical   135:13
   136:19
europe   15:5,6
   101:16 102:2
european   146:2
   203:5
evaluate
   170:12 171:6
evaluated
   43:14
evaluation
   82:15 110:12
   111:16 117:5
   125:10,16
   173:20
evaluations
   115:25
event   206:17
eventual
   195:20
eventually
   152:8
everybody
   81:11 95:6,9
   95:22 173:9
evidence   47:22
   47:25 48:7,14
   48:18 122:12
   133:2,14 134:3
   138:3,7,9,12,16
   138:17,19,22
   139:3,3 140:11
   140:13

evolution   174:6
evolved   29:1
   126:1 199:13
   200:8
evolves   83:25
   199:2
evolving   57:20
   104:10
exact   72:25
exactly   29:11
   132:16
examination
   6:20
examined
   206:8
example   33:21
   34:20 53:11
   59:19 63:11
   65:17 68:19
   69:24 70:1,24
   71:2,3 75:25
   77:18 81:8,9
   95:14,18
   102:25 110:6,7
   110:10 111:17
   112:12 113:24
   115:18 117:1
   121:23 126:4
   128:6,9 137:12
   139:13,15
   155:4 157:5,13
   158:18 159:5
   160:12 162:2
   186:4 190:3
   196:17 198:2

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

**[examples - fair]**

examples 54:8
69:11,12,16,17
69:19 70:25
78:1,10 112:6
116:11 159:4
198:20
except 157:19
159:9
exclusively
130:12
excuse 20:16
26:18 28:5
76:16 173:23
176:7 192:20
executive
171:18 172:4
exhibit 4:10,12
4:13,15,16,19
4:23 12:17,22
16:11,14,16
97:21 98:13
121:20 122:6
122:24 123:2,5
132:23 134:7
168:4,7 183:10
183:25
existence 19:25
104:23
expect 70:23
experience
15:24 38:1
39:17 86:24
93:8 94:4
101:14,16,20
101:21,24

102:1,18 103:1
111:10 141:18
141:22 152:22
158:7 167:14
187:2
experienced
87:8 94:11
125:7 159:19
190:8
experiences
102:9
experiencing
22:9 32:14
45:19 153:21
181:1 186:1
experiment
140:5
expert 4:12 7:2
8:21 10:2,23
11:8,10,11,14
16:18 17:1,14
104:24 115:8
123:25 124:12
144:11 145:1
147:17 166:10
expertise 10:5
54:4 124:1
148:2
expires 205:25
206:25
explain 13:17
14:1,22 19:2
23:9 29:21
31:12,18 32:23
44:15 85:24

90:25 115:14
116:8 123:11
127:13 133:22
138:5 155:1,8
160:6 187:10
191:1,18
196:11 197:21
200:2
explaining 96:4
explanation
7:13
exploration
84:6,20 114:5
180:20 181:5
exploratory
84:13 115:3,5
116:20
explore 30:17
explored 24:25
181:1
exploring
24:21 45:10
125:11 126:11
express 30:18
84:18 91:16,21
167:19 179:14
181:24 182:25
185:7
expressed
18:16 86:24
87:9 94:4,11
113:25 178:15
179:2,5 180:19
expression
44:23 91:7,10

91:13,15,23,23
91:24 92:3
93:18 126:15
expressions
92:18
extensive
116:25
extent 17:7
130:19 131:8
131:16 196:24
external 33:8
75:4,9,16 76:6
91:15
externalized
121:8
externally
69:14
extracurricular
33:3

**f**

face 36:5
facelift 195:24
faceted 77:13
facilitate 84:20
facilitating
24:11
facsimile 3:18
fact 190:17,22
factor 76:15,18
76:19 132:17
factors 78:25
79:13,16 128:1
132:9,15
fair 66:6 75:4
92:3 96:11

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[fair - fluidity]**

97:8 100:14
124:3 144:20
145:5 152:14
201:12
**fairly** 21:21
31:20
**fall** 115:3 201:2
**falls** 82:17
**familiar** 84:12
116:12 119:10
133:19 138:2
139:7,23
140:18 144:13
144:16
**families** 21:9
25:7 30:14
37:5 56:1,14
119:8 163:5
182:15
**family** 24:23
31:24,25 32:6
33:4 34:20
37:19 38:21
55:21 56:7
60:25 61:1,2
117:5
**far** 87:24 98:5
**favorable**
158:12 159:17
**favorably** 97:8
**feel** 23:23 59:21
65:18 69:15
70:14 106:10
182:15 188:16
190:5,6 197:11

**feeling** 68:3
70:2 77:18,19
77:21 197:3
**feelings** 65:6,10
66:11,16 68:23
69:3,5 74:3
84:8,18
**feels** 57:22
197:7
**fellows** 15:13
15:20,22,25
16:2
**fellowship**
12:10,13
**felt** 29:12 58:13
58:19 143:23
183:7
**female** 63:13
65:11 73:10
114:8 126:20
157:16,17
158:18,24
159:5,6 198:3
**females** 28:7,12
29:23 51:3
124:19,19,23
166:19 180:14
180:14 194:5,5
**feminine** 50:15
54:6,14,20
55:7,12,15,23
56:6 60:23
61:5 64:25
65:18 87:20
88:7 91:22

**femininity** 86:4
89:12 91:3
**fertility** 154:15
162:2,11,12,25
163:4,6,20
165:15 166:22
166:23 167:19
167:23
**fewer** 96:24
**field** 26:8,12
138:17 139:2
195:9
**fields** 189:4
**fifth** 99:2
**figure** 45:12
96:6
**filings** 8:18
**fill** 69:20
**filter** 131:24
**final** 15:9 43:12
84:23
**finally** 174:16
**find** 23:19
174:16 196:13
**fine** 124:13
**finish** 82:18
**finished** 134:21
**firm** 6:1,23
**first** 6:16,25
13:14 29:1
37:9 39:8 73:5
73:6 98:21,22
110:11 116:12
128:23 130:9
134:19 157:3

158:5 162:9
169:14,22
170:2 171:12
174:5,13
175:13 176:2
177:5 181:9
184:4 190:16
190:17 195:8
196:14,15
197:16 205:5
**five** 42:21
49:17 90:6,8
123:9 149:23
150:1 194:20
**flexibility**
114:25
**flies** 122:6
**flip** 54:8 109:14
**fluctuate** 83:10
126:17
**fluctuating**
126:17
**fluctuations**
92:9 125:25
**fluid** 29:19
67:18,20 89:25
90:22 91:19,21
91:25 92:2,8
92:14 93:2,11
93:16,18
126:12,15,19
201:21,25
202:3
**fluidity** 92:3,5
92:10,24 93:5

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[fluidity - fourth]**

93:14 201:21
**fluidly** 91:5
**focus** 12:2 32:7
  110:9
**focused** 42:7
  195:10
**focuses** 195:13
**focusing** 162:5
**folks** 83:12
  91:19 93:15,17
  199:1
**follow** 23:13
  38:8 106:13
  131:19 185:16
  185:19 187:9
  187:21,25
  188:7,10,20,25
  189:18,22,23
  190:10,13
**following**
  140:25 141:5
  143:15
**follows** 6:18
**footnote** 96:13
  97:10 98:15
  100:15,17
  101:1 129:20
  143:12 144:2
  146:9,18
**force** 34:3,11
  34:12 44:5
**forcing** 83:23
**foreclose**
  104:24

**foregoing**
  205:7 206:9,14
**forget** 132:16
**form** 10:3,25
  22:7 24:8 26:2
  26:10,23 27:23
  28:8 29:10
  33:17 41:10,17
  42:11,24 44:2
  46:1 47:7
  48:10 49:9
  51:9 52:1 53:8
  54:16,25 55:16
  56:2,19 57:15
  59:2,10,15
  60:6,17 61:10
  61:17 62:6
  64:5,17 65:12
  66:8 67:16
  70:22 72:16
  73:18,24 74:8
  74:14,21 75:6
  75:18 76:11,21
  79:2,21 80:17
  81:2,17,25
  84:3 85:1,9
  86:10 87:5,11
  87:22 88:11,19
  89:9,22 92:16
  93:6 94:6
  95:11 97:11
  99:24 100:18
  101:4,17 102:4
  102:17 103:3
  103:17,24

104:16 105:8
106:8,18,24
107:13 108:5
108:12,19
111:12 112:22
113:17 118:21
120:23 121:4
121:24 122:1
124:4,20 125:3
130:5,18 131:9
132:4 133:4,16
135:1,21
136:15 137:21
138:23 140:14
141:25 143:2
144:3 145:2,7
145:15 146:3
146:20 148:10
149:9 151:12
152:20 153:7
153:14 156:4
156:16 160:20
161:9 164:20
165:8,13 166:8
166:17 167:17
167:25 172:14
172:22 173:8
175:24 176:17
177:11,17
178:12,17
179:10 181:25
183:1 185:2,22
186:12 188:4
188:11 189:2
189:10,25

190:12 191:13
192:7 194:7
195:21 196:5
199:10 200:3
200:17 201:4
201:13 202:19
203:2
**formal** 24:6
  63:19 64:4,10
**formally** 25:24
  28:18 180:7
**format** 127:24
  128:13
**formats** 122:18
**forms** 62:23
  123:22
**formula** 132:18
**forth** 114:23
**forward** 118:13
  119:9
**found** 18:10
  184:17
**foundation**
  42:12 135:22
  140:15 152:21
  183:2
**founded** 18:7
  137:13
**four** 13:24
  35:14 126:6
  167:10 180:11
  180:16 192:25
**fourth** 22:13
  190:16 196:9
  196:16 197:17

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com    208-343-4004

**[franklin - gender]**

| franklin 3:7 | **g** | 68:1,4,6,10,20 | 113:16 114:11 |
|---|---|---|---|
| freezing 163:17 | g 5:1 | 68:24 71:10,13 | 118:3 119:19 |
| 163:25 164:3,4 | gaining 118:24 | 71:17,19,24 | 120:21 124:15 |
| 164:12 | game 60:5,15 | 72:1,3,6,8,9,12 | 125:2,8,12,13 |
| frequency | games 54:11 | 72:14,18,19,25 | 125:18 126:9 |
| 21:22 | garrison 3:3 | 73:1,8,9 74:17 | 126:10,12,13 |
| friends 1:4,6 | 6:7 | 78:2 80:10,11 | 126:14,18,19 |
| front 3:21 8:14 | gastrointestinal | 80:12,15,16 | 129:12 131:6 |
| frozen 163:13 | 14:2 | 81:14,15,21,23 | 131:11,15 |
| full 11:19 45:17 | gather 128:14 | 82:11,12,25 | 133:2,15 |
| 47:10,12,20 | gender 4:13,17 | 83:4,9,9,17 | 136:20 137:7 |
| 48:5 98:21 | 4:24 10:6 | 84:19,25 85:8 | 141:1,6,8,12,23 |
| 111:19 115:16 | 11:18 13:25 | 85:12,13,19,22 | 142:8,22 143:8 |
| 169:14 171:12 | 18:7,16,21 | 86:1,2,8,14,15 | 143:15 146:1 |
| 173:1 198:5 | 19:2,4 22:9,21 | 86:18,24,24 | 150:17,18 |
| 206:14 | 24:14,18,20,24 | 87:4,9,10,15,18 | 151:21,24 |
| fully 110:3 | 25:1,6,8,19,24 | 87:21,25 88:17 | 152:4,12 |
| 117:10,16,22 | 27:15,18,25 | 89:25 90:22 | 158:21 175:6 |
| 186:6 | 28:19 29:18 | 91:12,13,13,14 | 175:16,22 |
| function 170:8 | 30:1,18 31:1,5 | 91:17,19,20,25 | 176:3,13,24,25 |
| functioning | 31:8 32:2,3,12 | 92:2,3,6,8,10 | 177:6,19 178:7 |
| 39:21 48:23 | 33:7,24 34:2 | 92:14,24 93:2 | 179:9,25 |
| functions | 36:2 37:22 | 93:3,5,11,12,16 | 180:19 182:5 |
| 171:18 172:4 | 41:12 43:2,15 | 94:1,4,5,11,23 | 183:8,22 |
| further 84:21 | 44:5,23,25 | 95:2,6,20 96:9 | 184:19 186:21 |
| 110:12 114:5 | 45:10,18,19 | 96:20,25 97:3 | 190:19 191:4 |
| 116:17,18,22 | 47:10,13,15,21 | 97:7 99:2 | 191:25 192:6 |
| 117:9 126:11 | 48:2,5,8,13,16 | 100:9 101:22 | 192:18,20,23 |
| 163:4 185:5 | 48:21,25 51:8 | 102:1,2 106:5 | 193:4,7,9,12,16 |
| 206:16 | 51:15,19,24 | 106:16 107:2,3 | 193:19,21 |
| future 158:9,12 | 55:1 58:23 | 107:9 109:4,8 | 194:4,10,11,15 |
| 159:14,16,17 | 59:8 61:3 63:9 | 110:1,3,12,14 | 195:10,11,14 |
| 162:14 | 65:7,11 66:13 | 110:16 112:1,3 | 196:3,7 197:18 |
| | 66:24,25 67:5 | 112:8,10,14,17 | 197:22 198:18 |
| | 67:6,8,11,18,20 | 112:21 113:2,8 | 199:7,9,12,14 |

Associated Reporting & Video - A Veritext Company

calendar-arv@veritext.com 208-343-4004

**[gender - guess]**

199:22,22
200:13,23
201:1,2,11,12
201:18,21,22
201:23,25
203:6
**gendered** 62:12
62:13
**genderqueer**
29:18 126:18
**general** 1:11
3:15 7:7 9:11
11:1 17:4,13
28:9,9 31:14
**general's** 6:10
**generality**
11:20 19:1
**generally**
121:16
**getting** 31:25
32:1 37:12
40:11 69:12
70:10,20
114:14 118:10
160:14 193:21
**gi** 13:25 14:1
**girl** 51:5 56:24
57:2,3,22
60:12 114:3
**girls** 50:18
52:17 53:18,23
54:2,3,10
56:24 65:20,22
65:24 66:1

**give** 9:11 78:1
95:13 115:16
172:18 189:5
197:23
**given** 13:6
19:22 28:24
101:12 112:12
120:3,4 145:11
155:24 161:22
183:3 189:3
205:12
**giving** 36:1
190:2
**glad** 181:4,5
**globally** 166:2
**go** 7:8 8:7 13:9
15:8 22:11
23:17 25:12
38:24 43:8
45:4 46:21,25
50:5 53:18
65:1 82:22
86:20,20 87:24
88:2,5,9 89:18
90:5,9 98:7,20
104:21 109:10
128:22 132:17
134:13 136:23
139:16 146:8
146:15 150:10
152:9 153:17
157:16 158:25
165:5 181:18
186:10 195:6
197:25 199:17

**goal** 107:4,15
**goals** 32:2 38:3
38:10,13,18,20
107:5 191:24
**goes** 7:8 89:19
126:9 132:19
136:16 157:18
201:18
**going** 17:6 42:5
45:14 49:13
50:7 62:12
70:11,20 73:5
75:1 79:7
84:23 87:12
90:4 104:10
109:12 111:19
118:11 140:21
144:8 149:22
151:25 161:13
163:11 165:4,5
170:2 171:2
183:10,11
188:17 194:17
197:16,24
198:8 203:10
**good** 44:1
49:14,16 78:18
78:20 79:7
90:11 105:18
105:20 125:21
144:6 150:1
160:4
**google** 131:24
**gotcha** 128:20

**goth** 126:7
**gotten** 97:24
**grade** 140:19
**graduate** 11:1
123:25
**granting**
106:12
**gravitate** 91:22
**gravitating**
52:16
**great** 204:4
**green** 3:16 6:9
6:9 146:11
**groombridge**
2:21 6:2
**groombridge...**
2:23
**ground** 7:9
**group** 15:1
19:12 148:22
189:14,18,24
**groups** 15:3
28:13 35:24
122:19
**growing** 159:12
**grown** 20:12,14
20:21 154:17
**growth** 154:19
**guess** 21:20
22:11 30:8
31:11 34:14
39:22 50:21
56:11 59:5,13
61:12 71:6
77:2 85:3

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

**[guess - hormones]**

86:13,19 94:2
95:15 107:8
113:13 118:17
122:3,9 123:6
135:23 136:1
147:25 149:4,4
149:11,22
154:1 160:25
167:2,22 168:1
168:4 176:12
176:20 177:22
178:1 180:6
186:3,17
196:21 199:21
**guidance**  36:1
**guidelines**  4:16
127:9 129:1,9
129:12,13,15
129:17,22
130:3,10,17,24
134:9,16,25
135:20 136:6
136:14,18
137:25 165:11
165:20 202:12
202:14,16,18
**guys**  70:7
**gyn**  163:19
**gynecologist**
10:19

**h**

**h**  4:8
**hair**  154:17,18
159:8,8,12

**haircuts**  33:7
**hairstyles**
91:17
**half**  37:8,10
129:23
**hampshire**
3:13
**hand**  169:16
206:18
**handful**  119:25
**happen**  32:5
60:9 104:11
**happened**
58:15
**happening**
183:6
**happens**  23:10
118:7 185:16
**happier**  107:6
107:7
**happy**  182:10
191:23 199:5
**hard**  21:17
30:3 49:11
88:23
**harm**  160:24
**head**  7:20 63:7
110:20 133:18
146:21
**health**  18:18
19:6 27:6 32:8
32:19 36:17
37:22 109:17
109:19,25
110:20 112:2,9

114:10 118:5
118:12,19
120:12 121:1
127:12,14,15
128:5 129:5
139:12 140:25
141:10,13,24
142:2,9,23
146:2 203:5
**healthcare**  18:8
**hear**  67:22 92:1
153:9
**heard**  67:19,20
85:19 126:5
146:5 181:16
202:5
**held**  5:13 51:13
74:7,13
**help**  7:23 15:19
17:22 34:8
46:2,6 69:20
80:3,4 150:15
183:20
**helpful**  34:7,20
35:4 44:4
92:25
**helping**  36:3
38:21 46:9,13
**helps**  105:10
**hennepin**  18:8
**hey**  35:3
**hi**  6:22
**hide**  187:3,7
**high**  11:20 19:1
110:25 188:24

**higher**  25:25
156:14 171:17
172:3 177:14
177:15
**highlight**  184:5
**highly**  170:16
**historically**
195:10
**history**  111:20
**hit**  97:22
**hmm**  21:24
22:2
**hold**  80:2
115:25 176:14
**home**  163:15
**honors**  13:10
**hope**  182:2,14
188:13
**hopefully**  16:11
98:5
**hoping**  38:14
**hormone**
150:24 158:7,8
166:15,22,24
186:16 198:14
198:15
**hormones**
36:12 72:14
117:20 147:24
154:5,8 156:21
156:25 158:16
164:19,23,25
165:5,5,16
166:25 167:8
179:6 186:5

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[horseplay - improvements]**

horseplay
 62:22
hospital   12:12
 12:15,15 163:9
 187:18
hour   2:11 37:8
 37:8,10 49:14
 49:21 90:5
 149:23 194:18
hours   33:23
 37:11,18
house   54:13
 63:12
human   95:7
hyper   110:9
hypothetical
 162:15,16,17
hypothetically
 162:13

**i**

idaho   1:2,11,13
 1:14 2:7,10
 3:11 5:12 6:9
 205:22,24,24
 206:2,6
idea   44:1
 102:14
ideal   136:9
ideas   61:3
 84:22 147:12
 147:14
identification
 92:11
identified   81:7
 126:5,7 176:9

176:10,13,23
176:25 177:5
177:19 178:7
identifies   81:12
 87:16 92:13
 126:19 200:7
identify   17:25
 29:23 59:25
 67:9 78:3,21
 81:10 83:16,17
 83:24 97:7
 158:20 175:18
 176:16 177:9
 177:19 179:21
 191:25 199:12
identifying
 29:13 65:18
 66:14 92:22
 126:20 157:16
 178:2 193:19
 198:2,4
identities   67:5
 71:25 200:9
identity   4:13
 32:2 34:21
 71:11 73:8
 77:13 78:4,7
 79:1,13,17,20
 80:16 81:10,14
 81:16 82:5,11
 82:12,25 83:4
 83:9,24 84:25
 85:6,8 86:8
 87:21 88:17
 89:15 91:6,10

91:12,13,20
92:6,9,14 93:3
93:12,13,16,24
94:20,24 95:2
95:3,6,10,20,21
95:24 96:9,21
101:22 102:1,3
104:2,5,8,10
114:8 121:25
123:20,20,22
123:23 124:25
125:2,6,8,11,13
125:18,25
126:13,14,16
150:17,18
174:7,12
175:16 182:6
195:11,14
196:4 199:7,13
199:22 200:8
200:12,21,21
200:24 201:1
201:11,18,22
201:25 202:3,4
ignorance
 15:16
ii   27:12,13,15
 27:19 30:7
 35:6 39:5,7
 149:12 164:17
 166:7
iii   27:13 30:7
 149:12
imagine   88:24

impact   108:15
 132:9,14,17
impacting
 110:1,22 111:3
impacts   154:14
 162:11,12,22
impairment
 39:16,20
 152:24
impairments
 153:21
imperfect
 106:22
implicated
 170:11 171:5
implying   42:7
 77:6
important
 51:14 55:22
 57:2 78:4
 80:13 81:6,13
 81:16 82:6,13
 125:12,18
 126:1 134:24
imposition   4:19
 168:19 169:2
improve   38:17
improvements
 48:22 140:25
 141:5,9,12,23
 142:2,9,23
 143:9,15
 195:16,19
 196:2

Page 24

Christine Brady, Ph.D. August 31, 2023

**[impulsive - inquiry]**

impulsive
  119:4
inappropriate
  189:13
include   43:17
  44:18,20,22
  45:1 107:6
  116:9,24,25
  144:14
included   11:3
  13:3 97:2
  144:15 145:22
  184:9 192:12
includes   33:1
  144:19 176:6,8
  176:21,23
including   154:5
  170:7
inclusion   96:20
  97:14,18
inclusive   67:5
  71:24 195:17
  205:9
incongruence
  39:9 40:14,21
  40:25 41:2,6,8
  41:24 42:18,22
  42:22 86:23
  87:16,18,20,25
  89:17 94:3
  174:14 175:22
  176:3 199:19
  199:24 200:5
  200:20

incongruences
  200:15
incongruent
  176:14,24,25
  177:6 178:7
  200:9
inconsistent
  150:16
increase   192:16
  193:9,10
increased
  20:18,24
  105:16 193:17
  193:20
increasing
  20:20 193:22
indefinitely
  198:7
indiana   13:24
indicate   51:18
  51:24 67:10
  74:18
indicates
  151:14 177:13
indication
  33:15 51:7
indiscernible
  185:12
individual   1:13
  3:10 37:15
  38:11 69:7
  70:21 71:12
  72:5,8,12
  75:16 80:9
  86:6 87:7,19

93:20 103:23
109:24 112:1,7
117:21 121:2
122:18 127:4
135:17 156:18
156:23 164:16
172:2 173:12
173:13 182:21
198:3,21 200:6
individual's
  73:22 83:4
  86:9 87:10
  92:5 94:11
  124:25 125:6
  201:23
individualized
  33:18 80:21
  84:4 85:10
individuals
  22:24 25:22,23
  26:21 29:13
  33:12 54:23
  56:15 60:3,15
  67:25 80:12,14
  91:1 92:7
  100:5 101:9,10
  101:15,16,21
  101:23,25
  102:2 103:1
  109:3,7 112:20
  112:23 113:1
  152:7 167:7
  172:19 175:22
  176:3,23,25
  177:5 178:6

179:20,25
185:4 189:9
190:18 191:11
191:16 192:17
192:22 193:3,7
194:3 199:7
infertile   164:19
infertility
  172:21 173:7
information
  32:17 37:4,7
  37:12,18,20
  85:15 114:24
  118:10,24
  127:25 128:4,8
  128:14,14
  155:23,23,24
  161:17 162:8
  174:18
informed   111:4
  111:6 117:22
  155:7,11,17
  172:19 173:17
  174:1
infrequently
  21:16
ingrained
  75:21 120:11
  121:7
initiating
  117:12,17
innate   76:3
innately   75:22
inquiry   100:22
  102:20 133:25

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[inquiry - item]**

134:2 148:24
**ins** 156:10
**insight** 41:5
**instance** 192:20
**instances** 34:6
83:8 113:12
**institution**
18:11
**instructs** 8:1
**insurance**
187:19
**intake** 37:6
**integrate**
114:21
**integrated** 19:7
**integrating**
195:23
**intent** 135:24
**intentional**
85:4
**intentionally**
198:11
**interactions**
121:21
**interchangea...**
68:21 71:19
72:21,23
115:19 181:14
**interdisciplin...**
31:15
**interest** 18:16
52:8 206:16
**interested**
18:18 28:23,25
29:3 163:5

**interfere**
109:19 110:18
111:6
**interfered**
111:11
**interfering**
110:2,15
118:13
**intern** 3:25
**internal** 73:9
73:13,15,16
74:6,12,16
75:9 77:10,11
77:16,20,21
78:2,8 80:10
80:16,19 81:15
81:21 91:14,17
121:9 123:16
**internalized**
75:11,13,14,23
76:7
**internally**
73:17
**international**
15:1
**internship**
12:10,11
**interpersonal**
121:20
**interpret** 59:17
140:10
**interpretation**
135:10
**interpreting**
59:6

**interrupt** 7:21
7:23 51:11
**interruption**
164:18
**intervention**
30:5,20,22
36:18,21,23
43:18 44:12
45:7 47:12
108:14 117:13
117:18,21
118:4,20
119:22 124:5
138:10,13,14
141:9 155:12
157:20 159:24
160:10 162:10
162:22 173:18
177:25 178:24
181:22,24
182:22,25
185:6 191:23
198:19
**interventions**
4:24 30:6,13
35:21 36:9,14
47:1,4 48:3,15
48:20 49:2
107:3,16 133:3
133:15 141:1,6
146:18 150:23
160:23 167:21
175:5,7 183:22
191:5,8

**interview** 37:25
38:5,7 40:9
114:13
**introduce**
183:17
**invasive** 160:18
160:18 161:6,6
161:7
**investigating**
137:20,25
**investigation**
110:13
**involuntary**
84:25
**involve** 74:2
87:20 121:24
186:21
**involved** 16:21
74:4 124:6
145:10 202:3
**involves** 124:4
**irrelevant**
103:6
**irreversible**
157:4,8,25
159:9
**irritability**
65:25 66:2
**isolated** 146:18
**isolating**
176:13
**issue** 118:5,19
121:14 189:21
**item** 57:7

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

**[iteration - know]**

| | | | |
|---|---|---|---|
| **iteration** 195:22 | 178:13,20 | **knew** 78:23 | 84:5,18 89:5 |
| **iv** 13:10 | **key** 132:1 | **know** 7:11,17 | 92:19,21 93:24 |
| **ix** 15:10 | 170:11 171:5 | 8:5 9:2 12:19 | 95:18,19 100:2 |
| **j** | 171:17,22 | 19:18 20:3 | 100:20 102:8 |
| | 172:3 | 21:15,18 23:20 | 102:19,19,21 |
| **jack** 16:2,3 | **kids** 23:13 35:7 | 25:6,13 26:3 | 102:23 105:10 |
| **jacket** 63:22 | 41:4 63:11 | 27:11 28:6,23 | 105:11 107:5 |
| **james** 11:25 | 96:22 97:1 | 28:23,25,25 | 108:17,20 |
| **jan** 1:11 3:19 | 100:23 101:2 | 29:6 31:25 | 110:4,6,23 |
| **jane** 1:5 | 113:22 145:20 | 32:1 33:7 | 111:17 114:15 |
| **jewelry** 33:7 | 162:15,17 | 34:21,25 35:25 | 114:19,21 |
| **joan** 1:6,7 | **kind** 22:13 29:2 | 36:2,12,19,20 | 115:18,20,22 |
| **jobs** 153:19 | 31:12 32:2,4 | 37:17 38:21 | 117:4 118:10 |
| **jocelyn** 3:25 | 33:8 34:3 | 39:14,18 40:7 | 121:21 123:14 |
| **john** 1:6,7 3:12 | 35:19,25 37:6 | 40:14,18 41:4 | 124:3,11,12,14 |
| 5:20 6:22 90:2 | 37:25 38:6 | 41:5 44:4,17 | 124:18 125:20 |
| 122:25 | 46:23 49:18 | 45:10,19 46:15 | 126:1,4,6,7,9 |
| **journal** 132:10 | 52:6 53:13 | 46:19 47:9 | 128:3,5,8 |
| **journals** 131:13 | 55:20 62:22 | 49:6,11,14 | 130:22,25 |
| **journey** 25:3 | 68:7,19 69:4 | 50:12,13 52:13 | 132:5 133:6,18 |
| 25:15,23 | 77:24 86:2 | 52:16 53:13,22 | 134:20 135:24 |
| **journeys** 24:20 | 95:6 96:3,8 | 54:9,11,12 | 136:17 137:12 |
| **jramer** 3:14 | 114:12,23 | 55:20 58:12,17 | 137:19,22,23 |
| **judged** 55:19 | 117:8 119:6 | 58:18 59:18,19 | 139:4,5 142:6 |
| **judgment** 56:4 | 121:19 123:16 | 61:1,2,19 | 143:5 145:3,3 |
| 60:11 118:18 | 132:9 136:9,10 | 62:23 63:20,21 | 145:5 146:23 |
| 155:6 | 137:14 147:11 | 66:9 67:7 68:5 | 147:1,25 |
| **judgments** 132:7 | 147:14,19 | 68:9 69:11,20 | 152:25 153:2 |
| **justify** 133:2,14 | 163:9 174:19 | 70:6,8,10,12,13 | 153:12 156:6 |
| **k** | 198:16 | 70:16 71:21,23 | 159:9,23 160:1 |
| | **kinds** 54:13 | 77:3,17 78:12 | 160:1,22 162:9 |
| **keep** 7:24 | 58:21 147:18 | 78:13,16,17,19 | 162:11,14,17 |
| 131:17 178:10 | **kirk** 3:12 6:23 | 78:20 79:5 | 162:19 164:13 |
| | **kit** 163:15 | 80:7 81:4,5,10 | 164:24 165:22 |
| | | 81:11 83:25 | 165:24 166:1 |

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com    208-343-4004

**[know - longer]**

173:11 178:14
180:10,23,25
181:1 182:8,10
183:12 187:12
187:13,15
188:12,14,17
188:20 192:4
192:11,19,24
193:8,10,13,15
193:25 194:1,8
194:12,14
196:24 197:2,3
197:13 198:6
198:23,23
203:15 205:10
**knowing** 75:23
197:6,10
**knowledge**
76:3 108:6
130:13 131:4,8
145:24 147:3,7
151:13 152:18
165:23 167:12
178:9 179:3,7
179:16 202:6
**known** 4:20
75:22 80:20
168:20 170:20
**knows** 198:21
**kosair** 12:14

**l**

**label** 67:25
68:4,20 75:4
93:24 94:10

**labeled** 36:15
**labeling** 120:12
**labels** 83:10
174:17
**labrador** 1:10
3:10 5:10
**lack** 43:16
133:2,14
**lam** 4:11
**larger** 14:24
19:7
**larsson** 3:25
**laser** 159:9
**late** 4:21 24:20
168:21
**law** 3:3 6:1,23
**laws** 102:10,15
**lcooper** 2:19
**lead** 34:18
114:8 142:5
146:11
**leads** 102:20
141:19 142:1
142:20
**leap** 189:13
**learned** 122:23
**learning** 85:14
116:14,15
122:20
**leave** 59:13
**leaving** 185:18
**led** 18:10 80:3
114:2
**left** 169:13,19
170:1

**legal** 9:7 17:7
102:12 130:19
**length** 43:16,22
**leslie** 2:17 5:24
**letters** 128:18
**level** 11:20 19:1
111:3 156:2,14
187:3
**li** 2:16 5:22
12:16 16:9,23
63:25 97:25
122:7 132:22
168:3 203:12
**liberties** 2:16
**life** 23:15 38:3
69:12 77:23
81:5 118:25
162:19 186:20
**light** 58:18
**likelihood**
103:15,22
104:15 105:1
107:25 108:4
**likely** 25:16
**liking** 57:8
**limit** 19:13,16
23:25 24:3
**limitation** 97:4
188:10 190:11
190:14
**limitations**
97:13 100:19
191:10,17,19
**line** 133:25
134:2

**linked** 143:8
**list** 131:14
143:11
**listed** 116:12
**listing** 111:23
**lists** 15:13
**literature**
137:14 167:11
**litigation** 8:25
9:3
**little** 16:10
18:25 23:10
71:22,24
106:13 190:4
194:18
**live** 101:12
**lives** 33:20
**living** 23:21
**llp** 3:3
**lnowlin** 2:19
**local** 23:22
**located** 73:16
74:1
**logical** 119:4
**long** 21:19
24:23 90:6,9
122:8 151:14
151:17 152:5
153:13 155:14
167:7 198:25
200:24
**longer** 25:17
49:18 97:7
111:14,19
152:3

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[longitudinal - masculine]**

longitudinal
188:23
look   28:14 29:7
39:22 48:19
49:1 52:4
75:20 110:11
127:25 134:1
145:8 169:7
188:2,4
looked   28:10
28:22 104:1
looking   17:11
49:4 62:25
66:10 82:16
103:11 129:20
133:25 152:5
153:1 183:14
183:15 194:9
looks   49:12
108:7,11,13
123:9 196:17
lose   51:12
153:4
loss   188:20,24
lost   154:18
185:15,18
187:8,21,24
188:6,10
189:18,22,23
190:10,13
lot   24:19,25
25:6 29:12
31:25 37:12
55:17 74:23
116:1 120:14

121:8 122:17
131:21 135:17
139:2 147:19
155:24 162:5
191:9 200:4
lots   86:1 88:4
louisville   12:14
29:2,9
loving   113:25
low   41:4 191:6
lower   19:13
96:22 145:19
197:9,10

**m**

m   1:11 3:19 4:2
m.d.   2:1,4 4:4
6:15
made   79:10
130:23 134:23
169:3 186:15
195:16,20
196:2 205:16
madison   11:25
mail   163:14,15
main   107:4
163:9
major   78:19
125:24 129:5
majority   22:25
25:1 131:12,13
149:14,16
151:19 194:2
make   7:9 8:8
25:7 27:7,8
62:2 63:9

92:24 118:17
119:1,8 155:7
170:13 171:7
175:21 182:9
191:9,16
197:10
makes   103:5
113:5 149:4
makeup   33:7
149:10
making   23:18
30:25 33:9
46:24 107:6,7
110:5,24 119:3
132:7
maladaptive
121:21
male   52:6
58:13 63:12
65:17 70:4,5,9
70:19 73:9
86:7,7 87:8,15
87:16,19 88:16
89:17,20
113:25 126:5
126:21 157:12
157:14 159:7
166:5,6,13,14
males   28:13
63:3 166:19
manage   46:2,6
118:11 159:14
managing
45:23 46:10,13
46:16

manifest   92:14
125:1
manifestation
77:5,7
manifested
58:3
manifests   38:2
manner   161:18
161:23 162:3
manual   99:1
marked   12:22
16:16 39:9,12
39:18 40:3,5
40:14,17,17
41:1,9 86:22
94:3 98:13
123:5 134:7
168:7 183:25
199:19,23
200:20
marketed
53:11,17 54:9
marketing   54:2
54:4 58:2
marks   174:23
masculine
29:24 50:10,14
50:16,21 52:7
52:10,24 53:2
53:7 54:20
55:23 56:5,16
57:11,13 58:8
60:4,14,23
61:5,9 62:3,5
62:24 63:16,17

64:3,11,16,24
86:8 87:9 88:7
88:10,18 89:20
91:23 158:20
159:3
**masculinity**
86:4 89:5,12
91:3
**masculinizati...**
198:4,5
**masculinizing**
179:11,15
**mastectomy**
179:9
**master's**  12:1,4
**math**  78:18,20
**matter**  2:12 5:9
17:4,13 60:12
93:25
**matters**  59:7
201:9
**maturation**
170:9,24 171:4
**mature**  166:6
**maturing**  173:1
**maturity**  26:22
173:6
**mean**  8:24 9:12
9:14,19 14:1
19:9,25 20:14
20:19 22:23
25:18 29:21
30:8,13 32:23
33:5 36:11
38:4,11 39:12

40:4,15 41:2
43:4 44:15
47:24 56:10,11
56:11 60:9
63:10 69:4
71:8 72:25
73:14 79:25
83:14,22 84:10
85:24 86:18
88:4 91:9 95:8
107:11 109:23
112:13 121:18
125:19 127:23
130:11 135:19
139:11 140:2
141:4 145:13
150:22 151:4
165:10 172:24
174:10 175:4
176:6 177:18
178:23 180:20
183:5 185:18
185:20 186:3
187:11 190:2
191:1,19 193:4
197:6,21
**meaning**  21:5
27:24 56:16
73:15 88:9
**meaningfully**
170:14 171:8
**means**  39:18
40:3,5 67:7
73:20 90:25
94:14 115:15

127:13 172:25
174:12
**meant**  136:4
**measuring**
189:1
**medical**  4:24
14:15 19:4
24:10 27:8
30:4,5,13,19,22
35:21 36:9,15
47:1,4,12 48:3
48:15,20 49:1
49:12 57:12
106:5,16 107:3
107:16 108:14
117:13,17
118:4,20
119:22 124:4
129:5 133:3,15
141:1,6,9,12,23
142:9,22 143:8
143:15 146:18
147:16,17
150:23 155:12
158:10 159:16
159:24 160:10
162:10 166:10
167:20 173:18
175:5,6 177:25
178:24 181:21
182:22 183:22
184:19 187:12
190:19 191:22
192:6,14
198:19

**medically**
30:10 108:2
186:6
**medication**
124:8
**medications**
124:6,7 180:24
**medicine**  14:10
26:13 138:3,7
138:16,18,22
156:7 160:2
161:16 195:10
**medicines**
182:10,11
**meet**  25:16
37:9 39:15
41:12,13 43:2
43:6,15 45:17
47:10,20 88:22
89:1 94:1 97:2
119:7 163:19
173:15 199:14
200:12
**meeting**  37:6
37:13,14 86:15
128:10,11
**meetings**  32:9
38:15
**meets**  61:23
163:20
**member**  14:12
14:15,18,20
32:19 168:14
**members**  1:13
3:10 34:20

**[memberships - necessarily]**

memberships
    131:22
menstrual
    36:13
mental   18:18
    19:6 27:6 32:8
    36:17 37:22
    99:1 109:16,18
    109:25 110:19
    112:2,9 114:10
    118:5,12,19
    120:12 121:1
    129:5 139:12
    140:25 141:9
    141:13,24
    142:2,9,23
mentally   181:3
mention   115:10
    121:17
mentioned   9:8
    32:22 35:3,15
    40:8 89:24
    111:9 157:6
    163:24 187:8
mess   134:18
met   37:14
    47:15 98:25
    99:7 180:2,6
    191:23
methodologi...
    96:14,16
    189:21
methodologies
    132:8

methodology
    100:5 137:16
    140:19
methods
    138:25 141:7
    159:10 163:9
metric   184:25
middle   22:13
    86:5 91:4
    98:20
mind   61:12
    134:6 139:14
    203:16
minimize
    159:24 160:24
minimizes
    159:18
minors   133:3
    133:15 193:16
minute   150:1
    183:11 197:23
minutes   90:7
    97:21 122:6
    149:24 203:13
    203:17
misattribute
    113:23
mischaracteri...
    42:25 48:11
    51:10 54:17
    56:3,20 57:16
    59:16 64:6,18
    81:18 82:1
    85:2 89:10
    99:25 101:5

103:4 104:17
    107:14 121:5
    145:16 190:1
    191:14 200:18
    201:5,14
mishap   76:4
misremember...
    82:8
missed   105:14
misunderstan...
    115:4
mix   29:8
model   155:11
mom   63:12
moment   43:3
    110:25 115:16
month   41:24
    42:1,9 43:24
    43:25 44:8
    200:25
months   42:3,21
    118:14 125:22
    126:6,6 199:20
    199:24 200:12
    201:10
mountain   2:11
    5:6 49:24 50:3
    90:14,18
    105:22 106:1
    150:4,8 194:23
    203:21,25
    204:10
move   16:10
    66:21 91:5
    118:13 119:9

187:17
moved   187:13
moving   63:8
    91:7,10,11
    93:17,18
    187:14
multi   77:13
multidiscipli...
    31:16
multiple
    111:18 115:20
myths   75:25
    76:1

**n**

n   4:1,2,2 5:1
name   6:22 33:1
    63:6 128:19
    137:6
named   205:7
    206:8,12
natal   28:7 86:7
    124:19 159:5
    166:5,13
    180:13 194:5
natural   85:5
nature   50:18
    77:3 102:13
navigate   36:3
necessarily
    24:1 32:18
    46:24 51:18
    58:20 68:9
    73:25 75:7
    76:5 77:19
    83:23 88:6

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[necessarily - nowlin]**

| | | | |
|---|---|---|---|
| 89:4 93:23 | neurodevelop... | 145:18 198:18 | 56:2,19 57:15 |
| 110:14 111:1 | 148:6,15 | **nonbinary** | 59:2,10,15 |
| 112:13 114:7,8 | **neurodiverse** | 29:16,18 67:17 | 60:6,17 61:10 |
| 121:9 122:2 | 148:6,16 149:1 | 67:19 68:11,22 | 61:17 62:6 |
| 125:14 135:16 | 149:5 | 68:24 70:2,3 | 64:5,17 65:12 |
| 138:18 145:17 | **neurodiversity** | 88:6 91:4 | 66:8,18 67:16 |
| 148:20,23 | 116:5 117:3,12 | 198:2,3 200:6 | 70:22 72:16 |
| 151:21 156:5 | 127:4 | **nonconforming** | 73:18,24 74:8 |
| 159:2 166:1 | **neurological** | 4:17 72:19 | 74:14,21 75:6 |
| 172:8 185:8 | 147:4,8 148:1 | 73:1 | 75:18 76:11,21 |
| 189:5 191:21 | 152:15,18 | **nonmedical** | 79:2,21 80:6 |
| 191:21 192:3 | **neurologist** | 19:5 43:18 | 80:17 81:2,17 |
| 200:11 | 10:11 | 44:11 45:6 | 81:25 82:14 |
| **necessary** | **neuronal** | **normal**  151:7 | 84:3 85:1,9 |
| 106:4,16 | 147:20,23 | **norton**  12:15 | 86:10 87:5,11 |
| **need**  22:3 33:19 | **neuropsychol...** | **notary**  2:9 | 87:22 88:11,19 |
| 38:16 51:16 | 11:4,9 | 205:24 206:6 | 89:9,22 90:2,4 |
| 60:19,24 70:25 | **neuroscience** | 206:24 | 90:11 92:16 |
| 87:24 117:16 | 170:7 | **noted**  40:6,15 | 93:6 94:6 |
| 123:9 158:9,16 | **never**  60:8 | **notice**  53:19 | 95:11 97:11 |
| 159:2,13,15 | 83:20 113:3 | **nowlin**  2:16 | 98:1,4,10,12 |
| 198:13 200:11 | 159:21 164:23 | 5:22,22 10:3 | 99:24 100:18 |
| 203:12 | **new**  2:18 3:4,13 | 10:25 12:18 | 101:4,17 102:4 |
| **needed**  60:8 | 20:19 21:1,5 | 16:13,15 17:6 | 102:17 103:3 |
| 117:10 | 24:5 85:14 | 22:7 24:8 26:2 | 103:17,24 |
| **needs**  127:5 | 131:19,25 | 26:10,14,23 | 104:16 105:8 |
| 197:18,22 | 195:23,23 | 27:23 28:8 | 105:20 106:8 |
| 201:7 | 200:12 | 29:10 33:17 | 106:18,24 |
| **negative**  34:9 | **niche**  148:21 | 41:10,17 42:11 | 107:13 108:5 |
| 181:4 | 149:1 | 42:24 44:2 | 108:12,19 |
| **netherlands** | **nocebo**  196:10 | 46:1 47:7 | 111:12 112:22 |
| 145:11 184:5,9 | 197:5 | 48:10 49:9,16 | 113:17 118:21 |
| 187:25 | **nodded**  45:5 | 49:19 51:9 | 120:23 121:4 |
| **neurocognitive** | **non**  62:12 | 52:1 53:8 | 122:1,24 |
| 116:10 117:3 | 77:21 142:25 | 54:16,25 55:16 | 124:20 125:3,9 |

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

**[nowlin - objection]**

130:5,18 131:9
132:4,24 133:4
133:9,16 134:4
135:1,21
136:15 137:21
138:23 140:14
141:25 143:2
144:3 145:2,7
145:15 146:3
146:20 148:10
148:19 149:9
149:25 151:12
152:20 153:7
153:14 156:4
156:16 160:20
161:9 164:20
165:8,13,21
166:8,17
167:17,25
168:5 169:6
172:14,22
173:8 175:24
176:5,17
177:11,17
178:12,17
179:10 181:25
183:1,13,15,24
185:2,22
186:12,25
188:11 189:2
189:10,25
190:12 191:13
192:7 194:7,20
195:21 196:5
199:10,25

200:3,17 201:4
201:13 202:19
203:2,15,19
204:2
**number** 19:21
20:15,17,19,24
21:3,5 44:8
97:6 105:16
132:15,18,18
132:20 143:11
178:21 185:8
187:11 189:4
192:17,21
193:2,10,15,18
193:20
**numbered**
205:9
**numbers** 192:1
194:1
**numeral** 13:10
15:10
**nw** 3:13
**ny** 2:18 3:4

**o**

**o** 4:2 5:1
**oath** 205:6
**object** 7:25
10:25 17:7
22:7 24:8 26:2
26:10,23 27:23
28:8 29:10
33:17 41:10,17
42:11,24 44:2
46:1 47:7
48:10 49:9

51:9 52:1 53:8
54:16,25 55:16
56:2,19 57:15
59:2,10,15
60:6,17 61:10
61:17 62:6
63:25 64:5,17
65:12 66:8
67:16 70:22
72:16 73:18,24
74:8,14,21
75:6,18 76:11
76:21 79:2,21
80:17 81:2,17
81:25 84:3
85:1,9 86:10
87:5,11,22
88:11,19 89:9
89:22 92:16
93:6 94:6
95:11 97:11
99:24 100:18
101:4,17 102:4
102:17 103:3
103:17,24
104:16 105:8
106:8,18,24
107:13 108:5
108:12,19
111:12 112:22
113:17 118:21
122:1 124:20
125:3 130:5,18
130:18 131:9
132:4 133:4,16

135:1,21
136:15 137:21
138:23 140:14
141:25 143:2
144:3 145:2,7
146:3,20
148:10 149:9
151:12 152:20
153:7,14 156:4
156:16 160:20
161:9 164:20
165:8,13 166:8
166:17 167:17
167:25 172:14
172:22 173:8
175:24 176:17
177:11,17
178:12,17
179:10 181:25
183:1 185:2,22
186:12 188:11
189:2,10
190:12 191:13
192:7 194:7
195:21 196:5
199:10 200:3
200:17 201:4
201:13 202:19
203:2
**objection** 10:3
26:14 66:18
80:6 120:23
121:4 125:9
133:9 145:15
148:19 165:21

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com 208-343-4004

**[objection - p.m.]**

| | | | |
|---|---|---|---|
| 176:5 189:25 | **oftentimes** | **old**   19:15 24:3 | **oregon**   2:8 |
| **objections** | 24:21 25:8 | 35:16 36:6 | **organ**   164:11 |
| 82:14 186:25 | 31:2 33:1 | 96:19 153:24 | **organic**   77:2 |
| **observational** | 34:23 | **older**   119:24 | **organization** |
| 139:8,21 | **oh**   59:10 75:3 | **olds**   171:16,22 | 14:25,25 |
| 140:13 | 98:7 128:16 | **olson**   4:14 97:9 | **original**   14:7,9 |
| **observations** | 190:15 | 97:17 103:10 | 18:11 |
| 40:11 | **ohio**   12:5 | **once**   23:10 | **outcome**   160:4 |
| **observe**   34:17 | **okay**   7:3 8:10 | 75:10 157:13 | **outcomes** |
| 139:16,19 | 16:17 40:16 | **one's**   66:24 | 102:21 140:10 |
| **observed**   40:15 | 41:14 49:20,22 | 73:15 77:14,17 | 158:12 159:17 |
| 41:3 | 49:23 60:1 | 94:19 95:3,24 | **outdated**   96:18 |
| **observing**   6:11 | 61:4,8 62:20 | **ones**   64:21 | **outs**   156:10 |
| **obsessive**   110:7 | 65:1 66:22 | 111:23 126:16 | **outset**   198:6,21 |
| **obtain**   128:13 | 69:3 73:3 | 144:13,16 | **outside**   24:22 |
| 163:10,15 | 76:24 88:8 | **open**   8:13 | 194:13 |
| 174:18 | 90:11,13 93:10 | 19:20 67:12 | **ovary**   164:10 |
| **obtained**   37:21 | 97:22 98:4,10 | 182:13 | **overinflates** |
| 127:25 128:4,9 | 99:21 100:7 | **opinion**   60:23 | 97:6 |
| 146:14 188:14 | 105:21 123:1 | 74:20 104:24 | **overlap**   112:18 |
| **occurred**   120:1 | 128:20,22 | 141:11 144:11 | **overlapping** |
| **occurring** | 130:2 134:5,22 | **opinions**   131:3 | 110:1 |
| 112:2,9 114:10 | 136:22 144:1,7 | **opportunity** | **oversimplific...** |
| 116:5 117:12 | 144:18,22 | 34:25 64:1 | 88:3 |
| 118:5,12,19 | 146:8 148:4 | **opposed**   142:25 | **oversimplified** |
| 120:15 125:15 | 149:21 150:2,3 | **opposite**   67:15 | 88:5 |
| **occurs**   171:5 | 157:23 168:6 | **option**   89:14 | **own**   15:3,16 |
| **ocd**   110:9,15,15 | 169:21,24,25 | **options**   89:14 | 61:1 68:5,6 |
| 110:17 111:9 | 171:2,11 178:4 | 162:23,24 | 99:14 132:7 |
| 112:13 113:23 | 181:16,20,20 | 163:6 164:5 | 173:10 |
| **office**   3:15,16 | 183:13,24 | 167:24 170:13 | |
| 3:20 6:10 29:6 | 194:21 196:18 | 171:6 | **p** |
| 37:2 | 203:8,19,20 | **order**   87:25 | **p**   3:21 5:1 |
| **official**   1:10,12 | 204:2,7 | 171:17 172:3 | **p.m.**   90:14,16 |
| 1:14 | | 173:1 | 90:16,18 |
| | | | 105:22,24,24 |

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[p.m. - patients]**

106:1 150:4,6
150:6,8 194:23
194:25,25
195:2 203:21
203:23,23,25
204:10,13
**pace**   173:10
**page**   4:4,9,15
7:10 13:9 15:9
22:13 38:25
39:23 43:8
50:6 57:6 65:1
71:5 73:4
82:22 86:20,21
94:16 96:3
98:20 109:11
109:13,14
115:8,9 122:7
126:22 128:23
131:1 134:13
134:14 140:21
143:11 150:11
154:21 157:2
158:4 161:13
169:12,16,19
169:22 171:11
174:5,20,21,22
175:12,12
179:17,18
190:16 195:7,7
196:8,14,15
197:16 199:18
**pages**   4:11,12
4:14,18,22,24
205:9

**pam**   1:4
**pants**   63:21
**papers**   132:2,8
**paragraph**
22:12,14 38:25
43:9,12 50:6
71:5,5 73:3,4,4
82:22,23 84:24
86:22 94:17
96:2,4,12
98:21 109:11
109:13 115:9
126:23 128:23
129:10 130:9
131:2 134:20
135:2,5 136:17
140:22 150:11
154:22 157:2
158:4 161:13
169:13,15,17
169:20,23
170:2 172:13
174:5,20
175:13 179:18
184:4,14
190:16 194:16
195:7,8 196:9
196:14,15
197:17 199:18
201:3,9
**paragraphs**
169:12 172:18
**parentheses**
67:4,6,10

**parenthetical**
66:23 115:10
116:4 174:6
**parents**   1:4,6
36:3 41:4
44:20 51:1
**part**   11:3 40:4
60:3,16 61:25
74:1,2 78:4
82:15,16 89:6
94:7,19 95:2,7
95:10,23
109:12 110:10
115:6 139:5
140:7 160:8
163:23,24
167:2 193:24
201:8,21 202:3
**participants**
98:25 99:7,21
100:8 103:12
105:11,16
140:4 145:11
184:9 187:24
**participate**
188:15 189:17
**particular**
19:11 40:21
55:18 92:22
93:21 110:10
110:25 122:20
133:25 134:14
138:15 154:9
156:11 157:10
162:6 169:12

170:15 171:9
182:19 188:5,6
**particularly**
188:8
**parts**   159:23
**past**   149:17
**path**   182:9
**pathopsychol...**
115:11
**pathways**
182:13
**patient**   19:14
20:11 29:25
31:11 35:5,12
35:19 37:1,3
41:7,8 44:25
58:6 92:13
113:24 119:18
119:21 125:16
126:5 127:4
179:1,4,14
181:21,22
182:21,21,23
201:18,20
202:2
**patients**   4:23
18:23 19:18,23
20:4,15,17,20
20:22 21:1,2
21:12,23 22:5
22:9 23:5,10
24:5,13,17,19
27:14,17,21
28:3,6,18
35:16 43:14

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

**[patients - phone]**

| | | | |
|---|---|---|---|
| 57:25 60:9 | **penalty** 4:20 | **percentage** | **person's** 69:12 |
| 66:12 83:16 | 168:19 169:2 | 23:5 24:17 | 73:8 81:5,21 |
| 101:12 110:8 | **pending** 8:6 | 25:23 28:7,17 | 93:8 118:25 |
| 112:17 113:8 | **penny** 1:5,5 | 30:1 167:22 | 170:12 171:6 |
| 113:13,22 | **people** 4:17 | 187:24 189:8 | **personal** |
| 118:2 119:23 | 23:3 32:25 | 189:23 191:6 | 167:13 |
| 119:25 120:6 | 33:8,23 34:22 | 192:4 | **personality** |
| 148:22 149:5 | 47:15 50:13 | **percentages** | 4:15 119:11 |
| 149:17 151:5 | 65:14 66:4 | 26:4 189:16,19 | 120:9,10,18,18 |
| 152:4,23 153:5 | 68:1,12,20 | **percents** | 120:21 122:13 |
| 153:8,17,24 | 70:9 71:10,20 | 192:12 | 123:24 126:8 |
| 163:18,21 | 72:1 78:11 | **perfect** 50:12 | 170:18 |
| 166:12 167:19 | 80:3,4,20,23 | 106:22 | **personally** |
| 167:23 178:15 | 81:15 84:17 | **perfectly** 161:3 | 17:19,25 31:4 |
| 178:18 179:8 | 86:2 91:5,16 | **period** 35:22 | 31:7 141:21 |
| 179:20 180:25 | 93:24 97:7 | 200:25 | 145:4 |
| 182:6,9,15 | 105:3 106:10 | **permanent** | **persons** 4:20 |
| 183:21 202:1 | 115:25 118:24 | 150:24 154:1,7 | 168:20 |
| **pattern** 42:16 | 120:13 121:20 | 154:10,16,18 | **perspective** |
| 120:11 121:7 | 123:14,18 | 154:19,20 | 142:24 143:1 |
| 121:12,17 | 132:10 175:5,6 | 159:9 | 153:20 182:20 |
| **paul** 3:2 6:6 | 185:15 186:19 | **persistence** | **pertains** 103:7 |
| **paulweiss.com** | 187:21 189:22 | 96:9 108:15 | 131:18 |
| 3:5 | 193:11,20 | **persistent** | **pertinent** 8:19 |
| **pausing** 150:14 | 198:23 | 25:17 125:20 | 9:8,12,18 |
| **pediatric** 11:17 | **people's** 71:21 | **person** 31:3 | **peter** 1:5,5 |
| 13:21,22 18:21 | **percent** 22:5,16 | 33:20,25 70:3 | **ph.d.** 1:19 4:11 |
| **pediatrician** | 23:7 25:1 28:2 | 70:11,21 75:5 | 4:12 12:5 |
| 18:15 25:10 | 28:3 35:10 | 78:14 93:2 | 139:5 205:5,19 |
| **pediatrics** | 131:11 149:6 | 114:18 119:2 | **phase** 27:5 |
| 18:13,14 | 149:12 168:2 | 120:16 121:10 | **philip** 2:21 6:1 |
| **peer** 14:6,9 | 184:18 188:6 | 121:10 126:19 | **philip.may** |
| 131:5 132:11 | 188:21 189:21 | 128:11 155:22 | 2:23 |
| **peers** 33:4 | 190:8 192:24 | 160:14 186:8 | **phone** 12:19 |
| 45:15 | 192:25,25 | 187:15 | 97:25 128:9,12 |

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[phrase - present]**

**phrase** 46:3,6
71:15 89:25
90:21 103:18
**physical** 38:19
62:15,23 77:3
77:4,4,7
150:16
**physically**
181:3
**pick** 32:4
**picking** 126:8
**piece** 32:8
93:18
**pigeon** 122:6
**pill** 197:2
**pink** 53:20,24
114:1,2,7,20
**pivot** 134:5
**place** 13:14
53:23 84:17
119:4 121:3
206:12
**placebo** 197:1
**placed** 139:3
**places** 164:10
**plaintiffs** 1:8
2:16 3:2 5:23
5:25 6:3,5,7
**plan** 32:5 38:12
43:17
**planning** 90:5
171:19 172:5
**play** 52:12,17
52:18 53:6
58:20 61:20,22

62:20,23 63:1
63:2,9 162:20
**played** 69:11
**playing** 54:13
63:11
**plays** 81:5
**please** 5:18
6:13 7:12
169:15 197:25
**pllc** 3:12
**plugging** 118:9
**plus** 141:18
**poe** 1:4,5,5,5
5:9
**point** 24:24
25:3,13,21
35:23 100:7,11
153:13,22
157:23,24
180:3 199:8
200:25 201:10
203:10
**points** 147:19
**politicized**
190:23
**pop** 21:18
**popularly**
170:20
**population**
20:11 29:25
124:15 131:12
**position** 11:16
11:19 18:11
131:10

**possess** 173:5
**possibilities**
162:14
**possibility**
102:7 103:14
103:21 104:14
104:25 108:2
114:20 124:25
125:6
**possible** 71:25
88:16 111:25
183:5 186:8
187:1,2
**possibly** 17:18
156:22
**post** 3:16 27:3
28:4,4 35:22
**poster** 13:14,19
13:20,23
**potential** 16:24
160:23
**potentially**
51:24 101:18
102:9 111:8,11
111:22 147:22
152:15 185:11
185:13,17
202:8
**practice** 4:17
22:16 106:6
112:7 127:2
185:5
**practices**
130:15

**pre** 37:6 39:5
79:10
**precocious**
151:20,22
152:8 173:11
**predominately**
53:20,21
**prefer** 71:20,23
160:18 161:7
181:15
**preferable**
145:21
**preference** 54:3
145:12
**preferred**
58:22
**pregnant**
164:25
**prep** 203:13
**preparation**
9:25
**prepare** 8:16
9:9,17
**preparing** 9:15
**prepubertal**
27:5 28:3 30:8
39:2 55:7
96:22 113:21
**prepuberty**
27:1
**preschool** 36:7
**presence** 127:3
147:24
**present** 3:24
34:25 75:10

**[present - providers]**

87:10 92:17
119:6 125:21
162:8
**presentations**
117:11
**presented**
76:22 114:17
141:18 161:17
**presenting** 35:8
88:23 89:1
**presents**
123:13
**preservation**
162:25 163:7,8
163:18,22,24
164:10,11
165:15 166:22
166:23 167:1
167:20,23
**pretty** 21:6,17
29:7 32:24
71:18 84:4
180:15 189:3
**prevent** 150:15
158:9,16
159:11,12,13
160:3
**preventing**
159:15
**previous**
143:24 148:13
175:12
**previously**
75:16 157:6
195:5

**primary**
107:15
**principle** 160:6
**principles**
135:14 136:19
138:21
**prior** 9:14
35:10 81:18
82:1 85:2
89:10 101:5
103:4 104:17
107:14 117:12
117:17 121:5
145:16 190:1
191:14 200:18
201:5,14 206:8
**probably** 24:11
47:11 78:24
79:23 149:11
149:12 183:11
**probing** 84:21
114:15
**problem**
203:18
**problems** 13:25
116:1 118:12
**procedure**
156:8,11 160:2
160:19 161:7
165:12
**procedures**
127:1,18
159:14 160:17
161:2,5

**proceed** 173:18
**proceeding**
7:17 117:4
**proceeds**
164:18
**process** 17:23
31:13 37:1
84:20 114:13
115:2,7 125:11
132:12 155:23
165:19 173:21
181:5 183:5
186:10
**profession**
78:13 80:3
**professional**
11:21 27:6
36:17 127:12
127:14 129:2
130:10,11
**professionals**
25:9 127:16
**program** 12:5
18:16
**programs**
18:14
**progressed**
25:22
**prolonged**
166:14
**pronounce**
40:17
**pronouns** 33:2
92:20

**proper** 32:21
**properly**
165:12
**proportionately**
189:19
**proposed** 8:25
**proposition**
95:4 176:1
**propounded**
205:11
**pros** 160:22
163:1
**prosecuting**
1:12
**prosecutor's**
3:20
**protecting**
102:10
**prove** 142:14
**provide** 8:2
17:16 19:3
32:9 111:4,5
117:22 150:17
155:17,19
157:5 163:3
172:19 173:6
173:16 174:1
**provided** 155:4
**provider** 24:5
24:10 30:24
32:20 57:12
127:3,19 128:3
181:23 182:24
**providers**
25:25 31:17,22

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[providers - questions]**

128:6 187:20
**providing**
18:18 19:5
23:19 31:21
35:23 36:19
114:24 118:8
**psychiatric**
124:8
**psychiatry**
15:13,20,22,25
**psychoeducat...**
44:19
**psychoeducat...**
116:25
**psychological**
4:16,18,21
12:2 14:13
34:9 48:23
129:11 130:23
168:12,15
**psychologist**
11:17 15:17,23
18:12 30:24
78:3,7,22,24
79:14,17,20
81:9 136:2
182:22
**psychology**
10:5 12:3,6
13:21,22 75:20
79:11 182:20
**psychopathol...**
115:20,23
116:2 117:11

**psychosocial**
111:16 116:21
**psychotherapy**
19:10 45:1,21
45:24 46:22
47:5,14,18
48:4,8,12
84:10 114:5
135:18 146:19
**psychotropic**
124:7
**pubertal**   27:2,3
28:4,4,5 30:10
35:22,22 147:4
147:8 148:1
149:8 151:10
152:15,18
184:17
**pubertally**
151:25
**puberty**   27:13
30:2 36:12
72:13 147:24
148:5,15 149:2
149:18 150:14
151:1,6,7,9,15
151:18,20,22
152:6,7,8,9,19
156:20 157:12
157:18 158:16
158:19 159:1
159:11 164:17
164:24 165:4,6
179:2 180:11
181:6 185:6

**public**   2:9
205:24 206:6
206:24
**publication**
130:7 133:1,13
203:5
**publications**
9:24 13:7
131:17,25
139:20
**publish**   14:6
**published**   16:6
16:7 129:15,18
131:23 132:13
153:3 168:22
**pulled**   98:11
**pulling**   134:6
**purple**   53:20
53:25
**purpose**   107:2
188:25
**purposes**
186:22 200:15
**pursue**   167:23
185:5
**put**   44:5 119:1

**q**

**qualified**
127:12,14,15
144:4
**qualify**   164:7
200:5
**quality**   132:12
145:19

**quarter**   105:18
**question**   6:25
7:12,15,15,25
8:2 9:16 14:3
30:9 34:14
50:9 51:20,22
53:4 57:18
62:4 63:25
71:6 73:6
77:11 81:22
82:10,12 88:1
99:10 104:13
106:13 108:1,7
108:11,14,18
109:1,11 114:4
117:8 122:10
123:6 142:3
147:1 148:13
153:2 157:7
161:1,4 165:18
169:3 171:3
177:4 180:6
182:18,19
183:17 184:1
186:23 199:25
**questioning**
22:10
**questions**   7:11
8:6 38:9 42:6
61:4 84:21
107:23 114:14
137:19,24
163:2 168:25
169:11 202:7,9
204:3 205:11

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[questions - raúl]**

| | | | |
|---|---|---|---|
| 205:12 | 60:1,13,21 | 132:14,22,25 | 195:4 196:1,8 |
| **quick** 51:11 | 61:16,25 62:9 | 133:7,11,19 | 199:16 200:2 |
| 90:2 194:19 | 64:9,21 65:21 | 134:5,8 135:4 | 200:14,23 |
| **quickly** 7:9 | 66:15,21 67:19 | 136:1,22 | 201:8,17 |
| **quite** 20:21 | 71:2 72:18 | 137:23 139:7 | 202:23 203:4,8 |
| 33:22 | 73:21 74:5,11 | 140:18 142:3 | 203:18 204:4 |
| **quiz** 121:17 | 74:16,24 75:12 | 143:10 144:7 | **random** 126:8 |
| **quotation** | 76:8,13,24 | 145:5,10,24 | 140:7 |
| 174:23 | 79:12,25 80:9 | 146:5,25 | **randomized** |
| **quote** 190:23 | 80:22 81:14,20 | 148:13,25 | 139:24 140:12 |
| **r** | 82:4,18 84:9 | 149:14,22 | 142:14 |
| **r** 5:1 | 85:7,17 86:13 | 150:2,10 | **randomly** |
| **race** 95:18,19 | 87:7,17 88:1 | 151:16 153:4 | 140:4,6 |
| 95:23 | 88:13,25 89:16 | 153:11,23 | **range** 67:5 |
| **racial** 81:10 | 89:24 90:3,8 | 156:13,18 | 71:25 89:11,14 |
| 95:20 | 90:20 92:23 | 160:25 161:12 | 89:15 |
| **ramer** 3:12 4:5 | 93:10 94:9 | 165:3,11,17 | **rare** 201:25 |
| 5:20,20 6:21 | 95:15 97:15,20 | 166:5,12 167:2 | **rarely** 120:2 |
| 6:22 10:8 11:5 | 98:11,14 100:2 | 167:22 168:3,6 | **rate** 193:13 |
| 12:16,23 16:9 | 100:25 101:8 | 168:8 169:8,10 | **rates** 29:3,9 |
| 16:14,17 17:10 | 101:19 102:6 | 172:17 173:4 | 108:15 109:3,7 |
| 17:11 22:11 | 102:24 103:10 | 173:22 176:1 | 177:14,15 |
| 24:13 26:5,13 | 103:20 104:12 | 176:12,20 | 178:6 189:16 |
| 26:17 27:4 | 104:23 105:13 | 177:15,22 | 194:1,9 |
| 28:1,14 29:15 | 105:17 106:3 | 178:14,19 | **rather** 7:19 |
| 34:10 41:14,20 | 106:12,20 | 179:12 182:17 | 30:18 65:20,25 |
| 42:17 43:4 | 107:1,19 | 183:10,14,16 | 66:2 86:19 |
| 44:8 46:3 | 108:10,16,24 | 183:19 184:1 | 94:14 96:18 |
| 47:14 48:14 | 111:25 112:25 | 185:10 186:3 | 119:4 139:18 |
| 49:13,17,20 | 113:20 119:10 | 186:17 187:8 | **ratio** 124:21 |
| 50:5 51:20 | 120:25 121:13 | 188:19 189:7 | 194:10,13,15 |
| 52:9 53:15 | 122:3,5,9 | 189:20 190:9 | **rational** 170:13 |
| 54:22 55:3,24 | 123:1,6 124:24 | 190:15 191:18 | 171:7 |
| 56:9 57:4,24 | 125:5,17 130:8 | 192:9 194:12 | **raúl** 1:10 |
| 59:5,12,13 | 130:22 131:19 | 194:17,21 | |

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com    208-343-4004

**[rcunningham - refer]**

rcunningham
  3:5
rdr   1:25 206:24
reach   23:25
  120:13 132:9
  173:1
reached   16:24
  117:25 183:4
react   70:12,17
reaction   70:2
  169:4
reactions   65:6
  66:11,13,16
  68:24 69:4,5
read   8:18 43:13
  43:13,20 63:4
  73:5,6,11
  82:24,24 83:2
  94:18,18,21
  98:17,22,22
  99:4,18 100:12
  115:16 117:6,7
  117:14 126:24
  126:24 127:6
  128:24,24
  129:7 132:11
  133:1,8,13
  134:17,19
  135:5 136:2,5
  137:3,8,9,16
  140:22,23
  141:2 150:13
  150:13,20
  158:4,5,13
  161:14,14,20

169:11 170:3,4
  170:5,21 171:2
  171:12,13,24
  172:18 175:13
  175:14,19
  184:14,14,20
  197:24 202:24
  203:4 205:9
readily   139:13
reading   55:11
  134:21 135:2
  137:11 168:18
  202:13,17
ready   23:23
  24:1 30:10
  122:25
real   51:11 90:2
really   35:23
  41:15 45:21
  59:7 66:10
  69:20 77:23
  110:23 113:25
  135:13 165:23
  187:15
reason   28:22
  60:10 82:5
  142:4 143:22
  182:11 191:5
reasons   62:12
  62:13
recall   107:21
  137:11 146:13
  146:17,22
  179:24 180:8
  180:13 187:23

202:13,17
recede   154:13
receive   11:2
  30:2 72:13
  98:3 106:5,16
  149:7 152:7
  179:8
received   11:13
  11:22 12:1,18
  13:13 16:12
  98:2 123:25
  132:22 138:25
  180:10
receiving   11:24
  20:4,15,17
  35:20 49:5,7
  146:23 160:4
  179:15
recent   19:21
  101:2 131:17
recently   28:11
  100:23
recommend
  34:15,18 152:3
recommendat...
  127:11 136:9
  165:25
recommended
  35:5 136:17
recommending
  35:24,25
record   5:4,7,19
  49:25 50:4
  51:13 90:15,19
  105:23 106:2

150:5,9 178:20
  194:24 195:3
  202:11 203:13
  203:22 204:1
  204:11 206:15
recorded   5:15
recording   5:4
  50:3 90:18
  106:1 146:19
  150:8 195:1
  203:25
recruiting
  100:5
recruitment
  100:4
red   53:21 64:15
reduce   107:16
reduced   206:13
reducing   34:8
  107:2,6,9
reduction
  107:10
reductions
  48:24
reed   3:21
reevaluate
  118:16
refer   38:10
  43:22 44:11
  109:16 116:5
  116:18 117:5
  154:22 174:6
  179:19 190:17
  196:10 197:18

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

Christine Brady, Ph.D. August 31, 2023

**[referenced - representing]**

referenced
129:4
referencing
40:23
referrals  21:6
118:8 163:3
referred  37:5
38:23 116:16
119:13 181:8
referring  21:2
23:3 26:21,25
29:21 43:10
52:23 63:23
64:3,9,10
66:15 67:3
68:25 73:22
94:23 116:22
117:23 128:17
129:9 154:4
157:3 192:10
198:1
refers  39:9 63:8
63:15 64:2
65:5 66:23
86:22
regard  171:22
regarding
37:25 84:19
145:25 147:3,7
147:12 155:19
155:21 162:11
203:6
regardless
64:13 182:6

regards  25:11
85:14 189:4
regimen  165:4
regret  178:10
178:15,22,23
179:2,5,15
180:19 181:24
182:25 185:1,7
185:9,21 186:1
186:9,14,15,19
186:23 188:9
189:1,9 190:8
191:21 192:2,5
regretted
180:21 181:21
182:21
regularly  21:17
21:21
regulation
122:21 171:20
172:6
rejecting  52:7
56:7 57:8
58:14,21 62:11
62:14,17
rejection  51:6
51:23 52:3
53:1,2 54:10
56:18 58:7
relate  171:17
related  14:10
78:12 108:25
111:21 112:3
112:10,14
113:1,4,15,18

113:19 114:10
114:16 131:15
136:20 172:3
relating  137:6
relationship
14:22 104:20
108:21,23
147:12
relationships
144:6
relatively  28:11
relevance  79:3
79:22 80:6
relevant  8:19
37:22 62:16,19
80:13 101:12
103:1 131:5
reliable  101:1,9
101:11 132:3
140:12 145:14
reliably  171:21
rely  27:7 57:20
69:22
relying  144:11
remained  20:21
21:4
remember
29:11 40:13
180:12 188:6
remembered
2:3
remembering
90:1,23
remote  1:19 2:1
2:3 5:7

remotely  2:15
3:1 5:14
removal  164:11
remove  158:10
repeat  125:4
147:6 148:11
155:23
rephrase  75:13
87:3,13 97:16
193:14 201:19
replication
105:10,13
report  8:19
9:15,21,22,24
39:24 69:21,22
70:4 146:6
reported  1:25
5:16 99:20,22
100:9
reporter  6:13
7:18,23 98:3
206:5
reporter's
206:1
reporting  2:6
3:25 5:16
reports  194:14
represent
123:2 168:17
representation
143:24
representations
144:6
representing
6:24

Page 42

**[request - right]**

request 8:5
requested
204:15
require 69:17
156:1,14
required 12:10
136:13
requirement
42:10 96:23
127:8
requires 41:23
157:24
research 8:19
9:9,13,18 14:7
14:10 34:7
44:7,9 108:7
108:11,13,17
129:4,23 130:4
130:7 131:5,20
132:6 133:1,13
138:25 140:3
141:14,16,20
141:21 143:6
151:14,16,19
170:7 175:11
177:13 188:12
188:22 195:23
researchers
190:4
researching
148:5,14
reservations
182:23
reserved
120:12

residing 205:24
resolution 4:19
168:19
resourced
31:20
resources
30:15 32:10
118:9
respect 23:11
42:9 47:5 95:1
101:22,25
102:2 103:10
108:16 113:6
116:20 140:11
163:25 164:1
184:10,13
188:9 195:20
196:3 202:11
202:16
respond 7:19
65:24 66:1
70:7,10,15,19
responded 38:9
response
114:14
responses
65:15,19,22
restart 101:23
172:11
restrictive
102:15
restructuring
122:22
results 137:15
146:19

resume 151:7
resumes 151:9
retransition
105:4 180:23
181:9,15 183:9
186:11
retrieval
163:21,23
167:3
return 181:23
199:18
returning
182:24
reverse 57:7
190:18 191:4
reversed
157:15,19,22
reversible
150:19,22,25
151:2 152:19
154:4
revert 154:13
review 9:23
133:20 137:1,3
137:6,13,15,17
137:20 144:14
202:17,22,24
reviewed 8:21
9:8,18,20 14:6
14:9 131:5
132:11
reviews 133:24
136:24 137:10
137:10,24
145:25 202:13

revisiting 44:5
ridan 6:6
rifkind 3:2 6:7
right 5:3 7:5
9:9 12:8,20
14:13 15:14
16:3 18:8,21
20:8 21:4 22:6
25:19 26:6
29:17 33:13
35:17 38:13
39:2,6 40:6,10
41:16,25 42:19
46:7 48:9 50:2
51:20,25 52:20
59:12 60:16
64:16 65:3
66:17 73:1
80:23 81:16,24
83:20 87:4
89:16 90:17,23
94:5,24 100:12
101:3 105:25
108:18 111:7,9
117:14 122:5
124:9 129:21
131:6 134:6,14
136:23 139:10
141:24 142:23
149:19 150:7
153:13,24
158:1 160:19
161:8 169:14
169:16,22
171:11 174:2

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[right - see]**

177:2 179:22
180:4 181:18
183:16 184:23
194:13,22
200:16 202:25
203:24
**rights** 102:12
**rigidity** 114:1
**rigorous**
100:21 140:17
**rise** 192:21
193:2
**risk** 160:24
162:1 172:20
**risks** 155:13,19
160:2,13,22
173:7
**robust** 134:2
142:18 145:20
**role** 19:5 31:12
31:18 81:4
**roles** 63:9
**roman** 13:10
15:10
**room** 3:21 8:11
**rotate** 15:25
**rough** 52:12
53:6 62:20
63:2
**roughly** 107:21
**rule** 114:22
**rules** 7:9
113:23
**run** 106:11

**running** 18:14
110:24
**runs** 109:13
**rural** 33:23

**s**

**s** 2:21 4:8 5:1
**sadness** 65:24
66:2
**safe** 34:1 84:16
84:17 182:16
**sample** 163:10
163:12,16
**samples** 143:17
**satisfied** 69:9
70:21
**satisfy** 199:8
**saw** 20:22
**saying** 22:1
26:1 40:2
50:24 56:14,21
57:14 61:21
66:1 69:5,7,22
83:19 84:24
89:18 92:1
95:2 99:17,21
107:8 142:20
149:16 158:15
170:3 176:21
185:24 193:23
196:11,25
**says** 13:13
22:15 43:14
55:11 57:11
67:6 73:8
82:25 93:2

94:19 98:24
100:8 104:19
117:9 125:22
127:1 133:10
135:19 145:9
150:14 161:16
168:18,22
170:6 171:15
175:15 184:16
**scenario** 63:13
63:14 162:15
162:16,17
**scenarios**
165:24
**schedule** 29:7
**scholar** 131:24
**scholarly** 139:1
**school** 11:2
33:3,25 36:2,6
139:15
**sciences** 12:2
**scientific**
100:22 102:20
108:17 129:3
130:4 142:17
169:4
**scientist** 105:9
139:5
**scope** 148:2
**scouts** 61:15
**screening**
116:21
**scrolling** 99:13
**seal** 206:18

**seattle** 12:11
**second** 94:17
95:1 126:23
131:2 134:14
135:8 146:10
147:21,23
150:12 169:7
169:13,17,18
169:19,25
170:1 179:19
184:4 196:14
196:15 197:17
**secondary**
107:5,17 157:4
157:8,25
158:11 159:20
**section** 157:10
**see** 12:21 13:10
13:15 15:11
16:10 17:16
20:23 21:15,16
22:15 25:18
29:4 32:18
33:9 39:10
41:5,18,20
44:13 52:3
59:20,25 65:8
67:1 76:8,14
76:19 86:25
87:13,23 89:3
91:16 97:22
109:21 115:12
116:6 118:15
120:20 127:21
133:5 143:7

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com 208-343-4004

[see - shorthand]

144:24 154:24
157:23 168:4
168:11,22
171:3 174:8,24
184:6 189:20
190:20,24
195:9 197:19
**seeing** 21:21
25:5,14 29:6
29:12 37:3
143:9
**seek** 159:2
**seeking** 25:9,10
30:4,12,19,21
**seem** 46:20
58:24
**seems** 59:5
89:18 160:4
189:12
**seen** 21:19
35:13 57:1
58:7 69:13
104:21,21
105:3 108:8,22
141:15 143:4
158:6 168:9
189:16 191:5
**sees** 55:22
57:21
**self** 69:22 73:15
77:15,17 78:12
80:8 99:20,22
121:10 123:15
123:20 171:18
172:4 193:11

193:19
**semi** 38:6
114:13
**send** 12:16
97:21,22
163:16 183:10
**sending** 16:9
**sense** 8:8 48:1
73:9,16,21
74:6,12,17
77:10,20,21
78:2,6,8,11
80:10,10,16,19
81:15,21,22
89:13 91:14
95:21 113:5
121:9 123:16
**senses** 77:12,16
**sent** 16:23
183:11
**sentence** 22:13
39:8 43:12
73:5 77:9
82:19,20,23
84:23 93:1,5,7
94:17 95:1
98:22 115:10
115:17 116:16
116:17 117:7
126:24 127:17
128:23 130:9
131:2 135:8
140:22 150:12
157:3 158:5
161:14 174:5

174:21,22
175:13 176:2
176:23 179:19
184:13,22
190:17 195:8
196:17,19
197:17,24
**sentences**
134:20 196:10
196:12,16
197:14
**separate** 59:25
91:12 112:15
202:24
**series** 118:23
**serious** 156:14
**serve** 19:11
**served** 17:1
19:22,24
**serves** 19:19
131:14
**services** 19:3,6
19:8 23:16,24
31:22
**sessions** 155:18
**set** 32:25 80:8
113:23 121:7
122:20
**sets** 78:14
**setting** 127:2
128:3 139:14
151:8
**several** 18:13
33:23 152:25
166:24

**severe** 155:5
**severity** 111:3
**sex** 29:8 65:20
67:13,15 69:6
71:10 72:14
83:13,15,18
89:5 147:24
154:5,8 156:20
156:25 157:4,8
157:25 158:8
158:11 159:20
159:20 164:18
164:23 165:5
166:15 175:16
175:18 176:16
177:10,20
178:3 179:5,21
181:19 186:5
194:10,15
200:10,22
**sexes** 63:2
**sexually** 166:6
**shaking** 7:19
**share** 34:21
142:10
**sheridan** 3:3
**shifting** 91:6
**shifts** 182:6
**shirt** 63:22
64:12
**short** 49:15
186:6
**shorthand**
86:17 119:14
206:5,12

## [shortly - sohl]

| | | | |
|---|---|---|---|
| shortly  12:20 | simple  159:8 | slightly  108:25 | 16:13,15 17:6 |
| show  48:22 | simplified  86:4 | small  148:22 | 22:7 24:8 26:2 |
| 141:20 143:6 | 91:3 | 202:1 | 26:10,14,23 |
| 152:24 199:23 | simply  53:4 | soc  117:19 | 27:23 28:8 |
| showing  142:19 | 93:13 | 127:8,11 | 29:10 33:17 |
| shown  54:2 | simultaneously | 129:13 137:12 | 41:10,17 42:11 |
| 141:8 | 111:18 | 137:20 165:7 | 42:24 44:2 |
| shows  34:7 | sincerely  40:18 | 165:23 173:15 | 46:1 47:7 |
| 49:7 141:14,16 | sit  137:5 | 202:21 | 48:10 49:9,16 |
| side  54:8 67:12 | 146:25 187:23 | soccer  61:16 | 49:19 51:9 |
| 67:12,14 | situation  70:5 | 62:4,14 | 52:1 53:8 |
| 155:13,20 | 75:15 80:15 | social  4:14 | 54:16,25 55:16 |
| 156:9,14 162:6 | 118:7 165:1 | 10:15 32:10,22 | 56:2,19 57:15 |
| 181:2,4 | situations | 32:24 33:16 | 59:2,10,15 |
| signature | 34:19 36:4 | 34:8,11,24 | 60:6,17 61:10 |
| 204:15 206:20 | 62:10 65:16 | 36:22 44:22 | 61:17 62:6 |
| significance | 70:15 117:17 | 104:1,25 | 64:5,17 65:12 |
| 25:2 53:24 | 161:2 162:21 | 107:24 | 66:8,18 67:16 |
| significant  45:2 | six  19:20 20:1 | socially  30:18 | 70:22 72:16 |
| 157:20 170:9 | 20:24 21:7 | 34:13,18 35:6 | 73:18,24 74:8 |
| 170:23 188:10 | 41:24 42:1,2,3 | 35:8,13 100:6 | 74:14,21 75:6 |
| significantly | 42:3,9 43:24 | 103:12,15,21 | 75:18 76:11,21 |
| 81:23 193:17 | 43:25 44:8 | 104:3,6,7,14 | 79:2,21 80:6 |
| similar  8:25 | 51:16 58:3 | 105:4 181:2 | 80:17 81:2,17 |
| 113:22 155:3 | 96:23 118:14 | societal  74:25 | 81:25 82:14 |
| similarities | 125:22 126:6 | 75:3 76:9,19 | 84:3 85:1,9 |
| 120:24 | 167:9 179:19 | 79:16 | 86:10 87:5,11 |
| similarity | 180:2,13,15 | society  13:21 | 87:22 88:11,19 |
| 120:20 | 183:3,6 199:20 | 54:20 127:9 | 89:9,22 90:2,4 |
| similarly | 199:24 200:11 | 129:13,14,25 | 90:11 92:16 |
| 112:16 137:18 | 200:25 201:10 | 137:18,25 | 93:6 94:6 |
| 145:19 157:17 | skill  78:13 | 202:12 | 95:11 97:11 |
| simmons  1:25 | skills  45:22 | sohl  2:16,19 | 98:1,4,10,12 |
| 2:7 5:16 206:5 | 122:21 | 5:22,22 10:3 | 99:24 100:18 |
| 206:21 | | 10:25 12:18 | 101:4,17 102:4 |

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

**[sohl - spectrum]**

| | | | |
|---|---|---|---|
| 102:17 103:3 | 177:11,17 | 21:25 42:4 | 198:12 |
| 103:17,24 | 178:12,17 | 45:4 49:3 51:5 | **sorts** 91:18 |
| 104:16 105:8 | 179:10 181:25 | 51:11 55:24 | **sought** 191:22 |
| 105:20 106:8 | 183:1,13,15,24 | 59:11 63:24 | **sounding** 84:21 |
| 106:18,24 | 185:2,22 | 69:2 72:24 | **sounds** 49:16 |
| 107:13 108:5 | 186:12,25 | 75:1 82:2 | 90:11 105:20 |
| 108:12,19 | 188:11 189:2 | 92:23 97:16 | **speak** 9:5 18:3 |
| 111:12 112:22 | 189:10,25 | 99:12 100:7 | 106:9 203:17 |
| 113:17 118:21 | 190:12 191:13 | 105:15 109:17 | **speaking** 25:8 |
| 120:23 121:4 | 192:7 194:7,20 | 128:16 134:11 | 121:18 |
| 122:1,24 | 195:21 196:5 | 138:11 144:8 | **speaks** 184:22 |
| 124:20 125:3,9 | 199:10,25 | 160:9 169:16 | **specialists** |
| 130:5,18 131:9 | 200:3,17 201:4 | 170:1 174:21 | 163:4 |
| 132:4,24 133:4 | 201:13 202:19 | 179:18 181:17 | **specialization** |
| 133:9,16 134:4 | 203:2,15,19 | 186:22 190:16 | 10:6 |
| 135:1,21 | 204:2 | 193:1 196:13 | **specific** 20:13 |
| 136:15 137:21 | **somebody** | **sort** 15:3,4 | 42:6 74:1,2 |
| 138:23 140:14 | 33:16 51:18 | 21:17 22:9 | 122:22 137:6 |
| 141:25 143:2 | 59:18 70:2 | 23:14 24:1,20 | 165:24 186:23 |
| 144:3 145:2,7 | 86:17 93:11 | 24:23 25:5 | 194:1 |
| 145:15 146:3 | 110:6 117:1 | 29:1 35:3 | **specifically** |
| 146:20 148:10 | 118:18 166:2 | 37:20 39:20 | 30:19,21 37:23 |
| 148:19 149:9 | 185:19,25 | 42:15 45:9 | 47:9 48:22 |
| 149:25 151:12 | 186:4 187:4 | 46:16 52:3 | 50:7 52:22 |
| 152:20 153:7 | **somebody's** | 57:19 62:21 | 61:22 108:8 |
| 153:14 156:4 | 77:22 | 68:3,5,10,21 | 109:14 137:22 |
| 156:16 160:20 | **someone's** | 80:20 84:19 | 139:18 142:12 |
| 161:9 164:20 | 69:22 82:11 | 86:5 96:5 | 150:12 153:2 |
| 165:8,13,21 | 83:8 85:5,8 | 99:20 110:19 | 177:4 178:6 |
| 166:8,17 | 86:23 110:4,4 | 114:1,13,15,19 | 193:6 195:6 |
| 167:17,25 | 125:13 128:18 | 114:24 118:14 | **specify** 26:11 |
| 168:5 169:6 | 199:22 | 118:25 120:11 | **spectrum** 85:13 |
| 172:14,22 | **somewhat** 76:7 | 153:13 155:3 | 85:20,22 86:3 |
| 173:8 175:24 | **sorry** 9:14 | 155:22 162:9 | 87:24 89:8,12 |
| 176:5,17 | 13:21 16:14 | 162:13,20 | 89:15 91:3,5,8 |

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com    208-343-4004

**[spectrum - structured]**

92:9 113:7,10
113:15 116:9
126:18
**speculation**
88:20 182:1
183:2 185:23
186:13 189:11
**spend**   31:25
81:3 162:5
**sperm**   154:15
163:8,12,25
167:4
**split**   28:12,17
28:21
**sports**   50:17,20
51:7,23 53:1,5
61:14
**stability**   42:16
42:18 170:19
**stable**   20:21
21:2,4,6 91:20
125:13,18
126:13,15
**stage**   27:4,11
27:12,15,19
30:6,7 35:6
39:5,7 149:17
164:17 166:7
**stages**   26:22
**staging**   27:9
**stand**   47:21,23
49:12 51:17
100:20
**standard**   189:4

**standards**
130:17,24
134:16,24
135:11,12,16
136:12
**standing**   51:21
**stanford**   11:18
18:20 163:20
164:6,8
**start**   34:11
76:16 95:16
133:11 144:9
154:10 169:25
170:1 184:16
198:14
**started**   23:9
29:1 114:4
151:23
**starting**   18:16
167:20
**starts**   196:17
**state**   1:11 2:9
5:18 59:4
131:2 205:2
206:2,6
**stated**   129:1
**statement**
22:19 136:6
**statements**
169:3,5 172:10
172:12,17
**states**   1:1 5:11
15:4 23:18
100:24 101:3,9
101:13,15,21

101:25 102:22
102:23 103:2,8
103:9 145:13
145:21 184:11
200:20
**static**   195:11
195:13 196:3
**statistical**   99:1
141:7,17
142:13,24,25
**statistically**
142:19 143:7
189:15
**statistics**   139:1
178:10
**status**   9:2,4
**stay**   23:22 24:6
198:7,15
**stays**   185:25
**steps**   33:9 34:2
**stereotypes**
50:25 66:7
**stereotypical**
52:14 58:13
66:16
**stereotypically**
50:14 53:22
57:1 65:23
66:4
**stick**   195:5
**stipulations**
5:19
**stone**   2:21 6:2
**stop**   85:16
151:6 175:5,6

182:11 192:14
**stopped**   164:24
165:16 166:22
185:6
**stopping**
177:25
**stops**   154:12
172:9
**store**   53:12,16
53:19
**straight**   90:5
**street**   2:17,22
3:7,21
**strength**   104:2
**strengthening**
104:4
**strengths**   78:15
79:10
**stressful**   70:6
170:16
**strong**   40:23
51:6,23 52:25
56:18 58:7
59:7 66:12
123:16,21
**stronger**
100:21 103:7
**strongly**   74:6
74:13 78:3
81:6,12 82:16
**structure**   76:1
76:4 114:13
170:8
**structured**   38:6
82:20

[struggles - sure]

struggles
152:24
struggling
32:12 45:16
199:21
student 13:23
students
139:16,18
studies 18:1
48:19 49:1,10
62:25 63:4
74:18 105:10
105:13 134:1
139:21 140:24
141:5 142:18
143:14,17,25
145:6,10,13,14
145:18,20,22
152:4,25 178:5
184:16 185:15
188:5 189:5
192:13
study 49:6
96:12,18,20
97:1,5 98:24
99:6,8,15,22
101:8,10
102:24 103:11
103:12 104:1
104:19,24
105:2,6 108:25
109:2,6 139:8
140:11,13,17
148:4,14 175:4
184:5,8 187:25

188:9,16,20
189:1 190:10
192:24
style 33:6
sub 15:3
subcategory
68:11
subclinical
43:2,5 44:24
47:9
subgroup 15:4
148:21 149:1
177:13
subjective
57:19
submitted 13:6
13:20 16:19
submitting
17:15
subparagraph
50:8 52:20,23
57:6 59:1
109:15
subpart 154:22
subscribe
131:14 132:10
subscribed
205:21
subscribers
132:15,19
subsection
109:15
subsequently
166:15

subset 25:5
202:1
substance
17:12 169:1
substantial
192:16
succeed 153:17
successful
167:1,3
suffering
110:21 153:12
sufficient 48:5
70:24 106:23
sugar 197:2
suggest 46:20
47:22
suggesting
40:21 180:4
suggests 151:17
suite 2:22
suited 79:11
summaries
137:9,11
summarization
202:21
summarize
96:7
summarized
143:24
supervised
15:23
supervising
15:25
support 18:18
30:15,16 32:9

32:11 35:24
36:20 43:18
44:11,21 45:6
45:22 118:10
138:9,13,14
182:5 183:4,8
supported
180:22,23
supporting
4:23 183:21
supportive
35:23 44:24
supports 38:16
suppressed
149:18
suppression
36:13 147:4,8
148:1 149:8
151:11 152:16
152:19 184:17
sure 7:9 11:24
14:24 15:7,21
24:9,12 31:19
32:24 40:19
49:4 57:17
73:19 74:15
76:12,13 92:24
96:5 105:12
123:13 124:2
130:14,21
132:20 134:22
138:12 144:4
165:9,10 166:9
176:18 180:10
180:12 182:9

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[sure - terms]**

188:17 196:13
**surgeon**   10:13
**surgeries**
158:10,17
159:16
**surgery**   117:20
156:25 157:19
157:24 158:3
158:22 159:2
160:4,12,13,15
179:11,15
186:6
**surgical**   190:19
192:6
**surprise**   28:21
188:19
**surprising**   29:5
**suspicion**   117:2
**suspicious**
187:6
**swear**   6:13
**sweden**   102:25
**switched**   142:5
**sworn**   6:16
205:5,21 206:9
**symptom**   43:16
43:22 110:9,11
**symptoms**   38:1
39:17 42:16
43:16,19 45:7
45:17,20,25
46:10,13,14,17
46:21,24,24
47:6 48:2,24
111:2 112:14

**systematic**
133:20,24
136:23,25
137:3,6,9,10,13
137:15,17,19
137:24 145:25
202:13,17,21
202:24
**systems**   170:11
171:5,17,23
172:3

**t**

**t**   4:2,8
**table**   94:15
**take**   7:3 8:4
33:1,12 34:1
41:14 49:17
53:3 88:8 90:6
90:8 105:19
111:14,19
121:3 122:5
149:23 157:21
169:15 178:4
182:14 183:11
186:3 194:18
194:20 203:16
**taken**   2:4 5:9
50:1 90:16
105:24 138:15
150:6 179:2,5
194:25 203:23
205:8 206:11
**takes**   25:6
198:25

**talk**   162:7,18
162:20 163:21
185:12 192:12
**talking**   26:6,25
27:1,2 40:10
43:23 47:8
91:2 102:22
103:8 116:19
156:12 177:7
177:25 195:17
198:20 199:19
**talks**   13:5
63:24
**tanner**   27:9,11
27:12,15,19
30:6,7 35:6
39:5,7 149:12
164:17 166:6
**target**   53:18
**task**   44:4
**tasks**   122:23
172:25
**taxonomy**
71:21
**teaching**   45:22
**team**   19:7 27:8
31:21 32:5,19
147:18 163:19
**teenagers**
78:17
**teens**   70:7
**telephone**   2:18
2:23 3:5,8,14
3:17,22

**tell**   6:16 93:1
169:10 180:21
187:14
**ten**   97:20
149:23 192:15
192:19 193:1
193:17 203:16
**tend**   71:23
**tends**   54:20
**tennessee**   8:22
8:23 9:1
**term**   22:21
26:20 47:19
68:13,14 71:9
71:16,20 72:2
72:3,25 84:12
84:15 91:1
119:11 133:20
133:23 138:2,6
139:8,11,23
140:1,19
142:13 151:14
151:17 152:5
153:13 155:14
174:11 181:15
**terminal**   12:4
**terminology**
26:18 36:16
178:1
**terms**   34:8
44:18 63:19
71:18,21 72:20
79:5 83:10
92:18 102:12
115:23 128:2

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[terms - think]**

| | | | |
|---|---|---|---|
| 154:15 156:6 | **thanks** 49:22 | **things** 24:21 | 84:5 85:3,18 |
| 162:25 193:9 | 169:9 | 29:1 31:17 | 85:22 86:3 |
| 194:9 200:19 | **theoretical** | 33:8 37:22 | 88:1,3,14,16,21 |
| **testicle** 164:10 | 138:21 147:11 | 50:13,17,19 | 89:23,24 92:1 |
| **testified** 6:17 | 147:14 161:1 | 51:15 52:11,13 | 95:8,17,23 |
| **testify** 206:9 | **theoretically** | 52:14 53:10 | 96:2 99:15 |
| **testimony** | 123:10 | 54:13 57:9,22 | 100:25 101:14 |
| 42:25 48:11 | **theories** 75:19 | 58:18 59:20,21 | 101:20,20,24 |
| 51:10 54:17 | **theory** 161:5 | 59:24,24 61:3 | 102:15,18,21 |
| 56:3,20 57:10 | **therapeutic** | 61:9 65:24 | 102:24 103:5,6 |
| 57:16 59:16 | 19:5,8 187:5 | 66:2 74:23 | 103:14,20 |
| 64:6,18 81:18 | **therapies** | 91:15,18 95:9 | 104:13 105:2,6 |
| 82:1 85:2 | 138:18,19 | 102:12 111:20 | 105:17 106:3 |
| 89:10 99:25 | 139:4 150:24 | 114:16 116:24 | 106:14,21,23 |
| 101:5 103:4 | 166:24 186:16 | 117:24 118:15 | 107:1,4 108:1 |
| 104:17 107:14 | 198:15,15 | 128:7 131:4,22 | 110:23 123:1 |
| 121:5 145:16 | **therapist** 24:22 | 131:23 132:11 | 124:22 126:22 |
| 190:1 191:14 | 25:11 32:15 | 136:20 139:19 | 129:19,20 |
| 200:18 201:5 | 84:19 120:4 | 147:13,18 | 135:12 136:8 |
| 201:14 | **therapy** 15:22 | 156:8 158:2 | 142:4,7 149:5 |
| **testing** 116:18 | 16:1 36:18,20 | 187:12 200:4 | 149:15,25 |
| 116:23 117:1,9 | 38:13 49:5,7 | 202:10 203:14 | 151:1,8,10 |
| **testosterone** | 84:13 115:4,6 | **think** 16:11 | 156:5,6 157:23 |
| 154:17 157:21 | 115:25 116:20 | 22:13 23:8 | 159:18 160:5 |
| 166:1,21 167:9 | 122:12,15,17 | 33:11 35:15 | 160:21 163:23 |
| 197:9,10 198:5 | 122:23 138:20 | 40:4,5,16,20,22 | 163:25 165:2 |
| 198:7,8,24 | 146:23 158:8 | 41:15 43:8,9 | 165:17,22 |
| 199:3 | 180:25 | 43:25 44:3 | 166:9,10 172:8 |
| **tests** 173:2 | **thereof** 205:10 | 46:5 47:1,4 | 173:22 176:7 |
| **text** 71:7 | **thing** 57:8 | 49:10 50:14 | 181:8,22 |
| **thank** 90:12 | 58:19 60:12 | 57:4 61:13 | 182:19,23 |
| 128:21 169:24 | 68:5 73:1 | 71:15 74:5,12 | 184:25 185:10 |
| 203:9,19 204:5 | 75:14 105:14 | 74:22 75:8,9 | 185:13 188:8 |
| 204:6 | 128:24 156:12 | 78:25 79:4,9 | 188:24 191:11 |
| | 174:19 201:9 | 79:12,16 80:18 | 191:15 192:4 |

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

[think - transition]

195:13,15,19
196:1,6,9,15
197:5,16
198:14 202:7
203:8
**thinking** 49:3
57:5 58:24
114:22
**third** 82:23
115:9 123:7,11
140:22 161:13
196:9,16,16
**thorough**
111:15 155:20
**thoroughly**
99:18
**thought** 9:17
52:25 82:4
107:24 114:25
155:25 176:21
**thoughtful**
119:3
**thoughts** 74:3
84:18 114:17
**thousand** 21:9
**three** 19:15
20:7,9,10 21:3
35:16 36:6
37:17 163:9
180:16,16
194:4
**thursday** 1:20
2:10
**tie** 63:22

**time** 2:11 5:5,6
11:19 21:19
23:23 24:23
31:25 37:1,3
40:12 43:3
49:14,23,24
50:3,3 76:2
81:3 83:12,14
83:25 90:13,14
90:18,18 104:5
105:18,22,22
106:1,1 109:5
121:11 125:21
130:7 147:19
148:12 150:3,4
150:8,8,18
153:5,22 162:5
169:15 174:13
194:23,23
195:2 199:2,6
203:20,21,25
203:25 204:5,9
204:10 206:12
**times** 55:18
62:13 201:21
**tissue** 154:11
154:12 158:20
159:1
**today** 9:6,9,14
9:25 17:17
68:15 90:21
106:22 137:5
145:12
**today's** 5:4

**together** 16:7
16:25 38:15
44:5 52:5 84:6
84:9 119:1
134:2
**took** 11:4,6
138:25 186:5
203:16
**top** 63:7 110:20
133:17 146:21
168:18 179:11
179:15 196:8
**topic** 137:4
148:11
**totality** 19:25
**touched** 188:3
**toward** 15:9
**towards** 34:2
52:17 53:11
54:9 91:22
**toy** 53:12 56:22
57:1 58:11,15
60:4,14 62:3,5
**toys** 50:10,16
51:1 53:17,23
54:9,10 57:11
57:13 58:8,10
58:21,23 61:9
61:13,14 62:11
**traditional**
163:11 198:18
**traditionally**
198:14
**trainees** 15:10

**training** 11:2,2
11:13 15:21,22
32:21 123:25
124:1 138:19
138:20,21,24
139:6
**traits** 120:18
170:18
**trans** 102:10
126:21
**transcribed**
7:18
**transcript** 7:24
206:14
**transfer** 23:16
23:24 24:2,5
153:9,22
**transferred**
187:16,17
**transgender**
4:17 14:10
22:6,17,20
26:13 51:18
71:8,9,12,16
72:2,6,9,13
182:4 192:23
193:4,12,19
**transition** 4:14
30:18 32:10,24
33:16 34:8,13
34:18,24 35:6
36:22 38:19,19
44:22 104:1,7
105:4 107:24
181:19 186:24

**[transition - unclouded]**

191:24
**transitioned**
35:9,13 100:6
103:12 104:4,7
186:7
**transitioning**
19:17 32:22
103:15,21
104:14,25
108:3
**translating**
189:18
**transmasculine**
29:14,20,22
200:7
**treat**   18:23
48:5 72:14
158:21,23
189:8
**treated**   21:9
119:16
**treating**   10:6
46:14,24 48:1
48:1
**treatment**   20:4
20:16,18 32:4
38:12 43:17
46:18,20 47:2
47:19,22,24
48:8,13,16
122:11 124:4
131:5 137:7
145:25 156:13
158:10 159:16
165:3 166:15

172:20 173:6
174:1 178:16
198:22 203:6
**treatments**
150:19 154:4
156:1 166:23
**trial**   139:24
140:12
**trials**   142:14
**tried**   12:16
16:9 164:25
**triggers**   147:22
**trucks**   50:17
52:14 58:18
61:9
**true**   57:23
60:13 69:18
95:5 104:22
176:14 177:8
205:14 206:14
**truly**   48:1
**truth**   6:16,17
6:17 206:10,10
206:10
**try**   92:25 97:21
113:13 131:16
182:3 196:18
**trying**   42:4
45:10,12 50:12
65:13 67:4
96:6 121:16,22
142:6 187:7
**tumble**   52:12
53:6 62:20
63:2

**turban**   16:2,3,5
197:15
**turn**   23:11 71:4
174:4 203:10
203:13
**turning**   96:1
174:20
**turns**   66:7
**two**   37:11 75:3
76:20 112:15
112:18 113:4
116:12 134:19
144:22 147:13
147:19 160:16
161:5 167:6,21
180:10,16
181:6 185:4
196:12,19
**type**   61:13,14
64:14 83:19
140:3,17
**types**   62:25
70:15 92:19
**typewriting**
206:13
**typical**   54:19
57:19 60:11
63:15,17 64:3
64:11 65:6,10
65:14,22 66:13
68:23 69:3
70:1
**typically**   19:14
19:16 24:10
25:14 26:24

27:9,12 37:5,8
37:10,17 39:14
39:18 40:7
42:15 44:18
50:9,20,23
51:2 52:23
53:2,7,12,17
54:1,6,14 55:7
55:12,14 56:15
57:1,11,13
58:7 59:20
60:4,14,23
61:5,8 62:3,5
62:21,24 68:10
88:12 91:6,12
117:23 118:8
120:3,17
123:13 132:5
139:12 175:4
187:12

**u**

**u.s.**   129:5
145:18
**ultimately**
118:17 119:8
184:18 192:5
**um**   21:24 22:2
**umbrella**   14:25
22:21 71:9,16
71:20 72:2,3
115:3
**unaware**
108:10
**unclouded**
110:5

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[uncommon - verbatim]**

**uncommon**
188:22
**under** 13:9
22:24 23:1
51:22 60:3,16
66:6 99:11,16
99:23 100:10
106:4 120:1
156:18,23
172:19 185:14
192:17 194:3
199:9 206:13
**understand**
7:12 15:19
26:8,15 33:19
38:21 39:23
45:11 51:4
56:13 61:25
71:1,15 84:7,7
92:24 111:20
117:10,16,21
118:1 123:8
126:2 135:7
139:10 140:1
149:15 150:18
155:11 160:5
163:23 165:9
196:24 199:21
203:12
**understanding**
4:23 7:8 31:14
32:1 46:5 81:4
82:3 84:15,16
85:12 93:4
94:10 99:19

114:25 126:2
129:24 133:22
135:9 136:3,6
138:5,8 147:10
156:10 175:1,2
175:8 183:20
195:24 198:16
**understands**
119:2
**understood**
7:14 87:13
176:18
**undertake**
154:16 155:13
**undertaking**
156:8
**underwent**
166:14
**undiagnosed**
117:2
**unethical**
136:21
**unfortunately**
191:9
**unhealthy**
121:22
**union** 2:16
**unique** 68:6
**united** 1:1 5:11
15:4 100:23
101:2,9,13,15
101:21,25
102:22,23
103:2,7,8
145:13,20

184:11
**universe**
144:18
**university**
11:19 12:1,5
12:12,13 13:24
**unstable** 42:23
**update** 130:1
**upper** 19:15
23:25 24:3
**upset** 70:11,20
**urologist** 10:17
**use** 26:20 37:23
37:24 39:4
47:14,19 55:3
57:24 68:1,1
68:13,14,16,20
68:21 71:20
72:2,22,23
91:1 92:25
93:9,22,24
115:19 136:18
139:17 158:7
158:15 174:11
174:19,22
176:22 181:10
**used** 9:21 46:3
68:1,2,8 71:18
72:21 90:21
93:19 96:19
146:14 175:4
175:10 181:14
191:8,12,16
192:1

**useful** 184:10
**using** 22:20
46:6 68:15,19
83:10 92:20
93:1 94:15
95:15 97:13,15
97:17 130:15
143:4
**uspath** 14:20
14:23 15:3
**usually** 98:2
147:17

**v**

**v** 1:9
**validation**
121:22
**value** 123:17
123:18
**values** 79:23
80:1,2,5,8
**variable** 132:19
147:22
**variables** 77:1
132:16,20
140:9 142:15
**varies** 156:6
**variety** 19:3
**various** 141:7
**vary** 127:1,18
**vast** 33:22
149:14,16
**verb** 142:4
**verbally** 7:19
**verbatim**
206:15

Page 54

**[verbiage - williams]**

verbiage   39:13
verification
    205:1
veritext   2:6
version   88:5
versus   50:18
    64:24 85:4
    91:14
viability   167:5
viable   167:5
video   2:6 5:17
    204:8
videoconfere...
    2:5 5:14
videographer
    3:24 5:3 6:12
    49:23 50:2
    90:13,17
    105:21,25
    150:3,7 194:22
    195:1 203:20
    203:24 204:7
videotaped
    1:19 2:1,3 5:8
    5:13,14
view   51:1 54:20
    72:25 87:2
    123:15 157:25
viewing   57:3
views   40:11
    64:23 169:1
virtual   128:10
visit   163:10
vitae   4:10

vocabulary
    71:22
voice   154:20
    157:13,14
    159:12
voluntarily
    83:1
voluntary
    83:20 85:4
vries   144:23
    145:1,4,6,14
vs   5:10

**w**

wa   206:23
wait   121:2
waiting   122:10
walk   11:21
    36:25 42:5
    96:3
walks   37:1
want   8:4 23:16
    34:4 42:6
    43:10 49:17
    52:2 53:14
    56:13 58:20
    61:21 68:9
    69:10,19,23
    70:13,13,14,19
    75:8 78:19
    92:23 102:23
    117:4 119:9
    149:23 156:6
    158:21 159:24
    160:10,15,23
    162:15,16,18

    169:11 182:11
    186:10 194:18
    196:21 198:4,7
    198:24 202:10
wanted   78:23
    79:6,24 183:4
    183:7
wanting   30:17
    52:17,18 80:2
    155:12 167:19
wants   63:12,13
warning   97:24
washington   2:8
    2:22 3:13
    12:12
way   59:6,17
    64:7 69:8,15
    70:8,12,14
    76:23 77:24
    81:12 86:4,19
    87:18 88:2,9
    88:23 89:2
    93:11,21
    158:22 170:15
    171:9 178:13
    187:22
ways   30:17
    68:2 79:5 86:1
    88:4 93:19
    120:24 121:22
    135:11 162:19
    175:3 189:15
    198:18
we've   20:1
    23:14 37:20

    49:13,18 90:4
    149:22 194:17
weakening
    104:4
weaknesses
    78:15
wealth   37:4
    145:22
wear   63:19,21
    64:4,10
wearing   92:18
wedding   63:21
week   21:6
    126:20 131:25
    200:24
weigh   160:21
weighing
    171:19 172:5
weiss   3:2 6:7
welcome
    182:12
welcoming
    182:4
went   11:25
    107:19 164:22
    165:15
west   3:7,21
wharton   3:3
    6:7
wide   89:14
widely   129:2,4
    130:10
williams
    192:24

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com   208-343-4004

**[wishes - yeah]**

| | | | |
|---|---|---|---|
| **wishes** 178:24 | 100:1,19 101:6 | 177:18 178:13 | 139:1 184:10 |
| **withdraw** | 101:18 102:5 | 178:18 179:11 | 191:6 |
| 70:13 | 102:18 103:5 | 182:2 183:3 | **worker** 10:15 |
| **witness** 6:13,16 | 103:18,25 | 185:3,24 | **working** 16:25 |
| 7:2 10:4 11:1 | 104:18 105:9 | 186:14 187:1 | 29:2 37:19 |
| 12:21 17:1 | 106:9,19,25 | 188:12 189:3 | 44:20 129:25 |
| 22:8 24:9 26:3 | 107:15 108:6 | 189:12 190:2 | 187:4 |
| 26:11,15,24 | 108:13,20 | 190:13 191:15 | **world** 136:9 |
| 27:24 28:9 | 111:13 112:23 | 192:8 194:8 | 139:9 187:13 |
| 29:11 33:18 | 113:18 118:22 | 195:22 196:6 | **worried** 125:14 |
| 41:11,18 42:13 | 120:24 121:6 | 199:11 200:4 | **worth** 37:18 |
| 43:1 44:3 46:2 | 122:2 124:21 | 200:19 201:6 | 123:15 126:11 |
| 47:8 48:12 | 125:4,10 130:6 | 201:16 202:20 | **wpath** 14:18,23 |
| 49:10,22 51:14 | 130:21 131:10 | 203:3 204:6 | 14:24 15:4 |
| 52:2 53:10 | 132:5 133:5,10 | 205:7 206:8,18 | 129:12 202:16 |
| 54:18 55:1,17 | 133:17 135:2 | **woefully** | **wrest** 3:6 6:4 |
| 56:4,21 57:17 | 135:23 136:16 | 190:23 | **wrest.coop** 3:9 |
| 59:4,17 60:8 | 137:22 138:24 | **women** 65:23 | **wrestling** 62:22 |
| 60:19 61:12,18 | 140:16 142:1 | **wonder** 188:14 | **write** 196:19 |
| 62:8 64:7,19 | 143:3 144:4 | **wondering** | **wrong** 57:4 |
| 65:13 66:9,20 | 145:3,8,17 | 87:23 | 58:24 59:14 |
| 67:17 70:23 | 146:4,21 | **word** 39:12 | 89:21 92:1 |
| 72:17 73:19,25 | 148:11,20 | 40:2,16 41:15 | 93:1 135:12 |
| 74:9,15,22 | 149:10 151:13 | 41:19 95:16 | **wrote** 135:25 |
| 75:7,19 76:12 | 152:22 153:8 | 128:16 142:7 | 197:14 |
| 76:22 79:4,23 | 153:16 156:5 | 142:10 174:22 | **wu** 2:21 6:2 |
| 80:7,18 81:3 | 156:17 160:21 | 175:1,2,9 | **x** |
| 81:19 82:2,15 | 161:11 164:21 | 176:22 181:10 | **x** 4:1,2,8 |
| 84:4 85:3,10 | 165:9,14,22 | **words** 70:18 | 198:25 |
| 86:11 87:6,12 | 166:9,18 | 132:1 153:11 | **y** |
| 87:23 88:12,21 | 167:18 168:1 | 174:16,19 | **y** 198:25 |
| 89:11,23 90:12 | 169:9 172:16 | 202:23 | **yeah** 9:20 20:2 |
| 92:17 93:7 | 172:23 173:9 | **work** 22:3 | 21:5 34:16 |
| 94:7 95:13 | 175:25 176:6 | 27:10 28:24 | 36:16 39:7,13 |
| 97:12 98:8 | 176:18 177:12 | 84:6,9 131:18 | |

Associated Reporting & Video - A Veritext Company
calendar-arv@veritext.com  208-343-4004

**[yeah - zoom]**

42:4 49:16,19
50:11 56:11
66:5 72:4
74:15 77:13
81:20 88:3,14
90:3,8 94:8
99:12 100:11
105:20 115:18
129:21,24
132:16 136:1
139:10 145:5
148:21 149:25
156:17 160:25
165:17 167:13
169:8 178:4
182:17 190:13
193:25 194:20
196:23 197:1
203:15,18
**year**   12:11
20:20,22,23,24
28:16 129:14
129:17 171:16
171:22
**years**   4:13
19:15,21 20:1
20:7,10,25
21:3,7,8 23:11
24:3 28:25
35:16 36:6
120:8 153:24
166:24 167:10
192:15,19,25
193:1,17 194:5

**yelling**   70:10
70:20
**york**   2:18 3:4
**young**   19:16
22:25 23:2,14
35:7,16 48:21
84:17 114:18
118:25 155:22
160:14
**younger**   120:16
151:23,23
**youngest**   19:14
35:12
**youth**   10:6
13:25 19:4
21:9 22:6,17
22:23 23:17,22
25:6,14 30:4
30:16,16 32:1
32:11 37:13
38:9 40:9,13
41:3,11 45:9
48:21 53:13
55:21,22,25
56:6,21 57:2
57:21,22,23
58:13,19 60:24
61:21 64:23
102:10,22,23
103:7,8 104:3
104:7 119:8
152:2,6 161:24
164:22 173:19
182:13

**youth's**   38:1
**youths**   40:12

**z**

**z**   198:25
**zoom**   2:4 5:14

Idaho Rules of Civil
Procedure

Rule
30

(e) Review by the Witness; Changes.

(1) Unless waived by the deponent and the parties, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which (A) to review the transcript or recording; and (B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them. (2) Changes indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30 (f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period. (3) Witness Failure to Sign. (A) In General, If the deposition is not signed by the witness within the 30-day period, the officer must sign it and state on the record the fact of the waiver of signature, or of the illness or absence

of the witness or the fact of the refusal to sign the deposition together with any reason given for not signing. (B)  Use of Unsigned Deposition.  The deposition may be used as if it were signed, unless pursuant to Rule 32 (d)(4) the court determines that the reasons given for the refusal to sign require rejection of the deposition in whole or in part.

DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.