## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

PAM POE, by and through her
parents and next friends, et al.

　　　　　*Plaintiffs,*

v.

RAÚL LABRADOR, in his official
capacity as Attorney General of the State
of Idaho, et al.

　　　　　*Defendants.*

Case No. 1:23-cv-00269-BLW

## EXPERT DECLARATION OF WILLIAM J. MALONE, M.D.

1

**Expert Declaration of William J. Malone, M.D.**

1. I, William J Malone, M.D. hereby declare as follows:

2. I am over the age of 18 and submit this expert report based on my personal knowledge and experience.

3. I am a board-certified endocrinologist. I received my medical degree from NYU School of Medicine in 2003. I completed my residency in Internal Medicine at the Los Angeles County / University of Southern California Medical Center in 2006 and my fellowship in Endocrinology, Diabetes and Metabolism at the same institution in 2008.

4. I am board certified by the American Board of Internal Medicine in Endocrinology, Diabetes and Metabolism.

5. I am the medical director of the St. Luke's Magic Valley Endocrinology and Diabetes Clinic, in Twin Falls, ID.

6. I have held an appointment as an Assistant Clinical Professor of Endocrinology at the Idaho College of Osteopathic Medicine since 2021.

7. The opinions represented here are my own. I am not representing the opinions of other people or organizations.

8. The information provided regarding my professional background is detailed in my curriculum vitae. A true and correct copy of my curriculum vitae is attached.

9. I have been retained by the above defendant in the above captioned lawsuit to provide an expert opinion on the current state of evidence regarding hormones and surgeries as proposed treatments for gender dysphoria. I am not taking a position either for or against the current legislation in questions.

10.  If called to testify in this matter, I would testify truthfully and based on my expert opinion.

11.  I am being compensated at an hourly rate of $400 per hour. My compensation does not depend on the outcome of this litigation, the opinions I express or the testimony I may provide.

12.  My opinions contained in this report are based on (1) my clinical experience as an endocrinologist caring for thousands of patients over the last 15 years, specifically my experiences dealing with excesses or deficiencies of hormones, (2) my experiences evaluating patients who have or have had gender dysphoria, including patients who have taken or are taking hormones or who have undergone surgeries in efforts to relieve gender dysphoria, and those who have stopped treatments for gender dysphoria and now occupy the role of their birth sex (detransitioners), and (3) my evaluations of hundreds of studies and scientific reports pertaining to the use of puberty blockers, cross-sex hormones and surgeries as proposed treatments to relieve gender.

13.  My academic writings on this topic include the following publications:

   a.  Jorgensen SCJ, Hunter PK, Regenstreif L, Sinai J, Malone WJ. **Puberty blockers for gender dysphoric youth: A lack of sound science.** *J Am Coll Clin Pharm*. 2022;1005-1007(9):3. doi:10.1002/jac5.1691

   b.  Clayton A, Malone WJ, Clarke P, Mason J, D'Angelo R. **Commentary: The Signal and the Noise-questioning the benefits of puberty blockers for youth with gender dysphoria-a commentary on Rew et al. (2021).** Child Adolesc Ment Health. 2022 Sep;27(3):259-262. doi: 10.1111/camh.12533. Epub 2021 Dec 22. PMID: 34936180.

   c.  Malone, William, Roberto D'Angelo, Stephen Beck, Julia Mason, and Marcus Evans. 2021. **"Puberty Blockers for Gender Dysphoria: The Science Is Far from Settled."** *The Lancet Child & Adolescent Health* 5 (9): e33–34. https://doi.org/10.1016/S2352-4642(21)00235-2.

d.   Malone WJ, Hruz PW, Mason JW, Beck S. **Letter to the Editor from William J. Malone et al: "Proper Care of Transgender and Gender-diverse Persons in the Setting of Proposed Discrimination: A Policy Perspective"**. J Clin Endocrinol Metab. 2021 Jul 13;106(8):e3287-e3288. doi: 10.1210/clinem/dgab205. PMID: 33772300; PMCID: PMC8277208.

e.   Malone WJ. **Time to Hit Pause on "Pausing" Puberty in Gender-Dysphoric Youth**. Medscape. Sept 2021. https://www.medscape.com/viewarticle/958742

f.   Malone WJ, Roman S. **Calling Into Question Whether Gender-Affirming Surgery Relieves Psychological Distress**. Am J Psychiatry. 2020 Aug 1;177(8):766-767. doi: 10.1176/appi.ajp.2020.19111149. PMID: 32741278.

g.   Ring A, Malone WJ. **Confounding Effects on Mental Health Observations After Sex Reassignment Surgery.** Am J Psychiatry. 2020 Aug 1;177(8):768-769. doi: 10.1176/appi.ajp.2020.19111169. PMID: 32741279.

h.   Laidlaw MK, Van Meter QL, Hruz PW, Van Mol A, Malone WJ. **Letter to the Editor: "Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline"**. J Clin Endocrinol Metab. 2019 Mar 1;104(3):686-687. doi: 10.1210/jc.2018-01925. PMID: 30476120.

14.   I would like to underscore the particularly significant influence exerted by my letters to

the editor (references b. and c. above), alongside those written by others, concerning a

landmark Swedish registry study that examined a decade of follow-up data to evaluate

the impacts of hormones and surgeries on the mental health of individuals with gender

dysphoria.  The original study, prior to correction, appeared to provide the first reliable

evidence that gender transitions might positively impact mental health.  However, upon

closer examination, the study's methodology was revealed to be deeply flawed, leading to

a misinterpretation of the data upon which the study was based.  Our collective feedback

prompted the publishing journal to request a re-analysis of the study's conclusions.  This

resulted in a subsequent correction that has significantly influenced the field's

understanding of medical and surgical transitions, and altered the trajectory of youth

gender transitions in Europe ("Correction to Bränström and Pachankis" 2020).   This analysis, drawing upon a highly dependable health registry dataset, indicates that medical and surgical transitions, when considered on a population-wide basis, do not appear to lead to clinically significant enhancements in mental health outcomes.  The core premise underpinning the practice of youth gender transitions has been the expectation that early interventions would manifest in later mental health improvements.  The inability to empirically demonstrate these anticipated improvements has been a contributing factor in the recent shifts within European medical practice, leading to a reversal in their approaches to gender transition, specifically the removal of these interventions from general medical practice and their re-labelling of them as unproven, experimental interventions.

 These events highlight the integral role of letters to the editor to scientific discourse and methodological accuracy.  Serving as critical tools in the scholarly landscape, letters to the editor enable researchers, scholars, and other readers to engage in an active dialogue with authors and editorial boards.  By facilitating this dynamic exchange, they provide an opportunity for the identification, scrutiny, and rectification of errors or omissions in published studies.  This not only promotes the integrity and credibility of the scientific record but also nurtures a culture of transparency, collaboration, and continuous learning within the scientific community.  For a more comprehensive analysis of the Branstrom events, refer to paragraph 106 below.

**Summary**

15.        Since approximately 2015, the Western world has seen a surge in the number of

young people identifying as transgender and seeking puberty blockers, cross-sex

hormones, and sometimes surgeries in an effort to relieve gender dysphoria.  It is

currently not known exactly how many young people in the U.S. are impacted, as the

Centers for Disease Control and Prevention (CDC) only plans to start measuring the rate

of transgender identification in youth using a reliable methodology starting in 2023 (CDC

2023).  However, in 2017 and 2019 CDC data from select states suggest the rate of youth

who either believe they are transgender or are questioning is in excess of 3% (Johns et al.

2019).   A recent analysis of U.S. health insurance data showed nearly 5,000 and 13,000

U.S. minors began taking puberty blockers or cross-sex hormones respectively from 2017

to 2021 (*Reuters* 2022).  The actual numbers may be significantly higher due to

limitations in the data analysis. Most importantly the numbers of youth getting

medicalized has been growing each year (Block 2023).

16.        In contrast to historical demographic patterns (pre-pubertal boys comprised most

cases), the majority of this new cohort are adolescent females with no childhood history

of gender dysphoria (Kaltiala-Heino et al. 2015).  These adolescents concurrently exhibit

a markedly higher propensity than their peers to be afflicted with mental health and

neurodiverse conditions, including depression, anxiety, attention deficit disorders, and

autism.  Typically, these mental health conditions emerge before the onset of gender

dysphoria (Becerra-Culqui et al. 2018).  It is not known why gender dysphoria develops.

NHS England has recently concluded that "gender identity is multifactorial and

influenced by both biological and social factors" (NHS England 2023a).  Social

contagion has been hypothesized to be an explanatory factor in both the rise of new cases and the demographic shift towards females (Littman 2018; Hutchinson 2020).  It is worth noting that Dr. Lisa Littman's 2018 paper, which described a rapid onset of gender dysphoria in teenagers without a history of gender distress as children, faced intense scrutiny upon its publication.  Following a review by the publishing journal,  some minor alterations were made to the document,  but most importantly, the results section of the study remained unchanged.  While some have attempted to characterize these events as undermining the credibility of her study, the findings continue to hold their place in the medical literature and they have also been corroborated by clinicians working with gender dysphoric youth (Hutchinson 2020).

17.      Social contagion is a well-established psychological concept defined as the spread of behaviors, attitude and affect through crowds and other types of social aggregates from one member to another (Martínez, Jiménez-Molina, and Gerber 2023).  Social contagion is a key contributing factor to a range of maladaptive adolescent behaviors in youth, from Tourette's-like tics that spread amongst teens via social media during the COVID lockdown, to eating disorders, to suicide attempts (Allison, Warin, and Bastiampillai 2014; Bridge et al. 2020; Heyman, Liang, and Hedderly 2021).

18.      The number of gender dysphoric youth presenting in clinical settings with gender-related distress has surged by several thousand percent within the span of just a few years.  In Europe, this increased demand has resulted in progressively longer waitlists for nationally-run gender clinics.  Conversely, in the United States, the demand has been met through the proliferation of private gender clinics. The first youth gender clinic in the

U.S. opened in 2006; today, there are more than 100 such clinics (*Reuters* 2022).  These figures do not include the individual clinicians or online clinics that provide hormones.

19.      Medical and surgical transitions entail substantial risks and known harms, with sterility being of paramount concern for young individuals.  The "gender affirming" hormonal and surgical treatment pathway, when administered according to the Endocrine Society's current guidelines (Hembree et al. 2017), is expected to result in sterility (Dahl et al. 2006.  For this reason, The Endocrine Society recommends fertility preservation prior to initiating hormonal interventions for gender dysphoria (Hembree et al. 2017).  However, there currently exists no method to preserve the fertility of children who are treated according to the protocol set forth in their guidelines (Bangalore Krishna et al. 2019).

20.      Normative medical ethics advocates that interventions that can lead to sterility in younger people should only be implemented with the primary intention of life preservation, or in rare instances of genito-urinary malformations necessitating reconstructive surgeries that result in the removal of the uterus or gonads (Burgart et al. 2017).

21.       Despite numerous attempts to provide evidence for the life-preserving effects of "gender-affirming" hormones and surgeries, no credible evidence for such effects has emerged.  Although gender transition is often promoted as a suicide-prevention measure (for example, through narratives such as "would you rather have a dead daughter or a live son"), no studies have successfully demonstrated a reduction in completed suicides or serious suicide attempts.  Fortunately, suicides among gender dysphoric youth remain exceedingly rare events.  The annualized rate has been estimated at 13 per 100,000 per

year, according to data from the largest pediatric gender clinic in the U.K. (Biggs 2022). Importantly, further analysis has shown no difference in suicide rates between those on the waitlist to be seen in the clinic and those already on the "gender-affirming" treatment pathway.  In summary, there is no credible evidence to support the claim that "gender-affirming" care constitutes a life-saving intervention.

22.      It is well documented that irreversible fertility decisions, made at a young age, carry a high risk of regret (Burgart et al. 2017).  Adolescents and young individuals, whose brains have not yet reached full maturity, lack the necessary life experience and emotional maturity to make informed decisions about their future fertility (Vrouenraets et al. 2022; Levine, Abbruzzese, and Mason 2022; O'Rourke 2020; Giovanardi 2017; Casey, Jones, and Hare 2008).  This is exemplified by the fact that the vast majority of such adolescents refuse fertility-preservation procedures when offered (Nahata et al. 2017).  However, long-term research suggests that reproductive regret among those who underwent gender-reassignment in their youth is significant: 20-40% by the time the individuals are in the early 30s (Abbruzzese, Levine, and Mason 2023).

23.      Practice guidelines, endorsed by authoritative medical associations or healthcare bodies, ought to embrace this principle of ethical medical practice: when there is no compelling evidence to suggest a life-saving advantage, procedures that threaten the fertility of minors, or are expected to result in sterility, should be strongly discouraged.

24.      While infertility/sterility are known and certain harms of "gender affirming" medical and surgical interventions, there are additional adverse effects that are also expected.  They include increased risks of heart disease, stroke, blood clots, breast and uterine cancer, liver dysfunction, hypertension, and osteoporosis (Cheng et al. 2019;

Baram et al. 2019; Nahata et al. 2017; Biggs 2021; Carmichael et al. 2021; Nota et al. 2019; Hembree et al. 2017).  It is also an established fact that individuals who undergo gender reassignment have a markedly lower life expectancy (Jackson 2023).  In addition, there is growing evidence for the risk of regret, several years later, over the irreversible changes to the body (Jorgensen 2023; Littman 2021; Vandenbussche 2022).

25.     While the harms of "gender-affirming" interventions are a biological certainty, the benefits are highly uncertain.  It is without question that puberty blockers and cross-sex hormones can significantly alter a person's appearance.  However, the achievement of masculinizing or feminizing effects on adolescent bodies is not the target outcome of hormonal and surgical interventions in a pediatric population. Instead, the primary outcome, asserted by the proponents of these interventions, is improvements in mental health and prevention of suicide.  It is for this reason that "gender affirming care" has been billed by the proponents of these interventions as "life-saving" ("AMA Policy" 2023).

26.     There are many individual studies that claim to have proven that "gender-affirming" interventions dramatically improve mental health.  Such studies however, upon closer examination, are invariably found to suffer from multiple biases and designs making their finding unreliable (Abbruzzese, Levine, and Mason 2023; Clayton 2021; "UK NICE Puberty Blockers" 2020; "UK NICE Cross-Sex Hormones" 2020).

27.     This fact underscores the bedrock principle of evidence-based medicine: individual research studies alone are inadequate to determine whether an intervention will achieve its desired outcome (Guyatt 2014).  Therefore, medical professionals, and practice guideline creators must utilize *systematic reviews of evidence* whenever possible.

10

It is only through a comprehensive analysis of the entire body of evidence that the effects of an intervention can be determined.

28.     In contrast to individual studies claiming mental health improvement from hormones and surgeries, every systematic review of medical and surgical transitions for minors and young individuals demonstrates a "low" or "very-low" degree of certainty in mental health improvements, and have not ever demonstrated reduced death by suicide (Baker et al. 2021; Ludvigsson et al. 2023; "UK NICE Puberty Blockers" 2020; "UK NICE Cross-Sex Hormones" 2020).   Even a recent systematic review commissioned in the Endocrine Society's own journal had to concede that the certainty of benefits is "limited by high risk of bias in study designs, small sample sizes, and confounding with other interventions," further noting, "We could not draw any conclusions about death by suicide" (Baker et al. 2021).

29.     In the absence of demonstrable mental health and life-saving benefits, and faced with the certainty of substantial harm (including infertility/sterility and irreversible bodily changes) as well as profound uncertainties regarding risks of heart disease, cancer, sexual function and bone health (Laidlaw 2019, Alzahrani 2019, Nota 2019, Carmichael 2021, Biggs 2021, Joint 2018, Shrier 2021), medical practitioners and guideline authors are ethically obligated to discourage such interventions.  Several public healthcare authorities in Europe, including Sweden and England, now only allow these interventions in research settings, having reclassified the "gender-affirming" pathway from the category of "medical treatment" to that of "experimental interventions."

30.     The updated Swedish health authority guidelines suggest that both puberty blockers and cross-sex hormones will only be available in experimental settings subject

to much more stringent eligibility criteria, and subject to ethics approval (Socialstyrelsen [National Board of Health and Welfare of Sweden] 2022). England's health authority service has also specified that puberty blockers will only be available in research settings, with much more stringent eligibility criteria, and subject to ethics board approval; the decision on cross-sex hormones is due later this year. Based on the newly shared recommendations from both countries, the vast majority of gender dysphoric youth, i.e., those with adolescent-onset gender dysphoria or those with significant mental health comorbidities will not be eligible for any medical interventions. Instead, such cases will be offered standard psychiatric care for co-occurring mental illness, as well as counseling and psychological support for gender-related distress.

31.     England's NHS has also underscored that for youth who are commonly presenting today, i.e., those with adolescent onset gender dysphoria, the uncertainty is even more significant than for early onset gender dysphoria.   To address these knowledge gaps, England's NHS plan to establish a Research Oversight Board "to identify the key evidence gaps for children and young people with adolescent-onset gender dysphoria– recognizing that there is 1) even greater uncertainty in terms of the supporting evidence base, 2) less clinical experience with this particular cohort of patients and 3) little known about the natural history of gender dysphoria in this group" (NHS England 2023b).

32.     These steps represent a clear reversal of the prior practice of wide availability of gender transitions for youth. This direction is consistent with the fact that historical studies of gender dysphoric youth (who previously presented with pre-pubertal onset of gender dysphoria) show that the majority (approximately 60-98%) of gender dysphoric youth will have resolution of their dysphoria by adulthood, without hormonal or surgical

interventions (Ristori and Steensma 2016; Singh, Bradley, and Zucker 2021).  This fact is also acknowledged by the Endocrine Society: "... the large majority (about 85%) of prepubertal children with a childhood diagnosis did not remain gender dysphoric/gender incongruent in adolescence" (Hembree et al. 2017).   The Endocrine Society acknowledges that "With current knowledge, we cannot predict the psychosexual outcome for any specific child" (Hembree et al. 2017).

33.      Since the publication of the Endocrine Society guidelines in 2017, the presentation of gender dysphoria in minors continued to shift, with patients now much more likely to be female and with an adolescent-onset of distress.   It has become evident that clinicians are *unable* to distinguish between youth for whom gender dysphoria constitutes a transient phase of their development, and those for whom it represents a lifelong condition.

34.      For instance, at least two recent studies from the UK showed a 10-30% medical detransition rate among youth who underwent gender transitions in recent years, most just within a few years of starting their transition (Boyd, Hackett, and Bewley 2022; Hall, Mitchell, and Sachdeva 2021).

35.      US data confirms this: a recent examination of a highly reliable dataset from the US Military healthcare system showed that nearly 30% of youth who commenced medical transition discontinued it within the first four years (Roberts et al. 2022).  The same data source also revealed that puberty blockers and cross-sex hormones did not improve the youth's mental health outcomes.  The authors highlighted that this lack of mental health improvement stands in stark contrast to the results from adult and adolescent self-report surveys, which have indicated improvements in mental health

following "gender-affirming care" (Hisle-Gorman et al. 2021).  In other words, while numerous individuals may report via surveys that hormones and surgeries have positively impacted their mental health, objective evidence supporting such improvements – such as decreased utilization of mental health care services– remains conspicuously absent.

36.     While an increasing number of European health authorities have revised their treatment recommendations—following systematic reviews of evidence—to exclude hormones and surgeries from general medical practice, their counterparts in the United States have seemingly overlooked evidence-based medical practices and guideline-creation protocols.

37.     For instance, a recent letter to the editor in The Wall Street Journal by Dr. Stephen Hammes, President of The Endocrine Society, defended the society's endorsement of youth gender transitions.  He asserted that the evidence presents a "clear picture," declaring that "Gender-affirming care improves the well-being of transgender and gender-diverse people and reduces the risk of suicide" ("Endocrine Society Responds" WSJ 2023). Apart from serving as the President of The Endocrine Society, Dr. Hammes also co-directs a pediatric gender clinic at the University of Rochester. While he may be convinced from his experience that youth gender transitions enhance mental health, his personal view is not corroborated by the conclusions of systematic reviews of the evidence.  Basing treatment recommendations on anecdotal experience is diametrically opposed to the fundamental tenets of evidence-based medicine.  In response to this misrepresentation of the medical evidence, I joined 21 international experts in gender dysphoria research and practice to pen a letter of rebuke (*Wall Street Journal* 2023).

38.     In a manner akin to this, the American Academy of Pediatrics (AAP) has recently

reaffirmed its dedication to the medical and surgical transition of youth with gender

dysphoria, while conspicuously neglecting to propose alternative methods to alleviate

distress. This reassertion is paradoxical, as the AAP's current position on youth transition

(Rafferty 2018) does not derive from a systematic review of existing evidence, and was

harshly critiqued for misrepresenting evidence (Cantor 2020).  While the organization's

recent commitment to pursuing an independent systematic review of evidence in the

future could be construed as a positive development, certain statements from its

leadership cast significant doubts on this initiative's integrity.  For instance, the AAP's

chief executive, Mark Del Monte, declared, "The board has confidence that the existing

evidence is such that the current policy is appropriate," and further added that "The

decision to authorize a systematic review reflects the board's concerns about restriction to

access to health care with bans on gender-affirming care in more than 20 states (NYT

2023)."  Such pronouncements signal that the AAP's long-overdue systematic review is

potentially being undertaken not with an open inquiry but with a pre-ordained conclusion

in mind, and moreover, to further specific political ends.  This approach stands in direct

contravention of the guiding principles of evidence-based medicine (more below, para.

147-148).

39.     The decision by the AAP to reaffirm medical and surgical gender transition and

their potential lack of commitment to a truly independent evidence review process, along

with the assertions by the World Professional Association for Transgender Health

(WPATH) and The Endocrine Society that evidence favors gender transition—contrary to

the conclusions of already completed systematic reviews—demonstrates a departure from

the principles of evidence-based medicine by US medical societies on this subject. The existing body of evidence does not support medical/surgical transition as a credible method for enhancing the mental well-being of individuals experiencing gender dysphoria.  The failure of US medical societies to acknowledge this fact has subjected, and continues to subject, minors and young individuals to considerable harm, most notably the premature loss of fertility before they are able to provide truly informed consent.

### **What is the Purpose of Medicine?**

40.      The fundamental objective of medicine is to enhance an individual's health and well-being by providing therapeutic remedies for mental or physical ailments (Brülde 2001). A core principle underpinning this objective is that any medical intervention deployed should exhibit a higher degree of certainty regarding its benefits compared to its risks (Guyatt 2014). This principle becomes particularly significant when considering medical treatments that may result in the sterilization of minors, a process that inherently necessitates a special degree of ethical consideration.

41.      Sterilizing interventions pose unique ethical challenges due to the irreversible nature of their consequences and the significant long-term impact they have on a minor's future quality of life.  As these individuals are still in their developmental stage, they do not have the full capacity to comprehend the magnitude and permanence of such decisions, making the principle of informed consent especially complex to navigate in these circumstances (Vrouenraets et al. 2022; Levine, Abbruzzese, and Mason 2022; O'Rourke 2020; Giovanardi 2017).  Reproductive regret is high in young people who

undergo sterilization procedures (K. M. Curtis, Mohllajee, and Peterson 2006).  Youth

with gender dysphoria are no exception: while most of these youth say they do not want

to have children when asked, and do not partake in fertility preservation prior to

beginning transition (Nahata et al. 2017), once they reach mature adulthood, a significant

number have reproductive regret (Abbruzzese, Levine, and Mason 2023).

42.     In instances where the benefits of a sterilizing medical intervention do not

conclusively outweigh its risks, or when there is a balance of ambiguity between the two,

the application of less invasive interventions should be prioritized.  This approach

safeguards patients from unnecessary harm.  Specifically, in the context of youth with

gender dysphoria, distress should be addressed with less invasive interventions, such as

psycho-social support in the form of psychotherapeutic counseling.

43.     In stark contrast to this approach, medical and surgical interventions have become

commonplace, with less invasive alternatives insufficiently explored, and without any

compelling evidence supporting the superiority of these more intrusive interventions over

psychotherapeutic treatments.  This escalation in youth transitions followed a non-

evidence-based assertion by a small group of Dutch clinicians over 2 decades ago.

Drawing on anecdotal experience, they hypothesized that certain adolescents would not

see a resolution of gender dysphoria and downplayed the effectiveness of psychological

interventions in alleviating distress (Cohen-Kettenis and Van Goozen 1997).  They also

posited that gender transitions would enhance the mental health of their patients.

However, medical decision-making should be informed by robust evidence, not by

anecdotal experience or beliefs. In this case, their assertions were neither guided by nor

have been subsequently substantiated by compelling evidence (Abbruzzese, Levine, and Mason 2023).

44.     Driven by the unproven assertions of these Dutch researchers, many gender clinicians began to prioritize the most invasive medical interventions in efforts to relieve youth gender-related distress.  Yet, despite multiple attempts to show lasting, credible evidence of improvement in mental health, current data show just the opposite: young people treated with gender-affirming interventions continue to struggle with significant mental health issues, and even commit suicide at a markedly higher rate that their non-gender-dysphoria peers (Chen et al. 2023; Hisle-Gorman et al. 2021).

45.     When medical and surgical interventions failed to demonstrate tangible or enduring effects, a reassessment of this approach should have been advocated — for instance, a more comprehensive examination of the etiology of the condition, natural history (i.e., the course of the condition without any intervention), and response to psychotherapy.  This is exactly what the European health authorities have done.

46.     The Finnish Health Authority stated, following its systematic review of evidence (Pasternack et al. 2019), "The first-line treatment for gender dysphoria is psychosocial support and, as necessary, psychotherapy and treatment of possible comorbid psychiatric disorders" (Palko [Finnish Health Authority / Council for Choices in Health Care in Finland]. 2020).

47.     The Swedish Health Authority stated, "Psychosocial support that helps the adolescent deal with natal puberty without medication needs to be the first option when choosing care measures.  For those suffering from mental health problems, measures such as supportive counselling, psychotherapy, child psychiatric treatment and suicide

prevention need to be offered and adapted to the nature and severity of the mental health problem and the young person's overall situation" (Socialstyrelsen [National Board of Health and Welfare of Sweden] 2022).

48.     The English Health Authority stated, "The primary intervention for children and young people who are assessed as suitable for The Service is psychosocial (including) and psychological support and intervention; the psychoeducation main objective is to alleviate distress associated with gender incongruence and promote the individual's global functioning and wellbeing" (NHS England 2023c).

49.     In sharp contrast to these sensible, evidence-based actions by the European health authorities, the American medical establishment that is promoting gender-affirming interventions for minors, has recently begun to conflate psychotherapy for gender dysphoria with conversation therapy for gay youth.  Thus, "helping the adolescent deal with natal puberty without medication," which is now the only standard healthcare intervention offered to most gender-distressed youth in Sweden, Finland, and England, carries a stigma and liability risk associated with practicing "conversation therapy" in the U.S. (AMA 2022).

50.     These actions reflect a departure within U.S. organized medicine from the principles of evidence-based medicine, which now resemble political lobby groups more than organizations committed to crafting credible guidelines to safeguard the long-term health of America's youth.  Many individual practitioners disagree with the stance of their organization's leadership, but find themselves powerless to alter courses set by small committees.  These committees, led by individuals resolute in their pursuit to promote the

medicalization of youth, simultaneously stigmatize and thereby limit access to non-invasive treatment alternatives.

51.      In summary, responsible and ethical medical practice should uphold the welfare and future of young individuals, insisting on a rigorous analysis of the benefits versus risks of interventions.  This framework cultivates a patient-centered approach that respects the developing and vulnerable mind of a young patient, emphasizes safety, and maintains the principle of primum non nocere - first, do no harm.  I can assert that there is no other circumstance in medicine where sterilizing interventions are offered to young individuals in the absence of a life-threatening condition. Violating this tenet of medical practice removes an essential patient safeguard.

### Best Medical Practice: Explanation of the process by which medical professionals, practice guideline creators, and healthcare authorities should determine best practice for their patients

52.      The healthcare field employs a specific methodology, deeply rooted in the scientific method, to determine the efficacy and certainty of medical interventions aimed at improving a patient's health. Defined by the Oxford dictionary, the scientific method is "an approach science uses to gain knowledge based on making observations, formulating laws and theories, and testing theories or hypotheses through experimentation ("Scientific Method" n.d.)."

53.      In essence, this involves researchers conducting a myriad of studies to analyze the impacts of various interventions, subsequently disseminating their findings in academic medical journals.  However, it is critical to acknowledge that the quality of these studies varies considerably, with the strength and validity of the conclusions inherently

contingent upon the rigor of the study's design.  There is a hierarchy of quality of studies, with certain methodologies and designs affording more robust and credible conclusions than others (Guyatt 2014).

54.      Considering any particular medical ailment, one might find hundreds or even thousands of distinctive studies of varying quality levels in the existing medical literature. To accurately ascertain the benefits and potential risks of any given intervention, evidence-based medicine requires that one must consider all the available evidence on the subject (via a systematic review), and then must subsequently assess the evidence for credibility.  This approach involves collating and analyzing significant numbers of studies to draw a more comprehensive picture.  The subsequent process that synthesizes this analysis into a clinical decision by a medical professional, or a recommendation by a guideline creator, is known as "evidence-based medicine."  The ultimate objective of healthcare—maximizing patient benefits while minimizing potential harm—is best achieved using this model predicated on systematic reviews of evidence ("Cochrane Handbook", 2023).

55.      Systematic reviews of evidence employ specialized analytical techniques to compile and summarize the body of evidence surrounding a specific topic, usually comprising several related but distinct studies.  These techniques enable researchers to comprehensively determine how confident we are in the effects of a particular intervention, and perhaps more importantly, what remains *unknown* about the potential benefits and harms of any given healthcare intervention.  The findings are then utilized to inform healthcare decisions and recommendations for clinical practice guidelines ("Journal of Clinical Epidemiology Series").

56.     This process of collating and estimating the effects of numerous related studies offers considerable benefits, including critical patient protections. Individual studies are unlikely to represent the complete body of evidence, and are susceptible to biases that can yield misleading predictions about an intervention's outcomes and inadvertently lead clinicians astray ("Journal of Clinical Epidemiology Series").

57.     Clinical decision-making and guideline development that neglects to incorporate synthesized information from systematic reviews of evidence can pose a significant risk to patients.  Hence, the reliance on the key principles of evidence-based medicine is not just a methodological preference but an essential component in ensuring patient safety, optimizing healthcare outcomes, and upholding ethical standards in medical practice. Very notably, in the case of gender dysphoria, The Endocrine Society guideline writers did not commission, or perform themselves systematic reviews of the evidence pertaining to the mental health outcomes from puberty blockers, cross-sex hormones or surgeries for young people. This is a critical failure of the guidelines, and invalidates any claim that they are evidence based (Block 2023).

## Using an Evidence-Based Model to Assess Our Understanding of Best Treatment for Gender Dysphoria

58.     Gender dysphoria is a condition in which a person has marked distress over their biological sex, which causes impairment in social, occupational or other important areas of functioning.  Individuals with gender dysphoria experience a strong desire to be treated as the opposite sex or neither sex and/or to be rid of their sex characteristics, and/or the strong conviction of having feelings and reactions typical of the other sex (Kaltiala-Heino et al. 2018).

22

59.      In the discourse on human biology and gender dysphoria, a fundamental fact remains: there exists only two biological sexes, and transition from one sex to another is biologically impossible (Bhargava et al., 2021). The biologically determined characteristics of males and females, which include differences in primary and secondary sexual characteristics, reproductive systems, and chromosomal makeup, are immutable. The occurrence of a small number of "intersex" conditions, or disorders of sexual development, does not nullify the binary nature of sex.  Absent a disorder of sexual development, all humans will develop categorically as male or female.  The disorders that interrupt normal sexual development do not result in additional sex categories.

60.      The objective of hormonal and surgical interventions, hence, is not to facilitate a biological transition–an impossibility–but rather to alleviate distress by enabling changes in an individual's outward appearance, to more mirror the opposite sex.  The ensuing sections focus on describing the efficacy of these interventions in improving mental health outcomes for individuals with gender dysphoria.

### What Do Systematic Reviews Tell Us about The Etiology of Gender Dysphoria?

61.      The etiology of gender dysphoria remains an area of significant medical debate and discussion, and to date, no systematic reviews of evidence have been conducted to shed further light on this topic.  Two principal models of etiology currently stand in opposition: the psychosocial model and the innate/immutable model.

62.      The innate/immutable model suggests that a transgender identification is biologically determined and immutable, meaning it cannot be changed.  This model posits that a person's gender identity (sense of which sex they are) is an innate aspect of

their being, much like biological sex or eye color, and can exist independently of one's actual sex.

63.     Conversely, the psychosocial model postulates that gender dysphoria arises from psychological events during early developmental stages and is, in general, mutable.  This theory contends that a transgender identification is not an inherent trait but rather one that emerges due to various social and psychological factors (Littman 2018; Marchiano 2017; Hutchinson, Midgen, and Spiliadis 2020).  Certain biological factors may predispose an individual to the development of gender dysphoria, but those factors are not deterministic.

64.     While there is ample evidence that one's sex is usually correlated with one's gender identity, the evidence for a biological basis for a discordant "transgender identity" remains sparse (Saraswat, Weinand, and Safer 2015).  The term "gender identity" was originally intended to describe how children develop a recognition of their biological sex, and how social roles can help shape that perception.  Many of the studies attempting to establish a biological basis for transgender identification are confounded by factors such as sexual orientation and the use of hormone treatments, muddying the interpretive waters (Cohn 2022).  An Endocrine Society Scientific Statement concluded recently, "while associations between gender identity, neuroanatomic, genetic, and hormone levels exist, a clear causative biological underpinning of gender identity remains to be demonstrated" (Bhargava et al. 2021).  As such, the biological hypothesis for an innate gender identity and transgender identification continues to be largely theoretical.

**What Do Systematic Reviews Tell Us About the Potential Benefits and Harms of Medical Transition, Specifically Puberty Blockers and Cross-Sex Hormones for People Under the Age of 26?**

65.      At the request of the Florida Agency for Health Care Administration, two researchers who both specialize in evidence synthesis at McMaster University conducted an extensive review of the current medical literature for systematic reviews published within the three-year period preceding May 16th, 2022 (Brignardello-Peterson and Wiercioch 2022, from here on referred to as the "Brignardello-Peterson review").

66.      The criteria for selection of systematic reviews were based on specific parameters. They included studies involving young individuals diagnosed with gender dysphoria who had been administered puberty blockers and/or cross-sex hormones, and/or undergone surgeries in efforts to relieve their distress.  Additionally, these reviews had to report data related to the following eight key outcomes: gender dysphoria, depression, anxiety, quality of life, suicidal ideation, suicide, adverse effects, and complications.

67.      In total, 61 systematic reviews met the inclusion criteria and were incorporated into the analysis. Of these, only 14 systematic reviews were determined to possess sufficiently high methodological quality to extract usable data, an unfortunate and dire reflection of the overall poor body of work in this field of medicine.

68.      To ensure comprehensiveness and up-to-date relevance, the researchers also conducted a search for any additional studies published after the date of the last systematic review included in their study. The goal was to ascertain whether any new studies contained information that might alter the conclusions of the analyzed systematic reviews. Through this process, 10 additional studies were identified; however, none of

them would have resulted in alterations to the conclusions drawn from the included systematic reviews.

69.     This robust "umbrella review," or "review of systematic reviews," conducted by seasoned and respected experts in evidence synthesis, offers to date the most valuable foundation for subsequent discussions about medical and surgical efforts to relieve gender dysphoria among young individuals.

70.     Critiques have been levied against the Brignardello-Peterson review, the most prominent being that the authors are not experts in gender dysphoria.  This line of critique would bear weight had the authors undertaken an *original* systematic review, wherein subject matter experts would indeed be necessary to select appropriate outcomes for evaluation.  However, this "*umbrella* review" or "review-of-reviews" did not necessitate such an outcome selection process.  Rather, the authors employed well-established and universally accepted criteria to discern the methodological rigor of the included systematic reviews (with outcomes already chosen by subject matter experts), then expounded on the findings of the reviews and appraised the certainty of these findings – tasks entirely suitable for methodological experts.

71.     Another critique raised against the review is its publication venue – a public website maintained by the Florida Agency for Healthcare Administration rather than a conventional medical journal.  This objection, however, is unwarranted.  It is a standard practice for healthcare authorities to commission evidence reviews as part of their mandate to ensure the delivery of the highest quality of care to the populations they serve. For example, AHRQ  ("Agency for Healthcare Research and Quality") publishes

hundreds of systematic reviews but does not typically submit them to peer-review journals for publication.

72.	This review by researchers from McMaster University, the educational institution known as "the home of evidence-based medicine," represents one of the most comprehensive and unbiased evaluations of the current state of evidence concerning hormonal and surgical interventions for gender dysphoria.  Under typical circumstances, such a review would be well-received across all sectors of the U.S. healthcare system committed to enhancing the health outcomes of patients with gender dysphoria.

73.	Lastly, even in the absence of the Brignardello-Peterson review, an independent evaluation of the systematic reviews included in their umbrella report would yield a similar conclusion: there exists only low or very-low certainty of evidence supporting the benefits of hormonal and surgical interventions.  For example, a systematic evidence review published in The Endocrine Society's own journal (Baker et al. 2021), failed to show any convincing evidence of improvements in mental health from hormonal interventions, and a recent systematic review from Sweden looking specifically at adolescents found insufficient evidence to determine the effects of interventions on mental health (Ludvigsson et al. 2023).   Systematic reviews by the UK's National Institute for Health and Care Wellness (NICE) also found no evidence that puberty blockers improved mental health, and only low certainty evidence that cross-sex hormones improve mental health, noting the findings of possible improvements were unreliable, and had to be balanced with the significant risks of these interventions (Hahn et al. 2016; "UK NICE Cross-Sex Hormones" 2020).

74.     However one cuts the data, the very-low certainty or insufficient-to-determine result is the same.  It is this lack of credible evidence of improvement in mental health, coupled with the certain sterility of completed transition that has prompted numerous European countries to reconsider their approach (more below). They are now advocating for psycho-social support (counseling) as the primary therapeutic intervention, allowing patients to alleviate distress without resorting to hormonal or surgical interventions. Hormonal interventions will be restricted to research settings only, the details of which are yet to be determined.

**Effects of Puberty Blockers**

75.     The Brignardello-Peterson review revealed significant gaps in our understanding of the impact of puberty blockers on individuals with gender dysphoria.  Specifically, the analysis of two of the most reliable systematic reviews demonstrated a complete lack of studies comparing outcomes between individuals who used puberty blockers and those who did not.  This absence of comparative analysis is a crucial limitation that precludes the formulation of definitive conclusions regarding the effects of puberty blockers.

76.     While the review identified studies reporting outcomes following the use of puberty blockers, these studies lacked a comparative group not using these interventions (i.e. non-comparative studies).  This absence of control groups and lack of clinically significant treatment effects resulted in conclusions characterized as "low" or "very-low" certainty.  In the context of evidence synthesis, low or very-low certainty signifies limited confidence in the predicted outcome, with the recognition that actual results may deviate significantly from the projected estimates.

77.      According to the low and very-low certainty evidence gathered, the claims that puberty blockers reduce the severity of gender dysphoria, or depression and anxiety, were not found to be trustworthy.  The impact of puberty blockers on suicidality is completely unclear, with no discernible evidence indicating whether these interventions produce positive, negative, or neutral effects.

78.      These results mean that there is *no reliable certainty* that positive outcomes will ensue from the use of puberty blockers.  Further, without studies with comparative groups receiving non-hormonal interventions, it remains unknown whether such individuals might experience better, the same, or worse outcomes than those who are treated with other measures (counseling).

79.      Furthermore, research indicates that the majority of children treated with puberty blockers eventually proceed to cross-sex hormones (Brik et al. 2020; Carmichael et al. 2021; van der Loos et al. 2023), resulting first in chemical sterility and subsequently surgical sterility.  This trajectory contrasts starkly with historical data, which showed that a significant majority of children with gender dysphoria experienced natural resolution or diminishing of their distress upon passing through puberty naturally (Ristori and Steensma 2016; Singh, Bradley, and Zucker 2021).

80.      The current Endocrine Society guidelines suggest halting a child's development in early puberty, leading to a transition process involving cross-sex hormones and genital surgeries, ultimately resulting in sterilization (Hembree et al. 2017).  However, given that sterilizing interventions should be reserved for life-threatening conditions and considering that puberty blockers have not been demonstrably superior to non-hormonal interventions, such a protocol is currently ethically indefensible.

81.     To summarize, the existing body of evidence regarding puberty blockers is

insufficient to ascertain if they improve mental health outcomes (including suicidality) in

individuals with gender dysphoria.  Puberty blockers cannot be considered a pause

button, as the majority of youth who commence puberty blockade progress to cross-sex

hormones.  It is unequivocal that medical and surgical transitions threaten the fertility of

minors and young people, a severe harm that is ethically unacceptable outside of life-

threatening situations.


**Effects of Cross-Sex Hormones**

82.     From the examination of four methodologically reliable systematic reviews, the

Brignardello-Peterson review found comparable limitations in existing studies on the use

of cross-sex hormones for gender dysphoria treatment.  Crucially, none of these studies

compared the outcomes (excluding breast cancer) between a group of patients receiving

cross-sex hormones and another not receiving them across eight measures (gender

dysphoria, depression, anxiety, quality of life, suicidal ideation, suicide, adverse effects,

and complications). This lack of comparative data presents a significant impediment to

drawing meaningful conclusions about the effectiveness of cross-sex hormones in

treating gender dysphoria.

83.     The review did identify studies documenting outcomes following the use of cross-

sex hormones (non-comparative studies).  However, these studies lacked a control group

not receiving such treatment, leading to conclusions that can only be deemed of "low" or

"very-low" certainty.  As detailed above in the context of puberty blockers, low or very-

low certainty implies a limited confidence in the expected outcomes and acknowledges the potential for significant divergence from projected results.

84.    According to this low or very-low certainty evidence, it is *unclear* what impact cross-sex hormones may have on the severity of gender dysphoria, depression, necessity for depression treatment, anxiety, need for anxiety treatment, the degree of suicidality, or the requirement for treatment due to suicidality or self-harm.  These findings signify a lack of reliable certainty that the use of cross-sex hormones will lead to improvements in mental health.

85.    To elaborate further, the authors of the UK NICE reviews expressed concerns that the statistical phenomenon known as "regression to the mean" might complicate the findings of the studies on the effects of cross-sex hormones ("UK NICE Cross-Sex Hormones" 2020).  This term refers to the tendency for patients who seek interventions at the peak of their distress to often show improvements in symptoms over time, independent of any specific intervention provided.  An improvement could simply be attributable to the passage of time from the acute events that prompted them to seek help.  Furthermore, there are concerns that the mere circumstance of having a team of professionals attentive to a distressed young person might itself improve well-being, regardless of any hormonal or surgical interventions that are administered (Clayton 2022).

86.    An additional issue with the studies we have on cross-sex hormones is the insufficient attention paid to potential harm from the interventions.  The absence of long-term studies on the effects of decades of cross-sex hormone use prompted the authors of the UK's NICE guidelines to declare that the long-term safety profile in young people

remains unknown.  It is ethically indefensible to employ interventions with unknown long-term safety profiles, particularly on minors, except in life-threatening situations.

87.     In summary, the current body of evidence regarding cross-sex hormones is insufficient to establish whether their use improves mental health outcomes (including suicidality) in individuals with gender dysphoria.  Moreover, it remains unknown how these effects would compare with those from non-hormonal therapies.  However, it is certain that medical and surgical transitions involving cross-sex hormones threaten the fertility of minors and young individuals, an outcome that constitutes an unacceptable harm unless in response to a dire or otherwise life-threatening situation.

## **Effects of Surgeries**

88.     A total of 15 systematic reviews of surgeries between 2020 and 2022 were evaluated by the Brignardello-Peterson review, all of which were categorized as being of low or critically low methodological quality.  Notably, none of these systematic reviews or their included studies compared the outcomes of gender dysphoria, depression, anxiety, or suicidality to a control group who did not undergo surgery.  As such, the impacts of surgeries on these outcomes, or the differences in these outcomes between patients who underwent surgery and those who did not, remain indeterminate.  This substantial limitation precludes the drawing of meaningful conclusions about the potential efficacy of surgeries for the treatment of gender dysphoria.

89.     While these systematic reviews addressed issues of quality of life, depression, and regret, they too lacked a comparison group.  As a result, discerning any change in these outcomes compared to individuals who did not have surgery is impossible.  Similarly, the

effects of surgeries on measures of gender dysphoria, depression, anxiety, or suicidality remain unknown.

90.     The review did identify studies that reported on quality of life and regret in groups of individuals who had undergone surgery.  However, these studies lacked a control group and exhibited other methodological flaws, leading to conclusions of "low" or "very-low" certainty.  Just as described in the context of puberty blockers and cross-sex hormones, low certainty signifies that confidence in the anticipated outcome is limited and the actual result may differ significantly from the expected outcome.

91.     According to this low-certainty evidence, individuals undergoing surgery for gender dysphoria may exhibit low levels of regret.  It is critical to underscore that this finding of low regret is based on a single systematic review (Bustos 2021) which has notable methodological limitations (Expósito-Campos and D'Angelo 2021).  Specifically, the studies within the review have short follow-up times of only 1-2 years post-transition, whereas regret typically manifests around 8 years post-transition (Dhejne et al. 2011; Chantal M. Wiepjes et al. 2018).  Moreover, the study contributing nearly half of the participants in the Bustos review experienced a significant 36% loss to follow-up, which undermines the reliability of the regret estimates.

92.     However, even if mature adults have low regret from surgeries and report high levels of satisfaction, this cannot be used to argue that such services are medically necessary for minors.   The goal of the treatment is not "low regret" or "high satisfaction" – other plastic surgery procedures, such as blepharoplasty (eyelid surgery) or facelifts characteristically have low regret and high satisfaction rates as well.  The specific goal of "gender-affirming" treatments, including surgeries, is the improvement of objective

measures of mental health functioning.  NHS England has summarized these goals in an apt way: "Treatment of individuals with gender incongruence/dysphoria … aims to ameliorate the potentially negative impact of gender incongruence/dysphoria on general developmental processes, to support young people and their families in managing the uncertainties inherent in gender identity development and to provide ongoing opportunities for exploration of gender identity" (NHS 2023a).  There is no evidence that irreversible surgery for minors ameliorates the potentially negative impact of gender dysphoria on general development, or that it promotes exploration of a transgender identity.  Instead, arguably it forecloses exploration by making a permanent change to one's body.  This is the reason why none of the aforementioned European health authorities recommend gender related surgery to youth under 18.

93.     In summary, the current evidence base regarding surgeries is insufficient to determine whether they lead to significant positive effects on mental health outcomes (including suicidality) in individuals with gender dysphoria.  Furthermore, it is impossible to determine whether any effects would be more or less beneficial than those from non-hormonal therapies (counseling).  However, it is certain that minors and young individuals who undergo medical and surgical transition will become sterilized, an outcome deemed unacceptable except in dire or otherwise life-threatening circumstances.

**Commentary on Additional Relevant Studies Released Since Publication of the Brignardello-Peterson Review (5/16/2022)**

94.     An examination of the medical literature indicates that subsequent to the publication of the Brignardello-Peterson review and up until the completion of my report, no studies have been published which would change the outcomes of the systematic

34

reviews conducted and analyzed to date.  To underscore this point, findings from only one of two potential study designs could prompt a reclassification of the findings of the systematic reviews thus far, in a manner that could support medical and surgical interventions in individuals under the age of 26.  These are: (1) a *controlled* trial where hormone therapies and surgeries are compared to an absence of such interventions; or (2) an observational trial demonstrating a *substantial* treatment effect. As it stands, neither of these study types has been published since completion of the Brignardello-Peterson review.

95.    Additionally, the UK's National Institute for Health and Care Excellence (NICE) conducted an updated search on July 7, 2023, for any studies that might alter the conclusions of *their* 2020 systematic reviews on puberty blockers.  To restate, the reviews found no evidence of improvements in mental health resulting from puberty suppression.  The updated literature search and subsequent analysis by NHS England did not reveal any new study findings that modify the conclusions of the original NICE systematic reviews of evidence (NHS England 2023d) .

96.    It is worth commenting on one study published in the last year that has garnered much discussion.  It is a two-year, NIH-funded observational study that explored the impacts of puberty blockers and cross-sex hormones on patients aged 12 to 20.  This investigation revealed changes in depression, anxiety, and life satisfaction that were clinically inconsequential.  It is also essential to note that, tragically, two patients completed suicide during the course of this study.  Due to the absence of a control group and incidents of loss to follow-up, it is not possible to ascertain whether any changes in mental health resulting from hormonal therapies or surgeries occurred, the potential

causes for such changes, if they did occur, nor how these might compare to a cohort of patients not undergoing hormonal treatments (Chen et al. 2023).  Consequently, this type of study did not offer any additional meaningful insights regarding the mental health effects of puberty blockers and cross-sex hormones.  Instead, it serves to heighten concerns regarding the absence of clinically significant treatment effects from interventions with known adverse outcomes, especially given the rate of suicide observed in this study is >40 times higher than would be expected in a general population of youth.

### How Do Systematic Review Translate into Clinical Practice Guidelines?

97.      Guideline creators must translate the degree of confidence in the effects of medical interventions into recommendations for or against these interventions.

98.      High or moderate confidence in an intervention's positive effects typically prompts a strong recommendation. This occurs when benefits decidedly outweigh harms, and when nearly all fully informed patients would make the same choice, thus justifying the intervention (Guyatt 2014).

99.      Contrarily, when confidence in an intervention's positive effects is low or very-low, and the balance between benefits and harms is ambiguous or contested among fully informed patients, a weak recommendation is typically put forward.  In these scenarios, patient values and preferences, along with the intervention's cost, bear significantly on the decision to employ the intervention (Guyatt 2014).

100.      In situations marked by uncertain benefit but high confidence in harm, a strong recommendation against the intervention is warranted (Guyatt 2014).

101.      This last scenario is pertinent to the medical and surgical transition of young people.  As per the current guidelines of the Endocrine Society, complete medical and

surgical transition results in an individual's sterilization—an irreversible harm in a minor barring life-threatening circumstances.

102.    Although medical and surgical transitions have been posited as life-saving, I've demonstrated above how comprehensive systematic reviews of the medical literature have not corroborated these claims.  Medical and surgical transitions have not been shown to reduce mortality rates.  When the potential benefit is uncertain and the risk of harm is high, clinicians, guideline creators, and health authorities are obligated to recommend against such interventions.

103.    In the context of clinical interventions, it is important to explain that there can be circumstances where low-quality evidence *can* lead to a strong recommendation for a particular treatment.  This typically occurs when an observational study reveals *substantial* treatment effects.  For instance, controlled trials comparing outcomes in patients with type 1 diabetes receiving insulin versus those not receiving insulin are not necessary to make a strong recommendation for insulin usage in such patients, and would be unethical.  The reason is that observations of patients with type 1 diabetes treated with insulin showed immediate life-saving effects.  In contrast, large treatment effects (clinically significant and sustained improvements in mental health, including suicidality) derived from observational trials in minors and young adults–which could potentially justify the use of hormones and surgeries for gender dysphoria–have not been demonstrated.

104.    One might then ask, have there been observable and substantial positive effects of hormonal and surgical interventions in *adults* who have undergone long-term treatment?  If so, such effects might suggest that initiating similar treatments during

childhood could be reasonably expected to lead to enhancements in mental health outcomes later in life, and could influence adolescent guidelines.

105.     The answer to this question is no. There is an absence of evidence indicating clinically significant positive impacts in adults. Notably, the suicide rates among individuals with gender dysphoria who have sought to alleviate their distress with hormonal and surgical interventions remain alarmingly high (Dhejne et al. 2011).

106.     The most compelling lack of improvement in mental health in adults comes from an above mentioned (paragraph 14) landmark long-term study analyzing over a decade of follow-up data from the Swedish healthcare registry: there was no discernible evidence of benefits derived from medical or surgical transition (Bränström and Pachankis 2020). The initial publication was marred by multiple methodological inaccuracies, which were subsequently corrected following a reanalysis.  This intervention was instigated by a series of letters to the editor from concerned clinicians and researchers, including myself (Malone and Roman 2020; Ring and Malone 2020; Van Mol et al. 2020; D. Curtis 2020; Wold 2020; Landen 2020). The lack of a discernible treatment effect in the corrected study stunned the field of gender medicine and has far-reaching implications for the way we think about gender transition.  It is unlikely that a randomized trial comparing hormonal and surgical interventions to non-intervention will ever be conducted as it would be difficult in today's environment to find patients willing to participate in such a trial.  Therefore, treatment effects must be discerned from observational studies, such as the one conducted by Bränström and Pachankis.  If any treatment effect were to be observed, it would likely be in a country like Sweden, due to its centralized healthcare registry (thus reducing loss to follow-up), and the widespread societal acceptance of

individuals who have undergone transition.  The fact that no treatment effect was observed under these optimal conditions suggests that medical and surgical transitions are unlikely to yield any generalizable positive treatment effects on mental health.  While medical transition may persist as an on-demand, non-evidence-based body modification procedure, similar to other cosmetic interventions, the current totality of evidence indicates it cannot currently be regarded as a viable strategy for improving the mental health of patients suffering from gender dysphoria.

107.        Likewise, a systematic review conducted by the Center for Medicare and Medicaid in 2016 did not show positive impacts of hormonal or surgical interventions in Medicare age adults (Syrek Jensen et al. 2016).  Consequently, the Center for Medicare and Medicaid Services recommended against the routine use of hormonal or surgical interventions for Medicare recipients, and that position has not changed.  In an extraordinary commentary, the systematic reviewers expressed concern that the high long-term suicide rate among individuals who had undergone gender transitions makes it possible that the surgical procedures themselves were *contributing* to elevated suicide risk.

108.        In conclusion, after a thorough evaluation of the existing body of evidence through the systematic review process, guideline authors should assess the certainty of benefits and harms, solicit values and preferences from pertinent stakeholders when appropriate (including patients and healthcare economists), and then formulate a recommendation based on the strength of the evidence.

**The Endocrine Society Guidelines Are Fundamentally Flawed**

109.     Unfortunately, the normative guideline process was not adhered to by the authors of the Endocrine Society guidelines (Hembree et al. 2017).  Deviating from this well-established guideline development process has placed patients at risk of harm, especially in the case of minors and young adults.

110.     During the course of their 2017 guideline development, The Endocrine Society did not perform themselves nor commission others to perform systematic reviews evaluating the mental health impacts of puberty blockers, cross-sex hormones or surgeries on young people.  They therefore had no reliable basis upon which to make any recommendation about treatment.  This is a stunning failure of the organization on such a critically important topic.  It is important to note that the Endocrine Society guidelines carry the most weight for clinicians, usually endocrinologists, making decisions about whether or not to administer hormones to patients with gender dysphoria.

111.     In place of the usual systematic reviews to assess the benefits, the guideline authors relied primarily upon two observational studies (Annelou L.C. de Vries et al. 2011; A. L. C. de Vries et al. 2014) completed more than 9 years ago in the Netherlands (the home of the so-called Dutch protocol).  Those studies have been found to suffer from serious methodological shortcomings calling into question the results (Abbruzzese, Levine, and Mason 2023).  These studies showed young patients were generally satisfied with the way their bodies looked shortly after completing medical transition, but that these modifications to appearance did not result in any clinically reliable or meaningful improvements in mental health.  The studies were marred by selection bias (only the most physically and mentally mature youth who completed the puberty blocker intervention

were included in the final analysis), and the reported disappearance of gender dysphoria has been completely invalidated due to the methods used to assess gender dysphoria.  The Dutch researchers themselves, at a WPATH symposium in 2022, noted that while their original patients continued to score low on gender dysphoria, over half reported genital shame, and nearly 25% continued to feel inadequate about their bodies (Abbruzzese, Levine, and Mason 2023).

112.     Additional shortcomings include the fact that psychotherapy was provided to each subject making it impossible to establish effects of hormones and surgeries vs counseling, and harms of transition were not adequately studied or reported on.  Up to 7% of patients suffered severe morbidity or mortality.  All subjects were rendered sterile at the end of the study since their reproductive organs were removed (Abbruzzese, Levine, and Mason 2023).  It is also notable that all but one youth were same-sex attracted (one reported "no attraction").  This raises serious concerns that the study protocol in fact sterilized gay youth.

113.     To reiterate, the Endocrine Society guidelines did not incorporate any systematic reviews looking at mental health outcomes from puberty blockers, cross-sex hormones or surgeries in young people.  One of the systematic reviews that did inform the Endocrine Society guidelines looked at harms from puberty blockers and cross-sex hormones, but it is deeply problematic (Singh-Ospina et al. 2017).  Its analysis of the risks to bone health combined studies on bone health of adults who went through uninterrupted puberty, with only a single study of adolescents on puberty blockers, who had bone density accrual significantly stunted.  Inexplicably, the Endocrine Society then concluded there is

minimal bone health risk for both adolescents and adults, despite this flawed methodology.

114.     Despite lacking any systematic assessment of benefits of medical/surgical transition for adolescents, and despite an insufficient analysis of risks, the Endocrine Society's guideline authors, quite inexplicably, still recommended transitions.  In doing so, they stated that they prioritized cosmetic changes to the body over potential harms:

> "These recommendations place a high value on avoiding an unsatisfactory physical outcome when secondary sex characteristics have become manifest and irreversible, a higher value on psychosocial well-being, and a lower value on avoiding potential harm from early pubertal suppression" (Hembree et al. 2017).

115.     Not only was the *absence* of a substantive basis for these recommendations problematic, but such prioritization is also indefensible under standard guideline development, considering that the sterilization of a young individual is a significant harm.

116.     Should the guideline authors consider the sterilization of a minor to be a negligible harm, their position would diverge sharply from conventional medical ethics and societal norms.  In such circumstances, it becomes incumbent upon clinicians, and healthcare organizations, to dismiss these guidelines, thereby protecting minors from unnecessary sterilization.

117.     One way the Endocrine Society guideline authors avoided acknowledging the substantial harm of puberty blockers and cross-sex hormones is that they assessed the potential benefits and harms of each component of medical and surgical transition independently (again, despite having no foundation upon which to make such assessments).  This misleading approach permitted the treatment of puberty blockers to be viewed as an isolated and somewhat reversible intervention.  For instance, a child

undergoing treatment with puberty blockers for two years would be unlikely to face sterility, hence, when assessed in isolation, the low certainty of the benefits of puberty blockers could appear, at first glance, to be more balanced with the potential harms.

118.  However, it is crucial to consider that the vast majority of children (>95%) treated with puberty blockers progress to cross-sex hormones (Brik et al. 2020; Carmichael et al. 2021; Van Mol et al. 2020).  This progression significantly amplifies the likelihood of sterility, which is a certainty if puberty blockers are initiated in early puberty, as currently recommended by the Endocrine Society guidelines.  Thus, puberty blockers cannot be seen as a stand-alone intervention; they are the initial step in a sequential series of treatments that, if fully pursued, result in sterility.  Therefore, the potential harms of puberty blockers extend beyond the immediate effects of the drug itself: any potential benefits must be evaluated in the context of the full spectrum of potential harms associated with the entire medical transition pathway, the most severe of which for a minor or young person is sterility.

119.  In summary, given that the Endocrine Society guideline authors deviated from standard guideline development processes, seemingly trivialized the significance of sterilizing a minor, and moreover evaluated each stage of transition in isolation versus in aggregate, it is imperative that clinicians, healthcare organizations, and insurance providers do not rely on the assurances implied by these guidelines that the benefits of these interventions outweigh the risks.

## The WPATH Guidelines Are Even More Troubled

120.     The guidelines of the World Professional Association for Transgender Health (WPATH) also notably deviate from the principles of evidence-based medicine.  Instead, they promote access to hormones and surgeries, anchored solely on the concepts of "bodily autonomy and self-determination."  Their objective is to facilitate "lasting personal comfort with their gendered selves," with the intent to "optimize physical health, psychological well-being, and self-fulfillment" (Coleman et al. 2022).  Alarmingly, the most updated guidelines have expunged the ethics chapter and minimum age requirements for hormonal or surgical interventions. They also introduce eunuch identities (males desiring to remove their genitalia) as a valid gender identity for a minor, and endorse a number of non-binary (neither male nor female) procedures (such as construction of a neo-vagina while retaining a penis, or modification of the appearance of female breasts using nipple repositioning to look as though they were enlarged breast on a male), as medically necessary.  Access to hormones and surgeries are labeled as necessary independent of the presence of gender dysphoria.

121.     Specifically regarding adolescent treatment, the WPATH guidelines make the erroneous claim that the scarcity of studies on adolescents renders a systematic review impossible.  This assertion is fundamentally incorrect.  First, as demonstrated by the UK, Swedish, and Finnish systematic reviews of evidence, as well as the review commissioned by WPATH itself (Baker et al. 2021), such systematic reviews demonstrably can be done.  Second, even if few relevant studies exist, this paucity is not a valid reason to forgo a review.  Even "empty reviews," characterized by the absence of relevant studies, play a crucial role in evidence-based medicine, as they signal to

decision-makers the gaps in knowledge regarding a particular medical area (Gray 2021). Systematic reviews function not only to highlight what is known about a particular subject but also to identify what remains unexplored.

122.     Analogous to the Endocrine Society guidelines, the absence of systematic reviews on mental health outcomes in adolescents inhibits the WPATH guideline authors from performing an adequate risk versus harm analysis, and thereby precluded evidence-based recommendations for adolescents.  A systematic review (Baker et al. 2021) examining the effects of hormones on quality of life (QoL), depression, anxiety, and suicide on people of *all* ages is referenced in the WPATH 8 Guidelines.   Its findings were consistent with other systematic reviews in this area: low certainty of evidence for QoL, depression, and anxiety, and inconclusive evidence regarding suicide.

123.     In conclusion, the WPATH guidelines, erroneously and ambitiously labeled as a "standard of care," are anything but in the traditional definition of the term.  The authors did not adhere to the rigorous evidence review process essential for determining the potential benefits versus harms of interventions.  As such, the WPATH guidelines as well cannot serve as a reliable source for clinicians to ensure the safety of their patients, particularly minors and young people.

**European Countries Have Disregarded US Guidelines and Move Away from Youth Gender Transitions, Advocating Psycho-social Support (Counseling), as First Line Therapy**

124.     Several progressive European countries with an extensive history in treating youth with gender dysphoria have significantly adjusted their approach in light of recent developments.  Upon reviewing the accumulated data (via systematic reviews), these

nations – guided by the principles of evidence-based medicine – have concluded that the evidence to support such interventions is insufficient to substantiate their use in general medical practice.  This development has led to the adoption of a much more cautious approach, wherein such interventions are categorized as medical experiments to be conducted only within rigorously controlled research settings and under tightly restricted eligibility criteria.  The effect of this change will be a dramatic reduction in the number of adolescent transitions.

125.     In 2020, Finnish clinicians reported that adolescents grappling with co-existing mental health conditions displayed no notable improvement post-hormonal interventions (Kaltiala et al. 2020).  A systematic review of evidence (Pasternack et al. 2019) led to a decisive move in July 2020.  The Finnish Health Authority (PALKO/COHERE 2020) issued guidelines recommending psychotherapy as the first line treatment for youth experiencing gender dysphoria, while reclassifying hormonal interventions for youth as experimental, and restricting their use to research settings only.  This will likewise dramatically reduce the number of adolescent transitions.

126.     In a similar vein, the Swedish National Board of Health and Welfare (NBHW) updated its service guidelines for the same demographic in December 2022, following a comprehensive review of available evidence published thereafter (Ludvigsson et al. 2023).  The NBHW, based on its assessment of the evidence, concluded that decisions regarding treatment of youth with gender dysphoria are influenced by low-quality evidence.  It further noted that the potential risks associated with hormonal interventions outweighed the potential benefits at the population level, resulting in the elevation of psychological and psychiatric care as the first-line therapy.

127.     England's National Health Service (NHS), after conducting its systematic reviews

("UK NICE Puberty Blockers" 2020; "UK NICE Cross-Sex Hormones" 2020), is

shutting down its leading gender clinic due to concerns over child safeguarding (*BBC*

*News* 2022).  The NHS is progressively moving away from the gender-affirmative care

model, opting instead for a model grounded in developmental understanding that

emphasizes psychoeducation and psychotherapy.  The administration of puberty blockers

will be restricted to research settings, and the social transition of prepubertal children is

now regarded as a psychosocial intervention carrying inherent risks (NHS 2023c).  The

latest NHS guidance on the use of puberty blockers states:

> "NHS England has carefully considered the evidence review conducted by NICE,
> any subsequent evidence found in the follow up literature surveillance, further
> evidence suggested during stakeholder testing as well as the interim
> recommendations of the Cass Review and has concluded that there is not enough
> evidence to support the safety, clinical effectiveness and cost effectiveness of PSH
> [puberty suppressing hormones] to make the treatment routinely available at this
> time" (NHS England 2023c).

128.     In March 2023, the Norwegian Healthcare Investigation Board (Ukom) stated

that the evidence supporting the use of puberty blockers and cross-sex hormone

treatments in adolescents was inadequate, particularly considering the increasing number

of teenagers seeking interventions for gender dysphoria.  Ukom classified puberty

blockers and cross-sex hormone interventions as experimental/investigational, thereby

advocating for an overhaul of national guidelines to better safeguard patients and guide

clinicians ("Patient Safety for Children and Young People with Gender Incongruence"

2023).

129.     The Journal of the Danish Medical Association recently confirmed that Denmark

has experienced a significant shift in that country's approach to youth with gender

dysphoria (Sundhedsfaglige 2022).  In 2018, the Denmark's central gender clinic was medically transitioning 65% of youth referred to their center.  By contrast, in 2022, only 6% of the referred youth were medically transitioned.  The majority of youth experiencing gender distress are now treated with supportive counseling.  This dramatic reversal in practice patterns is described by the gender clinicians themselves:  they express concerns about the growing numbers of individuals who detransition (indicating that a cross-gender identity is not fixed), a lack of comprehension regarding the rapid increase in referrals (especially among females), a high prevalence of co-morbid mental health diagnoses among referred patients, and apprehension that social influence is driving the swift escalation in referrals.

130.    These developments underscore a pivotal shift in four forward-thinking European countries.  They collectively acknowledge the transition of youth based on low-quality evidence has great potential to cause patient harm.  These reversals in European medical practice underscore the inherent complexities and ethical dilemmas associated with offering profound, life-altering interventions to minors.  The context of these decisions is one of limited comprehension of the sudden epidemiological shifts within the population seeking care, increasing instances of detransition, and substantial uncertainty regarding long-term outcomes.  It light of these practice reversals in European countries, concerns raised by physicians, healthcare authorities and policymakers about U. S. practice patterns are entirely justified.

**Emerging Signs of Harm from Hormones and Surgeries in Minors and Young Adults**

131.     An increasing number of people are coming forward expressing regret over their

transitions (Jorgensen 2023).  This is not surprising, as a recent interview study of

adolescents who underwent transition found most adolescents could not understand the

impact that transition would have on their future fertility and romantic relationships, and

as such did not weigh these two factors heavily in their decision to initiate medical

transition with puberty blockers (Vrouenraets et al. 2022).  One adolescent in the study

noted: "Of course, I was very young at the time…it was more like: 'I have to do it, I have

to do it.' Did I think it through [what the treatment with puberty suppression and its

(possible) consequences entailed]?  No."

132.     The maturation of human brain function, including executive functioning, is an

established element of human development that is not fully achieved until roughly the

age of 25.  Adolescents, when faced with personal decisions, tend to rely more on

emotional responses than cognitive reasoning and are significantly influenced by their

peer group (Casey, Jones, and Hare 2008).

133.     Historically, at a time when access to hormones and surgeries was more

stringently regulated, regret rates were reported as low.  However, most studies

investigating regret suffer from significant limitations due to high rates of loss to follow-

up, which would skew true estimates.  For instance, one of the most frequently cited

studies on post-transition regret saw a loss to follow-up rate of 36% (C. M. Wiepjes et al.

2020).  A loss to follow-up rate exceeding 5-10% can considerably undermine the

validity of study results.  If the individuals lost to follow-up were disproportionately

unsatisfied with their transition or had succumbed to suicide, this would dramatically bias the study's results (Kristman, Manno, and Côté 2004).

134.     With the current ease of access to hormones and surgeries at increasingly younger ages, it would be logical to expect regret rates higher than those previously recorded.  However, we lack robust data on regret that includes the newly emerging cohort of predominantly adolescent females with no childhood onset of gender dysphoria. Estimates suggest that up to 30% of individuals discontinue hormone therapy within five years of initiation (Boyd, Hackett, and Bewley 2022; Roberts et al. 2022; Hall, Mitchell, and Sachdeva 2021) a figure which is not synonymous with regret, but nonetheless raises important questions as these interventions are intended to be lifelong.

135.     A comprehensive analysis was conducted on a sample group of 100 individuals who chose to discontinue hormone treatments or pursue surgical reversals – a process known as 'detransitioning' (Littman 2021).  The results indicated that nearly half of the participants expressed profound remorse concerning their initial transition.  Notably, the predominant rationale for detransition among this cohort was an evolved understanding and acceptance of the inherent diversity in gender roles.  Specifically, they recognized that both males and females can manifest a broad spectrum of personalities and prefer a wide array of professional and social roles.  This realization led to a greater comfort level with their original biological sex, triggering the desire for detransition.

136.     In summary, there is a conspicuous absence of robust data regarding detransition and regret.  The most comprehensive long-term analysis of mental health outcomes post-transition does not indicate any marked improvements, and the average time period leading to regret has been found to be approximately ten years ("Correction to Bränström

and Pachankis" 2020; Chantal M. Wiepjes et al. 2018).  Given the sharp increase in the

number of adolescents seeking gender transitions beginning in 2014-2015, it can be

reasonably projected that there will be a significant uptick in the next five years in the

number of individuals who, due to a lack of improvement in their mental health, will

experience regret about their transition, regardless of whether they choose to detransition

or not.


### Has Medicine Been Wrong Before?

137.    The history of medicine is replete with instances of practice reversals—cases

where established medical interventions were later discredited. In fact, one could posit

that such reversals are more the norm than the exception in the annals of medicine.

138.    A study published in 2019 scrutinized medical reversals that took place between

2003 and 2017, solely within three major medical journals (Herrera-Perez et al. 2019).

These reversals were diverse, spanning a range of medical fields and intervention types.

They included altered recommendations for neonatal Vitamin A supplementation, the use

of compression stockings in reducing post-stroke blood clot incidents, mammogram

screening for women aged between 40 and 50, hormone replacement therapy in post-

menopausal women, and reconsideration of gloves and gowns practices used to deter

antibiotic-resistant bacteria in hospital environments.  Other reversals involved the use of

external hip protectors in mitigating fractures, nicotine replacement therapy during

pregnancy for smoking cessation, steroids for spinal stenosis surgery and surgery

compared to physical therapy for meniscal tears.

139.     Perhaps the most notable practice change in recent history involves the prescribing of opioids for pain control.  The opioid crisis, a public health crisis that has devastated communities across the United States, was inextricably linked to the role of physicians in overprescribing opioid pain medications.  Medical societies were also instrumental in pushing opioid prescribing.  Initially, long-acting versions of these potent drugs were perceived as effective, non-addictive solutions to manage chronic and severe pain.  This misconception was fueled by aggressive marketing campaigns by pharmaceutical companies, misrepresenting the addictive potential of these new versions of opioids and downplaying their risks.

140.     As a result, physicians began prescribing these medications with increased frequency, leading to an exponential rise in opioid use.  The widespread misuse of these medications subsequently triggered a wave of addiction, overdose, and death, culminating in a full-blown public health crisis.  Studies eventually revealed no superiority in long-term pain control from opioids compared to non-opioid medications, a finding that led to changes in practice patterns.  Unfortunately, these changes came far too late.  There are striking parallels between the physician-driven crisis of the opioid epidemic and the current widespread use of puberty blockers and cross-sex hormones without adequate evidence.

141.     Many of these changes in medical understanding and practice arose in response to the findings of systematic reviews, which indicated that the interventions in question did not yield the anticipated benefits.  These procedures and treatments have thus come to be categorized as low-value medical practices, which can lead to physical and emotional

harm, erode public trust in the medical profession, and entail both opportunity costs and financial burdens.

142.       It is of paramount importance that such practices are identified and reversed, thereby enhancing the overall quality of medical care delivered to patients.  This requires a continuous commitment to scrutinizing and questioning existing practices, accompanied by a readiness to change course when evidence challenges established paradigms.  As history demonstrates, this process of revision and improvement is not an anomaly in medicine, but rather an integral part of its evolution and refinement.

143.       In this context,  European health authorities are responding appropriately by imposing regulatory measures on the use of puberty blockers, cross-sex hormones, and surgeries in young individuals.  In contrast, the inability of U.S. medical societies to correct themselves, effectively promoting an unregulated experiment on youth grappling with gender dysphoria, may constitute one of the most severe scandals in modern medical history.

144.       To exemplify, as described earlier, the president of the Endocrine Society recently promulgated an erroneous statement in a Wall Street Journal editorial.  He suggested that hormones and surgery enhance the well-being and reduce the suicide risk among individuals with gender dysphoria ("Endocrine Society Responds on Gender-Affirming Care - WSJ" 2023).  This statement evoked a sharp critique from 21 expert clinicians and researchers spanning nine countries, including myself.  We emphasized that a systematic review published in the Endocrine Society's own journal on this subject determined that the benefits derived from hormones and surgery are of low or very-low

certainty and additionally pointed out that the systematic review found: "we could not

draw any conclusions about death by suicide" (*Wall Street Journal* 2023).

145.     Additionally, the Endocrine Society has misrepresented their practice guidelines

as "standards of care" ("Position Statement Transgender Health" 2020).  As I have

written previously, "Unlike standards of care, which should be authoritative, unbiased

consensus positions designed to produce optimal outcomes, *practice guidelines* are

suggestions or recommendations to improve care that, depending upon their sponsor, may

be biased" (Malone et al. 2021).  In erroneously labeling their methodologically flawed

practice guidelines as "standards of care," the Endocrine Society falsely suggests a

consensus rooted in evidence-based practices for treating youth with gender dysphoria.

The stark reality, however, is that there is no such consensus on the optimal approach to

this complex issue.  The profound divergence between European and U.S. treatment

strategies for gender-distressed youth is testament to the lack of universally accepted

treatment guidelines.

146.     It should also be noted that there is a significant overlap between the authors of

WPATH (World Professional Association for Transgender Health) guidelines version 7,

which endorsed the practice of widespread adolescent transitions, and the current

Endocrine Society guidelines.  These two organizations and their guidelines, each

purporting to represent standards of care, do not appear to be operating independently of

each other.  Instead, they are seemingly represented by a small group of individuals who

are collectively committed to the promotion of youth gender transitions.

147.     Just earlier this month, the American Academy of Pediatrics voted to reaffirm its

support for hormonal and surgical interventions for minors as the primary treatment

modality, choosing to ignore the results of the existing systematic reviews of evidence, and disregarding the changes in the practices of its European counterparts who are acting on these results (American Academy of Pediatrics (AAP) 2023).

148.     At the same time, the AAP conceded that a systematic review of evidence is needed and will be commissioned.  However, as noted above, in its press release, the AAP paradoxically expressed confidence that the systematic review of evidence it plans to commission will exonerate their decision to continue to promote the hormonal and surgical "gender affirmation" of minors.  Not only is it wrong to enter into a research inquiry with a pre-formed conclusion in mind, but such a statement raises concerns that the AAP does not intend to run a trustworthy process.  What adds to the concern is the AAP statement that they commissioned the systematic review not to pursue evidence-based medicine, but to influence a political process: "the decision to authorize a systematic review reflects the board's concerns about restrictions to access to health care with bans on gender-affirming care in more than 20 states."  The AAP is clearly committed to ensuring that hormonal and surgical transition of youth remains the main treatment modality for gender-distressed youth in the US, and shows little regard for evidence-based medicine.

## Conclusion

149.     In conclusion, The Endocrine Society, the AAP and WPATH have failed to follow normative guideline development processes, which has resulted in the generation of guidance that does not appropriately weigh the low or very-low certainty of mental health improvements against the certain risk of threats to fertility.  In contrast to European countries that are restricting youth transition because of a paucity of evidence

of mental health benefits, U.S. medical societies are insisting a consensus exists on best treatment and misrepresenting their guidance as "standards of care."  Evidence exists that harm from their guidance is occurring, and based on recent statements from the Endocrine Society and AAP leadership, a change of course originating from within those medical organizations is unlikely.  Clinicians and regulatory bodies are justified in their concerns that minors and young people are not being adequately safeguarded against irreversible medical harm.

William J. Malone, M.D.

Date: 08/31/2023

56

"AAP Reaffirms Gender-Affirming Care Policy, Authorizes Systematic Review of Evidence to Guide Update." 2023, August. https://publications.aap.org/aapnews/news/25340/AAP-reaffirms-gender-affirming-care-policy.

Abbruzzese, E., Stephen B. Levine, and Julia W. Mason. 2023. "The Myth of 'Reliable Research' in Pediatric Gender Medicine: A Critical Evaluation of the Dutch Studies—and Research That Has Followed." *Journal of Sex & Marital Therapy*, January, 1–27. https://doi.org/10.1080/0092623X.2022.2150346.

Allison, Stephen, Megan Warin, and Tarun Bastiampillai. 2014. "Anorexia Nervosa and Social Contagion: Clinical Implications." *Australian & New Zealand Journal of Psychiatry* 48 (2): 116–20. https://doi.org/10.1177/0004867413502092.

Alzahrani, Talal, Tran Nguyen, Angela Ryan, Ahmad Dwairy, James McCaffrey, Raza Yunus, Joseph Forgione, et al. 2019. "Cardiovascular Disease Risk Factors and Myocardial Infarction in the Transgender Population." Circulation: Cardiovascular Quality and Outcomes 12 (4). https://doi.org/10.1161/CIRCOUTCOMES.119.005597.

"AMA Strengthens Its Policy on Protecting Access to Gender-Affirming Care." 2023. June 2023. https://www.endocrine.org/news-and-advocacy/news-room/2023/ama-gender-affirming-care.

American Medical Association (AMA). 2022. "Issue brief: LGBTQ change efforts (so-called "conversion therapy")." https://www.ama-assn.org/system/files/conversion-therapy-issue-brief.pdf

Baker, Kellan E, Lisa M Wilson, Ritu Sharma, Vadim Dukhanin, Kristen McArthur, and Karen A Robinson. 2021. "Hormone Therapy, Mental Health, and Quality of Life Among Transgender People: A Systematic Review." *Journal of the Endocrine Society* 5 (4): bvab011. https://doi.org/10.1210/jendso/bvab011.

Bangalore Krishna, Kanthi, John S. Fuqua, Alan D. Rogol, Karen O. Klein, Jadranka Popovic, Christopher P. Houk, Evangelia Charmandari, and Peter A. Lee. 2019. "Use of Gonadotropin-Releasing Hormone Analogs in Children: Update by an International Consortium." *Hormone Research in Paediatrics* 91 (6): 357–72. https://doi.org/10.1159/000501336.

*BBC News*. 2022. "NHS to Close Tavistock Child Gender Identity Clinic," July 28, 2022, sec. UK. https://www.bbc.com/news/uk-62335665.

Becerra-Culqui, Tracy A., Yuan Liu, Rebecca Nash, Lee Cromwell, W. Dana Flanders, Darios Getahun, Shawn V. Giammattei, et al. 2018. "Mental Health of Transgender and Gender Nonconforming Youth Compared With Their Peers." *Pediatrics* 141 (5): e20173845. https://doi.org/10.1542/peds.2017-3845.

Bhargava, Aditi, Arthur P Arnold, Debra A Bangasser, Kate M Denton, Arpana Gupta, Lucinda M Hilliard Krause, Emeran A Mayer, et al. 2021. "Considering Sex as a Biological Variable in Basic and Clinical Studies: An Endocrine Society Scientific Statement." *Endocrine Reviews*, March, 2021. https://doi.org/10.1210/endrev/bnaa034.

Biggs, Michael. 2021. "Revisiting the Effect of GnRH Analogue Treatment on Bone Mineral Density in Young Adolescents with Gender Dysphoria." Journal of Pediatric Endocrinology and Metabolism 0 (0): 000010151520210180. https://doi.org/10.1515/jpem-2021-0180.

Biggs, Michael. 2022. "Suicide by Clinic-Referred Transgender Adolescents in the United Kingdom." *Archives of Sexual Behavior*, January. https://doi.org/10.1007/s10508-022-02287-7.

Block, Jennifer. 2023. "Gender Dysphoria in Young People Is Rising—and so Is Professional Disagreement." *BMJ*, February, p382. https://doi.org/10.1136/bmj.p382.

Boyd, Isabel, Thomas Hackett, and Susan Bewley. 2022. "Care of Transgender Patients: A General Practice Quality Improvement Approach." *Healthcare* 10 (1): 121. https://doi.org/10.3390/healthcare10010121.

Bränström, Richard, and John E. Pachankis. 2020. "Reduction in Mental Health Treatment Utilization Among Transgender Individuals After Gender-Affirming Surgeries: A Total Population Study." *American Journal of Psychiatry* 177 (8): 727–34. https://doi.org/10.1176/appi.ajp.2019.19010080.

Bridge, Jeffrey A., Joel B. Greenhouse, Donna Ruch, Jack Stevens, John Ackerman, Arielle H. Sheftall, Lisa M. Horowitz, Kelly J. Kelleher, and John V. Campo. 2020. "Association Between the Release of Netflix's 13 Reasons Why and Suicide Rates in the United States: An Interrupted Time Series Analysis." *Journal of the American Academy of Child & Adolescent Psychiatry* 59 (2): 236–43. https://doi.org/10.1016/j.jaac.2019.04.020.

Brignardello-Peterson, R, and W Wiercioch. 2022. "Effects of Gender Affirming Therapies in People with Gender Dysphoria: Evaluation of the Best Available Evidence." https://ahca.myflorida.com/letkidsbekids/docs/AHCA_GAPMS_June_2022_Attachment_C.pdf.

Brik, Tessa, Lieke J. J. Vrouenraets, Martine C. de Vries, and Sabine E. Hannema. 2020. "Trajectories of Adolescents Treated with Gonadotropin-Releasing Hormone Analogues for Gender Dysphoria." *Archives of Sexual Behavior* 49 (7): 2611–18. https://doi.org/10.1007/s10508-020-01660-8.

Brülde, Bengt. 2001. "The Goals of Medicine. Towards a Unified Theory." *Health Care Analysis* 9 (1): 1–13. https://doi.org/10.1023/A:1011385310274.

Burgart, Alyssa M., Julie Strickland, Dena Davis, Arlene B. Baratz, Katrina Karkazis, and John D. Lantos. 2017. "Ethical Controversy About Hysterectomy for a Minor." *Pediatrics* 139 (6):

e20163992. https://doi.org/10.1542/peds.2016-3992.

Cantor, James M. 2020. "Transgender and Gender Diverse Children and Adolescents: Fact-Checking of AAP Policy." *Journal of Sex & Marital Therapy* 46 (4): 307–13. https://doi.org/10.1080/0092623X.2019.1698481.

Carmichael, Polly, Gary Butler, Una Masic, Tim J. Cole, Bianca L. De Stavola, Sarah Davidson, Elin M. Skageberg, Sophie Khadr, and Russell M. Viner. 2021. "Short-Term Outcomes of Pubertal Suppression in A selected Cohort of 12 to 15 Year Old Young People with Persistent Gender Dysphoria in the UK." Edited by Geilson Lima Santana. *PLOS ONE* 16 (2): e0243894. https://doi.org/10.1371/journal.pone.0243894.

Casey, B. J., Rebecca M. Jones, and Todd A. Hare. 2008. "The Adolescent Brain." *Annals of the New York Academy of Sciences* 1124 (March): 111–26. https://doi.org/10.1196/annals.1440.010.

Centers for Disease Control and Prevention (CDC). 2023. "Youth Risk Behavior Surveillance — United States, 2021. Morbidity and Mortality Weekly Report." 72 (1).

Chen, Diane, Johnny Berona, Yee-Ming Chan, Diane Ehrensaft, Robert Garofalo, Marco A. Hidalgo, Stephen M. Rosenthal, Amy C. Tishelman, and Johanna Olson-Kennedy. 2023. "Psychosocial Functioning in Transgender Youth after 2 Years of Hormones." *New England Journal of Medicine* 388 (3): 240–50. https://doi.org/10.1056/NEJMoa2206297.

Clayton, Alison. 2021. "The Gender Affirmative Treatment Model for Youth with Gender Dysphoria: A Medical Advance or Dangerous Medicine?" *Archives of Sexual Behavior*, November. https://doi.org/10.1007/s10508-021-02232-0.

Clayton, Alison. 2022. "Gender-Affirming Treatment of Gender Dysphoria in Youth: A Perfect Storm Environment for the Placebo Effect—The Implications for Research and Clinical Practice." *Archives of Sexual Behavior*, November. https://doi.org/10.1007/s10508-022-02472-8.

"Cochrane Handbook for Systematic Reviews of Interventions." n.d. Accessed October 21, 2021. https://training.cochrane.org/handbook/current.

Cohen-Kettenis, Peggy T., and Stephanie H.M. Van Goozen. 1997. "Sex Reassignment of Adolescent Transsexuals: A Follow-up Study." *Journal of the American Academy of Child & Adolescent Psychiatry* 36 (2): 263–71. https://doi.org/10.1097/00004583-199702000-00017.

Cohn, J. 2022. "Some Limitations of 'Challenges in the Care of Transgender and Gender-Diverse Youth: An Endocrinologist's View.'" *Journal of Sex & Marital Therapy*, December, 1–17. https://doi.org/10.1080/0092623X.2022.2160396.

Coleman, E., A. E. Radix, W. P. Bouman, G. R. Brown, A. L. C. de Vries, M. B. Deutsch, R. Ettner, et al. 2022. "Standards of Care for the Health of Transgender and Gender Diverse

People, Version 8." *International Journal of Transgender Health* 23 (sup1): S1–259. https://doi.org/10.1080/26895269.2022.2100644.

"Correction to Bränström and Pachankis." 2020. *American Journal of Psychiatry* 177 (8): 734–734. https://doi.org/10.1176/appi.ajp.2020.1778correction.

Curtis, David. 2020. "Study of Transgender Patients: Conclusions Are Not Supported by Findings." *American Journal of Psychiatry* 177 (8): 766–766. https://doi.org/10.1176/appi.ajp.2020.19111131.

Curtis, Kathryn M., Anshu P. Mohllajee, and Herbert B. Peterson. 2006. "Regret Following Female Sterilization at a Young Age: A Systematic Review." *Contraception* 73 (2): 205–10. https://doi.org/10.1016/j.contraception.2005.08.006.

Dahl, Marshall, Jamie L. Feldman, Joshua M. Goldberg, and Afshin Jaberi. 2006. "Physical Aspects of Transgender Endocrine Therapy." *International Journal of Transgenderism* 9 (3–4): 111–34. https://doi.org/10.1300/J485v09n03_06.

Dhejne, Cecilia, Paul Lichtenstein, Marcus Boman, Anna L. V. Johansson, Niklas Långström, and Mikael Landén. 2011. "Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden." Edited by James Scott. *PLoS ONE* 6 (2): e16885. https://doi.org/10.1371/journal.pone.0016885.

"Endocrine Society Responds on Gender-Affirming Care - WSJ." 2023. July 2023. https://www.wsj.com/articles/trans-gender-affirming-care-endocrine-society-evidence-fdb8562c?mod=article_inline.

Expósito-Campos, Pablo, and Roberto D'Angelo. 2021. "Letter to the Editor: Regret after Gender-Affirmation Surgery: A Systematic Review and Meta-Analysis of Prevalence." *Plastic and Reconstructive Surgery - Global Open* 9 (11): e3951. https://doi.org/10.1097/GOX.0000000000003951.

Giovanardi, Guido. 2017. "Buying Time or Arresting Development? The Dilemma of Administering Hormone Blockers in Trans Children and Adolescents:" *Porto Biomedical Journal* 2 (5): 153–56. https://doi.org/10.1016/j.pbj.2017.06.001.

Gray, Richard. 2021. "Empty Systematic Reviews: Identifying Gaps in Knowledge or a Waste of Time and Effort?" *Nurse Author & Editor* 31 (2): 42–44. https://doi.org/10.1111/nae2.23.

Guyatt, Gordon. 2014. *Users' Guides to the Medical Literature: A Manual for Evidence-Based Clinical Practice, 3E.* McGraw Hill Professional.

Hahn, Andreas, Georg S. Kranz, Ronald Sladky, Ulrike Kaufmann, Sebastian Ganger, Allan Hummer, Rene Seiger, et al. 2016. "Testosterone Affects Language Areas of the Adult Human Brain: Testosterone Affects Language Areas." *Human Brain Mapping* 37 (5): 1738–48. https://doi.org/10.1002/hbm.23133.

Hall, R., L. Mitchell, and J. Sachdeva. 2021. "Access to Care and Frequency of Detransition among a Cohort Discharged by a UK National Adult Gender Identity Clinic: Retrospective Case-Note Review." *BJPsych Open* 7 (6): e184. https://doi.org/10.1192/bjo.2021.1022.

Hembree, Wylie C, Peggy T Cohen-Kettenis, Louis Gooren, Sabine E Hannema, Walter J Meyer, M Hassan Murad, Stephen M Rosenthal, Joshua D Safer, Vin Tangpricha, and Guy G T'Sjoen. 2017. "Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society* Clinical Practice Guideline." *The Journal of Clinical Endocrinology & Metabolism* 102 (11): 3869–3903. https://doi.org/10.1210/jc.2017-01658.

Herrera-Perez, Diana, Alyson Haslam, Tyler Crain, Jennifer Gill, Catherine Livingston, Victoria Kaestner, Michael Hayes, Dan Morgan, Adam S Cifu, and Vinay Prasad. 2019. "A Comprehensive Review of Randomized Clinical Trials in Three Medical Journals Reveals 396 Medical Reversals." *ELife* 8 (June): e45183. https://doi.org/10.7554/eLife.45183.

Heyman, Isobel, Holan Liang, and Tammy Hedderly. 2021. "COVID-19 Related Increase in Childhood Tics and Tic-like Attacks." *Archives of Disease in Childhood*, March. https://doi.org/10.1136/archdischild-2021-321748.

Hisle-Gorman, Elizabeth, Natasha A. Schvey, Terry A. Adirim, Anna K. Rayne, Apryl Susi, Timothy A. Roberts, and David A. Klein. 2021. "Mental Healthcare Utilization of Transgender Youth Before and After Affirming Treatment." *The Journal of Sexual Medicine*, July, S1743609521005208. https://doi.org/10.1016/j.jsxm.2021.05.014.

"Home | Agency for Healthcare Research and Quality." n.d. Accessed August 5, 2023. https://www.ahrq.gov/.

Hutchinson, Anna, Melissa Midgen, and Anastassis Spiliadis. 2020. "In Support of Research Into Rapid-Onset Gender Dysphoria." *Archives of Sexual Behavior* 49 (1): 79–80. https://doi.org/10.1007/s10508-019-01517-9.

"Interim Clinical Policy: Puberty Suppressing Hormones for Children and Adolescents Who Have Gender Incongruence/Dysphoria - NHS England - Citizen Space." 2023. 2023. https://www.engage.england.nhs.uk/consultation/puberty-suppressing-hormones/.

Jackson, Daniel. 2023. "Suicide-Related Outcomes Following Gender-Affirming Treatment: A Review." *Cureus*, March. https://doi.org/10.7759/cureus.36425.

Johns, Michelle M., Richard Lowry, Jack Andrzejewski, Lisa C. Barrios, Zewditu Demissie, Timothy McManus, Catherine N. Rasberry, Leah Robin, and J. Michael Underwood. 2019. "Transgender Identity and Experiences of Violence Victimization, Substance Use, Suicide Risk, and Sexual Risk Behaviors Among High School Students - 19 States and Large Urban School Districts, 2017." *MMWR. Morbidity and Mortality Weekly Report* 68 (3): 67–71. https://doi.org/10.15585/mmwr.mm6803a3.

Joint, R, Ze Chen, and S Cameron. 2018. "Breast and Reproductive Cancers in the Transgender

Population: A Systematic Review." BJOG: An International Journal of Obstetrics & Gynaecology 125 (12): 1505–12. https://doi.org/10.1111/1471-0528.15258.

Jorgensen, Sarah C. J. 2023. "Transition Regret and Detransition: Meanings and Uncertainties." *Archives of Sexual Behavior*, June. https://doi.org/10.1007/s10508-023-02626-2.

"Journal of Clinical Epidemiology Series." n.d. Cochrane Training. Accessed July 27, 2023. https://training.cochrane.org/online-learning/cochrane-methodology/grade-approach/jce-series.

Kaltiala, Riittakerttu, Elias Heino, Marja Työläjärvi, and Laura Suomalainen. 2020. "Adolescent Development and Psychosocial Functioning after Starting Cross-Sex Hormones for Gender Dysphoria." *Nordic Journal of Psychiatry* 74 (3): 213–19. https://doi.org/10.1080/08039488.2019.1691260.

Kaltiala-Heino, Riittakerttu, Hannah Bergman, Marja Työläjärvi, and Louise Frisen. 2018. "Gender Dysphoria in Adolescence: Current Perspectives." *Adolescent Health, Medicine and Therapeutics* Volume 9 (March): 31–41. https://doi.org/10.2147/AHMT.S135432.

Kristman, Vicki, Michael Manno, and Pierre Côté. 2004. "Loss to Follow-up in Cohort Studies: How Much Is Too Much?" *European Journal of Epidemiology* 19 (8): 751–60. https://doi.org/10.1023/b:ejep.0000036568.02655.f8.

Landen, M. 2020. "The Effect of Gender-Affirming Treatment on Psychiatric Morbidity Is Still Undecided | American Journal of Psychiatry." 2020. https://ajp.psychiatryonline.org/doi/full/10.1176/appi.ajp.2020.19111165.

Laidlaw, Michael K, Quentin L Van Meter, Paul W Hruz, Andre Van Mol, and William J Malone. 2019. "Letter to the Editor: 'Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline.'" The Journal of Clinical Endocrinology & Metabolism 104 (3): 686–87. https://doi.org/10.1210/jc.2018-01925.

Levine, Stephen B., E. Abbruzzese, and Julia W. Mason. 2022. "Reconsidering Informed Consent for Trans-Identified Children, Adolescents, and Young Adults." *Journal of Sex & Marital Therapy* 48 (7): 706–27. https://doi.org/10.1080/0092623X.2022.2046221.

Littman, Lisa. 2018. "Parent Reports of Adolescents and Young Adults Perceived to Show Signs of a Rapid Onset of Gender Dysphoria." Edited by Daniel Romer. *PLOS ONE* 13 (8): e0202330. https://doi.org/10.1371/journal.pone.0202330.

Littman, Lisa. 2021. "Individuals Treated for Gender Dysphoria with Medical and/or Surgical Transition Who Subsequently Detransitioned: A Survey of 100 Detransitioners." *Archives of Sexual Behavior* 50 (8): 3353–69. https://doi.org/10.1007/s10508-021-02163-w.

Loos, Maria A T C van der, Daniel T Klink, Sabine E Hannema, Sjoerdje Bruinsma, Thomas D

Steensma, Baudewijntje P C Kreukels, Peggy T Cohen-Kettenis, Annelou L C de Vries, Martin den Heijer, and Chantal M Wiepjes. 2023. "Children and Adolescents in the Amsterdam Cohort of Gender Dysphoria: Trends in Diagnostic- and Treatment Trajectories during the First 20 Years of the Dutch Protocol." *The Journal of Sexual Medicine*, January, qdac029. https://doi.org/10.1093/jsxmed/qdac029.

Ludvigsson, Jonas F., Jan Adolfsson, Malin Höistad, Per-Anders Rydelius, Berit Kriström, and Mikael Landén. 2023. "A Systematic Review of Hormone Treatment for Children with Gender Dysphoria and Recommendations for Research." *Acta Paediatrica* n/a (n/a). https://doi.org/10.1111/apa.16791.

Malone, William J, Paul W Hruz, Julia W Mason, and Stephen Beck. 2021. "Letter to the Editor from William J. Malone et al.: 'Proper Care of Transgender and Gender-Diverse Persons in the Setting of Proposed Discrimination: A Policy Perspective.'" *The Journal of Clinical Endocrinology & Metabolism*, March, 2021. https://doi.org/10.1210/clinem/dgab205.

Malone, William J., and Sven Roman. 2020. "Calling Into Question Whether Gender-Affirming Surgery Relieves Psychological Distress." *American Journal of Psychiatry* 177 (8): 766–67. https://doi.org/10.1176/appi.ajp.2020.19111149.

Marchiano, Lisa. 2017. "Outbreak: On Transgender Teens and Psychic Epidemics." *Psychological Perspectives* 60 (3): 345–66. https://doi.org/10.1080/00332925.2017.1350804.

Martínez, Vania, Álvaro Jiménez-Molina, and Mónica M. Gerber. 2023. "Social Contagion, Violence, and Suicide among Adolescents." *Current Opinion in Psychiatry* 36 (3): 237–42. https://doi.org/10.1097/YCO.0000000000000858.

Nahata, Leena, Amy C. Tishelman, Nicole M. Caltabellotta, and Gwendolyn P. Quinn. 2017. "Low Fertility Preservation Utilization Among Transgender Youth." *The Journal of Adolescent Health: Official Publication of the Society for Adolescent Medicine* 61 (1): 40–44. https://doi.org/10.1016/j.jadohealth.2016.12.012.

Nota, Nienke M., Chantal M. Wiepjes, Christel J.M. de Blok, Louis J.G. Gooren, Baudewijntje P.C. Kreukels, and Martin den Heijer. 2019. "Occurrence of Acute Cardiovascular Events in Transgender Individuals Receiving Hormone Therapy: Results From a Large Cohort Study." Circulation 139 (11): 1461–62. https://doi.org/10.1161/CIRCULATIONAHA.118.038584.

NHS England. 2023a. "Interim Policy on Puberty Suppressing Hormones for Gender Incongruence or Dysphoria." https://www.engage.england.nhs.uk/consultation/puberty-suppressing-hormones/

NHS England. 2023b. "Final EHIA Gender Dysphoria Puberty Blockers." https://www.engage.england.nhs.uk/consultation/puberty-suppressing-hormones/user_uploads/final-ehia-gender-dysphoria-puberty-blockers.pdf

NHS England. 2023c. "Interim Service Specification for Specialist Gender Incongruence

Services for Children and Young People." 2023.
https://www.england.nhs.uk/publication/interim-service-specification-for-specialist-gender-incongruence-services-for-children-and-young-people/.

NHS England. 2023d. "Literature Surveillance Report on GnRH Analogues for Children and Adolescents with Gender Dysphoria May 2023."
https://www.engage.england.nhs.uk/consultation/puberty-suppressing-hormones/user_uploads/literature-surveillace-report-on-gnrh-analogues-for-children-and-adolescents-with-gender-dysphoria-may-2023.pdf

NYT 2023. "AAP Evidence Review." Medical Group Backs Youth Gender Treatments, but Calls for Research Review. August 2023. https://www.nytimes.com/2023/08/03/health/aap-gender-affirming-care-evidence-review.html.

O'Rourke, Suzanne. 2020. "The Development of Cognitive and Emotional Maturity in Adolescents and Its Relevance in Judicial Contexts," February, 122.

Palko [Finnish Health Authority / Council for Choices in Health Care in Finland]. 2020. "Finnish_guidelines_minors_2020." Recommendation of the Service Selection Board. https://palveluvalikoima.fi/documents/1237350/22895008/Alaik%C3%A4iset_suositus.pdf/c987a74c-dfac-d82f-2142-684f8ddead64/Alaik%C3%A4iset_suositus.pdf.

Pasternack, Iris, Inka Söderström, Maija Saijonkari, and Marjukka Mäkelä. 2019. "Lääketieteelliset menetelmät sukupuolivariaatioihin liittyvän dysforian hoidossa. Systemaattinen katsaus.  [Medical approaches to treatment of dysphoria related to gender variations. A systematic review.]," 106.

"Patient Safety for Children and Young People with Gender Incongruence." 2023. Ukom. March 2023. https://ukom.no/rapporter/pasientsikkerhet-for-barn-og-unge-med-kjonnsinkongruens/sammendrag.

"Position Statement Transgender Health." 2020. Trangender Health. December 16, 2020. https://www.endocrine.org/advocacy/position-statements/transgender-health.

Rafferty, Jason. 2018. "Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents." *Pediatrics* 142 (4): e20182162. https://doi.org/10.1542/peds.2018-2162.

*Reuters*. 2022. "As Children Line up at Gender Clinics, Families Confront Many Unknowns," October 6, 2022. https://www.reuters.com/investigates/special-report/usa-transyouth-care/.

Ring, Avi, and William J. Malone. 2020. "Confounding Effects on Mental Health Observations After Sex Reassignment Surgery." *American Journal of Psychiatry* 177 (8): 768–69. https://doi.org/10.1176/appi.ajp.2020.19111169.

Ristori, Jiska, and Thomas D. Steensma. 2016. "Gender Dysphoria in Childhood." *International*

*Review of Psychiatry* 28 (1): 13–20. https://doi.org/10.3109/09540261.2015.1115754.

Roberts, Christina M, David A Klein, Terry A Adirim, Natasha A Schvey, and Elizabeth Hisle-Gorman. 2022. "Continuation of Gender-Affirming Hormones Among Transgender Adolescents and Adults." *The Journal of Clinical Endocrinology & Metabolism*, April, 2022. https://doi.org/10.1210/clinem/dgac251.

Saraswat, Aruna, Jamie Weinand, and Joshua Safer. 2015. "Evidence Supporting the Biologic Nature of Gender Identity." *Endocrine Practice* 21 (2): 199–204. https://doi.org/10.4158/EP14351.RA.

"Scientific Method." n.d. Oxford Reference. Accessed July 27, 2023. https://doi.org/10.1093/oi/authority.20110803100447727.

Shrier, Abigail. 2021. "Top Trans Doctors Blow the Whistle on 'Sloppy' Care." Https://Www.Thefp.Com/. October 4, 2021. https://www.thefp.com/p/top-trans-doctors-blow-the-whistle.

Singh, Devita, Susan J. Bradley, and Kenneth J. Zucker. 2021. "A Follow-Up Study of Boys With Gender Identity Disorder." *Frontiers in Psychiatry* 12. https://doi.org/10.3389/fpsyt.2021.632784.

Singh-Ospina, Naykky, Spyridoula Maraka, Rene Rodriguez-Gutierrez, Caroline Davidge-Pitts, Todd B Nippoldt, Larry J Prokop, and Mohammad Hassan Murad. 2017. "Effect of Sex Steroids on the Bone Health of Transgender Individuals: A Systematic Review and Meta-Analysis." *The Journal of Clinical Endocrinology & Metabolism* 102 (11): 3904–13. https://doi.org/10.1210/jc.2017-01642.

Socialstyrelsen [National Board of Health and Welfare of Sweden]. 2022. "Care of Children and Adolescents with Gender Dysphoria Summary of National Guidelines December 2022." https://www.socialstyrelsen.se/globalassets/sharepoint-dokument/artikelkatalog/kunskapsstod/2023-1-8330.pdf.

"Sundhedsfaglige tilbud til børn og unge med kønsubehag." 2023. Ugeskriftet.dk. August 19, 2023. https://ugeskriftet.dk/videnskab/sundhedsfaglige-tilbud-til-born-og-unge-med-konsubehag.

Syrek Jensen, Tamara, Joseph Chin, Rollins, James, Koller, Elizabeth, Gousis, Linda, and Szarama, Katherine. 2016. "Decision Memo for Gender Dysphoria and Gender Reassignment Surgery (CAG-00446N)." Decision Memo CAG-00446N. Centers for Medicare & Medicaid Services.

"UK NICE Cross-Sex Hormones." 2020. https://cass.independent-review.uk/nice-evidence-reviews/.

"UK NICE Puberty Blockers." 2020. https://cass.independent-review.uk/nice-evidence-reviews/.

Van Mol, Andre, Michael K. Laidlaw, Miriam Grossman, and Paul R. McHugh. 2020. "Gender-Affirmation Surgery Conclusion Lacks Evidence." *American Journal of Psychiatry* 177 (8): 765–66. https://doi.org/10.1176/appi.ajp.2020.19111130.

Vandenbussche, Elie. 2022. "Detransition-Related Needs and Support: A Cross-Sectional Online Survey." *Journal of Homosexuality* 69 (9): 1602–20. https://doi.org/10.1080/00918369.2021.1919479.

Vries, A. L. C. de, J. K. McGuire, T. D. Steensma, E. C. F. Wagenaar, T. A. H. Doreleijers, and P. T. Cohen-Kettenis. 2014. "Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment." *Pediatrics* 134 (4): 696–704. https://doi.org/10.1542/peds.2013-2958.

Vries, Annelou L.C. de, Thomas D. Steensma, Theo A.H. Doreleijers, and Peggy T. Cohen-Kettenis. 2011. "Puberty Suppression in Adolescents With Gender Identity Disorder: A Prospective Follow-Up Study." *The Journal of Sexual Medicine* 8 (8): 2276–83. https://doi.org/10.1111/j.1743-6109.2010.01943.x.

Vrouenraets, Lieke Josephina Jeanne Johanna, Annelou L. C. de Vries, Marijn Arnoldussen, Sabine E. Hannema, Ramón J. L. Lindauer, Martine C. de Vries, and Irma M. Hein. 2022. "Medical Decision-Making Competence Regarding Puberty Suppression: Perceptions of Transgender Adolescents, Their Parents and Clinicians." *European Child & Adolescent Psychiatry*, September. https://doi.org/10.1007/s00787-022-02076-6.

*Wall Street Journal*. 2023. "Opinion | Youth Gender Transition Is Pushed Without Evidence," July 13, 2023, sec. Opinion. https://www.wsj.com/articles/trans-gender-affirming-care-transition-hormone-surgery-evidence-c1961e27.

Wiepjes, C. M., M. den Heijer, M. A. Bremmer, N. M. Nota, C. J. M. Blok, B. J. G. Coumou, and T. D. Steensma. 2020. "Trends in Suicide Death Risk in Transgender People: Results from the Amsterdam Cohort of Gender Dysphoria Study (1972–2017)." *Acta Psychiatrica Scandinavica* 141 (6): 486–91. https://doi.org/10.1111/acps.13164.

Wiepjes, Chantal M., Nienke M. Nota, Christel J.M. de Blok, Maartje Klaver, Annelou L.C. de Vries, S. Annelijn Wensing-Kruger, Renate T. de Jongh, et al. 2018. "The Amsterdam Cohort of Gender Dysphoria Study (1972–2015): Trends in Prevalence, Treatment, and Regrets." *The Journal of Sexual Medicine* 15 (4): 582–90. https://doi.org/10.1016/j.jsxm.2018.01.016.

Wold, Agnes. 2020. "Gender-Corrective Surgery Promoting Mental Health in Persons With Gender Dysphoria Not Supported by Data Presented in Article." *American Journal of Psychiatry* 177 (8): 768–768. https://doi.org/10.1176/appi.ajp.2020.19111170.