RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief, Civil Litigation and
Constitutional Defense
RAFAEL J. DROZ, ISB #9934
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID  83720-0010
Telephone: (208) 334-2400
Fax: (208) 854-8073
lincoln.wilson@ag.idaho.gov
rafael.droz@ag.idaho.gov

DAVID H. THOMPSON (PHV)
Special Deputy Attorney General
BRIAN W. BARNES (PHV)
Special Deputy Attorney General
JOHN D. RAMER (PHV)
Special Deputy Attorney General
Cooper & Kirk PLLC
1523 New Hampshire Ave NW
Washington, DC 20036
Tel: (202) 220-9600
dthompson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

*Attorneys for Defendants Raúl Labrador
and Individual Members of the Idaho
Code Commission*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAM POE, by and through her parents and next friends, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, et al.<br><br>*Defendants.* | Case No. 1:23-cv-00269-BLW<br><br>**MOTION TO DISMISS** |

Defendants hereby move to dismiss this action under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Defendants submit the

accompanying memorandum of law, which sets forth the reasons supporting dismissal of this action.

Dated: September 5, 2023.	STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL


By: /s/ *Lincoln D. Wilson*
LINCOLN DAVIS WILSON
Chief, Civil Litigation and
Constitutional Defense

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Alexia D. Korberg
akorber@paulweiss.com
mao_fednational@paulweiss.com

Ariella C. Barel
ariella.barel@groombridgewu.com

Brad S. Karp
bkarp@paulweiss.com

Casey Parsons
casey@wrest.coop

Colleen Rosannah Smith
csmith@stris.com
6969944420@filings.docketbird.com

Cortlin H. Lannin
clannin@cov.com
docketing@cov.com

D Jean Veta
jveta@cov.com

Dana Kennedy
dkennedy@paulweiss.com

Heather M. McGarthy
hmccarthy@adacounty.id.gov
telemons@adacounty.id.gov

Jackson Cory Yates
jyates@paulweiss.com

Jordan E. Orosz
jorosz@paulweiss.com

Kyle N. Bersani
kyle.bersani@groombridgewu.com

Richard Alan Eppink
ritchie@wrest.coop

Li Nowlin-Sohl
lnowlin-sohl@aclu.org

Meredith Taylor Brown
tbrown@aclu.org

Philip S. May
philip.may@groombridgewu.com

| | |
|---|---|
| Leslie Jill Cooper<br>lcooper@aclu.org<br>ccaicedo@aclu.org<br>sgarcia@aclu.org | Dayton Patrick Reed<br>dreed@adacounty.id.gov<br>civilpafiles@adacounty.id.gov<br>citedemann@adacounty.id.gov |
| Dina M. Flores-Brewer<br>dfloresbrewer@alcu.org | William Isasi<br>wisasi@cov.com |
| *Attorneys for Plaintiffs* | *Attorneys for Plaintiffs* |

                                          By:  */s/ Lincoln D. Wilson*
                                          LINCOLN DAVIS WILSON