Li Nowlin-Sohl*
(admitted only in Washington)
Leslie Cooper*
Taylor Brown*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
Lnowlin-sohl@aclu.org
lcooper@aclu.org
tbrown@aclu.org


Richard Eppink (ISB no. 7503)
Casey Parsons (ISB no. 11323)
David A. DeRoin (ISB no. 10404)
WREST COLLECTIVE
812 W. Franklin St.
Boise, ID 83702
Tel: (208) 742-6789
ritchie@wrest.coop
casey@wrest.coop
david@wrest.coop

Brad S. Karp*
Alexia D. Korberg*
Jackson Yates*
Dana L. Kennedy*
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
bkarp@paulweiss.com
akorberg@paulweiss.com
jyates@paulweiss.com
dkennedy@paulweiss.com


*Admitted *pro hac vice*

*Attorneys for Plaintiffs*


*Additional counsel for Plaintiffs identified
on the following page*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

**PAM POE**, et al.,

    *Plaintiffs,*

      v.

**RAÚL LABRADOR**, et. al.,

    *Defendants.*

Case No. 1:23-cv-00269-CWD

**ERRATA TO PLAINTIFFS' RESPONSE TO THE ADA COUNTY PROSECUTING ATTORNEY'S MOTION TO DISMISS**

Eric Alan Stone*
Ariella C. Barel*
Kyle N. Bersani*
GROOMBRIDGE, WU, BAUGHMAN AND STONE LLP
565 5th Avenue, Suite 2900
New York, NY 10017
Tel: (332) 269-0030
eric.stone@groombridgewu.com
ariella.barel@groombridgewu.com
kyle.bersani@groombridgewu.com

Jordan Orosz*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Tel: (202) 223-7300
jorosz@paulweiss.com

Philip S. May*
GROOMBRIDGE, WU, BAUGHMAN AND STONE LLP
801 17th St. NW, Suite 1050
Washington, DC 20006
Tel: (202) 505-5830
philip.may@groombridgewu.com

Dina Flores-Brewer (ISB no. 6141)
ACLU OF IDAHO FOUNDATION
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
dfloresbrewer@acluidaho.org

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

Plaintiffs submit this Errata to their Response to the Ada County Prosecuting Attorney's Motion to Dismiss (Dkt. 60), filed in this case on September 15, 2023, as the original filing did not contain a date or signature from the Plaintiffs' attorneys. Attached hereto as Exhibit A is the corrected version of that filing. There are no changes in the corrected filing other than the added date and signature.

**DATED** this September 29, 2023.

By:     /s/ Casey Parsons
Casey Parsons
Attorneys for Plaintiffs

1