UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION

**PAM POE**, et al.,

*Plaintiffs*,

v.

**RAÚL LABRADOR**, et al.,

*Defendants*.

Case No. 1:23-cv-00269-BLW

**ORDER MODIFYING DEADLINES, STRIKING DECLARATION, AND GRANTING SUR-REPLY**

This Court has before it a stipulation for modifying the briefing schedule, allowing for a surreply, withdrawing the declaration of Dr. William Malone (Dkt. No. 56-5), and permitting a revised version of the State Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction (Dkt. No. 56). The Court has reviewed the motion and the complaint in this case and finds good cause for approving the same. ***The Court will, however, slightly modify the parties' proposed briefing schedule, as set forth below.***

Now therefore, **IT IS HEREBY ORDERED** that:

a) The expert declaration of Dr. Timothy Malone (Dkt. No. 56-5) is withdrawn from the docket and shall not be relied upon in support of the State Defendants' Opposition (Dkt. No. 56).

b) Defendants Raúl Labrador and Individual Members of the Idaho Code Commission shall have until ***October 2, 2023***, to file a revised opposition to Plaintiffs' motion for a preliminary injunction replacing citations to Dr. Malone's declaration with citations to other evidence already in the record as of the date of the Parties' Stipulation.

c) Plaintiffs shall file their reply in support of their motion for a preliminary injunction no

later than **October 13, 2023**.

d) Defendants shall be permitted to file a surreply in relation to Plaintiffs' motion for a preliminary injunction, no longer than five pages in length, by no later than ***October 27, 2023***, which shall be limited in scope to responding to Dr. Jack Turban's forthcoming rebuttal declaration.

DATED: October 2, 2023

_____
B. Lynn Winmill
United States District Judge