RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil Litigation and
Constitutional Defense

JOSHUA N. TURNER, ISB #12193
Deputy Solicitor General
JAMES E. M. CRAIG, ISB #6365
Deputy Division Chief
RAFAEL J. DROZ, ISB #9934
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
josh.turner@ag.idaho.gov
james.craig@ag.idaho.gov
rafael.droz@ag.idaho.gov

DAVID THOMPSON (PHV)
Special Deputy Attorney General
BRIAN BARNES (PHV)
Special Deputy Attorney General
JOHN RAMER (PHV)
Special Deputy Attorney General
Cooper & Kirk PLLC
1523 New Hampshire Ave NW
Washington, DC 20036
Tel: (202) 220-9600
dthompson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

*Attorneys for Defendants Raúl Labrador and
Individual Members of the Idaho Code
Commission*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAM POE, by and through her parents and next friends, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, et al,<br><br>          Defendants. | Case No. 1:23-cv-00269-BLW<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

NOTICE IS HEREBY GIVEN that Deputy Attorney General Lincoln Davis Wilson, co-counsel for Defendants Raúl Labrador and Individual Members of the Idaho Code Commission, hereby withdraws as an attorney of record for Defendants Raúl Labrador and Individual Members of the Idaho Code Commission and requests that his name be removed as an attorney of record.  The remaining named counsel of record will continue as counsel for Defendants Raúl Labrador and Individual Members of the Idaho Code Commission.

DATED:  October 6, 2023.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL


By*:*   _/s/ Lincoln Davis Wilson_
LINCOLN DAVIS WILSON
Chief, Civil Litigation and
Constitutional Defense

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Alexia D. Korberg
akorber@paulweiss.com
mao_fednational@paulweiss.com

Ariella C. Barel
ariella.barel@groombridgewu.com

Brad S. Karp
bkarp@paulweiss.com

Casey Parsons
casey@wrest.coop

Colleen Rosannah Smith
csmith@stris.com
6969944420@filings.docketbird.com

Cortlin H. Lannin
clannin@cov.com
docketing@cov.com

D Jean Veta
jveta@cov.com

Dana Kennedy
dkennedy@paulweiss.com

Leslie Jill Cooper
lcooper@aclu.org
ccaicedo@aclu.org
sgarcia@aclu.org

Dina M. Flores-Brewer
dfloresbrewer@alcu.org

Heather M. McGarthy
hmccarthy@adacounty.id.gov
telemons@adacounty.id.gov

Jackson Cory Yates
jyates@paulweiss.com

Jordan E. Orosz
jorosz@paulweiss.com

Kyle N. Bersani
kyle.bersani@groombridgewu.com

Richard Alan Eppink
ritchie@wrest.coop

Li Nowlin-Sohl
lnowlin-sohl@aclu.org

Meredith Taylor Brown
tbrown@aclu.org

Philip S. May
philip.may@groombridgewu.com

Dayton Patrick Reed
dreed@adacounty.id.gov
civilpafiles@adacounty.id.gov
citedemann@adacounty.id.gov

William Isasi
wisasi@cov.com

 /s/ *Lincoln Davis Wilson*
LINCOLN DAVIS WILSON
Chief, Civil Litigation and
Constitutional Defense