RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E.M. CRAIG ISB #6365
Acting Division Chief, Civil Litigation
and Constitutional Defense
RAFAEL J. DROZ, ISB #9934
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID  83720-0010
Telephone: (208) 334-2400
Fax: (208) 854-8073
james.craig@ag.idaho.gov
rafael.droz@ag.idaho.gov

DAVID H. THOMPSON (PHV filed)
Special Deputy Attorney General
BRIAN W. BARNES (PHV filed)
Special Deputy Attorney General
JOHN D. RAMER (PHV filed)
Special Deputy Attorney General
Cooper & Kirk PLLC
1523 New Hampshire Ave NW
Washington, DC 20036
Tel: (202) 220-9600
dthompson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

*Attorneys for Defendants Raúl Labrador and Individual Members of the Idaho Code Commission*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAM POE, by and through her parents and next friends, et al.<br><br>   *Plaintiffs*,<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, et al.<br><br>   *Defendants*. | Case No. 1:23-cv-00269-BLW<br><br>**NOTICE OF ERRATA** |

NOTICE OF ERRATA – 1

In their Surreply submitted October 27, 2023 (Dkt. 71), Defendants refer to portions of the Transcript of the Deposition of Dr. Jack Turban as Exhibit A, but it was inadvertently omitted with the filing. Defendants make the filing now, and collectively attached hereto as Exhibit A are the deposition pages referred to in the Surreply.

DATED: October 27, 2023.

                                  STATE OF IDAHO
                                  OFFICE OF THE ATTORNEY GENERAL

                         By: /s/ *Rafael J. Droz*
                             Deputy Attorney General

## CERTIFICATE OF SERVICE

I Hereby Certify that on October 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Alexia D. Korberg
akorber@paulweiss.com
mao_fednational@paulweiss.com

Ariella C. Barel
ariella.barel@groombridgewu.com

Brad S. Karp
bkarp@paulweiss.com

Casey Parsons
casey@wrest.coop

Colleen Rosannah Smith
csmith@stris.com
6969944420@filings.docketbird.com

Cortlin H. Lannin
clannin@cov.com
docketing@cov.com

D Jean Veta
jveta@cov.com

Dana Kennedy
dkennedy@paulweiss.com

Leslie Jill Cooper
lcooper@aclu.org
ccaicedo@aclu.org
sgarcia@aclu.org

Heather M. McCarthy
hmccarthy@adacounty.id.gov
telemons@adacounty.id.gov

Jackson Cory Yates
jyates@paulweiss.com

Jordan E. Orosz
jorosz@paulweiss.com

Kyle N. Bersani
kyle.bersani@groombridgewu.com

Richard Alan Eppink
ritchie@wrest.coop

Li Nowlin-Sohl
lnowlin-sohl@aclu.org

Meredith Taylor Brown
tbrown@aclu.org

Philip S. May
philip.may@groombridgewu.com

Dayton Patrick Reed
dreed@adacounty.id.gov
civilpafiles@adacounty.id.gov
citedemann@adacounty.id.gov

By: /s/ *Rafael J. Droz*
Rafael J. Droz