Li Nowlin-Sohl*
(admitted only in Washington)
Leslie Cooper*
Taylor Brown*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
Lnowlin-sohl@aclu.org
lcooper@aclu.org
tbrown@aclu.org

Brad S. Karp*
Alexia D. Korberg*
Jackson Yates*
Dana L. Kennedy*
PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
bkarp@paulweiss.com
akorberg@paulweiss.com
jyates@paulweiss.com
dkennedy@paulweiss.com

Richard Eppink (ISB no. 7503)
Casey Parsons (ISB no. 11323)
David A. DeRoin (ISB no. 10404)
WREST COLLECTIVE
812 W. Franklin St.
Boise, ID 83702
Tel: (208) 742-6789
ritchie@wrest.coop
casey@wrest.coop
david@wrest.coop

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

*Additional counsel for Plaintiffs identified on the following page*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **PAM POE**, et al.,<br><br>                *Plaintiffs,*<br><br>   v.<br><br>**RAÚL LABRADOR**, et. al.,<br><br>                *Defendants*. | Case No. 1:23-cv-00269-BLW<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

1

Eric Alan Stone*
Ariella C. Barel*
Kyle Bersani*
GROOMBRIDGE, WU, BAUGHMAN AND STONE LLP
565 5th Avenue, Suite 2900
New York, NY 10017
Tel: (332) 269-0030
eric.stone@groombridgewu.com
ariella.barel@groombridgewu.com
kyle.bersani@groombridgewu.com

Philip S. May*
GROOMBRIDGE, WU, BAUGHMAN AND STONE LLP
801 17th St. NW, Suite 1050
Washington, DC 20006
Tel: (202) 505-5830
philip.may@groombridgewu.com

Jordan Orosz*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Tel: (202) 223-7300
jorosz@paulweiss.com

Dina Flores-Brewer (ISB no. 6141)
ACLU OF IDAHO FOUNDATION
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
dfloresbrewer@acluidaho.org

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

Plaintiffs submit this Notice of Supplemental Authority in support of their Response to State Defendants' Motion to Dismiss (Docket No. 61) and Response to the ADA County Prosecuting Attorney's Motion to Dismiss (Docket No. 63-1).  In *Isaacson* v. *Mayes,* the United States Court of Appeals for the Ninth Circuit recently issued a decision holding that Plaintiffs "have standing to pursue their procedural due process claim based on both actual and imminent injuries."  Case No. 2:21-CV-01417-DLR (9th Cir. Oct. 30, 2023)  (attached as Ex. 1).  Plaintiffs submit that, as this decision concerns closely analogous issues regarding standing, the ruling is highly relevant to the pending motions to dismiss in this case.

Date:   November 2, 2023                                         Respectfully submitted,

/s/ *Alexia D. Korberg*
Alexia D. Korberg
Attorneys for Plaintiffs