Li Nowlin-Sohl*
(admitted only in Washington)
Leslie Cooper*
Taylor Brown*
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
Lnowlin-sohl@aclu.org
lcooper@aclu.org
tbrown@aclu.org

Richard Eppink (ISB no. 7503)
Casey Parsons (ISB no. 11323)
David A. DeRoin (ISB no. 10404)
WREST COLLECTIVE
812 W. Franklin St.
Boise, ID 83702
Tel: (208) 742-6789
ritchie@wrest.coop
casey@wrest.coop
david@wrest.coop

Brad S. Karp*
Alexia D. Korberg*
Jackson Yates*
Dana L. Kennedy*
PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
bkarp@paulweiss.com
akorberg@paulweiss.com
jyates@paulweiss.com
dkennedy@paulweiss.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

*Additional counsel for Plaintiffs identified on the following page*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **PAM POE**, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> **RAÚL LABRADOR**, et. al., <br><br> *Defendants*. | Case No. 1:23-cv-00269-BLW <br><br> **PLAINTIFFS' NOTICE OF DEPOSITION ERRATA AND COMPLETE DEPOSITION TRANSCRIPT** |

| | |
|---|---|
| Eric Alan Stone* <br> Ariella C. Barel* <br> Kyle Bersani* <br> GROOMBRIDGE, WU, BAUGHMAN AND STONE LLP <br> 565 5th Avenue, Suite 2900 <br> New York, NY 10017 <br> Tel: (332) 269-0030 <br> eric.stone@groombridgewu.com <br> ariella.barel@groombridgewu.com <br> kyle.bersani@groombridgewu.com | Jordan Orosz* <br> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> 2001 K Street, NW <br> Washington, DC 20006-1047 <br> Tel: (202) 223-7300 <br> jorosz@paulweiss.com |
| Philip S. May* <br> GROOMBRIDGE, WU, BAUGHMAN AND STONE LLP <br> 801 17th St. NW, Suite 1050 <br> Washington, DC 20006 <br> Tel: (202) 505-5830 <br> philip.may@groombridgewu.com | Dina Flores-Brewer (ISB no. 6141) <br> ACLU OF IDAHO FOUNDATION <br> P.O. Box 1897 <br> Boise, ID 83701 <br> Tel: (208) 344-9750 <br> dfloresbrewer@acluidaho.org |
| *Admitted *pro hac vice* | *Attorneys for Plaintiffs* |

PLEASE TAKE NOTICE that Plaintiffs respectfully submit the following documents in further support of their Motion for a Preliminary Injunction (Dkt. 32):

1) The signed errata sheet for the Deposition of Christine Brady, Ph.D., which was submitted as a complete transcript by the State Defendants as Dkt. 56-2 in support of their opposition to Plaintiffs' Motion;

2) The complete transcript of the Deposition of Jack Turban, M.D., M.S.H., of which excerpts were submitted by the State Defendants as Dkt. 72-2 in support of their surreply in further opposition to Plaintiffs' Motion; and

3) The signed errata sheet for the Deposition of Jack Turban, M.D., M.S.H.

Dated: November 2, 2023

          */s/ Philip S. May*
Philip S. May
Groombridge, Wu, Baughman & Stone LLP
801 17th Street NW, Suite 1050
Washington, DC 20006
(202) 505-5830
philip.may@groombridgewu.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 2, 2023, the foregoing document was filed via the Court's electronic filing system, which caused the same to be served by electronic service upon all counsel of record.

                                                    /s/ Philip S. May
                                                    Philip S. May
                                                    Groombridge, Wu, Baughman & Stone LLP
                                                    801 17th Street NW, Suite 1050
                                                    Washington, DC 20006
                                                    (202) 505-5830
                                                    philip.may@groombridgewu.com

                                                   *Counsel for Plaintiffs*