```
 1                        VERIFICATION
 2
     STATE OF   California       )
 3                               )
     COUNTY OF  Santa Clara      )
 4
 5        I, CHRISTINE BRADY, Ph.D., being first duly sworn on
 6   my oath, depose and say:
 7        That I am the witness named in the foregoing
 8   deposition taken the 31st day of August, 2023, consisting
 9   of pages numbered 1 to 204, inclusive; that I have read
10   the said deposition and know the contents thereof; that
11   the questions contained therein were propounded to me;
12   the answers to said questions were given by me, and that
13   the answers as contained therein (or as corrected by me
14   therein) are true and correct.
15
16   Corrections Made:  Yes_X___  No____
17
18                       _____
19                       CHRISTINE BRADY, Ph.D.
20
21        Subscribed and sworn to before me this  3  day of
22   October        , 2023, at _____, Idaho.
23
                             _____
24                           Notary Public for Idaho
                             Residing at _____, Idaho
25                           My commission expires: _____.
```

Page 205

**ASSOCIATED REPORTING & VIDEO**
*Next-Level Litigation Support*

The Owyhee
1109 Main Street
Suite 220
Boise, Idaho 83702

Phone: (208) 343-4004
Facsimile: (208) 343-4002
production@arvboise.com
arvboise.com

# DEPOSITION CHANGE SHEET
Type or print in blue/black ink
Make changes to your testimony only
Please return **original** change sheet & notarized verification page to our office

| Page# | Line# | Reads NOW | SHOULD read | Reason for change |
|---|---|---|---|---|
| 6 | 15 | Christine Brady, M.D. | Christine Brady, PhD | Error |
| 16 | 2 | And of your fellows | And one of your fellows | Word omitted |
| 48 | 12 | that psychotherapy isn't | that psychotherapy alone isn't | Word omitted |
| 58 | 2-3 | marketing congruence | marked incongruence | typo |
| 67 | 12 | open side | other side | typo |
| 94 | 15 | table | label | typo |
| 115 | 10 | changing | challenging | typo |
| 143 | 17 | samples | examples | typo |
| 200 | 21 | donor | gender | typo |

Name (Deponent)  __Christine Brady_____  Signature _____  Date _10/3/2023_

*Combine with ORIGINAL/NOTARIZED verification page and return to Associated. Thanks!