1   Poe, Et Al. v. Labrador, Et Al.

2   Jack Turban , M.D., MHS (#6058443)

3              ACKNOWLEDGEMENT OF DEPONENT

4       I, Jack Turban , M.D., MHS, do hereby declare that I

5   have read the foregoing transcript, I have made any

6   corrections, additions, or changes I deemed necessary as

7   noted above to be appended hereto, and that the same is

8   a true, correct and complete transcript of the testimony

9   given by me.

10

11  *Jack L. Turban*                              11/01/2023
    _____          _____

12  Jack Turban , M.D., MHS                                Date

13  *If notary is required

14                    SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                    _____ DAY OF _____, 20___.

16

17

18                        _____

19                        NOTARY PUBLIC

20

21

22

23

24

25

Veritext Legal Solutions
Calendar-Idaho@veritext.com  208-343-4004

Witness: Jack Turban, M.D., MHS (Job #6058443)
Date: October 16, 2023

*Poe, et al. v. Labrador, et al.*, Case No. 23-cv-269-BLW (D. Idaho)

**Deposition Errata Sheet**

| Page | Line(s) | Currently Reads | Should Read | Reason |
|---|---|---|---|---|
| 20 | 20 | clinical courtships | clinical clerkships | Error |
| 34 | 16 | medical cohort study | and a cohort study | Error |
| 34 | 19 | introduction | intervention | Error |
| 39 | 17 | great | grade | Error |
| 48 | 18 | risk and bias | risk of bias | Error |
| 54 | 10 | bases | databases | Error |
| 56 | 18 | went in to | one can | Error |
| 59 | 5 | you might be able to create | you might use GRADE | Error |
| 73 | 22 | clinic-basing assent | clinically significant | Error |
| 75 | 8 | describe | ascribe | Error |
| 76 | 18 | [indiscernible] | external factors | Error |
| 76 | 19 | told that your gender identity | told that your gender identity is wrong | Clarification |
| 77 | 7 | commute | community | Error |
| 77 | 7 | minoritize | stigmatize | Error |
| 77 | 14 | yourself | themselves | Error |
| 77 | 18 | seeking | speaking | Error |
| 80 | 10–11 | Or even | Are you | Error |
| 83 | 8 | in actual history | the natural history | Error |
| 91 | 12 | need them to | need to | Error |
| 91 | 19 | will be in part | will be important | Error |
| 96 | 24 | gender roles' behavior | gender roles and behavior | Error |
| 97 | 15 | intent to | intent and | Error |
| 99 | 19 | wouldn't necessarily | they wouldn't necesarily | Error |
| 104 | 11 | was | wasn't | Error |
| 104 | 18 | address | dress | Error |
| 104 | 24 | decision | the decision | Error |
| 108 | 25 | Another side | On the other side | Error |
| 109 | 15 | events | appointments | Error |
| 129 | 12 | recitation | statistic | Error |
| 129 | 13 | I was trying not to | I was trained not to | Error |
| 130 | 12 | But want to | But we wanted to | Error |
| 138 | 2 | key value | p-value | Error |

Witness: *Jack L. Turban*
Jack Turban, M.D., MHS

Date: 11/01/2023

Witness: Jack Turban, M.D., MHS (Job #6058443)
Date: October 16, 2023

| Page | Line(s) | Currently Reads | Should Read | Reason |
|---|---|---|---|---|
| 151 | 7 | the | a | Error |
| 169 | 23 | kind of square | chi-square | Error |
| 171 | 21 | So it's drawing the | Drawing | Error |
| 172 | 5 | isn't | is | Error |
| 173 | 4 | Absolutely. | Absolutely -- | Clarification |
| 179 | 15 | in mental health | and mental health | Error |
| 181 | 6 | mental health, especially | mental health treatment, and | Error |
| 182 | 4 | adherence | appearance | Error |
| 182 | 7 | person | person's | Error |
| 182 | 17 | monitoring | modeling | Error |
| 189 | 13 | one statistical finding | a non-statistically significant finding | Error |
| 193 | 20 | path | impact | Error |
| 194 | 6 | child in adolescent psychiatry | child and adolescent psychiatrist | Error |
| 195 | 12 | really | nearly | Error |
| 195 | 21 | did | didn't | Error |
| 196 | 7–8 | Psycho Neurologic Chronology | Psychoneuro-endocrinology | Error |
| 197 | 7 | answer any | answer that | Error |
| 197 | 25 | but nothing | which it seems | Error |
| 198 | 9 | from more | to form | Error |
| 198 | 19 | in that | and that | Error |
| 201 | 21 | market surveillance | post-market surveillance | Error |
| 205 | 13 | a co-occurrence | an over-occurrence | Error |
| 208 | 2 | looked it | looked at | Error |
| 210 | 1 | their | executive | Error |
| 220 | 6 | supporting | scoring | Error |
| 220 | 8 | low, very low | low or very low | Error |
| 223 | 13 | low, very low | low or very low | Error |
| 248 | 17 | search | strict | Error |
| 253 | 4 | Some of my | Of my | Clarification |
| 254 | 6 | is that that | is that that's | Error |
| 267 | 25 | bottom | Bonferroni | Error |
| 289 | 11 | Both described | It describes | Error |
| 292 | 12–13 | one ascribes body language | one ascribes language | Error |
| 292 | 13 | sexualizes | conceptualizes | Error |

Witness: *Jack L. Turban*   Date: 11/01/2023
Jack Turban, M.D., MHS

Witness: Jack Turban, M.D., MHS (Job #6058443)
Date: October 16, 2023

| Page | Line(s) | Currently Reads | Should Read | Reason |
|---|---|---|---|---|
| 303 | 25 | lowest | largest | Error |
| 309 | 7 | Definition | That's the definition | Error |
| 311 | 11 | higher | higher among trans youth | Clarification |

Witness: *Jack L. Turban*  Date: 11/01/2023
Jack Turban, M.D., MHS