<u>CIVIL MOTION HEARING</u>

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Date: November 6, 2023
Judge B. Lynn Winmill			Deputy Clerk: Jamie Gearhart
Case No. 1:23-cv-269			Reporter: Tammy Hohenleitner
Place: Boise				Time:   1:31 – 2:34 p.m.
					         2:46 – 3:55 p.m.
					Total time: 2 hours and 12 minutes

<u>Pam Poe, et al v. Raul Labrador, et al</u>

Counsel for Plaintiffs: Alexia Korberg, Li Nowlin-Sohl, Philip May, and Leslie Cooper

Counsel for Defendant Ada County Prosecuting Attorney Jan Bennetts: Dayton Reed

Counsel for Defendants Raul Labrador and Individual Members of the Idaho Code Commission: John Ramer and Brian Barnes

The Court conducted a hearing on the following motions:

1. Motion for a Preliminary Injunction (Dkt. 32);

2. Ada County Prosecuting Attorney Jan M. Bennetts' Motion to Dismiss (Dkt. 51); and

3. Motion to Dismiss (Dkt. 57).

The matter is taken under advisement. A written decision is forthcoming.