Li Nowlin-Sohl*
(admitted only in Washington)
Leslie Cooper*
Taylor Brown*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
Lnowlin-sohl@aclu.org
lcooper@aclu.org
tbrown@aclu.org

Richard Eppink (ISB no. 7503)
Casey Parsons (ISB no. 11323)
David A. DeRoin (ISB no. 10404)
WREST COLLECTIVE
812 W. Franklin St.
Boise, ID 83702
Tel: (208) 742-6789
ritchie@wrest.coop
casey@wrest.coop
david@wrest.coop

Brad S. Karp*
Alexia D. Korberg*
Jackson Yates*
Dana L. Kennedy*
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
bkarp@paulweiss.com
akorberg@paulweiss.com
jyates@paulweiss.com
dkennedy@paulweiss.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

*Additional counsel for Plaintiffs identified on the following page*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **PAM POE**, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>**RAÚL LABRADOR**, et. al.,<br><br>*Defendants.* | Case No. 1:23-cv-00269-BLW<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Eric Alan Stone*  
Ariella C. Barel*  
Kyle Bersani*  
GROOMBRIDGE, WU, BAUGHMAN AND STONE LLP  
565 5th Avenue, Suite 2900  
New York, NY 10017  
Tel: (332) 269-0030  
eric.stone@groombridgewu.com  
ariella.barel@groombridgewu.com  
kyle.bersani@groombridgewu.com  

Philip S. May*  
GROOMBRIDGE, WU, BAUGHMAN AND STONE LLP  
801 17th St. NW, Suite 1050  
Washington, DC 20006  
Tel: (202) 505-5830  
philip.may@groombridgewu.com  

*Admitted *pro hac vice*

Jordan Orosz*  
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP  
2001 K Street, NW  
Washington, DC 20006-1047  
Tel: (202) 223-7300  
jorosz@paulweiss.com  

Dina Flores-Brewer (ISB no. 6141)  
ACLU OF IDAHO FOUNDATION  
P.O. Box 1897  
Boise, ID 83701  
Tel: (208) 344-9750  
dfloresbrewer@acluidaho.org  

*Attorneys for Plaintiffs*

i

## NOTICE OF WITHDRAWAL OF COUNSEL

Taylor Brown, formerly one of the attorneys for Plaintiffs, notifies the Court of her withdrawal as an attorney of record in this case. All other attorneys for Plaintiffs remain as attorneys of record in this case.

DATED: December 14, 2023

/s/ Taylor Brown
Taylor Brown

*Attorney for the Plaintiffs*