RAÚL R. LABRADOR
ATTORNEY GENERAL

JOSHUA N. TURNER, ISB #12193
Acting Solicitor General

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense
RAFAEL J. DROZ, ISB #9934
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
josh.turner@ag.idaho.gov
james.craig@ag.idaho.gov
rafael.droz@ag.idaho.gov

*Attorneys for Defendant Raúl Labrador*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAM POE, by and through her parents and next friends, Penny and Peter Poe, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, et al.<br><br>*Defendants.* | Case No. 1:23-cv-00269-BLW<br><br>**NOTICE OF APPEAL**<br><br>**PRELIMINARY INJUNCTION APPEAL**<br><br>**ELEVENTH AMENDMENT IMMUNITY APPEAL** |

Defendant Raúl Labrador, in his official capacity as Attorney General for the State of Idaho, hereby appeals to the Ninth Circuit Court of Appeals the district court's December 26, 2023 Memorandum Decision and Order [Dkt. 78], granting Plaintiffs' Motion for a Preliminary Injunction.  Attorney General Labrador further appeals the district court's decision [Dkt. 78] denying Attorney General Labrador's Motion to Dismiss, which motion argued that he is immune from suit under the Eleventh Amendment. *See* 28 U.S.C § 1292(a)(1); *Puerto Rico Aqueduct & Sewer Auth. v. Metcalf & Eddy, Inc.*, 506 U.S. 139, 147 (1993) ("We hold that States and state entities that claim to be 'arms of the State' may take advantage of the collateral order doctrine to appeal a district court order denying a claim of Eleventh Amendment immunity.").

### FORM 1 INFORMATION

- Date case was first filed in U.S. District Court: May 31, 2023

- Date of judgment or order being appealed: December 26, 2023.

- Docket entry number of judgment or order appealed from: 78 (Memorandum Decision and Order).

- Docketing fee of $605 paid to the U.S. District Court for the District of Idaho.

- Appellant: Defendant Raúl Labrador.

- This is not a cross-appeal.

- A representation statement follows on the next page.

DATED:  January 3, 2024.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

By:   /s/ *James E. M. Craig*
        JAMES E. M. CRAIG
        Chief, Civil Litigation and
        Constitutional Defense
        JOSHUA N. TURNER
        Acting Solicitor General

## REPRESENTATION STATEMENT

### I.    Counsel for Appellant

JOSHUA N. TURNER
Acting Solicitor General
josh.turner@ag.idaho.gov

JAMES E. M. CRAIG
Chief, Civil Litigation and
Constitutional Defense
james.craig@ag.idaho.gov

Idaho Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010

### II.    Counsel for Appellees

LI NOWLIN-SOHL
lnowlin-sohl@aclu.org
LESLIE COOPER
lcooper@aclu.org
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004

RICHARD EPPINK
ritchie@wrest.coop
CASEY PARSONS
casey@wrest.coop
DAVID A. DEROIN
david@wrest.coop
Wrest Collective
812 W. Franklin St.
Boise, ID 83702

BRAD S. KARP
bkar@paulweiss.com
ALEXIA D. KORBERG
akorberg@paulweiss.com
JACKSON YATES
jyates@paulweiss.com
DANA L. KENNEDY
dkennedy@paulweiss.com
Paul, Wiess, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

ERIC ALAN STONE
eric.stone@groombridgewu.com
ARIELLA C. BAREL
ariella.barel@groombridgewu.com
KYLE BERSANI
kyle.bersani@groombridgewu.com
Groombridge, Wu, Baughman and Stone LLP
565 5th Avenue, Suite 2900
New York, NY 10017

PHILIP S. MAY
philip.may@groombridgewu.com
Groombridge, Wu, Baughman and Stone LLP
801 17th St. NW, Suite 1050
Washington, DC 20006

JORDAN OROSZ
jorosz@paulweiss.com
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047

DINA FLORES-BREWER
dfloresbrrewer@acluidaho.org
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 3, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which caused the same to be served by electronic service upon all counsel of record.

/s/ *James E. M. Craig*
JAMES E. M. CRAIG
Chief, Civil Litigation and
Constitutional Defense
