Raúl R. Labrador
ATTORNEY GENERAL

Joshua N. Turner, ISB #12193
Acting Solicitor General

James E. M. Craig, ISB #6365
Chief, Civil Litigation and
Constitutional Defense
Rafael J. Droz, ISB #9934
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
josh.turner@ag.idaho.gov
james.craig@ag.idaho.gov
rafael.droz@ag.idaho.gov

*Attorneys for Defendant Raúl Labrador*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAM POE, by and through her parents and next friends, Penny and Peter Poe, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, et al.<br><br>*Defendants.* | Case No. 1:23-cv-00269-BLW<br><br>**EMERGENCY MOTION TO STAY INJUNCTION PENDING APPEAL** |

Defendant Raúl Labrador hereby moves the Court to stay the preliminary injunction previously entered by it on December 26, 2023. *See* Dkt. 78; *see also* F.R.C.P. 62(d); Fed. R. App. P. 8(a)(1). This motion is supported by the memorandum in support of the motion, filed herewith.

DATED: January 3, 2024.

                                        STATE OF IDAHO
                                        OFFICE OF THE ATTORNEY GENERAL

                                        By: /s/ *James E. M. Craig*
                                             JAMES E. M. CRAIG
                                             Chief, Civil Litigation and
                                             Constitutional Defense
                                             JOSHUA N. TURNER
                                             Acting Solicitor General
                                             RAFAEL J. DROZ
                                             Deputy Attorney General

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 3, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which caused the same to be served by electronic service upon all counsel of record.

                                             /s/ *James E. M. Craig*
                                             JAMES E. M. CRAIG
                                             Chief, Civil Litigation and
                                             Constitutional Defense