RAÚL R. LABRADOR
ATTORNEY GENERAL

JOSHUA N. TURNER, ISB #12193
Acting Solicitor General

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense
RAFAEL J. DROZ, ISB #9934
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
josh.turner@ag.idaho.gov
james.craig@ag.idaho.gov
rafael.droz@ag.idaho.gov

*Attorneys for Defendant Raúl Labrador*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAM POE, by and through her parents and next friends, Penny and Peter Poe, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, et al.<br><br>*Defendants.* | Case No. 1:23-cv-00269-BLW<br><br>**MOTION TO EXPEDITE** |

Defendant Attorney General Raúl Labrador moves to expedite consideration of his Emergency Motion to Stay Preliminary Injunction Pending Appeal.

The Attorney General requests that the Court issue a decision within two weeks of the filing of this motion.  Expedited treatment is warranted because the statute which the Court has enjoined the Attorney General and Prosecutor Bennetts from enforcing was scheduled to go into effect on January 1, 2024.  Every day that passes in which the State is prohibited from enforcing the statute represents irreparable injury upon the State. *Maryland v. King*, 567 U.S. 1301, 1303 (2012) (alterations in original) (quoting *New Motor Vehicle Bd. of Cal. v. Orrin W. Fox Co.*, 434 U.S. 1345, 1351 (1977) (Rehnquist, J., in chambers)).  Further, prohibiting the enforcement of the statute prevents the State from protecting vulnerable children from irreversible, harmful procedures.  Finally, expedited treatment of this motion will facilitate consideration of the important issues in this case by the Ninth Circuit Court of Appeals pursuant to the Attorney General's appeal of the Court's decision.  *See* FRAP 8(a).

Dated: January 3, 2024

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

By:  */s/ James E. M. Craig*
      JAMES E. M. CRAIG
      Chief, Civil Litigation and
      Constitutional Defense
      JOSHUA N. TURNER
      Acting Solicitor General
      RAFAEL J. DROZ
      Deputy Attorney General

      *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I Hereby Certify that on January 3, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which caused the same to be served by electronic service upon all counsel of record.

      /s/ *James E. M. Craig*
      James E. M. Craig
      Chief, Civil Litigation and
      Constitutional Defense