| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JAN 19 2024<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

PAM POE, by and through her parents and next friends, Penny and Peter Poe, et al.;

        Plaintiffs - Appellees,

 v.

RAUL LABRADOR, in his official capacity as Attorney General of the State of Idaho,

        Defendant - Appellant,

and

JAN M BENNETTS, in her official capacity as County Prosecuting Attorney for Ada, Idaho, et al.;

        Defendants.

No. 24-142

D.C. No. 1:23-cv-00269-BLW
District of Idaho, Boise

ORDER

The court has received appellant's emergency motion. The opposition to the motion is due January 23, 2024. The optional reply is due by noon Pacific Time, January 26, 2024.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT