UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 30 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAM POE, by and through her parents and next friends, Penny and Peter Poe, et al.;<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>RAUL LABRADOR, in his official capacity as Attorney General of the State of Idaho,<br><br>Defendant - Appellant,<br><br>and<br><br>JAN M BENNETTS, in her official capacity as County Prosecuting Attorney for Ada, Idaho, et al.;<br><br>Defendants. | No. 24-142<br><br>D.C. No. 1:23-cv-00269-BLW<br>District of Idaho, Boise<br><br>ORDER |

Before: WARDLAW, PAEZ, and NGUYEN, Circuit Judges.

The motion to stay the district court's December 26, 2023 order (Docket Entry No. 14) is denied. *See Nken v. Holder*, 556 U.S. 418, 434 (2009) (defining standard for stay pending appeal).

The existing briefing schedule remains in effect.