UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAM POE, by and through her parents and next friends, Penny and Peter Poe; PENNY POE; PETER POE; JANE DOE, by and through her parents and next friends, Joan and John Doe; JOAN DOE, and JOHN DOE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho *et al.*<br><br>　　　　Defendants. | Case No. 1:23-cv-00269-BLW<br><br>**STAY ORDER** |

District courts have "broad discretion to stay proceedings as incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997). In this case, the parties do not oppose staying proceedings in this case pending the resolution of the Attorney General's pending appeal of this Court's preliminary injunction. Accordingly, to conserve the parties' and the judicial resources,

**IT IS ORDERED that:**

1. This matter is STAYED pending the Ninth Circuit's resolution of the Attorney General's pending appeal, provided, however, that this Court's

ORDER - 1

December 26, 2023 preliminary injunction shall remain in effect during the stay.

2. The status conference scheduled for February 1, 2024 is **VACATED.**

DATED: January 31, 2024

B. Lynn Winmill
United States District Judge