UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAM POE, by and through her parents and next friends, Penny and Peter Poe; PENNY POE; PETER POE; JANE DOE, by and through her parents and next friends, Joan and John Doe; JOAN DOE, and JOHN DOE,<br><br>      Plaintiffs,<br><br>      v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho *et al.*<br><br>      Defendants. | Case No. 1:23-cv-00269-BLW<br><br>**ORDER DENYING REQUEST FOR EXPEDITED RULING** |

On January 31, 2024, the Court stayed this action pending the Ninth Circuit's resolution of the Attorney General's appeal. All parties agreed to the stay. Nevertheless, on March 29, 2024, Attorney General Labrador filed a Motion for Entry of Previously Agreed Upon Protective Order. *See* Dkt. 95. Within his motion, Mr. Labrador indicates that he intends to file a motion to dissolve this Court's previously entered preliminary injunction. To file that motion, however, Mr. Labrador explains that he first needs to get a protective order in place. He says opposing counsel previously agreed to a protective order but now opposes its entry. Accordingly, Mr. Labrador filed the pending motion, and he asks the Court to

decide it on an expedited basis.

The Court will deny the request for an expedited ruling. Nothing persuades the Court that this is an urgent matter. Moreover, district courts have broad discretion and inherent authority to manage their dockets. This Court is an extraordinarily busy one. As of this writing, the undersigned judge has over 170 ripe pending motions. (And that tally does not include unripe motions, which includes Mr. Labrador's pending motion for entry of a protective order). On top of that, the Court has a heavy schedule of sentencings and revocation hearings.

For all these reasons, the Court will deny the request for an expedited ruling. Instead, the usual briefing schedule will apply, and the Court will decide the motion after it ripens.

**IT IS SO ORDERED.**

DATED: April 3, 2024

_____
B. Lynn Winmill
U.S. District Court Judge