Li Nowlin-Sohl*
(admitted only in Washington)
Leslie Cooper*
Taylor Brown*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
Lnowlin-sohl@aclu.org
lcooper@aclu.org
tbrown@aclu.org

Richard Eppink (ISB no. 7503)
Casey Parsons (ISB no. 11323)
David A. DeRoin (ISB no. 10404)
WREST COLLECTIVE
812 W. Franklin St.
Boise, ID 83702
Tel: (208) 742-6789
ritchie@wrest.coop
casey@wrest.coop
david@wrest.coop

Brad S. Karp*
Alexia D. Korberg*
Jackson Yates*
Dana L. Kennedy*
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
bkarp@paulweiss.com
akorberg@paulweiss.com
jyates@paulweiss.com
dkennedy@paulweiss.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

*Additional counsel for Plaintiffs identified on the following page*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **PAM POE**, et al., | Case No. 1:23-cv-00269-CWD |
| *Plaintiffs,* | |
| v. | **NOTICE OF WITHDRAWAL** |
| **RAÚL LABRADOR**, et. al., | |
| *Defendants.* | |

| | |
|---|---|
| Eric Alan Stone* <br> Ariella C. Barel* <br> Kyle Bersani* <br> GROOMBRIDGE, WU, BAUGHMAN AND STONE LLP <br> 565 5th Avenue, Suite 2900 <br> New York, NY 10017 <br> Tel: (332) 269-0030 <br> eric.stone@groombridgewu.com <br> ariella.barel@groombridgewu.com <br> kyle.bersani@groombridgewu.com | Jordan Orosz* <br> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> 2001 K Street, NW <br> Washington, DC 20006-1047 <br> Tel: (202) 223-7300 <br> jorosz@paulweiss.com |
| Philip S. May* <br> GROOMBRIDGE, WU, BAUGHMAN AND STONE LLP <br> 801 17th St. NW, Suite 1050 <br> Washington, DC 20006 <br> Tel: (202) 505-5830 <br> philip.may@groombridgewu.com | Paul C. Southwick (ISB No. 12439) <br> ACLU OF IDAHO FOUNDATION <br> P.O. Box 1897 <br> Boise, ID 83701 <br> Tel: (208) 344-9750 <br> psouthwick@acluidaho.org <br><br> *Attorneys for Plaintiffs* |

*Admitted *pro hac vice*

TAKE NOTICE that Dina Marie Flores-Brewer, ACLU of Idaho Foundation, notifies the Court of her withdrawal as an attorney of record in this case. All other attorneys for Plaintiffs remain as attorneys of record in this case.

Dated this April 9, 2024.

ACLU OF IDAHO FOUNDATION

/s/: Dina Marie Flores- Brewer
   Dina Marie Flores-Brewer
   ISB No. 6141