| | |
|---|---|
| Li Nowlin-Sohl* | Brad S. Karp* |
| (admitted only in Washington) | Alexia D. Korberg* |
| Leslie Cooper* | Jackson Yates* |
| AMERICAN CIVIL LIBERTIES UNION | Dana L. Kennedy* |
| FOUNDATION | PAUL, WEISS, RIFKIND, WHARTON & |
| 125 Broad St. | GARRISON LLP |
| New York, NY 10004 | 1285 Avenue of the Americas |
| Tel: (212) 549-2584 | New York, NY 10019 |
| lnowlin-sohl@aclu.org | Tel: (212) 373-3000 |
| lcooper@aclu.org | bkarp@paulweiss.com |
| | akorberg@paulweiss.com |
| | jyates@paulweiss.com |
| Richard Eppink (ISB no. 7503) | dkennedy@paulweiss.com |
| Casey Parsons (ISB no. 11323) | |
| David A. DeRoin (ISB no. 10404) | *Admitted *pro hac vice* |
| WREST COLLECTIVE | |
| 812 W. Franklin St. | |
| Boise, ID 83702 | *Attorneys for Plaintiffs* |
| Tel: (208) 742-6789 | |
| ritchie@wrest.coop | |
| casey@wrest.coop | *Additional counsel for Plaintiffs identified on* |
| david@wrest.coop | *the following page* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **PAM POE**, et al., | |
| *Plaintiffs,* | Case No. 1:23-cv-00269-BLW |
| v. | **DECLARATION OF PHILIP S. MAY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO ATTORNEY GENERAL'S MOTION FOR ENTRY OF PREVIOUSLY AGREED UPON PROTECTIVE ORDER** |
| **RAÚL LABRADOR**, et. al., | |
| *Defendants*. | |

Eric Alan Stone*
Ariella C. Barel*
Kyle Bersani*
GROOMBRIDGE, WU, BAUGHMAN AND
STONE LLP
565 5th Avenue, Suite 2900
New York, NY 10017
Tel: (332) 269-0030
eric.stone@groombridgewu.com
ariella.barel@groombridgewu.com
kyle.bersani@groombridgewu.com

Philip S. May*
GROOMBRIDGE, WU, BAUGHMAN AND
STONE LLP
801 17th St. NW, Suite 1050
Washington, DC 20006
Tel: (202) 505-5830
philip.may@groombridgewu.com

*Admitted *pro hac vice*

Jordan Orosz*
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Tel: (202) 223-7300
jorosz@paulweiss.com

Paul Carlos Southwick (ISB no. 12439)
Emily Myrei Croston (ISB no. 12389)
ACLU OF IDAHO FOUNDATION
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

*Attorneys for Plaintiffs*

I, Philip S. May, hereby declare as follows:

1. I am an attorney with the law firm Groombridge, Wu, Baughman and Stone LLP, counsel of record for Plaintiffs Pam Poe, Penny Poe, Peter Poe, Jane Doe, Joan Doe, and John Doe. I am attorney-at-law in good standing in the District of Columbia, the State of New York, and the State of New Jersey and have been admitted *pro hac vice* in this Court for this action. The following is true of my own personal knowledge, and, if called as a witness, I would and could testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of an excerpt of an email chain with a last email dated Saturday, August 19, 2023, among counsel for the parties in this litigation.

3. Attached hereto as Exhibit B is a true and correct copy of an email chain with a last email dated Friday, March 29, 2024, among counsel for the parties in this litigation.

4. Attached hereto as Exhibit C is a true and correct copy of an email chain with a last email dated Wednesday, April 3, 2024, among counsel for the parties in this litigation and the Court.

5. Attached hereto as Exhibit D is a true and correct copy of an excerpt of the docket sheet for *Poe v. Labrador*, No. 24-142 (9th Cir.), as obtained from the court's electronic filing system on April 19, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of April, 2024, in Washington, DC.

*s/ Philip S. May*
Philip S. May, Esq.
Counsel for Plaintiffs