# EXHIBIT A

| | |
|---|---|
| **From:** | Korberg, Alexia D |
| **To:** | Lincoln Wilson; lnowlin-sohl@aclu.org; ritchie@wrest.coop; Heather McCarthy; Josh Turner; dreed@adacounty.id.gov |
| **Cc:** | Eric Stone; LCOOPER@aclu.org |
| **Subject:** | RE: Draft Stipulation and Proposed Order |
| **Date:** | Saturday, August 19, 2023 5:50:20 PM |
| **Attachments:** | image008.png<br>image009.png<br>image010.png<br>image011.png<br>image012.png<br>image013.png<br>image014.png<br>image015.png<br>Poe v Labrador -- Protective Order_DRAFT 8-17.docx |

Hi Lincoln,

Given the sensitive nature of some of the documents that may be produced in this case, we would like to add a highly confidential designation. See attached for a proposed markup to the model order that does that.

Best,

Alexia

**Alexia D. Korberg** | Partner (Bio)
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3782 (Direct Phone) | 212 492 0782 (Direct Fax)
akorberg@paulweiss.com | www.paulweiss.com
*Pronouns: They/Them*

---

**From:** Lincoln Wilson <Lincoln.Wilson@ag.idaho.gov>
**Sent:** Tuesday, August 15, 2023 9:01 AM
**To:** lnowlin-sohl@aclu.org; ritchie@wrest.coop; Heather McCarthy <hmccarthy@adacounty.id.gov>; Josh Turner <josh.turner@ag.idaho.gov>; dreed@adacounty.id.gov
**Cc:** eric.stone@groombridgewu.com; Korberg, Alexia D <akorberg@paulweiss.com>; LCOOPER@aclu.org
**Subject:** RE: Draft Stipulation and Proposed Order

Hi Li,

We received responses and objections to our subpoena from WPATH that commit to producing the documents they produced in the Alabama litigation subject to entry of a protective order. To get that process going, I wanted to see if you had any objections to the District of Idaho's model protective order, which I've attached here. Subject to any edits you have, we can get this submitted to the Court for entry to facilitate production.

Thanks very much,

1



**Lincoln Davis Wilson | Division Chief**
Civil Litigation and Constitutional Defense
Office of the Attorney General | State of Idaho
M: 208-809-1077 | W: ag.idaho.gov

---

**From:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>
**Sent:** Friday, August 11, 2023 1:58 PM
**To:** Lincoln Wilson <Lincoln.Wilson@ag.idaho.gov>; External- Ritchie Eppink <ritchie@wrest.coop>; Heather McCarthy <hmccarthy@adacounty.id.gov>; Josh Turner <josh.turner@ag.idaho.gov>; dreed@adacounty.id.gov
**Cc:** Eric Stone <eric.stone@groombridgewu.com>; 'Korberg, Alexia D' <akorberg@paulweiss.com>; Leslie Cooper <LCOOPER@aclu.org>
**Subject:** RE: Draft Stipulation and Proposed Order

Lincoln,
Sorry about that oversight on our part. We are working to get an errata on file that includes the CVs, but may not be able to complete it until next week. In the meantime, attached are the CVs of Dr. Connelly and Dr. Brady.

Li

**From:** Lincoln Wilson <Lincoln.Wilson@ag.idaho.gov>
**Sent:** Thursday, August 10, 2023 1:59 PM
**To:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; External- Ritchie Eppink <ritchie@wrest.coop>; Heather McCarthy <hmccarthy@adacounty.id.gov>; Josh Turner <josh.turner@ag.idaho.gov>; dreed@adacounty.id.gov
**Cc:** Eric Stone <eric.stone@groombridgewu.com>; 'Korberg, Alexia D' <akorberg@paulweiss.com>; Leslie Cooper <LCOOPER@aclu.org>
**Subject:** RE: Draft Stipulation and Proposed Order

Li,

One quick follow-up from our call: the declarations from Dr. Connelly and Dr. Brady say that their CVs are attached, but we appear to be missing those. Could you send them over?

Thanks,



**Lincoln Davis Wilson | Division Chief**
Civil Litigation and Constitutional Defense
Office of the Attorney General | State of Idaho
M: 208-809-1077 | W: ag.idaho.gov