# EXHIBIT B

| | |
|---|---|
| **From:** | James Craig |
| **To:** | Philip May; Rafael Droz |
| **Cc:** | Li Nowlin-Sohl; dreed@adacounty.id.gov; External- Ritchie Eppink; Heather McCarthy; Eric Stone; Korberg, Alexia D; Leslie Cooper; John Ramer; Brian Barnes; David Thompson; Laura Kauffmann; Chyvonne Tiedemann; Alan Hurst |
| **Subject:** | RE: Poe: Proposed Stipulated Protective Order & Joint Motion for Entry |
| **Date:** | Friday, March 29, 2024 7:37:06 PM |
| **Attachments:** | image001.png<br>WPATH - Production Cover Letter 10_3_23.pdf |

Philip,

Thank you for the quick review and response. I want to address two things. First, we are not refusing to provide you with the documents we received in response to the subpoena that we issued to WPATH. As we made clear on the phone, we are happy to provide the documents to you as soon as the Court issues a protective order in this case. Second, to address your suggestion/speculation that the Attorney General's office is acting improperly and may be violating the orders of another case, the WPATH documents were provided to us in response to subpoenas issued in two different cases, both this case and in the Roe case. They were marked confidential by WPATH in accordance with the protective order issued in Roe and in accordance with what all anticipated at the time would be the soon to be issued protective order in Poe. I have attached a copy of the cover letter that was sent to us in response to the subpoenas.

I hope you have a good weekend.

Thanks,

Jim Craig



**James E. M. Craig | Division Chief**
Civil Litigation and Constitutional Defense
Office of the Attorney General | State of Idaho
O: 208-854-8088 | W: ag.idaho.gov

---

**From:** Philip May <philip.may@groombridgewu.com>
**Sent:** Thursday, March 28, 2024 4:37 PM
**To:** James Craig <James.Craig@ag.idaho.gov>; Rafael Droz <Rafael.Droz@ag.idaho.gov>
**Cc:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; dreed@adacounty.id.gov; External- Ritchie Eppink <ritchie@wrest.coop>; Heather McCarthy <hmccarthy@adacounty.id.gov>; Eric Stone <eric.stone@groombridgewu.com>; Korberg, Alexia D <akorberg@paulweiss.com>; Leslie Cooper <LCOOPER@aclu.org>; John Ramer <jramer@cooperkirk.com>; Brian Barnes <BBarnes@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Laura Kauffmann <Laura.Kauffmann@ag.idaho.gov>; Chyvonne Tiedemann <ctiedemann@adacounty.id.gov>; Alan Hurst <Alan.Hurst@ag.idaho.gov>
**Subject:** RE: Poe: Proposed Stipulated Protective Order & Joint Motion for Entry

Counsel,

Thank you for providing a draft. At this time, we cannot agree to your proposed joint motion and will be opposing your motion to enter a protective order.

Regarding the WPATH production, we have serious concerns regarding your refusal to provide us with the WPATH documents that you have had in your possession since October 3, and which form the apparent basis for the new emergency relief you now plan to request.  If you received those documents from WPATH without a protective order in this case, the fact that we still do not have a protective order in this case provides no basis to deny us access to the documents on an attorneys' eyes basis.  To the extent you are relying on a protective order from a different case or to the extent you received the WPATH documents **in** a different case—presumably the *Roe v. Critchfield* you referenced on our call—such use here would be improper under the terms of the *Roe* protective order, which makes clear that "[u]se of any information or documents labeled 'Confidential' and subject to this Protective Order, including all information derived therefrom, **shall be restricted solely to the litigation of this case** and **shall not be used by any party for any other purpose**." Stipulated Protective Order, *Roe v. Critchfield*, No. 23-cv-315-DCN, D.I. 46-1, ¶ 1 (D. Idaho Aug. 22, 2023) (emphases added).

We again request that the AG make immediate production of the documents in its possession from WPATH, notice of the existence of which you only provided us with this week.  The delay here is particularly inexcusable and prejudicial given the fact that you informed us on our March 27 meet and confer that the **reason** that half a year has elapsed between your receipt of the WPATH documents on October 3 to now, when you plan to file a motion to dissolve the preliminary injunction based on those documents, is because it took you that long to review the WPATH production in light of how voluminous it is.  It stands to reason that it would take Plaintiffs a similar length of time to review the very same materials.

Regards,
Philip


Philip S. May
**Groombridge, Wu, Baughman & Stone LLP**
801 17th St NW, Suite 1050
Washington, DC 20006
202-539-6620 (O) | 202-577-2199 (M)
[philip.may@groombridgewu.com](philip.may@groombridgewu.com)
*Pronouns: He/Him/His*

---

**From:** James Craig <James.Craig@ag.idaho.gov>
**Sent:** Wednesday, March 27, 2024 10:33 PM

**To:** Philip May <philip.may@groombridgewu.com>; Rafael Droz <Rafael.Droz@ag.idaho.gov>
**Cc:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; dreed@adacounty.id.gov; External- Ritchie Eppink <ritchie@wrest.coop>; Heather McCarthy <hmccarthy@adacounty.id.gov>; Eric Stone <eric.stone@groombridgewu.com>; Korberg, Alexia D <akorberg@paulweiss.com>; Leslie Cooper <LCOOPER@aclu.org>; John Ramer <jramer@cooperkirk.com>; Brian Barnes <BBarnes@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Laura Kauffmann <Laura.Kauffmann@ag.idaho.gov>; Chyvonne Tiedemann <ctiedemann@adacounty.id.gov>; Alan Hurst <Alan.Hurst@ag.idaho.gov>
**Subject:** RE: Poe: Proposed Stipulated Protective Order & Joint Motion for Entry

October 3, 2023



James E. M. Craig | Division Chief
Civil Litigation and Constitutional Defense
Office of the Attorney General | State of Idaho
O: 208-854-8088 | W: ag.idaho.gov

---

**From:** Philip May <philip.may@groombridgewu.com>
**Sent:** Wednesday, March 27, 2024 8:13 PM
**To:** James Craig <James.Craig@ag.idaho.gov>; Rafael Droz <Rafael.Droz@ag.idaho.gov>
**Cc:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; dreed@adacounty.id.gov; External- Ritchie Eppink <ritchie@wrest.coop>; Heather McCarthy <hmccarthy@adacounty.id.gov>; Eric Stone <eric.stone@groombridgewu.com>; Korberg, Alexia D <akorberg@paulweiss.com>; Leslie Cooper <LCOOPER@aclu.org>; John Ramer <jramer@cooperkirk.com>; Brian Barnes <BBarnes@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Laura Kauffmann <Laura.Kauffmann@ag.idaho.gov>; Chyvonne Tiedemann <ctiedemann@adacounty.id.gov>; Alan Hurst <Alan.Hurst@ag.idaho.gov>
**Subject:** RE: Poe: Proposed Stipulated Protective Order & Joint Motion for Entry

Counsel,

We will review. During our call today you agreed to provide along with this proposal an identification of the date on which you received production from WPATH. Please promptly provide that date.

Regards,
Philip


Philip S. May
**Groombridge, Wu, Baughman & Stone LLP**
801 17th St NW, Suite 1050
Washington, DC 20006
202-539-6620 (O) | 202-577-2199 (M)
philip.may@groombridgewu.com

*Pronouns: He/Him/His*

---

**From:** James Craig <James.Craig@ag.idaho.gov>
**Sent:** Wednesday, March 27, 2024 9:09 PM
**To:** Philip May <philip.may@groombridgewu.com>; Rafael Droz <Rafael.Droz@ag.idaho.gov>
**Cc:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; dreed@adacounty.id.gov; External- Ritchie Eppink <ritchie@wrest.coop>; Heather McCarthy <hmccarthy@adacounty.id.gov>; Eric Stone <eric.stone@groombridgewu.com>; Korberg, Alexia D <akorberg@paulweiss.com>; Leslie Cooper <LCOOPER@aclu.org>; John Ramer <jramer@cooperkirk.com>; Brian Barnes <BBarnes@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Laura Kauffmann <Laura.Kauffmann@ag.idaho.gov>; Chyvonne Tiedemann <ctiedemann@adacounty.id.gov>; Alan Hurst <Alan.Hurst@ag.idaho.gov>
**Subject:** RE: Poe: Proposed Stipulated Protective Order & Joint Motion for Entry

Counsel,

Thank you for the productive call this afternoon. As discussed, I've attached a revised draft Joint Motion for Protective Order adding in language addressing the Court's authority to issue the protective order despite the stay of proceedings. While we hope that we can file this as either a joint motion or as an unopposed motion should you not want to sign a joint motion, if we cannot agree to language, we will be filing a motion for the protective order on our own by the end of the week.

I look forward to hearing from you regarding this draft.

Thank you,

Jim Craig



**James E. M. Craig | Division Chief**
Civil Litigation and Constitutional Defense
Office of the Attorney General | State of Idaho
O: 208-854-8088 | W: ag.idaho.gov

---

**From:** Philip May <philip.may@groombridgewu.com>
**Sent:** Wednesday, March 27, 2024 9:37 AM
**To:** Rafael Droz <Rafael.Droz@ag.idaho.gov>
**Cc:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; dreed@adacounty.id.gov; External- Ritchie Eppink <ritchie@wrest.coop>; Heather McCarthy <hmccarthy@adacounty.id.gov>; Eric Stone <eric.stone@groombridgewu.com>; Korberg, Alexia D <akorberg@paulweiss.com>; Leslie Cooper <LCOOPER@aclu.org>; John Ramer <jramer@cooperkirk.com>; Brian Barnes <BBarnes@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Laura Kauffmann

<Laura.Kauffmann@ag.idaho.gov>; Chyvonne Tiedemann <ctiedemann@adacounty.id.gov>; James Craig <James.Craig@ag.idaho.gov>; Alan Hurst <Alan.Hurst@ag.idaho.gov>
**Subject:** RE: Poe: Proposed Stipulated Protective Order & Joint Motion for Entry

Rafael,

We can use the below dial-in information for the call at 2:30pm MT/4:30pm ET:

Dial in: +1 (650) 276-7076
Passcode: 6728860#

Regards,
Philip


Philip S. May
**Groombridge, Wu, Baughman & Stone LLP**
801 17th St NW, Suite 1050
Washington, DC 20006
202-539-6620 (O) | 202-577-2199 (M)
philip.may@groombridgewu.com
*Pronouns: He/Him/His*

---

**From:** Rafael Droz <Rafael.Droz@ag.idaho.gov>
**Sent:** Tuesday, March 26, 2024 7:18 PM
**To:** Philip May <philip.may@groombridgewu.com>
**Cc:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; dreed@adacounty.id.gov; External- Ritchie Eppink <ritchie@wrest.coop>; Heather McCarthy <hmccarthy@adacounty.id.gov>; Eric Stone <eric.stone@groombridgewu.com>; Korberg, Alexia D <akorberg@paulweiss.com>; Leslie Cooper <LCOOPER@aclu.org>; John Ramer <jramer@cooperkirk.com>; Brian Barnes <BBarnes@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Laura Kauffmann <Laura.Kauffmann@ag.idaho.gov>; Chyvonne Tiedemann <ctiedemann@adacounty.id.gov>; James Craig <James.Craig@ag.idaho.gov>; Alan Hurst <Alan.Hurst@ag.idaho.gov>
**Subject:** Re: Poe: Proposed Stipulated Protective Order & Joint Motion for Entry

We will provide the documents to you as soon as a protective order is in place. The documents were provided to us with the expectation that one would be in place.
We are available for a call at 2:30 MT/4:30 ET.
Regards
Rafael
Sent from my iPhone

On Mar 26, 2024, at 16:54, Philip May <philip.may@groombridgewu.com> wrote:

Counsel,

Please immediately produce any and all documents you have received pursuant to any subpoenas served and identify when WPATH produced them to you.

We are also not clear that the Court can entertain a motion to enter a protective order while the case is stayed.  We think it may be helpful to arrange a call to discuss the procedural issues here.  We are free tomorrow at 2:30pm MT/4:30pm ET.  Please let us know if you are available then and we can circulate a dial-in.

Regards,
Philip


Philip S. May
**Groombridge, Wu, Baughman & Stone LLP**
801 17th St NW, Suite 1050
Washington, DC 20006
202-539-6620 (O) | 202-577-2199 (M)
philip.may@groombridgewu.com
*Pronouns: He/Him/His*

---

**From:** Rafael Droz <Rafael.Droz@ag.idaho.gov>
**Sent:** Tuesday, March 26, 2024 3:57 PM
**To:** Philip May <philip.may@groombridgewu.com>; Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; dreed@adacounty.id.gov; External- Ritchie Eppink <ritchie@wrest.coop>; Heather McCarthy <hmccarthy@adacounty.id.gov>
**Cc:** Eric Stone <eric.stone@groombridgewu.com>; Korberg, Alexia D <akorberg@paulweiss.com>; Leslie Cooper <LCOOPER@aclu.org>; John Ramer <jramer@cooperkirk.com>; Brian Barnes <BBarnes@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Laura Kauffmann <Laura.Kauffmann@ag.idaho.gov>; Chyvonne Tiedemann <ctiedemann@adacounty.id.gov>; James Craig <James.Craig@ag.idaho.gov>; Alan Hurst <Alan.Hurst@ag.idaho.gov>
**Subject:** RE: Poe: Proposed Stipulated Protective Order & Joint Motion for Entry

Thanks for getting back to me.  As you may recall, the State served a subpoena on WPATH and it intends to use some of those documents in connection with a sealed motion to dissolve the preliminary injunction.

6

Can we add your signature to the Stipulated Protective Order and Joint Motion previously sent, or would you prefer the papers be filed as an unopposed motion with a representation to the court that the parties have agreed to the form and contents of the protective order?

Please let me know as soon as possible.  Thank you.

Rafael

<image001.png> **Rafael J. Droz | Deputy Attorney General**
Civil Litigation and Constitutional Defense
Office of the Attorney General | State of Idaho
M: 208-334-4139 | W: ag.idaho.gov

---

**From:** Philip May <philip.may@groombridgewu.com>
**Sent:** Tuesday, March 26, 2024 11:02 AM
**To:** Rafael Droz <Rafael.Droz@ag.idaho.gov>; Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; dreed@adacounty.id.gov; External- Ritchie Eppink <ritchie@wrest.coop>; Heather McCarthy <hmccarthy@adacounty.id.gov>
**Cc:** Eric Stone <eric.stone@groombridgewu.com>; Korberg, Alexia D <akorberg@paulweiss.com>; Leslie Cooper <LCOOPER@aclu.org>; John Ramer <jramer@cooperkirk.com>; Brian Barnes <BBarnes@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Laura Kauffmann <Laura.Kauffmann@ag.idaho.gov>; Chyvonne Tiedemann <ctiedemann@adacounty.id.gov>; James Craig <James.Craig@ag.idaho.gov>; Alan Hurst <Alan.Hurst@ag.idaho.gov>
**Subject:** RE: Poe: Proposed Stipulated Protective Order & Joint Motion for Entry

Counsel,

We are not opposed to the entry of the protective order as our correspondence below reflects. We are, however, confused as to why you are seeking to enter this protective order right now given that proceedings at the district court are presently stayed on the basis of your interlocutory appeal to the Ninth Circuit.

Can you explain why this needs to be filed right now with such urgency?

Regards,
Philip


Philip S. May
**Groombridge, Wu, Baughman & Stone LLP**

7

801 17th St NW, Suite 1050
Washington, DC 20006
202-539-6620 (O) | 202-577-2199 (M)
philip.may@groombridgewu.com
*Pronouns: He/Him/His*

---

**From:** Rafael Droz <Rafael.Droz@ag.idaho.gov>
**Sent:** Tuesday, March 26, 2024 11:24 AM
**To:** Philip May <philip.may@groombridgewu.com>; Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; dreed@adacounty.id.gov; External- Ritchie Eppink <ritchie@wrest.coop>; Heather McCarthy <hmccarthy@adacounty.id.gov>
**Cc:** Eric Stone <eric.stone@groombridgewu.com>; Korberg, Alexia D <akorberg@paulweiss.com>; Leslie Cooper <LCOOPER@aclu.org>; John Ramer <jramer@cooperkirk.com>; Brian Barnes <BBarnes@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Laura Kauffmann <Laura.Kauffmann@ag.idaho.gov>; Chyvonne Tiedemann <ctiedemann@adacounty.id.gov>; James Craig <James.Craig@ag.idaho.gov>; Alan Hurst <Alan.Hurst@ag.idaho.gov>
**Subject:** RE: Poe: Proposed Stipulated Protective Order & Joint Motion for Entry

Counsel,

I'm just following up on my email from last week regarding the protective order – I have not received any response from Plaintiffs' counsel. If we do not receive an executed stipulation and joint motion by noon mountain time, Defendants will file a motion for entry of a protective order based upon the prior stipulated agreement. If you are not planning on sending back an executed stipulation and joint motion, please let me know if you will oppose Defendants' motion. Thank you.

Rafael

<image001.png>    **Rafael J. Droz | Deputy Attorney General**
Civil Litigation and Constitutional Defense
Office of the Attorney General | State of Idaho
M: 208-334-4139 | W: ag.idaho.gov

---

**From:** Rafael Droz
**Sent:** Thursday, March 21, 2024 10:41 AM
**To:** Philip May <philip.may@groombridgewu.com>; Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; dreed@adacounty.id.gov; External- Ritchie Eppink <ritchie@wrest.coop>; Heather McCarthy <hmccarthy@adacounty.id.gov>
**Cc:** Eric Stone <eric.stone@groombridgewu.com>; akorberg

8

<akorberg@paulweiss.com>; Leslie Cooper <LCOOPER@aclu.org>; John Ramer <jramer@cooperkirk.com>; Brian Barnes <BBarnes@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Laura Kauffmann <Laura.Kauffmann@ag.idaho.gov>; Chyvonne Tiedemann <ctiedemann@adacounty.id.gov>; James Craig <James.Craig@ag.idaho.gov>; Alan Hurst <Alan.Hurst@ag.idaho.gov>
**Subject:** RE: Poe: Proposed Stipulated Protective Order & Joint Motion for Entry

Counsel,

I recently discovered that we failed to follow up on the email below regarding filing the protective order previously agreed to. Please review the attached. If acceptable, please execute the joint motion and the stipulated protective order and we will get this filed right away. I apologize for the oversight.

Regards,

Rafael

<image001.png>

**Rafael J. Droz | Deputy Attorney General**
Civil Litigation and Constitutional Defense
Office of the Attorney General | State of Idaho
M: 208-334-4139 | W: ag.idaho.gov

---

**From:** Philip May <philip.may@groombridgewu.com>
**Sent:** Wednesday, September 27, 2023 11:56 AM
**To:** Lincoln Wilson <Lincoln.Wilson@ag.idaho.gov>; Rafael Droz <Rafael.Droz@ag.idaho.gov>; Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; dreed@adacounty.id.gov; External- Ritchie Eppink <ritchie@wrest.coop>; Heather McCarthy <hmccarthy@adacounty.id.gov>; Josh Turner <josh.turner@ag.idaho.gov>
**Cc:** Eric Stone <eric.stone@groombridgewu.com>; akorberg <akorberg@paulweiss.com>; Leslie Cooper <LCOOPER@aclu.org>; John Ramer <jramer@cooperkirk.com>; Brian Barnes <BBarnes@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Laura Kauffmann <Laura.Kauffmann@ag.idaho.gov>; Chyvonne Tiedemann <ctiedemann@adacounty.id.gov>
**Subject:** RE: Poe: Proposed Stipulated Protective Order & Joint Motion for Entry

Lincoln,

We are fine with your revisions. Will you handle filing or would you like us to?

Regards,
Philip

9

Philip S. May
**Groombridge, Wu, Baughman & Stone LLP**
801 17th St NW, Suite 1050
Washington, DC 20006
202-539-6620 (O) | 202-577-2199 (M)
philip.may@groombridgewu.com
*Pronouns: He/Him/His*

---

**From:** Lincoln Wilson <Lincoln.Wilson@ag.idaho.gov>
**Sent:** Tuesday, September 19, 2023 1:01 PM
**To:** Philip May <philip.may@groombridgewu.com>; Rafael Droz <Rafael.Droz@ag.idaho.gov>; Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; dreed@adacounty.id.gov; External- Ritchie Eppink <ritchie@wrest.coop>; Heather McCarthy <hmccarthy@adacounty.id.gov>; Josh Turner <josh.turner@ag.idaho.gov>
**Cc:** Eric Stone <eric.stone@groombridgewu.com>; 'Korberg, Alexia D' <akorberg@paulweiss.com>; Leslie Cooper <LCOOPER@aclu.org>; John Ramer <jramer@cooperkirk.com>; Brian Barnes <BBarnes@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Laura Kauffmann <Laura.Kauffmann@ag.idaho.gov>; Chyvonne Tiedemann <ctiedemann@adacounty.id.gov>
**Subject:** RE: Poe: Proposed Stipulated Protective Order & Joint Motion for Entry

Hi Phillip,

Attached is a proposed mark-up of the protective order that accepts your changes and adds just a few more. As discussed, we've tried to impose a clear limit on the "highly confidential" category so that it is only used for designations necessary to preserve your clients' anonymity. And to Rafael's point, we've removed the reference to "attorney eyes only" because it suggests that only attorneys may review when in fact (as you note), the highly confidential designation just limits client access without regard to attorney access, per paragraph 9.

If these changes are acceptable to you, I think we can get this filed. Thanks for working with us on this.

<image001.png>   Lincoln Davis Wilson | Division Chief
Civil Litigation and Constitutional Defense
Office of the Attorney General | State of Idaho
M: 208-809-1077 | W: ag.idaho.gov

10

**From:** Philip May <philip.may@groombridgewu.com>
**Sent:** Monday, September 18, 2023 5:34 PM
**To:** Rafael Droz <Rafael.Droz@ag.idaho.gov>; Lincoln Wilson <Lincoln.Wilson@ag.idaho.gov>; Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; dreed@adacounty.id.gov; External- Ritchie Eppink <ritchie@wrest.coop>; Heather McCarthy <hmccarthy@adacounty.id.gov>; Josh Turner <josh.turner@ag.idaho.gov>
**Cc:** Eric Stone <eric.stone@groombridgewu.com>; 'Korberg, Alexia D' <akorberg@paulweiss.com>; Leslie Cooper <LCOOPER@aclu.org>; John Ramer <jramer@cooperkirk.com>; Brian Barnes <BBarnes@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Laura Kauffmann <Laura.Kauffmann@ag.idaho.gov>; Chyvonne Tiedemann <ctiedemann@adacounty.id.gov>
**Subject:** RE: Poe: Proposed Stipulated Protective Order & Joint Motion for Entry

Lincoln and Rafael,

As you'll see from our draft proposal, the category of Highly Confidential material is already essentially limited to medical records in Paragraph 3(b). If you would like more specific language, we are willing to consider your edits.

With respect to access for experts to Highly Confidential material, experts who have signed the necessary undertaking already have such access in our draft. The Highly Confidential category only precludes access by individuals who fall within Paragraph 8(c) who can otherwise view Confidential material.

Please let us know if you have further edits or comments.

Regards,
Philip


Philip S. May
**Groombridge, Wu, Baughman & Stone LLP**
801 17th St NW, Suite 1050
Washington, DC 20006
202-539-6620 (O) | 202-577-2199 (M)
philip.may@groombridgewu.com
*Pronouns: He/Him/His*


**From:** Rafael Droz <Rafael.Droz@ag.idaho.gov>

**Sent:** Friday, September 15, 2023 5:34 PM
**To:** Lincoln Wilson <Lincoln.Wilson@ag.idaho.gov>; Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; Philip May <philip.may@groombridgewu.com>; dreed@adacounty.id.gov; External- Ritchie Eppink <ritchie@wrest.coop>; Heather McCarthy <hmccarthy@adacounty.id.gov>; Josh Turner <josh.turner@ag.idaho.gov>
**Cc:** Eric Stone <eric.stone@groombridgewu.com>; 'Korberg, Alexia D' <akorberg@paulweiss.com>; Leslie Cooper <LCOOPER@aclu.org>; John Ramer <jramer@cooperkirk.com>; Brian Barnes <BBarnes@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Laura Kauffmann <Laura.Kauffmann@ag.idaho.gov>; Chyvonne Tiedemann <ctiedemann@adacounty.id.gov>
**Subject:** RE: Poe: Proposed Stipulated Protective Order & Joint Motion for Entry

Li,

Regarding the information that does not need to be shared beyond the attorneys, are you referring to the medical information or the plaintiffs' names? If the former, we may need to share the medical information with the experts.

<image001.png>

**Rafael J. Droz | Deputy Attorney General**
Civil Litigation and Constitutional Defense
Office of the Attorney General | State of Idaho
M: 208-334-4139 | W: ag.idaho.gov

---

**From:** Lincoln Wilson <Lincoln.Wilson@ag.idaho.gov>
**Sent:** Friday, September 15, 2023 3:22 PM
**To:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; Rafael Droz <Rafael.Droz@ag.idaho.gov>; Philip May <philip.may@groombridgewu.com>; dreed@adacounty.id.gov; External- Ritchie Eppink <ritchie@wrest.coop>; Heather McCarthy <hmccarthy@adacounty.id.gov>; Josh Turner <josh.turner@ag.idaho.gov>
**Cc:** Eric Stone <eric.stone@groombridgewu.com>; 'Korberg, Alexia D' <akorberg@paulweiss.com>; Leslie Cooper <LCOOPER@aclu.org>; John Ramer <jramer@cooperkirk.com>; Brian Barnes <BBarnes@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Laura Kauffmann <Laura.Kauffmann@ag.idaho.gov>; Chyvonne Tiedemann <ctiedemann@adacounty.id.gov>
**Subject:** Re: Poe: Proposed Stipulated Protective Order & Joint Motion for Entry

Li, I think we are ok with using the Highly Confidential category for that purpose as long as its use is limited to that purpose. Would you be ok with a modification of the order to that effect?

Get Outlook for iOS

---

**From:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>

**Sent:** Friday, September 15, 2023 2:59:41 PM
**To:** Rafael Droz <Rafael.Droz@ag.idaho.gov>; Philip May <philip.may@groombridgewu.com>; dreed@adacounty.id.gov <dreed@adacounty.id.gov>; External- Ritchie Eppink <ritchie@wrest.coop>; Lincoln Wilson <Lincoln.Wilson@ag.idaho.gov>; Heather McCarthy <hmccarthy@adacounty.id.gov>; Josh Turner <josh.turner@ag.idaho.gov>
**Cc:** Eric Stone <eric.stone@groombridgewu.com>; 'Korberg, Alexia D' <akorberg@paulweiss.com>; Leslie Cooper <LCOOPER@aclu.org>; John Ramer <jramer@cooperkirk.com>; Brian Barnes <BBarnes@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Laura Kauffmann <Laura.Kauffmann@ag.idaho.gov>; Chyvonne Tiedemann <ctiedemann@adacounty.id.gov>
**Subject:** RE: Poe: Proposed Stipulated Protective Order & Joint Motion for Entry

Rafael,
Given the sensitivity of this issue, we think that the plaintiffs' medical records here warrant the highly confidential category. This is heightened by the fact that they are proceeding in pseudonym. This highly sensitive, personal, and confidential information does not need to be shared beyond the attorneys assigned to this matter. Do you have concerns about including this category, or about the scope of who has access to this category? Let us know if it would be helpful to set up a call to discuss.

Li

---

**From:** Rafael Droz <Rafael.Droz@ag.idaho.gov>
**Sent:** Friday, September 15, 2023 7:59 AM
**To:** Philip May <philip.may@groombridgewu.com>; dreed@adacounty.id.gov; Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; External- Ritchie Eppink <ritchie@wrest.coop>; Lincoln Wilson <Lincoln.Wilson@ag.idaho.gov>; Heather McCarthy <hmccarthy@adacounty.id.gov>; Josh Turner <josh.turner@ag.idaho.gov>
**Cc:** Eric Stone <eric.stone@groombridgewu.com>; 'Korberg, Alexia D' <akorberg@paulweiss.com>; Leslie Cooper <LCOOPER@aclu.org>; John Ramer <jramer@cooperkirk.com>; Brian Barnes <BBarnes@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Laura Kauffmann <Laura.Kauffmann@ag.idaho.gov>; Chyvonne Tiedemann <ctiedemann@adacounty.id.gov>
**Subject:** RE: Poe: Proposed Stipulated Protective Order & Joint Motion for Entry

Good morning,
I am following up on Lincoln's email below regarding the changes to the proposed protective order, in particular, the "Highly Confidential" issue.  Please let us know your thoughts.  Thank you.

Rafael

**Rafael J. Droz | Deputy Attorney General**
Civil Litigation and Constitutional Defense
Office of the Attorney General | State of Idaho
M: 208-334-4139 | W: ag.idaho.gov

---

**From:** Lincoln Wilson <Lincoln.Wilson@ag.idaho.gov>
**Sent:** Thursday, September 7, 2023 10:56 AM
**To:** Philip May <philip.may@groombridgewu.com>; dreed@adacounty.id.gov; Rafael Droz <Rafael.Droz@ag.idaho.gov>; Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; External-Ritchie Eppink <ritchie@wrest.coop>; Heather McCarthy <hmccarthy@adacounty.id.gov>; Josh Turner <josh.turner@ag.idaho.gov>
**Cc:** Eric Stone <eric.stone@groombridgewu.com>; 'Korberg, Alexia D' <akorberg@paulweiss.com>; Leslie Cooper <LCOOPER@aclu.org>; John Ramer <jramer@cooperkirk.com>; Brian Barnes <BBarnes@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Laura Kauffmann <Laura.Kauffmann@ag.idaho.gov>; Chyvonne Tiedemann <ctiedemann@adacounty.id.gov>
**Subject:** RE: Poe: Proposed Stipulated Protective Order & Joint Motion for Entry

Hi Philip,

Sorry for the crossed wires on the protective order. We are ok with your changes, save for the addition of the "Highly Confidential" category, which we are not sure is warranted here. You list medical records as examples of why this category is needed, but in most cases I've been involved in, ordinary confidentiality has been adequate to protect that information from public disclosure. Is your concern with preserving the anonymity of these plaintiffs with respect to our state entity clients? Just want to understand the thinking on this a little better.

Thank you,

<image001.png>

**Lincoln Davis Wilson | Division Chief**
Civil Litigation and Constitutional Defense
Office of the Attorney General | State of Idaho
M: 208-809-1077 | W: ag.idaho.gov

---

**From:** Philip May <philip.may@groombridgewu.com>
**Sent:** Wednesday, September 6, 2023 4:38 PM
**To:** dreed@adacounty.id.gov; Rafael Droz <Rafael.Droz@ag.idaho.gov>; Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; Lincoln Wilson <Lincoln.Wilson@ag.idaho.gov>; External-Ritchie Eppink <ritchie@wrest.coop>; Heather McCarthy

14

<hmccarthy@adacounty.id.gov>; Josh Turner <josh.turner@ag.idaho.gov>
**Cc:** Eric Stone <eric.stone@groombridgewu.com>; 'Korberg, Alexia D' <akorberg@paulweiss.com>; Leslie Cooper <LCOOPER@aclu.org>; John Ramer <jramer@cooperkirk.com>; Brian Barnes <BBarnes@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Laura Kauffmann <Laura.Kauffmann@ag.idaho.gov>; Chyvonne Tiedemann <ctiedemann@adacounty.id.gov>
**Subject:** RE: Poe: Proposed Stipulated Protective Order & Joint Motion for Entry

Rafael,

Lincoln had previously circulated a proposed protective order. We provided edits for your consideration and had not heard back. For everyone's convenience I am reattaching our edits here.

Please let us know if you have any edits to what we had previously proposed.

Regards,
Philip


Philip S. May
**Groombridge, Wu, Baughman & Stone LLP**
801 17th St NW, Suite 1050
Washington, DC 20006
202-539-6620 (O) | 202-577-2199 (M)
philip.may@groombridgewu.com
*Pronouns: He/Him/His*

---

**From:** Dayton Reed <dreed@adacounty.id.gov>
**Sent:** Wednesday, September 6, 2023 5:05 PM
**To:** Rafael Droz <Rafael.Droz@ag.idaho.gov>; Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; Lincoln Wilson <Lincoln.Wilson@ag.idaho.gov>; External- Ritchie Eppink <ritchie@wrest.coop>; Heather McCarthy <hmccarthy@adacounty.id.gov>; Josh Turner <josh.turner@ag.idaho.gov>
**Cc:** Eric Stone <eric.stone@groombridgewu.com>; 'Korberg, Alexia D' <akorberg@paulweiss.com>; Leslie Cooper <LCOOPER@aclu.org>; Philip May <philip.may@groombridgewu.com>; John Ramer <jramer@cooperkirk.com>; Brian Barnes <BBarnes@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Laura Kauffmann <Laura.Kauffmann@ag.idaho.gov>; Chyvonne Tiedemann <ctiedemann@adacounty.id.gov>
**Subject:** RE: Poe: Proposed Stipulated Protective Order & Joint Motion for Entry

15

Feel free to add my /s/. Thanks.

Dayton P. Reed
Deputy Prosecuting Attorney, Civil Division
Ada County Prosecuting Attorney's Office
200 W. Front Street
Boise, Idaho  83702
(208) 287-7700

CONFIDENTIALITY NOTICE:  This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law.  If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction.  Please notify the sender, by electronic mail or telephone at (208) 287-7700, of any unintended recipients and delete the original message without making any copies.

**From:** Rafael Droz <Rafael.Droz@ag.idaho.gov>
**Sent:** Wednesday, September 6, 2023 2:42 PM
**To:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; Lincoln Wilson <Lincoln.Wilson@ag.idaho.gov>; External- Ritchie Eppink <ritchie@wrest.coop>; Heather McCarthy <hmccarthy@adacounty.id.gov>; Josh Turner <josh.turner@ag.idaho.gov>; Dayton Reed <dreed@adacounty.id.gov>
**Cc:** Eric Stone <eric.stone@groombridgewu.com>; 'Korberg, Alexia D' <akorberg@paulweiss.com>; Leslie Cooper <LCOOPER@aclu.org>; Philip May <philip.may@groombridgewu.com>; John Ramer <jramer@cooperkirk.com>; Brian Barnes <BBarnes@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Laura Kauffmann <Laura.Kauffmann@ag.idaho.gov>
**Subject:** [EXTERNAL] Poe: Proposed Stipulated Protective Order & Joint Motion for Entry

> **CAUTION:** This email originated from outside Ada County email servers. Do not click on links or open attachments unless you recognize the sender and know the content is safe. Verify the sender by mouse-hovering over their display name in order to see the sender's full email address and confirm it is not suspicious. If you are unsure an email is safe, please report the email by using the 'Phish Alert' button in Outlook.

All,

I have attached a draft of a proposed stipulated protective order and a draft of a proposed joint motion to have it entered as an order of the court.
Please review and let me know if any comments or changes.  Once approved with signatures, we will arrange to have them filed.

Thank you.

Rafael

<image001.png> **Rafael J. Droz | Deputy Attorney General**
Civil Litigation and Constitutional Defense
Office of the Attorney General | State of Idaho
M: 208-334-4139 | W: ag.idaho.gov

**NOTICE:** This message, including any attachments, is intended only for the individual(s) or entity(ies) named above and may contain information that is confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, please reply to the sender that you have received this transmission in error, and then please delete this email.

This message is intended only for the use of the addressee and may contain confidential and privileged information. Any review, use, or dissemination by anyone other than the addressee is strictly prohibited. If you received this message in error, please notify us and delete all copies of this message.

This message is intended only for the use of the addressee and may contain confidential and privileged information. Any review, use, or dissemination by anyone other than the addressee is strictly prohibited. If you received this message in error, please notify us and delete all copies of this message.

This message is intended only for the use of the addressee and may contain confidential and privileged information. Any review, use, or dissemination by anyone other than the addressee is strictly prohibited. If you received this message in error, please notify us and delete all copies of this message.

This message is intended only for the use of the addressee and may contain confidential and privileged information. Any review, use, or dissemination by anyone other than the addressee is strictly prohibited. If you received this message in error, please notify us and delete all copies of this message.

This message is intended only for the use of the addressee and may contain confidential and privileged information. Any review, use, or dissemination by anyone other than the addressee is strictly prohibited. If you received this message in error, please notify us and delete all copies of this message.

This message is intended only for the use of the addressee and may contain confidential and privileged information. Any review, use, or dissemination by anyone other than the addressee is strictly prohibited. If you received this message in error, please notify us and delete all copies of this message.