# EXHIBIT C

| | |
|---|---|
| **From:** | James Craig |
| **To:** | Marci Smith; Ritchie Eppink |
| **Cc:** | Li Nowlin-Sohl; dreed@adacounty.id.gov; Heather McCarthy; Eric Stone; Korberg, Alexia D; lcooper_aclu.org; John Ramer; Brian Barnes; David Thompson; Chyvonne Tiedemann; Philip May; Rafael Droz |
| **Subject:** | RE: Poe v. Labrador - Mtn for Protective Order, Request for Expedited Briefing Schedule |
| **Date:** | Wednesday, April 3, 2024 5:26:37 PM |
| **Attachments:** | image001.png |

Marci,

Thank you for letting us know.

Jim



**James E. M. Craig | Division Chief**
Civil Litigation and Constitutional Defense
Office of the Attorney General | State of Idaho
O: 208-854-8088 | W: ag.idaho.gov

**From:** Marci Smith <Marci_Smith@id.uscourts.gov>
**Sent:** Wednesday, April 3, 2024 2:01 PM
**To:** Ritchie Eppink <ritchie@wrest.coop>
**Cc:** James Craig <James.Craig@ag.idaho.gov>; Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; dreed@adacounty.id.gov; Heather McCarthy <hmccarthy@adacounty.id.gov>; Eric Stone <eric.stone@groombridgewu.com>; Korberg, Alexia D <akorberg@paulweiss.com>; lcooper_aclu.org <lcooper@aclu.org>; John Ramer <jramer@cooperkirk.com>; Brian Barnes <BBarnes@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Chyvonne Tiedemann <ctiedemann@adacounty.id.gov>; Philip May <philip.may@groombridgewu.com>; Rafael Droz <Rafael.Droz@ag.idaho.gov>
**Subject:** Re: Poe v. Labrador - Mtn for Protective Order, Request for Expedited Briefing Schedule

Good afternoon all,

I apologize for the delayed response. Judge Winmill is aware of the motion and has decided against an expedited briefing schedule. He has signed an order to that effect which will be docketed late today.

Best,

Marci


Sent from my iPhone

1

On Apr 3, 2024, at 1:36 PM, Ritchie Eppink <ritchie@wrest.coop> wrote:

**CAUTION - EXTERNAL:**

Dear Marci,

Please note that Plaintiffs plan to oppose the motion and oppose an expedited briefing schedule.

The evidence to which Mr. Craig refers was provided to the Attorney General's office in response to a subpoena six months ago, on October 3, 2023. That was three weeks before the Attorney General filed its final brief opposing Plaintiffs' motion for a preliminary injunction, and more than a month before the Court held a hearing on the motion. Further, last week was the first time that the Attorney General's office advised Plaintiffs that any documents had been produced in response to the Attorney General's subpoena.

Thank you for your kind attention to this matter.

Yours respectfully,

**Ritchie Eppink**
**Attorney**
**all pronouns**
**W/REST Collective**
**812 West Franklin Street**
**Boise, Idaho 83702**
**(208) 371-9752** Signal **| phone**
www.wrest.coop


On 4/3/24 08:26, James Craig wrote:
> Marci,
>
> As I'm sure you're aware, in the Poe v. Labrador case, Case. No. 1:23-cv-00269-BLW, on Friday evening, the Attorney General filed a motion for entry of a protective order. I wanted to bring to your attention that as part of the motion, we included a request for an expedited briefing schedule. It is our hope to be able to have a protective order entered as soon as possible so that we can then file as soon as possible a motion to dissolve or stay the preliminary injunction based upon new evidence, including evidence that was provided to us in response to a subpoena with the understanding that there would be a protective order in place.

2

Please let me know if you have any questions, or need any additional information.

Thank you,

Jim Craig

<image001.png> **James E. M. Craig | Division Chief**
Civil Litigation and Constitutional Defense
Office of the Attorney General | State of Idaho
O: 208-854-8088 | W: ag.idaho.gov

**NOTICE:** This message, including any attachments, is intended only for the individual(s) or entity(ies) named above and may contain information that is confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, please reply to the sender that you have received this transmission in error, and then please delete this email.

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**

This message is intended only for the use of the addressee and may contain confidential and privileged information. Any review, use, or dissemination by anyone other than the addressee is strictly prohibited. If you received this message in error, please notify us and delete all copies of this message.