# EXHIBIT D

## ACMS Docket Report
### United States Court of Appeals for the Ninth Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 24-142<br>**Nature of Suit:** 3440 Other Civil Rights<br>Poe, et al. v. Labrador, et al.<br>**Appeal From:** Boise, Idaho<br>**Fee Status:** Paid | **Docketed:** 01/09/2024 |

**Case Type Information:**
1) Civil
2) Private
3)

**Originating Court Information:**
**District:** 1:23-cv-00269-BLW
**Trial Judge:** B. Lynn Winmill, District Judge
**Date Filed:** 05/31/2023

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 12/26/2023 | 12/26/2023 | 01/03/2024 | 01/03/2024 |

**Prior Cases:**

**Current Cases:**

| | |
|---|---|
| PAM POE, by and through her parents and next friends, Penny and Peter Poe<br>   Plaintiff - Appellee | Alexia Korberg<br>Direct: 212-373-3000<br>Email: akorberg@paulweiss.com<br>[Retained]<br>Paul, Weiss, Rifkind, Wharton & Garrison, LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br><br>Brad S. Karp, Attorney<br>Direct: 212-373-3000<br>Email: bkarp@paulweiss.com<br>[Retained]<br>Paul, Weiss, Rifkind, Wharton & Garrison, LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br><br>Jordan Elizabeth Orosz<br>Direct: 202-223-7300<br>Email: jorosz@paulweiss.com<br>[Retained]<br>Paul, Weiss, Rifkind, Wharton & Garrison, LLP<br>2001 K Street, NW<br>Washington, DC 20006-1047<br><br>Li Nowlin-Sohl<br>Direct: 206-624-2184<br>Email: lnowlin-sohl@aclu.org<br>[Retained]<br>American Civil Liberties Union<br>Criminal Law Reform Project<br>125 Broad Street<br>17th Floor<br>New York, NY 10004<br><br>Mr. Philip Scott May<br>Direct: 202-539-6620<br>Email: philip.may@groombridgewu.com<br>[Retained]<br>Groombridge, Wu, Baughman & Stone, LLP<br>801 17th Street, NW<br>Suite 1050<br>Washington, DC 20006<br><br>Mr. Richard Alan Eppink<br>Direct: 208-371-9752<br>Email: ritchie@wrest.coop<br>[Retained]<br>Wrest Collective<br>812 W Franklin Street<br>Boise, ID 83702 |

PAM POE, by and through her parents and next friends, Penny and Peter Poe; PENNY POE; PETER POE; JANE DOE, by and through her parents and next friends, Joan and John Doe; JOAN DOE; JOHN DOE,

    Plaintiffs - Appellees,

 v.

RAUL LABRADOR, in his official capacity as Attorney General of the State of Idaho,

    Defendant - Appellant,

JAN M BENNETTS, in her official capacity as County Prosecuting Attorney for Ada, Idaho, INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, in their official capacities,

    Defendants,

--------------------------------------

FAMILY RESEARCH COUNCIL; BILLY BURLEIGH; LAURA REYNOLDS; KATHYGRACE DUNCAN; AMANDA STEWART; JANE SMITH; STATE OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF MISSOURI; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF NORTH DAKOTA; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF TEXAS; STATE OF UTAH; STATE OF VIRGINIA; STATE OF WEST VIRGINIA; STATE OF ALABAMA; STATE OF ARKANSAS; STATE OF ALASKA; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF INDIANA; STATE OF IOWA; STATE OF KANSAS; JAMES DOBSON FAMILY INSTITUTE; UNITED STATES OF AMERICA; RYE D. BLUM; JENNIFER FINNEY BOYLAN; ARYN BUCCI-MOONEY; PRECIOUS BRADY-DAVIS; WEN BROVOLD; ALEJANDRA CARABALLO; JENNIFER MICHELLE CHAVEZ; LENA CHIPMAN; DESTINY CLARK; NAOMI CLARK; CARLA COMB; RYAN COMBS; GIBRAN CUEVAS; ZACKARY DRUCKER; JACK EINSTEIN; RHYS ERNST; JACKSON L. GATES; NICK GORTON; JAMISON GREEN; OLIVER HALL; GWENDOLYN HERZIG; RAY HOLLOMAN; ABIGAIL JENSEN; HARVEY KATZ; HARPER B. KEENAN; ANNA H. LANGE; ADRIEN LAWYER; NICOLE MAINES; BECK WITT MAJOR; MISS MAJOR; RICKKE MANANZALA; DION MANLEY; ANYA MARINO; SARAH MCBRIDE; JESSIE LEE ANN MCGRATH; EI MEEKER; CHRIS MOSIER; SHAIN M. NEUMEIER; REBECCA OPPENHEIMER; ELLIOT PAGE; TORREY PETERS; JACOB REILLY; JEANI RICE-CRANFORD; MARISA RICHMOND; NICK ROMANO; CAT RUNNER; LA SARMIENTO; DEVON SHANLEY; AMES SIMMONS; AVY SKOLNIK; DANIEL SOLTIS; TRENT SUTHERLIN; LILLY WACHOWSKI; JILLIAN WEISS; FRESH LEV WHITE; MALLORY ANNA WOOD; GERDA ZINNER; ACADEMIC PEDIATRIC ASSOCIATION; AMERICAN ACADEMY OF CHILD & ADOLESCENT PSYCHIATRY; ASSOCIATION OF AMERICAN MEDICAL COLLEGES; AMERICAN ACADEMY OF FAMILY PHYSICIANS; AMERICAN ACADEMY OF NURSING; AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC.; AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS; AMERICAN COLLEGE OF OSTEOPATHIC PEDIATRICIANS; AMERICAN COLLEGE OF PHYSICIANS; AMERICAN MEDICAL ASSOCIATION; AMERICAN PSYCHIATRIC ASSOCIATION; AMERICAN PEDIATRIC SOCIETY; ENDOCRINE SOCIETY; IDAHO CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS; NATIONAL ASSOCIATION OF PEDIATRIC NURSE PRACTITIONERS; PEDIATRIC ENDOCRINE SOCIETY; SOCIETY FOR ADOLESCENT HEALTH AND MEDICINE; SOCIETY FOR PEDIATRIC RESEARCH; SOCIETY OF PEDIATRIC NURSES; SOCIETIES FOR PEDIATRIC UROLOGY; WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH; LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.; EQUALITY CALIFORNIA; FAMILY EQUALITY; GENDER JUSTICE LEAGUE; GLBTQ LEGAL ADVOCATES & DEFENDERS; HUMAN RIGHTS CAMPAIGN FOUNDATION; NATIONAL CENTER FOR LESBIAN RIGHTS; NATIONAL LGBTQ TASK FORCE; PFLAG, INC.; TRANSGENDER LAW CENTER; SILVER STATE EQUALITY; ASSOCIATION OF MEDICAL SCHOOL PEDIATRIC DEPARTMENT CHAIRS, INC.; AMERICAN ACADEMY OF PEDIATRICS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF NEVADA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN; DISTRICT OF COLUMBIA; ELIZABETH RONA BOSKEY; KHIARA M. BRIDGES; DAVID S. COHEN; CHARLENE GALARNEAU; JOANNA GROSSMAN; LISA C. IKEMOTO; MAYA MANIAN; BENJAMIN MASON MEIER; MICHELLE OBERMAN; DARA PURVIS; NADIA N. SAWICKI; MICHAEL R. ULRICH; KIM BANTA; SARAH DAVIS; JORDAN WILLOW EVANS; CHAD INGELS; ILEANA ROS-LEHTINEN; LOGAN PHILLIPS; CHRIS SANDER; DAN ZWONITZER; RUQAIIJAH YEARBY,

    Amici Curiae.

| Date | # | Description |
|---|---|---|
| 01/09/2024 | 1 | **CASE OPENED.** A copy of your notice of appeal / petition filed in 1:23-cv-00269-BLW has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit.<br>The U.S. Court of Appeals docket number **24-142** has been assigned to this case. All communications with the court must indicate this Court of Appeals docket number. Please carefully review the docket to ensure the name(s) and contact information are correct. It is your responsibility to alert the court if your contact information changes.<br>**Resources Available**<br>For more information about case processing and to assist you in preparing your brief, please review the Case Opening Information (for attorneys and pro se litigants) and review the Appellate Practice Guide. Counsel should consider contacting the court's Appellate Mentoring Program for help with the brief and argument. [Entered: 01/09/2024 12:28 PM] |
| 01/09/2024 | 2<br>3 pg. 225 KB | **PRELIMINARY INJUNCTION SCHEDULE NOTICE.** Preliminary Injunction Opening Brief Due (Appellant) 2/6/2024, Preliminary Injunction Answering Brief Due (Appellee) 3/5/2024. All briefs shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1.<br>Failure of the petitioner(s)/appellant(s) to comply with this briefing schedule will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1. [Entered: 01/09/2024 12:31 PM] |
| 01/17/2024 | 3 | **NOTICE OF APPEARANCE** by John J. Bursch for Appellant Raul Labrador. [Entered: 01/17/2024 07:17 AM] |
| 01/17/2024 | 4 | **NOTICE OF APPEARANCE** by Jonathan Andrew Scruggs for Appellant Raul Labrador. [Entered: 01/17/2024 07:20 AM] |
| 01/17/2024 | 5 | **NOTICE OF APPEARANCE** by Henry Frampton for Appellant Raul Labrador. [Entered: 01/17/2024 07:27 AM] |
| 01/17/2024 | 6 | **NOTICE OF APPEARANCE** by Lincoln Davis Wilson for Appellant Raul Labrador. [Entered: 01/17/2024 07:32 AM] |
| 01/17/2024 | 7 | **NOTICE OF APPEARANCE** by David Thompson for Appellant Raul Labrador. [Entered: 01/17/2024 09:02 AM] |
| 01/17/2024 | 8 | **NOTICE OF APPEARANCE** by Brian W. Barnes for Appellant Raul Labrador. [Entered: 01/17/2024 09:04 AM] |
| 01/17/2024 | 9 | **NOTICE OF APPEARANCE** by John Ramer for Appellant Raul Labrador. [Entered: 01/17/2024 09:06 AM] |
| 01/17/2024 | 10 | **ADDED** Counsel for Appellant Henry Frampton, Counsel for Appellant Jonathan Andrew Scruggs, Counsel for Appellant John J. Bursch for Appellant Raul Labrador. [Entered: 01/17/2024 11:04 AM] |
| 01/18/2024 | 11 | **NOTICE OF APPEARANCE** by Emily Myrei Croston for Appellee Jane Doe, Appellee Joan Doe, Appellee John Doe, Appellee Pam Poe, Appellee Penny Poe, Appellee Peter Poe. [Entered: 01/18/2024 01:20 PM] |
| 01/18/2024 | 12 | **ADDED** Counsel for Appellee Emily Myrei Croston. [Entered: 01/18/2024 01:38 PM] |
| 01/18/2024 | 13<br>3 pg. 161 KB | **Emergency MOTION** Circuit Rule 27-3 Certificate filed by Appellant Raul Labrador. [Entered: 01/18/2024 05:12 PM] |
| 01/18/2024 | 14<br>704 pg. 10417 KB | **MOTION** to Stay Lower Court or Agency Proceedings/Order/Judgment filed by Appellant Raul Labrador. [Entered: 01/18/2024 05:17 PM] |
| 01/19/2024 | 15<br>1 pg. 127 KB | **ORDER FILED.** The court has received appellant's emergency motion. The opposition to the motion is due January 23, 2024. The optional reply is due by noon Pacific Time, January 26, 2024. [Entered: 01/19/2024 02:14 PM] |
| 01/23/2024 | 16 | **NOTICE OF APPEARANCE** by Paul J.C. Southwick for Appellee Jane Doe, Appellee Joan Doe, Appellee John Doe, Appellee Pam Poe, Appellee Penny Poe, Appellee Peter Poe. [Entered: 01/23/2024 12:17 PM] |
| 01/23/2024 | 17 | **ADDED** Counsel for Appellee Paul J.C. Southwick for Appellee Jane Doe, Appellee Joan Doe, Appellee John Doe, Appellee Pam Poe, Appellee Penny Poe, Appellee Peter Poe. [Entered: 01/23/2024 01:15 PM] |
| 01/23/2024 | 18 | **NOTICE OF APPEARANCE** by Alexia Korberg for Appellee Jane Doe, Appellee Joan Doe, Appellee John Doe, Appellee Pam Poe, Appellee Penny Poe, Appellee Peter Poe. [Entered: 01/23/2024 02:24 PM] |
| 01/23/2024 | 19 | **NOTICE OF APPEARANCE** by Li Nowlin-Sohl for Appellee Jane Doe, Appellee Joan Doe, Appellee John Doe, Appellee Pam Poe, Appellee Penny Poe, Appellee Peter Poe. [Entered: 01/23/2024 05:20 PM] |
| 01/23/2024 | 20<br>137 pg. 2361 KB | **RESPONSE** to Motion to Stay Lower Court or Agency Proceedings, Order, or Judgment (DE 14) filed by Appellee Pam Poe, Appellee Penny Poe, Appellee Peter Poe, Appellee Jane Doe, Appellee Joan Doe, Appellee John Doe. [Entered: 01/23/2024 09:20 PM] |
| 01/25/2024 | 21 | **NOTICE OF APPEARANCE** by Alan M. Hurst for Appellant Raul Labrador. [Entered: 01/25/2024 09:24 AM] |

| Date | Doc # | Description |
|---|---|---|
| 01/25/2024 | 22 | **ADDED** Counsel for Appellant Alan M. Hurst. [Entered: 01/25/2024 10:38 AM] |
| 01/26/2024 | 23<br>308 pg. 1586 KB | **REPLY** to Response to Motion to Stay Lower Court or Agency Proceedings, Order, or Judgment (DE 20) filed by Appellant Raul Labrador. [Entered: 01/26/2024 11:11 AM] |
| 01/30/2024 | 24<br>1 pg. 155 KB | **ORDER FILED.** Kim McLane WARDLAW, Richard A. PAEZ, Jacqueline H. NGUYEN<br>The motion to stay the district court's December 26, 2023 order (Docket Entry No. 14) is denied. See Nken v. Holder, 556 U.S. 418, 434 (2009) (defining standard for stay pending appeal).<br>The existing briefing schedule remains in effect. [Entered: 01/30/2024 01:22 PM] |
| 02/06/2024 | 25<br>61 pg. 524 KB | **OPENING BRIEF** submitted for filing by Appellant Raul Labrador. [Entered: 02/06/2024 04:31 PM] |
| 02/06/2024 | 26<br>1068 pg. 13938 KB | **EXCERPTS OF RECORD** submitted for filing by Appellant Raul Labrador. [Entered: 02/06/2024 04:35 PM] |
| 02/07/2024 | 27<br>2 pg. 133 KB | **ORDER FILED.** Opening Brief submitted at DE 25 by Appellant Raul Labrador is filed. Within 7 days of this order, Appellant must file 6 copies of the brief in paper format bound with blue front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The excerpts of record submitted at DE 26 by Appellant Raul Labrador are filed. Within 7 days of this order, Appellant must file 3 copies of the excerpts in paper format securely bound on the left side, with white front covers. The paper copies must be sent to the Clerk's principal office. [Entered: 02/07/2024 09:08 AM] |
| 02/07/2024 | 28<br>4 pg. 151 KB | **Emergency MOTION** Circuit Rule 27-3 Certificate filed by Appellant Raul Labrador. [Entered: 02/07/2024 04:03 PM] |
| 02/07/2024 | 29 | **DEFECTIVE -- MOTION** to Stay Lower Court or Agency Proceedings/Order/Judgment filed by Appellant Raul Labrador. [Wrong filing type used, correct entry is DE 30.] [Entered: 02/07/2024 04:07 PM] [Edited: 02/07/2024 04:28 PM] |
| 02/07/2024 | 30<br>28 pg. 291 KB | **EMERGENCY MOTION** to Reconsider Nondispositive Order filed by Appellant Raul Labrador. [COURT ENTERED FILING to correct entry 29.] [Entered: 02/07/2024 04:27 PM] |
| 02/09/2024 | 31<br>1 pg. 150 KB | **ORDER FILED.** WARDLAW, PAEZ, and NGUYEN, Circuit Judges.<br>The motion for reconsideration en banc of the court's January 30, 2024 order (Docket Entry No. 30) is denied on behalf of the court. See 9th Cir. R. 27-10; 9th Cir. Gen. Ord. 6.11. The existing briefing schedule remains in effect. [Entered: 02/09/2024 08:29 AM] |
| 02/12/2024 | 32<br>42 pg. 8754 KB | **AMICUS BRIEF** by government or with consent submitted for filing by Family Research Council. [Entered: 02/12/2024 08:10 AM] |
| 02/12/2024 | 33<br>23 pg. 257 KB | **AMICUS BRIEF** by government or with consent submitted for filing by Billy Burleigh, Laura Reynolds, KathyGrace Duncan, Amanda Stewart, and Jane Smith. [Entered: 02/12/2024 02:19 PM] |
| 02/12/2024 | 34 | Paper copies (6) of Opening Brief submitted at DE 25 by Appellant Raul Labrador received. [Entered: 02/13/2024 10:00 AM] |
| 02/12/2024 | 35 | Paper copies (3) of Excerpts of Record in 5 Volume(s) and Index Volume submitted at DE 26 by Appellant Raul Labrador received. [Entered: 02/13/2024 10:08 AM] |
| 02/13/2024 | 36 | **ADDED** Amicus Curiae Family Research Council, Counsel for Amicus Curiae: Christopher Ernest Mills [Entered: 02/13/2024 11:41 AM] |
| 02/13/2024 | 37<br>2 pg. 316 KB | **ORDER FILED.** Amicus Brief submitted at DE 32 by Family Research Council is filed. Within 7 days of this order, Amicus must file 6 copies of the brief in paper format bound with green front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The paper copies must be sent to the Clerk's principal office. [Entered: 02/13/2024 12:14 PM] |
| 02/13/2024 | 38 | **ADDED** Amici Curiae Billy Burleigh, Laura Reynolds, KathyGrace Duncan, Amanda Stewart, and Jane Smith, Counsel for Amici Curiae: Joshua Kerry Payne [Entered: 02/13/2024 01:23 PM] |
| 02/13/2024 | 39<br>2 pg. 135 KB | **ORDER FILED.** Amicus Brief submitted at DE 33 by Billy Burleigh, Laura Reynolds, KathyGrace Duncan, Amanda Stewart, and Jane Smith is filed. Within 7 days of this order, Amici must file 6 copies of the brief in paper format bound with green front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The paper copies must be sent to the Clerk's principal office. [Entered: 02/13/2024 01:35 PM] |
| 02/13/2024 | 40<br>42 pg. 750 KB | **AMICUS BRIEF** by government or with consent submitted for filing by States of Alabama, Arkansas, and 21 Other States. [Entered: 02/13/2024 02:28 PM] |
| 02/13/2024 | 41<br>35 pg. 430 KB | **AMICUS BRIEF** by government or with consent submitted for filing by James Dosbon Family Institute.--[COURT UPDATE: Attached corrected brief] [Entered: 02/13/2024 02:32 PM] [Edited: 02/16/2024 09:17 AM] |
| 02/14/2024 | 42 | **ADDED** Amici Curiae State of Alabama, State of Alaska, State of Arkansas, State of Florida, State of Georgia, State of Indiana, State of Iowa, State of Kansas, State of Kentucky, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nebraska, State of North Dakota, State of |

| Date | No. | Description |
|---|---|---|
| | | Oklahoma, State of South Carolina, State of South Dakota, State of Tennessee, State of Texas, State of Utah, State of Virginia, and State of West Virginia, Counsel for Amici Curiae: Edmund G. LaCour. [Entered: 02/14/2024 11:28 AM] |
| 02/14/2024 | 43 (2 pg. 134 KB) | **ORDER FILED.** Amicus Brief submitted at DE 40 by States of Alabama, Arkansas, and 21 Other States is filed. Within 7 days of this order, Amici must file 6 copies of the brief in paper format bound with green front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The paper copies must be sent to the Clerk's principal office. [Entered: 02/14/2024 11:34 AM] |
| 02/14/2024 | 44 | **NOTICE OF APPEARANCE** by Alexander Barrett Bowdre for Amicus Curiae State of Alabama, Amicus Curiae State of Alaska, Amicus Curiae State of Arkansas, Amicus Curiae State of Florida, Amicus Curiae State of Georgia, Amicus Curiae State of Indiana, Amicus Curiae State of Iowa, Amicus Curiae State of Kansas, Amicus Curiae State of Kentucky, Amicus Curiae State of Louisiana, Amicus Curiae State of Mississippi, Amicus Curiae State of Missouri, Amicus Curiae State of Montana, Amicus Curiae State of Nebraska, Amicus Curiae State of North Dakota, Amicus Curiae State of Oklahoma, Amicus Curiae State of South Carolina, Amicus Curiae State of South Dakota, Amicus Curiae State of Tennessee, Amicus Curiae State of Texas, Amicus Curiae State of Utah, Amicus Curiae State of Virginia, Amicus Curiae State of West Virginia. [Entered: 02/14/2024 11:45 AM] |
| 02/14/2024 | 45 | **ADDED** Counsel for Amici Curiae State of Alabama, et al., Alexander Barrett Bowdre. [Entered: 02/14/2024 12:39 PM] |
| 02/14/2024 | 46 | **NOTICE OF APPEARANCE** by Christopher Ernest Mills for Amicus Curiae Family Research Council. [Entered: 02/14/2024 12:53 PM] |
| 02/14/2024 | 47 | **ADDED** Amicus Curiae James Dobson Family Institute, Counsel for Amicus Curiae: Andrew Nussbaum [Entered: 02/14/2024 01:33 PM] |
| 02/16/2024 | 48 (2 pg. 135 KB) | **ORDER FILED.** Amicus Brief submitted at DE 41 by James Dosbon Family Institute is filed. Within 7 days of this order, Amicus must file 6 copies of the brief in paper format bound with green front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The paper copies must be sent to the Clerk's principal office. [Entered: 02/16/2024 09:24 AM] |
| 02/16/2024 | 49 | Paper copies (6) of Amicus Brief submitted at DE 40 by States of Alabama, Arkansas, and 21 Other States received. [Entered: 02/16/2024 10:54 AM] |
| 02/16/2024 | 50 | Paper copies (6) of Amicus Brief submitted at DE 32 by Family Research Council received. [Entered: 02/16/2024 03:41 PM] |
| 02/21/2024 | 51 | Paper copies (6) of Amicus Brief submitted at DE 33 by Billy Burleigh, Laura Reynolds, KathyGrace Duncan, Amanda Stewart, and Jane Smith received. [Entered: 02/21/2024 11:00 AM] |
| 02/22/2024 | 52 | Paper copies (6) of Amicus Brief submitted at DE 41 by James Dosbon Family Institute received. [Entered: 02/22/2024 04:02 PM] |
| 03/05/2024 | 53 | **NOTICE:** This case is being considered for an upcoming oral argument calendar in Seattle. Please review the Seattle sitting dates for July 2024 and the subsequent sitting month in that location at http://www.ca9.uscourts.gov/court_sessions. Absent an irreconcilable conflict, the court expects you to appear and argue your case during one of these two months. If you have an irreconcilable conflict on any of the dates, please consult with opposing counsel to propose an alternate date and/or location and file Form 32 (http://www.ca9.uscourts.gov/forms/form32.pdf) within 3 business days of this notice using the ACMS filing type **Response to Case Being Considered for Oral Argument**. Please follow the form's instructions (http://www.ca9.uscourts.gov/forms/form32instructions.pdf) carefully.<br>If the parties wish to discuss settlement before an argument date is set, they should jointly request referral to the mediation unit by filing a motion within 3 business days of this notice, using the filing type: **Motion to Refer to Mediation**.<br>You will receive notice that your case has been assigned to a calendar approximately 10 weeks before the scheduled oral argument date. [24-142] [Entered: 03/05/2024 09:41 AM] |
| 03/06/2024 | 54 | **NOTICE OF APPEARANCE** by Eric Alan Stone for Appellee Jane Doe, Appellee Joan Doe, Appellee John Doe, Appellee Pam Poe, Appellee Penny Poe, Appellee Peter Poe. [Entered: 03/05/2024 04:22 PM] |
| 03/05/2024 | 55 | **ADDED** Counsel for Appellee Eric Alan Stone. [Entered: 03/05/2024 04:33 PM] |
| 03/06/2024 | 56 (71 pg. 524 KB) | **ANSWERING BRIEF** submitted for filing by Appellee Pam Poe, Appellee Penny Poe, Appellee Peter Poe, Appellee Jane Doe, Appellee Joan Doe, Appellee John Doe. [Entered: 03/05/2024 11:19 PM] |
| 03/06/2024 | 57 (750 pg. 9408 KB) | **EXCERPTS OF RECORD** submitted for filing by Appellee Pam Poe, Appellee Penny Poe, Appellee Peter Poe, Appellee Jane Doe, Appellee Joan Doe, Appellee John Doe. [Entered: 03/05/2024 11:24 PM] |
| 03/06/2024 | 58 (1 pg. 176 KB) | **RESPONSE** to notice of case being considered for oral argument filed by Alan M. Hurst. [Entered: 03/06/2024 09:04 AM] |
| 03/06/2024 | 59 (2 pg. 135 KB) | **ORDER FILED.** Answering Brief submitted at DE 56 by Appellees Pam Poe, Penny Poe, Peter Poe, Jane Doe, Joan Doe, and John Doe is filed. Within 7 days of this order, Appellees must file 6 copies of the brief in paper format bound with red front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The excerpts of record submitted at DE 57 by Appellees are filed. Within 7 days of this order, Appellees must file 3 copies of the excerpts in paper |

| | | |
|---|---|---|
| | | format securely bound on the left side, with white front covers. The paper copies must be sent to the Clerk's principal office. [Entered: 03/06/2024 10:55 AM] |
| 03/11/2024 | 60 | **NOTICE** of Withdrawal as Counsel as counsel filed by Dina Marie Flores-Brewer. Counsel withdrawing on behalf of other attorney(s): No [[-]]. Party proceeding without counsel: No. [-]. [Entered: 03/11/2024 01:30 PM] |
| 03/11/2024 | 61 | **TERMINATED** participation of Counsel for Appellee Dina Marie Flores-Brewer representing Appellee Jane Doe, Appellee Joan Doe, Appellee John Doe, Appellee Pam Poe, Appellee Penny Poe, Appellee Peter Poe. [Entered: 03/11/2024 01:41 PM] |
| 03/11/2024 | 62 | Paper copies (6) of Answering Brief submitted at DE 56 by Appellees Pam Poe, Penny Poe, Peter Poe, Jane Doe, Joan Doe, and John Doe received. [Entered: 03/11/2024 02:58 PM] |
| 03/12/2024 | 63  38 pg. 12614 KB | **AMICUS BRIEF** by government or with consent submitted for filing by United States of America. [Entered: 03/12/2024 11:30 AM] |
| 03/12/2024 | 64 | **DEFECTIVE --- AMICUS BRIEF** and **MOTION** for leave to file amicus brief filed by Conservative Legislators, Former Legislators, and Activists. (Wrong filing type, correct filing at DE 87) [Entered: 03/12/2024 02:40 PM] [Edited: 03/14/2024 09:15 AM] |
| 03/12/2024 | 65 | **ADDED** Amicus Curiae United States of America, Counsel for Amicus Curiae Jessica Merry Samuels. [Entered: 03/12/2024 03:02 PM] |
| 03/12/2024 | 66  33 pg. 452 KB | **AMICUS BRIEF** by government or with consent submitted for filing by Elliot Page and Fifty-Six Other Individuals.--[COURT UPDATE: Edited docket text to reflect correct party filer name] [Entered: 03/12/2024 03:11 PM] [Edited: 03/14/2024 10:14 AM] |
| 03/12/2024 | 67  2 pg. 339 KB | **ORDER FILED.** Amicus Brief submitted at DE 63 by United States of America is filed. Within 7 days of this order, Amicus must file 6 copies of the brief in paper format bound with green front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The paper copies must be sent to the Clerk's principal office. [Entered: 03/12/2024 03:11 PM] |
| 03/12/2024 | 68  35 pg. 895 KB | **AMICUS BRIEF** by government or with consent submitted for filing by American Academy of Pediatrics and Additional National and State Medical and Mental Health Org. [Entered: 03/12/2024 03:15 PM] |
| 03/12/2024 | 69  42 pg. 14502 KB | **AMICUS BRIEF** by government or with consent submitted for filing by Biomedical Ethics and Public Health Scholars. [Entered: 03/12/2024 03:28 PM] |
| 03/12/2024 | 70  37 pg. 433 KB | **AMICUS BRIEF** by government or with consent submitted for filing by Lambda Legal Defense and Education Fund, Inc. and 10 Other LGBTQ Rights Organizations. [Entered: 03/12/2024 04:14 PM] |
| 03/12/2024 | 71 | **DEFECTIVE --- AMICUS BRIEF** by government or with consent submitted for filing by Lambda Legal Defense and Education Fund, Inc. and 10 Other LGBTQ Rights Organizations. (Duplicate filing, correct entry at DE 70) [Entered: 03/12/2024 04:44 PM] [Edited: 03/14/2024 11:20 AM] |
| 03/13/2024 | 72  34 pg. 361 KB | **AMICUS BRIEF** by government or with consent submitted for filing by State of California and 20 Other States. [Entered: 03/12/2024 05:38 PM] |
| 03/13/2024 | 73 | **NOTICE OF APPEARANCE** by Z Gabriel Arkles for Amicus Curiae Abigail Jensen, Amicus Curiae Adrien Lawyer, Amicus Curiae Alejandra Caraballo, Amicus Curiae Ames Simmons, Amicus Curiae Anna H. Lange, Amicus Curiae Anya Marino, Amicus Curiae Aryn Bucci-Mooney, Amicus Curiae Avy Skolnik, Amicus Curiae Beck Witt Major, Amicus Curiae Carla Comb, Amicus Curiae Cat Runner, Amicus Curiae Chris Mosier, Amicus Curiae Daniel Soltis, Amicus Curiae Destiny Clark, Amicus Curiae Devon Shanley, Amicus Curiae Dion Manley, Amicus Curiae Ei Meeker, Amicus Curiae Elliot Page, Amicus Curiae Fresh Lev White, Amicus Curiae Gerda Zinner, Amicus Curiae Gibran Cuevas, Amicus Curiae Gwendolyn Herzig, Amicus Curiae Harper B. Keenan, Amicus Curiae Harvey Katz, Amicus Curiae Jack Einstein, Amicus Curiae Jackson L. Gates, Amicus Curiae Jacob Reilly, Amicus Curiae Jamison Green, Amicus Curiae Jeani Rice-Cranford, Amicus Curiae Jennifer Finney Boylan, Amicus Curiae Jennifer Michelle Chavez, Amicus Curiae Jessie Lee Ann McGrath, Amicus Curiae Jillian Weiss, Amicus Curiae La Sarmiento, Amicus Curiae Lena Chipman, Amicus Curiae Lilly Wachowski, Amicus Curiae Mallory Anna Wood, Amicus Curiae Marisa Richmond, Amicus Curiae Miss Major, Amicus Curiae Naomi Clark, Amicus Curiae Nick Gorton, Amicus Curiae Nick Romano, Amicus Curiae Nicole Maines, Amicus Curiae Oliver Hall, Amicus Curiae Precious Brady-Davis, Amicus Curiae Ray Holloman, Amicus Curiae Rebecca Oppenheimer, Amicus Curiae Rhys Ernst, Amicus Curiae Rickke Mananzala, Amicus Curiae Ryan Combs, Amicus Curiae Rye D. Blum, Amicus Curiae Sarah McBride, Amicus Curiae Shain M. Neumeier, Amicus Curiae Torrey Peters, Amicus Curiae Trent Sutherlin, Amicus Curiae Wen Brovold, Amicus Curiae Zackary Drucker. [Entered: 03/13/2024 06:16 AM] |
| 03/13/2024 | 74 | **NOTICE OF APPEARANCE** by Elizabeth Hecker for Amicus Curiae United States of America. [Entered: 03/13/2024 06:27 AM] |
| 03/13/2024 | 75 | **NOTICE OF APPEARANCE** by Omar Gonzalez-Pagan for Amicus Curiae Equality California, Amicus Curiae Family Equality, Amicus Curiae Gender Justice League, Amicus Curiae GLBTQ Legal Advocates & Defenders, Amicus Curiae Human Rights Campaign Foundation, Amicus Curiae Lambda Legal Defense and Education Fund, Inc., Amicus Curiae National Center for Lesbian Rights, Amicus Curiae National LGBTQ Task Force, Amicus Curiae PFLAG, Inc., Amicus Curiae Silver State Equality, Amicus Curiae Transgender Law Center. [Entered: 03/13/2024 08:25 AM] |

| Date | # | Description |
|---|---|---|
| 03/13/2024 | 76 | **ADDED** Counsel for Amicus Curiae Elizabeth Hecker for Amicus Curiae United States of America. [Entered: 03/13/2024 08:57 AM] |
| 03/13/2024 | 77 | **ADDED** Counsel for Amicus Curiae Omar Gonzalez-Pagan [Entered: 03/13/2024 09:45 AM] |
| 03/13/2024 | 78 | **NOTICE OF APPEARANCE** by Carmine D. Boccuzzi for Amicus Curiae Abigail Jensen, Amicus Curiae Adrien Lawyer, Amicus Curiae Alejandra Caraballo, Amicus Curiae Ames Simmons, Amicus Curiae Anna H. Lange, Amicus Curiae Anya Marino, Amicus Curiae Aryn Bucci-Mooney, Amicus Curiae Avy Skolnik, Amicus Curiae Beck Witt Major, Amicus Curiae Carla Comb, Amicus Curiae Cat Runner, Amicus Curiae Chris Mosier, Amicus Curiae Daniel Soltis, Amicus Curiae Destiny Clark, Amicus Curiae Devon Shanley, Amicus Curiae Dion Manley, Amicus Curiae Ei Meeker, Amicus Curiae Elliot Page, Amicus Curiae Fresh Lev White, Amicus Curiae Gerda Zinner, Amicus Curiae Gibran Cuevas, Amicus Curiae Gwendolyn Herzig, Amicus Curiae Harper B. Keenan, Amicus Curiae Harvey Katz, Amicus Curiae Jack Einstein, Amicus Curiae Jackson L. Gates, Amicus Curiae Jacob Reilly, Amicus Curiae Jamison Green, Amicus Curiae Jeani Rice-Cranford, Amicus Curiae Jennifer Finney Boylan, Amicus Curiae Jennifer Michelle Chavez, Amicus Curiae Jessie Lee Ann McGrath, Amicus Curiae Jillian Weiss, Amicus Curiae La Sarmiento, Amicus Curiae Lena Chipman, Amicus Curiae Lilly Wachowski, Amicus Curiae Mallory Anna Wood, Amicus Curiae Marisa Richmond, Amicus Curiae Miss Major, Amicus Curiae Naomi Clark, Amicus Curiae Nick Gorton, Amicus Curiae Nick Romano, Amicus Curiae Nicole Maines, Amicus Curiae Oliver Hall, Amicus Curiae Precious Brady-Davis, Amicus Curiae Ray Holloman, Amicus Curiae Rebecca Oppenheimer, Amicus Curiae Rhys Ernst, Amicus Curiae Rickke Mananzala, Amicus Curiae Ryan Combs, Amicus Curiae Rye D. Blum, Amicus Curiae Sarah McBride, Amicus Curiae Shain M. Neumeier, Amicus Curiae Torrey Peters, Amicus Curiae Trent Sutherlin, Amicus Curiae Wen Brovold, Amicus Curiae Zackary Drucker. [Entered: 03/13/2024 10:39 AM] |
| 03/13/2024 | 79 | **NOTICE OF APPEARANCE** by Karen Loewy for Amicus Curiae Equality California, Amicus Curiae Family Equality, Amicus Curiae Gender Justice League, Amicus Curiae GLBTQ Legal Advocates & Defenders, Amicus Curiae Human Rights Campaign Foundation, Amicus Curiae Lambda Legal Defense and Education Fund, Inc., Amicus Curiae National Center for Lesbian Rights, Amicus Curiae National LGBTQ Task Force, Amicus Curiae PFLAG, Inc., Amicus Curiae Silver State Equality, Amicus Curiae Transgender Law Center. [Entered: 03/13/2024 11:07 AM] |
| 03/13/2024 | 80 | **ADDED** Counsel for Amicus Curiae Karen Loewy for Amicus Curiae Equality California, Amicus Curiae Family Equality, Amicus Curiae Gender Justice League, Amicus Curiae GLBTQ Legal Advocates & Defenders, Amicus Curiae Human Rights Campaign Foundation, Amicus Curiae Lambda Legal Defense and Education Fund, Inc., Amicus Curiae National Center for Lesbian Rights, Amicus Curiae National LGBTQ Task Force, Amicus Curiae PFLAG, Inc., Amicus Curiae Silver State Equality, Amicus Curiae Transgender Law Center. [Entered: 03/13/2024 01:34 PM] |
| 03/13/2024 | 81 | **ADDED** Counsel for Amici Curiae American Academy of Pediatrics and Additional National and State Medical and Mental Health Org: Cortlin H. Lannin. [Entered: 03/13/2024 02:15 PM] |
| 03/13/2024 | 82 | **ADDED** Counsel for Amici Curiae Biomedical Ethics and Public Health Scholars: Valeria M. Pelet del Toro [Entered: 03/13/2024 02:40 PM] |
| 03/13/2024 | 83 | **Deleted Incorrect Entry.** (Correct Entry at DE 84) [Entered: 03/13/2024 02:47 PM] [Edited: 03/13/2024 03:24 PM] |
| 03/13/2024 | 84 | **ADDED** Counsel for Amici Curiae State of California and 20 other States: Kathleen Boergers. [Entered: 03/13/2024 03:22 PM] |
| 03/13/2024 | 85 | **ADDED** Counsel for Amici Curiae Conservative Legislators, Former Legislators, and Activists: Brian Timothy Burgess [Entered: 03/13/2024 03:30 PM] |
| 03/13/2024 | 86 | Paper copies (3) of Excerpts of Record in 3 Volume(s) and Index Volume submitted at DE 57 by Appellees received. [Entered: 03/13/2024 04:18 PM] |
| 03/14/2024 | [87](#) 22 pg. 624 KB | **AMICUS BRIEF** by government or with consent submitted for filing by Conservative Legislators, Former Legislators, and Activists. [Entered: 03/14/2024 09:10 AM] [Edited: 03/14/2024 09:13 AM] |
| 03/14/2024 | 88 | **ADDED** Counsel for Amicus Curiae Z Gabriel Arkles [Entered: 03/14/2024 09:16 AM] |
| 03/14/2024 | [89](#) 2 pg. 168 KB | **ORDER FILED.** Amicus Brief submitted at DE 87 by Conservative Legislators, Former Legislators, and Activists is filed. Within 7 days of this order, Amici must file 6 copies of the brief in paper format bound with green front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The paper copies must be sent to the Clerk's principal office. [Entered: 03/14/2024 10:05 AM] [Edited: 03/14/2024 10:48 AM] |
| 03/14/2024 | [90](#) 2 pg. 200 KB | **ORDER FILED.** Amicus Brief submitted at DE 66 by Elliot Page and Fifty-Six Other Individuals is filed. Within 7 days of this order, Amici must file 6 copies of the brief in paper format bound with green front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The paper copies must be sent to the Clerk's principal office. [Entered: 03/14/2024 10:26 AM] [Edited: 03/14/2024 11:48 AM] |
| 03/14/2024 | [91](#) 2 pg. 134 KB | **ORDER FILED.** Amicus Brief submitted at DE 68 by American Academy of Pediatrics and Additional National and State Medical and Mental Health Org. is filed. Within 7 days of this order, Amici must file 6 copies of the brief in paper format bound with green front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The paper copies must be sent to the Clerk's principal office. [Entered: 03/14/2024 10:47 AM] |

| Date | No. | Description |
|---|---|---|
| 03/14/2024 | 92 (2 pg. 134 KB) | **ORDER FILED.** Amicus Brief submitted at DE 69 by Biomedical Ethics and Public Health Scholars is filed. Within 7 days of this order, Amici must file 6 copies of the brief in paper format bound with green front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The paper copies must be sent to the Clerk's principal office. [Entered: 03/14/2024 11:14 AM] |
| 03/14/2024 | 93 (2 pg. 135 KB) | **ORDER FILED.** Amicus Brief submitted at DE 70 by Lambda Legal Defense and Education Fund, Inc. and 10 Other LGBTQ Rights Organizations is filed. Within 7 days of this order, Amici must file 6 copies of the brief in paper format bound with green front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The paper copies must be sent to the Clerk's principal office. [Entered: 03/14/2024 11:59 AM] |
| 03/14/2024 | 94 | Paper copies (6) of Amicus Brief submitted at DE 63 by United States of America received. [Entered: 03/14/2024 12:35 PM] |
| 03/14/2024 | 95 (2 pg. 134 KB) | **ORDER FILED.** Amicus Brief submitted at DE 72 by State of California and 20 Other States is filed. Within 7 days of this order, Amici must file 6 copies of the brief in paper format bound with green front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The paper copies must be sent to the Clerk's principal office. [Entered: 03/14/2024 02:15 PM] |
| 03/18/2024 | 96 | Paper copies (6) of Amicus Brief submitted at DE 69 by Biomedical Ethics and Public Health Scholars received. [Entered: 03/18/2024 11:45 AM] |
| 03/18/2024 | 97 | Paper copies (6) of Amicus Brief submitted at DE 72 by State of California and 20 Other States received. [Entered: 03/18/2024 04:00 PM] |
| 03/19/2024 | 98 | **ADDED** Counsel for Amici Curiae Elliot Page and Fifty-Six Other Individuals: Carmine D. Boccuzzi [Entered: 03/19/2024 10:24 AM] |
| 03/19/2024 | 99 | Paper copies (6) of Amicus Brief submitted at DE 70 by Lambda Legal Defense and Education Fund, Inc. and 10 Other LGBTQ Rights Organizations received. [Entered: 03/19/2024 04:10 PM] |
| 03/20/2024 | 100 | Paper copies (6) of Amicus Brief submitted at DE 66 by Eliot Page and Fifty-Six Other Individuals received. [Entered: 03/20/2024 05:01 PM] |
| 03/26/2024 | 101 (35 pg. 285 KB) | **REPLY BRIEF** submitted for filing by Appellant Raul Labrador. [Entered: 03/26/2024 03:55 PM] |
| 03/28/2024 | 102 (2 pg. 134 KB) | **ORDER FILED.** Reply Brief submitted at DE 101 by Appellant Raul Labrador is filed. Within 7 days of this order, Appellant must file 6 copies of the brief in paper format bound with gray front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The paper copies must be sent to the Clerk's principal office. [Entered: 03/28/2024 10:17 AM] |
| 03/28/2024 | 103 | Paper copies (6) of Amicus Brief submitted at DE 68 by American Academy of Pediatrics and Additional National and State Medical and Mental Health Org received. [Entered: 03/28/2024 11:20 AM] |
| 04/01/2024 | 104 | Paper copies (6) of Reply Brief submitted at DE 101 by Appellant Raul Labrador received. [Entered: 04/01/2024 02:26 PM] |
| 04/10/2024 | 105 | Paper copies (6) of Amicus Brief submitted at DE 87 by Conservative Legislators, Former Legislators, and Activists received. [Entered: 04/10/2024 12:15 PM] |