UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **PAM POE**, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>**RAÚL LABRADOR**, et al.,<br><br>*Defendants*. | Case No. 1:23-cv-00269-BLW<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL (DKT. NO. 102)** |

This matter came before the Court on an unopposed motion by Plaintiffs for permission to file under seal their Motion to Obtain Sealed Orders Identifying Plaintiffs Who Have Obtained Preliminary Injunction, as well as the exhibits thereto (Dkt. No. 102). The Court hereby finds that Plaintiffs have met the standards for filing under seal.

Under the standards set forth in *Kamakana v. City and Cty. of Honolulu*, 447 F.3d 1172, 1178–80 (9th Cir. 2006), Plaintiffs may file under seal because:

1. The information that Plaintiffs seek to file under seal consists of the full names of the minor plaintiffs in this action;

2. The Court has previously ordered that the Plaintiffs may proceed in this case under pseudonym without objection by the Defendants (Dkt. No. 40);

3. The potential harm the minor plaintiffs face in having their identities revealed is severe and has been previously articulated by Plaintiffs (*see* Dkt. No. 11-1 at 4–8);

4. Defendants will suffer no prejudice in this information continuing to be maintained under seal;

5. The public's access to this case will not be limited apart from its ability to ascertain the exact identity of the minor plaintiffs, which the Court has already addressed in granting

1

the Plaintiffs the ability to proceed under pseudonyms;

6. There is no less restrictive alternative to sealing portions of the subject materials; and

7. Plaintiffs' request is narrowly tailored to only the information that would identify the minor plaintiffs and Plaintiffs have already filed redacted, non-confidential versions of the subject materials.

NOW, THEREFORE, IT IS HEREBY ORDERED:

Plaintiffs have established compelling reasons and good cause for filing under seal, and their Amended Motion to File Under Seal (Dkt. No. 102) is **GRANTED**.

IT IS FURTHER ORDERED that the motion to file under seal (Dkt. 101), which was amended, is **DEEMED MOOT.**

DATED: May 24, 2024

B. Lynn Winmill
United States District Judge