UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **PAM POE**, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> **RAÚL LABRADOR**, et. al., <br><br> *Defendants*. | Case No. 1:23-cv-00269-CWD <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) AS TO PLAINTIFFS JANE DOE, JOAN DOE and JOHN DOE** |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Jane Doe, Joan Doe and John Doe are hereby dismissed as parties to the above entitled action, without prejudice.  Pam Poe, Penny Poe and Peter Poe remain Plaintiffs.

Dated August 16, 2024.

| | |
|---|---|
| Li Nowlin-Sohl* <br> (admitted only in Washington) <br> Leslie Cooper* <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION <br> 125 Broad St. <br> New York, NY 10004 <br> Tel: (212) 549-2584 <br> lnowlin-sohl@aclu.org <br> lcooper@aclu.org <br><br> Paul Carlos Southwick (ISB No. 12439) <br> Emily Myrei Croston (ISB No. 12389) <br> ACLU OF IDAHO FOUNDATION <br> P.O. Box 1897 <br> Boise, ID 83701 <br> Tel: (208) 344-9750 <br> psouthwick@acluidaho.org <br> ecroston@acluidaho.org | */s/ Alexia D. Korberg* <br> Brad S. Karp* <br> Alexia D. Korberg* <br> Jackson Yates* <br> Dana L. Kennedy* <br> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> 1285 Avenue of the Americas <br> New York, NY 10019 <br> Tel: (212) 373-3000 <br> bkarp@paulweiss.com <br> akorberg@paulweiss.com <br> jyates@paulweiss.com <br> dkennedy@paulweiss.com |

1

| | |
|---|---|
| Eric Alan Stone*<br>Ariella C. Barel*<br>Kyle N. Bersani*<br>GROOMBRIDGE, WU, BAUGHMAN AND STONE LLP<br>565 5th Avenue, Suite 2900<br>New York, NY 10017<br>Tel: (332) 269-0030<br>eric.stone@groombridgewu.com<br>ariella.barel@groombridgewu.com<br>kyle.bersani@groombridgewu.com<br><br>Philip S. May*<br>GROOMBRIDGE, WU, BAUGHMAN AND STONE LLP<br>801 17th St. NW, Suite 1050<br>Washington, DC 20006<br>Tel: (202) 505-5830<br>philip.may@groombridgewu.com<br><br>*Admitted pro hac vice | Jordan Orosz*<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Tel: (202) 223-7300<br>jorosz@paulweiss.com<br><br>Richard Eppink (ISB no. 7503)<br>Casey Parsons (ISB no. 11323)<br>David A. DeRoin (ISB no. 10404)<br>WREST COLLECTIVE<br>812 W. Franklin St.<br>Boise, ID 83702<br>Tel: (208) 742-6789<br>ritchie@wrest.coop<br>casey@wrest.coop<br>david@wrest.coop<br><br>*Attorneys for Plaintiffs* |