UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 21 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAM POE, by and through her parents and next friends, Penny and Peter Poe; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>RAUL LABRADOR, in his official capacity as Attorney General of the State of Idaho,<br><br>Defendant - Appellant,<br><br>and<br><br>JAN M BENNETTS, in her official capacity as County Prosecuting Attorney for Ada, Idaho and INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, in their official capacities,<br><br>Defendants. | No. 24-142<br><br>D.C. No. 1:23-cv-00269-BLW<br>District of Idaho, Boise<br><br>ORDER |

Before: HAWKINS, McKEOWN, and DE ALBA, Circuit Judges.

Plaintiff-Appellees Jane Doe, Joan Doe and John Doe's motion to withdraw as Plaintiff-Appellees in this appeal (Dkt. 122) is GRANTED. Pam Poe, Penny Poe and Peter Poe remain Plaintiff-Appellees.