| | |
|---|---|
| Li Nowlin-Sohl* <br> Leslie Cooper* <br> AMERICAN CIVIL LIBERTIES UNION <br> FOUNDATION <br> 125 Broad St. <br> New York, NY 10004 <br> Tel: (212) 549-2584 <br> lnowlin-sohl@aclu.org <br> lcooper@aclu.org | Brad S. Karp* <br> Jackson Yates* <br> PAUL, WEISS, RIFKIND, WHARTON <br> & GARRISON LLP <br> 1285 Avenue of the Americas <br> New York, NY 10019 <br> Tel: (212) 373-3000 <br> bkarp@paulweiss.com <br> jyates@paulweiss.com |
| Eric Alan Stone* <br> Ariella C. Barel* <br> Kyle N. Bersani* <br> GROOMBRIDGE, WU, BAUGHMAN AND <br> STONE LLP <br> 565 5th Avenue, Suite 2900 <br> New York, NY 10017 <br> Tel: (332) 269-0030 <br> eric.stone@groombridgewu.com <br> ariella.barel@groombridgewu.com <br> kyle.bersani@groombridgewu.com | Paul Carlos Southwick (ISB No. 12439) <br> Emily Myrei Croston (ISB No. 12389) <br> ACLU OF IDAHO FOUNDATION <br> P.O. Box 1897 <br> Boise, ID 83701 <br> Tel: (208) 344-9750 <br> psouthwick@acluidaho.org <br> ecroston@acluidaho.org |
| Philip S. May* <br> GROOMBRIDGE, WU, BAUGHMAN AND <br> STONE LLP <br> 801 17th St. NW, Suite 1050 <br> Washington, DC 20006 <br> Tel: (202) 505-5830 <br> philip.may@groombridgewu.com | Richard Eppink (ISB no. 7503) <br> Casey Parsons (ISB no. 11323) <br> David A. DeRoin (ISB no. 10404) <br> WREST COLLECTIVE <br> 812 W. Franklin St. <br> Boise, ID 83702 <br> Tel: (208) 742-6789 <br> ritchie@wrest.coop <br> casey@wrest.coop <br> david@wrest.coop |
| *Admitted pro hac vice | *Attorneys for Plaintiffs Pam Poe, Penny Poe and Peter Poe* |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **PAM POE**, et al., <br>     *Plaintiffs,* <br>         v. <br> **RAÚL LABRADOR**, et. al., <br>     *Defendants.* | Case No. 1:23-cv-00269-BLW <br><br> **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and due to Plaintiffs' relocation outside of the state of Idaho, Plaintiffs Pam Poe, Penny Poe and Peter Poe and Defendants Raúl Labrador in his official capacity as Attorney General of the State of Idaho and Jan M. Bennetts in her official capacity as County Prosecuting Attorney for Ada County, Idaho, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed without prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

| | |
|---|---|
| DATED: June 17, 2025 | DATED: June 17, 2025 |
| GROOMBRIDGE, WU, BAUGHMAN & STONE LLP | STATE OF IDAHO OFFICE OF THE ATTORNEY GENERAL |
| By: /s/ Philip S. May<br>PHILIP S. MAY<br>Counsel for Plaintiffs Pam Poe, Penny Poe and Peter Poe | By: /s/ James E.M. Craig<br>JAMES E. M. CRAIG<br>Counsel for Defendants Raúl Labrador and the Individual Members of the Idaho Code Commission |

DATED: June 17, 2025

JAN M. BENNETTS
ADA COUNTY PROSECUTING ATTORNEY

By: /s/ Dayton Reed
DAYTON REED
Counsel for Defendant Jan Bennetts